JUDI A. ROSS, Individually, as surviving Spouse, and
Personal Representative of the Estate of RICHARD
ROSS, Deceased;
IRENE ROSS, as surviving Sibling of RICHARD ROSS,
Deceased;
ROCHELLE GORDON, as surviving Sibling of
RICHARD ROSS, Deceased;

SUSAN ROSSINOW, Individually, as surviving Spouse,
and Personal Representative of the Estate of NORMAN
ROSSINOW, Deceased;

BARBARA SCARAMUZZINO, Individually, as
surviving Parent, and Personal Representative of the
Estate of NICHOLAS ROSSOMANDO, Deceased;

CLAUDIA RUGGIERE, Individually, as surviving
Spouse, and Personal Representative of the Estate of
BART RUGGIERE, Deceased;

GILBERT RUIZ, JR., Individually, as surviving Child,
and Personal Representative of the Estate of GILBERT
RUIZ, Deceased;

ANDREA RUSSIN, Individually, as surviving Spouse,
and Personal Representative of the Estate of STEVEN
RUSSIN, Deceased;

DIANE RYAN, Individually, as surviving Spouse, and
Personal Representative of the Estate of EDWARD
RYAN, Deceased;
MEGAN RYAN, as surviving Child of EDWARD
RYAN, Deceased;
DIANE RYAN on behalf of KELLY RYAN, minor, as
surviving Child of EDWARD RYAN, Deceased;
EDWARD RYAN, as surviving Child of EDWARD
RYAN, Deceased;
PATRICIA RYAN, as surviving Parent of EDWARD
RYAN, Deceased;
PATRICIA ANTONELLE, as surviving Sibling of
EDWARD RYAN, Deceased;
WILLIAM RYAN, as surviving Sibling of EDWARD
RYAN, Deceased;
PAUL RYAN, as surviving Sibling of EDWARD
RYAN, Deceased;

MARGARET RYAN, Individually, as surviving Spouse, and Personal Representative of the Estate of MATTHEW L. RYAN, Deceased;

MARIA L. RYAN BALDWIN, Individually, as surviving Spouse, and Personal Representative of the Estate of JONATHAN S. RYAN, Deceased;

VASILIY RIJOV, Individually, as surviving Spouse, and Personal Representative of the Estate of TATIANA RYJOVA, Deceased;

DAE JIN RYOOK, Individually, as surviving Parent, and Personal Representative of the Estate of CHRISTINA S. RYOOK, Deceased;

DELPHINE SAADA, Individually, as surviving Spouse, and Personal Representative of the Estate of THIERRY SAADA, Deceased;

MICHELE SAND, Individually, as surviving Spouse, and Personal Representative of the Estate of ERIC SAND, Deceased;

MICHAEL SANTO, Individually, as surviving Sibling, and Personal Representative of the Estate of SUSAN SANTO, Deceased;

ALEXANDER SANTORA, Individually, as surviving Parent, and Personal Representative of the Estate of CHRISTOPHER SANTORA, Deceased;

LINDA SARLE, Individually, as surviving Spouse, and Personal Representative of the Estate of PAUL F. SARLE, Deceased;

NARASIMHA SATTALURI, Individually, as surviving Spouse, and Personal Representative of the Estate of DEEPIKA SATTALURI, Deceased;

STEPHEN SAUCEDO, Individually, and as Sibling and Estate Representative of the Estate of Gregory Saucedo, Deceased and on behalf of all survivors of Gregory Saucedo;

JANLYN SCAUSO, Individually, as surviving Spouse, and Personal Representative of the Estate of DENNIS SCAUSO, Deceased;

KENNETH SCHIELKE, Individually, as surviving
Parent, and Personal Representative of the Estate of
SEAN SCHIELKE, Deceased;

PHYLLIS SCHREIER, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JEFFERY SCHREIER, Deceased;
JANICE HART, as surviving Sibling of JEFFERY
SCHREIER, Deceased;
MARK SCHREIER, Individually, as surviving Parent,
and Personal Representative of the Estate of JEFFERY
SCHREIER, Deceased;
STEPHANIE SCHREIER, Individually, as surviving
Parent, and Personal Representative of the Estate of
JEFFERY SCHREIER, Deceased;

WILLIAM D. ROBBINS, Individually, as surviving
Attorney of, and Personal Representative of the Estate of
CLARIN S. SIEGEL-SCHWARTZ, Deceased;

CATHERINE SCULLIN, Individually, as surviving
Spouse, and Personal Representative of the Estate of
ARTHUR SCULLIN, Deceased;

NATALIE MAKSHANOV, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JASON M. SEKZER, Deceased;

NANCY PICONE, Individually, as surviving Parent, and
Personal Representative of the Estate of ARTURO
SERENO, Deceased;

JYOTHI SHAH, Individually, as surviving Spouse, and
Personal Representative of the Estate of JAYESH
SHAH, Deceased;

LEONOR SHAHID, Individually, as surviving Parent,
and Personal Representative of the Estate of KHALID
SHAHID, Deceased;
SYED SHAHID, as surviving Parent of KHALID
SHAHID, Deceased;

BENJAMIN SHAMAY, Individually, as surviving
Parent, and Personal Representative of the Estate of
GARY SHAMAY, Deceased;

GABRIEL SHAMAY, as surviving Sibling of GARY
SHAMAY, Deceased;

EILEEN A. SHANAHAN, Individually, as surviving
Spouse, and Personal Representative of the Estate of
EARL SHANAHAN, Deceased;

NANCY SHEA, Individually, as surviving Spouse, and
Personal Representative of the Estate of JOSEPH P.
SHEA, Deceased;

ELLEN SHEA, Individually, as surviving Spouse, and
Personal Representative of the Estate of DANIEL J.
SHEA, Deceased;

MARY NICHOLSON, Individually, as surviving Child,
and Personal Representative of the Estate of
KATHLEEN SHEARER, Deceased;

MARY NICHOLSON, Individually, as surviving Child,
and Personal Representative of the Estate of ROBERT
SHEARER, Deceased;

LORI SHULMAN, Individually, as surviving Spouse,
and Personal Representative of the Estate of MARK
SHULMAN, Deceased;

HOLLI SILVER, Individually, as surviving Spouse, and
Personal Representative of the Estate of DAVID
SILVER, Deceased;

DHANRAJ SINGH, as surviving Parent of
KHAMLADAI SINGH
DHANRAJ SINGH, as surviving Parent of ROSHAN
SINGH

CATHY CARILLI-SINTON, Individually, as surviving
Spouse, and Personal Representative of the Estate of
THOMAS E. SINTON III, Deceased;
ALEXANDRA SINTON, as surviving Child of
THOMAS E. SINTON, III, Deceased;

LAURA MORRISON, Individually, as surviving Child,
and Personal Representative of the Estate of MURIEL
SISKOPOULOS, Deceased;

JASON SHERMAN, Individually, as surviving Partner, and Personal Representative of the Estate of TOYENA C. SKINNER, Deceased;
JASON SHERMAN on behalf of MATTHEW SHERMAN, minor, as surviving Child of TOYENA C. SKINNER, Deceased;

DENA SMAGALA, Individually, and as Estate Representative of the Estate of Stanley Smagala, Deceased and on behalf of all survivors of Stanley Smagala;

DONNA YULE, Individually, as surviving Spouse, and Personal Representative of the Estate of JAMES G. SMITH, Deceased;
WILLIAM SMITH, as surviving Child of JAMES G. SMITH, Deceased;
ROBERT SMITH, as surviving Child of JAMES G. SMITH, Deceased;
KRISTEN SMITH, as surviving Child of JAMES G. SMITH, Deceased;
CAROLINE SMITH, as surviving Child of JAMES G. SMITH, Deceased;

ROSEMARY KEMPTON, Individually, as surviving Child, and Personal Representative of the Estate of ROSEMARY A. SMITH, Deceased;

JERRI SMITH, Individually, as surviving Spouse, and Personal Representative of the Estate of KEVIN J. SMITH, Deceased;

JANINE SNYDER OLDENHAGE, Individually, as surviving Spouse, and Personal Representative of the Estate of LEONARD J. SNYDER, JR., Deceased;

BARBARA SOHAN, Individually, as surviving Parent, and Personal Representative of the Estate of ASTRID SOHAN, Deceased;
CLIVE SOHAN, as surviving Parent of ASTRID SOHAN, Deceased;

LAURIE SPAMPINATO, Individually, as surviving Spouse, and Personal Representative of the Estate of DONALD F. SPAMPINATO, JR., Deceased;

LAWAN SRINUAN, Individually, as surviving Parent,
and Personal Representative of the Estate of SARANYA
SRINUAN, Deceased;

THERESA STACK, Individually, as surviving Spouse,
and Personal Representative of the Estate of
LAURENCE T. STACK, Deceased;

DANIEL STAN, Individually, as surviving Parent, and
Personal Representative of the Estate of ALEXANDRU
STAN, Deceased;

DIANE STARITA, Individually, as surviving Spouse,
and Personal Representative of the Estate of ANTHONY
STARITA, Deceased;

KIM STATKEVICUS, Individually, as surviving
Spouse, and Personal Representative of the Estate of
DAVID J. STATKEVICUS, Deceased;
TYLER STATKEVICUS, as surviving Child of DAVID
J. STATKEVICUS, Deceased;
DEREK C. STATKEVICUS, as surviving Child of
DAVID J. STATKEVICUS, Deceased;

TRACY O'KEEFE, Individually, as surviving Spouse,
and Personal Representative of the Estate of
ALEXANDER STEINMAN, Deceased;
IRWIN STEINMAN, as surviving Parent of
ALEXANDER STEINMAN, Deceased;

CARMEN SUAREZ, Individually, and as Estate
Representative of the Estate of Ramon Suarez, Deceased
and on behalf of all survivors of Ramon Suarez;

JESSICA SCHOENHOLTZ, as surviving Stepsibling of
ALEXANDER STEINMAN, Deceased;
KRISTIN GALUSHA-WILD, Individually, as surviving
Partner, and Personal Representative of the Estate of
MICHAEL J. STEWART, Deceased;
SUZANNE SWAINE, Individually, as surviving Spouse,
and Personal Representative of the Estate of JOHN F.
SWAINE, Deceased;

BARBARA ANN SWAT, Individually, and as Estate
Representative of the Estate of Gerald Thomas Atwood,
Deceased, and on behalf of all survivors of Gerald
Thomas Atwood;

EDWARD SWEENEY, Individually, as surviving
Parent, and Personal Representative of the Estate of
BRIAN SWEENEY, Deceased;
MARY ANN SWEENEY, as surviving Parent of BRIAN
SWEENEY, Deceased;

TRACY CATALANO, Individually, as surviving Child,
and Personal Representative of the Estate of HARRY
TABACK, Deceased;

MARY TADDEI, Individually, as surviving Child, and
Personal Representative of the Estate of NORMA
TADDEI, Deceased;
ANDREW TADDEI, as surviving Child of NORMA
TADDEI, Deceased;
LORETTA TADDEI, as surviving Child of NORMA
TADDEI, Deceased;
MARY TADDEI, as Personal Representative of the
Estate of FERMO TADDEI, Deceased, surviving Spouse
of NORMA TADDEI;
MARY TADDEI, as Personal Representative of the
Estate of ELVIRA CONTI, Deceased, surviving Parent
of NORMA TADDEI;

HARUMI TAKAHASHI, Individually, as surviving
Spouse, and Personal Representative of the Estate of
KEIICHIRO TAKAHASHI, Deceased;
HIROYUKI TAKAHASHI, as surviving Child of
KEIICHIRO TAKAHASHI, Deceased;
AKIKO TAKAHASHI, as surviving Child of
KEIICHIRO TAKAHASHI, Deceased;

MIDORI TAKAHASHI, Individually, as surviving
Spouse, and Personal Representative of the Estate of
KEIJI TAKAHASHI, Deceased;

EILEEN TALLON, Individually, as surviving Parent,
and Personal Representative of the Estate of SEAN
PATRICK TALLON, Deceased;

JUAN B. BRUNO, Individually, as surviving Spouse,
and Personal Representative of the Estate of RACHEL
TAMARES, Deceased;

PATRICIA TARASIEWICZ, Individually, as surviving
Spouse, and Personal Representative of the Estate of
ALLAN TARASIEWICZ, Deceased;
ALAN TARASIEWICZ, as surviving Child of ALLAN
TARASIEWICZ, Deceased;
MELISSA TARASIEWICZ, as surviving Child of
ALLAN TARASIEWICZ, Deceased;

JILL TARROU, as Personal Representative of the Estate
of MICHAEL TARROU, Deceased;

SAMANTHA TAYLOR, Individually, as surviving
Child, and Personal Representative of the Estate of
SANDRA C. TAYLOR, Deceased;

FRANK TAYLOR, Individually, as surviving Spouse,
and Personal Representative of the Estate of LORISA C.
TAYLOR, Deceased;

LELAND DALE TERRY, Individually, as surviving
Sibling, and Personal Representative of the Estate of
LISA TERRY, Deceased;

RAJ THACKURDEEN, Individually, as surviving
Sibling, and Co-Personal Representative of the Estate of
GOUMATIE THACKURDEEN, Deceased;
SAT THACKURDEEN, Individually, as surviving
Sibling, and Co-Personal Representative of the Estate of
GOUMATIE THACKURDEEN, Deceased;
RAMBASCIA THACKURDEEN, as surviving Parent of
GOUMATIE THACKURDEEN, Deceased;

ROBIN THEURKAUF, Individually, as surviving
Spouse, and Personal Representative of the Estate of
THOMAS F. THEURKAUF, Jr., Deceased;

JOSEPH O'KEEFE, Individually, as surviving Spouse,
and Personal Representative of the Estate of LESLEY
THOMAS, Deceased;

ROSANA THOMPSON, Individually, as surviving
Spouse, and Personal Representative of the Estate of
NIGEL B. THOMPSON, Deceased;

JOSEPH A. TIESI, Individually, as surviving Sibling, and Personal Representative of the Estate of MARY E. TIESI, Deceased;

BARBARA TIRADO, Individually, as surviving Parent, and Personal Representative of the Estate of DAVID TIRADO, Deceased;
RAFAEL TIRADO, as surviving Parent of DAVID TIRADO, Deceased;
RICHARD TIRADO, as surviving Sibling of DAVID TIRADO, Deceased;

ALISSA ROSENBERG-TORRES, Individually, as surviving Spouse, and Personal Representative of the Estate of LUIS E. TORRES, Deceased;

KATHLEEN TRANT, Individually, as surviving Spouse, and Personal Representative of the Estate of DANIEL TRANT, Deceased;

ROB SPADAFORA, as Personal Representative of the Estate of JAMES A. TRENTINI, Deceased;
PATTI J. TRENTINI, as surviving Child of JAMES A. TRENTINI, Deceased;
THERESA MCDONALD, as Personal Representative of the Estate of LORRAINE EGAN, Deceased, surviving Sibling of JAMES A. TRENTINI;
BERNICE BARLETTA, as surviving Sibling of JAMES A. TRENTINI, Deceased;

ROB SPADAFORA, as Personal Representative of the Estate of MARY TRENTINI, Deceased;
PATTI J. TRENTINI, as surviving Child of MARY TRENTINI, Deceased;
MARY P. VATALARO, as surviving Child of MARY TRENTINI, Deceased;

MARY TSELEPIS, Individually, as surviving Spouse, and Personal Representative of the Estate of WILLIAM P. TSELEPIS, JR., Deceased;

DEBBY WILLIAMS, Individually, as surviving Child, and Personal Representative of the Estate of PAULINE TULL-FRANCIS, Deceased;

CYNTHIA TUMULTY, Individually, as surviving
Spouse, and Personal Representative of the Estate of
LANCE TUMULTY, Deceased;

MARIE HARVEY RYAN, Individually, as surviving
Spouse, and Personal Representative of the Estate of
ROBERT T. TWOMEY, Deceased;
EMERIC R. TWOMEY, as surviving Child of ROBERT
T. TWOMEY, Deceased;
ROBERT TWOMEY, as surviving Child of ROBERT T.
TWOMEY, Deceased;
HELEN ANN TWOMEY, as Personal Representative of
the Estate of JIMMY TWOMEY, Deceased, surviving
Sibling of ROBERT T. TWOMEY;
JOHN TWOMEY, as surviving Sibling of ROBERT T.
TWOMEY, Deceased;

VICTOR UGOLYN, Individually, as surviving Parent,
and Personal Representative of the Estate of TYLER
UGOLYN, Deceased;
DIANE UGOLYN, as surviving Parent of TYLER
UGOLYN, Deceased;
TREVOR UGOLYN, as surviving Sibling of TYLER
UGOLYN, Deceased;

JULIE UMAN, Individually, as surviving Spouse, and
Personal Representative of the Estate of JONATHAN
UMAN, Deceased;

VIRGINIA L. ROSSITER VALVO, Individually, as
surviving Spouse, and Personal Representative of the
Estate of CARLTON F. VALVO, II, Deceased;

NADADUR S. KUMAR, as Personal Representative of
the Estate of PENDYALA VAMSIKRISHNA,

ANNE VANDEVANDER, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JON VANDEVANDER, Deceased;

REGAN GRICE-VEGA, Individually, as surviving
Spouse, and Personal Representative of the Estate of
PETER VEGA, Deceased;

CONSUELO VELAZQUEZ, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JORGE VELAZQUEZ, Deceased;

JASMINE VICTORIA, Individually, as surviving Child,
and Personal Representative of the Estate of CELESTE
TORRES VICTORIA, Deceased;

PATRICIA VILARDO, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JOSEPH VILARDO, Deceased;

ANTHONY VINCELLI, Individually, as surviving
Sibling, and Personal Representative of the Estate of
CHANTAL VINCELLI, Deceased;

LUCY VIRGILIO, Individually, as surviving Parent, and
Personal Representative of the Estate of LAWRENCE J.
VIRGILIO, Deceased;

BENHARDT R. WAINIO, Individually, as surviving
Parent, and Personal Representative of the Estate of
HONOR ELIZABETH WAINO, Deceased;

DIANE WALL, Individually, as surviving Spouse, and
Personal Representative of the Estate of GLEN WALL,
Deceased;

PAUL KIEFER, as Personal Representative of the Estate
of BRIAN WARNER, Deceased;

EVELYN SIEW-SIM YEOW, Individually, as surviving
Spouse, and Personal Representative of the Estate of
MICHAEL H. WAYE, Deceased;

AMY L. WEAVER, Individually, as surviving Spouse,
and Personal Representative of the Estate of TODD C.
WEAVER, Deceased;

FLOYD WEIL, Individually, as surviving Parent, and
Personal Representative of the Estate of JOANNE F.
WEIL, Deceased;

LAURIE WEINBERG, Individually, as surviving
Spouse, and Personal Representative of the Estate of
STEVEN WEINBERG, Deceased;

70

LINDSAY WEINBERG, as surviving Child of STEVEN
WEINBERG, Deceased;
JASON WEINBERG, as surviving Child of STEVEN
WEINBERG, Deceased;
SAMUEL WEINBERG, as surviving Child of STEVEN
WEINBERG, Deceased;

LAURA WEINBERG, Individually, and as Estate
Representative of the Estate of Richard Aronow,
Deceased,

REMA WAISER, Individually, as surviving Spouse, and
Personal Representative of the Estate of SIMON V.
WEISER, Deceased;
ANATOLY S. WEISER, as surviving Child of SIMON
V. WEISER, Deceased;

DELIA WELTY, Individually, as surviving Spouse, and
Personal Representative of the Estate of TIMOTHY
WELTY, Deceased;

KATHLEEN WIK, Individually, as surviving Spouse,
and Personal Representative of the Estate of WILLIAM
J. WIK, Deceased;
PATRICIA WIK FARESE, as surviving Child of
WILLIAM J. WIK, Deceased;
KATHLEEN WIK, as surviving Child of WILLIAM J.
WIK, Deceased;
DANIEL WIK, as surviving Child of WILLIAM J. WIK,
Deceased;

JANICE WILLIAMS, Individually, as surviving Spouse,
and Personal Representative of the Estate of LOUIS C.
WILLIAMS, III, Deceased;

KENNETH WILLIAMS, Individually, as surviving
Parent, and Personal Representative of the Estate of
BRIAN P. WILLIAMS, Deceased;

DARREN WILLIAMS, Individually, as surviving
Spouse, and Personal Representative of the Estate of
DEBBIE L. WILLIAMS, Deceased;

PATRICIA WISWALL, Individually, as surviving
Spouse, and Personal Representative of the Estate of
DAVID WISWALL, Deceased;

AMY WISWALL EDGINGTON, as surviving Child of
DAVID WISWALL, Deceased;
KEITH WISWALL, as surviving Child of DAVID
WISWALL, Deceased;
ROBERT WISWALL, as surviving Sibling of DAVID
WISWALL, Deceased;

ANNE WODENSHEK, Individually, as surviving
Spouse, and Personal Representative of the Estate of
CHRISTOPHER WODENSHEK, Deceased;
SARAH WODENSHEK, as surviving Child of
CHRISTOPHER WODENSHEK, Deceased;
RAYMOND WODENSHEK, as Personal Representative
of the Estate of FLORENCE WODENSHEK, Deceased,
surviving Sibling of CHRISTOPHER WODENSHEK
HALEY WODENSHEK, as surviving Child of
CHRISTOPHER WODENSHEK, Deceased;
MOLLIE WODENSHEK, as surviving Child of
CHRISTOPHER WODENSHEK, Deceased;
WILLIAM WODENSHEK, as surviving Child of
CHRISTOPHER WODENSHEK, Deceased;
ANNE WODENSHEK on behalf of ZACHARY
WODENSHEK, minor, as surviving Child of
CHRISTOPHER WODENSHEK, Deceased;
MARIELLEN DELELLIS, as surviving Sibling of
CHRISTOPHER WODENSHEK, Deceased;
PATRICIA WODENSHEK, as surviving Sibling of
CHRISTOPHER WODENSHEK, Deceased;
RAYMOND WODENSHECK, as surviving Sibling of
CHRISTOPHER WODENSHEK, Deceased;

SUSAN WOHLFORTH, Individually, as surviving
Spouse, and Personal Representative of the Estate of
MARTIN WOHLFORTH, Deceased;

CHARLES G. WOLF, Individually, as surviving Spouse,
and Personal Representative of the Estate of
KATHERINE WOLF, Deceased;

WILLIAM DREIER, as Personal Representative of the
Estate of NEIL WRIGHT, Deceased;

CELLA WOO-YUEN, Individually, as surviving
Spouse, and Personal Representative of the Estate of
ELKIN YUEN, Deceased;

72

HELEN ZACCOLI, Individually, as surviving Spouse,
and Personal Representative of the Estate of JOSEPH
ZACCOLI, Deceased;

ZHANNA GALPERINA, Individually, as surviving
Spouse, and Personal Representative of the Estate of
ARKADY ZALTSMAN, Deceased;

DAVID ZIMINSKI, Individually, as surviving Spouse,
and Personal Representative of the Estate of IVELIN
ZIMINSKI, Deceased;
CELINA RODRIGUEZ, as surviving Parent of IVELIN
ZIMINSKI, Deceased;
IVAN RODRIGUEZ, as surviving Parent of IVELIN
ZIMINSKI, Deceased;
JANET SWENSON, as surviving Sibling of IVELIN
ZIMINSKI, Deceased;

DYAN ZINZI, Individually, as surviving Spouse, and
Personal Representative of the Estate of MICHAEL
ZINZI, Deceased;
DYAN ZINZI on behalf of DEAN ZINZI, minor, as
surviving Child of MICHAEL ZINZI, Deceased;

CAROL ZION, Individually, as surviving Spouse, and
Personal Representative of the Estate of CHARLES A.
ZION, Deceased;

RICHARD KLEIN, Individually, as surviving Spouse,
and Personal Representative of the Estate of JULIE
LYNNE ZIPPER, Deceased;
JASON KLEIN, as surviving Child of JULIE LYNNE
ZIPPER, Deceased;

DOROTA ZOIS, Individually, as surviving Spouse, and
Personal Representative of the Estate of PROKOPIOS
ZOIS, Deceased;

MADELEINE A. ZUCCALA, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JOSEPH J. ZUCCALA, Deceased;
JOLAINE J. ZUCCALA, as surviving Child of JOSEPH
J. ZUCCALA, Deceased;
KAYLENE E. ZUCCALA-SAMS, as surviving Child of
JOSEPH J. ZUCCALA, Deceased;

SANDRA ZUCCALA, as surviving Sibling of JOSEPH
J. ZUCCALA, Deceased;
THERESA PATERSON, as surviving Sibling of
JOSEPH J. ZUCCALA, Deceased;
TINA CAMMARATA, as surviving Sibling of JOSEPH
J. ZUCCALA, Deceased;

ERICA ZUCKER HEISLER, Individually, as surviving
Spouse, and Personal Representative of the Estate of
ANDREW S. ZUCKER, Deceased;
ERICA ZUCKER HEISLER on behalf of JASON A.
ZUCKER, minor, Deceased;

1.    **Personal Injury Claimants**


PASQUALE ABATANGELO, Individually;
ANTHONY ACCARDO, Individually;
JOSEPH ACCETTA, Individually;
LUIS ACEVEDO, Individually;
PETER ACQUAFREA, Individually;
PAUL ADAMS, Individually;
ALDO ADISSI, Individually;
THEODORUS ADRICHEM, Individually;
MICHAEL AGOVINO, Individually;
RICHARD AGUGLIARO, Individually;
ALAMO AGUSTINO, Individually;
ROGER AHEE, Individually;
KENNETH AHLERS, Individually;
THOMAS AKERBERG, Individually;
EDWARD ALFARANO, Individually;
RICHARD ALLES, Individually;
CHRISTOPHER AMATO, Individually;
ANTHONY ANDERSON, Individually;
STEPHEN ANDERSON, Individually;
VINCENT ANDERSON, Individually;
FRANK ANDINO, Individually;
STANLEY ANDRUSYCZYN, Individually;
SALVATORE ANNERINO, Individually;
ROBERT ANNUNZIATO, Individually;
ANDREW ANSBRO, Individually;
HARRY ANTONOPOULOS, Individually;
SALVATORE ANZALONE, Individually;
EDWARD AND KATHLEEN ARANCIO, Individually;
LAWRENCE ARCHER, Individually;
RAYMOND ARCOS, Individually;

LEONARD AND BARBARA ARDIZZONE,
Individually;
MICHAEL ARMETTA, Individually;
DAVID AROCHO, Individually;
RUTH ARON, Individually;
THOMAS ASHER, Individually;
JOSEPH ASTARITA, Individually;
CHRISTOPHER ATTANASIO, Individually;
ANTHONY AUCIELLO, Individually;
MARYLOU AURRICHIO, Individually;
ANGEL AYALA, Individually;
CHRISTOPHER BACH, Individually;
JOSEPH BACHERT, Individually;
BENJAMIN BADILLO, Individually;
THOMAS BAEZ, Individually;
MICHAEL BAILEY, Individually;
CANDIACE BAKER, Individually;
JOSEPH V. BAKSH, Individually;
AUGUSTIN BALARAM, Individually;
WEST BALLOU, Individually;
NICHOLAS BALSAMO, Individually;
RICHARD BANAT, Individually;
ARTURO BANCHS, Individually;
MICHAEL BANKER, Individually;
ROBERT BARAN, Individually;
JAMES J. BARANEK, Individually;
PAUL BARBARA, Individually;
PAUL BARDO, Individually;
THOMAS BAROZ, Individually;
CHRISTOPHER BARRETT, Individually;
KEVIN BARRETT, Individually;
ROBERT BARRETT, Individually;
BRUCE BARVELS, Individually;
STEVEN BASCELLI, Individually;
PAUL BASSO, Individually;
ANDREW BEARD, Individually;
EDITH BEAUJON, Individually;
MICHAEL BEHETTE, Individually;
JOHN BELFORD, Individually;
MARIO BELL, Individually;
JOHN BELMONTE, Individually;
LORI-ANN BENINSON, Individually;
JOSEPH BENNETT, Individually;
TIMOTHY BENNETT, Individually;
JAMES BERGEN, Individually;
JOSEPH BERING, Individually;

ROBERT BERMINGHAM, Individually;
CHARLES BERNARDI, Individually;
MARK BERNHEIMER, Individually;
FRANK BERRAN, Individually;
RUBEN BERRIOS, Individually;
JOSEPH BERTOLINO, Individually;
MARVIN BETHEA, Individually;
JAMES BEUERMAN, Individually;
DANIEL BEYAR, Individually;
GEORGE BEYER, Individually;
GREGORY BIERSTER, Individually;
DONALD BIGI, Individually;
STEVEN BILICH, Individually;
HOWARD BISCHOFF, Individually;
JOSEPH BISERTA, Individually;
RICHARD BITTLES, Individually;
IRENE BLAICH, Individually;
PETER BLAICH, Individually;
WILLIAM BLAICH, Individually;
SUSAN BLAKE, Individually;
MARK BLANCHARD, Individually;
MATTHEW BLASKOVICH, Individually;
GODFREY BLYTHE, Individually;
THOMAS BOCCAROSSA, Individually;
KENNETH BOHAN, Individually;
MICHAEL BOLAND, Individually;
CHARLES BONAR, Individually;
JOHN BONGIORNO, Individually;
REGINALD BONNER, Individually;
MARK BONSANTI, Individually;
ANDREW BORGESE, Individually;
ROBERT BORNHOEFT, Individually;
NICHOLAS BORRILLO, Individually;
MARIA BOURDIS, Individually;
ENIS BOYER, Individually;
MICHAEL BOYLE, Individually;
GEORGE BRAADT, Individually;
MANUEL BRACERO, Individually;
JAMES BRADY, Individually;
THOMAS BRADY, Individually;
ANDREW BRAUN, Individually;
MARTIN BRAUN, Individually;
JOSEPH BREEN, Individually;
GERALD BRENKERT, Individually;
JAMES BRENNAN, Individually;
RONALD BRENNEISEN, Individually;

DONALD BRIERLEY, Individually;
VITO BRINZO, Individually;
LADWIN BRISSETT, Individually;
MICHAEL BROCATO, Individually;
MICHAEL BRODY, Individually;
MICHAEL BROSCHART, Individually;
CHRISTOPHER BROUGHTON, Individually;
JAMES BROWN, Individually;
JOZETTE BROWN, Individually;
PAUL BROWN, Individually;
PETER BROWN, Individually;
RAYMOND BROWN, Individually;
PETER BRUNAES, Individually;
GREG BRUNO, Individually;
JAMES BRUNO, Individually;
STEPHEN BRUNO, Individually;
DAVID BRUNSDEN, Individually;
MICHAEL BUCKLEY, Individually;
MICHAEL BUDISCHEWSKY, Individually;
MATTHEW BUONO, Individually;
VINCENT BUONOCORE, Individually;
CHARLES BURGE, Individually;
JAMES BURKE, Individually;
MICHAEL BURKE, Individually;
STEPHEN BURKE, Individually;
WILLIAM BURKE, Individually;
THOMAS BURKE, Individually;
ROBERT BURNS, Individually;
JACQUELINE BURTON, Individually;
JOHN BYRNES, Individually;
NELSON CABAN, Individually;
EDWARD CACHIA, Individually;
MICHAEL CAHILL, Individually;
FRANCIS CALABRO, Individually;
KEVIN CALHOUN, Individually;
GARY CALI, Individually;
ROBERT CALISE, Individually;
THOMAS CALKINS, Individually;
VINCENZO CALLA, Individually;
THOMAS CALLAGHAN, Individually;
ERNANDO CAMACHO, Individually;
PATRICK CAMACHO, Individually;
RICHARD CAMIOLO, Individually;
RONALD CAMMARATA, Individually;
BRYAN CAMPBELL, Individually;
RICHARD CAMPBELL, Individually;

ATTHEW CAMPISI, Individually;
VINCENT CANALE, Individually;
THOMAS CANN, Individually;
BIAGIO CANTATORE, Individually;
VICTOR CANTELMO, Individually;
MICHAEL CAPASSO, Individually;
CHARLES CAPLE, Individually;
ROBERT CAPOLONGO, Individually;
DAVID CAPUTO, Individually;
FRANK CAPUTO, Individually;
DAVID CARDINALE, Individually;
HARRY CARDIO, Individually;
PATRICK CAREY, Individually;
PETER CARINO, Individually;
RICHARD CARLINO, Individually;
WILLIAM CARLSON, Individually;
ANGEL CARRERO, Individually;
CHRISTOPHER CARRI, Individually;
JOHN CARROLL, Individually;
WILLIAM CARROLL, Individually;
ROBERT CARUSO, Individually;
RICHARD CASALETTO, Individually;
JOSEPH CASALIGGI, Individually;
RAYMOND CASCIO, Individually;
THOMAS CASCIO, Individually;
DONALD CASEY, Individually;
GERARD CASEY, Individually;
JAMES CASH, Individually;
STEPHEN CASSE, Individually;
JOHN CASSIDY, Individually;
KEVIN CASSIDY, Individually;
STEPHEN CASSIDY, Individually;
GREGORY CASTELLANO, Individually;
JOHN CATATANO, Individually;
ANTHONY CATERA, Individually;
JOHN CAVAELLI, Individually;
HENRY CERASOLI, Individually;
JOSEPH CESTARI, Individually;
ANTHONY CHAIMOWITZ, Individually;
WILLIAM CHESNEY, Individually;
GERALD CHIAVELLI, Individually;
DINO CHIRCO, Individually;
SHERWIN CHOW, Individually;
JEFFREY CHRISTENSEN, Individually;
ROBERT CHRISTY, Individually;
BUNDY CHUNG, Individually;

PETER CIAPPA, Individually;
FRANK CIARAVINO, Individually;
ZOSIA CIESLIK, Individually;
JAMES CIZIKE, Individually;
RAYMOND CLANCY, Individually;
DONALD CLARK, Individually;
LAWRENCE CLARK, Individually;
DENNIS CLARKE, Individually;
BRIAN CLARO, Individually;
DAVID CLINGAIN, Individually;
JOHN CLINTON, Individually;
DERMOTT CLOWE, Individually;
JAMES CODY, Individually;
CHRISTOPHER COEN, Individually;
ROBERT COLACINO, Individually;
JONATHAN COLEMAN, Individually;
ROBERT COLLIGAN, Individually;
WILLIAM COLLINS, Individually;
GEORGE COLUCCI, Individually;
CARMELO COMPOSTO, Individually;
STEPHEN CONKLIN, Individually;
DAVID CONLIN, Individually;
KEVIN CONNELLY, Individually;
JAMES CONNOLLY, Individually;
MICHAEL CONNOLLY, Individually;
PATRICK CONNOLLY, Individually;
THOMAS CONNOLLY, Individually;
WILLIAM CONNOLLY, Individually;
CHRISTOPHER CONNOR, Individually;
STEVEN CONNOR, Individually;
THOMAS CONROY, JR., Individually;
JEFFREY CONTI, Individually;
KENNETH COOK, Individually;
WALTER COOK, Individually;
WERNER COOK, Individually;
JOHN COOMBS, Individually;
JAMES COONEY, Individually;
DOUGLAS F. COPP, Individually;
MICHAEL CORR, Individually;
MICHAEL CORRIGAN, Individually;
CHRISTOPHER CORSI, Individually;
STEVEN COSCIA, Individually;
MICHAEL COSTA, Individually;
EDWARD COSTELLO, Individually;
ROY COTIGNOLA, Individually;
JOSEPH COTTER, Individually;

JOSE COTTI, Individually;
JOHN COTTON, Individually;
PATRICK COTTON, Individually;
CHRISTOPHER COUGHLIN, Individually;
JOHN COUGHLIN, Individually;
THOMAS COURTENAY, Individually;
EDWARD COYLE, Individually;
RICHARD COYLE, Individually;
TERENCE COYLE, Individually;
BRIAN COYLE, Individually;
JOHN COYLE, Individually;
RICHARD COYNE, Individually;
GIBSON A. CRAIG, Individually;
CHRIS CRAVEN, Individually;
GERARD CRAWFORD, Individually;
WILLIAM CRAWFORD, Individually;
PAUL CRESCI, Individually;
GEORGE CRISCITIELLO, Individually;
OMAR CRISOSTOMO, Individually;
BRENT CROBAK, Individually;
CHARLES CROCCO, Individually;
JOHN CRONLEY, Individually;
FRANK CSEKO, Individually;
DONALD CSORNY, Individually;
JOHN CUCCIOLA, Individually;
STEVEN CUEVAS, Individually;
PATRICK CULLEN, Individually;
LEONARD CURCIO, Individually;
PETER CURCIO, Individually;
RICHARD CURIEL, Individually;
EDWARD CURLEY, Individually;
JOHN CURLEY, Individually;
FRANK CURNYN, Individually;
JOSEPH CURRAN, Individually;
EDWARD CUTTING, Individually;
DENNIS CZECZOTKA, Individually;
ALAN DAGISTINO, Individually;
STEVEN DAHLSTROM, Individually;
KENNETH D'ALBERO, Individually;
ALBERT D'ALLESANDRO, Individually;
JAMES DALTON, Individually;
BRADLEY DALY, Individually;
DANIEL DALY, Individually;
JOHN DALY, Individually;
PAUL DALY, Individually;
DOMINICK DAMIANO, Individually;

THOMAS DAMORE, Individually;
PETER D'ANCONA, Individually;
ARTHUR DARBY, Individually;
KEVIN DARCY, Individually;
DOMINIC D'ARRIGO, Individually;
GERARD DAVAN, Individually;
HARROLD DAVER, Individually;
MARK DAVINO, Individually;
JIMMIE DAVIS, Individually;
JOSEPH DAWSON, Individually;
VINCENT DECICCO, Individually;
RODNEY DECORT, Individually;
FRANCIS DEFEO, Individually;
GEORGE DEGEWORTH, Individually;
KEVIN DELANO, Individually;
WILLIAM DELEHANTY, Individually;
FRED DELGROSSO, Individually;
JOSEPH DELGROSSO, Individually;
ROBERT J. D'ELIA, Individually;
KIRK DELNICK, Individually;
PHILIP DEMARIA, Individually;
VINCENT DEMARINIS, Individually;
NICHOLAS DEMASI, Individually;
RAYMOND DENNINGER, Individually;
RUDOLF DENT, Individually;
JAMES DEPAOB, Individually;
MICHAEL DEPIETRO, Individually;
ROBERT DESANDIS, Individually;
ETIENNE DEVILLIERS, Individually;
DOMINICK DEVITO, Individually;
JOHN DEVLIN, Individually;
JOHN DIAZ, Individually;
RAYMOND DIAZ, Individually;
ROLAND DIAZ, Individually;
DONALD DIDOMENICO, Individually;
RONALD J. DIFRANCESCO, Individually;
ROBERT DIGIOVANNI, Individually;
ANDREW DIGIUGNO, Individually;
MARK DIMAGGIO, Individually;
MICHAEL DINATALE, Individually;
RICHARD DIORIO, Individually;
CHARLES DIRICO, Individually;
ROBERT DISANZA, Individually;
JOHN DIXON, Individually;
VICTOR DIZ, Individually;
JAMES DOBSON, Individually;

THOMAS DOHERTY, Individually;
KEVIN DOHERTY, Individually;
MICHAEL DOLAN, Individually;
FRANCIS DONAHUE, Individually;
SEAN DONAHUE, Individually;
STEPHEN DONNELLY, Individually;
THOMAS DONNELLY, Individually;
TIMOTHY DONNERY, Individually;
MICHAEL DONOHUE, Individually;
WILLIAM DONOHUE, Individually;
JOSEPH DONOVAN, Individually;
MICHAEL DONOVAN, Individually;
MICHAEL DORGAN, Individually;
JAMES DORMAN, Individually;
KEVIN DORRIAN, Individually;
ROBERT DORRITIE, Individually;
JOHN DOUGHERTY, Individually;
CHARLES DOWNEY, Individually;
JOSEPH R. DOWNEY, Individually;
LEONARD DRAVES, Individually;
JOSEPH DREXLER, Individually;
JOHN R. DRISCOLL, Individually;
JOSEPH DRISCOLL, Individually;
RICHARD DRISCOLL, Individually;
RICHARD DUBOIS, Individually;
RICHARD DUBOWY, Individually;
DANIEL DUDDY, Individually;
BOBBY DUDLEY, Individually;
BRIAN DUFFY, Individually;
KEVIN DUFFY, Individually;
KEVIN DUNCAN, Individually;
JOHN DUNN, Individually;
JOSEPH DUNN, Individually;
WILLIAM DUNN, Individually;
THOMAS DUNN, Individually;
JODY DUPUIS, Individually;
GEORGE EDGEWORTH, Individually;
CHRISTOPHER EDWARDS, Individually;
WILLIAM EDWARDS, Individually;
JAMES EFTHIMIADES, Individually;
ERNEST EHLBERG, Individually;
GREG EINSFELD, Individually;
WILLIAM ELLIS, Individually;
JAMES ELMENDORF, Individually;
MICHAEL ENDRIZZI, Individually;
JOHN ENGEL, Individually;

JOSEPH ENIA, Individually;
KENNETH ERB, Individually;
RICHARD ERDEY, Individually;
ALBERT ESTRADA, Individually;
DAVID FARRAN, Individually;
DENNIS FARRELL, Individually;
KEVIN FARRELL, Individually;
THOMAS FARRELL, Individually;
JOSEPH FAZZINO, Individually;
ELIZABETH FEATHERSTON, Individually;
STEVEN FEDORCZUK, Individually;
FRANCIS FEEHAN, Individually;
JAMES FEELEY, Individually;
JOSEPH FELLE, Individually;
TERRY FELRICE, Individually;
DANIEL FENNELL, Individually;
RUTH FENNER, Individually;
JILL FENWICK, Individually;
ROSARIO FERLISI, Individually;
MANUEL FERNANDEZ, Individually;
THOMAS FERRANOLA, Individually;
EDWARD FERRARO, Individually;
NICOLE FERRELL, Individually;
SALVADOR FERRER, Individually;
JAMES FILOMINO, Individually;
JAMES FINN, Individually;
TERENCE FINNERMAN, Individually;
FRANK FIORE, Individually;
DAVID FISCHBEIN, Individually;
CHRISTOPHER FISCHER, Individually;
LEE FISCHER, Individually;
CARL FISHER, Individually;
ROBERT FITHIAN, Individually;
DAVID FITTON, Individually;
MICHAEL FITZMAURICE, Individually;
MIKE FITZPATRICK, Individually;
PATRICK FITZSIMMONS, Individually;
LIAM FLAHERTY, Individually;
WILLIAM FLAHERTY, Individually;
HOLLIS FLANAGAN, Individually;
JAMES FLANAGAN, Individually;
MICHAEL FLANAGAN, Individually;
THOMAS FLEMING, Individually;
THOMAS FLETCHER, Individually;
DONALD FLORE, Individually;
DANIEL FLORENCO, Individually;

HOWARD FLUGMACHER, Individually;
JOHN FLYNN, Individually;
JOSEPH FLYNN, Individually;
MICHAEL FLYNN, Individually;
RICHARD FLYNN, Individually;
WILLIAM FODER, Individually;
GREGORY FODOR, Individually;
BENJAMIN FOGEL, Individually;
DANIEL FOLEY, Individually;
ROBERT FOLEY, Individually;
FRANK FONTAINO, Individually;
ALAN FORCIER, Individually;
GEORGE FORIS, Individually;
NICHOLAS FORNARIO, Individually;
VINCENT FORRAS, Individually;
WARREN FORSYTH, Individually;
CHARLES FORTIN, Individually;
MICHAEL FOSSATI, Individually;
ANTHONY FRACHIOLLA, Individually;
LEO FRAGAPANO, Individually;
LUIS FRAGOSO, Individually;
PETER FRANK, Individually;
SCOTT FRAZIER, Individually;
JAMES FREER, Individually;
TIMOTHY FROLICH, Individually;
DANIEL FUCELLA, Individually;
FREDERICK FUCHS, Individually;
ALFREDO FUENTES, Individually;
JOHN FULLAM, Individually;
DANIEL FURLAND, Individually;
CHARLES GAFFNEY, Individually;
JOHNNY GAGLIANO, Individually;
JOHN GAINE, Individually;
JACK GALANTE, Individually;
ANDREW GALASSO, Individually;
DENNIS GALLAGHER, Individually;
ROBERT GALLAGHER, Individually;
JAMES GALLICCHIO, Individually;
ANTHONY GALLO, Individually;
CHARLES GALLOGY, Individually;
PHILIP GAMBINO, Individually;
EDWARD GANASSA, Individually;
PETER GANNON, Individually;
ANNE GARCIA, Individually;
JAMES GARCIA, Individually;
RAFAEL GARCIA, Individually;

ANDREW GARGIULO, Individually;
WAYNE GARGIULO, Individually;
JOHN GARNETT, Individually;
ROBERT GAROFOLO, Individually;
SHARON GATTO, Individually;
STEPHEN GAUDUT, Individually;
RUDOLPH GEIGER, Individually;
SEAN GENOVESE, Individually;
CHRISTOS GEORGE, Individually;
PAUL GERMANN, Individually;
BRUCE GERRIE, Individually;
THOMAS GERRISH, Individually;
PETER GIAMMARINO, Individually;
GUERINO GIANNATTANASIO, Individually;
KENNETH GIANNELLI, Individually;
BONNIE GIEBERIED, Individually;
SALVATORE GIGANTE, Individually;
JOSEPH GILDEN, Individually;
DENNIS GILHOOLY, Individually;
NORMAN GILLARD, Individually;
STEVEN M. GILLESPIE, Individually;
MICHAEL GIMPEL, Individually;
MICHAEL GINTY, Individually;
CRAIG GIUFFRE, Individually;
JOHN GIUFFRIDA, Individually;
BRIAN GLEASON, Individually;
ROBERT GLEASON, Individually;
WILLIAM GLEASON, Individually;
MICHAEL GLENN, Individually;
KEVIN GLOCK, Individually;
PETER GLOWACZ, Individually;
BARRY GOFFRED, Individually;
WILLIAM GOLDSTEIN, Individually;
MARK GOLDWASSER, Individually;
DONALD GOLLER, Individually;
AWILDA GOMEZ, Individually;
TONY GONZALEZ, Individually;
FRANCINE GOODMAN, Individually;
GLORIA-GIGI GORDON, Individually;
JOHN GORGONE, Individually;
MICHAEL GORMAN, Individually;
PATRICK GORMAN, Individually;
WILLIAM GORMAN, Individually;
RICHARD GOULD, Individually;
STEPHEN GRABNER, Individually;
KEVIN GRACE, Individually;

MICHAEL GRACE, Individually;
JOHN GRAHAM, Individually;
LANAIRD GRANGER, Individually;
JOHN GRAZIANO, Individually;
CHRISTOPHER GREEN, Individually;
WILLIAM GREEN, Individually;
ANTHONY GREENE, Individually;
MICHAEL GREGORY, Individually;
ROBERT GRELL, Individually;
AURELIO GRILLO, Individually;
MICHAEL GRILLO, Individually;
DANIEL GROGUL, Individually;
KEITH GROSS, Individually;
KRISTEN GROSS, Individually;
LLOYD GROSSBERG, Individually;
DANIEL GROSSI, Individually;
MICHAEL GUARDINO, Individually;
PHILIP GUARNIERI, Individually;
THOMAS GUARNIERI, Individually;
STEVEN GUISE, Individually;
FRANK GUNTHER, Individually;
MICHAEL GURNICK, Individually;
KEVIN GUTFLEISCH, Individually;
LUIS GUTIERREZ, Individually;
KEVIN GUY, Individually;
PAUL HAARMAN, Individually;
JAMES HALABY, Individually;
JAMES HALEY, Individually;
PAUL HALEY, Individually;
GARY HALL, Individually;
ISRAEL HALPERN, Individually;
KENNETH HAMILTON, Individually;
JOSEPH G. HANDS, Individually;
LEAKAT HANIF, Individually;
GARY HANLEY, Individually;
KENNETH HANSEN, Individually;
SCOTT HANSON, Individually;
RON HARDING, Individually;
DOUGLAS HARKINS, Individually;
JEREMIAH HARNEY, Individually;
EMIL HARNISCHFEGER, Individually;
TIMOTHY HARRIGAN, Individually;
KIRK HARRINGTON, Individually;
THOMAS HARRINGTON, Individually;
EUGENE HARRIS, Individually;
JOSEPH HARRIS, Individually;

MICHAEL HARRIS, Individually;
WILLIAM HARRIS, Individually;
RICHARD HARRISON, Individually;
MICHAEL HART, Individually;
ROBERT HARTIE, Individually;
BRIAN HARVEY, Individually;
FRANCIS HASKELL, Individually;
JOHN HASSETT, Individually;
PATRICK HAYDEN, Individually;
WARREN C. HAYES, Individually;
LEROY HAYNES, Individually;
RAYMOND HAYWOOD, Individually;
MELFORD HAZEL, Individually;
JAMES HEAL, Individually;
BRIAN HEALY, Individually;
DAVID HEALY, Individually;
GEORGE HEAR, Individually;
STEPHEN HEAVEY, Individually;
MICHAEL HEFFERNAN, Individually;
TODD HEIMAN, Individually;
GREGORY HELFER, Individually;
EUGENE HENDERSON, Individually;
WILLIAM HENDERSON, Individually;
WILLIE HENDERSON, Individually;
WILLIAM HENNESSY, Individually;
MICHAEL HENNIGNA, Individually;
JOHN HENRICKSEN, Individually;
JOHN HENRY, Individually;
THOMAS HENRY, Individually;
WILLIAM HERLIHY, Individually;
JEFF HESTNES, Individually;
HERBERT HICKEY, Individually;
JOSEPH HICKEY, Individually;
PATRICK HICKEY, Individually;
SEAN HICKEY, Individually;
JOSEPH HIGGINS, Individually;
WILLIAM HOAG, Individually;
JAMES D. HODGES, Individually;
ROBERT HOFER, Individually;
DONALD HOFFMAN, Individually;
JOHN HOGAN, Individually;
JOHN HOLOHAN, Individually;
TERRENCE HOLT, Individually;
TIMOTHY HOPPEY, Individually;
BRYAN HORAN, Individually;
MICHAEL HORAN, Individually;

LAURA HORDT, Individually;
ANDREW HORNBUCKLE, Individually;
ROBERT HOURICAN, Individually;
ANDREA HOWELL, Individually;
ROBERT HOYT, Individually;
EDWARD HRONEC, Individually;
MORRIS HUBBARD, Individually;
SCOTT HUGHES, Individually;
THOMAS HUGHES, Individually;
ROBERT HUMPHREY, Individually;
WILLIAM HUMPHREY, Individually;
PAIGE HUMPHRIES, Individually;
CHRISTOPHER HUNT, Individually;
JAMES HURON, Individually;
JAMES HURSON, Individually;
RICHARD HUTRA, Individually;
JOHN IAMMATTEO, Individually;
DAVID IANELLI, Individually;
MICHAEL IANNAZZO, Individually;
RAFAEL IGLESAIS, Individually;
MICHAEL INCANTALUPO, Individually;
LLOYD INFANZON, Individually;
EARTHA INGRAM, Individually;
WILLIAM INGRAM, Individually;
PETER IOVENO, Individually;
EDWARD IRELAND, Individually;
SALVATORE ISABELLA, Individually;
ANDREW ISOLANO, Individually;
NETTA ISSACOF, Individually;
JOSEPH JABLONSKI, Individually;
DANIEL JACKSON, Individually;
VERONICA JACOBS, Individually;
JOHN JAGODA, Individually;
PETER JAKUBOWSKI, Individually;
BRIAN JANELLI, Individually;
THADDEUS JANKOWSKI, Individually;
JOSEPH JANKUNIS, Individually;
RICHARD JANOSCAK, Individually;
MATTHEW JASKO, Individually;
WILLIAM JENNERICH, Individually;
LAWRENCE JENSEN, Individually;
PETER JENSEN, Individually;
WALTER JENSEN, Individually;
JOHN F. JERMYN, Individually;
STANLEY JESSAMINE, Individually;
DESMOND JHAGROO, Individually;

PAUL JOHNSEN, Individually;
ANITA JOHNSON, Individually;
BISHOP DAN JOHNSON, Individually;
BRIAN JOHNSON, Individually;
BYRON JOHNSON, Individually;
KEITH JOHNSON, Individually;
NATHANIAL JOHNSON, Individually;
ROBERT JOHNSTON, Individually;
LEROY JONAS, Individually;
JEFFREY JONES, Individually;
ROBERT JONES, Individually;
NIELS JORGENSEN, Individually;
IRWIN JOSEPH BRODSKY, Individually;
JOHN JOYCE, Individually;
KAZIMIERZ JURGIEL, Individually;
WILLIAM JUTT, Individually;
JOSEPH KADILLAK, Individually;
KEITH KAISER, Individually;
GARY KAKEH, Individually;
WILLIAM KALLETTA, Individually;
THOMAS KANE, Individually;
DANIEL KARP, Individually;
JAMES KAY, Individually;
JURGIEL KAZIMIERZ, Individually;
DANIEL KEANE, Individually;
ROBERT KEANE, Individually;
KENNETH KEARNS, Individually;
ROBERT KEATING, Individually;
WILLIAM KEEGAN, Individually;
THOMAS KEERY, Individually;
MICHAEL KELLEHER, Individually;
ROBERT KELLER, Individually;
JILL KELLEY, Individually;
JILL KELLY, Individually;
JAMES KELLY, Individually;
JOHN KELLY, Individually;
ROBERT KELLY, Individually;
JOHN KELTON, Individually;
DANIEL KEMMET, Individually;
DANIEL KEMMET, SR., Individually;
MICHAEL KEMPER, Individually;
GERARD KENNEDY, Individually;
JOSEPH KENNEDY, Individually;
RICHARD KENNY, Individually;
DENNIS KERBIS, Individually;
KENNETH KERR, Individually;