JOHN KIELTY, Individually;
JOHN KILCOYNE, Individually;
ROGER KILFOIL, Individually;
JOSEPH KILLEEN, Individually;
CHRISTOPHER KING, Individually;
WILLIAM KING, Individually;
JOHN KIRK, Individually;
PATRICK KISSANE, Individually;
WINFIELD KLUTH, Individually;
ROBERT KMAK, Individually;
WILLIAM KNOTH, Individually;
ERIC KNUTSEN, Individually;
CRAIG KOBES, Individually;
CHARLES KOTOV, Individually;
WALTER KOWALCEZYK, Individually;
MICHAEL KOZAK, Individually;
STEVEN KRAKOWER, Individually;
FRANK KROPF, Individually;
RICHARD KUERNER, Individually;
MICHAEL KULL, Individually;
CARLOS KUPER, Individually;
JOHN LABARBERA, Individually;
RICHARD LACERRA, Individually;
ROBERT LACEY, Individually;
RAYMOND LACHHMAN, Individually;
ERIK LAHODA, Individually;
MICHAEL LALLY, Individually;
LANCE LAMAZZA, Individually;
RAYMOND LAMBDIN, Individually;
MARTIN LANG, Individually;
RICHARD LANG, Individually;
PATRICK LANZA, Individually;
CHRISTOPHER LAROCCA, Individually;
MICHAEL LAROSA, Individually;
JOSEPH LASHER, Individually;
ROBERT LASTELLA, Individually;
JAMES LAUER, Individually;
JOSEPH LAVIN, Individually;
PATRICK LAVIN, Individually;
JOHN LAYTON, Individually;
HOUSSAIN LAZAAR, Individually;
CHAD LEACH, Individually;
WILLIAM LEAHY, Individually;
MICHAEL LEAMY, Individually;
FRANK LEANDRO, Individually;
JOSEPH LECLAIR, Individually;

WOODY LEDWITH, Individually;
EDWARD LEE, Individually;
STEPHEN LEE, Individually;
ARTIE LEECOCK, Individually;
DANIEL LEFEBVRE, Individually;
CHRISTOS LEFKADITIS, Individually;
JAMES LEIBMAN, Individually;
JOSEPH LEMBO, Individually;
RICHARD LEMONDA, Individually;
KEVIN LENAHAN, Individually;
JOHN LENIHAN, Individually;
HUGH LENNON, Individually;
JOHN LENNON, Individually;
THOMAS LENT, Individually;
JOHN LEVENDOSKY, Individually;
JEFF LEVER, Individually;
VINCENT LEVIEN, Individually;
ABRAHAM LEVINSON, Individually;
PATRICIA LEWIS, Individually;
JAMES LEWIS, Individually;
DANIEL LIND, Individually;
MICHAEL T. LINDY, Individually;
DENNIS LINEHAN, Individually;
RONALD LITTLEJOHN, Individually;
LANCE LIZZUL, Individually;
ROBERT LODATO, Individually;
EDWARD LOEHMANN, Individually;
FRANK LOMBARDI, Individually;
MICHAEL LOMBARDI, Individually;
THOMAS LONEGAN, Individually;
GEORGE LONERGAN, Individually;
STEPHEN LONERGAN, Individually;
MANUAL LOPEZ, Individually;
ROBERT LOPEZ, Individually;
MICHAEL LOPORCARO, Individually;
CHARLES LOSACCO, Individually;
MARK LOTITO, Individually;
VINCENT LOUIS, Individually;
JOHN LOVETT, Individually;
EDWARD LUCIANI, Individually;
STEVEN LUISI, Individually;
VINCENT LUISI, Individually;
SALVATORE LUMIA, Individually;
ADAM LUTFI, Individually;
DAVID LYNN, Individually;
THOMAS LYONS, Individually;

CHRISTIAN LYSY, Individually;
GREGORY MACAGNONE, Individually;
JACK MACALUSO, Individually;
MICHAEL MACDONALD, Individually;
MICHAEL MACKL, Individually;
FRANK MACRI, Individually;
ROBERT MADDEN, Individually;
JOSEPH MAGGI, Individually;
SANDY AMRITA MAHABIR, Individually;
JAMES MAHON, Individually;
PATRICK MAHONEY, Individually;
FRANK MAISANO, Individually;
ANDRE MAJORS, Individually;
ANDREW MAJORS, Individually;
GLEN MAKUCH, Individually;
CECIL MALONEY, Individually;
PATRICK MALONEY, Individually;
TIMOTHY MALONEY, Individually;
DEBORAH MANDELL, Individually;
ROBERT MANDIA, Individually;
FRANK MANETTA, Individually;
THOMAS MANGUS, Individually;
CHARLES MANISCALCO, Individually;
JAMES MANITTA, Individually;
GREGORY E. MANNING, Individually;
WILLIAM MANNION, Individually;
DANIEL MANOCHIO, Individually;
WAYNE MANZIE, Individually;
LEON MARASHAJ, Individually;
FELIPE MARCANO, Individually;
EDMOND MARCOUX, Individually;
ROBERT MARCOUX, Individually;
RICHARD MARGINO, Individually;
MARY MARINELLI, Individually;
STEVE MARION, Individually;
JOHN MARK, Individually;
LAWRENCE MARLEY, Individually;
JOHN MARR, Individually;
ERIK MARRERO, Individually;
JAMES MARTIN, Individually;
WILLAM MARTIN, Individually;
DARIO MARTINEZ, Individually;
DORIS MARTINEZ, Individually;
WILLIAM MARTINEZ, Individually;
ANTONIO MARTINO, Individually;
MICHAEL MARTORANA, Individually;

ROCCO MASCIOLO, Individually;
CHRISTOPHER MASSARIA, Individually;
JOHN MASSAROTTI, Individually;
THOMAS MASTRODOMENICO, Individually;
MARC MASTROS, Individually;
DANIEL MATTEO, Individually;
ANTHONY MATTONE, Individually;
GARRY MAURICE, Individually;
THOMAS MAY, Individually;
ROBERT MAYNES, Individually;
RICHARD MAYRONNE, Individually;
GARY MAZALATIS, Individually;
JOSEPH MAZZARELLO, Individually;
LORI MAZZEO, Individually;
KEVIN MCARDLE, Individually;
THOMAS MCAREE, Individually;
BRIAN MCAVOY, Individually;
SEAN MCBRIEN, Individually;
JAMES MCBURNEY, Individually;
EDWARD MCCABE, Individually;
KEVIN MCCABE, Individually;
STEVEN MCCAFFERY, Individually;
THOMAS MCCAFFREY, Individually;
EDWARD MCCAMPHILL, Individually;
JOHN MCCANN, Individually;
NEIL MCCARTHY, Individually;
JAMES MCCARTHY, Individually;
HAROLD MCCLUTCHY, Individually;
CHRISTOPHER MCCORMACK, Individually;
PATRICK MCCORMACK, Individually;
IRVING MCCOY, Individually;
KEVIN MCCUTCHAN, Individually;
JOHN MCDONALD, Individually;
KELLY MCDONALD, Individually;
DANIEL MCDONOUGH, Individually;
DAVID MCDONOUGH, Individually;
KEVIN MCDOWELL, Individually;
CHARLES MCELHONE, Individually;
GREGORY MCENROE, Individually;
PATRICK MCEVOY, Individually;
JOANN MCFARLAND, Individually;
MICHAEL MCFARLAND, Individually;
TERRENCE MCGANN, Individually;
JAMES MCGETRICK, Individually;
SHAUN MCGILL, Individually;
PATRICK MCGIVNEY, Individually;

JOHN MCGONIGLE, Individually;
CORNELIUS MCGOVERN, Individually;
DAVID MCGOVERN, Individually;
JOSEPH MCGOVERN, Individually;
OWEN J. MCGOVERN, Individually;
KEVIN MCGOWAN, Individually;
BRIAN MCGUIRE, Individually;
ROBERT MCGUIRE, Individually;
THOMAS MCHUGH, Individually;
TIM MCINERNEY, Individually;
JAMES MCKAY, Individually;
WALTER MCKEE, Individually;
BRAIN MCKEEVER, Individually;
THOMAS MCKENNA, Individually;
SHAWN MCKEON, Individually;
CHRISTOPHER MCLAUGHLIN, Individually;
JOHN MCLAUGHLIN, Individually;
WILLIAM MCLAUGHLIN, Individually;
JOSEPH MCMAHON, Individually;
PAUL MCMENAMY, Individually;
WILLIAM MCNALLY, Individually;
JAMES MCNAMARA, Individually;
JOHN MCNAMARA, Individually;
GARY MCNULTY, Individually;
GERARD MCPARLAND, Individually;
ELLEN MCQUEEN, Individually;
ROBERT MEADOWS, Individually;
PHILIP MEDEIROS, Individually;
PAUL MEDORDI, Individually;
VINCENT MEDORDI, Individually;
KEVIN MEEHAN, Individually;
KEVIN MELFI, Individually;
MICHAEL MELILLO, Individually;
KEVIN MELODY, Individually;
JAMES MELVIN, Individually;
RICHARD MEO, Individually;
JOSEPH MEOLA, Individually;
DENNIS MEYERS, Individually;
JAMES MILLER, Individually;
NEIL MILLER, Individually;
MICHAEL MILNER, Individually;
DERRICK MILONE, Individually;
DONALD MIMNAUGH, Individually;
LOUIS MINUTOLI, Individually;
RICHARD MIRANDA, Individually;
JOHN MISKANIC, Individually;

MARK MISSALL, Individually;
JOHN MIXON, Individually;
JOSEPH MIYNARCZYK, Individually;
ANTHONY MODICA, Individually;
STEVE MODICA, Individually;
AMON MODINE, Individually;
JANET MOLCZYK, Individually;
FRANK MOLLICA, Individually;
PETER MOLNAR, Individually;
PAUL MOLONEY, Individually;
ALWISH MONCHERY, Individually;
FRANK MONDELLI, Individually;
PAUL MONFRE, Individually;
JOHN MONGIELLO, Individually;
WARREN MONROE, Individually;
DOMINICK MONTALTO, Individually;
JOSE MONTALVO, Individually;
YVETTE MONTALVO, Individually;
JOSEPH MONTANARO, Individually;
ELIZARDO MONTES, Individually;
KEVIN MONTGOMERY, Individually;
KENNETH MOODY, Individually;
FRANK MOORE, Individually;
GARY MOORE, Individually;
MICHAEL MOORE, Individually;
THOMAS MOORE, Individually;
ROBERT MOORE, Individually;
JAMES MORAN, Individually;
JOHN MORAN, Individually;
WILLIAM MORAN, Individually;
DONALD MORMINO, Individually;
ALBERTO MORRALES, Individually;
ROBERT MORRIS, Individually;
WILLIAM MORRIS, Individually;
HENRY MORRISON, Individually;
EDWARD MORRISSEY, Individually;
BLANCA MORRONE, Individually;
KEVIN MORRONE, Individually;
JOHN MORRONGIELLO, Individually;
AUDREY MOSLEY MARCUS, Individually;
JOSEPH MOTTOLA, Individually;
FRANK MOTYKA, Individually;
KEVIN MOUNT, Individually;
JERZY MROZEK, Individually;
JOHN MUCCIOLA, Individually;
ANTHONY MUIA, Individually;

RICHARD MULHERN, Individually;
MARK MULLADY, Individually;
KEVIN MULLANE, Individually;
WILLIAM MULLER, Individually;
HUGH MULLIGAN, Individually;
KENNETH MULLIGAN, Individually;
DANIEL MULLINS, Individually;
JAMES MULLINS, Individually;
BRENDAN MULROY, Individually;
BRIAN MULRY, Individually;
LEONARD MUNDA, Individually;
RAUL MUNIZ, Individually;
MICHAEL MUNOZ, Individually;
MURRAY MURAD, Individually;
JONATHAN MURATH, Individually;
JESSE MURPHY, Individually;
JOHN MURPHY, Individually;
KEITH MURPHY, Individually;
KEVIN G. MURPHY, Individually;
MICHAEL MURPHY, Individually;
PATRICK MURPHY, Individually;
ROBERT MURPHY, Individually;
STEVEN MURPHY, Individually;
THOMAS MURPHY, Individually;
DANIEL MURRAY, Individually;
JOHN MURRAY, Individually;
KEVIN MURRAY, Individually;
GERARD MURTHA, Individually;
MICHAEL MUSTO, Individually;
ARTHUR MYERS, Individually;
FRANK MYERS, Individually;
ANDREA NANNA-MONTGOMERY, Individually;
RICHARD NAPLES, Individually;
JOSEPH NAPOLI, Individually;
JOSEPH NARDONE, Individually;
REYNALDO NARVAEZ, Individually;
ROBERT NEBEL, Individually;
RALPH NEGRON, Individually;
JAMES NEVILLE, Individually;
JOHN NEWELL, Individually;
PETER NEWEN, Individually;
STEVEN NEWMAN, Individually;
THOMAS NEWMAN, Individually;
STEPHEN NICHOLS, Individually;
GERARD NICOLETTI, Individually;
ROBERT NIEBLER, Individually;

PAUL NIGRO, Individually;
JEFFREY NIX, Individually;
NANCY NOBLE, Individually;
ALBERT NOCELLA, Individually;
WILLIAM NOLAN, Individually;
ALEXANDER NONEY, Individually;
DANIEL NOONAN, Individually;
RICHARD OBERMAYER, Individually;
GREGORY O'BRIEN, Individually;
JOHN O'BRIEN, Individually;
JOSEPH O'BRIEN, Individually;
RICHARD O'BRIEN, Individually;
SEAN O'BRIEN, Individually;
CLARE O'CONNELL, Individually;
MICHAEL O'CONNELL, Individually;
JOHN O'CONNOR, Individually;
PATRICK O'CONNOR, Individually;
THOMAS O'CONNOR, Individually;
WILLIAM O'CONNOR, Individually;
JOHN ODDO, Individually;
JANICE O'DELL, Individually;
WALTER ODINOKOW, Individually;
GEORGE O'DOHERTY, Individually;
CHRISTOPHER O'DONNELL, Individually;
JAMES O'DONNELL, Individually;
JOSEPH O'DONNELL, Individually;
ROBERT O'DOWD, Individually;
MICHAEL O'GORMAN, Individually;
JOSEPH O'HARA, Individually;
HOWARD O'HRINGER, Individually;
BRIAN O'LEARY, Individually;
THOMAS O'LEARY, Individually;
DANIEL OLIVERI, Individually;
DAVID O'NEIL, Individually;
CHARLES O'NEILL, Individually;
TROISI ONOFRIO, Individually;
ROBERT OPALECKY, Individually;
MICHAEL O'ROURKE, Individually;
THOMAS O'ROURKE, Individually;
WILLIAM OROZCO, Individually;
JOSE ORTIZ, Individually;
ARTHUR OSCHMANN, Individually;
MICHAEL O'SHEA, Individually;
HARRY OSTER, Individually;
LUIS OSTOLOZAGA, Individually;
CHRISTOPHER O'SULLIVAN, Individually;

JOSEPH O'SULLIVAN, Individually;
MICHAEL O'SULLIVAN, Individually;
SEAN O'SULLIVAN, Individually;
GIRARD OWENS, Individually;
GERARD PACE, Individually;
JACQUELINE PADILLA, Individually;
ELROY PAGAN, Individually;
THOMAS PAIR, Individually;
VINCENT PALMIERI, Individually;
MICHELE PAOLINI, Individually;
EDWARD PARKER, Individually;
ROBERT PARKER, Individually;
RONALD PARKER, Individually;
TIMOTHY PARKER, Individually;
GREGORY PARR, Individually;
RONALD PASCUCCI, Individually;
SCOTT PASKEWITZ, Individually;
JOSEPH PASQUARELLO, Individually;
MICHAEL PASQUARELLO, Individually;
PETER PATTERSON, Individually;
DENNIS PATTI, Individually;
JEFFREY PAWLICKI, Individually;
HILTON PEARCE, Individually;
FRANK PEPE, Individually;
GEORGE PEPE, Individually;
FRANK PEREZ, Individually;
LUIS PEREZ, Individually;
OSVALDO PEREZ, Individually;
DANIEL PERITORE, Individually;
JASON PERRONE, Individually;
FRANK PERRY, Individually;
MICHAEL PERRY, Individually;
ROBERT PESCE, Individually;
DARRYL PETTIGREW, Individually;
ROBIN PFEFFER, Individually;
RON PFEFFER, Individually;
FREEDMAN PFEIL, Individually;
CHRISTOPHER PHILLIPS, Individually;
VINCENT PICCIANO, Individually;
JOSEPH PICCININNI, Individually;
RICHARD PICCIOTTO, Individually;
GREGORY PICCONI, Individually;
GEORGE PICKETT, Individually;
JAMES PICONE, Individually;
BOZENA PIELARZ, Individually;
GLEN PILLARELLA, Individually;

ROBERT PILLARELLA, Individually;
LORRAINE PIRILLO, Individually;
CHRISTOPHER PISANO, Individually;
PERRY PIZZOLO, Individually;
LEWIS PIZZULLI, Individually;
THOMAS PLANE, Individually;
DEDIE PLASENCIA, Individually;
BRYAN PLATT, Individually;
MICHELLE POHL, Individually;
ANDREW POLINSKY, Individually;
MARIE POLITE, Individually;
WILLIAM POLLACK, Individually;
DOMINICK POMA, Individually;
JOSEPH POMA, Individually;
SALVATORE POMA, Individually;
ANDREW PORRAZZO, Individually;
STEPHEN POSE, Individually;
JAMES POWERS, Individually;
LARRY PRATHER, Individually;
FREDERICK PREVETE, Individually;
ROBIN PRINTY, Individually;
KIRK PRITCHARD, Individually;
DANIEL J. PRITZKER, Individually;
MARTIN PROKUP, Individually;
DENNIS PROSICK, Individually;
NICHOLAS PUCCIARELLI, Individually;
ROBERT PUGLIESE, Individually;
RICHARD PULZONE, Individually;
FRANK PUMA, Individually;
CARL PUNZONE, Individually;
ANTHONY QUARANTI, Individually;
PHILIP QUATTROCCHI, Individually;
PABLO QUESADA, Individually;
HENRY QUEVEDO, Individually;
WILLIAM QUICK, Individually;
TIMOTHY QUIN, Individually;
ANDREW QUINN, Individually;
DENNIS QUINN, Individually;
JOSEPH QUINN, Individually;
KEVIN QUINN, Individually;
MICHAEL QUINN, Individually;
RICHARD RACCIOPPI, Individually;
GLENN RADERMACHER, Individually;
JAMES RAGARN, Individually;
MICHAEL RAIMER, Individually;
LOUIS RAIMONDI, Individually;

DAVID RAPP, Individually;
THOMAS RAPPE, Individually;
ANDREW RASAVONGSZUK, Individually;
STEPHEN RASWEILER, Individually;
RICHARD RATTAZZI, Individually;
DAVID RAYMOND, Individually;
STEVEN RAZICKAS, Individually;
JOSUE RECIO, Individually;
DANIEL REDDAN, Individually;
JAMES REDMOND, Individually;
ROBERT REEG, Individually;
SHAUN REEN, Individually;
DAVID REEVE, Individually;
JOHN REGAN, Individually;
ROBERT REGAN, Individually;
GERARD REILLY, Individually;
JOHN REILLY, Individually;
KEVIN REILLY, Individually;
MARK REILLY, Individually;
STEPHEN REILLY, Individually;
LEONARD REINA, Individually;
ROBERT REIP, Individually;
MICHAEL RELAY, Individually;
JOHN REMENTERIA, Individually;
WILLIAM RENDINO, Individually;
ROBERT JR.. RENODE, Individually;
DAVID RESTUCCIO, Individually;
MICHAEL REUTTER, Individually;
HERMAN REYES, Individually;
JOHN RHATIGAN, Individually;
VITO RIBAUDO, Individually;
MICHAEL RICCIARDI, Individually;
ROBERT RICCIARDI, Individually;
STEPHEN RICCIO, Individually;
EUGENE RICE, Individually;
HOWARD RICE, Individually;
JOHN RICE, Individually;
STEPHEN RICE, Individually;
ROGER RICHES, Individually;
ROCCO RINALDI, Individually;
JOHN RINCIARI, Individually;
LOUIE RIOS, Individually;
DAVID RIVAS, Individually;
ALCIDES RIVERA, Individually;
ALFRED RIVERA, Individually;
DANIEL RIVERA, Individually;

HECTOR RIVERA, Individually;
ROBERT RIVERA, Individually;
TERENCE RIVERA, Individually;
THOMAS RIVICCI, Individually;
JOHN RIZZI, Individually;
MATTHEW ROACH, Individually;
GARY ROBBINS, Individually;
RAINFORD ROBERTS, Individually;
TIMOTHY ROBERTS, Individually;
THOMAS ROBISKY, Individually;
ANTHONY ROCCHIO, Individually;
JOSEPH ROCHA, Individually;
ROBERT ROCHFORD, Individually;
ALAN ROCKEFELLER, Individually;
BRIAN ROCOVICH, Individually;
WILLIAM RODGERS, Individually;
PETER RODRIGUEZ, Individually;
KENNETH ROGERS, Individually;
KEVIN ROGERS, Individually;
STEVE ROGERS, Individually;
CARMEN ROMERO, Individually;
GUY ROSBROOK, Individually;
TAMAR ROSBROOK, Individually;
BRUCE ROSS, Individually;
MICHAEL ROY, Individually;
DONALD ROZAS, Individually;
JOHN RUBINO, Individually;
KEITH RUBY, Individually;
STEWART RUETER, Individually;
JOSEPH RUGGIRELLO, Individually;
RICHARD RUIZ, Individually;
JAMES RULAND, Individually;
STEPHEN RUSSACK, Individually;
DAVID RUSSELL, Individually;
BRIAN RUSSO, Individually;
SALVATORE RUSSO, Individually;
VITO RUVOLO, Individually;
DENIS RYAN, Individually;
HENRY RYAN, Individually;
KEVIN RYAN, Individually;
RICHARD RYAN, Individually;
ROBERT RYAN, Individually;
THOMAS RYAN, Individually;
EDWARD RZEMPOLVCH, Individually;
ROBERT SACCHI, Individually;
CHRISTINE SAKOUTIS, Individually;

JOSEPH SALADIS, Individually;
PARIS SALEM, Individually;
STEVEN SAMMIS, Individually;
FELIX SANCHEZ, Individually;
RUDY SANFILIPPO, Individually;
JOHN SANJURJO, Individually;
PETER SANTELLI, Individually;
BOBBY SANTIAGO, Individually;
JOSEPH SAPIENZA, Individually;
JOSEPH SARDO, Individually;
MARK SARNES, Individually;
LOUIS SARTINI, Individually;
ARTHUR SARTOR, Individually;
JEREMY SASSMAN, Individually;
PETER SAVARESE, Individually;
PATRICIA SCADUTO-SOTO, Individually;
ERIC SCAKNOFF, Individually;
MICHAEL SCALARD, Individually;
THOMAS SCALLY, Individually;
THOMAS SCAMBONE, Individually;
KEVIN SCANLON, Individually;
GILBERT SCARAZZINI, Individually;
SALVATORE SCARENTINO, Individually;
PATRICK SCARINGELLO, Individually;
STEVEN SCARINZI, Individually;
JOHN SCARSELLA, Individually;
JOHN SCHAEFER, Individually;
LOUIS SCHAEFER, Individually;
JAMES SCHIAVONE, Individually;
SCOTT SCHIELDS, Individually;
JOHN SCHILLINGER, Individually;
WILLIAM SCHILLINGER, Individually;
RICHARD SCHLUECK, Individually;
CHARLES SCHMID, Individually;
ROBERT SCHMIDT, Individually;
CLINTON SCHMITTERER, Individually;
ROBERT SCHMUCK, Individually;
MICHAEL SCHNITZER, Individually;
ROBERT SCHOR, Individually;
MICHAEL SCHREIBER, Individually;
SCOTT SCHRIMPE, Individually;
ROBERT SCHULZ, Individually;
JAMES SCHWICKE, Individually;
VINCENT SCIALPI, Individually;
VICTOR SCIARAPPA, Individually;
ANGELO SCIFO, Individually;

GREGORY SCLAFANI, Individually;
JOHN SCOTCH, Individually;
ROBERT SCOTT, Individually;
SUSAN SCOTT, Individually;
MICHAEL SCULLY, Individually;
LISA SECKLER-OODE, Individually;
JOSEPH SEENEY, Individually;
VINCENT SEPE, Individually;
RICHARD SERE, Individually;
ANGEL SERRANO, Individually;
LUIS SERRANO, Individually;
WILLIAM SESSELMAN, Individually;
MICAHEL SFORZA, Individually;
DAVID SGROMO, Individually;
PETER SHANLEY, Individually;
JAMES SHANNON, Individually;
MATTHEW SHANNON, Individually;
BRIAN SHEA, Individually;
JAMES SHEA, Individually;
KEVIN SHEEHAN, Individually;
EDWARD SHEEHY, Individually;
GARY SHERIDAN, Individually;
KEVIN SHEROD, Individually;
JAMES SHERWOOD, Individually;
GIUSEPPE SIBILLA, Individually;
ALPHONSE SICIGNANO, Individually;
ANTHONY SIGNORILE, Individually;
THOMAS SILVESTRI, Individually;
VINCENT SIMEONE, Individually;
DAVID SIMMS, Individually;
JEFFREY SIMMS, Individually;
AUGUSTINE SIMONCINI, Individually;
RAYMOND SIMONS, Individually;
GERARD SIMPSON, Individually;
SAMBA SINERA, Individually;
KHEMRAJ SINGH, Individually;
DENNIS SIRJUESINGH, Individually;
DENNIS SIRY, Individually;
SCOTT SIVERT, Individually;
ANTHONY SKOMINA, Individually;
JOSEPH SKONIECZNY, Individually;
LEO SKORUPSKI, Individually;
GARY SLATTERY, Individually;
JAMES SMAGALA, Individually;
GARY SMILEY, Individually;
CARLTON SMITH, Individually;

GEORGE SMITH, Individually;
GERARD SMITH, Individually;
JAMES SMITH, Individually;
PATRICK SMITH, Individually;
WARREN SMITH, Individually;
WILLIAM SMITH, Individually;
MICHAEL SMITH, Individually;
GERALD SNELL, Individually;
RICHARD SNYDER, Individually;
WILLIAM SOHMER, Individually;
MARK SOLARI, Individually;
GERARD SOMERVILLE, Individually;
FRANK SOMMA, Individually;
STEVEN SORGER, Individually;
WALTER SORRENTI, Individually;
MICHAEL SORRENTINO, Individually;
PHILIP SOTO, Individually;
DEAN SPADARO, Individually;
WILLIAM SPADE, Individually;
JOSEPH SPAGNOLA, Individually;
FRANK SPALDO, Individually;
DOUGLAS SPANO, Individually;
CHRISTOPHER SPARACIA, Individually;
HENRY SPEICHER, Individually;
ROBERT SPELLMAN, Individually;
JAMES SPENCER, Individually;
STEPHEN SPINELLI, Individually;
ROBERT SPINELLI, Individually;
BRIAN SPISTO, Individually;
THOMAS SPITZBARTH, Individually;
FRANK SPRING, Individually;
BERTRAM SPRINGSTEAD, Individually;
ROBERT SPUTH, Individually;
MICHAEL SPYNTIUK, Individually;
ANTHONY SROUR, Individually;
EUGENE ST. JOHN, Individually;
CLIFFORD STABNER, Individually;
BERTRAM STAHLBERG, Individually;
JOHN STAIANO, Individually;
ADOLPH STAMPFEL, Individually;
JAMES STANG, Individually;
ROBERT STANLEWICZ, Individually;
ROBERT STANTON, Individually;
JAMES STASIO, Individually;
KEVIN STEININGER, Individually;
SYLVESTER STEWART, Individually;

MARK STONE, Individually;
PETER STRAHL, Individually;
LOUIS STRANDBERG, Individually;
BRIAN STRENGE, Individually;
RAY STRONG, Individually;
BRIAN J. SULLIVAN, Individually;
JIMMIE SULLIVAN, Individually;
PATRICK SULLIVAN, Individually;
JAMES SULLIVAN, Individually;
STEVEN SUPEK, Individually;
DANIEL SURAT, Individually;
GARY SUSON, Individually;
ERIC SUTTON, Individually;
MICHAEL SUWALSKI, Individually;
ISA SWEDIN, Individually;
EDWARD SWEENEY, Individually;
JOSEPH SYKES, Individually;
DENNIS TAAFFE, Individually;
KEITH TANICO, Individually;
DAVID TANZMAN, Individually;
ALPHA TARAWALLY, Individually;
PETER TARTAGLIONE, Individually;
FELICIA TAYLOR, Individually;
JOHN TEDESCO, Individually;
MICHAEL TENTEROMANO, Individually;
JEFF TESORIERO, Individually;
VINCENT TESORIERO, Individually;
LUIS THOMAS, Individually;
THOMAS THOMASEN, Individually;
DONALD THOMPSON, Individually;
JAMES THOMPSON, Individually;
ROBERT THOMPSON, Individually;
SCOTT THOMSON, Individually;
ROBERT TILEARCIO, Individually;
THOMAS TILLOTSON, Individually;
RICHARD TING, Individually;
DONALD TOMM, Individually;
KEVIN TONKIN, Individually;
STEVEN TONREY, Individually;
ALVIN TORO, Individually;
ANGEL TORRES, Individually;
EDGAR TORRES, Individually;
EDITH TORRES, Individually;
GEORGE L. TORRES, Individually;
WALTER TORRES, Individually;
JOSEPH TORRILLO, Individually;

JOSEPH TOSCANO, Individually;
RUSSELL TOUHEY, Individually;
CHARLES TOZZO, Individually;
JAMES TOZZO, Individually;
PETER TRACY, Individually;
FRANCIS TRAPANI, Individually;
PETER TRAUT, Individually;
BARRY TRAVIS, Individually;
LOUIS TREGLIA, Individually;
TINA TRESCA, Individually;
MICHAEL TREZZA, Individually;
MICHAEL TRIGLIANOS, Individually;
ROBERT V. TRIVIGNO, Individually;
JOHN TROIANIELLO, Individually;
VICTOR TROISI, Individually;
RALPH TUFANO, Individually;
EDWARD TURNER, Individually;
JOSEPH TUSTIN, Individually;
ERIC TVEDT, Individually;
LEONARD TYRELL, Individually;
THOMAS UBERTINI, Individually;
BRIAN URBAN, Individually;
NEIL VAILLANCOURT, Individually;
ANTHONY VALETTA, Individually;
CHARLES VAN PELT, Individually;
THOMAS VANROSSEM, Individually;
JOHN VANWAGONER, Individually;
MARIO VASCON, Individually;
DONALD VASTOLA, Individually;
ONELIA VAZQUEZ, Individually;
DANIEL VELAZQUEZ, Individually;
JOSE VELAZQUEZ, Individually;
SALVATORE VENTIMIGLIA, Individually;
JOHN VERACKA, Individually;
STEVEN VERDEROSA, Individually;
RICHARD VETLAND, Individually;
GUY VILLANO, Individually;
PHILIP VINCENZO, Individually;
ROBERT VINCIGUERRA, Individually;
BETTY VIOLETA-LLANO, Individually;
GREGORY VOCE, Individually;
RUSSELL J. VOMERO, Individually;
HARRY WAIZER, Individually;
FREDERICK WALKER, Individually;
ED WALLACE, Individually;
ROBERT WALLEN, Individually;

DANIEL WALSH, Individually;
EDWARD WALSH, Individually;
WILLIAM WALSH, Individually;
CHRISTOPHER WANKER, Individually;
CHRISTOPHER WARD, Individually;
KEITH WARD, Individually;
GARY WASHINGTON, Individually;
MACK WASHINGTON, Individually;
RICHARD WATTS, Individually;
ALBERT WEBER, Individually;
JOHN WEBER, Individually;
CHARLES WEINSHEIMER, Individually;
PAUL WEIS, Individually;
STEVEN WEISNER, Individually;
JAMES WELDON, Individually;
RICHARD WELDON, Individually;
CHARLES WELLS, Individually;
WILLIAM WELSH, Individually;
GARY WENDELL, Individually;
JAMES WERNER, Individually;
MICHAEL WERNICK, Individually;
JAMES WHITE, Individually;
JOHN WHOLIHAN, Individually;
JOHN WHYTE, Individually;
ROBERT WIEDMANN, Individually;
ROBERT WILDAY, Individually;
JOHN WILLADSEN, Individually;
DEREK WILLIAMS, Individually;
HERMAN WILLIAMS, Individually;
KEVIN WILLIAMS, Individually;
THOMAS WILLIAMS, Individually;
TYRONE WILLIAMS, Individually;
VANDON WILLIAMS, Individually;
VINCENT WILLIAMS, Individually;
ROBERT WILLIAMSON, Individually;
JAMES WILLIS, Individually;
JOHN WILSON, Individually;
JOHN WILSON, Individually;
ROBERT WILSON, Individually;
JAMES WINTERS, Individually;
DENNIS WIRBICKAS, Individually;
MICHAEL WITKOWSKI, Individually;
GARY WOOD, Individually;
JOHN WROBEL, Individually;
SPIRO YIORAS, Individually;
JOHN YORKS, Individually;

VINCENT YORKS, Individually;
MARK YOUNGBERG, Individually;
JAMES ZADROGA, Individually;
ROBERT ZAJKOWSKI, Individually;
STEPHEN ZASA, Individually;
MICHAEL ZECHEWYTZ, Individually;
PHILIP J. ZEISS, Individually;
THOMAS ZELIOS, Individually;
PATRICK ZODA, Individually;
MARTIN ZOLLNER, Individually;
MAURICE ZUNIGA, Individually;

-------------------------------------------------------------x

SHERI G. BURLINGAME, Individually as Spouse and
as Personal Representative of the Estate of CHARLES
FRANK BURLINGAME, III, Deceased;

RUDY ABAD, Individually as Spouse and as Personal
Representative of the Estate of MARIE ROSE ABAD,
Deceased;

CYNTHIA LYNN BARKWAY, Individually as Spouse,
and as Personal Representative of the Estate of
DAVID MICHAEL BARKWAY, Deceased;

THOMAS BOCCHINO, Individually as Sibling, and as
Personal Representative of the Estate of MICHAEL
BOCCHINO, Deceased;

IRENE BOEHM, Individually as Spouse and as Personal
Representative of the Estate of BRUCE BOEHM,
Deceased;

NANCY H. KIMBELL, Individually as Sibling and as
Personal Representative of the Estate of MARY
BOOTH, Deceased;

KRISTEN BREITWEISER, Individually as Spouse, and
as Personal Representative of the Estate of RONALD
BREITWEISER, Deceased;

ERICA BRENNAN, Individually as Spouse, and as
Personal Representative of the Estate of PETER
BRENNAN, Deceased;

**SPEISER KRAUSE**

108

KATHLEEN BRUNTON, Individually as Spouse, and as
Personal Representative of the Estate of VINCENT
BRUNTON, Deceased;

ERNST H. BUCK and JOSEPHINE BUCK, Individually
as Parents of GREGORY J. BUCK, Deceased;

KENNETH CHU, Individually as Parent and as Personal
Representative of the Estate of PAMELA CHU,
Deceased;

DEBORAH RAZZANO, Individually as Spouse and as
Personal Representative of the Estate of ANTHONY
COLADONATO, Deceased;

MELINDA COOPER, Individually as Spouse and
as Personal Representative of the Estate of JULIAN
COOPER, Deceased;

THERESA COVE, Individually as Spouse, and as
Personal Representative of the Estate of JAMES E.
COVE, Deceased;

JAMES CUDMORE, Individually as Parent and as
Personal Representative of the Estate of NEIL
CUDMORE, Deceased;

AMY WATERS, Individually, and as Personal
Representative of the Estate of SCOTT DAVIDSON,
Deceased;

LORRAINE DELAPENHA, Individually as Spouse, and
as Personal Representative of the Estate of DONALD A.
DELAPENHA, Deceased;

KATHRYN R. DENNIS, Individually as Spouse and as
Personal Representative of the Estate of THOMAS F.
DENNIS, Deceased;

IRENE DICKEY, Individually as Spouse and as Personal
Representative of the Estate of JOSEPH DICKEY,
Deceased;

ROSEMARY DILLARD, Individually as Spouse and as

Personal Representative of the Estate of EDDIE
DILLARD, Deceased;

LESLIE DIMMLING, Individually as Spouse and as
Personal Representative of the Estate of WILLIAM
DIMMLING, Deceased;

MARGUERITA DOMANICO, Individually as Spouse
and as Personal Representative of the Estate of JAMES
DOMANICO, Deceased;

MAUREEN S. DOMINGUEZ, Individually as Spouse
and as Personal Representative of the Estate of Carlos
Dominguez, Deceased;

CHRISTOPHER DOWLING, Individually as Parent and
as Personal Representative of the Estate of MARY
YOLANDA DOWLING, Deceased:

CYNTHIA M. DROZ, Individually as Spouse and as
Personal Representative of the Estate of CHARLES
DROZ, Deceased;

JACQUELINE EATON, Individually as Spouse and as
Personal Representative of the Estate of ROBERT
EATON, Deceased;

CATHERINE ANN FAUGHNAN, Individually as
Spouse as Personal Representative of the Estate of
CHRISTOPHER FAUGHNAN, Deceased;

MARY AND FRANK FETCHET, Individually as
Parents and as Personal Representatives of the Estate of
BRADLEY FETCHET, Deceased;

ERIN FINNEGAN, Individually as Spouse and as
Personal Representative of the Estate of MICHAEL
FINNEGAN, Deceased;

PATRICIA FITZSIMONS, Individually as Spouse and
as Personal Representative of the Estate of RICHARD
FITZSIMONS, Deceased;

CATHY GEYER, Individually as Spouse and as
Personal Representative of the Estate of JAMES G.
GEYER, Deceased;

110

PHYLLIS GILLY and JOSEPH GILLY, Individually as
Parents and as Personal Representatives of the Estate of
Laura Gilly, Deceased;

GERALD GOLKIN and JANET GOLKIN, Individually
as Parents and as Personal Representatives of the Estate
of ANDREW H. GOLKIN, Deceased;

SANDRA MUNRO, Individually as Sibling and as
Personal Representative of the Estate of ELVIRA
GRANITTO, Deceased;

RAYMOND HABIB, Individually as Spouse and as
Personal Representative of the Estate of BARBARA
HABIB, Deceased;

MARY JEAN HELLER, Individually as Spouse and as
Personal Representative of the Estate of H. JOSEPH
HELLER, Deceased;

TENNYSON HUIE, Individually as Father and as
Personal Representative of the Estate of Susan Huie,
Deceased;

SHERI ANN ISKENDERIAN, Individually as Spouse
and as Personal Representative of the Estate of ARAM
ISKENDERIAN, Deceased;

JENNIFER L. JARDIM, Individually as Spouse and as
Personal Representative of the Estate of MARK S.
JARDIM, Deceased;

CHRISTINE JEAN-PIERRE, Individually as Spouse and
as Personal Representative of the Estate of FRANCOIS
JEAN-PIERRE, Deceased;

ELIZABETH JORDAN, Individually as Spouse and as
Personal Representative of the Estate of ROBERT
JORDAN, Deceased;

GEOFFREY JUDGE, Individually a Spouse and as
Personal Representative of the Estate of ANN JUDGE,
Deceased;

DOHEE KANG, Individually as Spouse and as Personal Representative of the Estate of JOON KOO KANG, Deceased;

JANET KELLEY, Individually as Spouse and as Personal Representative of the Estate of FREDERICK KELLEY, Deceased;

JOANNE KELLY, Individually as Spouse and as Personal Representative of the Estate of JAMES KELLY, Deceased;

PAUL AND VIVIAN KOLPAK, Individually as Parents and as Personal Representatives of the Estate of VANESSA KOLPAK, Deceased;

ELIZABETH KOVALCIN, Individually as Spouse and as Personal Representative of the Estate of DAVID P. KOVALCIN, Deceased;

ANNA M. KREN, Individually and as Personal Representative of the Estate of JOHN J. KREN, Deceased;

DONNA CABALLERO, and WILLIAM M. LANG, Individually as Siblings and as Personal Representatives of the Estate of ROSEANN LANG, Deceased;

CAROLE LEAVEY, Individually as Spouse and as Personal Representative of the Estate of JOSEPH GERARD LEAVEY, Deceased;

JOSEPH J. REITANO, as Personal Representative of the Estate of VINCENT LITTO, Deceased;

EILEEN LYNCH, Individually as Spouse and as Personal Representative of the Estate of FARRELL LYNCH, Deceased;

CHRISTINA LYNCH, Individually as Spouse and as Personal Representative of the Estate of RICHARD D. LYNCH, Deceased;

LORRAINE LYNCH, Individually as Spouse and as Personal Representative of the Estate of SEAN LYNCH, Deceased;

112

BRINLEY MALONEY, Individually as Spouse and as
Personal Representative of the Estate of EDWARD F.
MALONEY, III, Deceased;

MEGAN MANNING, Individually as Spouse and as
Personal Representative of the Estate of TERENCE
JOHN MANNING, Deceased;

NICHOLAS MAOUNIS, Individually as Parent and as
Personal Representative of the Estate of JAMES
MAOUNIS, Deceased;

SHEILA MARTELLO, Individually as Spouse and as
Personal Representative of the Estate of JAMES
MARTELLO, Deceased;

TARYN McHALE, Individually as Spouse and as
Personal Representative of the Estate of THOMAS
McHALE, Deceased;

ELIZABETH McLAUGHLIN, Individually as Spouse,
and as Personal Representative of the Estate of ROBERT
McLAUGHLIN, Deceased;

ELIZABETH McNALLY, Individually as Spouse and as
Personal Representative of the Estate of EDMUND
MCNALLY, Deceased;

JOSEPH RICHARD MICKLEY, Individually as Spouse
and as Personal Representative of the Estate of
PATRICIA E. MICKLEY, Deceased;

ARJAN MIRPURJ, Individually as Parent and as
Personal Representative of the Estate of RAJESH
MIRPURI, Deceased;

MARK MORABITO, Individually as Spouse and as
Personal Representative of the Estate of LAURA LEE
MORABITO, Deceased;

CATHERINE MORAN, Individually as Parent and as
Personal Representative of the Estate of KATHLEEN
MORAN, Deceased;

KIMBERLY A. MARTONE, Individually as Spouse and
as Personal Representative of the Estate of
CHRISTOPHER M. MORRISON, Deceased;

MADELINE LEW MOY, Individually as Spouse and as
Personal Representative of the Estate of TEDDINGTON
H. MOY, Deceased;

PATRICK MULLAN, Individually as Parent and as
Personal Representative of the Estate of MICHAEL D.
MULLAN, Deceased;

AMY NACKE, Individually, and as Personal
Representative of the Estate of LOUIS J. NACKE,
Deceased;

HEIDI NAPLES, Individually as Spouse and as Personal
Representative of the Estate of FRANK J. NAPLES,
Deceased;

AMY NEWTON, Individually as Spouse and as Personal
Representative of the Estate of CHRISTOPHER
NEWTON, Deceased;

SUSAN NEWTON-CARTER, Individually as Spouse,
and as Personal Representative of the Estate of
CHRISTOPHER NEWTON-CARTER, Deceased;

LISA O'BRIEN, Individually as Spouse, and as Personal
Representative of the Estate of TIMOTHY O'BRIEN,
Deceased;

MARY DUFF-ORTALE, Individually as Spouse and as
Personal Representative of the Estate of PETER KEITH
ORTALE, Deceased;

DANIEL ORTH, MICHELLE ORTH and ELIZABETH
ORTH, Individually as Children and as Personal
Representatives of the Estate of JANE MARIE ORTH,
Deceased;

WANDA GARCIA-ORTIZ, Individually as Spouse and
as Personal Representative of the Estate of EMILIO
ORTIZ, Deceased;

ALEXANDRA M. ORTIZ, Individually and as Personal

Representative of the Estate of SONIA M. ORTIZ,
Deceased;

CAROLYN PANATIER, Individually as Spouse, and as
Personal Representative of the Estate of CHRISTOPHER
M. PANATIER, Deceased;

NAVILA PATTERSON, Individually as Spouse, and as
Personal Representative of the Estate of BERNARD E.
PATTERSON, Deceased;

MEGAN P. PELINO, Individually as Spouse and as
Personal Representative of the Estate of TODD
DOUGLAS PELINO, Deceased;

MICHAEL QUINN, Individually as Parent and as
Personal Representative of the Estate of JAMES
QUINN, Deceased;

NANCY HOLZHAUER, Individually as Sibling and as
Personal Representative of the Estate of GERARD P.
RAUZI, Deceased;

JAMES J. RICHES, Individually as Parent, and as
Personal Representative of the Estate of JAMES C.
RICHES, Deceased;

BARBARA ROPITEAU-GALLOWAY, Individually as
Parent and as Personal Representative of the Estate of
ERIC THOMAS ROPITEAU, Deceased;

BRENDAN RYAN, Individually as Spouse and as
Personal Representative of the Estate of KRISTIN
IRVINE RYAN, Deceased;

SALLY CALVIN, Individually as Spouse and as
Personal Representative of the Estate of FRANK
SALVATERRA, Deceased;

EUGENIA BOGADO, Individually as Parent and as
Personal Representative of the Estate of CARLOS A.
SAMANIEGO, Deceased;

LYNNE SAN PHILLIP, Individually as Spouse, and as
Personal Representative of the Estate of MICHAEL V.
SAN PHILLIP, Deceased;

ABRAHAM SCOTT, Individually as Spouse and as
Personal Representative of the Estate of JANICE M.
SCOTT, Deceased;

DARA SEAMAN, Individually as Spouse and as
Personal Representative of the Estate of MICHAEL
SEAMAN, Deceased;

MARIA SILVERSTEIN, Individually as Spouse and as
Personal Representative of the Estate of CRAIG
SILVERSTEIN, Deceased;

LAURIE SIMOWITZ, Individually as Spouse and as
Personal Representative of the Estate of BARRY
SIMOWITZ, Deceased;

JAMES P. SLATTERY, Individually as Parent and as
Personal Representative of the Estate of CHRISTOPHER
PAUL SLATTERY, Deceased;

SUSAN M. SLIWAK, Individually as Spouse and as
Personal Representative of the Estate of ROBERT F.
SLIWAK, Deceased;

YONGJIN L. SONG and HYUNGSHIN K. SONG,
Individually as Parents and as Personal Representatives
of the Estate of Daniel W. Song a/k/a Won-Hyeong
Song, Deceased;

CHRISTINE SPENCER, Individually as Spouse and as
Personal Representative of the Estate of ROBERT A.
SPENCER, Deceased;

JACQUELINE GALLERON, Individually and as
Personal Representative of the Estate of SELINA
SUTTER, Deceased;

LORRAINE SZOCIK, Individually as Spouse and as
Personal Representative of the Estate of KEVIN T.
SZOCIK, Deceased;

MARC TADDONIO, Individually as Sibling and as
Personal Representative of the Estate of MICHAEL
TADDONIO, Deceased;

JANE TERRENZI, Individually as Spouse and as
Personal Representative of the Estate of BRIAN
TERRENZI, Deceased;

BASIL G. THORPE and VALDA M. BINNS,
Individually, and as Co-Administrators of the Estate of
NICHOLA ANGELA THORPE, Deceased;

ANNE TODISCO, Individually as Spouse and as
Personal Representative of the Estate of RICHARD
TODISCO, Deceased;

TANJA TOMASEVIC, Individually as Spouse, and as
Personal Representative of the Estate of VLADIMIR
TOMASEVIC, Deceased;

DORRY GROH-TOMPSETT, Individually as Spouse
and as Personal Representative of the Estate of
STEPHEN TOMPSETT, Deceased;

MARY ELIZABETH TUCKER, Individually as Spouse
and as Personal Representative of the Estate of
MICHAEL P. TUCKER, Deceased;

JENNIFER VAUK, Individually as Spouse and as
Personal Representative of the Estate of RONALD
VAUK, Deceased;

DENNIS VIANNA and MARILYNDA VIANNA,
Individually as Parents and as Personal Representatives
of the Estate of MATHEW G. VIANNA, Deceased;

NAYDA VOSKERIJIAN, Individually as Spouse and as
Personal Representative of the Estate of GARO
VOSKERIJIAN, Deceased;

CAROL WALDIE, Individually as Spouse and as
Personal Representative of the Estate of KENNETH
WALDIE, Deceased;

ALLISON WALLICE, Individually as Spouse and as
Personal Representative of the Estate of JOHN
WALLICE, JR., Deceased;

MICHELLE GARTNER, as Personal Representative of
the Estate of DINAH WEBSTER, Deceased;

MARCIA WEISS, Individually as Spouse and as
Personal Representative of the Estate of DAVID T.
WEISS, Deceased;

PATRICK WELSH, Individually as Spouse and as
Personal Representative of the Estate of DEBORAH
ANNE WELSH, Deceased;

PAMELA WORKS, Individually as Spouse and as
Personal Representative of the Estate of JOHN
BENTLEY WORKS, Deceased;

PATRICIA WREN, Individually as Spouse and as
Personal Representative of the Estate of WILLIAM
WREN, Deceased;

KATHY A. CORDERO, Individually;

PATRICIA CUBAS-BIELFELD, Individually;

VIRGINIA DICHIARA, Individually;

ROBERT EICHELE and CARMELA EICHELE,
Individually;

KEVIN FARRELL, Individually; CHONG P.
FARRELL, Individually;

MICHAEL HENRY and REBECCA HENRY,
Individually;

JAMES B. LEACH and CARRIE LEACH, Individually;

ERIC LEVINE, Individually;

JAMES McCAFFREY and AGNES McCAFFREY,
Individually;

EDWARD NICHOLLS, and STACIE NICHOLLS,
Individually;

VALENCIAL. PARKER, Individually;

KEVIN WARD, Individually;

118

LING N. YOUNG and DONALD M. YOUNG,
Individually;

--------------------------------------------------------------------x

VIRGINIA BAUER, Individually, as surviving Spouse,
and Executrix of the Estate of W. DAVID BAUER, II,
Deceased;
W. DAVID BAUER, III, as surviving Child of W.
DAVID BAUER, II;
STEPHEN BAUER, as surviving Child of W. DAVID
BAUER, II;
JACQUELINE BAUER, as surviving Child of W.
DAVID BAUER, II;
DOROTHY BAUER, Individually, as surviving Mother,
and Executrix of the Estate of WALTER D. BAUER,
Deceased, surviving Father of W. DAVID BAUER, II;
GRETCHEN ABERNATHY, as surviving Sibling of W.
DAVID BAUER, II;
HEIDI BAUER-POLLARD, as surviving Sibling of W.
DAVID BAUER, II;
ROBERT G. BAUER, as surviving Sibling of W. DAVID
BAUER, II;

LISA BEAMER, Individually, as surviving Spouse, and
Executrix of the Estate of TODD M. BEAMER,
Deceased;
LISA BEAMER, as Mother and Natural Guardian of
A.T.B., a minor, as surviving Child of TODD M.
BEAMER;
LISA BEAMER, as Mother and Natural Guardian of
M.K.B., a minor, as surviving Child of TODD M.
BEAMER;
DAVID P. BEAMER, as surviving Child of TODD M.
BEAMER;
DAVID BEAMER, as surviving Father of TODD M.
BEAMER;
MARGARET BEAMER, as surviving Mother of TODD
M. BEAMER;
MELISSA WILSON, as surviving Sibling of TODD M.
BEAMER;
MICHELE BEAMER-SORENSEN, as surviving Sibling
of TODD M. BEAMER;

**Baumeister & Samuels P.C.**

119

SUSAN BEATINI, Individually, as surviving Spouse, and Administratrix of the Estate of PAUL F. BEATINI, Deceased;

JULIA BEATINI, as surviving Child of PAUL F. BEATINI;

DARIA BEATINI, as surviving Child of PAUL F. BEATINI;

MARK BEATINI, Individually, and Executor of the Estate of MICHAEL C. BEATINI, Deceased, as surviving Father of PAUL F. BEATINI;

MARK BEATINI, Individually, and Executor of the Estate of DORIS BEATINI, Deceased, as surviving Mother of PAUL F. BEATINI;

THOMAS BEATINI and NANDA BEATINI, Individually, and Co-Administrators of the Estate of MICHAEL L. BEATINI, surviving Sibling of PAUL F. BEATINI;

MARK BEATINI, as surviving Sibling of PAUL F. BEATINI;

THOMAS BEATINI, as surviving Sibling of PAUL F. BEATINI;

NANDA BEATINI, as surviving Sibling of PAUL F. BEATINI;

PANDORA BHARVANEY, Individually, as surviving Spouse, and Administratrix of the Estate of ANIL T. BHARVANEY, Deceased;

CATHYANN BONNETT, Individually, as surviving Spouse, and Administratrix of the Estate of COLIN BONNETT, Deceased;

KODY BONNETT, as surviving Child of COLIN BONNETT;

JULIA V. BONNETT, as surviving Mother of COLIN BONNETT;

AUBREY A. PARRIS, as surviving Father of COLIN BONNETT;

HEATHER BONNETT, as surviving Sibling of COLIN BONNETT;

DEBORAH BOWDEN HART, Individually, as surviving Spouse, and Executrix of the Estate of THOMAS BOWDEN, Deceased;

DEBORAH BOWDEN HART, as Mother and Natural Guardian of A.V.B.H., a minor, as surviving Child of THOMAS BOWDEN;