IH-32                                                                                          Rev: 2014-1

# United States District Court
## for the
## Southern District of New York
### Related Case Statement

### Full Caption of Later Filed Case:

In Re Terrorist Attacks on September 11, 2001

| Plaintiff | Case Number |
|---|---|
| vs. | 03 MDL 1570 (GBD) |
| Al Qaeda Islamic Army et al. | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Kathleen Ashton et al.

| Plaintiff | Case Number |
|---|---|
| vs. | 02 CV 6977 (GBD) |
| Al Qaeda Islamic Army et al. | |
| Defendant | |

IH-32                                                                                                                         Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open      (If so, set forth procedural status and summarize any court rulings.)

Case is part of the pending MDL action known as

In Re Terrorist Attacks on September 11, 2001 - 03 MDL 1570 (GBD)

which is in discovery stage.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

These plaintiffs are substantially the same Ashton plaintiffs in the MDL action pending before Judge Daniels in the 9/11 Terror case. A new law was past in the fall of 2016 allowing the 9/11 families to sue the Kingdom of Saudi Arabia. This new complaint brings similar allegations against a new defendant - the KSA for the same incident described in the 03 MDL 1570 Terror Litigation.

Signature: _James P. Kreindler_    Date: 3/21/17

Firm: Kreindler & Kreindler LLP