UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

KATHLEEN ASHTON, et al.,

          Plaintiffs,

-v-

KINGDOM OF SAUDI ARABIA,

          Defendant.

------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

17 Civ. 2003 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:

*If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

____ Habeas Corpus

____ Social Security

__X__ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

All such motions: ____

Dated: March 27, 2017

MAR 27 2017

SO ORDERED.

*George B. Daniels*
United States District Judge
GEORGE B. DANIELS