UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

KATHLEEN ASHTON, Individually, as surviving Parent, and Personal Representative of the Estate of THOMAS ASHTON Deceased;
JOHN ASHTON, as surviving Parent of THOMAS ASHTON, Deceased;
MARY BUCKLEY, as surviving Sibling of THOMAS ASHTON, Deceased;
COLLEEN AMATO, as surviving Sibling of THOMAS ASHTON, Deceased;

LORRAINE ABAD, Individually, as surviving Spouse, and Personal Representative of the Estate of EDELMIRO ABAD, Deceased;
REBECCA ABAD, as surviving Child of EDELMIRO ABAD, Deceased;

GWYNETTA HURST ROSSI, Individually, as surviving Parent, and Personal Representative of the Estate of SHANNON L. ADAMS, Deceased;
KYLE ADAMS-FLOYD, as surviving Sibling of SHANNON L. ADAMS, Deceased;
MICHAEL J. ADAMS, as surviving Sibling of SHANNON L. ADAMS, Deceased;

MARY E. ADDERLEY and TERENCE E. ADDERLEY, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of TERENCE ADDERLEY, JR., Deceased;

CARMEN AGNES, Individually, as surviving Parent, and Personal Representative of the Estate of DAVID AGNES, Deceased;

MILTIADIS AHLADIOTIS, Individually, as surviving Parent, and Personal Representative of the Estate of JOANNE AHLADIOTIS, Deceased;
EFFIE AHLADIOTIS-SALLOUM, as surviving Sibling of JOANNE AHLADIOTIS, Deceased;

KIM TRIMINGHAM-AIKEN, Individually, as surviving Spouse, and Personal Representative of the Estate of TERRANCE AIKEN, Deceased;

03 MDL 1570 (GBD)(SN)

Civil Case No. 1:17-cv-02003

**FIRST AMENDED
CONSOLIDATED COMPLAINT**

**Kreindler & Kreindler LLP**

1

TERREASE AIKEN, as surviving Child of TERRANCE AIKEN, Deceased;

DONNA L. ALBERT, Individually, as surviving Spouse, and Personal Representative of the Estate of JON L. ALBERT, Deceased;
STEPHEN L. ALBERT, as surviving Child of JON L. ALBERT, Deceased;
DAVID L. ALBERT, as surviving Child of JON L. ALBERT, Deceased;

JOSEPHINE ALGER, Individually, as surviving Spouse, and Co-Personal Representative of the Estate of DAVID D. ALGER, Deceased;
FREDERICK M. ALGER, III, Individually, as surviving Sibling, and Co-Personal Representative of the Estate of DAVID D. ALGER, Deceased;
CRISTINA ALGER WANG, as surviving Child of DAVID D. ALGER, Deceased;
ROXANA ALGER GEFFEN, as surviving Child of DAVID D. ALGER, Deceased;

ANGELICA ALLEN, Individually, as surviving Spouse, and Personal Representative of the Estate of ERIC ALLEN, Deceased;
KATHLEEN ALLEN, as surviving Child of ERIC ALLEN, Deceased;

EMILY AMARANTO YAREMBINSKY, Individually, as surviving Child, and Personal Representative of the Estate of ANGELO AMARANTO, Deceased;

DEBORAH AMATO, Individually, as surviving Spouse, and Personal Representative of the Estate of JAMES M. AMATO, Deceased;

GEORGE ANDRUCKI and MARY ANDRUCKI, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of JEAN ANDRUCKI, Deceased;

ANNE ANGELINI, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH J. ANGELINI, SR., Deceased;
MICHAEL P. ANGELINI, as surviving Child of JOSEPH J. ANGELINI, SR., Deceased;

ANNMARIE ANGELINI, as surviving Child of JOSEPH J. ANGELINI, SR., Deceased;
MARY M. ANGELINI, as surviving Child of JOSEPH J. ANGELINI, SR., Deceased;

PERRY ORETZKY, as Personal Representative of the Estate of DAVID L. ANGELL, Deceased;

PERRY ORETZKY, as Personal Representative of the Estate of MARY LYNN EDWARDS ANGELL, Deceased;

KATHLEEN APOSTOL, Individually, as surviving Spouse, and Personal Representative of the Estate of FAUSTINO APOSTOL, JR., Deceased;

ALEXANDER and WINIFRED ARANYOS, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of PATRICK ARANYOS, Deceased;

MARGARET ARCE, Individually, as surviving Parent, and Personal Representative of the Estate of DAVID ARCE, Deceased;

VICKIE ARESTEGUI, Individually, as surviving Sibling, and Personal Representative of the Estate of BARBARA ARESTEGUI, Deceased;
ROSIE ARESTEGUI, as surviving Parent of BARBARA ARESTEGUI, Deceased;
VITTORIO ARESTEGUI, as surviving Parent of BARBARA ARESTEGUI, Deceased;
SHARON ARESTEGUI, as surviving Sibling of BARBARA ARESTEGUI, Deceased;
KRISTEN ARESTEGUI, as surviving Sibling of BARBARA ARESTEGUI, Deceased;
NANCY ARESTEGUI, as surviving Sibling of BARBARA ARESTEGUI, Deceased;

MARGIT ARIAS, Individually, as surviving Spouse, and Personal Representative of the Estate of ADAM P. ARIAS, Deceased;

EVELYN ARON, Individually, as surviving Spouse, and Personal Representative of the Estate of JACK C. ARON, Deceased;

TIMOTHY ARON, as surviving Child of JACK C. ARON, Deceased;

MARIA ARYEE, Individually, as surviving Spouse, and Personal Representative of the Estate of JAPHET ARYEE, Deceased;

JOANN ATLAS, Individually, as surviving Spouse, and Personal Representative of the Estate of GREGG A. ATLAS, Deceased;

NANCY BADAGLIACCA, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN BADAGLIACCA, Deceased;
GRACE BADAGLIACCA, as surviving Parent of JOHN BADAGLIACCA, Deceased;
JOHN BADAGLIACCA, as surviving Parent of JOHN BADAGLIACCA, Deceased;
JODIE SCOLARO, as surviving Sibling of JOHN BADAGLIACCA, Deceased;

CHRISTINA BAKSH, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL BAKSH, Deceased;
AVA BAKSH, as surviving Child of MICHAEL BAKSH, Deceased;
JAMES BAKSH, as surviving Child of MICHAEL BAKSH, Deceased;

JOANNE BARBARA, Individually, as surviving Spouse, and Personal Representative of the Estate of GERARD BARBARA, Deceased;
PAUL BARBARA, as surviving Child of GERARD BARBARA, Deceased;
CAREN VILLARREAL, as surviving Child of GERARD BARBARA, Deceased;

MONICA BARBELLA, Individually, as surviving Spouse, and Personal Representative of the Estate of JAMES W. BARBELLA, Deceased;
SARAH BARBELLA, as surviving Child of JAMES W. BARBELLA, Deceased;
JAMES BARBELLA, as surviving Child of JAMES W. BARBELLA, Deceased;
JOANN CASTRONOVO, as surviving Child of JAMES W. BARBELLA, Deceased;

RUTH BARBELLA, as surviving Parent of JAMES W. BARBELLA, Deceased;

FRANK J. BARBELLA, as surviving Parent of JAMES W. BARBELLA, Deceased;

MICHAEL BARBELLA, as surviving Sibling of JAMES W. BARBELLA, Deceased;

THOMAS BARBELLA, as surviving Sibling of JAMES W. BARBELLA, Deceased;

RUTH A. BARBELLA, as surviving Sibling of JAMES W. BARBELLA, Deceased;

FRANK BARBELLA, as surviving Sibling of JAMES W. BARBELLA, Deceased;

DIANNE M. WALSH, Individually, as surviving Sibling, and Personal Representative of the Estate of CHRISTINE BARBUTO, Deceased;

JEANNINE DALY, as surviving Sibling of CHRISTINE BARBUTO, Deceased;

DANIEL F. BARKOW, Individually, as surviving Spouse, and Personal Representative of the Estate of COLLEEN BARKOW, Deceased;

CRYSTAL BARKOW, as surviving Stepchild of COLLEEN BARKOW, Deceased;

KAYLA BARKOW, as surviving Stepchild of COLLEEN BARKOW, Deceased;

JEANNINE P. BARON, Individually, as surviving Spouse, and Personal Representative of the Estate of EVAN J. BARON, Deceased;

ETHAN BARON, as surviving Child of EVAN J. BARON, Deceased;

JEANNINE P. BARON on behalf of J. B., minor, surviving Child of EVAN J. BARON, Deceased;

JANE BARTELS, Individually, as surviving Spouse, and Personal Representative of the Estate of CARLTON BARTELS, Deceased;

MELINA BARTELS, as surviving Child of CARLTON BARTELS, Deceased;

VLADIMIR BASIN, Individually, as surviving Spouse, and Personal Representative of the Estate of INNA BASINA, Deceased;

BORIS BASIN, as surviving Child of INNA BASIN, Deceased;

KEFIM KOGAN, as surviving Sibling of INNA BASIN, Deceased;

ELAINE LEINUNG, Individually, as surviving Parent, and Personal Representative of the Estate of PAUL BATTAGLIA, Deceased;
ERIC J. LEINUNG, as surviving Sibling of PAUL BATTAGLIA, Deceased;
JOHN M. LEINUNG, as surviving Stepparent of PAUL BATTAGLIA, Deceased;

KIMBERLY K. BEAVEN, Individually, as surviving Spouse, and Personal Representative of the Estate of ALAN BEAVEN, Deceased;
DAHLIA BEAVEN, as surviving Child of ALAN BEAVEN, Deceased;
JOHN BEAVEN, as surviving Child of ALAN BEAVEN, Deceased;
MARGARET BUDDE, as surviving Sibling of ALAN BEAVEN, Deceased;

MICHELE BEDIGIAN LAVARONE, Individually, as surviving Spouse, and Personal Representative of the Estate of CARL BEDIGIAN, Deceased;

ESTHER RODRIGUEZ, as Personal Representative of the Estate of PETER BEIFELD, Deceased;
THERESA CLARNER, as surviving Partner of PETER BEIFELD, Deceased;

LOWELL BELL, Individually, as surviving Parent, and Personal Representative of the Estate of NINA P. BELL, Deceased;
PATRICIA BELL, as surviving Parent of NINA P. BELL, Deceased;
LOWELL F. BELL, as surviving Sibling of NINA P. BELL, Deceased;
DEBORAH HARRISON, as surviving Sibling of NINA P. BELL, Deceased;

JOSEPH BERARDI, Individually, as surviving Parent, and Personal Representative of the Estate of DOMINICK J. BERARDI, Deceased;
MARIA V. BERARDI, as surviving Parent of DOMINICK J. BERARDI, Deceased;

TINA M. BERARDI, as surviving Sibling of DOMINICK J. BERARDI, Deceased;
NICHOLAS A. BERARDI, as surviving Sibling of DOMINICK J. BERARDI, Deceased;

SUSAN BERGER, Individually, as surviving Spouse, and Personal Representative of the Estate of STEVEN H. BERGER, Deceased;
MELISSA BERGER, as surviving Child of STEVEN H. BERGER, Deceased;

MADELINE BERGIN, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN BERGIN, Deceased;
KATIE BERGIN, as surviving Child of JOHN BERGIN, Deceased;
SHANNON BERGIN, as surviving Child of JOHN BERGIN, Deceased;
JOHN BERGIN, as surviving Child of JOHN BERGIN, Deceased;

LOURDES PEREZ-BERKELEY, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL J. BERKELEY, Deceased;

CHARLES BERKELEY and PAULINE BERKELEY, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of GRAHAM A. BERKELEY, Deceased;

PAULA BERRY, Individually, as surviving Spouse, and Personal Representative of the Estate of DAVID S. BERRY, Deceased;

VALERIE BETHKE, Individually, as surviving Spouse, and Personal Representative of the Estate of WILLIAM R. BETHKE, Deceased;

SIRAK BETRU, Individually, as surviving Sibling, and Personal Representative of the Estate of YENENEH BETRU, Deceased;

MIRIAM BIEGELEISEN, Individually, as surviving Spouse, and Personal Representative of the Estate of SHIMMY D. BIEGELEISEN, Deceased;

MORDECHAI BIEGELEISEN, as surviving Child of
SHIMMY D. BIEGELEISEN, Deceased;
ADINA GEWIREZMAN, as surviving Child of
SHIMMY D. BIEGELEISEN, Deceased;
DVORA ROTBERG, as surviving Child of SHIMMY D.
BIEGELEISEN, Deceased;
ISRAEL J. BIEGELEISEN, as surviving Child of
SHIMMY D. BIEGELEISEN, Deceased;
MOSHE J. BIEGELEISEN, as surviving Child of
SHIMMY D. BIEGELEISEN, Deceased;
ALAN BIEGELEISEN, as surviving Sibling of SHIMMY
D. BIEGELEISEN, Deceased;

CHRISTINE BINI, Individually, as surviving Spouse, and
Personal Representative of the Estate of CARL BINI,
Deceased;
STEFANIE PARISH, as surviving Child of CARL BINI,
Deceased;
DESIREE DIDONNA, as surviving Child of CARL BINI,
Deceased;

MARCEL BIRNBAUM, Individually, as surviving
Parent, and Personal Representative of the Estate of
JOSHUA BIRNBAUM, Deceased;
SAMUEL BIRNBAUM, as surviving Parent of JOSHUA
BIRNBAUM, Deceased;
JILLIAN EISMAN, as surviving Sibling of JOSHUA
BIRNBAUM, Deceased;

DEBORAH BLANDING, Individually, as surviving
Spouse, and Personal Representative of the Estate of
HARRY A. BLANDING, JR., Deceased;
DEBORAH BLANDING on behalf of B. B., minor,
surviving Child of HARRY A. BLANDING, JR.,
Deceased;

KRIS BLOOD, Individually, as surviving Spouse, and
Personal Representative of the Estate of RICHARD M.
BLOOD, JR., Deceased;
MICHAEL BLOOD, as surviving Child of RICHARD M.
BLOOD, JR., Deceased;
MADELINE BLOOD, as surviving Child of RICHARD
M. BLOOD, JR. Deceased;

DOROTHY A. BOGDAN, Individually, as surviving Spouse, and Personal Representative of the Estate of NICHOLAS BOGDAN, Deceased;

DOROTHY A. BOGDAN on behalf of E. B., minor, surviving Child of NICHOLAS BOGDAN, Deceased;

NICHOLAS BOGDAN, as surviving Child of NICHOLAS BOGDAN, Deceased;

MARIA BOISSEAU, Individually, as surviving Spouse, and Personal Representative of the Estate of LAWRENCE BOISSEAU, Deceased;

SHARON BOOKER, Individually, as surviving Spouse, and Personal Representative of the Estate of SEAN BOOKER, Deceased;

CYNTHIA LEWIS, Individually, as surviving Sibling, and Personal Representative of the Estate of SHERRY ANN BORDEAUX, Deceased;

CYNTHIA LEWIS, as Personal Representative of the Estate of JERLINE LEWIS, Deceased, surviving Parent of SHERRY ANN BORDEAUX, Deceased;

CYNTHIA LEWIS, as Personal Representative of the Estate of STEVE LEWIS, Deceased, surviving Parent of SHERRY ANN BORDEAUX, Deceased;

TRACI BOSCO-MYHAL, Individually, as surviving Spouse, and Personal Representative of the Estate of RICHARD EDWARD BOSCO, Deceased;

TRACI BOSCO-MYHAL on behalf of A. R. B., minor, surviving Child of RICHARD EDWARD BOSCO, Deceased;

FREDERICK BOWERS, JR., Individually, as surviving Parent, and Personal Representative of the Estate of KIMBERLY S. BOWERS, Deceased;

LINDA BOWMAN, Individually, as surviving Spouse, and Personal Representative of the Estate of LARRY BOWMAN, Deceased;

KATHLEEN BOX, Individually, as surviving Spouse, and Personal Representative of the Estate of GARY BOX, Deceased;

JOLANTA BOYARSKY, Individually, as surviving Spouse, and Personal Representative of the Estate of GENNADY BOYARSKY, Deceased;
MICHAEL BOYARSKY, as surviving Child of GENNADY BOYARSKY, Deceased;
BEATA BOYARSKY, as surviving Sibling of GENNADY BOYARSKY, Deceased;

JAMES J. BOYLE, Individually, as surviving Parent, and Personal Representative of the Estate of MICHAEL BOYLE, Deceased;

JEAN BRACA, Individually, as surviving Spouse, and Personal Representative of the Estate of ALFRED BRACA, Deceased;

DAVID E. BRACE, Individually, as surviving Spouse, and Personal Representative of the Estate of SANDRA J. CONATY-BRACE, Deceased;

PHILLIP G. BRADSHAW, Individually, as surviving Spouse, and Personal Representative of the Estate of SANDRA W. BRADSHAW, Deceased;

JENNIFER E. BRADY, Individually, as surviving Spouse, and Personal Representative of the Estate of DAVID B. BRADY, Deceased;
JENNIFER E. BRADY on behalf of G. A. B., minor, surviving Child of DAVID B. BRADY, Deceased;

RANULFO GAMBOA and RENEE GAMBOA, as Co-Personal Representatives of the Estate of DAVID REED GAMBOA- BRANDHORST, Deceased;

MIA GONZALEZ, Individually, as surviving Child, and Personal Representative of the Estate of LYDIA E. BRAVO, Deceased;
LETICIA MUSZEL, as surviving Sibling of LYDIA E. BRAVO, Deceased;
ALBERT BRAVO, as surviving Sibling of LYDIA E. BRAVO, Deceased;

EDWARD BRENNAN, Individually, as surviving Parent, and Personal Representative of the Estate of EDWARD A. BRENNAN, III, Deceased;

HILLARY A. BRILEY, Individually, as surviving Spouse, and Personal Representative of the Estate of JONATHAN E. BRILEY, Deceased;

URSULA BROGHAMMER, Individually, as surviving Spouse, and Personal Representative of the Estate of HERMAN C. BROGHAMMER, Deceased;
JOHN C. BROGHAMMER, as surviving Child of HERMAN C. BROGHAMMER, Deceased;
AMY B. STABILE, as surviving Child of HERMAN C. BROGHAMMER, Deceased;

EDWARD RADBURN, Individually, as surviving Spouse, and Personal Representative of the Estate of BETTINA BROWNE-RADBURN, Deceased;

DAWN BRYFOGLE, Individually, as surviving Spouse, and Personal Representative of the Estate of MARK BRUCE, Deceased;
DIANE BRUCE, as surviving Parent of MARK BRUCE, Deceased;
STEPHEN BRUCE, as surviving Sibling of MARK BRUCE, Deceased;
DAVID BRUCE, as surviving Sibling of MARK BRUCE, Deceased;
DAVID BRUCE, as Personal Representative of the Estate of HAROLD TRUMAN BRUCE, Deceased, surviving Parent of MARK BRUCE;

JO ANNE BRUEHERT, Individually, as surviving Spouse, and Personal Representative of the Estate of RICHARD BRUEHERT, Deceased;
CHRISTINA BRUEHERT, as surviving Child of RICHARD BRUEHERT, Deceased;
JO ANNE BRUEHERT on behalf of D. B., minor, surviving Child of RICHARD BRUEHERT, Deceased;
JOHN BRUEHERT, as surviving Sibling of RICHARD BRUEHERT, Deceased;

SUSAN E. WHELAN, Individually, as surviving Spouse, and Personal Representative of the Estate of PATRICK BUHSE, Deceased;
SLOAN BUHSE, as surviving Child of PATRICK BUHSE, Deceased;
WILLIAM F. BUHSE, as surviving Child of PATRICK BUHSE, Deceased;

WILLIAM BUHSE, as surviving Sibling of PATRICK BUHSE, Deceased;
THOMAS BUHSE, as surviving Sibling of PATRICK BUHSE, Deceased;
SUANNE KAZANECKI, as surviving Sibling of PATRICK BUHSE, Deceased;
MICHAEL BUHSE, as surviving Sibling of PATRICK BUHSE, Deceased;

DAVID BURFORD, Individually, as surviving Parent, and Personal Representative of the Estate of CHRISTOPHER BURFORD, Deceased;
JEREMY M. KRIST, as surviving Stepsibling of CHRISTOPHER BURFORD, Deceased;

JULIE BURKE, Individually, as surviving Spouse, and Personal Representative of the Estate of THOMAS DANIEL BURKE, Deceased;

ELIZABETH BURNS, Individually, as surviving Spouse, and Personal Representative of the Estate of DONALD J. BURNS, Deceased;
MICHAEL CHARLES BURNS, as surviving Child of DONALD J. BURNS, Deceased;
PATRICK MATTHEW BURNS, as surviving Child of DONALD J. BURNS, Deceased;
MICHAEL F. BURNS, as surviving Sibling of DONALD J. BURNS, Deceased;
KATHLEEN BURNS REED, as surviving Sibling of DONALD J. BURNS, Deceased;

SANDRA BURNSIDE, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN P. BURNSIDE, Deceased;

NGORAN DJE, Individually, as surviving Spouse, and Personal Representative of the Estate of IRINA BUSLO, Deceased;

MARTHA BUTLER, Individually, as surviving Spouse, and Personal Representative of the Estate of THOMAS M. BUTLER, Deceased;
MARTHA BUTLER on behalf of P. T. B., minor, surviving Child of THOMAS M. BUTLER, Deceased;

SEAN W. BUTLER, as surviving Child of THOMAS M.
BUTLER, Deceased;
KELLY A. BUTLER, as surviving Child of THOMAS M.
BUTLER, Deceased;
EILEEN CRISTIANO, as surviving Sibling of THOMAS
M. BUTLER, Deceased;

SHARON CAHILL CASTLE, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JOHN CAHILL, Deceased;

JAMES C. CAHILL, Individually, as surviving Parent,
and Personal Representative of the Estate of SCOTT W.
CAHILL, Deceased;
LINDA CAHILL, as surviving Parent of SCOTT W.
CAHILL, Deceased;
PATRICK CAHILL, as surviving Sibling of SCOTT W.
CAHILL, Deceased;

JAMES W. CAHILL and KATHLEEN CAHILL,
Individually, as surviving Parents, and Co-Personal
Representatives of the Estate of THOMAS J. CAHILL,
Deceased;
KATHLEEN PSIROGIANES, as surviving Sibling of
THOMAS J. CAHILL, Deceased;
KERRY KERIN, as surviving Sibling of THOMAS J.
CAHILL, Deceased;
CHRISTOPHER CAHILL, as surviving Sibling of
THOMAS J. CAHILL, Deceased;

SUSAN CALCAGNO, Individually, as surviving Spouse,
and Personal Representative of the Estate of PHILIP
CALCAGNO, Deceased;

DEBORAH CALDERON, Individually, as surviving
Spouse, and Personal Representative of the Estate of
EDWARD CALDERON, Deceased;
LLENE CALDERON, as surviving Child of EDWARD
CALDERON, Deceased;
JEREMY CALDERON, as surviving Child of EDWARD
CALDERON, Deceased;
IDA BRUNO, as surviving Parent of EDWARD
CALDERON, Deceased;
VICENTE CALDERON, as surviving Parent of
EDWARD CALDERON, Deceased;

CAROLINE OTERO, as surviving Sibling of EDWARD CALDERON, Deceased;
VINCENT CALDERON, JR., as surviving Sibling of EDWARD CALDERON, Deceased;
CATHY CALDERON, as surviving Sibling of EDWARD CALDERON, Deceased;
MARIZA CALDERON, as surviving Sibling of EDWARD CALDERON, Deceased;
ANTHONY CALDERON, as surviving Sibling of EDWARD CALDERON, Deceased;

JANET CALIA-DONOHUE, Individually, as surviving Spouse, and Personal Representative of the Estate of DOMINICK CALIA, Deceased;

VINCENT CANGELOSI and MICHELLE CANGELOSI, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of VINCENT A. CANGELOSI, Deceased;

JACQUELINE CANNIZZARO, Individually, as surviving Spouse, and Personal Representative of the Estate of BRIAN CANNIZZARO, Deceased;
JACQUELINE CANNIZZARO, on behalf of C. C., minor, surviving Child of BRIAN CANNIZZARO, Deceased;

LORI CAPORICCI, Individually, as surviving Spouse, and Personal Representative of the Estate of LOUIS CAPORICCI, Deceased;
LAUREN CAPORICCI, as surviving Child of LOUIS CAPORICCI, Deceased;
CHRISTINA CAPORICCI, as surviving Child of LOUIS CAPORICCI, Deceased;

JEAN CAREY, Individually, as surviving Spouse, and Personal Representative of the Estate of DENNIS CAREY, Deceased;

RICHARD PETER CARNEY, Individually, as surviving Sibling, and Personal Representative of the Estate of MARK CARNEY, Deceased;

PATRICIA CARRINGTON, Individually, as surviving Spouse, and Personal Representative of the Estate of JEREMY CARRINGTON, Deceased;

TONI ANN CARROLL, Individually, as surviving Spouse, and Personal Representative of the Estate of PETER J. CARROLL, Deceased;
ANTHONY D. DENIRO, as surviving Stepchild of PETER J. CARROLL, Deceased;
DANA ANN DENIRO, as surviving Stepchild of PETER J. CARROLL, Deceased;

NANCY CARROLL, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL T. CARROLL, Deceased;
BRENDAN CARROLL, as surviving Child of MICHAEL T. CARROLL, Deceased;
OLIVIA CARROLL, as surviving Child of MICHAEL T. CARROLL, Deceased;
ELEANOR CARROLL, as surviving Parent of MICHAEL T. CARROLL, Deceased;
NANCY AMIGRON, as surviving Sibling of MICHAEL T. CARROLL, Deceased;
EILEEN NIX, as surviving Sibling of MICHAEL T. CARROLL, Deceased;

CARLO CASORIA and JUDITH CASORIA, Individually, as surviving Parents, and Co-Personal Representative of the Estate of THOMAS CASORIA, Deceased;

LEONARD A. CASTRIANNO, SR., Individually, as surviving Parent, and Personal Representative of the Estate of LEONARD M. CASTRIANNO, JR., Deceased;

LORRAINE SPEAR CATALANO, Individually, as surviving Spouse, and Personal Representative of the Estate of ROBERT W. SPEAR, JR., Deceased;

SANTA CATARELLI, Individually, as surviving Spouse, and Personal Representative of the Estate of RICHARD G. CATARELLI, Deceased;
SANTA CATARELLI, on behalf of A. C., minor, surviving Child of RICHARD G. CATARELLI, Deceased;

GINA CAYNE, Individually, as surviving Spouse, and Personal Representative of the Estate of JASON CAYNE, Deceased;

MARISSA CAYNE, as surviving Child of JASON CAYNE, Deceased;

GINA CAYNE on behalf of R. C., minor, surviving Child of JASON CAYNE, Deceased;

SUZANN CAYNE, as surviving Child of JASON CAYNE, Deceased;

GERALDINE CEFALU, Individually, as surviving Parent, and Personal Representative of the Estate of JASON CEFALU, Deceased;

BOB CHEATHAM, Individually, as surviving Spouse, and Personal Representative of the Estate of DELROSE FORBES CHEATHAM, Deceased;

SUK TAN CHIN, Individually, as surviving Sibling, and Personal Representative of the Estate of ROBERT CHIN, Deceased;

PAK HO CHIN, as surviving Parent of ROBERT CHIN, Deceased;

YUET LING CHIN, as surviving Parent of ROBERT CHIN, Deceased;

EDWARD CIAFARDINI, Individually, as surviving Parent, and Personal Representative of the Estate of CHRISTOPHER CIAFARDINI, Deceased;

MAGGIE CIAFARDINI, as surviving Parent of CHRISTOPHER CIAFARDINI, Deceased;

DOMINIC CIAFARDINI, as surviving Sibling of CHRISTOPHER CIAFARDINI, Deceased;

LISA DILALLO CLARK, Individually, as surviving Spouse, and Personal Representative of the Estate of THOMAS R. CLARK, Deceased;

YUKO CLARK, Individually, as surviving Spouse, and Personal Representative of the Estate of GREGORY A. CLARK, Deceased;

TANYA KIM DAVIS, Individually, as surviving Child, and Personal Representative of the Estate of MANNIE L. CLARK, Deceased;

ROBERT CLARK, Individually, as surviving Sibling, and Personal Representative of the Estate of EUGENE CLARK, Deceased;

KATHLEEN L. CLARKE HEAD, as surviving Sibling of CHRISTOPHER R. CLARKE, Deceased;
KELLY A. CLARKE, as surviving Sibling of CHRISTOPHER R. CLARKE, Deceased;
PATRICIA CLARKE SCUDDER, as surviving Sibling of CHRISTOPHER R. CLARKE, Deceased;
TIMOTHY J. CLARKE, as surviving Sibling of CHRISTOPHER R. CLARKE, Deceased;
TRACEY CLARKE OSBORNE, as surviving Sibling of CHRISTOPHER R. CLARKE, Deceased;

JOHN F. CLARKE, Individually, as surviving Parent, and Personal Representative of the Estate of MICHAEL CLARKE, Deceased;

CHARLES CLYNE, Individually, as surviving Spouse, and Personal Representative of the Estate of SUSAN M. CLYNE, Deceased;
MICHAEL CLYNE, as surviving Child of SUSAN M. CLYNE, Deceased;
MARIE S. CLYNE, as surviving Child of SUSAN M. CLYNE, Deceased;
KEVIN P. CLYNE, as surviving Child of SUSAN M. CLYNE, Deceased;
TIMOTHY D. CLYNE, as surviving Child of SUSAN M. CLYNE, Deceased;
GRACE DIETRICH, as surviving Parent of SUSAN M. CLYNE, Deceased;
KURT H. DIETRICH, as surviving Sibling of SUSAN M. CLYNE, Deceased;
LINDA G. CREAMER, as surviving Sibling of SUSAN M. CLYNE, Deceased;
GRACE DIETRICH, as Personal Representative of the Estate of HENRY K. DIETRICH, Deceased, surviving Parent of SUSAN M. CLYNE, Deceased;

VINCENT COAKLEY and CAROLINE COAKLEY, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of STEVEN COAKLEY, Deceased;

FRANCES M. COFFEY, Individually, as surviving Spouse, and Personal Representative of the Estate of DANIEL M. COFFEY, Deceased;

FRANCES M. COFFEY, Individually, as surviving Parent, and Personal Representative of the Estate of JASON COFFEY, Deceased;

SUSAN HUTCHINS, Individually, as surviving Parent, and Personal Representative of the Estate of KEVIN COLBERT, Deceased;
ANDREW COLBERT, as surviving Sibling of KEVIN COLBERT, Deceased;
MATTHEW CARROLL, as surviving Sibling of KEVIN COLBERT, Deceased;
ALEXANDER CARROLL, as surviving Sibling of KEVIN COLBERT, Deceased;

MARYANN COLIN, Individually, as surviving Spouse, and Personal Representative of the Estate of ROBERT D. COLIN, Deceased;

JULIA COLLINS, Individually, as surviving Spouse, and Personal Representative of the Estate of THOMAS J. COLLINS, Deceased;

WARREN COLODNER, Individually, as surviving Spouse, and Personal Representative of the Estate of PATRICIA COLODNER, Deceased;

BENITO COLON, Individually, as surviving Spouse, and Personal Representative of the Estate of SOL E. COLON, Deceased;

PATRICIA COPPO, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH J. COPPO, JR., Deceased;
KATHLEEN N. ZAPATA, as surviving Child of JOSEPH J. COPPO, JR., Deceased;

FELICIA CORBETT JONES, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH CORBETT, Deceased;

LAURIE S. LAUTERBACH, Individually, as surviving Spouse, and Personal Representative of the Estate of CARLOS CORTES-RODRIGUEZ, Deceased;

PAULA COTTOY HAYES, Individually, as surviving Spouse, and Personal Representative of the Estate of CONROD COTTOY, SR., Deceased;

PATRICIA COUGHLIN, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN G. COUGHLIN, Deceased;
ERIN COUGHLIN, as surviving Child of JOHN G. COUGHLIN, Deceased;
TARA COUGHLIN, as surviving Child of JOHN G. COUGHLIN, Deceased;
KAYLE COUGHLIN, as surviving Child of JOHN G. COUGHLIN, Deceased;

DENNIS EULAU, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHELE COYLE-EULAU, Deceased;
MATTHEW EULAU, as surviving Child of MICHELE COYLE-EULAU, Deceased;
MARK EULAU, as surviving Child of MICHELE COYLE-EULAU, Deceased;
DENNIS EULAU on behalf of E. E., minor, surviving Child of MICHELE COYLE-EULAU, Deceased;

JOHN T. CRANT, Individually, as surviving Sibling, and Personal Representative of the Estate of DENISE T. CRANT, Deceased;
JOHN T. CRANT and SHELLEY CRANT-BAGGOT as Co-Personal Representatives of the Estate of HILDA E. CRANT, Deceased, surviving Parent of DENISE T. CRANT, Deceased;
JOHN T. CRANT and SHELLEY CRANT-BAGGOT as Co-Personal Representatives of the Estate of ELLIS W. CRANT, Deceased, surviving Parent of DENISE T. CRANT, Deceased;
ELLIS W. CRANT, JR., as surviving Sibling of DENISE T. CRANT, Deceased;
SHELLEY CRANT-BAGGOT, as surviving Sibling of DENISE T. CRANT, Deceased;

LISA B. CRAWFORD, Individually, as surviving Spouse, and Personal Representative of the Estate of JAMES L. CRAWFORD, JR., Deceased;
LISA B. CRAWFORD on behalf of I. C., minor, surviving Child of JAMES L. CRAWFORD, JR., Deceased;

ELIZABETH CRAWFORD, as surviving Parent of JAMES L. CRAWFORD, JR., Deceased;
JIM CRAWFORD, as surviving Parent of JAMES L. CRAWFORD, JR., Deceased;
ELIZABETH VAN DUNYE, as surviving Sibling of JAMES L. CRAWFORD, JR., Deceased;
LESLIE CRAWFORD DUNLEVY, as surviving Sibling of JAMES L. CRAWFORD, JR., Deceased;

BERNARD PHAIR, as Personal Representative of the Estate of JOANNE CREGAN, Deceased;

FRANK CRIFASI, Individually, as surviving Sibling, and Personal Representative of the Estate of LUCY CRIFASI, Deceased;

JOANN CROSS, Individually, as surviving Spouse, and Personal Representative of the Estate of DENNIS A. CROSS, Deceased;

MARIANNE CRUIKSHANK, Individually, as surviving Spouse, and Personal Representative of the Estate of ROBERT CRUIKSHANK, Deceased;

ILDEFONSO A. CUA, Individually, as surviving Spouse, and Personal Representative of the Estate of GRACE CUA, Deceased;

LINDA CURIA, Individually, as surviving Spouse, and Personal Representative of the Estate of LAURENCE CURIA, Deceased;

FREDERICK CURRY, Individually, as surviving Spouse, and Personal Representative of the Estate of BEVERLY CURRY, Deceased;

DAVID E. CUSHING, Individually, as surviving Child, and Personal Representative of the Estate of PATRICIA CUSHING, Deceased;
THOMAS F. CUSHING, as surviving Child of PATRICIA CUSHING, Deceased;
PEGEEN CUSHING, as surviving Child of PATRICIA CUSHING, Deceased;
JOHN CUSHING, as surviving Child of PATRICIA CUSHING, Deceased;

LOUANNE BAILY, Individually, as surviving Spouse, and Personal Representative of the Estate of BRIAN P. DALE, Deceased;

JACOB E. DALE, as surviving Child of BRIAN P. DALE, Deceased;

LOUANNE BAILY on behalf of R. T. D., minor, surviving Child of BRIAN P. DALE, Deceased;

LOUANNE BAILY on behalf of R. B. D., minor, surviving Child of BRIAN P. DALE, Deceased;

LOUISA D'ANTONIO, Individually, as surviving Child, and Personal Representative of the Estate of MARY D'ANTONIO, Deceased;

ELIZABETH D'ANTONIO, as surviving Child of MARY D'ANTONIO, Deceased;

ANTONIO D'ANTONIO, as surviving Spouse of MARY D'ANTONIO, Deceased;

ANGELA DANZ-DONOHUE, Individually, as surviving Spouse, and Personal Representative of the Estate of VINCENT DANZ, Deceased;

EMILY DANZ, as surviving Child of VINCENT DANZ, Deceased;

ANGELA DANZ-DONOHUE on behalf of A. D., minor, as surviving Child of VINCENT DANZ, Deceased;

PATRICIA DEAN, Individually, as surviving Spouse, and Personal Representative of the Estate of WILLIAM DEAN, Deceased;

PATRICIA DEAN on behalf of C. A. D., minor, surviving Child of WILLIAM DEAN, Deceased;

MARK DEAN, as surviving Stepsibling of WILLIAM DEAN, Deceased;

MALCOLM DEAN, SR., as surviving Parent of WILLIAM DEAN, Deceased;

DONNA DEAN, as surviving Sibling of WILLIAM DEAN, Deceased;

PATRICIA J. DEANGELIS, Individually, as surviving Spouse, and Personal Representative of the Estate of THOMAS P. DEANGELIS, Deceased;

DONNA SMOLLEN, as surviving Sibling of THOMAS P. DEANGELIS, Deceased;

ERNESTO BARRERA, Individually, as surviving Spouse, and Personal Representative of the Estate of ANA DEBARRERA, Deceased;

MARION DEBLASE, Individually, as surviving Spouse, and Personal Representative of the Estate of JAMES V. DEBLASE, JR., Deceased;
NICHOLAS DEBLASE, as surviving Child of JAMES V. DEBLASE, JR., Deceased;
JOSEPH DEBLASE, as surviving Child of JAMES V. DEBLASE, JR., Deceased;

BERIL-SOFIA DEFEO CIRINELLI, Individually, as surviving Spouse, and Personal Representative of the Estate of DAVID DEFEO, Deceased;

WANDA HERNANDEZ, Individually, as surviving Parent, and Personal Representative of the Estate of MONIQUE E. DEJESUS, Deceased;

JAMES DELLA BELLA, Individually, as surviving Child, and Personal Representative of the Estate of ANDREA DELLA BELLA, Deceased;
JAMES DELLA BELLA, as Personal Representative of the Estate of VINCENT DELLA BELLA, Deceased, surviving Spouse, and ANDREA DELLA BELLA, Deceased, Deceased;
DAVID LUN, as surviving Sibling of ANDREA DELLA BELLA, Deceased;

CHRISTOPHER DELLA PIETRA, Individually, as surviving Sibling, and Personal Representative of the Estate of JOSEPH DELLA PIETRA, Deceased;

MICHAEL DELOUGHERY, Individually, as surviving Spouse, and Personal Representative of the Estate of COLLEEN ANN DELOUGHERY, Deceased;
MICHAEL DELOUGHERY, as surviving Child of COLLEEN ANN DELOUGHERY, Deceased;
AMANDA DELOUGHERY, as surviving Child of COLLEEN ANN DELOUGHERY, Deceased;
PATRICIA MARRESE, as surviving Sibling of COLLEEN ANN DELOUGHERY, Deceased;
JOSEPH MCNULTY, as surviving Sibling of COLLEEN ANN DELOUGHERY, Deceased;

VIVI DEMAS, Individually, as surviving Spouse, and Personal Representative of the Estate of ANTHONY DEMAS, Deceased;

BROOKE DEMING, Individually, as surviving Spouse, and Personal Representative of the Estate of FRANCIS DEMING, Deceased;

CURTIS F. BREWER, Individually, as surviving Spouse, and Personal Representative of the Estate of CAROL K. DEMITZ, Deceased;
ANNE K. BREWER, as surviving Child of CAROL K. DEMITZ, Deceased;
CHARLES DEMITZ, as surviving Sibling of CAROL K. DEMITZ, Deceased;
WOODY DEMITZ, as surviving Sibling of CAROL K. DEMITZ, Deceased;
MICHAEL DEMITZ, as surviving Sibling of CAROL K. DEMITZ, Deceased;
SUSAN DEMITZ, as surviving Sibling of CAROL K. DEMITZ, Deceased;

CHRISTEL DESIMONE, Individually, as surviving Parent, and Personal Representative of the Estate of CHRISTIAN DESIMONE, Deceased;
MARTIN DESIMONE-CALISO, as surviving Sibling of CHRISTIAN DESIMONE, Deceased;

TODD DEVITO, Individually, as surviving Child, and Personal Representative of the Estate of JERRY DEVITO, Deceased;

JOYCE DEVITT, Individually, as surviving Parent, and Personal Representative of the Estate of ROBERT DEVITT, JR., Deceased;

DONNA DI AGOSTINO, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL DI AGOSTINO, Deceased;
DONNA DI AGOSTINO on behalf of C. D. A., minor, as surviving Child of MICHAEL DI AGOSTINO, Deceased;
PAULINE DI AGOSTINO, as surviving Child of MICHAEL DI AGOSTINO, Deceased;
CARLA DI AGOSTINO, as Personal Representative of the Estate of CARLO DI AGOSTINO, Deceased,

surviving Parent of MICHAEL DI AGOSTINO, Deceased;

CLARA DI AGOSTINO, as surviving Parent of MICHAEL DI AGOSTINO, Deceased;

JULIE MAGLIULO, as surviving Sibling of MICHAEL DI AGOSTINO, Deceased;

PAUL DI AGOSTINO, as surviving Sibling of MICHAEL DI AGOSTINO, Deceased;

CARL DI AGOSTINO, as surviving Sibling of MICHAEL DI AGOSTINO, Deceased;

FRANK DI AGOSTINO, as surviving Sibling of MICHAEL DI AGOSTINO, Deceased;

LEONEL DIAZ, Individually, as surviving Sibling, and Personal Representative of the Estate of NANCY DIAZ, Deceased;

AMANDA MARTINEZ DIAZ, as surviving Sibling of NANCY DIAZ, Deceased;

CARMEN DIAZ, as surviving Sibling of NANCY DIAZ, Deceased;

LEOCADIO DIAZ, as surviving Sibling of NANCY DIAZ, Deceased;

BELKYS DIAZ, as surviving Sibling of NANCY DIAZ, Deceased;

MARIA DI PILATO, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH DI PILATO, Deceased;

LEO DI PILATO, as surviving Child of JOSEPH DI PILATO, Deceased;

JOSEPH DI PILATO, as surviving Child of JOSEPH DI PILATO, Deceased;

JEFFREY SCHORPP, Individually, as surviving Spouse, and Personal Representative of the Estate of MARISA DINARDO SCHORPP, Deceased;

JOAN DINCUFF and FRANK DINCUFF, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of CHRISTOPHER DINCUFF, Deceased;

BETH DINCUFF, as surviving Sibling of CHRISTOPHER DINCUFF, Deceased;

AMY DINCUFF, as surviving Sibling of CHRISTOPHER DINCUFF, Deceased;

ANDY DINNOO, Individually, as surviving Spouse, and Personal Representative of the Estate of RENA DINNOO, Deceased;

DHANMATEE SAM, as surviving Parent of RENA DINNOO, Deceased;

CLARENCE SAM, as surviving Parent of RENA DINNOO, Deceased;

LISA SAM, as surviving Sibling of RENA DINNOO, Deceased;

GINA SAM, as surviving Sibling of RENA DINNOO, Deceased;

DAVID DISTEFANO, Individually, as surviving Sibling, and Personal Representative of the Estate of DOUGLAS DISTEFANO, Deceased;

STACEY DOLAN, Individually, as surviving Spouse, and Personal Representative of the Estate of BRENDAN DOLAN, Deceased;

JOSEPH R. DOWNEY, Individually, as surviving child, and Personal Representative of the Estate of RAYMOND M. DOWNEY, Deceased;

ROSALIE B. DOWNEY, as surviving Spouse of RAYMOND M. DOWNEY, Deceased;

MARIE ANN TORTORICI, as surviving Child of RAYMOND M. DOWNEY, Deceased;

CHARLES R. DOWNEY, as surviving Child of RAYMOND M. DOWNEY, Deceased;

RAYMOND DOWNEY, as surviving Child of RAYMOND M. DOWNEY, Deceased;

KATHY A. UGALDE, as surviving Child of RAYMOND M. DOWNEY, Deceased;

JAY C. DUNNE and MARY DUNNE, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of CHRISTOPHER J. DUNNE, Deceased;

COURTNEY DUNNE-KEENAN, as surviving Sibling of CHRISTOPHER J. DUNNE, Deceased;

CYNTHIA DUNNE-WELCH, as surviving Sibling of CHRISTOPHER J. DUNNE, Deceased;

CHARLES DUNNE, as surviving Sibling of CHRISTOPHER J. DUNNE, Deceased;

LIDIA HERNANDEZ MELENDEZ, Individually, as surviving Parent, and Personal Representative of the Estate of MIRNA A. DUARTE, Deceased;

GAIL EAGLESON, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN B. EAGLESON, Deceased;
BRETT EAGLESON, as surviving Child of JOHN B. EAGLESON, Deceased;
KYLE EAGLESON, as surviving Child of JOHN B. EAGLESON, Deceased;
TIMOTHY EAGLESON, as surviving Child of JOHN B. EAGLESON, Deceased;
WILLIAM EAGLESON, as surviving Sibling of JOHN B. EAGLESON, Deceased;

STANLEY ECKNA, Individually, as surviving Parent, and Personal Representative of the Estate of PAUL ECKNA, Deceased;
CAROL ECKNA, as surviving Parent of PAUL ECKNA, Deceased;
RICHARD ECKNA, as surviving Sibling of PAUL ECKNA, Deceased;
STEVEN ECKNA, as surviving Sibling of PAUL ECKNA, Deceased;

DAVID EGAN, Individually, as surviving Parent, and Personal Representative of the Estate of LISA E. EGAN, Deceased;

DAVID EGAN, Individually, as surviving Parent, and Personal Representative of the Estate of SAMANTHA M. EGAN, Deceased;

PAULA SHAPIRO, Individually, as surviving Parent, and Personal Representative of the Estate of ERIC EISENBERG, Deceased;

SAM ELLIS, Individually, as surviving Spouse, and Personal Representative of the Estate of VALERIE S. ELLIS, Deceased;

EILEEN ERWIN-MICHAEL, Individually, as surviving Spouse, and Personal Representative of the Estate of WILLIAM ERWIN, Deceased;

LUIS ESPINOZA, Individually, as surviving Spouse, and Personal Representative of the Estate of FANNY ESPINOZA, Deceased;
CHRISTIAN ESPINOZA, as surviving Child of FANNY ESPINOZA, Deceased;
STEPHANIE ESPINOZA, as surviving Child of FANNY ESPINOZA, Deceased;

JEANNE M. EVANS, Individually, as surviving Sibling, and Personal Representative of the Estate of ROBERT EVANS, Deceased;

LAURA FALLON, Individually, as surviving Spouse, and Personal Representative of the Estate of WILLIAM FALLON, JR., Deceased;
KATHLEEN FALLON, as surviving Child of WILLIAM L. FALLON, JR., Deceased;
KAYLA FALLON, as surviving Child of WILLIAM L. FALLON, JR., Deceased;

PATRICIA FALLONE, Individually, as surviving Spouse, and Personal Representative of the Estate of ANTHONY FALLONE, Deceased;

MAUREEN FANNING, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN FANNING, Deceased;

AMY FARNUM POLMAR, Individually, as surviving Spouse, and Personal Representative of the Estate of DOUGLAS FARNUM, Deceased;

MARYANNE FARRELL, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN FARRELL, Deceased;

MELISSA VAN NESS FATHA, Individually, as surviving Spouse, and Personal Representative of the Estate of SYED ABDUL FATHA*, Deceased;
SYED ABDUL RAHMAN, as surviving Sibling of SYED ABDUL FATHA*, Deceased;

STEVEN FEIDELBERG, Individually, as surviving Sibling, and Personal Representative of the Estate of PETER FEIDELBERG, Deceased;

WENDY S. FEINBERG, Individually, as surviving Spouse, and Personal Representative of the Estate of ALAN D. FEINBERG, Deceased;
MICHAEL FEINBERG, as surviving Child of ALAN D. FEINBERG, Deceased;
TARA FEINBERG EDGETTE, as surviving Child of ALAN D. FEINBERG, Deceased;

MARY L. FERGUSON, Individually, as surviving Spouse, and Personal Representative of the Estate of GEORGE J. FERGUSON, III, Deceased;
MATTHEW FERGUSON, as surviving Child of GEORGE J. FERGUSON, III, Deceased;

JULIO C. FERNANDEZ, Individually, as surviving Child, and Personal Representative of the Estate of JULIO FERNANDEZ, Deceased;

CHARLENE FIORE, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL J. FIORE, Deceased;
JESSICA FIORE LACASSE, as surviving Child of MICHAEL J. FIORE, Deceased;
CRISTEN FIORE STAIANO, as surviving Child of MICHAEL J. FIORE, Deceased;
MICHAEL FIORE, as surviving Child of MICHAEL J. FIORE, Deceased;

JEAN C. FISCHER, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN FISCHER, Deceased;

BRIAN FLANNERY, Individually, as surviving Spouse, and Personal Representative of the Estate of CHRISTINA FLANNERY, Deceased;
CATHERINE DONOVAN, as surviving Parent of CHRISTINA FLANNERY, Deceased;
WILLIAM DONOVAN, as surviving Parent of CHRISTINA FLANNERY, Deceased;

LORI FLETCHER, Individually, as surviving Spouse, and Personal Representative of the Estate of ANDRE FLETCHER, Deceased;

NANCY WALSH, Individually, as surviving Partner, and Co-Personal Representative of the Estate of CAROL FLYZIK, Deceased;

CLAUDIA FLYZIK, Individually, as surviving Sibling, and Co-Personal Representative of the Estate of CAROL FLYZIK, Deceased;

KEVIN WALSH, as surviving Stepchild of CAROL FLYZIK, Deceased;

JOSEPH WALSH, as surviving Stepchild of CAROL FLYZIK, Deceased;

KRISTIN WALSH, as surviving Stepchild of CAROL FLYZIK, Deceased;

JOANNE GROSS, Individually, as surviving Sibling, and Personal Representative of the Estate of THOMAS FOLEY, Deceased;

ROBERT T. FOLGER, Individually, as surviving Child, and Personal Representative of the Estate of JANE FOLGER, Deceased;

KATHLEEN KULIK, as surviving Child of JANE FOLGER, Deceased;

THOMAS FOLGER, as surviving Child of JANE FOLGER, Deceased;

MICHAEL FOLGER, as surviving Child of JANE FOLGER, Deceased;

MARIAN FONTANA, Individually, as surviving Spouse, and Personal Representative of the Estate of DAVID J. FONTANA, Deceased;

KURT FOSTER, Individually, as surviving Spouse, and Personal Representative of the Estate of CLAUDIA FOSTER, Deceased;

TIERNEY FRAWLEY TRAMONTOZZI, Individually, as surviving Spouse, and Personal Representative of the Estate of KEVIN FRAWLEY, Deceased;

JEANINE L. FRAZIER, Individually, as surviving Spouse, and Personal Representative of the Estate of CLYDE FRAZIER, JR., Deceased;

MICHELLE FREDERICKS, Individually, as surviving Spouse, and Personal Representative of the Estate of ANDREW FREDERICKS, Deceased;

ANDREW J. FREDERICKS, as surviving Child of ANDREW FREDERICKS, Deceased;
HAYLEY FREDERICKS, as surviving Child of ANDREW FREDERICKS, Deceased;

ROBIN A. FREUND, Individually, as surviving Spouse, and Personal Representative of the Estate of PETER L. FREUND, Deceased;
JULIE A. FREUND, as surviving Child of PETER L. FREUND, Deceased;

KENNETH FRIED, Individually, as surviving Spouse, and Personal Representative of the Estate of ARLENE FRIED, Deceased;

HELEN FRIEDLANDER DEL SINDACO, Individually, as surviving Spouse, and Personal Representative of the Estate of ALAN W. FRIEDLANDER, Deceased;
STEVEN A. FRIEDLANDER, as surviving Child of ALAN W. FRIEDLANDER, Deceased;

LISA FRIEDMAN-CLARK, Individually, as surviving Spouse, and Personal Representative of the Estate of ANDREW FRIEDMAN, Deceased;
MIKE FRIEDMAN, as surviving Child of ANDREW FRIEDMAN, Deceased;
DAN FRIEDMAN, as surviving Child of ANDREW FRIEDMAN, Deceased;
WENDI GABRIELI, as surviving Sibling of ANDREW FRIEDMAN, Deceased;

MEREDITH FRY, Individually, as surviving Spouse, and Personal Representative of the Estate of PETER FRY, Deceased;
TAYLOR MCCLINTOCK FRY, as surviving Child of PETER FRY, Deceased;
CALEY LOOMIS FRY, as surviving Child of PETER FRY, Deceased;
CHARLES GORDON FRY, as surviving Parent of PETER FRY, Deceased;
MICHAEL FRY, as surviving Sibling of PETER FRY, Deceased;
LANCE FRY, as surviving Sibling of PETER FRY, Deceased;