ANNE GABRIEL, Individually, as surviving Spouse, and Personal Representative of the Estate of RICHARD P. GABRIEL, Deceased;

CHRISTOPHER GABRIEL, as surviving Child of RICHARD P. GABRIEL, Deceased;

JAMES GABRIEL, as surviving Child of RICHARD P. GABRIEL, Deceased;

PATRICIA GABRIEL, as surviving Child of RICHARD P. GABRIEL, Deceased;

RICHARD GABRIEL, as surviving Child of RICHARD P. GABRIEL, Deceased;

GEORGE GABRIEL, as surviving Sibling of RICHARD P. GABRIEL, Deceased;

ROBERT CALLANAN, as surviving Stepchild of RICHARD P. GABRIEL, Deceased;

MONICA GABRIELLE, Individually, as surviving Spouse, and Personal Representative of the Estate of RICHARD S. GABRIELLE, Deceased;

NICOLE GABRIELLE, as surviving Child of RICHARD S. GABRIELLE, Deceased;

FRANCINE GALLAGHER, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN P. GALLAGHER, Deceased;

FRANCINE GALLAGHER on behalf of J. G., minor, surviving Child of JOHN P. GALLAGHER, Deceased;

CELINE GALLAGHER, as surviving Mother of JOHN P. GALLAGHER, Deceased;

MILAGROS DIAZ, Individually, as surviving Parent, and Personal Representative of the Estate of LOURDES JANET GALLETTI, Deceased;

KARINE HENRIQUEZ, as surviving Sibling of LOURDES JANET GALLETTI, Deceased;

JOHN J. DIAZ, as surviving Sibling of LOURDES JANET GALLETTI, Deceased;

ERIC J. JOGLAR, as surviving Sibling of LOURDES JANET GALLETTI, Deceased;

MANUELA NITA-VAZQUEZ, Individually, as surviving Spouse, and Personal Representative of the Estate of CONO GALLO, Deceased;

RAFFAELA GALLO, as surviving Parent of CONO GALLO, Deceased;

31

EMILIO GALLO, as surviving Parent of CONO GALLO, Deceased;

LISA GALLO, as surviving Sibling of CONO GALLO, Deceased;

JOHN GALLO, as surviving Sibling of CONO GALLO, Deceased;

KATHLEEN GANCI, Individually, as surviving Spouse, and Personal Representative of the Estate of PETER J. GANCI, Deceased;

DOROTHY GARCIA-BACHLER, Individually, as surviving Spouse, and Personal Representative of the Estate of ANDREW GARCIA, JR., Deceased;

KELLY G. ARRILLAGA, as surviving Child of ANDREW GARCIA, JR., Deceased;

AUDREY M. OLIVE, as surviving Child of ANDREW GARCIA, JR., Deceased;

HECTOR and CARMEN GARCIA, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of MARLYN C. GARCIA, Deceased;

ELIZABETH GARDNER, Individually, as surviving Spouse, and Personal Representative of the Estate of THOMAS A. GARDNER, Deceased;

ELISABET GARDNER, Individually, as surviving Spouse, and Personal Representative of the Estate of WILLIAM A. GARDNER, Deceased;

ANTONIA GARGANO, Individually, as surviving Parent, and Personal Representative of the Estate of ROCCO N. GARGANO, Deceased;

CATHY G. D'ALESSANDRO, as surviving Sibling of ROCCO N. GARGANO, Deceased;

MARIANO D'ALESSANDRO, as surviving Nephew of ROCCO N. GARGANO, Deceased;

JILL A. GARTENBERG PILA, Individually, as surviving Spouse, and Personal Representative of the Estate of JAMES GARTENBERG, Deceased;

JILL A. GARTENBERG PILA on behalf of N. H. G. P., minor, surviving Child of JAMES GARTENBERG, Deceased;

JILL A. GARTENBERG PILA on behalf of J. M. G. P.,
minor, surviving Child of JAMES GARTENBERG,
Deceased;

MATHILDA GEIDEL, Individually, as surviving Spouse,
and Personal Representative of the Estate of GARY
GEIDEL, Deceased;

MICHELLE GELINAS, Individually, as surviving
Spouse, and Personal Representative of the Estate of
PETER GELINAS, Deceased;
JACK G. GELINAS, as surviving Child of PETER
GELINAS, Deceased;
GRIFFIN C. GELINAS, as surviving Child of PETER
GELINAS, Deceased;

DEBRA GELLER, Individually, as surviving Spouse, and
Personal Representative of the Estate of STEVEN
GELLER, Deceased;

DIANE GENCO, Individually, as surviving Spouse, and
Personal Representative of the Estate of PETER V.
GENCO, JR., Deceased;
ANNALISA MARIE GENCO, as surviving Child of
PETER V. GENCO, JR., Deceased;
VICTORIA ROSE GENCO, as surviving Child of PETER
V. GENCO, JR., Deceased;

PHILIP GERMAIN, Individually, as surviving Parent,
and Personal Representative of the Estate of DENIS
GERMAIN, Deceased;
MICHAEL GERMAIN, as surviving Sibling of DENIS
GERMAIN, Deceased;
BRIAN GERMAIN, as surviving Sibling of DENIS
GERMAIN, Deceased;
PEGGY DOBRINSKI, as surviving Sibling of DENIS
GERMAIN, Deceased;
THERESA RUTHER, as surviving Sibling of DENIS
GERMAIN, Deceased;

SONDRA GIACCONE, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JOSEPH GIACCONE, Deceased;
ALEXANDRA GIACCONE, as surviving Child of
JOSEPH GIACCONE, Deceased;

MAX GIACCONE, as surviving Child of JOSEPH GIACCONE, Deceased;

JAMES GIACCONE, as Personal Representative of the Estate of ELIZABETH GIACCONE, Deceased, surviving parent of JOSEPH GIACCONE;

JAMES GIACCONE, as Personal Representative of the Estate of VINCENT GIACCONE, Deceased, surviving parent of JOSEPH GIACCONE;

ELISABETH FELDON, as surviving Sibling of JOSEPH GIACCONE, Deceased;

JAMES GIACCONE, as surviving Sibling of JOSEPH GIACCONE, Deceased;

MICHAEL GIACCONE, as surviving Sibling of JOSEPH GIACCONE, Deceased;

CAROL GIES, Individually, as surviving Spouse, and Personal Representative of the Estate of RONNIE E. GIES, Deceased;

LORRAINE MARCHESE, Individually, as surviving Parent, and Personal Representative of the Estate of LAURA A. MARCHESE GIGLIO, Deceased;

ANTHONY MARCHESE, as surviving Parent of LAURA A. GIGLIO, Deceased;

MARIE THOMAS, as surviving Sibling of LAURA A. GIGLIO, Deceased;

CATHY MARCHESE-COLLINS, as surviving Sibling of LAURA A. GIGLIO, Deceased;

MARIANN COYLE, Individually, as surviving Spouse, and Personal Representative of the Estate of ANDREW GILBERT, Deceased;

JOHN J. GILL, JR., Individually, as surviving Parent, and Personal Representative of the Estate of PAUL J. GILL, Deceased;

SERINA GILLIS, as Personal Representative of the Estate of RODNEY C. GILLIS, Deceased;

JONIQUE C. GILLIS, as surviving Child of RODNEY C. GILLIS, Deceased;

ALEESIA C. GILLIS, as surviving Child of RODNEY C. GILLIS, Deceased;

RODNEY C. GILLIS, II, as surviving Child of RODNEY C. GILLIS, Deceased;

ROXANN GIORDANO, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JOHN GIORDANO, Deceased;

ARMINE GIORGETTI, Individually, as surviving
Spouse, and Personal Representative of the Estate of
STEVEN A. GIORGETTI, Deceased;
PAUL GIORGETTI, as surviving Child of STEVEN A.
GIORGETTI, Deceased;
ALEXA GIORGETTI, as surviving Child of STEVEN A.
GIORGETTI, Deceased;

ANGELA GITTO, Individually, as surviving Spouse, and
Personal Representative of the Estate of SALVATORE
GITTO, Deceased;
GREGORY GITTO, as surviving Child of SALVATORE
GITTO, Deceased;
STEPHEN GITTO, as surviving Child of SALVATORE
GITTO, Deceased;

LAWRENCE GIUGLIANO, Individually, as surviving
Spouse, and Personal Representative of the Estate of
CYNTHIA GIUGLIANO, Deceased;

MEG BLOOM GLASSER, Individually, as surviving
Spouse, and Personal Representative of the Estate of
THOMAS GLASSER, Deceased;

CANDY GLAZER, Individually, as surviving Spouse,
and Personal Representative of the Estate of EDMUND
GLAZER, Deceased;
NATHAN GLAZER, as surviving Child of EDMUND
GLAZER, Deceased;

SHARON COBB-GLENN, Individually, as surviving
Spouse, and Personal Representative of the Estate of
HARRY GLENN, Deceased;
JALEN L. GLENN, as surviving Child of HARRY
GLENN, Deceased;
JAMES GLENN, as surviving Sibling of HARRY
GLENN, Deceased;

HELENE GNAZZO, Individually, as surviving Spouse,
and Personal Representative of the Estate of JOHN T.
GNAZZO, Deceased;

JULE GNAZZO, as surviving Child of JOHN T. GNAZZO, Deceased;
JOHN GNAZZO, as surviving Child of JOHN T. GNAZZO, Deceased;

JODIE GOLDBERG SHERER, Individually, as surviving Spouse, and Personal Representative of the Estate of BRIAN GOLDBERG, Deceased;
SHARI M. GOLDBERG, as surviving Sibling of BRIAN GOLDBERG, Deceased;

LACHANZE GOODING, Individually, as surviving Spouse, and Personal Representative of the Estate of CALVIN J. GOODING, Deceased;

RACHEL W. GOODRICH, Individually, as surviving Spouse, and Personal Representative of the Estate of PETER GOODRICH, Deceased;

DAVID DWIGHT NELSON, Individually, as surviving Child, and Co-Personal Representative of the Estate of KERENE GORDON, Deceased;
SHARON BAKER-GUAL, Individually, as surviving Sibling, and Co-Personal Representative of the Estate of KERENE GORDON, Deceased;
ELMEDA GEORGE, as surviving Parent of KERENE GORDON, Deceased;

LLOYD C. MAIR, Individually, as surviving Sibling, and Personal Representative of the Estate of LINDA C. MAIR GRAYLING, Deceased;
ISA S. MARTIN, as surviving Child of LINDA C. MAIR GRAYLING, Deceased;
YVONNE D. RAMIREZ, as surviving Sibling of LINDA C. MAIR GRAYLING, Deceased;
ROGER B. MAIR, as surviving Sibling of LINDA C. MAIR GRAYLING, Deceased;
ANNETTE MAIR, as surviving Sibling of LINDA C. MAIR GRAYLING, Deceased;
IRENE L. MAIR, as surviving Sibling of LINDA C. MAIR GRAYLING, Deceased;

ROXANNE GREEN, Individually, as surviving Spouse, and Personal Representative of the Estate of WADE BRIAN GREEN, Deceased;

CLAUDETTE B. GREENE, Individually, as surviving Spouse, and Personal Representative of the Estate of DONALD GREENE, Deceased;
CHARLES GREENE, as surviving Child of DONALD GREENE, Deceased;
JODY GREENE, as surviving Child of DONALD GREENE, Deceased;

PETER GREENLEAF, Individually, as surviving Sibling, and Personal Representative of the Estate of JAMES GREENLEAF, Deceased;
PATRICIA GREENLEAF, as surviving Parent of JAMES GREENLEAF, Deceased;

JOHN F. GREGORY, Individually, as surviving Sibling, and Personal Representative of the Estate of FLORENCE M. GREGORY, Deceased;

BOBBY GRIFFIN, Individually, as surviving Spouse, and Personal Representative of the Estate of TAWANNA GRIFFIN, Deceased;

MARY JO GRILLO, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH GRILLO, Deceased;
MATTHEW GRILLO, as surviving Child of JOSEPH GRILLO, Deceased;
TIMOTHY GRILLO, as surviving Child of JOSEPH GRILLO, Deceased;
JOSEPH GRILLO, as surviving Parent of JOSEPH GRILLO, Deceased;
STEVEN GRILLO, as surviving Sibling of JOSEPH GRILLO, Deceased;

SUSAN MALLERY GURIAN, Individually, as surviving Spouse, and Personal Representative of the Estate of DOUGLAS B. GURIAN, Deceased;
TYLER DOUGLAS GURIAN, as surviving Child of DOUGLAS B. GURIAN, Deceased;
EVA MALLERY GURIAN, as surviving Child of DOUGLAS B. GURIAN, Deceased;

MARY HAAG, Individually, as surviving Spouse, and Personal Representative of the Estate of GARY HAAG, Deceased;

MICHAEL P. HAAG, as surviving Child of GARY HAAG, Deceased;
KEVIN T. HAAG, as surviving Child of GARY HAAG, Deceased;
MARY HAAG on behalf of M. M. H., minor, surviving Child of GARY HAAG, Deceased;
ROBERT HAAG, as surviving Parent of GARY HAAG, Deceased;
LORI HAAG HERRMANN, as surviving Sibling of GARY HAAG, Deceased;

GORDON HABERMAN, Individually, as surviving Parent, and Personal Representative of the Estate of ANDREA L. HABERMAN, Deceased;
KATHLEEN HABERMAN, as surviving Parent of ANDREA L. HABERMAN, Deceased;
JULIE ANN HABERMAN OSMUS, as surviving Sibling of ANDREA L. HABERMAN, Deceased;

LENA WHITTAKER, Individually, as surviving Parent, and Personal Representative of the Estate of KAREN E. HAGERTY, Deceased;
JAMES HAGERTY, as surviving Sibling of KAREN E. HAGERTY, Deceased;

PATRICIA HAN, Individually, as surviving Spouse, and Personal Representative of the Estate of FREDERICK K. HAN, Deceased;
ERIC JAY HAN, as surviving Child of FREDERICK K. HAN, Deceased;
PATRICIA HAN, as Personal Representative of the Estate of KIM HAN, Deceased, surviving Parent of FREDERIC K. HAN;

RENE B. HANNAFIN, Individually, as surviving Spouse, and Personal Representative of the Estate of THOMAS HANNAFIN, Deceased;

GAYE HANNON, Individually, as surviving Parent, and Personal Representative of the Estate of DANA K. HANNON, Deceased;

CAROL HARAN, Individually, as surviving Spouse, and Personal Representative of the Estate of JAMES HARAN, Deceased;

MARGARET HARRELL, Individually, as surviving Spouse, and Personal Representative of the Estate of STEPHEN G. HARRELL, Deceased;

RACHEL R. HARRELL, Individually, as surviving Spouse, and Personal Representative of the Estate of HARVEY L. HARRELL, Deceased;

SHEILA HARRIS, Individually, as surviving Spouse, and Personal Representative of the Estate of STEWART D. HARRIS, Deceased;
ELISSA HARRIS, as surviving Child of STEWART D. HARRIS, Deceased;
CRAIG HARRIS, as surviving Child of STEWART D. HARRIS, Deceased;

ELINORE HARTZ, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN C. HARTZ, Deceased;

JENNIFER HARVEY-TRAINOR, Individually, as surviving Spouse, and Personal Representative of the Estate of EMERIC J. HARVEY, Deceased;
MARIE HARVEY RYAN, as surviving Sibling of EMERIC J. HARVEY, Deceased;
MICHAEL HARVEY, as surviving Sibling of EMERIC J. HARVEY, Deceased;
VIRGINA HARVEY, as surviving Sibling of EMERIC J. HARVEY, Deceased;
ANTOINETTE STEO, as surviving Sibling of EMERIC J. HARVEY, Deceased;

JOANNE HATTON, Individually, as surviving Spouse, and Personal Representative of the Estate of LEONARD HATTON, Deceased;

DELORES LEGREE, Individually, as surviving Parent, and Personal Representative of the Estate of ANTHONY HAWKINS, Deceased;

VIRGINIA HAYES, Individually, as surviving Spouse, and Personal Representative of the Estate of PHILLIP T. HAYES, Deceased;

ANN R. HAYNES, Individually, as surviving Spouse, and Personal Representative of the Estate of WILLIAM W. HAYNES, Deceased;

THERESA HEALEY, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL HEALEY, Deceased;

SHIRLEY HENDERSON, Individually, as surviving Spouse, and Personal Representative of the Estate of RONNIE LEE HENDERSON, Deceased;

DIGNA HERNANDEZ, Individually, as surviving Spouse, and Personal Representative of the Estate of RAUL HERNANDEZ, Deceased;

VICTORIA HIGLEY PRATT, Individually, as surviving Spouse, and Personal Representative of the Estate of ROBERT HIGLEY, Deceased;

KAREN HINDS, Individually, as surviving Spouse, and Personal Representative of the Estate of NEIL HINDS, Deceased;
KAREN HINDS, on behalf of J. H., minor, surviving Child of NEIL HINDS, Deceased;
KAREN GREENE, as surviving Sibling of NEIL HINDS, Deceased;
COLEEN HINDS, as surviving Sibling of NEIL HINDS, Deceased;
ETHLYN HINDS, as surviving Parent of NEIL HINDS, Deceased;
WADE-ROY HINDS, as surviving Sibling of NEIL HINDS, Deceased;
KAREN GREENE as Personal Representative of the Estate of COLLIN HINDS, Deceased, surviving Parent of NEIL HINDS;

DIXIE HOBBS and DENNIS HOBBS, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of TARA Y. HOBBS, Deceased;
TAMMY HOBBS GINSBERG, as surviving Sibling of TARA Y. HOBBS, Deceased;
SONYA HOBBS CUFFEE, as surviving Sibling of TARA Y. HOBBS, Deceased;
REGINALD HOBBS, as surviving Sibling of TARA Y. HOBBS, Deceased;

SHERIAN HOBBS LIGHTFOOT, as surviving Sibling of
TARA Y. HOBBS, Deceased;

ALLISON HOBBS, Individually, as surviving Spouse,
and Personal Representative of the Estate of THOMAS A.
HOBBS, Deceased;

JAMES S. HOFFMAN, Individually, as surviving
Spouse, and Personal Representative of the Estate of
MARCIA HOFFMAN, Deceased;

PAMELA HOHLWECK, Individually, as surviving
Spouse, and Personal Representative of the Estate of
THOMAS W. HOHLWECK, JR., Deceased;
MARY JUDGE, as surviving Sibling of THOMAS W.
HOHLWECK, JR., Deceased;

ROSEMARIE HOHMANN, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JONATHAN HOHMANN, Deceased;
MATTHEW D. HOHMANN, as surviving Child of
JONATHAN HOHMANN, Deceased;
GREGORY A. HOHMANN, as surviving Child of
JONATHAN HOHMANN, Deceased;

KATHLEEN HOLLAND, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JOSEPH HOLLAND, III, Deceased;
KATHLEEN HOLLAND on behalf of J. H., minor,
surviving Child of JOSEPH HOLLAND, Deceased;
MICHELE HOLLAND MCLIN, as surviving Sibling of
JOSEPH HOLLAND, III, Deceased;

COLLEEN M. HOLOHAN, Individually, as surviving
Spouse, and Personal Representative of the Estate of
THOMAS P. HOLOHAN, Deceased;

KATHERINE HOORN and DENNIS HOORN,
Individually, as surviving Parents, and Co-Personal
Representatives of the Estate of BRADLEY HOORN,
Deceased;
KARA HOORN, as surviving Sibling of BRADLEY
HOORN, Deceased;

CHRISTOPHER HOWARD, Individually, as surviving Child, and Personal Representative of the Estate of GEORGE G, HOWARD, Deceased;

JOANN T. HOWARD, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH L. HOWARD, Deceased;
JOSEPH HOWARD, as surviving Child of JOSEPH L. HOWARD, Deceased;
JANICE HOWARD-BATTAGLIA, as surviving Child of JOSEPH L. HOWARD, Deceased;
ANNE GALIZIA, as surviving Sibling of JOSEPH L. HOWARD, Deceased;
SUSAN REIDLINGER, as surviving Sibling of JOSEPH L. HOWARD, Deceased;

JOSEPH HROMADA, Individually, as surviving Spouse, and Personal Representative of the Estate of MILAGROS HROMADA, Deceased;

KAREN HUGHES, Individually, as surviving Spouse, and Personal Representative of the Estate of TIMOTHY F. HUGHES, Deceased;
TIMOTHY HUGHES, as surviving Child of TIMOTHY HUGHES, Deceased;
KENNETH HUGHES, as surviving Child of TIMOTHY HUGHES, Deceased;
CHRISTINA HUGHES, as surviving Child of TIMOTHY HUGHES, Deceased;

BRIDGET HUNTER, Individually, as surviving Parent, and Personal Representative of the Estate of JOSEPH G. HUNTER, Deceased;
BRIDGET HUNTER, as Personal Representative of the Estate of JOSEPH HUNTER, Deceased, surviving Parent of JOSEPH G. HUNTER;
SEAN HUNTER, as surviving Sibling of JOSEPH G. HUNTER, Deceased;
TERESA LABO, as surviving Sibling of JOSEPH G. HUNTER, Deceased;

KATHRYN J. HUSSA, Individually, as surviving Spouse, and Personal Representative of the Estate of ROBERT R. HUSSA, Deceased;
ROBERT HUSSA, as surviving Child of ROBERT R. HUSSA, Deceased;

THOMAS HUSSA, as surviving Child of ROBERT R. HUSSA, Deceased;

YESENIA IELPI, Individually, as surviving Spouse, and Personal Representative of the Estate of JONATHAN IELPI, Deceased;

YELENA ILKANAYEV ROMANOFF, Individually, as surviving Spouse, and Personal Representative of the Estate of DANIEL ILKANAYEV, Deceased;

LILLIAN ILOWITZ, Individually, as surviving Spouse, and Personal Representative of the Estate of ABRAHAM ILOWITZ, Deceased;
DAVID ILOWITZ, as surviving Child of ABRAHAM ILOWITZ, Deceased;
CHAIM ILOWITZ, as surviving Child of ABRAHAM ILOWITZ, Deceased;

KENNETH IRBY, Individually, as surviving Sibling, and Personal Representative of the Estate of STEPHANIE IRBY, Deceased;
KENNETH IRBY as Personal Representative of the Estate of FREDERICK IRBY, Deceased, surviving Parent of STEPHANIE IRBY, Deceased;
KENNETH IRBY as Personal Representative of the Estate of AGNES IRBY, Deceased, surviving Parent of STEPHANIE IRBY, Deceased;
ADDISON J. IRBY, as surviving Sibling of STEPHANIE IRBY, Deceased;

MARGARET ISKYAN, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN ISKYAN, Deceased;
PETER ISKYAN, as surviving Child of JOHN ISKYAN, Deceased;
CAROLYNN ISKYAN, as surviving Child of JOHN ISKYAN, Deceased;
PAUL ISKYAN, as surviving Sibling of JOHN ISKYAN, Deceased;
LAURA ISKYAN, as surviving Sibling of JOHN ISKYAN, Deceased;
JOAN O'BRIEN, as surviving Sibling of JOHN ISKYAN, Deceased;

BARRY JABLONSKI, Individually, as surviving Spouse, and Personal Representative of the Estate of VIRGINIA JABLONSKI, Deceased;

BARBARA JACKMAN, Individually, as surviving Parent, and Personal Representative of the Estate of BROOKE A. JACKMAN, Deceased;
ERIN JACKMAN, as surviving Sibling of BROOKE A. JACKMAN, Deceased;
ROSS JACKMAN, as surviving Sibling of BROOKE A. JACKMAN, Deceased;
BARBARA JACKMAN, as Personal Representative of the Estate of ROBERT JACKMAN, Deceased, surviving Parent of BROOKE A. JACKMAN, Deceased;

JENNIFER JACOBS, Individually, as surviving Spouse, and Personal Representative of the Estate of ARIEL L. JACOBS, Deceased;

KAZIMIERZ JAKUBIAK, Individually, as surviving Spouse, and Personal Representative of the Estate of MARIA JAKUBIAK, Deceased;

JU-HSIU JIAN, Individually, as surviving Spouse, and Personal Representative of the Estate of HWEIDAR JIAN, Deceased;
WILLIAM JIAN, as surviving Child of HWEIDAR JIAN, Deceased;
KEVIN JIAN, as surviving Child of HWEIDAR JIAN, Deceased;

MARY JEANETTE JONES, Individually, as surviving Spouse, and Personal Representative of the Estate of CHARLES JONES, Deceased;

CAROL FRANCOLINI, Individually, as surviving Spouse, and Personal Representative of the Estate of ARTHUR J. JONES III, Deceased;
JOSEPH JONES, as surviving Child of ARTHUR J. JONES III, Deceased;
MARILYN STUFANO, as surviving Parent of ARTHUR J. JONES III, Deceased;
SCOTT JONES, as surviving Sibling of ARTHUR J. JONES III, Deceased;
PETER JONES, as surviving Sibling of ARTHUR J. JONES III, Deceased;

LEILA M. JOSEPH, Individually, as surviving Sibling, and Personal Representative of the Estate of KARL H. JOSEPH, Deceased;
HENRI JOSEPH, Individually, as surviving Father of KARL H. JOSEPH, Deceased;

AMBER MILLER and JAMIE MILLER, Individually, as surviving Childs, and Co-Personal Representatives of the Estate of KAREN JUDAY, Deceased;

JAN KANDELL, Individually, as surviving Child, and Personal Representative of the Estate of SHARI KANDELL, Deceased;

EMILY TERRY, Individually, as surviving Spouse, and Personal Representative of the Estate of ANDREW KATES, Deceased;
EMILY TERRY on behalf of D. H. K., minor, surviving Child of ANDREW KATES, Deceased;
HANNAH KATES, as surviving Child of ANDREW KATES, Deceased;

GEORGE KATSIMATIDES, Individually, as surviving Sibling, and Personal Representative of the Estate of JOHN KATSIMATIDES, Deceased;
ANTHOULA KATSIMATIDES, as surviving Sibling of JOHN KATSIMATIDES, Deceased;
CALLIOPE KATSIMATIDES, as surviving Parent of JOHN KATSIMATIDES, Deceased;

JUDITH KEANE, Individually, as surviving Spouse, and Personal Representative of the Estate of RICHARD KEANE, Deceased;

ELIZABETH H. KELLER-BAKER, Individually, as surviving Spouse, and Personal Representative of the Estate of CHANDLER R. KELLER, Deceased;
RICHARD KELLER, as surviving Parent of CHANDLER R. KELLER, Deceased;
KATHRYN KELLER, as surviving Parent of CHANDLER R. KELLER, Deceased;
BRANDON KELLER, as surviving Sibling of CHANDLER R. KELLER, Deceased;
GAVIN KELLER, as surviving Sibling of CHANDLER R. KELLER, Deceased;

ROBERTA KELLERMAN, Individually, as surviving Spouse, and Personal Representative of the Estate of PETER R. KELLERMAN, Deceased;

ELYSSA KELLERMAN, as surviving Sibling of PETER R. KELLERMAN, Deceased;

PAMELA KELLERMAN FOX, as surviving Sibling of PETER R. KELLERMAN, Deceased;

PAMELA KELLERMAN FOX, as Personal Representative of the Estate of JOYCE L. GALES, Deceased, surviving Parent of PETER R. KELLERMAN, Deceased;

PATRICIA KELLETT, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH P. KELLETT, Deceased;

JULIE ANNE KELLETT, as surviving Child of JOSEPH P. KELLETT, Deceased;

CAMERON KELLETT, as surviving Child of JOSEPH P. KELLETT, Deceased;

JOSEPH CALLAHAN, Esq. as Personal Representative of the Estate of ANN SULLIVAN, Deceased, surviving Parent of JOSEPH P. KELLETT;

JAMES KELLY, Individually, as surviving Sibling, and Personal Representative of the Estate of THOMAS R. KELLY, Deceased;

JEAN FARRELL, as surviving Sibling of THOMAS R. KELLY, Deceased;

ROBERT KELLY, as surviving Sibling of THOMAS R. KELLY, Deceased;

JAMES KELLY, as Personal Representative of the Estate of SUZANNE KELLY, Deceased, surviving Parent of THOMAS R. KELLY;

JAMES KELLY, as Personal Representative of the Estate of EMMET KELLY, Deceased, surviving Parent of THOMAS R. KELLY;

JULIE E. KELLY-MCCORMICK, Individually, as surviving Spouse, and Personal Representative of the Estate of TIMOTHY C. KELLY, Deceased;

JULIE E. KELLY-MCCORMICK on behalf of C. E. K., minor, as surviving Child of TIMOTHY C. KELLY, Deceased;

KEVIN P. KELLY, as surviving Child of TIMOTHY C. KELLY, Deceased;

MARY K. KELLY, as surviving Child of TIMOTHY C. KELLY, Deceased;

SUSAN KELLY, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH A. KELLY, Deceased;
CHRISTOPHER KELLY, as surviving Child of JOSEPH A. KELLY, Deceased;
THOMAS KELLY, as surviving Child of JOSEPH A. KELLY, Deceased;
CAROLINE KELLY, as surviving Child of JOSEPH A. KELLY, Deceased;
SUSAN KELLY on behalf of C. K., minor, surviving Child of JOSEPH A. KELLY, Deceased;
SUSAN KELLY on behalf of T. K., minor, surviving Child of JOSEPH A. KELLY, Deceased;

MAUREEN KENNEDY, Individually, as surviving Spouse, and Personal Representative of the Estate of ROBERT C. KENNEDY, Deceased;

LEIGH KENNEDY*, Individually, as surviving Child, and Personal Representative of the Estate of YVONNE E. KENNEDY*, Deceased;
SIMON KENNEDY*, as surviving Child of YVONNE E. KENNEDY*, Deceased;

ELLA KHALIF, Individually, as surviving Spouse, and Personal Representative of the Estate of BORIS KHALIF, Deceased;
STEVEN KHALIF, as surviving Child of BORIS KHALIF, Deceased;

PAUL KIM, Individually, as surviving Parent, and Personal Representative of the Estate of ANDREW KIM, Deceased;
HWA OCK LEE KIM, as surviving Parent of ANDREW KIM, Deceased;
WILLIAM JAY HO KIM, as surviving Sibling of ANDREW KIM, Deceased;

THERESA KING, Individually, as surviving Spouse, and Personal Representative of the Estate of ROBERT KING, Deceased;
THOMAS C. KING, as surviving Child of ROBERT KING, Deceased;

47

ELIZABETH A. KING, as surviving Child of ROBERT
KING, Deceased;
THERESA KING on behalf of S. J. K., minor, surviving
Child of ROBERT KING, Deceased;

VERONICA KLARES, Individually, as surviving
Spouse, and Personal Representative of the Estate of
RICHARD J. KLARES, Deceased;
RICHARD J. KLARES, JR., as surviving Child of
RICHARD J. KLARES, Deceased;
SCOTT KLARES, as surviving Child of RICHARD J.
KLARES, Deceased;
DOUGLAS KLARES, as surviving Child of RICHARD
J. KLARES, Deceased;

DONNA KLITZMAN and KAREN KLITZMAN,
Individually, as surviving Siblings, and Co-Personal
Representatives of the Estate of KAREN KLITZMAN,
Deceased;

IRINA DUBENSKAYA, Individually, as surviving
Spouse, and Personal Representative of the Estate of
EUGUENI KNIAZEV, Deceased;

MARION KNOX, Individually, as surviving Spouse, and
Personal Representative of the Estate of ANDREW
KNOX, Deceased;

ARSEN KOLPAKOV, Individually, as surviving Child,
and Personal Representative of the Estate of IRINA
KOLPAKOVA, Deceased;

YUN YU ZHENG, Individually, as surviving Spouse, and
Personal Representative of the Estate of RAYMOND KUI
FAI KWOK, Deceased;

MARIE HUNCHAK, Individually, as surviving Sibling,
and Personal Representative of the Estate of ANDREW
LA CORTE, Deceased;
PETER LA CORTE, as surviving Sibling of ANDREW
LA CORTE, Deceased;
JOANNE FLETCHER, as surviving Sibling of ANDREW
LA CORTE, Deceased;

SHERI ANNE LADLEY-CALAMUSA, Individually, as surviving Spouse, and Personal Representative of the Estate of JAMES P. LADLEY, Deceased;

ELIZABETH LADLEY, as surviving Child of JAMES P. LADLEY, Deceased;

JAMES LADLEY, as surviving Child of JAMES P. LADLEY, Deceased;

FRANCES A. LAFORTE, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL P. LAFORTE, Deceased;

ANDREA LAFORTE, as surviving Child of MICHAEL P. LAFORTE, Deceased;

RAYMOND M. LAFORTE, as surviving Child of MICHAEL P. LAFORTE, Deceased;

FRANCES A. LAFORTE on behalf of MICHAEL LAFORTE, as surviving Child of MICHAEL P. LAFORTE, Deceased;

EDLENE C. LAFRANCE, Individually, as surviving Spouse, and Personal Representative of the Estate of ALAN LAFRANCE, Deceased;

COLETTE M. LAFUENTE, Individually, as surviving Spouse, and Personal Representative of the Estate of JUAN LAFUENTE, Deceased;

CHRISTINE LAFUENTE, as surviving Child of JUAN LAFUENTE, Deceased;

CATHERINE LAFUENTE, as surviving Child of JUAN LAFUENTE, Deceased;

ROSE MARIA KAZI, as surviving Sibling of JUAN LAFUENTE, Deceased;

MIRIAM LAFUENTE, as Personal Representative of the Estate of JORGE M. LAFUENT, Deceased, surviving Sibling of, JUAN LAFUENTE, Deceased;

CAROL LAIETA, Individually, as surviving Spouse, and Personal Representative of the Estate of VINCENT LAIETA, Deceased;

KIMBERLY S. LAMANTIA, Individually, as surviving Spouse, and Personal Representative of the Estate of STEPHEN LAMANTIA, Deceased;

MORRIS D. LAMONSOFF, Individually, as surviving
Parent, and Personal Representative of the Estate of AMY
LAMONSOFF, Deceased;
WENDY MCENEANY, as surviving Sibling of AMY
LAMONSOFF, Deceased;
STEVEN LAMONSOFF, as surviving Sibling of AMY
LAMONSOFF, Deceased;

DAVID J. CHAZIN, Individually, as surviving Spouse,
and Personal Representative of the Estate of RUTH
LAPIN, Deceased;

HARLENE LARRY, Individually, as surviving Spouse,
and Personal Representative of the Estate of HAMIDOU
S. LARRY, Deceased;

KIM L. LASKO, Individually, as surviving Spouse, and
Personal Representative of the Estate of GARY E.
LASKO, Deceased;
DEBORAH LASKO, as surviving Sibling of GARY E.
LASKO, Deceased;
DOREEN JURCZYK, as surviving Sibling of GARY E.
LASKO, Deceased;

LAURA J. LASSMAN, Individually, as surviving Parent,
and Personal Representative of the Estate of NICHOLAS
LASSMAN, Deceased;
IRA LASSMAN, as surviving Parent of NICHOLAS
LASSMAN, Deceased;
ELLEN LASSMAN, as surviving Sibling of NICHOLAS
LASSMAN, Deceased;

ANN LEAVY, Individually, as surviving Parent, and
Personal Representative of the Estate of NEIL LEAVY,
Deceased;

ANDREA N. LEBLANC, Individually, as surviving
Spouse, and Personal Representative of the Estate of
ROBERT LEBLANC, Deceased;
JOHN LEBLANC, as surviving Child of ROBERT
LEBLANC, Deceased;
PAUL LEBLANC, as surviving Child of ROBERT
LEBLANC, Deceased;
CAROLYN LEBLANC, as surviving Child of ROBERT
LEBLANC, Deceased;

NISSA YOUNGREN, as surviving Stepchild of ROBERT LEBLANC, Deceased;

NANCY LYNN ZUCKERMAN, Individually, as surviving Spouse, and Personal Representative of the Estate of ALAN J. LEDERMAN, Deceased;
JEAN LEMBO, as surviving Sibling of ALAN J. LEDERMAN, Deceased;
NATHAN LEAFLIGHT, as surviving Sibling of ALAN J. LEDERMAN, Deceased;

KAREN LEE, Individually, as surviving Spouse, and Personal Representative of the Estate of RICHARD Y.C. LEE, Deceased;

MEI JY LEE and PHILIP LEE, Individually, as surviving Children, and Co- Personal Representatives of the Estate of YANG DER LEE, Deceased;

JIN HEE KIM, Individually, as surviving Spouse, and Personal Representative of the Estate of HYUN JOON LEE, Deceased;

MARIA LEGRO, Individually, as surviving Sibling, and Personal Representative of the Estate of ADRIANA LEGRO, Deceased;
JEANETTE LEGRO, as surviving Sibling of ADRIANA LEGRO, Deceased;
JUAN LEGRO, as surviving Sibling of ADRIANA LEGRO, Deceased;

DONALD LEISTMAN, as Co-Personal Representative of the Estate of DAVID R. LEISTMAN, Deceased;
MARYCLAIR LEISTMAN, as surviving Spouse, and Co-Personal Representative of the Estate of DAVID R. LEISTMAN, Deceased;

INGRID LENIHAN, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH A. LENIHAN, Deceased;

SUSAN LENOIR, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN ROBINSON LENOIR, Deceased;

CHRISTINE LEVEEN, Individually, as surviving Spouse, and Personal Representative of the Estate of JEFFREY E. LEVEEN, Deceased;

KATHRYN LEE LEVEEN, as surviving Child of JEFFREY E. LEVEEN, Deceased;

JEFFREY E. LEVEEN, JR., as surviving Child of JEFFREY E. LEVEEN, Deceased;

ANDREW WILLIAM LEVEEN, as surviving Child of JEFFREY E. LEVEEN, Deceased;

MARGARET L. LEVEEN, as surviving Child of JEFFREY E. LEVEEN, Deceased;

CHRISTY FERER, Individually, as surviving Spouse, and Personal Representative of the Estate of NEIL D. LEVIN, Deceased;

ROBERTA J. LEVINE, Individually, as surviving Spouse, and Personal Representative of the Estate of ROBERT M. LEVINE, Deceased;

MELVIN LEWIS and JOHN LEWIS, Individually, as surviving Children, and Co-Personal Representatives of the Estate of MARGARET LEWIS, Deceased;

HAYDEE C. LILLO, Individually, as surviving Spouse, and Personal Representative of the Estate of CARLOS LILLO, Deceased;

THOMAS E. TIGHE, Individually, as surviving Spouse, and Personal Representative of the Estate of DIANE T. LIPARI, Deceased;

ENRICA NACCARATO, Individually, as surviving Sibling, and Personal Representative of the Estate of LORRAINE LISI, Deceased;

EMILY LIZCANO, Individually, as surviving Spouse, and Personal Representative of the Estate of HAROLD LIZCANO, Deceased;

KATHLEEN KEELER LOZIER, Individually, as surviving Spouse, and Personal Representative of the Estate of GARRY W. LOZIER, Deceased;

MAUREEN KELLY, Individually, as surviving Spouse, and Personal Representative of the Estate of MARK LUDVIGSEN, Deceased;

MARIE LUKAS, Individually, as surviving Parent, and Personal Representative of the Estate of MARIE LUKAS, Deceased;

MICHELLE LUNDEN-PEGNO, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL P. LUNDEN, Deceased;
MICHELLE PEGNO on behalf of M. P., minor, surviving Child of MICHAEL P. LUNDEN, Deceased;

DENISE LYNCH, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL LYNCH, Deceased;

ANNE MACFARLANE, Individually, as surviving Parent, and Personal Representative of the Estate of MARIANNE MACFARLANE, Deceased;
GEORGE MACFARLANE, as surviving Sibling of MARIANNE MACFARLANE, Deceased;
JOSEPH MACFARLANE, as surviving Sibling of MARIANNE MACFARLANE, Deceased;

ANDREA MAFFEO, Individually, as surviving Sibling, and Personal Representative of the Estate of JENNIEANN MAFFEO, Deceased;
SAM MAFFEO, as surviving Parent of JENNIEANN MAFFEO, Deceased;
ANDREA MAFFEO, as Personal Representative of the Estate of FRANCES MAFFEO, Deceased, surviving Parent, of JENNIEANN MAFFEO;
JOSEPH MAFFEO, as surviving Sibling of JENNIEANN MAFFEO, Deceased;

PAMELA ANN MAGGITTI, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH MAGGITTI, Deceased;

SHARI MAIO, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH MAIO, Deceased;

OTELIO MALDONADO, JR., Individually, as surviving Spouse, and Personal Representative of the Estate of DEBORA MALDONADO, Deceased;
KRYSTAL MALDONADO, as surviving Child of DEBORA MALDONADO, Deceased;
CHRIS MALDONADO, as surviving Child of DEBORA MALDONADO, Deceased;

REBECCA L MARCHAND, Individually, as surviving Spouse, and Personal Representative of the Estate of ALFRED MARCHAND, Deceased;

JOHN MARTIN, Individually, as surviving Sibling, and Personal Representative of the Estate of KAREN A. MARTIN, Deceased;
SUSAN MARTIN, as surviving Sibling of KAREN A. MARTIN, Deceased;

ANNE MARIE MCCANN, Individually, as surviving Spouse, and Personal Representative of the Estate of THOMAS J. MCCANN, Deceased;

BETTYANN MARTINEAU, Individually, as surviving Spouse, and Personal Representative of the Estate of BRIAN E. MARTINEAU, Deceased;

JUAN MARTINEZ, JR., Individually, as surviving Sibling, and Personal Representative of the Estate of WALESKA MARTINEZ, Deceased;
JUAN MARTINEZ, SR., as surviving Parent of WALESKA MARTINEZ, Deceased;

LORI MASCALI, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH MASCALI, Deceased;
JENNIFER MASCALI, as surviving Child of JOSEPH MASCALI, Deceased;
CHRISTOPHER MASCALI, as surviving Child of JOSEPH MASCALI, Deceased;
KATELYN MASCALI, as surviving Child of JOSEPH MASCALI, Deceased;

RAYNETTE MASCARENHAS*, Individually, as surviving Spouse, and Personal Representative of the Estate of BERNARD MASCARENHAS*, Deceased;

DOROTHY MAURO-JASTREMSKI, Individually, as surviving Spouse, and Personal Representative of the Estate of CHARLES A. MAURO, Deceased;

PEARL MAYNARD, Individually, as surviving Parent, and Personal Representative of the Estate of KEITHROY MAYNARD, Deceased;

MERYL MAYO, Individually, as surviving Spouse, and Personal Representative of the Estate of ROBERT MAYO, Deceased;
CORBIN MAYO, as surviving Child of ROBERT MAYO, Deceased;

JEANNE MCALARY, Individually, as surviving Spouse, and Personal Representative of the Estate of JAMES MCALARY, Deceased;
JILLIAN MCALARY, as surviving Child of JAMES MCALARY, Deceased;
JAMES MCALARY, as surviving Child of JAMES MCALARY, Deceased;
JOSEPH MCALARY, as surviving Child of JAMES MCALARY, Deceased;
ANN MCALARY, as surviving Parent of JAMES MCALARY, Deceased;
KAREN HIGDON, as surviving Sibling of JAMES MCALARY, Deceased;
BRYAN MCALARY, as surviving Sibling of JAMES MCALARY, Deceased;
JOANNE SULLIVAN, as surviving Sibling of JAMES MCALARY, Deceased;
JOHN MCALARY, as surviving Sibling of JAMES MCALARY, Deceased;

ANN MCCARTHY, Individually, as surviving Spouse, and Personal Representative of the Estate of ROBERT G. MCCARTHY, Deceased;
ANN MCCARTHY on behalf of S. M., minor, surviving Child of ROBERT G. MCCARTHY, Deceased;

WILLIAM MCCARTHY, Individually, as surviving Parent, and Personal Representative of the Estate of MICHAEL MCCARTHY, Deceased;
MARGARET MARY MCCARTHY, as surviving Parent of MICHAEL MCCARTHY, Deceased;

WILLIAM JAMES MCCARTHY, as surviving Sibling of
MICHAEL MCCARTHY, Deceased;

BETTY ANN MCCARTHY, Individually, as surviving
Parent, and Personal Representative of the Estate of
JUSTIN MCCARTHY, Deceased;
DENNIS MCCARTHY, as surviving Parent of JUSTIN
MCCARTHY, Deceased;

MICHELLE MCCRANN, Individually, as surviving
Spouse, and Personal Representative of the Estate of
CHARLES A. MCCRANN, Deceased;

SUSAN MCDERMOTT, Individually, as surviving
Spouse, and Personal Representative of the Estate of
MATTHEW T. MCDERMOTT, Deceased;

PATRICIA H. MCDOWELL, Individually, as surviving
Parent, and Personal Representative of the Estate of JOHN
F. MCDOWELL, JR., Deceased;

MARY BETH MCERLEAN, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JOHN T. MCERLEAN, JR., Deceased;

MARGARET MCGINLEY, Individually, as surviving
Spouse, and Personal Representative of the Estate of
DANIEL F. MCGINLEY, Deceased;
TERENCE MCGINLEY, as surviving Child of DANIEL
F. MCGINLEY, Deceased;
MADELINE MCGINLEY, as surviving Child of
DANIEL F. MCGINLEY, Deceased;
PETER MCGINLEY, as surviving Child of DANIEL F.
MCGINLEY, Deceased;
ANNE MCGINLEY, as surviving Child of DANIEL F.
MCGINLEY, Deceased;
MARGARET MCGINLEY on behalf of P. M., minor,
surviving Child of DANIEL F. MCGINLEY, Deceased;
CONSTANCE MCGINLEY, as surviving Parent of
DANIEL F. MCGINLEY, Deceased;
DENNIS P. MCGINLEY, as surviving Sibling of
DANIEL F. MCGINLEY, Deceased;
MICHAEL A. MCGINLEY, as surviving Sibling of
DANIEL F. MCGINLEY, Deceased;
THOMAS M. MCGINLEY, as surviving Sibling of
DANIEL F. MCGINLEY, Deceased;

MARTIN MCGINLEY, as surviving Sibling of DANIEL F. MCGINLEY, Deceased;

ILIANA MCGINNIS-GUIBERT, Individually, as surviving Spouse, and Personal Representative of the Estate of THOMAS H. MCGINNIS, Deceased;
PATRICIA MCGINNIS-DALY, as surviving Parent of THOMAS H. MCGINNIS, Deceased;
JAMES MCGINNIS, as surviving Sibling of THOMAS H. MCGINNIS, Deceased;

CYNTHIA MCGINTY, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL MCGINTY, Deceased;

JILL MCGOVERN, Individually, as surviving Spouse, and Personal Representative of the Estate of SCOTT M. MCGOVERN, Deceased;
ALANA MCGOVERN, as surviving Child of SCOTT M. MCGOVERN, Deceased;
JILL MCGOVERN on behalf of N. M., minor, surviving Child of SCOTT M. MCGOVERN, Deceased;
TARA BAYER, as surviving Sibling of SCOTT M. MCGOVERN, Deceased;
ELIZABETH SCOTT, as surviving Sibling of SCOTT M. MCGOVERN, Deceased;
ELIZABETH SCOTT, as surviving Sibling of SCOTT M. MCGOVERN, Deceased;

THERESA MCGOVERN, Individually, as surviving Child, and Personal Representative of the Estate of ANN W. MCGOVERN, Deceased;
ELIZABETH MCGOVERN, as surviving Child of ANN W. MCGOVERN, Deceased;
LAWRENCE MCGOVERN, as surviving Child of ANN W. MCGOVERN, Deceased;

MARY MCGOVERN, Individually, as surviving Spouse, and Personal Representative of the Estate of WILLIAM J. MCGOVERN, Deceased;

VIRGINIA MCKEON, Individually, as surviving Spouse, and Personal Representative of the Estate of BARRY MCKEON, Deceased;

RUBINA COX-HOLLOWAY*, Individually, as surviving Parent, and Personal Representative of the Estate of DARRYL L. MCKINNEY, Deceased;
DARRYL S. MCKINNEY, as surviving Parent of DARRYL L. MCKINNEY, Deceased;
DALLAS MCKINNEY, as surviving Sibling of DARRYL L. MCKINNEY, Deceased;
KATINA BLANDING CARROLL, as surviving Sibling of DARRYL L. MCKINNEY, Deceased;

GEORGE MCLAUGHLIN, SR., Individually, as surviving Parent, and Personal Representative of the Estate of GEORGE P. MCLAUGHLIN, JR., Deceased;

DEBRA MCSWEENEY, Individually, as surviving Spouse, and Personal Representative of the Estate of TIMOTHY MCSWEENEY, Deceased;

JOANN MEEHAN, Individually, as surviving Spouse, and Personal Representative of the Estate of DAMIAN MEEHAN, Deceased;
JOANN MEEHAN on behalf of D. M., JR., minor, surviving Child of DAMIAN MEEHAN, Deceased;
JOANN MEEHAN on behalf of M. M., minor, surviving Child of DAMIAN MEEHAN, Deceased;

JOVIANA MERCADO, Individually, as surviving Spouse, and Personal Representative of the Estate of STEVE MERCADO, Deceased;

OLGA MERINO, Individually, as surviving Spouse, and Personal Representative of the Estate of GEORGE L. MERINO, Deceased;
TANIA MERINO, as surviving Child of GEORGE L. MERINO, Deceased;

KOULA MERKOURIS, Individually, as surviving Spouse, and Personal Representative of the Estate of GEORGE MERKOURIS, Deceased;

ANNE MCNEIL, Individually, as surviving Spouse, and Personal Representative of the Estate of MARTIN MICHELSTEIN, Deceased;

FREDERYK J. MILEWSKI and ANNA MILEWSKA, Individually, as surviving Parents, and Personal

Representatives of the Estate of LUKASZ MILEWSKI, Deceased;

KAMILA P. MILEWSKA-PODEJMA, as surviving Child of LUKASZ MILEWSKI, Deceased;

RICHARD VILLA, Individually, as surviving Sibling, and Personal Representative of the Estate of SHARON CHRISTINA MILLAN, Deceased;

MAURICIO MILLAN, as surviving Parent of SHARON CHRISTINA MILLAN, Deceased;

CHRISTINA MILLAN, as surviving Parent of SHARON CHRISTINA MILLAN, Deceased;

PATRICIA MARZOCCHI, as surviving Sibling of SHARON CHRISTINA MILLAN, Deceased;

CARLOS VILLA, as surviving Sibling of SHARON CHRISTINA MILLAN, Deceased;

FAITH MILLER, Individually, as surviving Spouse, and Personal Representative of the Estate of ROBERT ALAN MILLER, Deceased;

DINA MILLER, as surviving Child of ROBERT ALAN MILLER, Deceased;

MELANIE PAVELIS, as surviving Child of ROBERT ALAN MILLER, Deceased;

EDWARD MILLER, as surviving Sibling of ROBERT ALAN MILLER, Deceased;

MARY LOU MILLER, as Personal Representative of the Estate of STEVEN MILLER, Deceased, surviving Sibling of ROBERT ALAN MILLER, Deceased;

DIANE MILLER, Individually, as surviving Spouse, and Personal Representative of the Estate of HENRY A. MILLER, JR. Deceased;

MARJORIE MILLER, Individually, as surviving Spouse, and Personal Representative of the Estate of JOEL MILLER, Deceased;

RICHARD A. PITINO, as Personal Representative of the Estate of WILLIAM G. MINARDI, Deceased;

BARBARA MINERVINO, Individually, as surviving Spouse, and Personal Representative of the Estate of LOUIS J. MINERVINO, Deceased;

LAINA MINERVINO, as surviving Child of LOUIS J. MINERVINO, Deceased;

MARISA MINERVINO, as surviving Child of LOUIS J. MINERVINO, Deceased;

JOANNE MODAFFERI, Individually, as surviving Spouse, and Personal Representative of the Estate of LOUIS J. MODAFFERI, Deceased;
CHRISTINE BAIONE, as surviving Child of LOUIS J. MODAFFERI, Deceased;
MICHAEL MODAFFERI, as surviving Child of LOUIS J. MODAFFERI, Deceased;
JOSEPH MODAFFERI, as surviving Child of LOUIS J. MODAFFERI, Deceased;

ANNA MOJICA, Individually, as surviving Spouse, and Personal Representative of the Estate of MANUEL MOJICA, JR., Deceased;

DIANE MONAHAN, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN G. MONAHAN, Deceased;

SARADHA MOORTHY, Individually, as surviving Spouse, and Personal Representative of the Estate of KRISHNA MOORTHY, Deceased;

ROBERTA MORELL, Individually, as surviving Spouse, and Personal Representative of the Estate of GEORGE W. MORELL, Deceased;
NANCY J. MORELL, as surviving Child of GEORGE W. MORELL, Deceased;
KELSEY JANE MORELL, as surviving Child of GEORGE W. MORELL, Deceased;
MARY JANE HAGGERTY, as surviving Sibling of GEORGE W. MORELL, Deceased;
PATRICIA MORELL, as Personal Representative of the Estate of GASPAR JOHN MORELL, JR., Deceased, surviving Sibling of GEORGE W. MORELL, Deceased;

SURI MORGENSTERN, Individually, as surviving Parent, and Personal Representative of the Estate of NANCY MORGENSTERN, Deceased;

NANCY MORONEY, Individually, as surviving Spouse, and Personal Representative of the Estate of DENNIS MORONEY, Deceased;