LORRAINE MOSKAL, Individually, as surviving Spouse, and Personal Representative of the Estate of WILLIAM MOSKAL, Deceased;

EMILY VELEZ MOTRONI, Individually, as surviving Spouse, and Personal Representative of the Estate of MARCO MOTRONI, Deceased;
CHRIS MOTRONI, as surviving Child of MARCO MOTRONI, Deceased;

CATHY LYNN BIRCH, Individually, as surviving Sibling, and Personal Representative of the Estate of MARC A. MUROLO, Deceased;
ANN MUROLO, as surviving Parent of MARC A. MUROLO, Deceased;
DOMINICK MUROLO, as surviving Parent of MARC A. MUROLO, Deceased;
ANGELO MUROLO, as surviving Sibling of MARC A. MUROLO, Deceased;

ELVIRA P. MURPHY, Individually, as surviving Spouse, and Personal Representative of the Estate of PATRICK SEAN MURPHY, Deceased;
SEAN TIMOTHY MURPHY, as surviving Child of PATRICK SEAN MURPHY, Deceased;
MARGARET JANE MURPHY, as surviving Child of PATRICK SEAN MURPHY, Deceased;
DOLORES BARBARA MURPHY, as surviving Parent of PATRICK SEAN MURPHY, Deceased;
THOMAS JOSEPH MURPHY, as surviving Parent of PATRICK SEAN MURPHY, Deceased;
LORI-JEAN MURPHY, as surviving Sibling of PATRICK SEAN MURPHY, Deceased;

JUDITH BRAM MURPHY, Individually, as surviving Spouse, and Personal Representative of the Estate of BRIAN J. MURPHY, Deceased;

ELIZABETH MURPHY, Individually, as surviving Parent, and Personal Representative of the Estate of CHARLES A. MURPHY, Deceased;

GAIL S. MYHRE CLARK, Individually, as surviving Spouse, and Personal Representative of the Estate of RICHARD T. MYHRE, Deceased;

RICHARD B. NAIMAN, Individually, as surviving
Child, and Personal Representative of the Estate of
MILDRED R. NAIMAN, Deceased;
RUSSELL NAIMAN, as surviving Child of MILDRED
R. NAIMAN, Deceased;
SCOTT DARREN NAIMAN as Personal Representative
of the Estate of WILLIAM NAIMAN, surviving Child of
MILDRED R. NAIMAN, Deceased;

EDWARD NAVARRO, Individually, as surviving Parent,
and Personal Representative of the Estate of KAREN S.
NAVARRO, Deceased;
ELIZABETH NAVARRO, as surviving Parent of
KAREN S. NAVARRO, Deceased;

WILLIAM NELSON, Individually, as surviving Spouse,
and Personal Representative of the Estate of THERESA
GINGER RISCO NELSON, Deceased;
MARY CAGGIANO MALFI, as surviving Parent of
THERESA NELSON-RISCO, Deceased;
JOHN CAGGIANO, as surviving Sibling of THERESA
NELSON-RISCO, Deceased;
JOSEPH CAGGIANO, as surviving Sibling of THERESA
NELSON-RISCO, Deceased;
RICHARD CAGGIANO, as surviving Sibling of
THERESA NELSON-RISCO, Deceased;

EVELYN TEPEDINO, Individually, as surviving Parent,
and Personal Representative of the Estate of JODY
TEPEDINO NICHILO, Deceased;

GEORGE NICOSIA, Individually, as surviving Spouse,
and Personal Representative of the Estate of KATHLEEN
A. NICOSIA, Deceased;
MARIANNE DELUCA, as surviving Child of
KATHLEEN A. NICOSIA, Deceased;
PHYLLIS HAWK, as surviving Parent of KATHLEEN A.
NICOSIA, Deceased;
JAMES HAWK, as surviving Sibling of KATHLEEN A.
NICOSIA, Deceased;
KIMBERLY MEYER, as surviving Sibling of
KATHLEEN A. NICOSIA, Deceased;
LARRY HAWK, as surviving Sibling of KATHLEEN A.
NICOSIA, Deceased;

MERRILLY E. NOETH, Individually, as surviving Parent, and Personal Representative of the Estate of MICHAEL A. NOETH, Deceased;

AVRAHAM NOETH, as surviving Parent of MICHAEL A. NOETH, Deceased;

DANA MCGOWAN NOONAN, Individually, as surviving Spouse, and Personal Representative of the Estate of ROBERT W. NOONAN, Deceased;

CHARLES NOONAN, as surviving Child of ROBERT W. NOONAN, Deceased;

ANNE C. NOONAN, as surviving Parent of ROBERT W. NOONAN, Deceased;

WALTER P. NOONAN, as surviving Parent of ROBERT W. NOONAN, Deceased;

ASHLEY NOONAN, as surviving Sibling of ROBERT W. NOONAN, Deceased;

ANNE WELLINGTON NOONAN ROBERTSON, as surviving Sibling of ROBERT W. NOONAN, Deceased;

KELLY NOONAN, as surviving Sibling of ROBERT W. NOONAN, Deceased;

JEFFREY LOVIT, ESQ., as Personal Representative of the Estate of JACQUELINE NORTON, Deceased;

JASON SEYMOUR, as surviving Child of JACQUELINE NORTON, Deceased;

JOHN SEYMOUR, as surviving Child of JACQUELINE NORTON, Deceased;

JAMES SEYMOUR, as surviving Child of JACQUELINE NORTON, Deceased;

JEFFREY LOVIT, ESQ., Individually, as Personal Representative of the Estate of ROBERT G. NORTON, Deceased;

WILLIAM B. NOVOTNY and MICHAEL C. NOVOTNY, Individually, as surviving Siblings, and Co-Personal Representatives of the Estate of BRIAN C. NOVOTNY, Deceased;

MARY C. NOVOTNY, as surviving Parent of BRIAN C. NOVOTNY, Deceased;

MARY C. NOVOTNY, as Personal Representative of the Estate of WILLIAM J. NOVOTNY, Deceased, surviving Parent of BRIAN C. NOVOTNY, Deceased;

DANIEL NOVOTNY, as surviving Sibling of BRIAN C. NOVOTNY, Deceased;

MICHAEL C. NOVOTNY and WILLIAM B. NOVOTNY, as Co-Personal Representatives of the Estate of JOHN B. NOVOTNY, Deceased, surviving Sibling of BRIAN C. NOVOTNY, Deceased;

ROBERT NOVOTNY, as surviving Sibling of BRIAN C. NOVOTNY, Deceased;

KEVIN NOVOTNY, as surviving Sibling of BRIAN C. NOVOTNY, Deceased;

JEANNE LAWLER, as surviving Sibling of BRIAN C. NOVOTNY, Deceased;

ARLINE NUSSBAUM, Individually, as surviving Spouse, and Personal Representative of the Estate of JEFFREY NUSSBAUM, Deceased;

CRAIG NUSSBAUM, as surviving Child of JEFFREY NUSSBAUM, Deceased;

MELISA BRUNSCHWIG, as surviving Child of JEFFREY NUSSBAUM, Deceased;

LISANNE MACKENZIE, Individually, as surviving Spouse, and Personal Representative of the Estate of JAMES P. O'BRIEN, JR., Deceased;

KELLY HAYES, Individually, as surviving Spouse, and Personal Representative of the Estate of SCOTT J. O'BRIEN, Deceased;

WILLIAM O'CONNOR, Individually, as surviving Spouse, and Personal Representative of the Estate of DIANA J. O'CONNOR, Deceased;

LYNNE O'CONNOR, Individually, as surviving Spouse, and Personal Representative of the Estate of RICHARD J. O'CONNOR, Deceased;

ERIN O'CONNOR, as surviving Child of RICHARD J. O'CONNOR, Deceased;

LAUREN O'CONNOR, as surviving Child of RICHARD J. O'CONNOR, Deceased;

MATTHEW O'CONNOR, as surviving Child of RICHARD J. O'CONNOR, Deceased;

WILLIAM O'CONNOR, as surviving Sibling of RICHARD J. O'CONNOR, Deceased;

DENNIS O'CONNOR, SR., Individually, as surviving Parent, and Personal Representative of the Estate of DENNIS J. O'CONNOR, JR., Deceased;

GERALDINE DAVIE, Individually, as surviving Parent, and Personal Representative of the Estate of AMY O'DOHERTY, Deceased;
MAURA O'DOHERTY LEE, as surviving Sibling of AMY O'DOHERTY, Deceased;

JAMES WALLACE O'GRADY, Individually, as surviving Parent, and Personal Representative of the Estate of JAMES A. O'GRADY, Deceased;
SARA O'GRADY, as surviving Parent of JAMES A. O'GRADY, Deceased;
KRISTIN O'GRADY EVANS, as surviving Sibling of JAMES A. O'GRADY, Deceased;

ANDREA O'HAGAN, Individually, as surviving Spouse, and Personal Representative of the Estate of THOMAS G. O'HAGAN, Deceased;
ANDREA O'HAGAN on behalf of P. O., minor surviving Child of THOMAS G. O'HAGAN, Deceased;
ANDREA O'HAGAN on behalf of P. O., minor, surviving Child of THOMAS G. O'HAGAN, Deceased;

MARY JEAN MCCARTHY O'LEARY, Individually, as surviving Spouse, and Personal Representative of the Estate of GERALD THOMAS O'LEARY, Deceased;
MARY JEAN MCCARTHY O'LEARY on behalf of M. P. O., minor, surviving Child of GERALD THOMAS O'LEARY, Deceased;

ANTHONY OLIVA, Individually, as surviving Sibling, and Personal Representative of the Estate of LINDA OLIVA, Deceased;
ANTHONY OLIVA, as Personal Representative of the Estate of ELIZABETH OLIVA, Deceased, surviving Parent of LINDA OLIVA, Deceased;
FRANK OLIVA, as surviving Sibling of LINDA OLIVA, Deceased;

SHERYL JANE OLIVER, Individually, as surviving Spouse, and Personal Representative of the Estate of EDWARD K. OLIVER, Deceased;
SHERYL JANE OLIVER on behalf of E. O., minor, surviving Child of EDWARD K. OLIVER, Deceased;
SHERYL JANE OLIVER on behalf of E. O., minor, surviving Child of EDWARD K. OLIVER, Deceased;

BARBARA OLIVER, as surviving Parent of EDWARD
K. OLIVER, Deceased;
DONALD OLIVER, as surviving Parent of EDWARD K.
OLIVER, Deceased;
DONALD OLIVER, as surviving Sibling of EDWARD
K. OLIVER, Deceased;
BARBARA SMITH, as surviving Sibling of EDWARD
K. OLIVER, Deceased;
JAMES OLIVER, as surviving Sibling of EDWARD K.
OLIVER, Deceased;

ELIZABETH REGO, Individually, as surviving Parent,
and Personal Representative of the Estate of LEAH E.
OLIVER, Deceased;
WALTER P. OLIVER, as surviving Parent of LEAH E.
OLIVER, Deceased;
DALE J. OLIVER, as surviving Sibling of LEAH E.
OLIVER, Deceased;
DANIEL OLIVER, as surviving Sibling of LEAH E.
OLIVER, Deceased;

JOHN ERIC OLSON, Individually, as surviving Spouse,
and Personal Representative of the Estate of MAUREEN
L. OLSON, Deceased;
CHRISTOPHER AKE OLSON, as surviving Child of
MAUREEN L. OLSON, Deceased;

LAUREN MURPHY LEWIS, Individually, as surviving
Spouse, and Personal Representative of the Estate of
MATTHEW T. O'MAHONY, Deceased;

HOLLY O'NEILL, Individually, as surviving Spouse, and
Personal Representative of the Estate of SEAN G. C.
O'NEILL, Deceased;

HARRY ONG, JR., Individually, as surviving Sibling,
and Personal Representative of the Estate of BETTY ANN
ONG, Deceased;
CATHERINE ONG, as surviving Sibling of BETTY
ANN ONG, Deceased;
GLORIA ONG, as surviving Sibling of BETTY ANN
ONG, Deceased;
YEE GUM OY, as surviving Parent of BETTY ANN
ONG, Deceased;

HARRY ONG, JR., as Personal Representative of the Estate of HARRY ONG, SR., Deceased, as surviving Parent of BETTY ANN ONG, Deceased;

DEBORAH OPPERMAN, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL OPPERMAN, Deceased;
ELIZABETH CAGGIANO, as surviving Child of MICHAEL OPPERMAN, Deceased;
MICHAEL OPPERMAN, JR., as surviving Child of MICHAEL OPPERMAN, Deceased;

STANLEY WEINSTEIN, Individually, as surviving Parent, and Personal Representative of the Estate of LISA CAREN ORFI-EHRLICH, Deceased;

SHEILA ORNEDO, Individually, as surviving Spouse, and Personal Representative of the Estate of RUBEN ORNEDO, Deceased;
SHEILA ORNEDO on behalf of R. G. O., minor, surviving Child of RUBEN ORNEDO, Deceased;
MARIO ORNEDO, as surviving Sibling of RUBEN ORNEDO, Deceased;
EDUARDO ORNEDO, as surviving Sibling of RUBEN ORNEDO, Deceased;

ALFREDO F. ORTIZ, Individually, as surviving Parent, and Personal Representative of the Estate of ALEXANDER ORTIZ, Deceased;

BARBARA LYNCH, Individually, as surviving Spouse, and Personal Representative of the Estate of ROBERT W. O'SHEA, Deceased;

FELICIANA UMANZOR, Individually, as surviving Parent, and Personal Representative of the Estate of ELSY C. OSORIO, Deceased;
KATHERINE UMANZOR, as surviving Sibling of ELSY C. OSORIO, Deceased;

JOANNA OSTROWSKI, Individually, as surviving Spouse, and Personal Representative of the Estate of JAMES OSTROWSKI, Deceased;

KENNETH OSWALD, Individually, as surviving Parent, and Personal Representative of the Estate of JASON OSWALD, Deceased;
JENNIFER OSWALD-CHEN, as surviving Sibling of JASON OSWALD, Deceased;

SUSAN OU, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL C. OU, Deceased;
JOY OU, as surviving Child of MICHAEL C. OU, Deceased;

KATHLEEN OWENS, Individually, as surviving Spouse, and Personal Representative of the Estate of PETER OWENS, JR., Deceased;
JOSEPH OWENS, as surviving Child of PETER OWENS, JR., Deceased;
THOMAS OWENS, as surviving Child of PETER OWENS, JR., Deceased;
MARYELLEN OWENS, as surviving Child of PETER OWENS, JR., Deceased;

YVETTE PABON, Individually, as surviving Spouse, and Personal Representative of the Estate of ANGEL PABON, Deceased;
VANESSA E. PABON, as surviving Child of ANGEL M. PABON, JR., Deceased;
ANGEL M. PABON, II, as surviving Child of ANGEL M. PABON, JR., Deceased;

SAMPATH PAKKALA, Individually, as surviving Spouse, and Personal Representative of the Estate of DEEPA PAKKALA, Deceased;

LISA PALAZZO, Individually, as surviving Spouse, and Personal Representative of the Estate of JEFFREY M. PALAZZO, Deceased;
LISA PALAZZO on behalf of S. P., minor, surviving Child of JEFFREY M. PALAZZO, Deceased;
NICOLE PALAZZO, as surviving Child of JEFFREY M. PALAZZO, Deceased;

LISA PALAZZO, Individually, as surviving Spouse, and Personal Representative of the Estate of THOMAS A. PALAZZO, Deceased;

KRISTEN PALAZZO LIBBY, as surviving Child of THOMAS A. PALAZZO, Deceased;
KAITLIN ELIZABETH PALAZZO, as surviving Child of THOMAS A. PALAZZO, Deceased;

DONNA PAOLILLO, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN PAOLILLO, Deceased;
ELLA PAOLILLO, as surviving Child of JOHN PAOLILLO, Deceased;
JAKE PAOLILLO, as surviving Child of JOHN PAOLILLO, Deceased;

LINDA PASCUMA, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL J. PASCUMA, JR., Deceased;

SEAN PASSANANTI, Individually, as surviving Child, and Personal Representative of the Estate of HORACE PASSANANTI, Deceased;
MICHAEL PASSANANTI, as surviving Child of HORACE PASSANANTI, Deceased;

IRENE DURBIN, Individually, as surviving Sibling, and Personal Representative of the Estate of SUZANNE H. PASSARO, Deceased;
IRENE DURBIN, as Personal Representative of the Estate of HELENE S. PASSARO, Deceased, surviving Parent of SUZANNE H. PASSARO, Deceased;
IRENE DURBIN, as Personal Representative of the Estate of ANTHONY F. PASSARO, Deceased, surviving Parent of SUZANNE H. PASSARO, Deceased;

KANTILAL PATEL, Individually, as surviving Parent, and Personal Representative of the Estate of MANISH PATEL, Deceased;

BLANCA GUTIERREZ DE PAZ, Individually, as surviving Parent, and Personal Representative of the Estate of VICTOR HUGO PAZ-GUTIERREZ, Deceased;

BOBBIE PEAK, Individually, as surviving Parent, and Personal Representative of the Estate of STACEY PEAK, Deceased;

NINA BARNES, as Personal Representative of the Estate of DURRELL PEARSALL, JR., Deceased;

SOPHIE PELLETIER-MARTINELLI, Individually, as surviving Spouse, and Personal Representative of the Estate of MIKE PELLETIER, Deceased;

CARMEN RODRIGUEZ, Individually, as surviving, and Personal Representative of the Estate of ANGEL PEREZ, Deceased;

MARY GOLA PEREZ, Individually, as surviving Spouse, and Personal Representative of the Estate of ANTHONY PEREZ, Deceased;
ANTHONY PEREZ, as surviving Child of ANTHONY PEREZ, Deceased;
ALEXIS PEREZ, as surviving Child of ANTHONY PEREZ, Deceased;

PATRICIA PERRONCINO, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH PERRONCINO, Deceased;

JOSEPHINE PERROTTA, Individually, as surviving Spouse, and Personal Representative of the Estate of EDWARD PERROTTA, Deceased;

FRANK K. PEZZUTI, Individually, as surviving Parent, and Personal Representative of the Estate of KALEEN E. PEZZUTI, Deceased;
KATHLEEN PEZZUTI, as surviving Parent of KALEEN E. PEZZUTI, Deceased;
MEGAN PEZZUTI-PELINO, as surviving Sibling of KALEEN E. PEZZUTI, Deceased;
FRANK J. PEZZUTI, as surviving Sibling of KALEEN E. PEZZUTI, Deceased;

HELEN PFEIFER and WILLIAM PFEIFER,, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of KEVIN PFEIFER, Deceased;

LINDA PICKFORD, Individually, as surviving Parent, and Personal Representative of the Estate of CHRISTOPHER PICKFORD, Deceased;

DANIEL POLATSCH, Individually, as surviving Sibling, and Personal Representative of the Estate of LAURENCE POLATSCH, Deceased;
LINDA BODIAN, as surviving Parent of LAURENCE POLATSCH, Deceased;
BERNARD POLATSCH, as surviving Parent of LAURENCE POLATSCH, Deceased;

JEAN OSLYN POWELL, Individually, as surviving Spouse, and Personal Representative of the Estate of SHAWN E. POWELL, Deceased;

KAREN PRINCIOTTA, Individually, as surviving Spouse, and Personal Representative of the Estate of VINCENT PRINCIOTTA, Deceased;
KAREN PRINCIOTTA, on behalf of C. M. P., minor, surviving Child of VINCENT PRINCIOTTA, Deceased;
BERNADETTE TERESA PRINCIOTTA, as surviving Sibling of VINCENT PRINCIOTTA, Deceased;

SUSAN PRUNTY, Individually, as surviving Spouse, and Personal Representative of the Estate of RICHARD PRUNTY, Deceased;

MICHAEL PUCKETT, Individually, as surviving Child, and Personal Representative of the Estate of JOHN F. PUCKETT, Deceased;

DOMINIC J. PUOPOLO, SR., Individually, as surviving Spouse, and Personal Representative of the Estate of SONIA M. PUOPOLO, Deceased;

PATRICIA QUIGLEY, Individually, as surviving Spouse, and Personal Representative of the Estate of PATRICK J. QUIGLEY, Deceased;
RACHEL QUIGLEY, as surviving Child of PATRICK J. QUIGLEY, Deceased;
PATRICIA QUIGLEY on behalf of L. Q., minor, surviving Child of PATRICK J. QUIGLEY, Deceased;

FRANCINE RAGGIO, Individually, as surviving Spouse, and Personal Representative of the Estate of EUGENE J. RAGGIO, Deceased;
MELISSA RAGGIO-GRANATO, as surviving Child of EUGENE J. RAGGIO, Deceased;

MICHAEL RAMBOUSEK, Individually, as surviving Parent, and Personal Representative of the Estate of LUKAS RAMBOUSEK, Deceased;
JINDRA RAMBOUSEK, as surviving Parent of LUKAS RAMBOUSEK, Deceased;

DEBORAH RANCKE BASHAM, Individually, as surviving Spouse, and Personal Representative of the Estate of ALFRED TODD RANCKE, Deceased;

MARY ANN RAND, Individually, as surviving Parent, and Personal Representative of the Estate of ADAM D. RAND, Deceased;
MARY ANN RAND, as Personal Representative of the Estate of JAMES RAND, Deceased, surviving Parent of ADAM D. RAND, Deceased;
LISA MEYER, as surviving Sibling of ADAM D. RAND, Deceased;

SADIQ RASOOL, Individually, as surviving Spouse, and Personal Representative of the Estate of AMENIA RASOOL, Deceased;
FARHAAD N. RASOOL, as surviving Child of AMENIA RASOOL, Deceased;
ANEESA RASOOL, as surviving Child of AMENIA RASOOL, Deceased;
ASEEFA RASOOL, as surviving Child of AMENIA RASOOL, Deceased;
SAEED N. RASOOL, as surviving Child of AMENIA RASOOL, Deceased;

SUSAN RASWEILER BAUER, Individually, as surviving Spouse, and Personal Representative of the Estate of ROGER MARK RASWEILER, Deceased;

NATALYA LOGINOVA, Individually, as surviving Spouse, and Personal Representative of the Estate of ALEXEY RAZUVAEV, Deceased;

NICOLE REDA, Individually, as surviving Spouse, and Personal Representative of the Estate of GREGORY REDA, Deceased;
NICOLE REDA on behalf of M. A. R., minor, surviving Child of GREGORY REDA, Deceased;
NICHOLAS S. REDA, as surviving Child of GREGORY REDA, Deceased;

JOHN M. REDA, as surviving Sibling of GREGORY REDA, Deceased;

FRANK M. REDA, as surviving Parent of GREGORY REDA, Deceased;

CHRISTOPHER REDA, as surviving Sibling of GREGORY REDA, Deceased;

SHARLENE BECKWITH and JAMES REED, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of MICHELE REED, Deceased;

CATHERINE REGENHARD, Individually, as surviving Parent, and Personal Representative of the Estate of CHRISTIAN M.O. REGENHARD, Deceased;

WILLIAM F. REILLY, Individually, as surviving Parent, and Personal Representative of the Estate of JAMES B. REILLY, Deceased;

ARMAND REO, Individually, as surviving Parent, and Personal Representative of the Estate of JOHN A. REO, Deceased;

JUDITH REO, as surviving Parent of JOHN A. REO, Deceased;

MEGHAN METZEMAEKERS, as surviving Sibling of JOHN A. REO, Deceased;

MARK REO, as surviving Sibling of JOHN A. REO, Deceased;

KRISTIN MAQUIRE, as surviving Sibling of JOHN A. REO, Deceased;

SUZANNE SWAINE, as surviving Sibling of JOHN A. REO, Deceased;

VIVIAN REUBEN, Individually, as surviving Spouse, and Personal Representative of the Estate of TODD REUBEN, Deceased;

MARIA CRUZ, Individually, as surviving Sibling, and Personal Representative of the Estate of EDUVIGIS REYES, JR., Deceased;

KIMBERLY REYES, as surviving Child of EDUVIGIS REYES, JR., Deceased;

TIFFANY REYES, as surviving Child of EDUVIGIS REYES, JR., Deceased;

STEPHANIE VILLARIN, as surviving Child of EDUVIGIS REYES, JR., Deceased;

CLEMENTINA REYES, as surviving Parent of EDUVIGIS REYES, JR., Deceased;

NEMESIO REYES, as surviving Sibling of EDUVIGIS REYES, JR., Deceased;

LUZ REYES, as surviving Sibling of EDUVIGIS REYES, JR., Deceased;

AIDALINE REYES CONCEPCION, as surviving Sibling of EDUVIGIS REYES, JR., Deceased;

NYDIA REYES RODRIGUEZ, as surviving Sibling of EDUVIGIS REYES, JR., Deceased;

IDA HOLDER, as surviving Sibling of EDUVIGIS REYES, JR., Deceased;

ENOEL REYES, as surviving Sibling of EDUVIGIS REYES, JR., Deceased;

ISABELL REYES, as surviving Sibling of EDUVIGIS REYES, JR., Deceased;

ARMANDO REYES, as surviving Sibling of EDUVIGIS REYES, JR., Deceased;

ERIN PITT RICHARDS, Individually, as surviving Spouse, and Personal Representative of the Estate of GREGORY D. RICHARDS, Deceased;

ERIN PITT RICHARDS on behalf of A. R. F., minor, surviving Child of GREGORY D. RICHARDS, Deceased;

CAROL J. RICHARDS, as surviving Mother of GREGORY D. RICHARDS, Deceased;

PAUL RICHARDS, as surviving Sibling of GREGORY D. RICHARDS, Deceased;

LISA RICHARDS KESTON, as surviving Sibling of GREGORY D. RICHARDS, Deceased;

KIMBERLY TRUDEL, Individually, as surviving Spouse, and Personal Representative of the Estate of FREDERICK RIMMELE, III, Deceased;

MARILYN RIMMELE, as surviving Parent of FREDERICK RIMMELE, III, Deceased;

FREDERICK RIMMELE, JR., as surviving Parent of FREDERICK RIMMELE, III, Deceased;

KAREN CONNORS, as surviving Sibling of FREDERICK RIMMELE, III, Deceased;

NILSA RIVERA, Individually, as surviving Spouse, and Personal Representative of the Estate of ISAIAS RIVERA, Deceased;

RICKY VIDER RIVERS, Individually, as surviving Spouse, and Personal Representative of the Estate of DAVID E. RIVERS, Deceased;

JODI RIVERSO, as Personal Representative of the Estate of JOSEPH R. RIVERSO, Deceased;

ELAINE RIZZA BROPHY, Individually, as surviving Spouse, and Personal Representative of the Estate of PAUL RIZZA, Deceased;

RODNEY CALLUM, Individually, as surviving Sibling, and Personal Representative of the Estate of MICHELL L. ROBOTHAM, Deceased;
RODNEY CALLUM, as Personal Representative of the Estate of CHESTER CALLUM, Deceased, as surviving Parent of MICHELL L. ROBOTHAM, Deceased;
RODNEY CALLUM, as Personal Representative of the Estate of LINDA HANSON CALLUM, Deceased, as surviving Parent of MICHELL L. ROBOTHAM, Deceased;

KATHERINE ROBSON, Individually, as surviving Spouse, and Personal Representative of the Estate of DONALD ROBSON, Deceased;
GEOFFREY ROBSON, as surviving Child of DONALD ROBSON, Deceased;
SCOTT ROBSON, as surviving Child of DONALD ROBSON, Deceased;

PEDRO SALEME*, as Personal Representative of the Estate of CARMEN M. RODRIGUEZ, Deceased;
MARYLYNN SANTOS PADILLA, as surviving Child of CARMEN M. RODRIGUEZ, Deceased;
MAGARITA VAZQUEZ, as surviving Parent of CARMEN M. RODRIGUEZ, Deceased;
CARLOS SANTOS, as surviving Child of CARMEN M. RODRIGUEZ, Deceased;

EVELYN RODRIGUEZ, Individually, as surviving Spouse, and Personal Representative of the Estate of ANTHONY RODRIGUEZ, Deceased;

LYNNETTE GIANNELLI, as surviving Child of ANTHONY RODRIGUEZ, Deceased;

LAUREN RODRIGUEZ, as surviving Child of ANTHONY RODRIGUEZ, Deceased;

DEREK RODRIGUEZ, as surviving Child of ANTHONY RODRIGUEZ, Deceased;

EVELYN RODRIGUEZ on behalf of M. R., minor, surviving Child of ANTHONY RODRIGUEZ, Deceased;

PEDRO RODRIGUEZ, as surviving Parent of ANTHONY RODRIGUEZ, Deceased;

DESIREE OKSENIUK, as surviving Sibling of ANTHONY RODRIGUEZ, Deceased;

ANGELIC SUAREZ, as surviving Sibling of ANTHONY RODRIGUEZ, Deceased;

RONALD R. ROHNER, Individually, as surviving Parent, and Personal Representative of the Estate of SCOTT W. ROHNER, Deceased;

EDITH CRUZ, Individually, as surviving Parent, and Personal Representative of the Estate of ANGELA ROSARIO, Deceased;

MARTIN ROSENBAUM, Individually, as surviving Parent, and Personal Representative of the Estate of BROOKE D. ROSENBAUM, Deceased;

FERN ROSENBAUM, as surviving Stepparent of BROOKE D. ROSENBAUM, Deceased;

GLENNA ROSENBERG, Individually, as surviving Spouse, and Personal Representative of the Estate of LLOYD D. ROSENBERG, Deceased;

GLENNA ROSENBERG on behalf of A. R., minor, surviving Child of LLOYD D. ROSENBERG, Deceased;

SAMANTHA ROSENBERG, as surviving Child of LLOYD D. ROSENBERG, Deceased;

KAYLEE ROSENBERG, as surviving Child of LLOYD D. ROSENBERG, Deceased;

JILL ROSENBLUM, Individually, as surviving Spouse, and Personal Representative of the Estate of ANDREW I. ROSENBLUM, Deceased;

JORDAN ROSENBLUM, as surviving Child of ANDREW I. ROSENBLUM, Deceased;

KYLE ROSENBLUM, as surviving Child of ANDREW I. ROSENBLUM, Deceased;

BARBARA ROSENBLUM, as surviving Parent of
ANDREW I. ROSENBLUM, Deceased;
SHEILA ORNSTEIN as Personal Representative of the
Estate of JASON ROSENBLUM, Deceased, surviving
Parent of ANDREW I. ROSENBLUM;
SHEILA ORNSTEIN, as surviving Sibling of ANDREW
I. ROSENBLUM, Deceased;
RICHARD ROSENBLUM, as surviving Sibling of
ANDREW I. ROSENBLUM, Deceased;
ADAM ROSENBLUM, as surviving Sibling of
ANDREW I. ROSENBLUM, Deceased;

LAUREN ROSENZWEIG, Individually, as surviving
Spouse, and Personal Representative of the Estate of
PHILLIP ROSENZWEIG, Deceased;
MAX ROSENZWEIG, as surviving Child of PHILLIP
ROSENZWEIG, Deceased;
ALLAN ROSENZWEIG, as surviving Sibling of
PHILLIP ROSENZWEIG, Deceased;

JUDI A. ROSS, Individually, as surviving Spouse, and
Personal Representative of the Estate of RICHARD
ROSS, Deceased;
IRENE ROSS, as surviving Sibling of RICHARD ROSS,
Deceased;
ROCHELLE GORDON, as surviving Sibling of
RICHARD ROSS, Deceased;

SUSAN ROSSINOW, Individually, as surviving Spouse,
and Personal Representative of the Estate of NORMAN
ROSSINOW, Deceased;

BARBARA SCARAMUZZINO, Individually, as
surviving Parent, and Personal Representative of the
Estate of NICHOLAS ROSSOMANDO, Deceased;

CLAUDIA RUGGIERE, Individually, as surviving
Spouse, and Personal Representative of the Estate of
BART RUGGIERE, Deceased;

GILBERT RUIZ, JR., Individually, as surviving Child,
and Personal Representative of the Estate of GILBERT
RUIZ, Deceased;

ANDREA RUSSIN, Individually, as surviving Spouse, and Personal Representative of the Estate of STEVEN RUSSIN, Deceased;

DIANE RYAN, Individually, as surviving Spouse, and Personal Representative of the Estate of EDWARD RYAN, Deceased;
MEGAN RYAN, as surviving Child of EDWARD RYAN, Deceased;
DIANE RYAN on behalf of K. R., minor, surviving Child of EDWARD RYAN, Deceased;
EDWARD RYAN, as surviving Child of EDWARD RYAN, Deceased;
PATRICIA RYAN, as surviving Parent of EDWARD RYAN, Deceased;
PATRICIA ANTONELLE, as surviving Sibling of EDWARD RYAN, Deceased;
ROBERT RYAN, as surviving Sibling of EDWARD RYAN, Deceased;
WILLIAM RYAN, as surviving Sibling of EDWARD RYAN, Deceased;
PAUL RYAN, as surviving Sibling of EDWARD RYAN, Deceased;

MARGARET RYAN, Individually, as surviving Spouse, and Personal Representative of the Estate of MATTHEW L. RYAN, Deceased;
MEAGHAN RYAN, as surviving Child of MATTHEW L. RYAN, Deceased;
FRANCIS RYAN, as surviving Sibling of MATTHEW L. RYAN, Deceased;

MARIA L. RYAN BALDWIN, Individually, as surviving Spouse, and Personal Representative of the Estate of JONATHAN S. RYAN, Deceased;

VASILIY RIJOV, Individually, as surviving Spouse, and Personal Representative of the Estate of TATIANA RYJOVA, Deceased;

DAE JIN RYOOK, Individually, as surviving Parent, and Personal Representative of the Estate of CHRISTINA S. RYOOK, Deceased;

DELPHINE SAADA*, Individually, as surviving Spouse, and Personal Representative of the Estate of THIERRY SAADA*, Deceased;

ARLENE SACERDOTE, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH SACERDOTE, Deceased;

MICHELE SAND, Individually, as surviving Spouse, and Personal Representative of the Estate of ERIC SAND, Deceased;

MICHAEL SANTO, Individually, as surviving Sibling, and Personal Representative of the Estate of SUSAN SANTO, Deceased;
MICHAEL SANTO, Personal Representative of the Estate of JOSEPH SANTO, Deceased, as surviving Father of SUSAN SANTO, Deceased;

LINDA SARLE, Individually, as surviving Spouse, and Personal Representative of the Estate of PAUL F. SARLE, Deceased;

NARASIMHA SATTALURI, Individually, as surviving Spouse, and Personal Representative of the Estate of DEEPIKA SATTALURI, Deceased;

JANLYN SCAUSO, Individually, as surviving Spouse, and Personal Representative of the Estate of DENNIS SCAUSO, Deceased;

SHEILA SCANDOLE, Individually, as surviving Spouse, and Personal Representative of the Estate of ROBERT SCANDOLE, Deceased;

KENNETH SCHIELKE, Individually, as surviving Parent, and Personal Representative of the Estate of SEAN SCHIELKE, Deceased;

PHYLLIS SCHREIER, Individually, as surviving Spouse, and Personal Representative of the Estate of JEFFREY SCHREIER, Deceased;
JANICE HART, as surviving Sibling of JEFFREY SCHREIER, Deceased;

JANICE HART, as Personal Representative of the Estate of MARK SCHREIER, Deceased, surviving Parent of JEFFREY SCHREIER, Deceased;
JANICE HART, as Personal Representative of the Estate of STEPHANIE SCHREIER, Deceased, surviving Parent of JEFFREY SCHREIER, Deceased;

WILLIAM D. ROBBINS, as Personal Representative of the Estate of CLARIN S. SIEGEL-SCHWARTZ, Deceased;

PATRICIA B. SCHWARTZ, Individually, as surviving Spouse, and Personal Representative of the Estate of MARK SCHWARTZ, Deceased;

CHARLES SCIBETTA, Individually, as surviving Spouse, and Personal Representative of the Estate of ADRIANNE SCIBETTA, Deceased;
GABRIELLA SCIBETTA, as surviving Child of ADRIANNE SCIBETTA, Deceased;
CATERINA VENUTO, as surviving Parent of ADRIANNE SCIBETTA, Deceased;
SALVATORE VENUTO, as surviving Sibling of ADRIANNE SCIBETTA, Deceased;

CATHERINE SCULLIN, Individually, as surviving Spouse, and Personal Representative of the Estate of ARTHUR SCULLIN, Deceased;
ARTHUR W. SCULLIN, JR., as surviving Child of ARTHUR SCULLIN, Deceased;
JAMES W. SCULLIN, as surviving Child of ARTHUR SCULLIN, Deceased;
NORA M. SCULLIN, as surviving Child of ARTHUR SCULLIN, Deceased;

NATALIE MAKSHANOV, Individually, as surviving Spouse, and Personal Representative of the Estate of JASON M. SEKZER, Deceased;
EVELYN SEKZER, as surviving Parent of JASON M. SEKZER, Deceased;
WILTON SEKZER, as surviving Parent of JASON M. SEKZER, Deceased;
MARC SEKZER, as surviving Sibling of JASON M. SEKZER, Deceased;

NANCY PICONE, Individually, as surviving Parent, and Personal Representative of the Estate of ARTURO SERENO, Deceased;

JYOTHI SHAH, Individually, as surviving Spouse, and Personal Representative of the Estate of JAYESH SHAH, Deceased;

LEONOR SHAHID and SYED SHAHID, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of KHALID SHAHID, Deceased;

BENJAMIN SHAMAY, Individually, as surviving Parent, and Personal Representative of the Estate of GARY SHAMAY, Deceased;
GABRIEL SHAMAY, as surviving Sibling of GARY SHAMAY, Deceased;
SIMON SHAMAY, as surviving Sibling of GARY SHAMAY, Deceased;

EILEEN A. SHANAHAN, Individually, as surviving Spouse, and Personal Representative of the Estate of EARL SHANAHAN, Deceased;
STACY LEE CHMIL, as surviving Child of EARL SHANAHAN, Deceased;
GREGORY EARL SHANAHAN, as surviving Child of EARL SHANAHAN, Deceased;

NANCY SHEA, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH P. SHEA, Deceased;

ELLEN SHEA, Individually, as surviving Spouse, and Personal Representative of the Estate of DANIEL J. SHEA, Deceased;
ELLEN SHEA on behalf of A. R. S., surviving Child of DANIEL J. SHEA, Deceased;
ELLEN SHEA on behalf of M. J. S., surviving Child of DANIEL J. SHEA, Deceased;
COLIN M. SHEA, as surviving Child of DANIEL J. SHEA, Deceased;

MARY NICHOLSON, Individually, as surviving Child, and Personal Representative of the Estate of M. KATHLEEN SHEARER, Deceased;

KARRIE CASTRO, as surviving Child of KATHLEEN
SHEARER, Deceased;

MARY NICHOLSON, Individually, as surviving Child,
and Personal Representative of the Estate of ROBERT M.
SHEARER, Deceased;
KARRIE CASTRO, as surviving Child of ROBERT
SHEARER, Deceased;

MAUREEN SHERRY, Individually, as surviving Spouse,
and Personal Representative of the Estate of JOHN A.
SHERRY, Deceased;

LORI SHULMAN, Individually, as surviving Spouse, and
Personal Representative of the Estate of MARK
SHULMAN, Deceased;
LAWRENCE SHULMAN, as surviving Sibling of
MARK SHULMAN, Deceased;

HOLLI SILVER, Individually, as surviving Spouse, and
Personal Representative of the Estate of DAVID SILVER,
Deceased;
HOLLI SILVER on behalf of D. S., minor, surviving
Child of DAVID SILVER, Deceased;

EILEEN SIMON, Individually, as surviving Spouse, and
Personal Representative of the Estate of MICHAEL J.
SIMON, Deceased;

DHANRAJ   SINGH,   as   surviving   Parent   of
KHAMLADAI SINGH
DHANRAJ SINGH, as surviving Parent of ROSHAN
SINGH

CATHY CARILLI-SINTON, Individually, as surviving
Spouse, and Personal Representative of the Estate of
THOMAS E. SINTON III, Deceased;
ALEXANDRA   SINTON,   as   surviving   Child   of
THOMAS E. SINTON, III, Deceased;

LAURA MORRISON, Individually, as surviving Child,
and Personal Representative of the Estate of MURIEL
SISKOPOULOS, Deceased;
LAURA MORRISON, as Personal Representative of the
Estate of MARK J. SISKOPOULOS, Deceased, surviving
Parent of MURIEL SISKOPOULOS, Deceased;

THOMAS J. NEARY, III, as surviving Child of MURIEL SISKOPOULOS, Deceased;
DONNA NEARY KRINSKY, as surviving Child of MURIEL SISKOPOULOS, Deceased;

JASON SHERMAN, Individually, as surviving Partner, and Personal Representative of the Estate of TOYENA C. SKINNER, Deceased;
JASON SHERMAN on behalf of M. S., minor, surviving Child of TOYENA C. SKINNER, Deceased;

DONNA SMITH YULE, Individually, as surviving Spouse, and Personal Representative of the Estate of JAMES G. SMITH, Deceased;
WILLIAM SMITH, as surviving Child of JAMES G. SMITH, Deceased;
ROBERT SMITH, as surviving Child of JAMES G. SMITH, Deceased;
KRISTEN SMITH, as surviving Child of JAMES G. SMITH, Deceased;
CAROLINE SMITH, as surviving Child of JAMES G. SMITH, Deceased;

ROSEMARY KEMPTON, Individually, as surviving Child, and Personal Representative of the Estate of ROSEMARY A. SMITH, Deceased;

JERRI SMITH, Individually, as surviving Spouse, and Personal Representative of the Estate of KEVIN J. SMITH, Deceased;
THOMAS H. SMITH, as surviving Child of KEVIN J. SMITH, Deceased;
JOSEPHINE M. SMITH, as surviving Child of KEVIN J. SMITH, Deceased;
CHRISTOPHER F. SMITH, as surviving Child of KEVIN J. SMITH, Deceased;
MARGARET BROWN, as surviving Sibling of KEVIN J. SMITH, Deceased;

JANINE SNYDER OLDENHAGE, Individually, as surviving Spouse, and Personal Representative of the Estate of LEONARD J. SNYDER, JR., Deceased;

BARBARA SOHAN, Individually, as surviving Parent, and Personal Representative of the Estate of ASTRID SOHAN, Deceased;

CLIVE SOHAN, as surviving Parent of ASTRID SOHAN, Deceased;

LAURIE SPAMPINATO, Individually, as surviving Spouse, and Personal Representative of the Estate of DONALD F. SPAMPINATO, JR., Deceased;

LAWAN SRINUAN and CHALERAMCHA SRINUAN, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of SARANYA SRINUAN, Deceased;

THERESA STACK, Individually, as surviving Spouse, and Personal Representative of the Estate of LAURENCE T. STACK, Deceased;

DANIEL STAN*, Individually, as surviving Sibling, and Personal Representative of the Estate of ALEXANDRU STAN*, Deceased;

DIANE STARITA, Individually, as surviving Spouse, and Personal Representative of the Estate of ANTHONY STARITA, Deceased;

KIM STATKEVICUS, Individually, as surviving Spouse, and Personal Representative of the Estate of DEREK J. STATKEVICUS, Deceased;
TYLER STATKEVICUS, as surviving Child of DEREK J. STATKEVICUS, Deceased;
DEREK C. STATKEVICUS, as surviving Child of DEREK J. STATKEVICUS, Deceased;

TRACY O'KEEFE, Individually, as surviving Spouse, and Personal Representative of the Estate of ALEXANDER STEINMAN, Deceased;
IRWIN STEINMAN, as surviving Parent of ALEXANDER STEINMAN, Deceased;
JESSICA SCHOENHOLTZ, as surviving Stepsibling of ALEXANDER STEINMAN, Deceased;

KRISTIN GALUSHA-WILD, Individually, as surviving Partner, and Personal Representative of the Estate of MICHAEL J. STEWART, Deceased;
KRISTIN GALUSHA-WILD on behalf of L. S., minor, surviving Child of MICHAEL J. STEWART, Deceased;

PATRICIA STRAINE, Individually, as surviving Spouse, and Personal Representative of the Estate of JAMES J. STRAINE, Deceased;

SUZANNE SWAINE, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN F. SWAINE, Deceased;

EDWARD SWEENEY, Individually, as surviving Parent, and Personal Representative of the Estate of BRIAN EDWARD SWEENEY, Deceased;
MARY ANN SWEENEY, as surviving Parent of BRIAN EDWARD SWEENEY, Deceased;
LYNN WRIGHT, as surviving Sibling of BRIAN EDWARD SWEENEY, Deceased;
MATTHEW J. SWEENEY, as surviving Sibling of BRIAN EDWARD SWEENEY, Deceased;

TRACY TABACK CATALANO, Individually, as surviving Child, and Personal Representative of the Estate of HARRY TABACK, Deceased;

MARY TADDEI, Individually, as surviving Child, and Personal Representative of the Estate of NORMA TADDEI, Deceased;
ANDREW TADDEI, as surviving Child of NORMA TADDEI, Deceased;
LORETTA TADDEI, as surviving Child of NORMA TADDEI, Deceased;
MARY TADDEI, as Personal Representative of the Estate of FERMO TADDEI, Deceased, surviving Spouse of NORMA TADDEI, Deceased;
MARY TADDEI, as Personal Representative of the Estate of ELVIRA CONTI, Deceased, surviving Parent of NORMA TADDEI, Deceased;

HARUMI TAKAHASHI, Individually, as surviving Spouse, and Personal Representative of the Estate of KEIICHIRO TAKAHASHI, Deceased;
HIROYUKI TAKAHASHI, as surviving Child of KEIICHIRO TAKAHASHI, Deceased;
AKIKO TAKAHASHI, as surviving Child of KEIICHIRO TAKAHASHI, Deceased;

MIDORI TAKAHASHI, Individually, as surviving Spouse, and Personal Representative of the Estate of KEIJI TAKAHASHI, Deceased;
MARI-E TAKAHASHI, as surviving Child of KEIJI TAKAHASHI, Deceased;
SHUSAKU TAKAHASHI, as surviving Child of KEIJI TAKAHASHI, Deceased;

EILEEN TALLON, Individually, as surviving Parent, and Personal Representative of the Estate of SEAN PATRICK TALLON, Deceased;

JUAN B. BRUNO, Individually, as surviving Spouse, and Personal Representative of the Estate of RACHEL TAMARES, Deceased;
JASON A. BRUNO, as surviving Child of RACHEL TAMARES, Deceased;
ROBERT J. BRUNO, as surviving Child of RACHEL TAMARES, Deceased;
MARIA PAULINO, as surviving Parent of RACHEL TAMARES, Deceased;
JENNY M. LOPEZ, as surviving Sibling of RACHEL TAMARES, Deceased;

PATRICIA TARASIEWICZ, Individually, as surviving Spouse, and Personal Representative of the Estate of ALLAN TARASIEWICZ, Deceased;
ALAN TARASIEWICZ, as surviving Child of ALLAN TARASIEWICZ, Deceased;
MELISSA TARASIEWICZ, as surviving Child of ALLAN TARASIEWICZ, Deceased;

JILL TARROU, as Personal Representative of the Estate of MICHAEL TARROU, Deceased;

SAMANTHA TAYLOR, Individually, as surviving Child, and Personal Representative of the Estate of SANDRA C. TAYLOR, Deceased;

FRANK TAYLOR, Individually, as surviving Spouse, and Personal Representative of the Estate of LORISA C. TAYLOR, Deceased;
CYANN C. TAYLOR, as surviving Child of LORISA C. TAYLOR, Deceased;

LELAND DALE TERRY, Individually, as surviving Sibling, and Personal Representative of the Estate of LISA TERRY, Deceased;

RAJENDRANTH THACKURDEEN and SATNARINE THACKURDEEN, Individually, as surviving Siblings, and Co-Personal Representatives of the Estate of GOUMATIE THACKURDEEN, Deceased;
RAMBASCIA THACKURDEEN, as surviving Parent of GOUMATIE THACKURDEEN, Deceased;

ROBIN THEURKAUF, Individually, as surviving Spouse, and Personal Representative of the Estate of THOMAS F. THEURKAUF, Jr., Deceased;

JOSEPH O'KEEFE, Individually, as surviving Spouse, and Personal Representative of the Estate of LESLEY THOMAS, Deceased;

ROSANA THOMPSON, Individually, as surviving Spouse, and Personal Representative of the Estate of NIGEL B. THOMPSON, Deceased;

JOSEPH A. TIESI, Individually, as surviving Sibling, and Personal Representative of the Estate of MARY E. TIESI, Deceased;
THERESA VESNESKY, as surviving Sibling of MARY E. TIESI, Deceased;
ELLEN TIESI, as surviving Parent of MARY E. TIESI, Deceased;

BARBARA TIRADO, Individually, as surviving Parent, and Personal Representative of the Estate of DAVID TIRADO, Deceased;
RAFAEL TIRADO, as surviving Parent of DAVID TIRADO, Deceased;
RICHARD TIRADO, as surviving Sibling of DAVID TIRADO, Deceased;

ALISSA ROSENBERG-TORRES, Individually, as surviving Spouse, and Personal Representative of the Estate of LUIS E. TORRES*, Deceased;

KATHLEEN TRANT, Individually, as surviving Spouse, and Personal Representative of the Estate of DANIEL TRANT, Deceased;

JESSICA L. TRANT, as surviving Child of DANIEL TRANT, Deceased;

DANIEL J. TRANT, as surviving Child of DANIEL TRANT, Deceased;

ALEXANDER W. TRANT, as surviving Child of DANIEL TRANT, Deceased;

MARY C. TRANT, as surviving Mother of DANIEL TRANT, Deceased;

KEVIN J. TRANT, as surviving Sibling of DANIEL TRANT, Deceased;

PATRICIA A. MADAMAS, as surviving Sibling of DANIEL TRANT, Deceased;

MAUREEN A. TRANT, as surviving Sibling of DANIEL TRANT, Deceased;

TIMOTHY P. TRANT, as surviving Sibling of DANIEL TRANT, Deceased;

SALLY A. TRANT, as surviving Sibling of DANIEL TRANT, Deceased;

MATTHEW J. TRANT, as surviving Sibling of DANIEL TRANT, Deceased;

SHEILA M. INSERRA, as surviving Sibling of DANIEL TRANT, Deceased;

ROBERT SPADAFORA, as Personal Representative of the Estate of JAMES A. TRENTINI, Deceased;

PATTI J. TRENTINI, as surviving Child of JAMES A. TRENTINI, Deceased;

PAMELA B. TRENTINI, as surviving Child of JAMES A. TRENTINI, Deceased;

MARY P. VATALARO, as surviving Child of JAMES A. TRENTINI, Deceased;

THERESA MCDONALD, as Personal Representative of the Estate of LORRAINE EGAN, Deceased, surviving Sibling of JAMES A. TRENTIN, Deceased;

MARY M. LUCIANO, Individually, as surviving Sibling, and Personal Representative of the Estate of JAMES A. TRENTINI, Deceased, Deceased;

BERNICE BARLETTA, as surviving Sibling of JAMES A. TRENTINI, Deceased;

PATRICIA MALATESTA, as surviving Sibling of JAMES A. TRENTINI, Deceased;

ROBERT SPADAFORA, as Personal Representative of the Estate of MARY TRENTINI, Deceased;

PATTI J. TRENTINI, as surviving Child of MARY TRENTINI, Deceased;

MARY P. VATALARO, as surviving Child of MARY TRENTINI, Deceased;
PAMELA B. TRENTINI, as surviving Child of JAMES A. TRENTINI, Deceased;

MARY TSELEPIS, Individually, as surviving Spouse, and Personal Representative of the Estate of WILLIAM P. TSELEPIS, JR., Deceased;

DEBBY WILLIAMS, Individually, as surviving Child, and Personal Representative of the Estate of PAULINE TULL-FRANCIS, Deceased;

CYNTHIA TUMULTY, Individually, as surviving Spouse, and Personal Representative of the Estate of LANCE TUMULTY, Deceased;

MARIE HARVEY TWOMEY RYAN, Individually, as surviving Spouse, and Personal Representative of the Estate of ROBERT T. TWOMEY, Deceased;
EMERIC R. TWOMEY, as surviving Child of ROBERT T. TWOMEY, Deceased;
ROBERT TWOMEY, as surviving Child of ROBERT T. TWOMEY, Deceased;
HELEN ANN TWOMEY, as Personal Representative of the Estate of JIMMY TWOMEY, Deceased, surviving Sibling of ROBERT T. TWOMEY, Deceased;
JOHN TWOMEY, as surviving Sibling of ROBERT T. TWOMEY, Deceased;
RICHARD TWOMEY, as surviving Sibling of ROBERT T. TWOMEY, Deceased;
WILLIAM TWOMEY, as surviving Sibling of ROBERT T. TWOMEY, Deceased;
JAMES BORSARE, as Personal Representative of the Estate of MARY A. DAVIS, Deceased, surviving Sibling of ROBERT T. TWOMEY, Deceased;

VICTOR UGOLYN, Individually, as surviving Parent, and Personal Representative of the Estate of TYLER UGOLYN, Deceased;
DIANE UGOLYN, as surviving Parent of TYLER UGOLYN, Deceased;
TREVOR UGOLYN, as surviving Sibling of TYLER UGOLYN, Deceased;

JULIE UMAN, Individually, as surviving Spouse, and Personal Representative of the Estate of JONATHAN UMAN, Deceased;

GRISSEL RODRIGUEZ-VALENTIN, Individually, as surviving Spouse, and Personal Representative of the Estate of BENITO VALENTIN, Deceased;

VIRGINIA L. ROSSITER VALVO, Individually, as surviving Spouse, and Personal Representative of the Estate of CARLTON F. VALVO, II, Deceased;

NADADUR S. KUMAR, as Personal Representative of the Estate of PENDYALA VAMSIKRISHNA,

ELIZABETH ANNE VANDEVANDER, Individually, as surviving Spouse, and Personal Representative of the Estate of JON C. VANDEVANDER, Deceased;
JON C. VANDEVANDER, as surviving Child of JON C. VANDEVANDER, Deceased;
JANE A. VANDEVANDER, as surviving Child of JON C. VANDEVANDER, Deceased;
MARY E. VANDEVANDER, as surviving Child of JON C. VANDEVANDER, Deceased;

REGAN GRICE-VEGA, Individually, as surviving Spouse, and Personal Representative of the Estate of PETER VEGA, Deceased;

CONSUELO VELAZQUEZ, Individually, as surviving Spouse, and Personal Representative of the Estate of JORGE VELAZQUEZ, Deceased;
JORGE VELAZQUEZ, JR., as surviving Child of JORGE VELAZQUEZ, Deceased;
MARILYN VELAZQUEZ, as surviving Child of JORGE VELAZQUEZ, Deceased;
STEVEN VELAZQUEZ, as surviving Child of JORGE VELAZQUEZ, Deceased;

JASMINE VICTORIA, Individually, as surviving Child, and Co-Personal Representative of the Estate of CELESTE TORRES VICTORIA, Deceased;
DAWN TORRES-BROWN, Individually, as surviving Sibling, and Co-Personal Representative of the Estate of CELESTE TORRES VICTORIA, Deceased;