DEAN TORRES, as surviving Sibling of CELESTE TORRES-VICTORIA, Deceased;
FELICE MARROW, as surviving Sibling of CELESTE TORRES-VICTORIA, Deceased;
DENISE TORRES, as surviving Sibling of CELESTE TORRES-VICTORIA, Deceased;
ALPHONSO A. RODGERS, as surviving Sibling of CELESTE TORRES-VICTORIA, Deceased;

PATRICIA VILARDO, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH VILARDO, Deceased;

ANTHONY VINCELLI, Individually, as surviving Sibling, and Personal Representative of the Estate of CHANTAL VINCELLI, Deceased;

LUCY VIRGILIO, Individually, as surviving Parent, and Personal Representative of the Estate of LAWRENCE J. VIRGILIO, Deceased;
THOMAS VIRGILIO, as surviving Sibling of LAWRENCE J. VIRGILIO, Deceased;
ANTONIA MICKO, as surviving Sibling of LAWRENCE J. VIRGILIO, Deceased;

BENHARDT R. WAINIO, Individually, as surviving Parent, and Personal Representative of the Estate of HONOR ELIZABETH WAINIO, Deceased;

DIANE WALL, Individually, as surviving Spouse, and Personal Representative of the Estate of GLEN WALL, Deceased;

PAUL KIEFER, as Personal Representative of the Estate of BRIAN WARNER, Deceased;

EVELYN SIEW-SIM YEOW, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL H. WAYE, Deceased;

AMY L. WEAVER, Individually, as surviving Spouse, and Personal Representative of the Estate of TODD C. WEAVER, Deceased;

FLOYD WEIL, Individually, as surviving Parent, and Personal Representative of the Estate of JOANNE F. WEIL, Deceased;

LAURIE WEINBERG, Individually, as surviving Spouse, and Personal Representative of the Estate of STEVEN WEINBERG, Deceased;
LINDSAY WEINBERG, as surviving Child of STEVEN WEINBERG, Deceased;
JASON WEINBERG, as surviving Child of STEVEN WEINBERG, Deceased;
SAMUEL WEINBERG, as surviving Child of STEVEN WEINBERG, Deceased;

REMA WAISER, Individually, as surviving Spouse, and Personal Representative of the Estate of SIMON V. WEISER, Deceased;
ANATOLY S. WEISER, as surviving Child of SIMON V. WEISER, Deceased;

DELIA WELTY, Individually, as surviving Spouse, and Personal Representative of the Estate of TIMOTHY M. WELTY, Deceased;
DELIA WELTY on behalf of J. A. W., minor, as surviving Child of TIMOTHY M. WELTY, Deceased;
DARREN M. WELTY, as surviving Sibling of TIMOTHY M. WELTY, Deceased;

KATHLEEN WIK, Individually, as surviving Spouse, and Personal Representative of the Estate of WILLIAM J. WIK, Deceased;
PATRICIA WIK FARESE, as surviving Child of WILLIAM J. WIK, Deceased;
KATHLEEN WIK, as surviving Child of WILLIAM J. WIK, Deceased;
DANIEL WIK, as surviving Child of WILLIAM J. WIK, Deceased;

JANICE WILLIAMS, Individually, as surviving Spouse, and Personal Representative of the Estate of LOUIS C. WILLIAMS, III, Deceased;
SCOTT M. WILLIAMS, as surviving Child of LOUIS C. WILLIAMS, III, Deceased;
CRAIG M. WILLIAMS, as surviving Child of LOUIS C. WILLIAMS, III, Deceased;

KAREN PEREZ, as surviving Sibling of LOUIS C. WILLIAMS, III, Deceased;

KENNETH WILLIAMS, Individually, as surviving Parent, and Personal Representative of the Estate of BRIAN P. WILLIAMS, Deceased;
KATE WILLIAMS, as surviving Parent of BRIAN P. WILLIAMS, Deceased;
ANDREW WILLIAMS, as surviving Sibling of BRIAN P. WILLIAMS, Deceased;
TARA BLESSING, as surviving Sibling of BRIAN P. WILLIAMS, Deceased;

DARREN WILLIAMS, Individually, as surviving Spouse, and Personal Representative of the Estate of DEBBIE L. WILLIAMS, Deceased;

PATRICIA WISWALL, Individually, as surviving Spouse, and Personal Representative of the Estate of DAVID WISWALL, Deceased;
AMY WISWALL EDGINGTON, as surviving Child of DAVID WISWALL, Deceased;
KEITH WISWALL, as surviving Child of DAVID WISWALL, Deceased;
ROBERT WISWALL, as surviving Sibling of DAVID WISWALL, Deceased;
BARBARA O'GORMAN, as surviving Sibling of DAVID WISWALL, Deceased;
CHRISTINE ROTHSCHILD, as surviving Sibling of DAVID WISWALL, Deceased;

CAROL WISNIEWSKI, Individually, as surviving Spouse, and Personal Representative of the Estate of FRANK WISNIEWSKI, Deceased;

ANNE WODENSHEK, Individually, as surviving Spouse, and Personal Representative of the Estate of CHRISTOPHER WODENSHEK, Deceased;
SARAH WODENSHEK, as surviving Child of CHRISTOPHER WODENSHEK, Deceased;
RAYMOND WODENSHEK, as Personal Representative of the Estate of FLORENCE WODENSHEK, Deceased, surviving Sibling of CHRISTOPHER WODENSHEK, Deceased;
HALEY WODENSHEK, as surviving Child of CHRISTOPHER WODENSHEK, Deceased;

MOLLIE WODENSHEK, as surviving Child of CHRISTOPHER WODENSHEK, Deceased;

WILLIAM WODENSHEK, as surviving Child of CHRISTOPHER WODENSHEK, Deceased;

ANNE WODENSHEK on behalf of Z. W., minor, surviving Child of CHRISTOPHER WODENSHEK, Deceased;

MARIELLEN DELELLIS, as surviving Sibling of CHRISTOPHER WODENSHEK, Deceased;

PATRICIA WODENSHEK, as surviving Sibling of CHRISTOPHER WODENSHEK, Deceased;

RAYMOND WODENSHECK, as surviving Sibling of CHRISTOPHER WODENSHEK, Deceased;

FLORENCE WODENSHEK GARRETT, as surviving Sibling of CHRISTOPHER WODENSHEK, Deceased;

PAUL REMENSCHNEIDER as Personal Representative of the Estate of LINDA WODENSHEK REMENSCHNEIDER, Deceased. surviving Sibling of CHRISTOPHER WODENSHEK, Deceased;

SUSAN WOHLFORTH, Individually, as surviving Spouse, and Personal Representative of the Estate of MARTIN WOHLFORTH, Deceased;

CHARLES G. WOLF, Individually, as surviving Spouse, and Personal Representative of the Estate of KATHERINE WOLF*, Deceased;

ALAN JAMES*, as surviving Sibling of KATHERINE WOLF*, Deceased;

VALERIE JAMES*, surviving Parent of KATHERINE WOLF*, Deceased;

ALAN JAMES*, as Personal Representative of the Estate of HOWARD RHYS JAMES*, Deceased, surviving Parent of KATHERINE WOLF*, Deceased;

KAREN WORTLEY, Individually, as surviving Spouse, and Personal Representative of the Estate of MARTIN WORTLEY, Deceased;

WILLIAM DREIER and MARY WRIGHT, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of NEIL WRIGHT, Deceased;

CELLA WOO-YUEN, Individually, as surviving Spouse, and Personal Representative of the Estate of ELKIN YUEN, Deceased;

NICOLE YUEN, as surviving Child of ELKIN YUEN, Deceased;
GILMA YUEN, as surviving Parent of ELKIN YUEN, Deceased;

HELEN ZACCOLI, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH ZACCOLI, Deceased;

ZHANNA GALPERINA, Individually, as surviving Spouse, and Personal Representative of the Estate of ARKADY ZALTSMAN, Deceased;
LAURA KHAIT, as surviving Child of ARKADY ZALTSMAN, Deceased;
FAINA ZALTSMAN, as surviving Parent of ARKADY ZALTSMAN, Deceased;
ALEXANDER ZALTSMAN, as surviving Parent of ARKADY ZALTSMAN, Deceased;

JILL ZANGRILLI, Individually, as surviving Spouse, and Personal Representative of the Estate of MARK ZANGRILLI, Deceased;

DAVID ZIMINSKI, Individually, as surviving Spouse, and Personal Representative of the Estate of IVELIN ZIMINSKI, Deceased;
CELINA RODRIGUEZ, as surviving Parent of IVELIN ZIMINSKI, Deceased;
IVAN RODRIGUEZ, as surviving Parent of IVELIN ZIMINSKI, Deceased;
JANET RODRIGUEZ, as surviving Sibling of IVELIN ZIMINSKI, Deceased;

DYAN ZINZI, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL ZINZI, Deceased;
DYAN ZINZI on behalf of D. Z., minor, surviving Child of MICHAEL ZINZI, Deceased;

CAROL ZION, Individually, as surviving Spouse, and Personal Representative of the Estate of CHARLES A. ZION, Deceased;
ZACHARY ZION, as surviving Child of CHARLES A. ZION, Deceased;
JANE ZION, as surviving Parent of CHARLES A. ZION, Deceased;

BARBARA ZION GREEN, as surviving Sibling of CHARLES A. ZION, Deceased;

RICHARD KLEIN, Individually, as surviving Spouse, and Personal Representative of the Estate of JULIE LYNNE ZIPPER, Deceased;
JASON KLEIN, as surviving Child of JULIE LYNNE ZIPPER, Deceased;

DOROTA ZOIS, Individually, as surviving Spouse, and Personal Representative of the Estate of PROKOPIOS ZOIS, Deceased;

MADELEINE A. ZUCCALA, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH J. ZUCCALA, Deceased;
JOLAINE J. ZUCCALA, as surviving Child of JOSEPH J. ZUCCALA, Deceased;
KAYLENE E. ZUCCALA-SAMS, as surviving Child of JOSEPH J. ZUCCALA, Deceased;
SANDRA ZUCCALA, as surviving Sibling of JOSEPH J. ZUCCALA, Deceased;
THERESA PATERSON, as surviving Sibling of JOSEPH J. ZUCCALA, Deceased;
TINA CAMMARATA, as surviving Sibling of JOSEPH J. ZUCCALA, Deceased;

ERICA ZUCKER HEISLER, Individually, as surviving Spouse, and Personal Representative of the Estate of ANDREW S. ZUCKER, Deceased;
ERICA ZUCKER HEISLER on behalf of J. A. Z., minor, surviving child of ANDREW S. ZUCKER, Deceased;

**PERSONAL INJURY PLAINTIFFS**

ALDO ADISSI, Individually;
EDWARD and KATHLEEN ARANCIO, Individually;
LEONARD and BARBARA ARDIZZONE, Individually;
RUTH ARON, Individually;
LAURA BACARELLA, Individually;
THOMAS BAEZ, Individually;
JAMES J. BARANEK, Individually;
JOSEPH V. BELTRANI, Individually;
MARIA BOURDIS, Individually;
ANDREW BRAUN, Individually;
LADWIN BRISSETT, Individually;

ANDRZEJ and ZOSIA CIESLIK, Individually;
JOHN CITARELLA, Individually;
THOMAS CONROY, JR., Individually;
DOUGLAS F. COPP, Individually;
GIBSON A. CRAIG, Individually;
BRADLEY DALY, Individually;
DOMINICK DAMIANO, Individually;
ROBERT J. D'ELIA, Individually;
DONALD DIDOMENICO, Individually;
RONALD J. DIFRANCESCO, Individually;
THOMAS DONNELLY, Individually;
CHARLES DOWNEY, Individually;
JOSEPH R. DOWNEY, Individually;
JOHN R. DRISCOLL, Individually;
JILL FENWICK, Individually;
TIMOTHY FROLICH, Individually;
SEAN GENOVESE, Individually;
STEVEN M. GILLESPIE, Individually;
WILLIAM GOLDSTEIN, Individually;
ISRAEL HALPERN, Individually;
JOSEPH G. HANDS, Individually;
JOHN HASSETT, Individually;
WARREN C. HAYES, Individually;
JAMES D. HODGES, II, Individually;
NETTA ISSACOF, Individually;
JOHN F. JERMYN, Individually;
DAN JOHNSON, Individually;
ARNOLD and PHYLLIS LEDERMAN, Individually;
MICHAEL T. LINDY, Individually;
SANDY AMRITA MAHABIR, Individually;
FRANK MAISANO, Individually;
GREGORY E. MANNING, Individually;
WILLAM MARTIN, Individually;
KEVIN MCARDLE, Individually;
JAMES MCGETRICK, Individually;
OWEN J. MCGOVERN, Individually;
THOMAS MCHUGH, Individually;
ELLEN MCQUEEN, Individually;
JANET MOLCZYK, Individually;
PETER MOLNAR, Individually;
WARREN MONROE, Individually;
KEVIN MOUNT, Individually;
KEVIN G. MURPHY, Individually;
JANICE O'DELL, Individually;
TIMOTHY PARKER, Individually;
MARIE POLITE, Individually;

DANIEL J. PRITZKER, Individually;
KEVIN QUINN, Individually;
ROBERT RENODE, JR. Individually;
HOWARD RICE, Individually;
BRIAN ROCOVICH, Individually;
TAMAR ROSBROOK, Individually;
GUY ROSBROOK, Individually;
LOUIS SCHAEFER, Individually;
CHARLES SCHMID, Individually;
SCOTT SCHRIMPE, Individually;
DENNIS SIRJUESINGH, Individually;
CHRISTOPHER SPARACIA, Individually;
BRIAN J. SULLIVAN, Individually;
RICHARD TING, Individually;
GEORGE L. TORRES, Individually;
ROBERT V. TRIVIGNO, Individually;
RUSSELL J. VOMERO, Individually;
HARRY WAIZER, Individually;
EDWARD WALSH, Individually;
WILLIAM WALSH, Individually;
PHILIP J. ZEISS, Individually;


-----------------------------------------------------------------x
LAURA WEINBERG, Individually, as surviving Spouse, and Personal Representative of the Estate of RICHARD A. ARONOW, Deceased;

BARBARA ANN SWAT, Individually, as surviving Spouse, and Personal Representative of the Estate of GERALD T. ATWOOD, Deceased;

ARLENE BEYER, Individually, as surviving Spouse, and Personal Representative of the Estate of PAUL M. BEYER, Deceased;

SUSAN CORREA, Individually, as surviving Spouse, and Personal Representative of the Estate of RUBEN D. CORREA, Deceased;

EILEEN GERATY, Individually, as surviving Parent, and Personal Representative of the Estate of SUZANNE GERATY, Deceased;

**Kreindler & Kreindler LLP**
**Barasch McGarry Salzman & Penson**

DONNA HICKEY, Individually, as surviving Spouse, and Personal Representative of the Estate of BRIAN C. HICKEY, Deceased;

MARY ILL, Individually, as surviving Spouse and as Personal Representative of the Estate of FREDERICK J. ILL, JR., Deceased;

JOY & WILLIAM JOHNSON, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of WILLIAM JOHNSON, JR., Deceased;

MARCELLA LEAHY, Individually, as surviving Spouse, and Personal Representative of the Estate of JAMES P. LEAHY, Deceased;

JENNIFER MINGIONE, Individually, as surviving Spouse, and Personal Representative of the Estate of THOMAS MINGIONE, Deceased;

PATRICK J. MULLAN, Individually, as surviving Sibling, and Personal Representative of the Estate of MICHAEL D. MULLAN, Deceased;

THERESA REGAN, Individually, as surviving Parent, and Personal Representative of the Estate of DONALD J. REGAN, Deceased;

JENNIFER REILLY, Individually, as surviving Spouse, and Personal Representative of the Estate of KEVIN O. REILLY, Deceased;

PAULETTE ROBERTS and THOMAS ROBERTS, Individually, as surviving Parents and Co-Personal Representatives of the Estate of MICHAEL E. ROBERTS, Deceased;

ALEXANDER SANTORA and MAUREEN SANTORA, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of CHRISTOPHER SANTORA, Deceased;

STEPHEN SAUCEDO, Individually, as surviving Sibling, and Personal Representative of the Estate of GREGORY SAUCEDO, Deceased;

DENA SMAGALA, Individually, as surviving Spouse,
and Personal Representative of the Estate of STANLEY
S. SMAGALA, JR., Deceased;

CARMEN SUAREZ, Individually, as surviving Spouse,
and Personal Representative of the Estate of RAMON
SUAREZ, Deceased;

**PERSONAL INJURY PLAINTIFFS**

PASQUALE ABATANGELO, Individually;
ANTHONY ACCARDO, Individually;
JOSEPH ACCETTA, Individually;
LUIS ACEVEDO, Individually;
PETER ACQUAFREA, Individually;
PAUL ADAMS, Individually;
THEODORUS ADRICHEM, Individually;
MICHAEL AGOVINO, Individually;
RICHARD AGUGLIARO, Individually;
ALAMO AGUSTINO, Individually;
ROGER AHEE, Individually;
KENNETH AHLERS, Individually;
THOMAS AKERBERG, Individually;
EDWARD ALFARANO, Individually;
RICHARD ALLES, Individually;
CHRISTOPHER AMATO, Individually;
ANTHONY ANDERSON, Individually;
STEPHEN ANDERSON, Individually;
VINCENT ANDERSON, Individually;
FRANK ANDINO, Individually;
STANLEY ANDRUSYCZYN, Individually;
SALVATORE ANNERINO, Individually;
ROBERT ANNUNZIATO, Individually;
ANDREW ANSBRO, Individually;
HARRY ANTONOPOULOS, Individually;
SALVATORE ANZALONE, Individually;
LAWRENCE ARCHER, Individually;
RAYMOND ARCOS, Individually;
MICHAEL ARMETTA, Individually;
DAVID AROCHO, Individually;
THOMAS ASHER, Individually;
JOSEPH ASTARITA, Individually;
CHRISTOPHER ATTANASIO, Individually;
ANTHONY AUCIELLO, Individually;
MARYLOU AURRICHIO, Individually;
ANGEL AYALA, Individually;

CHRISTOPHER BACH, Individually;
JOSEPH BACHERT, Individually;
BENJAMIN BADILLO, Individually;
MICHAEL BAILEY, Individually;
CANDIACE BAKER, Individually;
AUGUSTIN BALARAM, Individually;
WEST BALLOU, Individually;
NICHOLAS BALSAMO, Individually;
RICHARD BANAT, Individually;
ARTURO BANCHS, Individually;
MICHAEL BANKER, Individually;
ROBERT BARAN, Individually;
PAUL BARBARA, Individually;
PAUL BARDO, Individually;
THOMAS BAROZ, Individually;
CHRISTOPHER BARRETT, Individually;
KEVIN BARRETT, Individually;
ROBERT BARRETT, Individually;
BRUCE BARVELS, Individually;
STEVEN BASCELLI, Individually;
PAUL BASSO, Individually;
ANDREW BEARD, Individually;
EDITH BEAUJON, Individually;
MICHAEL BEHETTE, Individually;
JOHN BELFORD, Individually;
MARIO BELL, Individually;
JOHN BELMONTE, Individually;
LORI-ANN BENINSON, Individually;
JOSEPH BENNETT, Individually;
TIMOTHY BENNETT, Individually;
JAMES BERGEN, Individually;
JOSEPH BERING, Individually;
ROBERT BERMINGHAM, Individually;
CHARLES BERNARDI, Individually;
MARK BERNHEIMER, Individually;
FRANK BERRAN, Individually;
RUBEN BERRIOS, Individually;
JOSEPH BERTOLINO, Individually;
MARVIN BETHEA, Individually;
JAMES BEUERMAN, Individually;
DANIEL BEYAR, Individually;
GEORGE BEYER, Individually;
GREGORY BIERSTER, Individually;
DONALD BIGI, Individually;
STEVEN BILICH, Individually;
HOWARD BISCHOFF, Individually;

JOSEPH BISERTA, Individually;
RICHARD BITTLES, Individually;
IRENE BLAICH, Individually;
PETER BLAICH, Individually;
WILLIAM BLAICH, Individually;
SUSAN BLAKE, Individually;
MARK BLANCHARD, Individually;
MATTHEW BLASKOVICH, Individually;
GODFREY BLYTHE, Individually;
THOMAS BOCCAROSSA, Individually;
KENNETH BOHAN, Individually;
MICHAEL BOLAND, Individually;
CHARLES BONAR, Individually;
JOHN BONGIORNO, Individually;
REGINALD BONNER, Individually;
MARK BONSANTI, Individually;
ANDREW BORGESE, Individually;
ROBERT BORNHOEFT, Individually;
NICHOLAS BORRILLO, Individually;
ENIS BOYER, Individually;
MICHAEL BOYLE, Individually;
GEORGE BRAADT, Individually;
MANUEL BRACERO, Individually;
JAMES BRADY, Individually;
THOMAS BRADY, Individually;
MARTIN BRAUN, Individually;
JOSEPH BREEN, Individually;
GERALD BRENKERT, Individually;
JAMES BRENNAN, Individually;
RONALD BRENNEISEN, Individually;
DONALD BRIERLEY, Individually;
VITO BRINZO, Individually;
MICHAEL BROCATO, Individually;
MICHAEL BRODY, Individually;
MICHAEL BROSCHART, Individually;
CHRISTOPHER BROUGHTON, Individually;
JAMES BROWN, Individually;
JOZETTE BROWN, Individually;
PAUL BROWN, Individually;
PETER BROWN, Individually;
RAYMOND BROWN, Individually;
PETER BRUNAES, Individually;
GREG BRUNO, Individually;
JAMES BRUNO, Individually;
STEPHEN BRUNO, Individually;
DAVID BRUNSDEN, Individually;

MICHAEL BUCKLEY, Individually;
BROOK BUDD, Individually;
MICHAEL BUDISCHEWSKY, Individually;
MATTHEW BUONO, Individually;
VINCENT BUONOCORE, Individually;
CHARLES BURGE, Individually;
JAMES BURKE, Individually;
MICHAEL BURKE, Individually;
STEPHEN BURKE, Individually;
WILLIAM BURKE, Individually;
THOMAS BURKE, Individually;
ROBERT BURNS, Individually;
JACQUELINE BURTON, Individually;
RICHARD BYLICKI, Individually;
JOHN BYRNES, Individually;
NELSON CABAN, Individually;
EDWARD CACHIA, Individually;
MICHAEL CAHILL, Individually;
FRANCIS CALABRO, Individually;
KEVIN CALHOUN, Individually;
GARY CALI, Individually;
ROBERT CALISE, Individually;
THOMAS CALKINS, Individually;
VINCENZO CALLA, Individually;
THOMAS CALLAGHAN, Individually;
ERNANDO CAMACHO, Individually;
PATRICK CAMACHO, Individually;
RICHARD CAMIOLO, Individually;
RONALD CAMMARATA, Individually;
BRYAN CAMPBELL, Individually;
RICHARD CAMPBELL, Individually;
ATTHEW CAMPISI, Individually;
VINCENT CANALE, Individually;
THOMAS CANN, Individually;
BIAGIO CANTATORE, Individually;
VICTOR CANTELMO, Individually;
MICHAEL CAPASSO, Individually;
CHARLES CAPLE, Individually;
ROBERT CAPOLONGO, Individually;
DAVID CAPUTO, Individually;
FRANK CAPUTO, Individually;
DAVID CARDINALE, Individually;
HARRY CARDIO, Individually;
PATRICK CAREY, Individually;
PETER CARINO, Individually;
RICHARD CARLINO, Individually;

WILLIAM CARLSON, Individually;
GARY CARPENTIER, Individually;
ANGEL CARRERO, Individually;
CHRISTOPHER CARRI, Individually;
JOHN CARROLL, Individually;
WILLIAM CARROLL, Individually;
ROBERT CARUSO, Individually;
RICHARD CASALETTO, Individually;
JOSEPH CASALIGGI, Individually;
RAYMOND CASCIO, Individually;
THOMAS CASCIO, Individually;
DONALD CASEY, Individually;
GERARD CASEY, Individually;
JAMES CASH, Individually;
STEPHEN CASSE, Individually;
JOHN CASSIDY, Individually;
KEVIN CASSIDY, Individually;
STEPHEN CASSIDY, Individually;
GREGORY CASTELLANO, Individually;
JOHN CATATANO, Individually;
ANTHONY CATERA, Individually;
JOHN CAVAELLI, Individually;
HENRY CERASOLI, Individually;
JOSEPH CESTARI, Individually;
ANTHONY CHAIMOWITZ, Individually;
WILLIAM CHESNEY, Individually;
GERALD CHIAVELLI, Individually;
DINO CHIRCO, Individually;
SHERWIN CHOW, Individually;
JEFFREY CHRISTENSEN, Individually;
ROBERT CHRISTY, Individually;
BUNDY CHUNG, Individually;
PETER CIAPPA, Individually;
FRANK CIARAVINO, Individually;
JAMES CIZIKE, Individually;
RAYMOND CLANCY, Individually;
DONALD CLARK, Individually;
LAWRENCE CLARK, Individually;
DENNIS CLARKE, Individually;
BRIAN CLARO, Individually;
DAVID CLINGAIN, Individually;
JOHN CLINTON, Individually;
DERMOTT CLOWE, Individually;
JAMES CODY, Individually;
CHRISTOPHER COEN, Individually;
ROBERT COLACINO, Individually;

JONATHAN COLEMAN, Individually;
ROBERT COLLIGAN, Individually;
WILLIAM COLLINS, Individually;
BRUCE COLLISTER, Individually;
GEORGE COLUCCI, Individually;
CARMELO COMPOSTO, Individually;
STEPHEN CONKLIN, Individually;
DAVID CONLIN, Individually;
KEVIN CONNELLY, Individually;
JAMES CONNOLLY, Individually;
MICHAEL CONNOLLY, Individually;
PATRICK CONNOLLY, Individually;
THOMAS CONNOLLY, Individually;
WILLIAM CONNOLLY, Individually;
CHRISTOPHER CONNOR, Individually;
STEVEN CONNOR, Individually;
JEFFREY CONTI, Individually;
KENNETH COOK, Individually;
WALTER COOK, Individually;
WERNER COOK, Individually;
JOHN COOMBS, Individually;
JAMES COONEY, Individually;
BRIAN CORCORAN, Individually;
MICHAEL CORR, Individually;
MICHAEL CORRIGAN, Individually;
CHRISTOPHER CORSI, Individually;
STEVEN COSCIA, Individually;
MICHAEL COSTA, Individually;
EDWARD COSTELLO, Individually;
ROY COTIGNOLA, Individually;
JOSEPH COTTER, Individually;
JOSE COTTI, Individually;
JOHN COTTON, Individually;
PATRICK COTTON, Individually;
CHRISTOPHER COUGHLIN, Individually;
JOHN COUGHLIN, Individually;
THOMAS COURTENAY, Individually;
EDWARD COYLE, Individually;
RICHARD COYLE, Individually;
TERENCE COYLE, Individually;
BRIAN COYLE, Individually;
JOHN COYLE, Individually;
RICHARD COYNE, Individually;
CHRIS CRAVEN, Individually;
GERARD CRAWFORD, Individually;
WILLIAM CRAWFORD, Individually;

PAUL CRESCI, Individually;
GEORGE CRISCITIELLO, Individually;
OMAR CRISOSTOMO, Individually;
BRENT CROBAK, Individually;
CHARLES CROCCO, Individually;
JOHN CRONLEY, Individually;
FRANK CSEKO, Individually;
DONALD CSORNY, Individually;
JOHN CUCCIOLA, Individually;
STEVEN CUEVAS, Individually;
PATRICK CULLEN, Individually;
LEONARD CURCIO, Individually;
PETER CURCIO, Individually;
RICHARD CURIEL, Individually;
EDWARD CURLEY, Individually;
JOHN CURLEY, Individually;
FRANK CURNYN, Individually;
JOSEPH CURRAN, Individually;
EDWARD CUTTING, Individually;
DENNIS CZECZOTKA, Individually;
ALAN DAGISTINO, Individually;
PHILIP DAGOSTINO, Individually;
STEVEN DAHLSTROM, Individually;
KENNETH D'ALBERO, Individually;
ALBERT D'ALLESANDRO, Individually;
JAMES DALTON, Individually;
DANIEL DALY, Individually;
JOHN DALY, Individually;
PAUL DALY, Individually;
THOMAS DAMORE, Individually;
PETER D'ANCONA, Individually;
ARTHUR DARBY, Individually;
KEVIN DARCY, Individually;
DOMINIC D'ARRIGO, Individually;
GERARD DAVAN, Individually;
HARROLD DAVER, Individually;
MARK DAVINO, Individually;
JIMMIE DAVIS, Individually;
JOSEPH DAWSON, Individually;
VINCENT DECICCO, Individually;
RODNEY DECORT, Individually;
FRANCIS DEFEO, Individually;
GEORGE DEGEWORTH, Individually;
KEVIN DELANO, Individually;
WILLIAM DELEHANTY, Individually;
FRED DELGROSSO, Individually;

106

JOSEPH DELGROSSO, Individually;
KIRK DELNICK, Individually;
PHILIP DEMARIA, Individually;
VINCENT DEMARINIS, Individually;
NICHOLAS DEMASI, Individually;
RAYMOND DENNINGER, Individually;
RUDOLF DENT, Individually;
JAMES DEPAOB, Individually;
MICHAEL DEPIETRO, Individually;
ROBERT DESANDIS, Individually;
ETIENNE DEVILLIERS, Individually;
DOMINICK DEVITO, Individually;
JOHN DEVLIN, Individually;
JOHN DIAZ, Individually;
RAYMOND DIAZ, Individually;
ROLAND DIAZ, Individually;
ROBERT DIGIOVANNI, Individually;
ANDREW DIGIUGNO, Individually;
MARK DIMAGGIO, Individually;
MICHAEL DINATALE, Individually;
RICHARD DIORIO, Individually;
CHARLES DIRICO, Individually;
ROBERT DISANZA, Individually;
JOHN DIXON, Individually;
VICTOR DIZ, Individually;
JAMES DOBSON, Individually;
THOMAS DOHERTY, Individually;
KEVIN DOHERTY, Individually;
MICHAEL DOLAN, Individually;
STEPHEN DOMINICK, Individually;
FRANCIS DONAHUE, Individually;
SEAN DONAHUE, Individually;
STEPHEN DONNELLY, Individually;
TIMOTHY DONNERY, Individually;
MICHAEL DONOHUE, Individually;
WILLIAM DONOHUE, Individually;
JOSEPH DONOVAN, Individually;
MICHAEL DONOVAN, Individually;
MICHAEL DORGAN, Individually;
JAMES DORMAN, Individually;
KEVIN DORRIAN, Individually;
ROBERT DORRITIE, Individually;
JOHN DOUGHERTY, Individually;
LEONARD DRAVES, Individually;
JOSEPH DREXLER, Individually;
JOSEPH DRISCOLL, Individually;

RICHARD DRISCOLL, Individually;
RICHARD DUBOIS, Individually;
RICHARD DUBOWY, Individually;
DANIEL DUDDY, Individually;
BOBBY DUDLEY, Individually;
BRIAN DUFFY, Individually;
KEVIN DUFFY, Individually;
KEVIN DUNCAN, Individually;
JOHN DUNN, Individually;
JOSEPH DUNN, Individually;
WILLIAM DUNN, Individually;
THOMAS DUNN, Individually;
JODY DUPUIS, Individually;
GEORGE EDGEWORTH, Individually;
CHRISTOPHER EDWARDS, Individually;
WILLIAM EDWARDS, Individually;
JAMES EFTHIMIADES, Individually;
ERNEST EHLBERG, Individually;
GREG EINSFELD, Individually;
WILLIAM ELLIS, Individually;
JAMES ELMENDORF, Individually;
MICHAEL ENDRIZZI, Individually;
JOHN ENGEL, Individually;
JOSEPH ENIA, Individually;
KENNETH ERB, Individually;
RICHARD ERDEY, Individually;
ALBERT ESTRADA, Individually;
DAVID FARRAN, Individually;
DENNIS FARRELL, Individually;
KEVIN FARRELL, Individually;
THOMAS FARRELL, Individually;
JOSEPH FAZZINO, Individually;
ELIZABETH FEATHERSTON, Individually;
STEVEN FEDORCZUK, Individually;
FRANCIS FEEHAN, Individually;
JAMES FEELEY, Individually;
JOSEPH FELLE, Individually;
TERRY FELRICE, Individually;
DANIEL FENNELL, Individually;
RUTH FENNER, Individually;
ROSARIO FERLISI, Individually;
MANUEL FERNANDEZ, Individually;
THOMAS FERRANOLA, Individually;
EDWARD FERRARO, Individually;
NICOLE FERRELL, Individually;
SALVADOR FERRER, Individually;

JAMES FILOMINO, Individually;
JAMES FINN, Individually;
TERENCE FINNERMAN, Individually;
FRANK FIORE, Individually;
DAVID FISCHBEIN, Individually;
CHRISTOPHER FISCHER, Individually;
LEE FISCHER, Individually;
CARL FISHER, Individually;
ROBERT FITHIAN, Individually;
DAVID FITTON, Individually;
MICHAEL FITZMAURICE, Individually;
MIKE FITZPATRICK, Individually;
PATRICK FITZSIMMONS, Individually;
LIAM FLAHERTY, Individually;
WILLIAM FLAHERTY, Individually;
HOLLIS FLANAGAN, Individually;
JAMES FLANAGAN, Individually;
MICHAEL FLANAGAN, Individually;
THOMAS FLEMING, Individually;
THOMAS FLETCHER, Individually;
DONALD FLORE, Individually;
DANIEL FLORENCO, Individually;
HOWARD FLUGMACHER, Individually;
JOHN FLYNN, Individually;
JOSEPH FLYNN, Individually;
MICHAEL FLYNN, Individually;
RICHARD FLYNN, Individually;
WILLIAM FODER, Individually;
GREGORY FODOR, Individually;
BENJAMIN FOGEL, Individually;
DANIEL FOLEY, Individually;
ROBERT FOLEY, Individually;
FRANK FONTAINO, Individually;
ALAN FORCIER, Individually;
GEORGE FORIS, Individually;
NICHOLAS FORNARIO, Individually;
VINCENT FORRAS, Individually;
WARREN FORSYTH, Individually;
GREGORY FORSYTH, Individually;
CHARLES FORTIN, Individually;
MICHAEL FOSSATI, Individually;
ANTHONY FRACHIOLLA, Individually;
LEO FRAGAPANO, Individually;
LUIS FRAGOSO, Individually;
PETER FRANK, Individually;
SCOTT FRAZIER, Individually;

JAMES FREER, Individually;
DANIEL FUCELLA, Individually;
FREDERICK FUCHS, Individually;
ALFREDO FUENTES, Individually;
JOHN FULLAM, Individually;
DANIEL FURLAND, Individually;
CHARLES GAFFNEY, Individually;
JOHNNY GAGLIANO, Individually;
JOHN GAINE, Individually;
JACK GALANTE, Individually;
ANDREW GALASSO, Individually;
DENNIS GALLAGHER, Individually;
ROBERT GALLAGHER, Individually;
JAMES GALLICCHIO, Individually;
ANTHONY GALLO, Individually;
CHARLES GALLOGY, Individually;
PHILIP GAMBINO, Individually;
EDWARD GANASSA, Individually;
PETER GANNON, Individually;
ANNE GARCIA, Individually;
JAMES GARCIA, Individually;
RAFAEL GARCIA, Individually;
ANDREW GARGIULO, Individually;
WAYNE GARGIULO, Individually;
JOHN GARNETT, Individually;
ROBERT GAROFOLO, Individually;
SHARON GATTO, Individually;
STEPHEN GAUDUT, Individually;
RUDOLPH GEIGER, Individually;
CHRISTOS GEORGE, Individually;
PAUL GERMANN, Individually;
BRUCE GERRIE, Individually;
THOMAS GERRISH, Individually;
PETER GIAMMARINO, Individually;
GARRY GIANNANDREA, Individually;
GUERINO GIANNATTANASIO, Individually;
KENNETH GIANNELLI, Individually;
JOSEPH GIBNEY, Individually;
BONNIE GIEBERIED, Individually;
SALVATORE GIGANTE, Individually;
JOSEPH GILDEN, Individually;
DENNIS GILHOOLY, Individually;
THOMAS GILLAM, Individually;
NORMAN GILLARD, Individually;
MICHAEL GIMPEL, Individually;
MICHAEL GINTY, Individually;

CRAIG GIUFFRE, Individually;
JOHN GIUFFRIDA, Individually;
BRIAN GLEASON, Individually;
ROBERT GLEASON, Individually;
WILLIAM GLEASON, Individually;
MICHAEL GLENN, Individually;
KEVIN GLOCK, Individually;
PETER GLOWACZ, Individually;
BARRY GOFFRED, Individually;
MARK GOLDWASSER, Individually;
DONALD GOLLER, Individually;
AWILDA GOMEZ, Individually;
TONY GONZALEZ, Individually;
FRANCINE GOODMAN, Individually;
GLORIA-GIGI GORDON, Individually;
JOHN GORGONE, Individually;
MICHAEL GORMAN, Individually;
PATRICK GORMAN, Individually;
WILLIAM GORMAN, Individually;
RICHARD GOULD, Individually;
STEPHEN GRABNER, Individually;
KEVIN GRACE, Individually;
MICHAEL GRACE, Individually;
JOHN GRAHAM, Individually;
LANAIRD GRANGER, Individually;
JOHN GRAZIANO, Individually;
CHRISTOPHER GREEN, Individually;
WILLIAM GREEN, Individually;
ANTHONY GREENE, Individually;
ALBERT GREENE, Individually;
MICHAEL GREGORY, Individually;
ROBERT GRELL, Individually;
AURELIO GRILLO, Individually;
MICHAEL GRILLO, Individually;
DANIEL GROGUL, Individually;
KEITH GROSS, Individually;
KRISTEN GROSS, Individually;
LLOYD GROSSBERG, Individually;
DANIEL GROSSI, Individually;
MICHAEL GUARDINO, Individually;
PHILIP GUARNIERI, Individually;
THOMAS GUARNIERI, Individually;
STEVEN GUISE, Individually;
FRANK GUNTHER, Individually;
MICHAEL GURNICK, Individually;
KEVIN GUTFLEISCH, Individually;

LUIS GUTIERREZ, Individually;
KEVIN GUY, Individually;
PAUL HAARMAN, Individually;
JAMES HALABY, Individually;
JAMES HALEY, Individually;
PAUL HALEY, Individually;
GARY HALL, Individually;
KENNETH HAMILTON, Individually;
LEAKAT HANIF, Individually;
GARY HANLEY, Individually;
KENNETH HANSEN, Individually;
SCOTT HANSON, Individually;
RON HARDING, Individually;
DOUGLAS HARKINS, Individually;
DARREN HARKINS, Individually;
JEREMIAH HARNEY, Individually;
EMIL HARNISCHFEGER, Individually;
TIMOTHY HARRIGAN, Individually;
KIRK HARRINGTON, Individually;
THOMAS HARRINGTON, Individually;
EUGENE HARRIS, Individually;
JOSEPH HARRIS, Individually;
MICHAEL HARRIS, Individually;
WILLIAM HARRIS, Individually;
RICHARD HARRISON, Individually;
MICHAEL HART, Individually;
ROBERT HARTIE, Individually;
BRIAN HARVEY, Individually;
FRANCIS HASKELL, Individually;
PATRICK HAYDEN, Individually;
LEROY HAYNES, Individually;
RAYMOND HAYWOOD, Individually;
MELFORD HAZEL, Individually;
JAMES HEAL, Individually;
BRIAN HEALY, Individually;
DAVID HEALY, Individually;
GEORGE HEAR, Individually;
STEPHEN HEAVEY, Individually;
MICHAEL HEFFERNAN, Individually;
TODD HEIMAN, Individually;
GREGORY HELFER, Individually;
EUGENE HENDERSON, Individually;
WILLIAM HENDERSON, Individually;
WILLIE HENDERSON, Individually;
WILLIAM HENNESSY, Individually;
MICHAEL HENNIGNA, Individually;

JOHN HENRICKSEN, Individually;
JOHN HENRY, Individually;
THOMAS HENRY, Individually;
WILLIAM HERLIHY, Individually;
JEFF HESTNES, Individually;
HERBERT HICKEY, Individually;
JOSEPH HICKEY, Individually;
PATRICK HICKEY, Individually;
SEAN HICKEY, Individually;
JOSEPH HIGGINS, Individually;
WILLIAM HOAG, Individually;
ROBERT HOFER, Individually;
DONALD HOFFMAN, Individually;
JOHN HOGAN, Individually;
CLIFFORD HOLLYWOOD, Individually;
JOHN HOLOHAN, Individually;
TERRENCE HOLT, Individually;
TIMOTHY HOPPEY, Individually;
BRYAN HORAN, Individually;
MICHAEL HORAN, Individually;
ANDREW HORNBUCKLE, Individually;
ROBERT HOURICAN, Individually;
ANDREA HOWELL, Individually;
ROBERT HOYT, Individually;
EDWARD HRONEC, Individually;
MORRIS HUBBARD, Individually;
SCOTT HUGHES, Individually;
THOMAS HUGHES, Individually;
ROBERT HUMPHREY, Individually;
WILLIAM HUMPHREY, Individually;
PAIGE HUMPHRIES, Individually;
CHRISTOPHER HUNT, Individually;
JAMES HURON, Individually;
JAMES HURSON, Individually;
RICHARD HUTRA, Individually;
JOHN IAMMATTEO, Individually;
DAVID IANELLI, Individually;
MICHAEL IANNAZZO, Individually;
RAFAEL IGLESAIS, Individually;
MICHAEL INCANTALUPO, Individually;
LLOYD INFANZON, Individually;
EARTHA INGRAM, Individually;
WILLIAM INGRAM, Individually;
PETER IOVENO, Individually;
EDWARD IRELAND, Individually;
SALVATORE ISABELLA, Individually;

ANDREW ISOLANO, Individually;
JOSEPH JABLONSKI, Individually;
DANIEL JACKSON, Individually;
VERONICA JACOBS, Individually;
JOHN JAGODA, Individually;
PETER JAKUBOWSKI, Individually;
BRIAN JANELLI, Individually;
THADDEUS JANKOWSKI, Individually;
JOSEPH JANKUNIS, Individually;
RICHARD JANOSCAK, Individually;
MATTHEW JASKO, Individually;
WILLIAM JENNERICH, Individually;
LAWRENCE JENSEN, Individually;
PETER JENSEN, Individually;
WALTER JENSEN, Individually;
STANLEY JESSAMINE, Individually;
DESMOND JHAGROO, Individually;
PAUL JOHNSEN, Individually;
ANITA JOHNSON, Individually;
BRIAN JOHNSON, Individually;
BYRON JOHNSON, Individually;
KEITH JOHNSON, Individually;
NATHANIAL JOHNSON, Individually;
ROBERT JOHNSTON, Individually;
LEROY JONAS, Individually;
JEFFREY JONES, Individually;
ROBERT JONES, Individually;
NIELS JORGENSEN, Individually;
IRWIN JOSEPH BRODSKY, Individually;
JOHN JOYCE, Individually;
KAZIMIERZ JURGIEL, Individually;
WILLIAM JUTT, Individually;
JOSEPH KADILLAK, Individually;
JAMES KADNAR, Individually;
KEITH KAISER, Individually;
GARY KAKEH, Individually;
WILLIAM KALLETTA, Individually;
THOMAS KANE, Individually;
DANIEL KARP, Individually;
JAMES KAY, Individually;
JURGIEL KAZIMIERZ, Individually;
DANIEL KEANE, Individually;
ROBERT KEANE, Individually;
KENNETH KEARNS, Individually;
ROBERT KEATING, Individually;
WILLIAM KEEGAN, Individually;

THOMAS KEERY, Individually;
MICHAEL KELLEHER, Individually;
ROBERT KELLER, Individually;
JILL KELLEY, Individually;
JILL KELLY, Individually;
JAMES KELLY, Individually;
JOHN KELLY, Individually;
ROBERT KELLY, Individually;
JOHN KELTON, Individually;
DANIEL KEMMET, Individually;
DANIEL KEMMET, SR., Individually;
MICHAEL KEMPER, Individually;
GERARD KENNEDY, Individually;
JOSEPH KENNEDY, Individually;
RICHARD KENNY, Individually;
DENNIS KERBIS, Individually;
KENNETH KERR, Individually;
JOHN KIELTY, Individually;
JOHN KILCOYNE, Individually;
ROGER KILFOIL, Individually;
JOSEPH KILLEEN, Individually;
CHRISTOPHER KING, Individually;
WILLIAM KING, Individually;
JOHN KIRK, Individually;
PATRICK KISSANE, Individually;
WINFIELD KLUTH, Individually;
ROBERT KMAK, Individually;
WILLIAM KNOTH, Individually;
ERIC KNUTSEN, Individually;
CRAIG KOBES, Individually;
CHARLES KOTOV, Individually;
WALTER KOWALCEZYK, Individually;
MICHAEL KOZAK, Individually;
STEVEN KRAKOWER, Individually;
FRANK KROPF, Individually;
RICHARD KUERNER, Individually;
MICHAEL KULL, Individually;
CARLOS KUPER, Individually;
JOHN LABARBERA, Individually;
RICHARD LACERRA, Individually;
ROBERT LACEY, Individually;
RAYMOND LACHHMAN, Individually;
ERIK LAHODA, Individually;
MICHAEL LALLY, Individually;
LANCE LAMAZZA, Individually;
RAYMOND LAMBDIN, Individually;

MARTIN LANG, Individually;
RICHARD LANG, Individually;
GEORGE LANTAY, Individually;
PATRICK LANZA, Individually;
CHRISTOPHER LAROCCA, Individually;
MICHAEL LAROSA, Individually;
JOSEPH LASHER, Individually;
ROBERT LASTELLA, Individually;
JAMES LAUER, Individually;
JOSEPH LAVIN, Individually;
PATRICK LAVIN, Individually;
JOHN LAYTON, Individually;
HOUSSAIN LAZAAR, Individually;
CHAD LEACH, Individually;
WILLIAM LEAHY, Individually;
MICHAEL LEAMY, Individually;
FRANK LEANDRO, Individually;
JOSEPH LECLAIR, Individually;
WOODY LEDWITH, Individually;
EDWARD LEE, Individually;
STEPHEN LEE, Individually;
ARTIE LEECOCK, Individually;
DANIEL LEFEBVRE, Individually;
CHRISTOS LEFKADITIS, Individually;
JAMES LEIBMAN, Individually;
JOYCE LEIGH, Individually;
JOSEPH LEMBO, Individually;
RICHARD LEMONDA, Individually;
KEVIN LENAHAN, Individually;
JOHN LENIHAN, Individually;
HUGH LENNON, Individually;
JOHN LENNON, Individually;
THOMAS LENT, Individually;
JOHN LEVENDOSKY, Individually;
JEFF LEVER, Individually;
VINCENT LEVIEN, Individually;
ABRAHAM LEVINSON, Individually;
PATRICIA LEWIS, Individually;
JAMES LEWIS, Individually;
DANIEL LIND, Individually;
DENNIS LINEHAN, Individually;
RONALD LITTLEJOHN, Individually;
LANCE LIZZUL, Individually;
ROBERT LODATO, Individually;
EDWARD LOEHMANN, Individually;
FRANK LOMBARDI, Individually;

MICHAEL LOMBARDI, Individually;
THOMAS LONEGAN, Individually;
GEORGE LONERGAN, Individually;
STEPHEN LONERGAN, Individually;
MANUAL LOPEZ, Individually;
ROBERT LOPEZ, Individually;
MICHAEL LOPORCARO, Individually;
CHARLES LOSACCO, Individually;
MARK LOTITO, Individually;
VINCENT LOUIS, Individually;
JOHN LOVETT, Individually;
EDWARD LUCIANI, Individually;
STEVEN LUISI, Individually;
VINCENT LUISI, Individually;
SALVATORE LUMIA, Individually;
ADAM LUTFI, Individually;
DAVID LYNN, Individually;
THOMAS LYONS, Individually;
CHARLIE LYONS, Individually;
CHRISTIAN LYSY, Individually;
GREGORY MACAGNONE, Individually;
JACK MACALUSO, Individually;
MICHAEL MACDONALD, Individually;
MICHAEL MACKL, Individually;
FRANK MACRI, Individually;
ROBERT MADDEN, Individually;
JOSEPH MAGGI, Individually;
JAMES MAHON, Individually;
PATRICK MAHONEY, Individually;
ANDRE MAJORS, Individually;
ANDREW MAJORS, Individually;
GLEN MAKUCH, Individually;
CECIL MALONEY, Individually;
PATRICK MALONEY, Individually;
TIMOTHY MALONEY, Individually;
DEBORAH MANDELL, Individually;
ROBERT MANDIA, Individually;
FRANK MANETTA, Individually;
THOMAS MANGUS, Individually;
CHARLES MANISCALCO, Individually;
JAMES MANITTA, Individually;
WILLIAM MANNION, Individually;
DANIEL MANOCHIO, Individually;
WAYNE MANZIE, Individually;
LEON MARASHAJ, Individually;
FELIPE MARCANO, Individually;

EDMOND MARCOUX, Individually;
ROBERT MARCOUX, Individually;
RICHARD MARGINO, Individually;
MARY MARINELLI, Individually;
STEVE MARION, Individually;
JOHN MARK, Individually;
LAWRENCE MARLEY, Individually;
JOHN MARR, Individually;
ERIK MARRERO, Individually;
JAMES MARTIN, Individually;
DARIO MARTINEZ, Individually;
DORIS MARTINEZ, Individually;
WILLIAM MARTINEZ, Individually;
ANTONIO MARTINO, Individually;
MICHAEL MARTORANA, Individually;
ROCCO MASCIOLO, Individually;
CHRISTOPHER MASSARIA, Individually;
JOHN MASSAROTTI, Individually;
THOMAS MASTRODOMENICO, Individually;
MARC MASTROS, Individually;
DANIEL MATTEO, Individually;
ANTHONY MATTONE, Individually;
GARRY MAURICE, Individually;
THOMAS MAY, Individually;
SHAWN MAY, Individually;
MICHAEL MAYER, Individually;
ROBERT MAYNES, Individually;
RICHARD MAYRONNE, Individually;
GARY MAZALATIS, Individually;
JOSEPH MAZZARELLO, Individually;
LORI MAZZEO, Individually;
THOMAS MCAREE, Individually;
BRIAN MCAVOY, Individually;
SEAN MCBRIEN, Individually;
JAMES MCBURNEY, Individually;
EDWARD MCCABE, Individually;
KEVIN MCCABE, Individually;
STEVEN MCCAFFERY, Individually;
THOMAS MCCAFFREY, Individually;
EDWARD MCCAMPHILL, Individually;
JOHN MCCANN, Individually;
NEIL MCCARTHY, Individually;
JAMES MCCARTHY, Individually;
HAROLD MCCLUTCHY, Individually;
CHRISTOPHER MCCORMACK, Individually;
PATRICK MCCORMACK, Individually;

IRVING MCCOY, Individually;
KEVIN MCCUTCHAN, Individually;
JOHN MCDONALD, Individually;
KELLY MCDONALD, Individually;
DANIEL MCDONOUGH, Individually;
DAVID MCDONOUGH, Individually;
KEVIN MCDOWELL, Individually;
CHARLES MCELHONE, Individually;
GREGORY MCENROE, Individually;
PATRICK MCEVOY, Individually;
JOANN MCFARLAND, Individually;
MICHAEL MCFARLAND, Individually;
TERRENCE MCGANN, Individually;
SHAUN MCGILL, Individually;
PATRICK MCGIVNEY, Individually;
JOHN MCGONIGLE, Individually;
CORNELIUS MCGOVERN, Individually;
DAVID MCGOVERN, Individually;
JOSEPH MCGOVERN, Individually;
KEVIN MCGOWAN, Individually;
BRIAN MCGUIRE, Individually;
ROBERT MCGUIRE, Individually;
JAMES MCHUGH, Individually;
TIM MCINERNEY, Individually;
JAMES MCKAY, Individually;
WALTER MCKEE, Individually;
BRAIN MCKEEVER, Individually;
THOMAS MCKENNA, Individually;
SHAWN MCKEON, Individually;
CHRISTOPHER MCLAUGHLIN, Individually;
JOHN MCLAUGHLIN, Individually;
WILLIAM MCLAUGHLIN, Individually;
JOSEPH MCMAHON, Individually;
GERARD MCMAHON, Individually;
PAUL MCMENAMY, Individually;
WILLIAM MCNALLY, Individually;
JAMES MCNAMARA, Individually;
JOHN MCNAMARA, Individually;
GARY MCNULTY, Individually;
GERARD MCPARLAND, Individually;
ROBERT MEADOWS, Individually;
PHILIP MEDEIROS, Individually;
PAUL MEDORDI, Individually;
VINCENT MEDORDI, Individually;
KEVIN MEEHAN, Individually;
KEVIN MELFI, Individually;

MICHAEL MELILLO, Individually;
KEVIN MELODY, Individually;
JAMES MELVIN, Individually;
RICHARD MEO, Individually;
JOSEPH MEOLA, Individually;
DENNIS MEYERS, Individually;
JAMES MILLER, Individually;
NEIL MILLER, Individually;
MICHAEL MILNER, Individually;
DERRICK MILONE, Individually;
DONALD MIMNAUGH, Individually;
LOUIS MINUTOLI, Individually;
RICHARD MIRANDA, Individually;
JOHN MISKANIC, Individually;
MARK MISSALL, Individually;
JOHN MIXON, Individually;
JOSEPH MIYNARCZYK, Individually;
ANTHONY MODICA, Individually;
STEVE MODICA, Individually;
AMON MODINE, Individually;
FRANK MOLLICA, Individually;
PAUL MOLONEY, Individually;
ALWISH MONCHERY, Individually;
FRANK MONDELLI, Individually;
PAUL MONFRE, Individually;
JOHN MONGIELLO, Individually;
DOMINICK MONTALTO, Individually;
JOSE MONTALVO, Individually;
YVETTE MONTALVO, Individually;
JOSEPH MONTANARO, Individually;
ELIZARDO MONTES, Individually;
KEVIN MONTGOMERY, Individually;
KENNETH MOODY, Individually;
FRANK MOORE, Individually;
GARY MOORE, Individually;
MICHAEL MOORE, Individually;
THOMAS MOORE, Individually;
ROBERT MOORE, Individually;
JAMES MORAN, Individually;
JOHN MORAN, Individually;
WILLIAM MORAN, Individually;
DONALD MORMINO, Individually;
ALBERTO MORRALES, Individually;
ROBERT MORRIS, Individually;
WILLIAM MORRIS, Individually;
HENRY MORRISON, Individually;