EDWARD MORRISSEY, Individually;
BLANCA MORRONE, Individually;
KEVIN MORRONE, Individually;
JOHN MORRONGIELLO, Individually;
AUDREY MOSLEY MARCUS, Individually;
JOSEPH MOTTOLA, Individually;
FRANK MOTYKA, Individually;
JERZY MROZEK, Individually;
JOHN MUCCIOLA, Individually;
ANTHONY MUIA, Individually;
RICHARD MULHERN, Individually;
MARK MULLADY, Individually;
KEVIN MULLANE, Individually;
WILLIAM MULLER, Individually;
HUGH MULLIGAN, Individually;
KENNETH MULLIGAN, Individually;
DANIEL MULLINS, Individually;
JAMES MULLINS, Individually;
BRENDAN MULROY, Individually;
BRIAN MULRY, Individually;
LEONARD MUNDA, Individually;
RAUL MUNIZ, Individually;
MICHAEL MUNOZ, Individually;
MURRAY MURAD, Individually;
JONATHAN MURATH, Individually;
JESSE MURPHY, Individually;
JOHN MURPHY, Individually;
KEITH MURPHY, Individually;
MICHAEL MURPHY, Individually;
PATRICK MURPHY, Individually;
ROBERT MURPHY, Individually;
STEVEN MURPHY, Individually;
THOMAS MURPHY, Individually;
JOSEPH MURPHY, Individually;
DANIEL MURRAY, Individually;
JOHN MURRAY, Individually;
KEVIN MURRAY, Individually;
GERARD MURTHA, Individually;
MICHAEL MUSTO, Individually;
ARTHUR MYERS, Individually;
FRANK MYERS, Individually;
JOHN NAJMY, Individually;
ANDREA NANNA-MONTGOMERY, Individually;
RICHARD NAPLES, Individually;
JOSEPH NAPOLI, Individually;
JOSEPH NARDONE, Individually;

REYNALDO NARVAEZ, Individually;
ROBERT NEBEL, Individually;
RALPH NEGRON, Individually;
JAMES NEVILLE, Individually;
JOHN NEWELL, Individually;
PETER NEWEN, Individually;
STEVEN NEWMAN, Individually;
THOMAS NEWMAN, Individually;
STEPHEN NICHOLS, Individually;
GERARD NICOLETTI, Individually;
ROBERT NIEBLER, Individually;
PAUL NIGRO, Individually;
JEFFREY NIX, Individually;
NANCY NOBLE, Individually;
ALBERT NOCELLA, Individually;
WILLIAM NOLAN, Individually;
ALEXANDER NONEY, Individually;
DANIEL NOONAN, Individually;
RICHARD OBERMAYER, Individually;
GREGORY O'BRIEN, Individually;
JOHN O'BRIEN, Individually;
JOSEPH O'BRIEN, Individually;
RICHARD O'BRIEN, Individually;
SEAN O'BRIEN, Individually;
CLARE O'CONNELL, Individually;
MICHAEL O'CONNELL, Individually;
JOHN O'CONNOR, Individually;
PATRICK O'CONNOR, Individually;
THOMAS O'CONNOR, Individually;
WILLIAM O'CONNOR, Individually;
JOHN ODDO, Individually;
WALTER ODINOKOW, Individually;
GEORGE O'DOHERTY, Individually;
CHRISTOPHER O'DONNELL, Individually;
JAMES O'DONNELL, Individually;
JOSEPH O'DONNELL, Individually;
ROBERT O'DOWD, Individually;
MICHAEL O'GORMAN, Individually;
JOSEPH O'HARA, Individually;
HOWARD O'HRINGER, Individually;
BRIAN O'LEARY, Individually;
THOMAS O'LEARY, Individually;
DANIEL OLIVERI, Individually;
DAVID O'NEIL, Individually;
CHARLES O'NEILL, Individually;
TROISI ONOFRIO, Individually;

ROBERT OPALECKY, Individually;
MICHAEL O'ROURKE, Individually;
THOMAS O'ROURKE, Individually;
WILLIAM OROZCO, Individually;
JOSE ORTIZ, Individually;
ARTHUR OSCHMANN, Individually;
MICHAEL O'SHEA, Individually;
HARRY OSTER, Individually;
LUIS OSTOLOZAGA, Individually;
CHRISTOPHER O'SULLIVAN, Individually;
JOSEPH O'SULLIVAN, Individually;
MICHAEL O'SULLIVAN, Individually;
SEAN O'SULLIVAN, Individually;
GIRARD OWENS, Individually;
GERARD PACE, Individually;
JACQUELINE PADILLA, Individually;
ELROY PAGAN, Individually;
THOMAS PAIR, Individually;
VINCENT PALMIERI, Individually;
MICHELE PAOLINI, Individually;
EDWARD PARKER, Individually;
ROBERT PARKER, Individually;
RONALD PARKER, Individually;
GREGORY PARR, Individually;
RONALD PASCUCCI, Individually;
SCOTT PASKEWITZ, Individually;
JOSEPH PASQUARELLO, Individually;
MICHAEL PASQUARELLO, Individually;
PETER PATTERSON, Individually;
DENNIS PATTI, Individually;
JEFFREY PAWLICKI, Individually;
HILTON PEARCE, Individually;
FRANK PEPE, Individually;
GEORGE PEPE, Individually;
FRANK PEREZ, Individually;
LUIS PEREZ, Individually;
OSVALDO PEREZ, Individually;
DANIEL PERITORE, Individually;
JASON PERRONE, Individually;
FRANK PERRY, Individually;
MICHAEL PERRY, Individually;
ROBERT PESCE, Individually;
DARRYL PETTIGREW, Individually;
ROBIN PFEFFER, Individually;
RON PFEFFER, Individually;
FREEDMAN PFEIL, Individually;

CHRISTOPHER PHILLIPS, Individually;
VINCENT PICCIANO, Individually;
JOSEPH PICCININNI, Individually;
RICHARD PICCIOTTO, Individually;
GREGORY PICCONI, Individually;
GEORGE PICKETT, Individually;
JAMES PICONE, Individually;
BOZENA PIELARZ, Individually;
GLEN PILLARELLA, Individually;
ROBERT PILLARELLA, Individually;
LORRAINE PIRILLO, Individually;
CHRISTOPHER PISANO, Individually;
PERRY PIZZOLO, Individually;
LEWIS PIZZULLI, Individually;
THOMAS PLANE, Individually;
DEDIE PLASENCIA, Individually;
BRYAN PLATT, Individually;
MICHELLE POHL, Individually;
ANDREW POLINSKY, Individually;
WILLIAM POLLACK, Individually;
DOMINICK POMA, Individually;
JOSEPH POMA, Individually;
SALVATORE POMA, Individually;
ANDREW PORRAZZO, Individually;
STEPHEN POSE, Individually;
JAMES POWERS, Individually;
LARRY PRATHER, Individually;
FREDERICK PREVETE, Individually;
ROBIN PRINTY, Individually;
KIRK PRITCHARD, Individually;
MARTIN PROKUP, Individually;
DENNIS PROSICK, Individually;
NICHOLAS PUCCIARELLI, Individually;
ROBERT PUGLIESE, Individually;
RICHARD PULZONE, Individually;
FRANK PUMA, Individually;
CARL PUNZONE, Individually;
ANTHONY QUARANTI, Individually;
PHILIP QUATTROCCHI, Individually;
PABLO QUESADA, Individually;
JOHN QUEVADO, Individually;
HENRY QUEVEDO, Individually;
WILLIAM QUICK, Individually;
TIMOTHY QUIN, Individually;
ANDREW QUINN, Individually;
DENNIS QUINN, Individually;

JOSEPH QUINN, Individually;
MICHAEL QUINN, Individually;
RICHARD RACCIOPPI, Individually;
GLENN RADERMACHER, Individually;
JAMES RAGARN, Individually;
MICHAEL RAIMER, Individually;
LOUIS RAIMONDI, Individually;
KENNETH RALLIS, Individually;
RICHARD RAMAIZEL, Individually;
DAVID RAPP, Individually;
THOMAS RAPPE, Individually;
ANDREW RASAVONGSZUK, Individually;
SEBASTIAN RASPANTI, Individually;
STEPHEN RASWEILER, Individually;
RICHARD RATTAZZI, Individually;
DAVID RAYMOND, Individually;
STEVEN RAZICKAS, Individually;
JOSUE RECIO, Individually;
DANIEL REDDAN, Individually;
JAMES REDMOND, Individually;
ROBERT REEG, Individually;
SHAUN REEN, Individually;
DAVID REEVE, Individually;
JOHN REGAN, Individually;
ROBERT REGAN, Individually;
GERARD REILLY, Individually;
JOHN REILLY, Individually;
KEVIN REILLY, Individually;
MARK REILLY, Individually;
STEPHEN REILLY, Individually;
LEONARD REINA, Individually;
ROBERT REIP, Individually;
MICHAEL RELAY, Individually;
JOHN REMENTERIA, Individually;
WILLIAM RENDINO, Individually;
DAVID RESTUCCIO, Individually;
MICHAEL REUTTER, Individually;
HERMAN REYES, Individually;
JOHN RHATIGAN, Individually;
VITO RIBAUDO, Individually;
MICHAEL RICCIARDI, Individually;
ROBERT RICCIARDI, Individually;
STEPHEN RICCIO, Individually;
EUGENE RICE, Individually;
JOHN RICE, Individually;
STEPHEN RICE, Individually;

ROGER RICHES, Individually;
ROCCO RINALDI, Individually;
JOHN RINCIARI, Individually;
LOUIE RIOS, Individually;
DAVID RIVAS, Individually;
ALCIDES RIVERA, Individually;
ALFRED RIVERA, Individually;
DANIEL RIVERA, Individually;
HECTOR RIVERA, Individually;
ROBERT RIVERA, Individually;
TERENCE RIVERA, Individually;
THOMAS RIVICCI, Individually;
JOHN RIZZI, Individually;
MATTHEW ROACH, Individually;
GARY ROBBINS, Individually;
RAINFORD ROBERTS, Individually;
TIMOTHY ROBERTS, Individually;
THOMAS ROBISKY, Individually;
ANTHONY ROCCHIO, Individually;
JOSEPH ROCHA, Individually;
ROBERT ROCHFORD, Individually;
ALAN ROCKEFELLER, Individually;
WILLIAM RODGERS, Individually;
PETER RODRIGUEZ, Individually;
KENNETH ROGERS, Individually;
KEVIN ROGERS, Individually;
STEVE ROGERS, Individually;
JOHN ROGERS, Individually;
CARMEN ROMERO, Individually;
BRUCE ROSS, Individually;
MICHAEL ROY, Individually;
DONALD ROZAS, Individually;
JOHN RUBINO, Individually;
KEITH RUBY, Individually;
STEWART RUETER, Individually;
JOSEPH RUGGIRELLO, Individually;
RICHARD RUIZ, Individually;
JAMES RULAND, Individually;
STEPHEN RUSSACK, Individually;
DAVID RUSSELL, Individually;
BRIAN RUSSO, Individually;
SALVATORE RUSSO, Individually;
VITO RUVOLO, Individually;
DENIS RYAN, Individually;
HENRY RYAN, Individually;
KEVIN RYAN, Individually;

RICHARD RYAN, Individually;
ROBERT RYAN, Individually;
THOMAS RYAN, Individually;
EDWARD RZEMPOLVCH, Individually;
ROBERT SACCHI, Individually;
CHRISTINE SAKOUTIS, Individually;
JOSEPH SALADIS, Individually;
PARIS SALEM, Individually;
STEVEN SAMMIS, Individually;
FELIX SANCHEZ, Individually;
RUDY SANFILIPPO, Individually;
JOHN SANJURJO, Individually;
PETER SANTELLI, Individually;
BOBBY SANTIAGO, Individually;
DAVID SANTISE, Individually;
JOSEPH SAPIENZA, Individually;
JOSEPH SARDO, Individually;
MARK SARNES, Individually;
LOUIS SARTINI, Individually;
ARTHUR SARTOR, Individually;
JEREMY SASSMAN, Individually;
PETER SAVARESE, Individually;
PATRICIA SCADUTO-SOTO, Individually;
ERIC SCAKNOFF, Individually;
MICHAEL SCALARD, Individually;
THOMAS SCALLY, Individually;
THOMAS SCAMBONE, Individually;
KEVIN SCANLON, Individually;
GILBERT SCARAZZINI, Individually;
SALVATORE SCARENTINO, Individually;
PATRICK SCARINGELLO, Individually;
STEVEN SCARINZI, Individually;
JOHN SCARSELLA, Individually;
JOHN SCHAEFER, Individually;
JAMES SCHIAVONE, Individually;
SCOTT SCHIELDS, Individually;
JOHN SCHILLINGER, Individually;
WILLIAM SCHILLINGER, Individually;
RICHARD SCHLUECK, Individually;
ROBERT SCHMIDT, Individually;
CLINTON SCHMITTERER, Individually;
ROBERT SCHMUCK, Individually;
MICHAEL SCHNITZER, Individually;
ROBERT SCHOR, Individually;
MICHAEL SCHREIBER, Individually;
ROBERT SCHULZ, Individually;

JAMES SCHWICKE, Individually;
VINCENT SCIALPI, Individually;
VICTOR SCIARAPPA, Individually;
ANGELO SCIFO, Individually;
GREGORY SCLAFANI, Individually;
JOHN SCOTCH, Individually;
ROBERT SCOTT, Individually;
SUSAN SCOTT, Individually;
MICHAEL SCULLY, Individually;
LISA SECKLER-OODE, Individually;
JOSEPH SEENEY, Individually;
VINCENT SEPE, Individually;
RICHARD SERE, Individually;
ANGEL SERRANO, Individually;
LUIS SERRANO, Individually;
WILLIAM SESSELMAN, Individually;
MICAHEL SFORZA, Individually;
DAVID SGROMO, Individually;
PETER SHANLEY, Individually;
JAMES SHANNON, Individually;
MATTHEW SHANNON, Individually;
BRIAN SHEA, Individually;
JAMES SHEA, Individually;
KEVIN SHEEHAN, Individually;
EDWARD SHEEHY, Individually;
GARY SHERIDAN, Individually;
KEVIN SHEROD, Individually;
JAMES SHERWOOD, Individually;
GIUSEPPE SIBILLA, Individually;
ALPHONSE SICIGNANO, Individually;
JOHN SIGNORELLI, Individually;
ANTHONY SIGNORILE, Individually;
THOMAS SILVESTRI, Individually;
VINCENT SIMEONE, Individually;
DAVID SIMMS, Individually;
JEFFREY SIMMS, Individually;
AUGUSTINE SIMONCINI, Individually;
RAYMOND SIMONS, Individually;
GERARD SIMPSON, Individually;
SAMBA SINERA, Individually;
KHEMRAJ SINGH, Individually;
DENNIS SIRY, Individually;
SCOTT SIVERT, Individually;
ANTHONY SKOMINA, Individually;
JOSEPH SKONIECZNY, Individually;
LEO SKORUPSKI, Individually;

GARY SLATTERY, Individually;
JAMES SMAGALA, Individually;
GARY SMILEY, Individually;
CARLTON SMITH, Individually;
GEORGE SMITH, Individually;
GERARD SMITH, Individually;
JAMES SMITH, Individually;
PATRICK SMITH, Individually;
WARREN SMITH, Individually;
WILLIAM SMITH, Individually;
MICHAEL SMITH, Individually;
GERALD SNELL, Individually;
RICHARD SNYDER, Individually;
WILLIAM SOHMER, Individually;
MARK SOLARI, Individually;
GERARD SOMERVILLE, Individually;
FRANK SOMMA, Individually;
STEVEN SORGER, Individually;
WALTER SORRENTI, Individually;
MICHAEL SORRENTINO, Individually;
PHILIP SOTO, Individually;
DEAN SPADARO, Individually;
WILLIAM SPADE, Individually;
JOSEPH SPAGNOLA, Individually;
FRANK SPALDO, Individually;
DOUGLAS SPANO, Individually;
HENRY SPEICHER, Individually;
ROBERT SPELLMAN, Individually;
JAMES SPENCER, Individually;
STEPHEN SPINELLI, Individually;
ROBERT SPINELLI, Individually;
BRIAN SPISTO, Individually;
THOMAS SPITZBARTH, Individually;
FRANK SPRING, Individually;
BERTRAM SPRINGSTEAD, Individually;
ROBERT SPUTH, Individually;
MICHAEL SPYNTIUK, Individually;
ANTHONY SROUR, Individually;
EUGENE ST. JOHN, Individually;
CLIFFORD STABNER, Individually;
BERTRAM STAHLBERG, Individually;
JOHN STAIANO, Individually;
ADOLPH STAMPFEL, Individually;
JAMES STANG, Individually;
ROBERT STANLEWICZ, Individually;
ROBERT STANTON, Individually;

JAMES STASIO, Individually;
KEVIN STEININGER, Individually;
SYLVESTER STEWART, Individually;
MARK STONE, Individually;
PETER STRAHL, Individually;
LOUIS STRANDBERG, Individually;
BRIAN STRENGE, Individually;
RAY STRONG, Individually;
JIMMIE SULLIVAN, Individually;
PATRICK SULLIVAN, Individually;
JAMES SULLIVAN, Individually;
STEVEN SUPEK, Individually;
DANIEL SURAT, Individually;
GARY SUSON, Individually;
ERIC SUTTON, Individually;
MICHAEL SUWALSKI, Individually;
ISA SWEDIN, Individually;
EDWARD SWEENEY, Individually;
JOSEPH SYKES, Individually;
DENNIS TAAFFE, Individually;
KEITH TANICO, Individually;
DAVID TANZMAN, Individually;
ALPHA TARAWALLY, Individually;
PETER TARTAGLIONE, Individually;
FELICIA TAYLOR, Individually;
JOHN TEDESCO, Individually;
MICHAEL TENTEROMANO, Individually;
JEFF TESORIERO, Individually;
VINCENT TESORIERO, Individually;
LUIS THOMAS, Individually;
THOMAS THOMASEN, Individually;
DONALD THOMPSON, Individually;
JAMES THOMPSON, Individually;
ROBERT THOMPSON, Individually;
SCOTT THOMSON, Individually;
ROBERT TILEARCIO, Individually;
THOMAS TILLOTSON, Individually;
JOHN TISKA, Individually;
DONALD TOMM, Individually;
KEVIN TONKIN, Individually;
STEVEN TONREY, Individually;
ALVIN TORO, Individually;
ANGEL TORRES, Individually;
EDGAR TORRES, Individually;
EDITH TORRES, Individually;
WALTER TORRES, Individually;

MICHAEL TORRES, Individually;
JOSEPH TORRILLO, Individually;
JOSEPH TOSCANO, Individually;
RUSSELL TOUHEY, Individually;
CHARLES TOZZO, Individually;
JAMES TOZZO, Individually;
PETER TRACY, Individually;
FRANCIS TRAPANI, Individually;
PETER TRAUT, Individually;
BARRY TRAVIS, Individually;
LOUIS TREGLIA, Individually;
TINA TRESCA, Individually;
MICHAEL TREZZA, Individually;
MICHAEL TRIGLIANOS, Individually;
JOHN TROIANIELLO, Individually;
VICTOR TROISI, Individually;
RALPH TUFANO, Individually;
EDWARD TURNER, Individually;
JOSEPH TUSTIN, Individually;
ERIC TVEDT, Individually;
LEONARD TYRELL, Individually;
THOMAS UBERTINI, Individually;
BRIAN URBAN, Individually;
NEIL VAILLANCOURT, Individually;
HILDA VALENTINE, Individually;
ANTHONY VALETTA, Individually;
CHARLES VAN PELT, Individually;
THOMAS VANROSSEM, Individually;
JOHN VANWAGONER, Individually;
MARIO VASCON, Individually;
DONALD VASTOLA, Individually;
ONELIA VAZQUEZ, Individually;
DANIEL VELAZQUEZ, Individually;
JOSE VELAZQUEZ, Individually;
SALVATORE VENTIMIGLIA, Individually;
JOHN VERACKA, Individually;
STEVEN VERDEROSA, Individually;
RICHARD VETLAND, Individually;
GUY VILLANO, Individually;
PHILIP VINCENZO, Individually;
ROBERT VINCIGUERRA, Individually;
BETTY VIOLETA-LLANO, Individually;
GREGORY VOCE, Individually;
FREDERICK WALKER, Individually;
ED WALLACE, Individually;
ROBERT WALLEN, Individually;

DANIEL WALSH, Individually;
CHRISTOPHER WANKER, Individually;
CHRISTOPHER WARD, Individually;
KEITH WARD, Individually;
THOMAS WARD, Individually;
GARY WASHINGTON, Individually;
MACK WASHINGTON, Individually;
RICHARD WATTS, Individually;
ALBERT WEBER, Individually;
JOHN WEBER, Individually;
CHARLES WEINSHEIMER, Individually;
PAUL WEIS, Individually;
STEVEN WEISNER, Individually;
JAMES WELDON, Individually;
RICHARD WELDON, Individually;
CHARLES WELLS, Individually;
WILLIAM WELSH, Individually;
MICHAEL WELSH, Individually;
GARY WENDELL, Individually;
JAMES WERNER, Individually;
MICHAEL WERNICK, Individually;
JAMES WHITE, Individually;
JOHN WHOLIHAN, Individually;
JOHN WHYTE, Individually;
ROBERT WIEDMANN, Individually;
ROBERT WILDAY, Individually;
JOHN WILLADSEN, Individually;
DEREK WILLIAMS, Individually;
HERMAN WILLIAMS, Individually;
KEVIN WILLIAMS, Individually;
THOMAS WILLIAMS, Individually;
TYRONE WILLIAMS, Individually;
VANDON WILLIAMS, Individually;
VINCENT WILLIAMS, Individually;
ROBERT WILLIAMSON, Individually;
JAMES WILLIS, Individually;
JOHN WILSON, Individually;
JOHN WILSON, Individually;
ROBERT WILSON, Individually;
JAMES WINTERS, Individually;
DENNIS WIRBICKAS, Individually;
MICHAEL WITKOWSKI, Individually;
GARY WOOD, Individually;
JOHN WROBEL, Individually;
GREGORY WYCKOFF, Individually;
SPIRO YIORAS, Individually;

JOHN YORKS, Individually;
VINCENT YORKS, Individually;
MARK YOUNGBERG, Individually;
JAMES ZADROGA, Individually;
ROBERT ZAJKOWSKI, Individually;
STEPHEN ZASA, Individually;
MICHAEL ZECHEWYTZ, Individually;
THOMAS ZELIOS, Individually;
PATRICK ZODA, Individually;
MARTIN ZOLLNER, Individually;
MAURICE ZUNIGA, Individually;

-------------------------------------------------------------------x

**PERSONAL INJURY PLAINTIFFS WHO ARE NOW DECEASED**

**Barasch McGarry**
**Kreindler & Kreindler LLP**

MARIA LUKAS, as Personal Representative of the Estate of ALBERTO ACEVEDO, Deceased;

ALISON ACKER, as Personal Representative of the Estate of GARY ACKER, Deceased;

DARYA ADLER, as Personal Representative of the Estate of LARRY ADLER, Deceased;

DAVID ALES, as Personal Representative of the Estate of FRANK ALES, Deceased;

DEBRA ANTONUCCI, as Personal Representative of the Estate of MICHAEL ANTONUCCI, Deceased;

HERMAN DAWSON, as Personal Representative of the Estate of JUANITA ARSENEC, Deceased;

IRIS AVILES, as Personal Representative of the Estate of THEODORE AVILES, Deceased;

DANIEL SMITH, as Personal Representative of the Estate of JANET BAHERNS, Deceased;

PAMELA HILL, as Personal Representative of the Estate of VICTORIA BAIRD, Deceased;

MARY H BEGLEY, as Personal Representative of the Estate of THOMAS J. BEGLEY, Deceased;

ROSE BOLUSI, as Personal Representative of the Estate
of FRANK BOLUSI, Deceased;

KATHLEEN BONDESON, as Personal Representative of
the Estate of FRANK BONDESON, Deceased;

IRIS CORDOVA, as Personal Representative of the
Estate of NICHOLAS BOSCAINO, Deceased;

NOREEN BOYLE, as Personal Representative of the
Estate of PATRICK BOYLE, Deceased;

MARY ELLEN BUCH, as Personal Representative of the
Estate of GERALD GEORGE BUCH, JR., Deceased;

MARGARET BUTLER, as Personal Representative of
the Estate of WILLIAM BUTLER, Deceased;

CYNTHIA       FORD-CALHOUN,       as      Personal
Representative of the Estate of WILLIE CALHOUN,
Deceased;

MARCIA       CAMPBELL-LEVENE,       as      Personal
Representative of the Estate of DESMOND CAMPBELL,
Deceased;

MICHAEL DIAMOND, as Personal Representative of the
Estate of PATRICE CAPO, Deceased;

SHARI CARBONE, as Personal Representative of the
Estate of ANTHONY CARBONE, Deceased;

PATRICIA CHELSEN, as Personal Representative of the
Estate of ROY CHELSEN, Deceased;

LAURA CICCOTTO, as Personal Representative of the
Estate of ANTHONY CICCOTTO, Deceased;

NAHTINQUA       ODAM-CLARKE,       as      Personal
Representative of the Estate of ANTONIO CLARK,
Deceased;

ANTOINE MILLIEN, as Personal Representative of the
Estate of JOYCE CLIFTON, Deceased;

PATRICIA CORTAZZO, as Personal Representative of the Estate of JOHN CORTAZZO, Deceased;

KELLY VITALE, as Personal Representative of the Estate of PATRICIA COUSIN, Deceased;

GERALDINE COX, as Personal Representative of the Estate of WILLIAM COX, Deceased;

THOMAS CHALMERS, as Personal Representative of the Estate of AUDREY D'AGUILAR-CHALMERS, Deceased;

PAULA DANESE, as Personal Representative of the Estate of GASPAR DANESE, Deceased;

KAREN A. DAVIDSON, as Personal Representative of the Estate of ROBERT DAVIDSON, Deceased;

DIANNE DAVIS, as Personal Representative of the Estate of CARLTON DAVIS, Deceased;

DAVID DOMALEWSKI, as Personal Representative of the Estate of EILEEN DOMELEWSKI, Deceased;

JOANN DUFFY, as Personal Representative of the Estate of JOHN DUFFY, Deceased;

PERNIDA EDWARDS, as Personal Representative of the Estate of ALBERT EDWARDS, Deceased;

CARINA FALLER, as Personal Representative of the Estate of JOSEPH FALLER, Deceased;

JAQUELINE BONELLO, as Personal Representative of the Estate of ROSOLINO FANARA, Deceased;

MARY ANN FAUTH, as Personal Representative of the Estate of ROBERT FAUTH, Deceased;

JANICE FEARON, as Personal Representative of the Estate of WILLIAM FEARON, Deceased;

HELENE FOGEL, as Personal Representative of the Estate of GARY FOGEL, Deceased;

MARY FOSS, as Personal Representative of the Estate of BRUCE FOSS, Deceased;

WENDY ANN GAGLIARDI, as Personal Representative of the Estate of MICHAEL JOSEPH GAGLIARDI, Deceased;

JACQUELINE BOURNE, as Personal Representative of the Estate of BARRY GALFANO, Deceased;

DENISE GIBBS, as Personal Representative of the Estate of EDWARD GIBBS, Deceased;

HILDA GIORDANO, as Personal Representative of the Estate of VINCENT GIORDANO, Deceased;

PAOLA GONZALEZ, as Personal Representative of the Estate of ADAN GONZALEZ, Deceased;

MARION GUILFOY, as Personal Representative of the Estate of GREGORY GUILFOY, Deceased;

TRACY POPLAWSKI, as Personal Representative of the Estate of ROY HARRISON, Deceased;

SHARON HERNANDEZ, as Personal Representative of the Estate of ANTONIO HERNANDEZ, Deceased;

MICHELLE HOLFESTER, as Personal Representative of the Estate of WILLIAM HOLFESTER, Deceased;

NANCY HUGHES, as Personal Representative of the Estate of WILLIAM HUGHES, Deceased;

ANN IMPELLIZINE, as Personal Representative of the Estate of JAMES IMPELLIZINE, Deceased;

ELIZABETH INCARBONE, as Personal Representative of the Estate of ANTHONY INCARBONE, Deceased;

ULYSSES JONES, JR., as Personal Representative of the Estate of ULYSSES JONES, Deceased;

CHERYL LEE, as Personal Representative of the Estate of MARK V. LEE, Deceased;

PHOEBE LEVY, as Personal Representative of the Estate of GAVRIEL LEVY, Deceased;

SUSAN RYAN, as Personal Representative of the Estate of THOMAS LOBACK, Deceased;

JANET MADAY, as Personal Representative of the Estate of WILLIAM MADAY, Deceased;

RITA MANGIARACINA, as Personal Representative of the Estate of ANTHONY MANGIARACINA, Deceased;

CHRISTINE MEO-TERYEK, as Personal Representative of the Estate of MICHAEL MASCHIETTO, Deceased;

JASON MUNGEN, as Personal Representative of the Estate of JESSY MCCARTHY, Deceased;

CYNTHIA MCKEON, as Personal Representative of the Estate of JOHNT. MCKEON, Deceased;

JOSEPH MOONEY, as Personal Representative of the Estate of MAUREEN MOONEY, Deceased;

SILVIA MORALES, as Personal Representative of the Estate of MICHAEL MORALES, Deceased;

LUCILLE LEMMA, as Personal Representative of the Estate of FRANK MORIELLO, Deceased;

JOHN MUCCIOLA, as Personal Representative of the Estate of LOUISE MUCCIOLA, Deceased;

ANTOINETTE MULLIGAN, as Personal Representative of the Estate of JOHN MULLIGAN, Deceased;

SANDRA MULLIGAN, as Personal Representative of the Estate of PATRICK MULLIGAN, Deceased;

CATHERINE MURRAY, as Personal Representative of the Estate of JOHN MURRAY, Deceased;

MARGARET OGNIBENE, as Personal Representative of the Estate of THOMAS OGNIBENE, Deceased;

ELEASE OWENS, as Personal Representative of the
Estate of CLINTON OWENS, Deceased;

EDWARD MCKENNA, as Personal Representative of the
Estate of SANDRA PIANIN, Deceased;

LAURA PICURRO, as Personal Representative of the
Estate of JOSEPH PICURRO, Deceased;

LORETTA PORTARO, as Personal Representative of the
Estate of JOSEPH PIERRO, Deceased;

GARY HOS, as Personal Representative of the Estate of
SADET PISIRICI, Deceased;

MAUREEN PORTI, as Personal Representative of the
Estate of VINCENT PORTI, JR., Deceased;

CYNTHIA POTTER, as Personal Representative of the
Estate of WILLIAM A. POTTER, Deceased;

NANCY RAPPA, as Personal Representative of the Estate
of JOHN A. RAPPA, Deceased;

DOROTHY RICCARDI, as Personal Representative of
the Estate of JOSEPH RICCARDI, Deceased;

ANTHONY STRONG, as Personal Representative of the
Estate of ANTOINETTE RICHARDS, Deceased;

THERESA RIGGIO, as Personal Representative of the
Estate of ANTHONY RIGGIO, Deceased;

CARMEN I. SANCHEZ, as Personal Representative of
the Estate of HENRY SANCHEZ, Deceased;

VIVIANA SCHUEMACHER, as Personal Representative
of the Estate of RICHARD SCHUEMACHER, Deceased;

DOREEN SCUMACI, as Personal Representative of the
Estate of WILLIAM SCUMACI, Deceased;

RAYMOND    FUGATE    WILCOX,    as    Personal
Representative    of    the    Estate    of    VALERIE
SHAKESPEARE, Deceased;

CAROL SICILIATO, as Personal Representative of the Estate of JOHN SICILIATO, Deceased;

MARGARET SMITH, as Personal Representative of the Estate of EDWARD SMITH, Deceased;

NANCY ELEFTHERION, as Personal Representative of the Estate of DANIEL STROPPEL, Deceased;

BARBARA SULLIVAN, as Personal Representative of the Estate of JOHN SULLIVAN, Deceased;

IRENE TOMASELLO, as Personal Representative of the Estate of JOSEPH TOMASELLO, Deceased;

CONSTANCE TRIOLO, as Personal Representative of the Estate of JOHN TRIOLO, Deceased;

TONI LYN VIDRO, as Personal Representative of the Estate of CHRISTOPHER VIDRO, Deceased;

XIAOFENG CHEN, as Personal Representative of the Estate of ZHENG WANG, Deceased;

SHARON WASHINGTON, as Personal Representative of the Estate of MARTHAA. WASHINGTON, Deceased;

LORRAINE WATERS, as Personal Representative of the Estate of DOROTHY WATERS, Deceased;

JEAN WINTER, as Personal Representative of the Estate of RICHARD WINTER, Deceased;

ROCHELLE VARNER DUCLAIR, as Personal Representative of the Estate of DUCLAIR YVON, Deceased;

**PERSONAL INJURY PLAINTIFFS**

ROBERT AARONSON, Individually;
ANA ABAD, Individually;
SHAWN ABATE, Individually;
GLENN ABATEMARCO, Individually;
LOUIS ABBATE, Individually;
THERESA ABBAZIA, Individually;
DAVID ABEL, Individually;

MARLENE ABELE, Individually;
CARL ABENANTE, Individually;
LAWERENCE ABENANTI, Individually;
SALVATORE ABIUSO, Individually;
SHYRA ABRAHAM, Individually;
YAKOV ABRAMOV, Individually;
JOSEPH ABRAMSKI, Individually;
THOMAS ABRAMSKI, Individually;
JASON ABREU, Individually;
UULADISLAO ABREU, Individually;
DEAN ABRUSCATO, Individually;
DEAN ABRUSCATO, Individually;
LEONARD ABRUZZESE, Individually;
LOUIS ACCARDI, Individually;
JOSEPH ACCETTA, Individually;
GREGORY ACCOMANDO, Individually;
ALBERTO ACEVEDO, Individually;
LUIS A. ACEVEDO, Individually;
MARIA ACEVEDO, Individually;
MIGDALIA ACEVEDO, Individually;
VICTOR ACEVEDO, Individually;
GLENN ACHESON, JR., Individually;
ERICK ACOSTA, Individually;
MICHAEL ACQUAFREDDA, Individually;
PETER ACQUARO, Individually;
PAT ACRI, Individually;
ROBERT ACTON, Individually;
WILLIAM ACUNTO, Individually;
WILLIAM ADAGIO, Individually;
ROMAN ADAMOVSKY, Individually;
JONAS ADAMS, Individually;
PAUL ADAMS, Individually;
ROBERT ADAMS, Individually;
THOMAS ADAMS, Individually;
WILLIAM ADAMS, Individually;
JOSEPH ADAMS, Individually;
EDWARD ADASZEWSKI, Individually;
CARON ADDESSO, Individually;
TOBI ADLER, Individually;
STEVEN ADORNO, Individually;
MICHAEL AGARD, Individually;
HORACE AGOSTA, Individually;
MICHAEL AGOVINO, Individually;
CALOGERO AGRO, Individually;
JOSEPH AGRO, Individually;
JOSE AGRON, JR., Individually;

JOSE AGRON, JR., Individually;
STEVEN AGUGLIARO, Individually;
YVETTE AGUIAR, Individually;
GEORGE AGUILAR, Individually;
GEORGE AGUIRRE, Individually;
GEORGE AGUIRRE, Individually;
HENRY AHEARN, Individually;
SHAWN AHEARN, Individually;
WILLIAM AHEARN, Individually;
BRIAN AHERN, Individually;
JAMES AHERN, Individually;
MATHEW AHL, Individually;
MICHAEL AHR, Individually;
VINCENT AIELLO, Individually;
JEROME AIKEN, Individually;
LEROY AIKEN, Individually;
CYNTHIA AILEY, Individually;
JAMES AINSLIE, Individually;
STEVEN AJAMI, Individually;
JOSEPH AJAR, Individually;
SHAHID AKBAR, Individually;
PETER AKEY, Individually;
ANGELO ALAIMO, Individually;
SALVATORE ALAIMO, Individually;
AUGUSTIN ALAMO, Individually;
MARISOL ALBA, Individually;
JOSEPH ALBANESE, JR., Individually;
THOMAS ALBANO, Individually;
JOHN ALBARANO, Individually;
ADAM ALBARRAN, Individually;
DOMINICK ALBERGO, Individually;
ROBERT ALBERINO, Individually;
ANTHONY ALBERT, Individually;
SANDY ALBERTO, Individually;
ROBERT ALBINO, Individually;
JAMES ALBRECHT, Individually;
PAUL ALBRECHT, Individually;
TINA ALBUCKER, Individually;
THOMAS ALDRICK, Individually;
VINCENT ALEIXO, Individually;
DONALD ALESI, Individually;
JAMES ALEXANDER, Individually;
RAYMOND W. ALEXANDER, Individually;
RAYMOND R. ALEXANDER III, Individually;
ANTHONY ALFANO, Individually;
JAMES ALFANO, Individually;

RICHARD ALFANO, Individually;
EDWARD ALFARANO, Individually;
JOHN ALFARANO, Individually;
MATTHEW ALFIERI, Individually;
ROBERT ALFIERI, Individually;
JOSEPH ALFONSO, Individually;
WILLIAM ALFORD, Individually;
WILLIAM ALFORD, Individually;
CRUZ ALGARIN, Individually;
ASGAR ALI, Individually;
MOHAMMED ALI, Individually;
LUIS ALICEA, Individually;
MICHAEL ALIPERTI, Individually;
JOSEPH ALLEGRA, Individually;
ANGELA ALLEGRETTI, Individually;
CHARMAINE ALLEN, Individually;
EARLE ALLEN, Individually;
JEFFREY ALLEN, Individually;
JOHN ALLEN, Individually;
KEVIN ALLEN, Individually;
ELAINE ALLEN-CUFF, Individually;
JAMES ALLES, Individually;
JAMES ALLES, Individually;
RICHARD ALLES, Individually;
JUNE ALLISON, Individually;
KEITH ALLISON, Individually;
RICHARD ALLISON, Individually;
EDWIN ALMESTICA, Individually;
ALDWIN ALMODOVAR, Individually;
CARLOS ALMONTE, Individually;
SEBASTIAN ALOI, Individually;
ROBERT ALONGI, Individually;
EMERIO ALONSO, Individually;
JULIO ALONZO, Individually;
NEIL ALPER, Individually;
EDWARD ALSTON, Individually;
LEX ANDRA ALTIERI, Individually;
ROBERT ALTIERI, Individually;
STEVEN ALTINI, Individually;
TERRI ALTIZER-MERCADO, Individually;
LAURIE ALU, Individually;
JORGE ALULEMA, Individually;
ROBERT ALVARADO, Individually;
ANTHONY ALVAREZ, Individually;
JIMMY ALVAREZ, Individually;
MIGDALIA ALVAREZ-ADORNO, Individually;

ANTONIO ALVES, Individually;
PEGGY ALVES, Individually;
STEVEN AMALFITANO, Individually;
SHARIF AMANAT, Individually;
DIANE AMAROSA, Individually;
ABDELMEGEED AMASHAH, Individually;
ANTHONY AMATO, Individually;
CHRISTOPHER AMATO, Individually;
ERIC AMATO, Individually;
SALVATORE AMATO, Individually;
GARY AMATRUDO, Individually;
AUSTIN AMAYE, Individually;
ALFRED AMBROSINO, Individually;
DOMINICK AMENDOLARE, Individually;
JOHN AMERISE, Individually;
CYNTHIA AMMIRATI, Individually;
PASQUALE AMMIRATI, Individually;
GLENDA AMMON, Individually;
ARNALDO AMOROS, Individually;
MICHAEL AMOS, Individually;
PETER AMRHEIN, Individually;
RICARDO ANAYA, Individually;
FRANCIS ANCONA, Individually;
PATRICIA ANCONA, Individually;
HARVEY ANDERSEN, Individually;
JASON ANDERSEN, Individually;
JOHN ANDERSEN, Individually;
RICHARD ANDERSEN, Individually;
DONALD ANDERSON, Individually;
GREGORY ANDERSON, Individually;
JOLENE ANDERSON, Individually;
KENNETH ANDERSON, Individually;
MICHAEL ANDERSON, Individually;
NORMAN ANDERSON, Individually;
VINCENT ANDERSON, Individually;
ROBERT ANDERSON, Individually;
DOMINICK ANDINO, Individually;
LISA ANDOLG, Individually;
PETER ANDRE, Individually;
JOHN ANDREJACK, Individually;
GLENN ANDREWS, Individually;
JEFFREY ANDREWS, Individually;
STANLEY ANDRUSYCZYN, Individually;
GEORGE ANDRUSYSHYN, Individually;
WILLIAM ANDRUZZI, Individually;
PETER ANDRYUK, Individually;

SALVATORE ANNERINO, Individually;
FRANK ANNUNZIATA, Individually;
ROBERT ANNUNZIATO, Individually;
MICHAEL ANSBRO, Individually;
MICHAEL ANSBRO, Individually;
PINO ANSELMO, Individually;
JAMES ANTHON, Individually;
JOHN ANTICEV, Individually;
CAROL ANTOCI, Individually;
PHILLIP ANTOINE, Individually;
CHRISTINA ANTONACCI, Individually;
JOHN ANTONIADES, Individually;
IOANNIS ANTONIADIS, Individually;
CARMINE ANTONIELLO, Individually;
DOMINICK ANTONIELLO, Individually;
JEFFREY ANTONSEN, Individually;
SALVATORE ANZALONE, Individually;
VINCENT ANZELONE, Individually;
JOSEPH ANZUETA, Individually;
AUREA APONTE, Individually;
JOSE R. APONTE, Individually;
LUIS APONTE, Individually;
NELSON APONTE, Individually;
GARY APOSTOLO, Individually;
JAMES APOSTOLOU, Individually;
DENNIS APPEL, Individually;
RICHARD J. APPENZELLER, Individually;
WAYNE APPLETON, Individually;
VINCENT APREA, Individually;
MICHAEL APRILE, Individually;
COURTNEY AQUART, Individually;
FRANCES AQUINO, Individually;
JOSE AQUINO, Individually;
MICHAEL ARATO, Individually;
STEVE ARCHAMBAULT, Individually;
JONATHAN ARCHER, Individually;
PEGGY ARCHER, Individually;
JAMES ARCHETTO, Individually;
ROBERT ARCHUL, Individually;
BARRY ARCUIK, Individually;
RICHARD ARDISSON, Individually;
THOMAS ARDITO, Individually;
RICHARD ARDIZONE, Individually;
JOSEPH ARDIZZONE, Individually;
VINCENT ARDOLINO, Individually;
DANIEL ARGANO, Individually;

ANTONIO ARIAS, Individually;
JOHN ARIAS, Individually;
JOSEPH ARIAS, Individually;
PAUL ARIAS, Individually;
NICOLE ARICAN MATRA, Individually;
MICHAEL ARINI, Individually;
JAMES ARMSTRONG, Individually;
TROY ARMSTRONG, Individually;
KEITH ARNDT, Individually;
WILLIAM ARNDT, Individually;
JIM ARNETH, Individually;
TOWANNA ARNOLD, Individually;
HUGH ARNOTT, Individually;
ROBERT ARNOTT, Individually;
DAVID AROCHO, Individually;
LOUIS AROCHO, Individually;
MICHAEL ARP, Individually;
ANTHONY ARPAIA, Individually;
RALPH ARPAIO, Individually;
DANNY ARROYO, Individually;
EDUARDO ARROYO, Individually;
WANDA ARROYO, Individually;
KEVIN ARSCOTT, Individually;
FILEMON ARTEAGA, Individually;
ALFRED ARTESONA, Individually;
GARY ARTHUR, Individually;
SAMANTHA ARTHUR, Individually;
TERRANCE ARTHUR, Individually;
SERAFIM ARZOUMANIDIS, Individually;
GLENN ASAEDA, Individually;
STEPHEN ASARO, Individually;
AWILDA ASENCIO-NUNEZ, Individually;
JOHN ASERO, Individually;
THOMAS ASHER, Individually;
ROBERT ASINELLI, Individually;
JOSE ASITIMBAY, Individually;
MANUEL ASITIMBAY, Individually;
BARRY ASNES, Individually;
BRIAN ASPARRO, Individually;
SALVATORE ASSANTE, Individually;
EDWARD ASWAD JR., Individually;
JAMES ATANACIO, Individually;
JERRIER ATASSI, Individually;
JESSE ATCHISON, Individually;
ALEXANDER ATHANASSIOU, Individually;
LUIS ATILES, Individually;

WILFRED ATKINSON, Individually;
DANNY ATTENBOROUGH, Individually;
VERONICA ATTINA, Individually;
ANTHONY AUCIELLO, Individually;
ROBERT AUCIELLO, Individually;
ANTHONY AUDAIN, Individually;
JOHN AUER, Individually;
MARTIN AUER, Individually;
ANGELO AUGELLO, Individually;
HAROLD AULETTI, Individually;
LERONE AULT, Individually;
LOUIS AURIEMMA, Individually;
ANTHONY AUSTIN, Individually;
ARCHIBALD AUSTIN, Individually;
BRIAN AUSTIN, Individually;
COLIN AUSTIN, Individually;
ROBERT AUSTIN, Individually;
DARREL AUSTIN, SR., Individually;
COURTNEY AUTERBRIDGE, Individually;
ELISE AUTZ, Individually;
MAUREEN AVELLA, Individually;
DONALD AVENOSO, Individually;
BRADLEY AVERILL, Individually;
GINGER AVERY, Individually;
THOMAS AVERY, Individually;
RICHARD AVIGNONE, Individually;
MAURICIO AVILA, Individually;
FRANKIE AVILES, Individually;
JOSEPH AVITABILE, Individually;
JOSEPH AVITTO, Individually;
JOEL AXELROD, Individually;
JIMMY AYALA, Individually;
MIGUEL AYALA, Individually;
GERARD AYERS, Individually;
LAWRENCE AYERS, Individually;
JANET AYZEN, Individually;
GODFREY AZUBUIKE, Individually;
JOHN AZZARELLI, Individually;
JOSEPH C. AZZARETTO, Individually;
APRIL BABER, Individually;
MICHAEL BABINO, Individually;
JON BABINSKI, Individually;
JOSEPH BACCELLIERI, JR., Individually;
STEPHEN BACCI, Individually;
CHARLES BACH, Individually;
WILLIAM BACH, Individually;

ROBERT BACHMAN, Individually;
THOMAS BACHUREK, Individually;
CAROLINE BACON, Individually;
TYREE BACON, Individually;
RICHARD BADAGLIACCO, Individually;
LEONARD BADIA, Individually;
ROBERT BAER, Individually;
DIANA BAEZ, Individually;
MIRIAM BAEZ, Individually;
RICARDO BAEZ, Individually;
PHIL BAGHAI, Individually;
JOHN BAIANO, Individually;
MOHAN BAICHULALL, Individually;
IRIS BAILEY, Individually;
KEITH BAILEY, Individually;
MICHAEL BAILEY, Individually;
ROBERT BAILEY, Individually;
JOSEPH BAILEY JR., Individually;
LENORA BAINES, Individually;
MICHAEL BAIO, Individually;
SANTO BAISI, Individually;
ROBERT BAK, Individually;
GARY BAKALAR, Individually;
IDENA BAKER, Individually;
VERONICA BAKER, Individually;
WILLIAM BAKER, Individually;
MATTHEW BAKER, Individually;
JOHN BAKKE, Individually;
CHRIS BALABOUS, Individually;
HECTOR BALAGUER, Individually;
SANDY BALBIN, Individually;
JOHN BALDASARE, Individually;
JOHN BALDASSANO, Individually;
CRAIG BALDWIN, Individually;
THOMAS BALDWIN, Individually;
MICHAEL BALFE, Individually;
KRISHENDATH BALIRAJ, Individually;
JOSEPH BALISE, Individually;
RAYMOND BALLERINO, Individually;
WEST BALLOU, Individually;
NICHOLAS BALSAMO, Individually;
PATRICK BALSAMO, Individually;
CECILIA BALSECA, Individually;
ERIK BALTZ, Individually;
MICHAEL BALTZER, Individually;
GEORGE BALVIN, Individually;

LINDA BAMBACH, Individually;
RICHARD BANAT, Individually;
BRANDON BANFIELD, Individually;
RAPHAEL BANKS, Individually;
MICHAEL BANOVICH, Individually;
DAVID J. BARATELLI, Individually;
JAMES BARATTA, Individually;
RICHARD BARATTA, Individually;
SALVATORE BARATTO, Individually;
ROY BARBARINO, Individually;
ROY E. BARBARINO, Individually;
FRANK BARBARO, Individually;
GERALD BARBATO, Individually;
RONALD BARBER, Individually;
LOUIS BARBERI, Individually;
BETTYE BARBERO, Individually;
BETTYE BARBERO, Individually;
ANGEL BARBOSA, Individually;
GARRETT BARBOSA, Individually;
DONALD BARBOUR, Individually;
NADIA BARBUTO, Individually;
PAUL BARDO, Individually;
GEORGE BARGAD, Individually;
JOSEPH BARGE, Individually;
ROBERT BARKOVICH, Individually;
ANTHONY BARKSDALE, Individually;
EDWARDV. BARLOTTA, Individually;
CLAUDE BARNABY, Individually;
JEFFREY BARNER, Individually;
JAMES BARNES, Individually;
MICHAEL BARNES, Individually;
MILTON BARNES, Individually;
ROBERT BARNES, Individually;
THOMAS BARNES, Individually;
THOMAS BARNITT, Individually;
MICHAEL BARON, Individually;
ANDREW BARONE, Individually;
ANTHONY BARONE, Individually;
JOHN BARONE, Individually;
VICTOR BARONE, Individually;
CHRISTOPHER BARR, Individually;
BRIAN BARRAL, Individually;
ARCHIBALD BARRANT, Individually;
NUNZIO BARRARA, Individually;
TODD BARRAUD, Individually;
BENITO BARREIRO, Individually;

DAVID BARRERE, Individually;
DOMINICK BARRESI, Individually;
CRAIG BARRETO, Individually;
MICHAEL BARRETT, Individually;
MILTON BARRETT, Individually;
RICHARD BARRETT, Individually;
ROBERT BARRETT, Individually;
STACY BARRETT, Individually;
STEPHEN BARRETT, Individually;
WILFRED BARRIERE, Individually;
NANCIA ANN BARRIOS, Individually;
CEDRIC BARROW, Individually;
KEVIN BARRY, Individually;
MICHAEL BARRY, Individually;
PAUL BARRY, Individually;
PAUL BARRY, Individually;
RICHARD BARRY, Individually;
SEAN PATRICK BARRY, Individually;
EILEEN BARRY-PEPE, Individually;
DONALD BARTO, Individually;
HECTOR BARTOLOMEI, Individually;
CARL BARTOLOTTI, Individually;
DONALD BARTON, Individually;
ANTHONY BARTUCCI, Individually;
RONALD P. BARZ, Individually;
ANTHONY BARZELATTO, Individually;
JOHN BASES, Individually;
JOSEPH BASILE, Individually;
BRIAN BASILE, Individually;
CHARLES BASKERVILLE, Individually;
THOMAS BASMAGY, Individually;
HARRY BASS, Individually;
JANICE BASS, Individually;
SHARYL BASS, Individually;
MICHAEL BASSANO, Individually;
ANTHONY BASSOLINO, Individually;
DANIEL BASTARDO, Individually;
MARIO BASTIDAS, Individually;
HARRY BATCHELDER, Individually;
ADRIEN BATEALL, Individually;
COLLINS BATHERSFIELD, Individually;
LETTY BATISTA-DOILEY, Individually;
PAUL BATTIPAGLIA, Individually;
JOHN BAUER, Individually;
JOSEPH BAUER, Individually;
CHRISTOPHER BAUMANN, Individually;

ROBERT BAUMANN, Individually;
MICHAEL BAUMEISTER, Individually;
RICHARD BAUSER, Individually;
MIRIAM BAUZA, Individually;
ANNE BAXTER, Individually;
CAROLYN BAXTER, Individually;
EDGAR BAYAS, Individually;
WANDRA BAZILIO, Individually;
FAVEUR BAZILME, Individually;
RAYMOND BEACH, Individually;
KATHLEEN BEALL, Individually;
ANDREW BEARD, Individually;
DANIEL BEASLEY, Individually;
JOHN BEATTY, Individually;
EDITH BEAUJON, Individually;
MICHAEL BEBERASHVILI, Individually;
STEPHEN BECCHINO, Individually;
TIMOTHY BECHT, Individually;
MARK BECKER, Individually;
DARRYL BECKLES, Individually;
IAIN BECKLESS, Individually;
CHRISTOPHER BEDARD, Individually;
TINEL BEDFORD, Individually;
LIBOR BEDNARIK, Individually;
LEONARD BEECHER, Individually;
WILLIAM BEEKER, Individually;
SABAHUDIN BEHAROVIC, Individually;
CHARLOTTE BEHLIN, Individually;
LARRY BEHLIN, Individually;
JAMES BEHRENS, Individually;
WLODZIMIERZ BELKOWSKI, Individually;
ROBERT BELL, Individually;
ROY BELL, Individually;
PATRICK BELLEFLEUR, Individually;
DENISE BELLINGHAM, Individually;
GERALD BELLINGHAM, Individually;
SAMUEL BELLO, Individually;
THOMAS BELLO, Individually;
JOHN BELLOMO, Individually;
SALVATORE BELLOMO, Individually;
PETER BELLOTTI, Individually;
JOHN BELMONTE, Individually;
JIMMY BELTRAN, Individually;
GEORGE BELTRAN, JR., Individually;
ANTHONY BENANTI, Individually;
JESUS BENAVIDES, Individually;