ANTHONY BENCIVENGA, Individually;
ENIO BENCOSME, Individually;
BRIAN BENDER, Individually;
JOHN BENEDETTO, Individually;
VINCENT BENENATI, Individually;
ANTONIO BENERO, Individually;
MARYANN BENFANTE, Individually;
SCOTT BENISH, Individually;
DORIS BENJAMIN, Individually;
FRANCES BENJAMIN, Individually;
FRANCES BENJAMIN, Individually;
PETER BENKOVICH, Individually;
RICHARD BENN, Individually;
CHRISTOPHER BENNETT, Individually;
HOWARD BENNETT, Individually;
PAUL BENNETT, Individually;
LAWRENCE BENSON, Individually;
DANIEL BENT, Individually;
RUDOLPH BENTLEY, Individually;
DAVID BENTLEY, Individually;
STEVEN BENVEGNA, Individually;
YARROTT BENZ, Individually;
JOSEPH BERARDI, Individually;
JOSEPH BERARDI, Individually;
JOSEPH BERARDI, Individually;
LUIS BERDECIA JR., Individually;
BENJAMIN BERG, Individually;
DEBORAH BERG, Individually;
JAMES BERGEN, Individually;
WILLIAM BERGEN, Individually;
MORTON BERGER, Individually;
STEVEN BERGER, Individually;
STEPHEN BERGER, Individually;
JAMES BERGHORN, Individually;
PETER BERGIAN, Individually;
KENNETH BERGIN, Individually;
ROBERT BERK, Individually;
JAMES R. S. BERKELEY, Individually;
FANI BERKOVITCH, Individually;
IRINA BERMAN, Individually;
ERICK BERMUDEZ, Individually;
FRANK BERRAN, Individually;
FELIX BERRIOS, Individually;
SETH BERRY, Individually;
BRANDON BERSCH, Individually;
JOSEPH BERTOLINO, Individually;

JOHN BESIGNANO, Individually;
MICHAEL BESIGNANO, Individually;
KEVIN BESLITY, Individually;
PAUL BESSLER, Individually;
YVETTE BEST, Individually;
HECTOR BETANCOURT, Individually;
DIANE BETHEA, Individually;
MARVIN BETHEA, Individually;
JAMES BETSO, Individually;
PHILIP BETSO, Individually;
RICHARD BETTENHAUSER, Individually;
MATTHEW BETTI, Individually;
MATTHEW BETTI, Individually;
ARMIN BETTING, Individually;
THOMAS BETTS, Individually;
CHRISTOPHER BETZ, Individually;
JAMES BEUERMAN, Individually;
RICHARD BEVERS, Individually;
LOUIS BEVILACQUA, Individually;
TOBY BEVIS, Individually;
IDRIS BEY, Individually;
DANIEL BEYAR, Individually;
GEORGE BEYER, Individually;
GEORGE BEZARES, Individually;
DAVINDERPAL BHATIA, Individually;
STEVEN BIALEK, Individually;
ARTHUR BIANCHINI, Individually;
CHARLES BIANCO, Individually;
DOMINICK BIANCO, Individually;
DONNA BIANCO, Individually;
MICHAEL BIANCO, Individually;
TARA BIANCO, Individually;
EUGENE BIANCONE, Individually;
ROBERT BICCHETTI, Individually;
JEFFREY BICKART, Individually;
WALTER BIEBER, Individually;
CLIFF BIEDER, Individually;
RICHARD BIER, Individually;
JOSEPH BIFULCO, Individually;
DONALD BIGI, Individually;
EDWARD BILARDI, Individually;
ROBERT BILELLA, Individually;
STEVE BILICH, Individually;
LAWRENCE BILICKI, Individually;
DARREN BILLERBECK, Individually;
SAIHEME BILLINGS, Individually;

SAIHEME BILLINGS, Individually;
DOMINICK BILOTTI, Individually;
ANTHONY BIONDOLILO, Individually;
DANIEL BIRCH, Individually;
LAURENCE BIRSNER, Individually;
ALEXANDER BIRT, Individually;
THOMAS BIRYLA, Individually;
MICHAEL BISCOTTI, Individually;
DERRIK BISHOP, Individually;
JOSEPH BISOGNA, Individually;
MICHAEL BIUSO, Individually;
RICHARD BIVONA, Individually;
DANIEL BLACK, Individually;
EUGENE BLACK, Individually;
EUGENE BLACK, Individually;
VERONICA BLACK, Individually;
GEOFFREY BLACK, Individually;
DAVID BLACKSBERG, Individually;
DAPHNA BLACKSEA, Individually;
SCOTT BLACKSHAW, Individually;
LEON BLACKWELL, Individually;
PETER BLAICH, Individually;
WILLIAM BLAICH, Individually;
ERNESTINE BLAKE, Individually;
JAMES BLAKE, Individually;
MARGARET BLAKE, Individually;
MICHAEL BLAKE, SR., Individually;
WANDA BLAKELY, Individually;
CRAIG BLAKENEY, Individually;
NICHOLAS BLANCHARD, Individually;
HOWARD BLANCK, Individually;
JORGE BLANCO, Individually;
SANDRA BLANDING, Individually;
MICHAEL BLANGIFORTI, Individually;
STEPHEN BLANSHAFT, Individually;
RICHARD BLASI, Individually;
DAVID BLASIAK, Individually;
STANLEY BLASKEY, Individually;
TIMOTHY BLASKO, Individually;
WILLIAM BLENDERMANN, Individually;
LAWRENCE BLIEKA, Individually;
DARYL BLINKER, Individually;
HOLLY BLOCK, Individually;
SEDRICK BLOOME, Individually;
LEROY BLOUNT, Individually;
THOMAS BLUE, Individually;

PAUL BLUEMKE, Individually;
THOMAS BLUMBERGS, Individually;
JAYMIE BLUME, Individually;
THERESA BLUMENTHAL, Individually;
FRANCINE BLYTHER, Individually;
JOE BOADU, Individually;
JAIME BOCANUMENTH, Individually;
FRANK BOCCHICHIO, Individually;
FRANK BOCCIA, Individually;
MICHAEL BOCK, Individually;
WILLIAM BODEN, Individually;
JAMES BODNAR, Individually;
PAUL BODNARCHUK, Individually;
LOUIS BOEHNER, Individually;
CHARLES BOHAN, Individually;
CHARLES BOHAN, Individually;
KENNETH BOHAN, Individually;
CLYDE BOHANNA, Individually;
WILLIAM BOKELMANN, Individually;
WILLIAM BOKOWSKI, Individually;
LAURA BOLAK, Individually;
MICHAEL BOLAND, Individually;
WILLIAM BOLAND, Individually;
SERGIO BOLANOS, Individually;
BERNICE BOLDEN, Individually;
ROBERT BOLDI, Individually;
JAMES BOLOGNA, Individually;
DIANE BOLTE, Individually;
ANTHONY BOMBACE, Individually;
ANTHONY BOMBOLINO, Individually;
THOMAS BOMENGO, Individually;
JOHN BOMHOFF, Individually;
MICHAEL BOMHOFF, Individually;
JAY BOMSER, Individually;
ERRICO BONADIES, Individually;
KETURAH BONAPARTE, Individually;
CHARLES BONAR, Individually;
DENISE BONAVENTURA, Individually;
CHARLIE BOND, Individually;
MALIK BOND, Individually;
ANTHONY BONFIGLIO, Individually;
ANTHONY J. BONFIGLIO, Individually;
GENNARO BONFIGLIO, Individually;
LEONARD BONGIORNO, Individually;
SALVATORE BONGIOVANNI, Individually;
CARLOS BONILLA, Individually;

CESAR BONILLA, Individually;
FELIX BONILLA, Individually;
WILBERTO BONILLA, Individually;
STEVEN BONNEN, Individually;
MATTHEW BONNER, Individually;
MATTHEW BONNER, Individually;
JOSEPH BONOMO, Individually;
MARK BONSANTI, Individually;
BRIAN BONSIGNORE, Individually;
EDWARD BONSIGNORE, Individually;
EDWARD BONSIGNORE, Individually;
GARY BONTKOWSKI, Individually;
STEPHEN BONUSO, Individually;
JOHN BONVICINO, Individually;
EVELYN BOOKHARD, Individually;
WILLIAM BOOKLESS, Individually;
HENRY BORAWSKI, Individually;
MICHAEL BORDES, Individually;
ANTHONY BORELLI, Individually;
VICTOR BORG, Individually;
ANTHONY BORGIA, Individually;
JOHN BORGIA, Individually;
SALVATORE BORGOGNONE, Individually;
KENNETH BORGS, Individually;
FRANCES BORMAN, Individually;
SAM BORRELLI, Individually;
JOSEPH BORRUSO, Individually;
JOSEPH BORST, Individually;
MICHAEL BORST, Individually;
ANTHONY BORTUGNO, Individually;
HECTOR BOSA, Individually;
RONALD BOSELA, Individually;
BARBARA BOSTON, Individually;
ROBERT BOSWELL, Individually;
JAMES BOTTA, Individually;
JOHN BOTTE, Individually;
ALAN BOTTEGA, Individually;
JOHN BOTTEGA, Individually;
JOHN BOTTEGA, Individually;
JOHN BOU, Individually;
JOHN BOU, Individually;
RANDALL BOUCHER, Individually;
ROBERT BOUDREAU, Individually;
GUY BOUILLON, Individually;
MICHAEL BOVE, Individually;
LEON BOVELL, Individually;

EDWARD BOWE, Individually;
STEPHEN BOWLES, Individually;
WALLACE BOWLING, Individually;
MAUREEN BOWMAN, Individually;
CALVIN BOYD, Individually;
DEMETRIUS BOYD, Individually;
RENEE BOYD, Individually;
DANIEL BOYLAN, Individually;
JAMES BOYLE, Individually;
JOSEPH BOYLE, Individually;
JAMES J. BOYLE, Individually;
ANTHONY BRACCO, Individually;
GAETANO BRACCO, Individually;
JOSEPH BRACETY, Individually;
KEVIN BRADBURY, Individually;
LOUIS BRADICE, Individually;
DEXTER BRADLEY, Individually;
EDWARD BRADLEY, Individually;
JOSEPH BRADLEY, Individually;
LINDA BRADLEY, Individually;
RONALD BRADLEY, Individually;
WILLIAM BRADLEY, Individually;
HUGH J. BRADSHAW, Individually;
THOMAS BRADSHAW, Individually;
JAMES BRADY, Individually;
MARK BRADY, Individually;
THOMAS BRADY, Individually;
TIMOTHY BRADY, Individually;
JOHANNA BRAGER, Individually;
DONALD BRAGG, Individually;
STEVEN BRAILLE, Individually;
RAYMOND BRAINE, Individually;
JEMAL BRAITHWAITE, Individually;
KENNETH BRAITHWAITE, Individually;
SILVANO BRAJUHA, Individually;
NICHOLAS J. BRANCACCIO, Individually;
ISAAC BRANCH, Individually;
JAMES BRAND, Individually;
LARRY BRANDEFINE, Individually;
DANIEL BRANDENBERGER, Individually;
NEIL BRANDES, Individually;
GARY BRANDOFINO, Individually;
JOHN BRANNEN, Individually;
GERARD BRANNIGAN, Individually;
GLENN BRANTLEY, Individually;
ALEXANDER BRASH, Individually;

WILLIAM BRASSELL, Individually;
GAIL BRASSIL, Individually;
ULSTER BRATHWAITE, Individually;
JEFFREY BRAUCHLER, Individually;
EDWARD BRAUN, Individually;
KENNETH BRAUN, Individually;
HOWARD BRAXTON, Individually;
JOHN BREHENY, Individually;
SCOTT BRENES, Individually;
JAMES BRENNAN, Individually;
JAMES A. BRENNAN, Individually;
JAMES T. BRENNAN, Individually;
JOSEPH BRENNAN, Individually;
KELLY BRENNAN, Individually;
KEVIN BRENNAN, Individually;
RICHARD BRENNAN, Individually;
ROBERT BRENNAN, Individually;
THOMAS BRENNAN, Individually;
MICHAEL BRENNAN, Individually;
VINCENT BRENNAN, JR., Individually;
WILLIAM BRENNOCK, Individually;
JOSE BRENS, Individually;
STEVEN BRENSEKE, Individually;
AARON BRENSEL, Individually;
JAMES BRERETON, Individually;
DANIEL BRESLIN, Individually;
JAMES BRESLIN, Individually;
MICHAEL BRESNAHAN, Individually;
SETH BRESSMAN, Individually;
ANDREW BRETT, Individually;
LAWRENCE BREY, Individually;
JAMES BRIERLEY, Individually;
CHRISTOPHER BRIGANDO, Individually;
FRANK BRINDISI, Individually;
LAWRENCE BRINDISI, JR., Individually;
MICHAEL BRISKIE, Individually;
VICTOR BRITO, Individually;
GWENDOLYN BRITTON, Individually;
MICHAEL S. BROCATO, Individually;
DEREK BROGAN, Individually;
CHRISTOPHER BROICH, Individually;
DENNIS BROOKS, Individually;
JOHN BROOKS, Individually;
RUSSELL BROOKS, Individually;
DONALD BROSAN, Individually;
MICHAEL BROSCHART, Individually;

MICHAEL BROSCHART, Individually;
WILLIAM BROSKI, Individually;
KIERAN BROSNAN, Individually;
KIERAN BROSNAN, Individually;
FRED BROTHERS, Individually;
GWENDOLYN BROUGHTON, Individually;
SHAWN BROUGHTON, Individually;
GARY J. BROWER, Individually;
ALAN BROWN, Individually;
CATHERINE BROWN, Individually;
DANIEL BROWN, Individually;
DEREK BROWN, Individually;
DOUGLAS H. BROWN, Individually;
EDWARD BROWN, Individually;
JACOB BROWN, Individually;
JAMES BROWN, Individually;
JAMES BROWN, Individually;
JOANN BROWN, Individually;
LEONARD BROWN, Individually;
LISA BROWN, Individually;
LOUCRICIA BROWN, Individually;
MAUREEN BROWN, Individually;
MAUREEN BROWN, Individually;
MICHAEL BROWN, Individually;
NATHANIEL BROWN, Individually;
NEVILLE CONSTANTINE BROWN, Individually;
RAYMOND BROWN, Individually;
ROBERT BROWN, Individually;
ROBERT BROWN, Individually;
ROBERT BROWN, Individually;
RODNEY BROWN, Individually;
RUDOLPH CLARK BROWN, Individually;
THOMAS BROWN, Individually;
WAYNE BROWN, Individually;
WILLIAM BROWN, Individually;
YVONNE BROWN, Individually;
MARTIN BROWNE, Individually;
MICHAEL G. BROWNE, Individually;
RICHARD BROWNE, Individually;
KIM BROWNING, Individually;
ANTHONY BRUCCULERI, Individually;
CHARLES BRUCE, Individually;
DONALD BRUCE, Individually;
DONALD BRUDIE, Individually;
RONALD BRUMBAUGH, Individually;
CARLA BRUNO, Individually;

CHARLES BRUNO, Individually;
CHRIS BRUNO, Individually;
EILEEN BRUNO, Individually;
FELICITA BRUNO, Individually;
FRANK BRUNO, Individually;
GREGORY BRUNO, Individually;
JAMES BRUNO, Individually;
JOHN BRUNO, Individually;
JULIO BRUNO, Individually;
MICHAEL BRUNO, Individually;
PHILIP BRUNO, Individually;
STEPHEN BRUNO, Individually;
THOMAS BRUNO, Individually;
KEVIN BRUNS, Individually;
TOM BRUSCA, Individually;
LUIGI BRUSCHI, Individually;
WILLIAM BRUST, Individually;
CLARENCE BRUTON, Individually;
MICHAEL BRYAN, Individually;
ANITA BRYANT, Individually;
FLORETHA BRYANT, Individually;
HERMAN BRYANT, Individually;
MICHAEL BRYCE, Individually;
CAROLYN BRYSON, Individually;
STEVEN BRYSON, Individually;
ROBERT BUA, Individually;
MARYANN BUBELNIK, Individually;
JOSEPH BUBRYCKIE, Individually;
DENNIS BUCCELLO, Individually;
MARK BUCHALSKI, Individually;
ALLISON BUCHANAN, Individually;
THOMAS BUCHTA, Individually;
ANNA MARIE BUCKLEY, Individually;
MARK S. BUCKLEY, Individually;
PATRICK BUCKLEY, Individually;
STEPHEN BUCKLEY, Individually;
COURTNEY BUDDO, Individually;
SUSAN BUDGELL, Individually;
TERRANCE BUEFORD, Individually;
RONALD BUELL, Individually;
KENNY BUGGE, Individually;
LOUIS BUGLIONE, Individually;
MATTHEW BUHSE, Individually;
JOHN BUIVIDAS, Individually;
DENNIS BUJAN, Individually;
ERIC BULGER, Individually;

THOMAS BULLARD, Individually;
MARIA BULLARO, Individually;
THOMAS BULLEN, Individually;
DIRK BULSON, Individually;
RICHARD BULVID, Individually;
BRIAN BUNSTER, Individually;
MATTHEW BUONO, Individually;
VINCENT BUONOCORE, Individually;
CARLO BUONVIAGGIO, Individually;
JOHN BUQUICCHIO, Individually;
CHRISTOPHER BURACK, Individually;
SERGE BURACK, JR., Individually;
SAM BURCH, Individually;
CHARLES BURGE, Individually;
JAMES BURGHARDT, Individually;
DAVID BURGOS, Individually;
JASON BURGOS, Individually;
JOSE BURGOS, Individually;
JOSE M. BURGOS, Individually;
LINA BURGOS, Individually;
MAYRA BURGOS, Individually;
ANGEL BURGOS, Individually;
ANDREW BURKARD III, Individually;
ANDREW BURKARD III, Individually;
FRANCIS BURKE, Individually;
JOHN BURKE, Individually;
JOHN F. BURKE, Individually;
MICHAEL BURKE, Individually;
THOMAS BURKE, Individually;
WILLIAM BURKE, Individually;
THOMAS BURKE JR., Individually;
ELIZABETH BURNETT, Individually;
EDWARD BURNS, Individually;
GEORGE BURNS, Individually;
JAMES BURNS, Individually;
JOSEPH BURNS, Individually;
KATHEY BURNS, Individually;
KATHRYN BURNS, Individually;
MICHAEL BURNS, Individually;
PAUL BURNS, Individually;
PHILIP BURNS, Individually;
ROBERT BURNS, Individually;
DOUGLAS BURRELL, Individually;
CALVIN BURTON, Individually;
LYNDA BURTON, Individually;
ROBERT BUSCEMI, Individually;

KEVIN BUSCH, Individually;
JOHN BUSCHING, Individually;
JAMES BUSHMAN, Individually;
RICHARD BUSS, Individually;
JAMES A. BUTLER, Individually;
ROBERT BUTLER, Individually;
STEPHEN BUTLER, Individually;
WALTER BUTLER, Individually;
WILLIAM BUTLER, Individually;
ALBERT BUTTACAVOLI, Individually;
CHARLES BUTTACAVOLI, Individually;
RENO BUTTIGIEG, Individually;
STEPHEN BUTTLE, Individually;
FREDDIE BUTTS, Individually;
MIGUEL BUZO, Individually;
ANTHONY BUZZEO, JR., Individually;
ANTHONY BUZZEO, SR., Individually;
ADRIENNE BYAM, Individually;
JOHN BYERS, Individually;
THOMAS C. BYERS, Individually;
YURIY BYKHOVSKIY, Individually;
JEANNETTE BYRD, Individually;
CHRISTIAN BYRNE, Individually;
DENIS BYRNE, Individually;
DENNIS BYRNE, Individually;
FRANCIS BYRNE, Individually;
JOSEPH BYRNE, Individually;
ROBERT BYRNE, Individually;
JOHN BYRNES, Individually;
KEVIN BYRNES, Individually;
THOMAS BYRNES, Individually;
DERRICK BYRON, Individually;
EDWARD CABAN, Individually;
NELSON CABAN, Individually;
ROBERT CABAN, Individually;
IRVIN CABARRIS, Individually;
RENE CABEZAS, Individually;
CARLOS CABRERA, Individually;
JOHN CABRERA, Individually;
LUIS CABRERA, Individually;
LUCILA CABRERO, Individually;
MANUEL CABRERO, Individually;
THOMAS CACAVIO, Individually;
CELSO CACERES, Individually;
EDWARD CACHIA, Individually;
CARMEN CACHOLA, Individually;

JOSEPH CACIANO, Individually;
ALEXANDER CACOVIC, Individually;
DIANE CADE, Individually;
ROBERT CADIEUX, Individually;
ROY CADOO, JR., Individually;
NICHOLAS CAFIERO, Individually;
MANUEL CAGUANA, Individually;
HAZAMOON CAHILL, Individually;
STEPHANIE CAHILL, Individually;
JOSEPH CAIN, Individually;
PATRICK CAIN, Individually;
JOHN CAIRNS, Individually;
ANTHONY CAIRONE, Individually;
RICHARD CAITANO, Individually;
CHARLES CALABRESE, Individually;
KEITH CALABRESE, Individually;
MICHAEL A. CALABRESE, Individually;
DONNA CALABRO, Individually;
RICHARD CALABRO, Individually;
FRANCIS CALABRO II, Individually;
JOHN CALAMARI, Individually;
MATTHEW CALANDRA, Individually;
PAUL CALANDRA, Individually;
ADAM CALBO, Individually;
JOSEPH CALCUTTA, Individually;
ENRIQUE CALDERIN, Individually;
RICHARD CALDERON, Individually;
JOHN CALDERONE, Individually;
FRANK CALDWELL, Individually;
FRANK CALDWELL, Individually;
ADRIAN CALEMMO, Individually;
IVAN CALERO, Individually;
KEVIN CALHOUN, Individually;
SAMUEL CALHOUN, Individually;
GARY CALI, Individually;
PASQUALE CALIFANO, Individually;
JOSEPH CALIGURI, Individually;
KAREN CALIMANO, Individually;
MICHELLE CALL, Individually;
FRANK CALLACI, Individually;
GREGG CALLAGHAN, Individually;
JOHN CALLAGHAN, Individually;
KEVIN CALLAGHAN, Individually;
THOMAS CALLAGHAN, Individually;
JOHN CALLAGY, Individually;
JAMES CALLAHAN, Individually;

NATHANIEL CALLAHAN, Individually;
ROBERT CALLAHAN, Individually;
TIMOTHY CALLAHAN, Individually;
TIMOTHY CALLAHAN, Individually;
JOSEPH CALLAN, Individually;
ANGEL CALLE - ZOLORZANO, Individually;
CHRISTOPHER CALLOW, Individually;
EDMUND CALO, Individually;
JOHN CALTAGIRONE, Individually;
JOSEPH CALVACCA, Individually;
KENNETH CALVEY, Individually;
MARISOL CALZADILLA-MARINO, Individually;
STEVEN CALZOLANO, Individually;
CHARLES CAMA, Individually;
IAN CAMACHO, Individually;
SANTIAGO CAMACHO, Individually;
MARY ANN CAMARDA, Individually;
PATRICIA CAMARGO, Individually;
ANTHONY CAMERA, Individually;
MARGIE CAMERON, Individually;
EDWIN CAMILLERI, Individually;
ANTHONY CAMINITI, Individually;
DOMINICK CAMINITI, Individually;
FRANK CAMINITI, Individually;
ANTHONY CAMMARANO, Individually;
ANTHONY CAMMARANO, Individually;
RONALD CAMMARATA, Individually;
STEPHEN CAMPAGNE, Individually;
JAMES CAMPANALE, Individually;
LEONARD CAMPANALE, Individually;
JOANN CAMPANELLA, Individually;
ROSEMARY CAMPANELLA, Individually;
ROSEMARY CAMPANELLA, Individually;
COLIN CAMPBELL, Individually;
JAMES CAMPBELL, Individually;
JAMES CAMPBELL, Individually;
KERRY CAMPBELL, Individually;
SHEDRICK CAMPBELL, Individually;
WAYNE CAMPBELL, Individually;
WILLIAM CAMPBELL, Individually;
SALVATORE CAMPECE, Individually;
WILLIAM CAMPISI, Individually;
STEPHEN CAMPO, Individually;
MARK CAMPOS, Individually;
KEVIN CANAVAN, Individually;
NOREEN CANAVAN, Individually;

EURIPIDES CANCEL, Individually;
MICHAEL CANCEL, Individually;
EDWARD CANCRO, Individually;
MAXIMO CANELA, Individually;
EMANUEL CANGEMIE, Individually;
KEVIN CANHAM, Individually;
DARLENE CANINO, Individually;
THOMAS CANN, Individually;
WILLIAM CANNER, Individually;
JOHN CANNIZZO, Individually;
JAMES CANNON, Individually;
CARMINE CANTALINO, Individually;
BIAGIO CANTATORE, Individually;
EMILE CANTAVE, Individually;
DANIEL CANTOS, Individually;
JAMES CANTRELL, Individually;
KEVIN CANTWELL, Individually;
MICHAEL CANTWELL, Individually;
LOUIS CAPASSO, Individually;
MICHAEL CAPASSO, Individually;
PHILIP CAPASSO, Individually;
MARIANO CAPELLAN, Individually;
JOHN CAPIZZI, Individually;
ALLEN CAPLAN, Individually;
JESUS CAPO, Individually;
JOHN CAPO, Individually;
ALEX CAPOBIANCO, Individually;
FRANK CAPOGROSSO, Individually;
PAT CAPONIGRO, Individually;
JOHN CAPORALE, Individually;
STEVE CAPPELLO, Individually;
FRED CAPPETTA, Individually;
FRED CAPPETTA, Individually;
ANTHONY CAPUTO, Individually;
DAVID CAPUTO, Individually;
MICHAEL CAPUTO, Individually;
RAFFAELA CAPUTO, Individually;
JORGE CARABALLO, Individually;
DENNIS CARACCIOLO, Individually;
JAMES CARACCIOLO, Individually;
JOSEPH CARADONNA, Individually;
CATHERINE CARAMELLI, Individually;
WILLIAM CARBERRY, Individually;
ROBERT CARBERRY, Individually;
RICHARD CARBO, Individually;
DANIEL CARBONARO, Individually;

PATRICIA CARBONARO, Individually;
DAVID CARBONE, Individually;
GERALD CARBONE, Individually;
DONALD CARCONE, Individually;
OSVALDO CARDE, Individually;
OSCAR CARDENTEY, Individually;
LESLIE CARDONA, Individually;
LUZ CARDONA, Individually;
BRIAN CAREY, Individually;
PATRICK CAREY, Individually;
MICHAEL CAREY, Individually;
DORIS CARIDI, Individually;
NORMAN CARIDI, Individually;
ANTHONY CARIDI, SR., Individually;
JOHN CARILLO, Individually;
GEORGE CARL, Individually;
JOHN CARL, Individually;
STEVEN CARL, Individually;
JAMES CARLIN, Individually;
THOMAS CARLIN, Individually;
RICHARD CARLINO, Individually;
PETER CARLO, Individually;
VINCENT CARLO, Individually;
CHARLES CARLOTTI, Individually;
CARL CARLOZZI, Individually;
RICHARD CARLSON, Individually;
KENNETH CARLUCCI, Individually;
VICTOR CARLUCCI, Individually;
KENNETH CARMICHAEL, Individually;
RALPH CARMINE, Individually;
JAMES CARMODY, Individually;
THOMAS CARMODY, Individually;
JAMES CARNEY, Individually;
JOHN CARNEY, Individually;
CRISTINA CARO, Individually;
DOMINICK CARONE, Individually;
PAUL CAROSOTTO, Individually;
JOHN CARPENITO, Individually;
NICHOLAS CARPENTER, Individually;
JASON CARPENTIERI, Individually;
PAUL CARPENTIERI, Individually;
JOHN CARR, Individually;
LARRY CARR, Individually;
MAXINE CARR, Individually;
MICHAEL CARR, Individually;
GLENN CARRANO, Individually;

JOSEPH CARRANO, Individually;
JOSEPH CARRARA, Individually;
ELISEO CARRASQUILLO, Individually;
AARON CARRERAS, Individually;
ANGEL CARRERO, Individually;
KEVIN CARRICK, Individually;
BRIAN CARRIGAN, Individually;
DANIEL CARRIGAN, Individually;
RON CARRITUE, Individually;
HEATHER CARRO - TOTORO, Individually;
DENNIS CARROLL, Individually;
ERIK CARROLL, Individually;
JAMES CARROLL, Individually;
JAMES CARROLL, Individually;
MONIQUE CARROLL, Individually;
PADRAIG CARROLL, Individually;
ROBERT CARROLL, Individually;
STEVEN CARROLL, Individually;
THOMAS CARROLL, Individually;
ANDREW CARSON, Individually;
DENNIS CARSON, Individually;
KEVIN CARSON, Individually;
TERRY CARSON, Individually;
VINCENT CARTAFALSA, Individually;
KELVIN CARTER, Individually;
LYNETTE CARTER, Individually;
MICHAEL CARTER, Individually;
KEITH CARTIER, Individually;
VINCENT CARUANA, Individually;
CHRISTOPHER CARUSO, Individually;
GIOVANNI CARUSO, Individually;
JOHN CARUSO, Individually;
MARK CARUSO, Individually;
MICHAEL CARUSO, Individually;
ROBERT CARUSO, Individually;
JOHN CARVER, Individually;
RICHARD CASALETTO, Individually;
RAYMOND CASCIO, Individually;
THOMAS CASCIO, Individually;
ROBERT CASELLI, Individually;
FRANK CASERTA, Individually;
JOHN CASEY, Individually;
LARON CASEY, Individually;
MICHAEL CASEY, Individually;
THOMAS CASEY, Individually;
GERARD J. CASH, Individually;

EDMUND CASHEN, Individually;
BRIAN CASHIN, Individually;
MIGUEL CASIANO, Individually;
STEVEN CASQUARELLI, Individually;
BRENDAN CASSAR, Individually;
BRIAN CASSE, Individually;
RONALD CASSELLA, Individually;
RICHARD CASSETTA, Individually;
KEVIN P. CASSIDY, Individually;
PATRICK CASSIDY, Individually;
TEIRNACH CASSIDY, Individually;
THOMAS CASSIDY, Individually;
TIERNACH CASSIDY, Individually;
TIERNACH CASSIDY, Individually;
ANTHONY CASSILLO, Individually;
RICHARD CASTA, Individually;
PAUL CASTALDI, Individually;
PAUL CASTALDO, Individually;
PAUL CASTALDO, Individually;
CHRISTINE CASTALLANO, Individually;
CARLOS CASTANEDA, Individually;
MANUEL CASTANO, Individually;
GREGORY CASTELLANO, Individually;
SILVIO CASTELLANO, Individually;
HECTOR CASTELLANOS, Individually;
JOHN CASTELLANOS, Individually;
MARTHA CASTELLANOS-CHIN, Individually;
EDDY CASTELLAR, Individually;
DAVID CASTELLI, Individually;
JOSEPH CASTIGLIA, Individually;
MITCHELL CASTIGLIONE, Individually;
JOSE CASTILLO, Individually;
DAVID CASTNER, Individually;
IVAN CASTRILLO, Individually;
ANDRES CASTRO, Individually;
CHRISTOPHER CASTRO, Individually;
FRANCISCO CASTRO, Individually;
GERARD CASTRO, Individually;
JAQUELINE CASTRO, Individually;
NANCY CASTRO, Individually;
PAUL CASTRO, Individually;
PAULA CASTRO, Individually;
RONALD CASTRO, Individually;
MATTHEW CASTROGIOVANNI, Individually;
JOHN CASTRONOVO, Individually;
JOSEPH CATALANO, Individually;

KEVIN CATALANOTTO, Individually;
WILLIAM CATALANOTTO, Individually;
STEVE CATANEO, Individually;
STEVEN CATANZARO, Individually;
DONALD CATAPANO, Individually;
JOHN CATAPANO, Individually;
ANTHONY CATERA, Individually;
ARLINE CATO, Individually;
MICHAEL CATRICOLA, Individually;
DENNIS CATUCCI, Individually;
STEVEN CAVALIERE, Individually;
MARIO CAVALLARO, Individually;
MARIO CAVALOTTI, Individually;
JOSEPH CAVANAGH, Individually;
THOMAS CAVANAGH, Individually;
BILL CAVANAUGH, Individually;
THOMAS CAWLEY, Individually;
JUDITH CAYENNE, Individually;
JEFFREY CEA, Individually;
MAURICE CECCHETTI, Individually;
GUSTAVO CECCHINI, Individually;
ANTHONY CECCO, Individually;
JOHN CECERE, Individually;
CASIMER CEGELSKI, Individually;
LOUIS CELESTINO, Individually;
DANIEL CELLA, Individually;
EILEEN CELLI, Individually;
KATHLEEN CENTORE, Individually;
YOLANDA CEPHAS, Individually;
STEPHEN B. CERALU, Individually;
JOSEPH CERAVOLO, Individually;
GEORGE CERBASI, JR., Individually;
JOHN CERIELLO, Individually;
ROBERT CERMENELLO, Individually;
CARMEN CERRETO, Individually;
REGINA CERVANTES, Individually;
JOHN CERVENKA, Individually;
PHILIP CERVONE, Individually;
GREGORY CESARSKI, Individually;
ALAN CESERANO, Individually;
STEPHEN CESPUGLIO, Individually;
JOSEPH CESTARI, Individually;
KENNETH W. CETIN, Individually;
FRED CHADWICK, Individually;
DAVID CHAFFEE, Individually;
ANTHONY CHAIMOWITZ, Individually;

ROBERT CHALLENER, Individually;
CLARENCE CHALMERS, Individually;
WILLIAM CHAMBERLAIN, Individually;
VIELKA CHAMBERS, Individually;
ALAN CHAMPLIN, Individually;
ETHLYN CHAN, Individually;
STEPHEN CHAN, Individually;
WAIFONG CHAN, Individually;
MAHAAN CHANDU, Individually;
CLIFTON CHANG, Individually;
YON CHANG, Individually;
BRIAN CHAPMAN, Individually;
CHERESE CHAPPELL, Individually;
ROBERT CHARBONEAU, Individually;
DAWN MARIE CHARLES, Individually;
LOUIS CHARLES, Individually;
GEMA CHARLES-CLYNE, Individually;
JULIO CHARLOTTEN, Individually;
EDWARD CHASE, Individually;
JOHN CHASE, Individually;
MARY LOU CHASE, Individually;
ANTHONY CHEATHAM, Individually;
JAMES CHECCO, Individually;
MICHAEL CHECCO, Individually;
JUAN CHECO, Individually;
ROBERT CHEN, Individually;
SCOTT CHERNOFF, Individually;
ROMAN CHERNY, Individually;
WILLIAM CHERRY, Individually;
WILLIAM CHESNEY, Individually;
SHAUNNA CHESSON, Individually;
ANTONIO CHEVALIER, Individually;
ANTHONY CHIANESE, Individually;
RICHARD CHIARAMONTE, Individually;
GLENN CHIARELLO, Individually;
JOHN CHIAROVANO, Individually;
GERALD CHIAVELLI, Individually;
JAY CHICHESTER, Individually;
CARMEN CHICLANA, Individually;
JUAN CHICO, Individually;
SALVATORE CHIEFFO, Individually;
CESAR CHIHUAN, Individually;
MICHAEL CHILTON, Individually;
DANIEL CHIN, Individually;
YUK CHIN, Individually;
IRA CHINSKY, Individually;

PETER CHIODO, Individually;
CHARLES CHIPMAN, Individually;
JOHN CHIRONNA, Individually;
CHOONFAH CHONG, Individually;
KENWEN LEE CHONG, Individually;
JOSEPH CHOQUETTE, Individually;
ALEXANDER CHORNY, Individually;
DENNIS CHORPENNING, Individually;
KHALED CHOUDHURY, Individually;
ROBERT CHRISTENSEN, Individually;
THOMAS CHRISTENSEN, Individually;
GODFREY CHRISTIAN, Individually;
LILLIAN CHRISTIAN, Individually;
WILLIAM CHRISTIAN, Individually;
KENNETH CHRISTIANSEN, Individually;
KENNETH CHRISTIANSEN, Individually;
SCOTT CHRISTIE, Individually;
THOMAS CHRISTOPHER, Individually;
ROBERT CHU, Individually;
ROBERT CHUISANO, Individually;
EMIL CHYNN, Individually;
PETER CIACCIO, Individually;
RALPH CIAFONE, Individually;
TONI-ANN CIAMBRIELLO, Individually;
THOMAS CIANGIOLA, Individually;
PETER CIAPPA, Individually;
PHILIP CIARAVINO, Individually;
JOHN CIARCIA, Individually;
MICHAEL CIAVOLA, Individually;
PETER CICCIONE, Individually;
PAUL CICERO, Individually;
LOUIS CICIO, Individually;
ANDREW CILENTI, Individually;
RALPH CILENTO, Individually;
RALPH CILENTO, Individually;
MARIO CIMINERA, Individually;
DONALD CIMINO, Individually;
MICHAEL CINALLI, Individually;
LOUIS CINCO, Individually;
THOMAS CINOTTI, Individually;
JOSEPH CINQUEMANI, Individually;
KEVIN CINQUEMANI, Individually;
PAUL CINQUEMANI, Individually;
VICTOR CINQUEMANI, Individually;
PETER CINTORINO, Individually;
LUIS CINTRON, Individually;

JOHN CIOBAN, Individually;
RICHARD CIOCCA, Individually;
SALVATORE CIOFFI, Individually;
FREDERICK CIPOLETTI, JR., Individually;
CHARLES CIPRIANO, Individually;
DAVID CIRA, Individually;
MARINO CIRILLO, Individually;
MARIO CIRILLO, Individually;
THOMAS CIRINCIONE, Individually;
CHRISTOPHER CIRINO, Individually;
LOU CIROCCO, Individually;
ROCCO CITENO, Individually;
ANTHONY CITERA, Individually;
ANTHONY CITTADINI, Individually;
JOSEPH CIULLA, Individually;
MIRA CIZIN, Individually;
ERIC CLAMAGE, Individually;
RAYMOND P. CLANCY, Individually;
GLENN CLAPP, Individually;
CECILIA CLARET, Individually;
JOSEPH CLARINO, Individually;
ALMA CLARK, Individually;
BRUCE CLARK, Individually;
CHRIS CLARK, Individually;
FRANK CLARK, Individually;
JAMES CLARK, Individually;
JOHN CLARK, Individually;
KEVIN CLARK, Individually;
THOMAS CLARK, Individually;
WILLIAM CLARK SR, Individually;
BARRINGTON CLARKE, Individually;
ROBERT CLARKE, Individually;
THOMAS CLARKE, Individually;
VINCENT CLARKE, Individually;
WINSTON CLARKE, Individually;
JOSE CLAUDIO, Individually;
PAUL CLAUS, Individually;
JAVIER CLAVIJO, Individually;
BRIAN CLEARY, Individually;
EUGENE CLEARY, Individually;
KEVIN CLEARY, Individually;
JOSEPH CLEM, Individually;
ARTHUR CLEMENS, Individually;
THOMAS CLEMENS, Individually;
JOSEPH CLEMENT, JR., Individually;
JAMES CLEMENTE, Individually;

JOSEPH CLERICI, Individually;
DAVID CLIFFORD, Individually;
PETER CLIFFORD, Individually;
JOHN CLINTON, Individually;
STEVEN CLOSS, Individually;
DERMOTT CLOWE, Individually;
DANIEL COAN, Individually;
JAMES COAN, Individually;
MICHAEL COAN, Individually;
MICHAEL COATES, Individually;
WILLIAM COBB, Individually;
JOHN COCCHI, Individually;
FRANK COCCIMIGLIO, Individually;
DENNIS COCHRANE, Individually;
KEVIN COCKERHAM, Individually;
WILLIAM COCKS, Individually;
JESSICA COCO, Individually;
VINCENT COCO, Individually;
AUGUST COCUZZA, Individually;
BARTHOLOMEW CODD, Individually;
MARIA CODD-PEREZ, Individually;
MICHAEL CODELLA, Individually;
JOHN CODIGLIA, Individually;
MATTHEW CODY, Individually;
CHRISTOPHER COEN, Individually;
KEVIN COENEN, Individually;
GERALD COFFEY, Individually;
THOMAS COFFEY, Individually;
GERALD COFFIN, Individually;
THOMAS COGHLAN, Individually;
DANIEL COGNETTA, Individually;
FRANCES COHEN, Individually;
MARK D. COHEN, Individually;
MICHAEL COHEN, Individually;
STEVEN A. COHEN, Individually;
STEVEN D. COHEN, Individually;
NEAL COIT, Individually;
KENNETH COLACINO, Individually;
ROBERT COLACINO, Individually;
JOSEPH COLAMARINO, Individually;
VICTORIA COLANGELO, Individually;
ANGELA COLAVITO, Individually;
LYNNETTE COLBERT, Individually;
MARLON COLE, Individually;
JAMES COLEMAN, Individually;
LAWRENCE COLEMAN, Individually;

LISA COLEMAN, Individually;
FARRIS COLEY, Individually;
DAVID COLGAN, Individually;
TIMOTHY COLICHIO, Individually;
THOMAS COLL, Individually;
AGNES COLLAZO, Individually;
ANNE COLLAZO, Individually;
CARMINE COLLETTA, Individually;
CHARLES COLLETTI, Individually;
STEPHEN COLLETTI, Individually;
JOSEPH COLLICA, Individually;
JUANITA COLLIER, Individually;
BRIAN COLLINS, Individually;
CLINT COLLINS, Individually;
DANIEL COLLINS, Individually;
JOSEPH COLLINS, Individually;
STEPHEN COLLINS, Individually;
WILLIAM COLLINS, Individually;
ROBERT COLLIS, Individually;
RICHARD COLLISTER, Individually;
FELIX COLON, Individually;
JOSE COLON, Individually;
OLGA COLON, Individually;
RICARDO COLON, Individually;
EMANUEL COLONNA, Individually;
JEFFREY COLONNA, Individually;
DENNIS COLSON, Individually;
RICHARD COLUCCI, Individually;
CHRIS COLUMBIA, Individually;
JOHN COLWELL, Individually;
MAXIE COLWELL, Individually;
JOHN COMERFORD, Individually;
JOSEPH COMPEL, Individually;
CARMELO COMPOSTO, Individually;
THOMAS COMPTON, Individually;
GEORGE CONCHA, Individually;
ROBERT CONKLIN, Individually;
STEPHEN CONKLIN, Individually;
ROBERT CONLAN, Individually;
DANIEL CONLISK, Individually;
GERALD CONLON, Individually;
JAMES CONLON, Individually;
PAUL CONLON, Individually;
TIMOTHY CONNELL, Individually;
WILLIAM CONNELL, Individually;
CHRISTOPHER CONNELLY, Individually;

KEVIN CONNELLY, Individually;
ROBERT CONNELLY, Individually;
SEAN CONNELLY, Individually;
THOMAS CONNELLY, Individually;
THOMAS CONNELLY, Individually;
ANTHONY CONNOLLY, Individually;
CHRISTOPHER CONNOLLY, Individually;
JAMES CONNOLLY, Individually;
KEVIN CONNOLLY, Individually;
MARYANN CONNOLLY, Individually;
PETER CONNOLLY, Individually;
THOMAS CONNOLLY, Individually;
THOMAS CONNOLLY, Individually;
DENISE CONNOLLY-GALLITELLI, Individually;
JOHN CONNOR, Individually;
JOSEPH CONNOR, Individually;
RAYMOND CONNOR, Individually;
GERARD CONNORS, Individually;
JAMES CONNORS, Individually;
JOHN CONNORS, Individually;
KEVIN CONNORS, Individually;
SELENE CONNORS, Individually;
THOMAS CONNORS, Individually;
PAUL CONRAD, Individually;
STEPHEN CONRAD, Individually;
MICHAEL CONRADIS, Individually;
JOHN CONREY, Individually;
FARRELL CONROY, Individually;
JAMES CONROY, Individually;
KEVIN CONROY, Individually;
ROBERT CONSOLO, Individually;
GENNARO CONSTANTINO, Individually;
DIANA CONTE, Individually;
KATHLEEN CONTE, Individually;
MARTIN CONTE, Individually;
RONALD CONTE, Individually;
ANTHONY CONTESSA, Individually;
VINCENT CONTESSA, Individually;
ANTHONY CONTI, Individually;
LOUIS CONTINI, Individually;
STEVEN CONTINO, Individually;
JOHN CONTRASTANO, Individually;
JACK CONWAY, Individually;
WILLIAM CONWAY, Individually;
CAUDIEU COOK, Individually;
DEBERT COOK, Individually;

ROBERT COOKE, Individually;
SALONIA COOKE, Individually;
THOMAS COOKE, Individually;
TREVOR COOKE, Individually;
JAMES COONEY, Individually;
ANDREW COOPER, Individually;
BRIAN COOPER, Individually;
JOAN COOPER, Individually;
JOYCE COOPER, Individually;
WILLIAM COOPER, Individually;
BARRY COOPER, Individually;
SINCLAIR COPE, Individually;
DEIDRE COPELAND, Individually;
MICHAEL COPPOLA, Individually;
RICHARD COPPOLA, Individually;
VIRGINIA COPPOLA, Individually;
MICHAEL CORBETT, Individually;
SHARON CORBETT, Individually;
JOHN CORBISIERO, Individually;
THOMAS CORBLIES,JR., Individually;
GERARD CORBO, Individually;
FRANK CORCILLO, Individually;
JAMES CORCORAN, Individually;
PATRICK CORCORAN, Individually;
ARMONDO CORDONE, Individually;
EDWARD CORKE, Individually;
MATTHEW CORLESS, Individually;
BERNARD CORNELL, Individually;
JOSEPH CORNETT, Individually;
JOHN CORRAO, Individually;
LOUIS CORRAO, Individually;
MARK CORRAO, Individually;
MARK S. CORRAO, Individually;
EDELMIRO CORREA, Individually;
LOUIS CORRENTE, Individually;
MICHAEL CORRIGAN JR., Individually;
WILLIAM CORSELLO, Individually;
SUZANNE CORSO, Individually;
HENRY CORTACANS, Individually;
MANUEL CORTE, Individually;
CARLOS CORTES, Individually;
EFRAIN CORTES, Individually;
IVAN CORTES, Individually;
MARIBEL CORTES, Individually;
RICHARD CORTEZ, Individually;
ZOILA CORTEZ, Individually;

ANTHONY CORTIJO, Individually;
ISMAEL CORTIJO, Individually;
MICHAEL CORVINO, Individually;
PATRICK COSCETTE, Individually;
CATHERINE COSCO, Individually;
RICHARD COSENTINO, Individually;
CHRISTOPHER COSGRIFF, Individually;
MICHAEL COSGRIFF, Individually;
JOSEPH COSTA, Individually;
MICHAEL COSTA, Individually;
THOMAS COSTA, Individually;
MARIO COSTAGLIOLA, Individually;
NICHOLAS COSTANZ, Individually;
JAMES COSTANZA, Individually;
MICHAEL COSTANZA, Individually;
JOSEPH COSTANZO, Individually;
PHYLLIS COSTARELLA, Individually;
BRIAN COSTELLO, Individually;
JANELLE COSTELLO, Individually;
JOSEPH COSTELLO, Individually;
MICHAEL COSTELLO, Individually;
THOMAS COSTELLO, Individually;
NANCY COSTELLO-RAYNOR, Individually;
EDMUND COSTIGAN, Individually;
FAUSTINO COSTOSA, Individually;
CHRISTINA COTE, Individually;
VICTORIA TERRI COTE, Individually;
MITCHELL COTO, Individually;
DON COTRONE, Individually;
GEORGE COTRONE, Individually;
JOSEPH COTTER, Individually;
JOSE COTTI, Individually;
CHRISTIAN COTTO, Individually;
PATRICK COTTON, Individually;
JOHN COTTRELL, Individually;
WILLIAM COUCHON, Individually;
DONALD COUGHLAN, Individually;
BRIAN COUGHLIN, Individually;
BRIAN COUGHLIN, Individually;
JOHN COUGHLIN, Individually;
PETER COUGHLIN, Individually;
KIM COULL, Individually;
WILLIAM COURTNEY, Individually;
GRAYLAND COUSAR, Individually;
DAVID COWBURN, Individually;
JOSEPH COWELL, Individually;

TYNESE COX, Individually;
STEPHANIE COX-ALSTON, Individually;
BRIAN COYLE, Individually;
EDWARD COYLE, Individually;
TERENCE COYLE, Individually;
TIMOTHY COYNE, Individually;
THOMAS COZZA, Individually;
ROBERT CRAIG, Individually;
CHRISTOPHER CRAVEN, Individually;
GERARD CRAWFORD, Individually;
LERONE CRAWFORD, Individually;
WILLIAM CRAWFORD, Individually;
JOHN CRECCA, Individually;
DEBRA CREDENDINO, Individually;
DENNIS CREEGAN, Individually;
WESLEY CREEGAN, Individually;
ANTHONY CREEN, Individually;
BRIAN CREGAN, Individually;
JOHN CREMIN, Individually;
HERIBERTO CRESPO, Individually;
JOSE CRESPO, Individually;
ANTONIO CREUS, Individually;
VINCENZO CRIMENI, Individually;
JOHN CRIMI, Individually;
DOMENICK CRISCI, Individually;
GEORGE CRISCITIELLO, Individually;
JOSEPH CRISCITIELLO, Individually;
MICHAEL CRISPINO, Individually;
STEPHEN CRISTELLO, Individually;
JOHN CRITELLI, Individually;
WILLIAM CROAK, Individually;
BRENT CROBAK, Individually;
JOSEPH CROCE, Individually;
GIOVANNI CROCENZI, Individually;
STEVE CROMITY, Individually;
JOHN CRONIN, Individually;
ROBERT CRONIN, Individually;
JAMES P. CRONIN III, Individually;
ERIC CROOKE, Individually;
PATRICK CROOKS, Individually;
JOHN CROWE, Individually;
JOHN CROWE, Individually;
ALLEN CROWLEY, Individually;
KEVIN CROWLEY, Individually;
PETER CROWLEY, Individually;
CLAUDETTE CRUICKSHANK-DAVIS, Individually;

BARRY CRUMBLEY, Individually;
EARL CRUMPE, Individually;
ANGEL CRUZ, Individually;
DIANE CRUZ, Individually;
EDWIN CRUZ, Individually;
ENRIQUE CRUZ, Individually;
JAIME CRUZ, Individually;
JANETTE CRUZ, Individually;
JAQUELINE CRUZ, Individually;
LOUIS CRUZ, Individually;
MIRTHA CRUZ, Individually;
PATRICIA CRUZ, Individually;
RICARDO CRUZ, Individually;
THOMAS CRUZ, Individually;
ROBERT CRYSTAL, Individually;
AUSTIN CSORNY, Individually;
FERDINAND CUADRADRO, Individually;
MARCOS CUBILETE, Individually;
MICHAEL CUCCARO, Individually;
JOSEPH CUCCHIARA, Individually;
MICHAEL CUCCURULLO, Individually;
MARY CUCINELLI, Individually;
ROBERT CUCINELLI, Individually;
DERICK CUEBAS, Individually;
MARCELLO CUELLO, Individually;
JAMES E. CUESTA, Individually;
JAIME CUEVAS, Individually;
SONIA CUEVAS, Individually;
LUIGI CUFFARI, Individually;
CHRISTOPHER CUIFFO, Individually;
CHARLES CULLEN, Individually;
JOHN CULLEN, Individually;
PATRICK J. CULLEN, Individually;
STEVEN CUMMINGS, Individually;
ANTHONY CUMMO, Individually;
CORY CUNEO, Individually;
EDWARD CUNNINGHAM, Individually;
GERARD CUNNINGHAM, Individually;
JAMES CUNNINGHAM, Individually;
STEPHEN CUNNINGHAM, Individually;
THOMAS CUNNINGHAM, Individually;
MICHAEL CUNNINGHAM, Individually;
RICHARD CUNNIUS, Individually;
PATRICK CUOMO, Individually;
RONALD CURABA, Individually;
LEONARD CURCIO, Individually;

LEONARD CURCIO, Individually;
EDWARD CURLEY, Individually;
MICHAEL T. CURLEY, Individually;
FRANCIS CURNYN, Individually;
KATHLEEN CURNYN, Individually;
ANTHONY CURRAN, Individually;
COLLEEN CURRAN, Individually;
DOROTHY CURRAN, Individually;
EDWARD CURRAN, Individually;
JAMES CURRY, Individually;
JOHN CURRY, Individually;
JOSEPH CURRY, Individually;
WADE CURRY, Individually;
THOMAS CURTIN, Individually;
VINCENT CURTIN, Individually;
BRIAN CURTIS, Individually;
CARL CURTO, Individually;
RICHARD CURTO, Individually;
JOSEPH CUSANELLI, Individually;
CRAIG CUSANO, Individually;
MICHAEL CUTINO, Individually;
GLENN CUTLER, Individually;
VINCENT CUTLER, Individually;
JACK CUTRONE, Individually;
JOHN CUTRUPI, Individually;
MATTHEW CZEREPAK, Individually;
SCOTT D'ABREU, Individually;
MARIO D'ABRUZZO, Individually;
JAMES D'ADDESSA, Individually;
PHILIP D'AGOSTINO, Individually;
RICHARD DAILEY, Individually;
TIMOTHY DAILEY, Individually;
HAMID DALBARRY, Individually;
THOMAS DALE, Individually;
ARTHUR D'ALESSANDRO, Individually;
PAUL D'ALESSIO, Individually;
PETER D'ALESSIO, Individually;
LLOYD DALEY, Individually;
RICHARD DALLESANDRO, Individually;
JOHN DALLESSANDRO, Individually;
PATRICK D'ALLIEGRO, Individually;
THOMAS D'ALTO, Individually;
EUGENE DALTON, Individually;
KENNETH DALTON, Individually;
MICHAEL DALTON, Individually;
PETER DALTON, Individually;

THOMAS DALTON, Individually;
WILLIAM DALTON, Individually;
BRIAN DALY, Individually;
DANIEL DALY, Individually;
GERALD DALY, Individually;
JAMES DALY, Individually;
ROBERT DALY, Individually;
MICHAEL A. DAMATO, Individually;
PATRICK D'AMATO, Individually;
VICTOR D'AMATO, Individually;
VINCENT D'AMATO, Individually;
CARLO D'AMBROSI, Individually;
JOHN D'AMBROSIO, Individually;
DONALD DAMIAN, Individually;
MICHAEL DAMICO, Individually;
FRANK D'AMICO, Individually;
TONI DAMURA, Individually;
PETER D'ANCONA, Individually;
THOMAS DANDOLA, Individually;
GARY D'ANDREA, Individually;
ANTHONY D'ANGELO, Individually;
MICHAEL D'ANGELO, Individually;
ROBERT D'ANGELO, Individually;
SALVATORE D'ANGELO, Individually;
ERIC DANIEL, Individually;
STEVE DANIEL, Individually;
DOMINIC DANIELE, Individually;
JOSEPH DANIELE, Individually;
ANTHONY DANIELS, Individually;
JOHN DANIELSON, Individually;
PETER DANITI, Individually;
GENE DANNENFELSER, Individually;
SALVATORE DANTONE, Individually;
PETER DANTONIO, Individually;
ERNEST DANTUONO, Individually;
NICHOLAS DANZA, Individually;
DANIEL DANZI, Individually;
RICHARD DAOUST, Individually;
JOHN DAPRILE, Individually;
JAYNE D'AQUINO, Individually;
VICTOR D'AQUINO, Individually;
ARTHUR DARBY, Individually;
MICHAEL DARCEY, Individually;
JAMES DARPA, Individually;
JOSEPH DARRIGO, Individually;
DOMINIC D'ARRIGO, Individually;