WILLIAM DASH, Individually;
DONNA DASILVA, Individually;
JOAQUIM DASILVA, Individually;
LUIZ DASILVA, Individually;
CARMINE DATELLO, Individually;
ALEXANDER D'ATRI, Individually;
JOHN D'ATTORE, Individually;
GERARD DAVAN, Individually;
PHILIP DAVEY, Individually;
VERNON DAVID, Individually;
WILLIAM DAVIDSON, Individually;
ORLANDO DAVILA, Individually;
MARTIN DAVIN, Individually;
ARTHUR DAVIS, Individually;
DEBORAH DAVIS, Individually;
ELLA DAVIS, Individually;
JIMMIE DAVIS, Individually;
KOJO DAVIS, Individually;
LAWRENCE DAVIS, Individually;
LINDSAY DAVIS, Individually;
WANDA DAVIS, Individually;
JAMES DAVIS, III, Individually;
DIOTIMA DAWSON, Individually;
JOHN DAY, Individually;
ANTOINE DAYE, Individually;
HAROLD DE LANCEY, Individually;
JANET DE LOS SANTOS, Individually;
MILAGROS DE LOS SANTOS, Individually;
JOSEPH DE ROSA, Individually;
SANDRA DE STASIO-LYNAGH, Individually;
MICHAEL DE TURO, Individually;
ANTONIO DEALMEIDA, Individually;
JAMES DEAN, Individually;
ALFRED DEANGELO, Individually;
JOSEPH DEBELLIS, Individually;
FRANK DEBENEDETTO, Individually;
JOHN DECARLO, Individually;
VINCENT DECICCO, Individually;
MICHAEL DECKER, Individually;
RODNEY DECORT, Individually;
NICK DECOURCELLES, Individually;
CHARLES DEERING, Individually;
CHARLES DEERING, II, Individually;
CARMINE DEFALCO, Individually;
RICHARD DEFINO, Individually;
LORI DEFOREST, Individually;

MICHAEL DEGAETA, Individually;
CONRAD DEGEN, Individually;
WARREN DEGEN, Individually;
MICHAEL DEGENNARO, Individually;
JOSEPH DEGEORGE, Individually;
DONNA DEHETRE, Individually;
DONNA DEHETRE, Individually;
KENNETH DEIS, Individually;
THERESA DEITZ, Individually;
ISRAEL DEJESUS, Individually;
JOSE DEJESUS, Individually;
PATRICIA DEJESUS, Individually;
PAUL DEJESUS, Individually;
JOHN DEKANCHUK, Individually;
LOUIS DEL CASTELLO, Individually;
ROBERT DEL LATTO, Individually;
ROBERT DEL RIO, Individually;
RAFAEL DEL ROSARIO, Individually;
JOSE DEL VALLE, Individually;
KENNETH DELANEY, Individually;
MATTHEW DELANEY, Individually;
TERENCE DELANEY, Individually;
JOHN DELAROSA, Individually;
NELGIO DELAROSA, Individually;
ALEX DELASSALLE, Individually;
STEVEN DELATORRE, Individually;
JAMES DELAYO, Individually;
EDWARD DELBALSO, Individually;
WILSON DELEG MUZHA, Individually;
KEVIN DELEHANTY, Individually;
WILLIAM R. DELEHANTY, JR., Individually;
STEPHEN DELENA, Individually;
MELBA DELEON, Individually;
TANYA DELFINO, Individually;
ANTHONY C. DELGADO, Individually;
ARAMIS DELGADO, Individually;
CARL DELGADO, Individually;
JEANETTE DELGADO, Individually;
JOHN DELGADO, Individually;
SEGUNDO DELGADO, Individually;
CARL DELGEORGE, Individually;
ANTHONY DELGIUDICE, Individually;
JOSEPH DELGRECO, Individually;
JOSEPH DELGROSSO, Individually;
LARRY DELGROSSO, Individually;
MADELINE DELGROSSO, Individually;

MICHAEL DELGROSSO, Individually;
FRANK D'ELIA, Individually;
JACK D'ELIA, Individually;
CHARLES DELL'ACCIO, Individually;
PETER DELL'AERA, Individually;
MICHAEL DELLAPORTA, Individually;
NICHOLAS DELLASERRA, Individually;
LUIS DELLEGUAS, Individually;
FREDERICK DELLI SANTI, Individually;
LOUIS DELMAESTRO, Individually;
LOUIS DELMAESTRO, Individually;
KEITH DELMAR, Individually;
JOSEPH DELORENZO, Individually;
JANINE DELSALTO, Individually;
JANET DELUCA, Individually;
MICHAEL DELUCA, Individually;
VINCENT DELUCA, Individually;
THOMAS DELUCCIA, Individually;
JEANETTE DELUCIA, Individually;
ANTHONY DELUSTRO, Individually;
CARLOS DELVALLE, Individually;
RENE DELVALLE, Individually;
CHRISTOPHER DELVECCHIO, Individually;
FREDERICK DEMANT, Individually;
HAYDEE DEMANT, Individually;
ROBERT DEMAR, Individually;
CLAIRE DEMARCO, Individually;
GLEN DEMARCO, Individually;
JULIANNE DEMARCO, Individually;
PETER DEMARCO, Individually;
QUENTIN DEMARCO, Individually;
SANDRA DEMARCO, Individually;
SENTORIA DEMARCO, Individually;
MICHAEL DEMARFIO, Individually;
ANN MARIE DEMARIA, Individually;
PATRICK DEMARIA, Individually;
VINCENT DEMARINIS, Individually;
VINCENT DEMARINIS, Individually;
JOHN DEMARTINO, Individually;
ANTHONY DEMASI, Individually;
FRANK DEMASI, Individually;
JOHN DEMATTIA, JR., Individually;
MARK DEMAURO, Individually;
TODD DEMAYO, Individually;
TONI DEMEO, Individually;
JOSEPH D'EMIC, Individually;

DANIEL DEMONTE, Individually;
FRANK DEMONTE, Individually;
WILLIAM V. DEMORRIS, III, Individually;
FRANTZ DENIS, Individually;
THOMAS DENNARD JR, Individually;
ROBERT DENNI, Individually;
THOMAS DENNI, Individually;
RAYMOND DENNINGER, Individually;
AIDAN DENNIS, Individually;
JOSEPH DENT, Individually;
RUDOLF DENT, Individually;
PAUL DENVER, Individually;
OMA DEONARINE, Individually;
RICHARD DEPALMA, Individually;
THOMAS DEPALO, Individually;
JAMES DEPAOLO, Individually;
PHILIP DEPASQUALE, Individually;
ARLENDA DEPEIZA, Individually;
KELVA DEPEZA, Individually;
ROBERT DEPHILLIPS, Individually;
RICHARD DEPIETRO, Individually;
RUSSELL DEPRADINE, Individually;
KEVIN DEPROSPO, Individually;
JOSEPH DEPROSSIMO, Individually;
EDWARD DER, Individually;
SUI DER, Individually;
DOMINICK DERASMO, Individually;
NICHOLAS DERENZO, Individually;
THOMAS DERESPINO, Individually;
RONALD DEROSA, Individually;
DENNIS DEROSIER, Individually;
PETER DERUPO, Individually;
PETER DERUPO, Individually;
DOUGLAS DERVIN, Individually;
JOSEPH DESALVO, Individually;
LOUIS DESANTIS, Individually;
RICKI DESANTIS, Individually;
RICKI DESANTIS, Individually;
PATRICK DESARLO, Individually;
ANTHONY DESENA, Individually;
DELORIS DESILVA, Individually;
GEORGE DESIMONE, Individually;
JOHN DESIMONE, Individually;
JOSEPH DESIMONE, Individually;
MARK DESIMONE, Individually;
RICHARD DESIMONE, Individually;

STEVEN DESIMONE, Individually;
LOUIS DESIO, Individually;
ROBERT DESMOND, Individually;
WILLIAM DESMOND, Individually;
DONNA DESOUZA, Individually;
CONSTANTINO DESPOSATI, Individually;
LEE DESPOSITO, Individually;
RALPH DESPOSITO, Individually;
JOSEPH DESSOYE, Individually;
JAMES DESTASIO, Individually;
CHRISTOPHER DESTEFANO, Individually;
JOSEPHINE DETEMPLE, Individually;
WARREN DETEMPLE, Individually;
MARIE DETULLIO, Individually;
ANTHONY DEUS, Individually;
THOMAS DEUTSCH, Individually;
CHRISTOPHER DEVANEY, Individually;
DENNIS DEVANEY, Individually;
PAUL DEVANEY, Individually;
THOMAS DEVANEY, Individually;
ANTHONY DEVECCHIS, Individually;
ETIENNE DEVILLIERS, Individually;
EUGENE DEVINE, Individually;
GERARD DEVINE, Individually;
ROBERT DEVINE, Individually;
WILLIAM DEVINE, Individually;
VIRGINIA DEVITA, Individually;
MICHAEL DEVITO, Individually;
MICHAEL F. DEVITO, Individually;
OLIVE DEWITT, Individually;
JOHN DEYOUNG, Individually;
PRABIR DHAR, Individually;
KIM DIAMOND, Individually;
MARIE DIAMOND, Individually;
MICHAEL DIAMOND, Individually;
ALBA DIAZ, Individually;
CHARLES DIAZ, Individually;
CYNTHIA DIAZ, Individually;
GRACIELA DIAZ, Individually;
JASON DIAZ, Individually;
JOHN DIAZ, Individually;
JOHNNY DIAZ, Individually;
OMAR DIAZ, Individually;
ROLAND DIAZ, JR., Individually;
GARY DIBENEDETTO, Individually;
JOHN DIBERARDINO, Individually;

PETER DIBETTA, Individually;
FRANCESCA DIBIASI, Individually;
MARK DIBONA, Individually;
JOHN DICAPRIO, Individually;
VINCENT DICLEMENTE, Individually;
GREGORY DICOSTANZO, Individually;
CARLOS DICUPE, Individually;
MICHAEL DIDONATO, Individually;
RICHARD DIDONATO, Individually;
THOMAS DIDONATO, Individually;
JOHN DIFALCO, Individually;
AMEDEO TONY DIFEBBO, Individually;
RICHARD DIFEDE, Individually;
CHRISTIAN DIFILIPPO, Individually;
GINA DIFRANCO, Individually;
JOSEPH DIFRANKS, Individually;
NIKKI DIFRANKS, Individually;
STEVEN DIGIARO, Individually;
JOHN DIGILIO, Individually;
JOSEPH DIGILIO, Individually;
LAWRENCE DIGIORGIO, Individually;
ANIELLO DIGIOVANNI, Individually;
JOSEPH DIGIROLOMO, Individually;
ANDREW DIGIUGNO, Individually;
ROBERT DIGREGORIO, Individually;
GEORGE DILACIO, Individually;
JOHN DILAPI, Individually;
KEVIN DILBERIAN, Individually;
RACHEL DILDY, Individually;
NINA DILL, Individually;
WAYNE DILLIN, Individually;
JAMES DILLON, Individually;
PATRICK DILLON, Individually;
JOHN DILONARDO, Individually;
PEDRO DILONE, Individually;
GASPARE DILORENZO, Individually;
THEODORE DIMA, Individually;
MARK DIMAGGIO, Individually;
CHARLES DIMARIA, Individually;
JAMES DIMARIA, Individually;
RONALD DIMARIA, Individually;
DANIEL DIMARTINO, Individually;
JOSEPH DIMARTINO, Individually;
PATRICK DIMASI, Individually;
MICHAEL DIMEGLIO, Individually;
JAMES DIMEO, Individually;

ROSS DIMICELI, Individually;
ANTHONY DIMICHELE, Individually;
THOMAS DIMINO, Individually;
DAVID DIMMLER, Individually;
RENEE DIMOLFETTA, Individually;
NICHOLAS DIMONDA, Individually;
ROBERT DIMPERIO, Individually;
MICHAEL DINATALE, Individually;
JERE J. DINEEN, Individually;
NATHALIE DINOIA, Individually;
JOHN E. DIODATO, Individually;
RICHARD DIORIO, Individually;
JOHN D'IORIO, Individually;
RICHARD DIPADOVA, Individually;
ROBERT DIPAOLA, Individually;
PAUL DIPAOLO, Individually;
THEODORE DIPASQUALE, Individually;
VICTOR DIPIERRO, Individually;
JEFFREY DIPIETRO, Individually;
VINCENT DIPILATO, Individually;
JOHN DIROCCO, Individually;
JOHN DIROCCO, Individually;
JAMES DISANTI, Individually;
ROBERT DISANZA, Individually;
FRANK DISCALA, Individually;
THOMAS DISTASI, Individually;
ALFONSO DISTEFANO, Individually;
JAMES DISTEFANO, Individually;
VINCENT DISTEFANO, Individually;
VERNON DITHOMAS, Individually;
ROBERT DITO, Individually;
STEVEN DITOMASSO, Individually;
MARIO DITRENTO, Individually;
JOSEPH DITTA, Individually;
CHARLES DITTRICH, Individually;
PHILIP DIVENERE, Individually;
JOHN DIVERS, Individually;
STEVE DIVINO, Individually;
MARIO DIVITA, Individually;
JOHN DIXON, Individually;
NICOLE DIXON, Individually;
ROBERT DIXON, Individually;
STEVEN DIZZINE, Individually;
MINHA DO, Individually;
JOHN DOBROWOLSKI, Individually;
GENEA DOBSON, Individually;

JAMES DOBSON, Individually;
KENNETH DOBSON, Individually;
WILLIAM DOERLER, Individually;
JAMES DOHERTY, Individually;
JOHN DOHERTY, Individually;
KEVIN DOHERTY, Individually;
PATRICK DOHERTY, Individually;
ROBERT DOHERTY, Individually;
JOSEPH DOLAN, Individually;
KEVIN DOLAN, Individually;
LAWRENCE DOLAN, Individually;
THOMAS DOLAN, Individually;
ANTHONY DOLCE, Individually;
NICHOLAS DOLCE, Individually;
ALEXANDRE DOLGUIKH, Individually;
MICKEY DOLINGER, Individually;
DANIEL DOLL, Individually;
EILEEN DOMALEWSKI, Individually;
MARK DOMBROWSKI, Individually;
GERARD DOMBROWSKY, Individually;
GERARD DOMBROWSKY, Individually;
PAUL J. DOMBROWSKY, Individually;
EDNA DOMENECH, Individually;
KENNETH DOMENECH, Individually;
LATORRE DOMINICK, Individually;
RONALD DOMINIQUE, Individually;
KATHLEEN DOMINY, Individually;
RICHARD DOMOTOR, Individually;
PATRICK DONAGHY, Individually;
GREGG DONATO, Individually;
JOHN DONDERO, Individually;
MARK DONDERO, Individually;
MICHAEL DONLON, Individually;
BRIAN DONNELLY, Individually;
DANIEL DONNELLY, Individually;
DANIEL DONNELLY, Individually;
KAREN DONNELLY, Individually;
MARK DONNELLY, Individually;
MARK DONNELLY, Individually;
STEPHEN DONNELLY, Individually;
THOMAS DONNELLY, Individually;
THOMAS DONNELLY, Individually;
THOMAS DONNELLY, Individually;
TIMOTHY DONNERY, Individually;
JAMES D'ONOFRIO, Individually;
JOHN D'ONOFRIO, Individually;

PATRICIA DONOGHUE, Individually;
ROBERT DONOGHUE, Individually;
DANIEL DONOHUE, Individually;
JAMES DONOHUE, Individually;
JOHN DONOHUE, Individually;
KEVIN DONOHUE, Individually;
LEONARD F. DONOHUE, Individually;
RAYMOND DONOHUE, Individually;
WILLIAM DONOHUE, Individually;
JOHN DONOHUE, JR., Individually;
DANIEL DONOVAN, Individually;
EDWARD DONOVAN, Individually;
JOSEPH DONOVAN, Individually;
THOMAS DONOVAN, Individually;
TIMOTHY DONOVAN, Individually;
LOUIS DONTIS, Individually;
KEVIN DOODY, Individually;
DENIS DOOHAN, Individually;
ROBERT DOOLAN, Individually;
JAMES DOOLEY, Individually;
THOMAS H. DORAN, Individually;
ROLAND DORCEAN, Individually;
STEVEN DORDAL, Individually;
MICHAEL DORGAN, Individually;
RODWELL DORIS, Individually;
WILLIAM DORNEY, Individually;
ROBERT DORRIAN, Individually;
ROBERT DORRITIE, Individually;
ROBERT DORRMANN, Individually;
GREGORY DORSETT, Individually;
JOHN DORST, Individually;
PERICLES DOTEL, Individually;
RICHARD DOTY, Individually;
INNA DOUBROVINA, Individually;
JOHN DOUCHEY, Individually;
JOHN C. DOUGHERTY, Individually;
JOHN F DOUGHERTY, Individually;
MICHAEL DOUGHERTY, Individually;
CORNELIUS DOUGLAS, Individually;
BOBBIE DOVE, Individually;
CHRISTOPHER DOWD, Individually;
DONNA DOWLING, Individually;
EDWARD DOWLING, Individually;
JOHN DOWNEY, Individually;
PAUL DOWNEY, Individually;
THOMAS DOWNEY, Individually;

JAMES DOYLE, Individually;
JILL DOYLE, Individually;
ROBERT DOYLE, Individually;
VERONICA DOYLE, Individually;
WALLACE DOYNA, Individually;
MASAE DOYON, Individually;
MASAE DOYON, Individually;
RAYMOND DRACH, Individually;
DANIEL DRAGO, Individually;
DOUG DRAGONE, Individually;
FRANK DRAGONE, Individually;
JOHN DRAGOTTA, Individually;
GEORGE A. DRAKES, Individually;
JOHN DRAPER, Individually;
LEONARD DRAVES, Individually;
LEONARD DRAVES, Individually;
GEORGE DREES, Individually;
JOAN DREHER, Individually;
DANIEL DREISS, Individually;
SHANE DRESSER, Individually;
JAMES DREW, Individually;
JOSEPH DREXLER, Individually;
JOHN DRISCOLL, Individually;
JOHN RONALD DRISCOLL, Individually;
MICHAEL DRISCOLL, Individually;
RICHARD DRISCOLL, Individually;
THOMAS DRISCOLL, Individually;
THOMAS DROPP, Individually;
CHRISTOPHER DRUCKMAN, Individually;
JOHN DRURY, Individually;
ROBERT DUANE, Individually;
STEVEN DUBESTER, Individually;
RICHARD DUBOIS, Individually;
MICHAEL DUCASSE, Individually;
KEVIN DUCEY, Individually;
MARC DUCHON, Individually;
BRIAN DUDLEY, Individually;
TREVOR DUDLEY, Individually;
EAMON DUFFY, Individually;
JOHN DUFFY, Individually;
JOSEPH DUFFY, Individually;
KEVIN DUFFY, Individually;
KEVIN C. DUFFY, Individually;
ROBERT DUFFY, Individually;
TERRY DUFFY, Individually;
WILLIAM DUFFY, Individually;

JOHN DUGAN, Individually;
MICHAEL DUGAN, Individually;
PATRICK DUGAN, Individually;
WILLIAM DUGAN, Individually;
EDWARD DUGGAN, Individually;
JOSEPH DUGGAN, Individually;
BENNIE DUGGINS, Individually;
GEORGE DUGUID, Individually;
MICHAEL DUKE, Individually;
LAURA DULISSE, Individually;
JASON DUNCAN, Individually;
KEVIN DUNCAN, Individually;
JOHN DUNDON, Individually;
JAMES DUNITZ, Individually;
PATRICK DUNLEAVY, Individually;
PATRICK DUNLEAVY, Individually;
CRAIG DUNN, Individually;
WILLIAM DUNN, Individually;
WILLIAM DUNN, Individually;
JOHN DUNNE, Individually;
JOSEPH DUNNE, Individually;
WILLIAM DUODU, Individually;
SETH DUPPSTADT, Individually;
SETH DUPPSTADT, Individually;
ROBERT DUPREE, Individually;
ALVARO DUQUE, Individually;
RUBEN DUQUE, Individually;
MICHAEL DURAND, Individually;
ROBERT DURANTE, Individually;
ARTHUR DURKIN, Individually;
GERARD DURKIN, Individually;
JOSEPH DURSO, Individually;
RONALD DUTTON, Individually;
THOMAS DUTTON, Individually;
HELENA DUVIVTER, Individually;
HELENA DUVIVTER, Individually;
DWIGHT DUVOLL, Individually;
JULIAN DWORNIK, Individually;
DAVID DWYER, Individually;
KEVIN DWYER, Individually;
MICHAEL DWYER, Individually;
PATRICK DWYER, Individually;
CAVELITO DYCE, Individually;
WANDA DYETT, Individually;
RONALD DYKES, Individually;
STEPHEN DZIUBELA, Individually;

DAWN DZIUBELA, Individually;
EMIL DZURILLA, Individually;
THOMAS EAGAN, Individually;
ERNEST EANS, Individually;
JAMES EARL, Individually;
CLARA EARLE, Individually;
LINDA EARLE, Individually;
JILL EATON, Individually;
MICHAEL EATON, Individually;
ROY EATON, Individually;
GEORGE EBAUGH, Individually;
ORAN EBERHART, Individually;
LEONARD EBERLEIN, Individually;
ILANA EBERSON, Individually;
JOHN ECCLESTON, Individually;
DAVID ECHEVARRIA, Individually;
CHRIS ECKHOFF, Individually;
TODD ECKSTEIN, Individually;
IRWIN EDELSTEIN, Individually;
PETER EDIAGBONYA, Individually;
ANNA MARIE EDREIRA, Individually;
DALE EDWARDS, Individually;
DANIEL EDWARDS, Individually;
DONNY EDWARDS, Individually;
DOUGLAS EDWARDS, Individually;
GREGORY EDWARDS, Individually;
KEITH EDWARDS, Individually;
MICHAEL EDWARDS, Individually;
MICHAEL EDWARDS, Individually;
STEVEN EDWARDS, Individually;
STEVEN EDWARDS, Individually;
WILLIAM EDWARDS, Individually;
JEFF EFRON, Individually;
JAMES EFTHIMIADES, Individually;
MICHAEL EGAN, Individually;
ANTHONY EGAN, Individually;
MICHAEL EILS, Individually;
MITCHELL EISENBERG, Individually;
JAMES ELBERFELD, Individually;
THOMAS ELCI, Individually;
MICHAEL ELCOCK, Individually;
JAMES ELDER, Individually;
CARYN ELDRIDGE, Individually;
JOHN R. ELGES, Individually;
NELSON ELIAS, Individually;
JOSEPH ELIE, Individually;

CYNTHIA ELIO, Individually;
GINA ELLENHORN, Individually;
JON ELLENHORN, Individually;
RONALD ELLIOT, Individually;
EDWIN ELLIS, Individually;
IVETTE ELLIS, Individually;
JEFFREY ELLIS, Individually;
PAULA ELLIS, Individually;
SIDNEY ELLIS, Individually;
THOMAS ELLIS, Individually;
WILLIAM ELLIS, Individually;
JAMES ELMENDORF, Individually;
TIMOTHY ELPHICK, Individually;
ALFRED ELWICK, Individually;
ANTHONY EMANUELE, Individually;
JAMES EMERY, Individually;
SALVATORE EMMA, Individually;
DANIEL ENANDER, Individually;
LUIS ENCALADA, Individually;
MARCO ENCALADA, Individually;
ANTHONY ENCARNACION, Individually;
MARILYN ENDE, Individually;
JEFFREY ENDEAN, Individually;
GEORGE ENDELMANN, Individually;
MICHAEL ENDRIZZI, Individually;
ROBERT ENGEL, Individually;
ROBERT ENGEL, Individually;
MATTHEW ENGELHARDT, Individually;
GLENN ENGELKEN, Individually;
GEORGE ENGELS, Individually;
RITA ENGELS, Individually;
WILLIAM ENGLUND, Individually;
JOSEPH ENIA, Individually;
JEFF ENTIN, Individually;
JOSEPH EPPOLITO, Individually;
ANGEL ERAZO, Individually;
ARMANDO ERAZO, Individually;
KENNETH ERB, Individually;
GIUSEPPE ERBETTA, Individually;
JEFFREY ERCOLINO, Individually;
CHARLES ERDEY, Individually;
THOMAS ERICKSON, Individually;
KENNETH ERLENBUSCH, Individually;
JOANNE ERNEST, Individually;
ROBERT ERNEST, Individually;
EDWIN EROSA, Individually;

LILLIAN ESCOBARROSA, Individually;
ANDRES ESCOTO, Individually;
ANTHONY ESOLA, Individually;
JOSE ESPADA, Individually;
WILLIAM ESPINAL, Individually;
KERY ESPINO, Individually;
MARIA ESPINOSA, Individually;
ROBERT ESPONDA, Individually;
ALFRED ESPOSITO, Individually;
ANTHONY ESPOSITO, Individually;
ANTHONY ESPOSITO, Individually;
ANTHONY ESPOSITO, Individually;
CHRISTIAN ESPOSITO, Individually;
FRANK ESPOSITO, Individually;
JOHN ESPOSITO, Individually;
MARK ESPOSITO, Individually;
MICHAEL ESPOSITO, Individually;
RALPH ESPOSITO, Individually;
RONALD ESPOSITO, Individually;
SAMUEL ESPOSITO, Individually;
WILLIAM ESPOSITO, Individually;
RICHARD ESSLINGER, Individually;
JAVIER ESTEVEZ, Individually;
OMAR ESTEVEZ, Individually;
ALBERT ESTRADA, Individually;
RICHARD ESTREICHER, Individually;
JOSE ESTRELLA, Individually;
BRIAN ETTER, Individually;
ENRIC EUBANKS, Individually;
ENRIC EUBANKS, Individually;
VINCENT EUK, Individually;
RICHARD EULIE, Individually;
AARON EVANS, Individually;
PAUL EVANS, Individually;
THOMAS EVANS, Individually;
EDWARD EWING, Individually;
PHILLIP FABBRICANTE, Individually;
FRANK FABBRICATORE, Individually;
SUSAN FABBRICATORE, Individually;
JOSEPH FABOZZI, Individually;
GREGORY FAGAN, Individually;
ERIC FAGGIOLE, Individually;
PATRICK FAHEY, Individually;
ROBERT FAHEY, Individually;
JAMES FAHY, Individually;
THOMAS FAHY, Individually;

JOSEPH FAILLA, Individually;
LOUIS FAILLA, Individually;
SALVATORE FAILLA, Individually;
KEITH FAIRCHILD, Individually;
ERNEST FAIRCLOTH, Individually;
JEREMY FAIRWEATHER, Individually;
ROBERT FAIRWEATHER, Individually;
STEVEN FAITH, Individually;
CHRISTOPHER FAJARDO, Individually;
LOUIS FALANGA, Individually;
MICHAEL FALCO, Individually;
JAMES FALCONE, Individually;
JOSEPH FALCONE, Individually;
JOSEPH FALCONE, Individually;
MICHAEL FALCONE, Individually;
ANTHONY FALCONITE, Individually;
LAWRENCE FALISI, Individually;
KEN FALJEAN, Individually;
WILLIAM FALKENMAYER JR., Individually;
JAMES FALLER, Individually;
WILLIAM FALLON, Individually;
VINCENT FALSITTA, Individually;
SALVATORE FALZONE, Individually;
LAWRENCE FAMIGLIETTI, Individually;
FRED FANNING, Individually;
JOHN FARACCO, Individually;
JOSEPH FARELLA, Individually;
PAUL FARELLA, Individually;
THERESA FARELLO, Individually;
JOSEPH FARERI, Individually;
CARL FARGIONE, Individually;
DONNA FARIA, Individually;
ANTHONY FARINA, Individually;
SAL FARINO, Individually;
THOMAS FARINO, Individually;
ZOLTAN FARKAS, JR., Individually;
DENNIS FARLEY, Individually;
ROBERT FARLEY, Individually;
RAYMOND FAROUK, Individually;
CHARLES FARRELL, Individually;
CHRISTOPHER FARRELL, Individually;
DENNIS FARRELL, Individually;
GARY FARRELL, Individually;
HEIDI FARRELL, Individually;
JOHN FARRELL, Individually;
JOSEPH FARRELL, Individually;

KEVIN FARRELL, Individually;
RAYMOND FARRELL, Individually;
RAYMOND FARRELL, Individually;
RICHARD FARRELL, Individually;
TIMOTHY FARRELL, Individually;
JULIA FARRELL-PEACO, Individually;
KATHLEEN FARREN, Individually;
FRANCIS FARRINGTON, Individually;
SCOTT FARRINGTON, Individually;
CHRISTOPHER FASANO, Individually;
JOSEPH FASANO, Individually;
MELINDA FASANO, Individually;
PHILIP FASANO, Individually;
JOHN FASSARI, Individually;
VINCENT FATTO, Individually;
GIUSEPPE FATTORUSSO, Individually;
STEVEN FAUCETTE, Individually;
DERRICK FAULK, Individually;
JOHN FAUST, Individually;
WILLIAM FAVATA, Individually;
WILLIAM FAWCETT, Individually;
AFZAL FAZAL, Individually;
JAMES FAZIO, Individually;
JOSEPH FAZIO, Individually;
JAMES FEARON, Individually;
GREGORY FEASTER, Individually;
RONALD FEDE, Individually;
NICHOLAS FEDERICO, Individually;
MICHAEL FEDEROWSKI, Individually;
STEVEN FEDORCZUK, Individually;
KEVIN FEDYSZYN, Individually;
FRANCIS FEEHAN, Individually;
SEAN FEEHAN, Individually;
FRANCIS FEELEY, Individually;
JAMES FEENEY, Individually;
MARY ROSE FEENEY, Individually;
PAUL FEHLING, Individually;
KENNETH FEHN, Individually;
ANITA FEINSTEIN, Individually;
DAVID FEIT, Individually;
MILAN FEKETE, Individually;
LIONEL FELDER, Individually;
TAWANDA FELDER, Individually;
MICHAEL FELDMAN, Individually;
STEVEN FELDMAN, Individually;
DAVID FELDMANN, Individually;

CARMEN FELICIANO, Individually;
HENRY FELICIANO, Individually;
MYRTA FELICIANO, Individually;
RUSSELL FELICIANO, Individually;
ELIZABETH FELIX, Individually;
MIRIAM FELIX, Individually;
JOSEPH FELLE, Individually;
RICHARD FELLEGARA, Individually;
LOUIS FEMIA, Individually;
THOMAS FENECH, Individually;
JOSEPHINE FENG, Individually;
GERARD FENN, Individually;
ROBERT FENN, Individually;
DAVID FENTON, Individually;
CARMINE FEOLA, Individually;
ROBERT FERENCZI, Individually;
ANDRE FERGUSON, Individually;
DENENE FERGUSON, Individually;
ROSARIO FERLISI, Individually;
EFRAIN FERMAINT, Individually;
FRANCINE FERMAINT, Individually;
JOAO FERNANDES, Individually;
DANIEL FERNANDEZ, Individually;
DELIA FERNANDEZ, Individually;
HECTOR FERNANDEZ, Individually;
HECTOR FERNANDEZ, Individually;
JOHN FERNANDEZ, Individually;
JOSEPH FERNANDEZ, Individually;
WILLIAM FERNANDEZ, Individually;
JOSEPH FERNICOLA, Individually;
VITO FERNICOLA, Individually;
NICHOLAS FERRANDINO, Individually;
MARK FERRANOLA, Individually;
JOSEPH FERRANTE, Individually;
RONALD FERRANTE, Individually;
ALBERTO FERRARA, Individually;
ALESSANDRO FERRARA, Individually;
CHRISTOPHER FERRARA, Individually;
DANIEL FERRARA, Individually;
FRANK FERRARA, Individually;
NICHOLAS FERRARA, Individually;
PAULA FERRARA, Individually;
PETER FERRARA, Individually;
ROBERT FERRARA, Individually;
STEPHEN FERRARA, Individually;
WILLIAM III FERRARA, Individually;

VINCENT FERRARA, Individually;
RAYMOND FERRARI, Individually;
ANTHONY FERRARO, Individually;
ANTHONY FERRARO, Individually;
DENISE FERRARO, Individually;
DOMINICK FERRARO, Individually;
GUY FERRARO, Individually;
JACQUELINE FERRARO, Individually;
JAMES FERRARO, Individually;
CLARENCE FERRELL, Individually;
JAMES FERRELL, Individually;
JESUS FERRER, Individually;
MADELINE FERRER, Individually;
MARY ELLEN FERRIS, Individually;
LEO F. FERRITY, Individually;
PAUL J. FERRO, Individually;
RICHARD FERRO, Individually;
ANTHONY FERRONE, Individually;
CAROL FERTIG, Individually;
ROCCO FERTOLI, Individually;
ROCCO FERTOLI, Individually;
ROLAND FESEL, Individually;
KEITH FESTA, Individually;
VICTOR FIABANE, Individually;
JAMES FICO, Individually;
LEONARD FIDUCIA, Individually;
ANITA FIELDER, Individually;
IVAN FIGUEREDO, Individually;
ANGELO FIGUEROA, Individually;
DAVID FIGUEROA, Individually;
MARIE FIGUEROA, Individually;
MELISSA FIGUEROA, Individually;
MICHELLE FIGUEROA, Individually;
NEVILLA FIGUEROA, Individually;
RICARDO FIGUEROA, Individually;
RICHARD FIGUEROA, Individually;
ROBERT FIGUEROA, Individually;
LUZ FIGUEROA-FLORES, Individually;
ROBERT FILIPKOWSKI, Individually;
MICHAEL FILOMENA, Individually;
PIA FILOSA, Individually;
DAMIEN FILS-AIME, Individually;
MICHAEL FINA, Individually;
JOHN FINAMORE, Individually;
CORY FINK, Individually;
RUSSELL FINKELSON, Individually;

ROBERT FINKELSTEIN, Individually;
ANDREW FINN, Individually;
BRENDAN FINN, Individually;
JOSEPH FINN, Individually;
TERESA FINN, Individually;
EDWARD FINN, JR, Individually;
THOMAS FINNEGAN, Individually;
VINCENT FINNEGAN, Individually;
STEVEN FINNELL, Individually;
LORY FINOCCHIARO, Individually;
JOSEPH FINOCCHIO, Individually;
FRANK FIORE, Individually;
MICHAEL FIORE, Individually;
GLENN FIORELLA, Individually;
LOUIS FIORENTINO, Individually;
DAVID FIRPO, Individually;
CHRISTOPHER FISCHER, Individually;
GEORGE FISCHER, Individually;
LEE FISCHER, Individually;
PETER FISCINA, Individually;
STEPHEN FISH, Individually;
CARL FISHER, Individually;
TONY FISHER, Individually;
LINDA FISKE, Individually;
WILLIAM FITCHETT, Individually;
ANNA FITTIPALDI, Individually;
JOHN FITZGERALD, Individually;
JOHN FITZGERALD, Individually;
MICHAEL FITZGERALD, Individually;
THOMAS FITZGIBBON, Individually;
JAMES FITZGIBBONS, Individually;
JOHN FITZGIBBONS, Individually;
BRAIN FITZPATRICK, Individually;
BRENDAN FITZPATRICK, Individually;
BRODY FITZPATRICK, Individually;
DENNIS FITZPATRICK, Individually;
EDWARD FITZPATRICK, Individually;
JAMES FITZPATRICK, Individually;
MICHAEL FITZPATRICK, Individually;
PATRICK FITZPATRICK, Individually;
PATRICK FITZPATRICK, Individually;
SHAWN FITZPATRICK, Individually;
THOMAS FITZPATRICK, Individually;
THOMAS FITZPATRICK, Individually;
PATRICK FITZSIMMONS, Individually;
ROBERT FITZSIMMONS, Individually;

GLEN FIUMANO, Individually;
PAUL FIUMANO, Individually;
JOHN FLAHERTY, Individually;
JOSEPH FLAHERTY, Individually;
LAWRENCE FLAIM, Individually;
JASON FLAITZ, Individually;
JAMES B. FLANAGAN, Individually;
JAMES M. FLANAGAN, Individually;
SEAN FLANAGAN, Individually;
THOMAS FLANNERY, Individually;
JEFFREY FLEISCHMANN, Individually;
ROBERT FLEMING, Individually;
VALEN FLEMING, Individually;
VINCENT FLEMING, Individually;
THOMAS FLETCHER, Individually;
LINDA FLOCH, Individually;
JOE FLOOD, Individually;
KEVIN FLOOD, Individually;
RONALD FLOOD, Individually;
DANIEL FLORENCO, Individually;
DAVID FLORES, Individually;
LISANDRO FLORES, Individually;
MICHAEL FLORIE, Individually;
JOHN FLORIO, Individually;
JOSEPH FLORIO, Individually;
MICHAEL FLOWER, Individually;
ROXON FLOWERS, Individually;
NATHANIEL FLOYD, Individually;
NATHANIEL FLOYD, Individually;
TIMOTHY FLOYD, Individually;
ALEXIS FLYNN, Individually;
JOHN FLYNN, Individually;
PETER FLYNN, Individually;
RAYMOND FLYNN, Individually;
RICHARD FLYNN, Individually;
LORETTA FLYNN-MURPHY, Individually;
IGNAZIO FOCARINO, Individually;
WILLIAM FODER, Individually;
GREGORY FODOR, Individually;
GREGORY FODOR, Individually;
KEVIN FOGARTY, Individually;
FREDERICK FOGGY-ALEXANDER, Individually;
JAMES FOILES, Individually;
EUGENE FOLEY, Individually;
EUGENE FOLEY, Individually;
PATRICK FOLEY, Individually;

ROBERT FOLEY, Individually;
ROBERT R. FOLEY, Individually;
VINCENT FONDACARO, Individually;
DEWEY FONG, Individually;
MILTON FONG, Individually;
HERBERT FONSECA, Individually;
JOSEPH FONSECA, Individually;
RAYMOND FONTANA, Individually;
RICHARD FONTANES, Individually;
SAMUEL FONTANEZ, Individually;
ANGELA FONTE, Individually;
FIDEL FONTEBOA, Individually;
SERGE FONTUS, Individually;
PETER FOPEANO, Individually;
COURTNEY FORBES, Individually;
PETER FORCELLI, Individually;
ALAN FORCIER, Individually;
DARRYL FORD, Individually;
DONNELL FORD, Individually;
YOLANDA FORD, Individually;
THOMAS FORD, Individually;
ALFRED FORESTIER, Individually;
ALFRED FORESTIER, Individually;
FREDERICK FORGIONE, Individually;
AFSANA FORHAN, Individually;
GEORGE FORIS, Individually;
ARTHUR FORMAN, Individually;
ANTHONY FORMISANO, Individually;
JOSEPH FORNABAIO, Individually;
NICHOLAS FORNARIO, Individually;
MARSHA FORRESTER, Individually;
EDWARD FORSYTH, Individually;
WARREN FORSYTH, Individually;
ROBERT FORTE, Individually;
GARY FORTGANG, Individually;
CHARLES FORTIN, Individually;
JOSEPH FORTUNATO, Individually;
CHRISTINE FORTUNE, Individually;
LEANDRO FORTYZ, Individually;
PEDRO FORURIA, Individually;
MICHAEL FOSSATI, Individually;
VIRGIL FOSSATI, Individually;
JEFFERY R. FOSTER, Individually;
LAUREN FOSTER, Individually;
NOREEN FOSTER, Individually;
SCOTT FOSTER, Individually;

CHRISTINE FOTI, Individually;
RENE FOUCAUD, Individually;
ROBERT FOULKES, Individually;
JOHN FOURMAN, Individually;
ROY FOWLER, Individually;
BRIAN FOX, Individually;
JOEL FOX, Individually;
ROBERT FOX, Individually;
RUSSELL FOX, Individually;
THOMAS FOX, Individually;
SCOTT FOX, Individually;
EDWARD FOY, Individually;
RALPH FRAGAPANE, Individually;
MICHAEL FRAGIN, Individually;
RAPHAEL FRAGOLA, Individually;
ROBERT FRAGOLETTI, Individually;
DEE FRALEY, Individually;
ANTHONY FRANCA, Individually;
JEFF FRANCAN, Individually;
ELIZABETH FRANCESCHI, Individually;
MAYRA FRANCESCHINI, Individually;
CAROLYN FRANCIS, Individually;
CHARLES FRANCIS, Individually;
DONALD FRANCIS, Individually;
JAMES FRANCIS, Individually;
KENNETH FRANCIS, Individually;
KERVIN FRANCIS, Individually;
RENE FRANCIS, Individually;
CARLOS FRANCOIS, Individually;
SHELDON FRANCOIS, Individually;
DENNIS FRANK, Individually;
HARRY FRANK, Individually;
JOHANN FRANK, Individually;
MELVIN FRANKLIN, Individually;
THOMAS FRANKLIN, Individually;
MARK FRANKS, Individually;
MIRTA FRANQUI, Individually;
DONALD FRANZ, Individually;
JOHN FRANZA, Individually;
PETER FRANZI, Individually;
CHARLES FRANZO, Individually;
PETE FRANZONE, Individually;
FRANK FRAONE, Individually;
FRANK FRAONE, Individually;
SALVATORE FRASCA, Individually;
FRANK FRASCO, Individually;

MICHAEL FRASCO, Individually;
KEVIN FRASER, Individually;
NOEL FRASER, Individually;
VINCENT FRASER, Individually;
VICTOR FRED, Individually;
JERARDO FREDELLA, Individually;
GREGG FREDMAN, Individually;
JOSEPH FREELY, Individually;
ERIC FREEMAN, Individually;
RICHARD FREEMAN, Individually;
JAMES FREER, Individually;
JOHN FREER, Individually;
PETER FREER, Individually;
JULISSA FREMAINT, Individually;
ANTHONY FRESCA, Individually;
PETER FRESHOUR, Individually;
PHLLIP FRESSLE, Individually;
KEITH FREY, Individually;
RICHARD FREY, Individually;
THOMAS FREY, Individually;
JOHN FREYER, Individually;
MANUEL FREYTES, Individually;
VLADIMIR FRIDSON, Individually;
ADAM FRIED, Individually;
HENRY FRIED, Individually;
GREGG FRIEDENBERG-GERSON, Individually;
JACK FRIEDMAN, Individually;
JOSEPH FRISCIA, Individually;
LOUISE FRISCIA, Individually;
JONATHAN FRITZ, Individually;
CHARLES FRIZZIOLA, Individually;
GEORGE FROEHLICH, Individually;
RAYMOND FRONER, Individually;
JOSEPH FROSCH, Individually;
JOHN FRUGONE, Individually;
ALFREDO FUENTES, Individually;
ROBERT FUENTES, JR., Individually;
BRIAN FULLAM, Individually;
JAMES FULLAM, Individually;
JOHN FULLAM, Individually;
WILLIAM FULLAM, Individually;
ROY FULLER, Individually;
ANTHONY FUNARO, Individually;
ROSALYN FURER, Individually;
ROBERT FUREY, Individually;
JOSEPH FURLAN, Individually;

RAYMOND FUSCALDO, Individually;
ANDREA FUSCO, Individually;
GREGORY GABRIEL, Individually;
JOHN GABRIEL, Individually;
FRANK GACCIONE, Individually;
ALFRED GADDI, Individually;
GARY GADDIST, Individually;
CHRISTIAN GADOWSKI, Individually;
DAVID GAEBLER, Individually;
CHARLES GAFFNEY, JR., Individually;
MARK GAFUN, Individually;
JOSEPH GAGLIARDI, Individually;
JOSEPH GAGLIARDI, Individually;
MARTIN GAGLIARDI, Individually;
PAUL GAGLIO, Individually;
GEORGE GAGNON, Individually;
CHRISTOPHER GAHN, Individually;
FRANK GAIDE, Individually;
SHEILA GAILLARD, Individually;
CHARLIE GAINES, Individually;
EDDIE GAINES, Individually;
JOHN GAITO, Individually;
PARAMJIT GAKHAL, Individually;
JOSEPH GALANTE, Individually;
THOMAS GALATI, Individually;
VINCENT GALATRO, Individually;
DAVID GALBAN, Individually;
GABRIEL GALEANO, Individually;
GASPER GALIA, Individually;
EDMUND GALIANI, Individually;
JAVAN GALINDEZ, Individually;
BRIAN GALLAGHER, Individually;
CONAL GALLAGHER, Individually;
DAN GALLAGHER, Individually;
JOHN GALLAGHER, Individually;
MICHAEL GALLAGHER, Individually;
VINCENT GALLAGHER, Individually;
WILLIAM J. GALLAGHER, Individually;
MARIE GALLARDO, Individually;
JAMES GALLICCHIO, Individually;
ANTHONY GALLO, Individually;
ANTHONY J. GALLO, Individually;
BRIAN GALLO, Individually;
EUGENE GALLO, Individually;
UMBERTO GALLO, Individually;
VINCENT GALLO, Individually;

WILLIAM GALLO, Individually;
STEVEN GALUCCI, Individually;
MARIO GALVET, Individually;
JEROME GALVEZ, Individually;
CHARITY GALVEZ-OBERDIER, Individually;
JAMES GALVIN, Individually;
JOHN GALVIN, Individually;
THOMAS GALVIN, Individually;
RONALD GAMBLE SR., Individually;
DONALD GANDER, Individually;
RICHARD GANNON, Individually;
JOSEPH GANSAS, Individually;
TIMOTHY GANSROW, Individually;
BENNY GARAY, Individually;
ANGELO GARCI, Individually;
ANNE GARCIA, Individually;
DENISE GARCIA, Individually;
EDWIN GARCIA, Individually;
JAMES GARCIA, Individually;
JOAQUIN GARCIA, Individually;
JUNIOR GARCIA, Individually;
LEONARDO GARCIA, Individually;
MARCY GARCIA, Individually;
MARIO GARCIA, Individually;
NELSON GARCIA, Individually;
NELSON GARCIA, Individually;
NILSA GARCIA, Individually;
RICHARD GARCIA, Individually;
RICHARD GARCIA, Individually;
VIVIAN GARCIA, Individually;
JON GARDINER, Individually;
WILLIAM F. GARDNER, Individually;
MICHAEL GARGAN, Individually;
CARLO GARGANO, Individually;
GREGORY GARGISO, Individually;
ANDREW GARGIULO, Individually;
CARLO GARGIULO, Individually;
JAMES GARGIULO, Individually;
PAUL GARGIULO, Individually;
RANDY GARGIULO, Individually;
WAYNE GARGIULO, Individually;
CHRISTINE GARIPOLI, Individually;
ANTHONY GARITTA, Individually;
KEITH GARLEY, Individually;
JEFF GARNER, Individually;
JOHN GARNETT, Individually;

ANTHONY GAROFALO, Individually;
FRANK GAROFALO, Individually;
JOE GAROFALO, Individually;
JOHN GAROFALO, Individually;
NICHOLAS GAROFALO, Individually;
ROBERT GAROFALO, Individually;
SALVATORE GAROFALO, Individually;
KENNETH GARRETT, Individually;
JOSEPH GARRIO, Individually;
MICHAEL GARRIS, Individually;
LAURA GARRIS, Individually;
VERA GARRISON, Individually;
PAUL GARSIDE, Individually;
JOSEPH GARSKI, Individually;
RICHARD GARSON, Individually;
RICHARD GARSON, Individually;
ANTHONY GARVEY, Individually;
CURTIS GARVEY, Individually;
HADDEN GARVIN, JR., Individually;
MICHAEL GARZANITI, Individually;
ANTHONY GARZONE, Individually;
JOHN GATES, Individually;
CHERI GATLING, Individually;
ALBERT GATTI, Individually;
ANNA MARIA GATTI, Individually;
PAOLO GATTI, Individually;
GREGORY GATTO, Individually;
DAWN GATTO ESPADA, Individually;
PAVLOS GATZONIS, Individually;
PAMELA GAUCI, Individually;
DONNA GAUDINO, Individually;
DENNIS GAVAGHEN, Individually;
BRIAN GAVAN, Individually;
FRANCIS GAVIN, Individually;
LUISGUILLERMO GAVIROA, Individually;
JAMES GAWEL, Individually;
STEPHEN GAWRYCH, Individually;
ROBERT GAYER, Individually;
GARFIELD GAYLE, Individually;
JOHN GAYNOR, Individually;
J. FAYAH GBOLLIE, Individually;
GERARD GEARY, Individually;
VERNON GEBERTH, Individually;
ANGELIC GEDDIE, Individually;
EUGENE GEE, Individually;
CHRISTINE GEER, Individually;

ROLAND GEILING, Individually;
SALLY GEISEL, Individually;
LYUBOV GEKKER, Individually;
VINCENT GELOSO, Individually;
MANUEL GELPI, Individually;
PAUL GEMBS, Individually;
JOHN GEMIGNANI, Individually;
DOMINIC GENOVESE, Individually;
DEBORAH GENTILE, Individually;
GINA GENTILE, Individually;
STEVEN GENTILE, Individually;
FRANCINE GEOGHAN, Individually;
KEVIN GEOGHAN, Individually;
CHRISTOS GEORGE, Individually;
GARY GEORGE, Individually;
KENNETH GEORGE, Individually;
KEVIN GEORGE, Individually;
REENI GEORGE, Individually;
RICHARD GERACI, Individually;
CHARLES GERARD, Individually;
JOEL GERARDI, Individually;
JOHN GERARDI, Individually;
PAUL GERARDI, Individually;
PAUL GERASIMCZYK, Individually;
THOMAS GERBINO, Individually;
NIXALIZ GERENA, Individually;
ALBERT GERING, Individually;
BRUCE GERRIE, Individually;
JAMES GERRISH, Individually;
JOHN GERRISH, Individually;
YOLANDA GERRITSEN, Individually;
SETH GERSTEIN, Individually;
ROBERT GERSTEL, Individually;
DOUGLAS GERTZ, Individually;
JUDE GERVAIS, Individually;
DONALD GESSNER, Individually;
ELIZABETH GESUALDO, Individually;
SEAN GEZURIAN, Individually;
MEDHAT GHANEM, Individually;
RUBEN GHIGLIOTTY, Individually;
JOHN GIACCIO, Individually;
FRANK GIACOIO JR., Individually;
CHARLES GIACOMO, Individually;
DIANA GIACOMO, Individually;
RICHARD GIALLANZO, Individually;
ANGELO GIAMBOI, Individually;

GUY GIAMMATTEO, Individually;
RICHARD GIAMPAOLO, Individually;
PETER GIANFRANCESCO, Individually;
GUERINO GIANNATTASIO, Individually;
EDWARD GIANNELLI, Individually;
CHRISTOPHER GIANNETTI, Individually;
JOYCE GIANNOTTI, Individually;
ROBERT GIANOTTI, Individually;
CHARLES GIARDELLA, Individually;
RITA GIBBS, Individually;
WILLIAM GIBLIN, Individually;
BONNIE GIEBFRIED, Individually;
JOHN GIEBLER, Individually;
GEORGE GIERER, Individually;
MARK GIFFEN, Individually;
SALVATORE GIGANTE, Individually;
MICHAEL GIGANTI, Individually;
MARTHA GIL, Individually;
RANDOLPH GIL, Individually;
CLAUDIA GIL BARRANCO, Individually;
MITCHELL GILBERT, Individually;
CHARLES GILDERSLEEVE, Individually;
JOSEPH GILEZA, Individually;
DENNIS GILHOOLY, Individually;
JOHN GILHOOLY, Individually;
HAROLD GILL, Individually;
JAMES GILL, Individually;
JOHN GILL, JR., Individually;
STEVEN GILLAN, Individually;
ROBERT GILLEN, Individually;
BERTHONY GILLES, Individually;
JOHN GILLESPIE, Individually;
LINDA GILLESPIE, Individually;
ELMER GILLETT, Individually;
ELMER GILLETT, Individually;
VENNESSA GILLIAM-GRAY, Individually;
KEVIN GILLILAND, Individually;
BRYAN GILLIS, Individually;
COLEEN GILLIS, Individually;
RICHARD GIMBL, Individually;
MICHAEL GIMPEL, Individually;
JOSEPH GINLEY, Individually;
JOSEPH GINLEY, Individually;
ROBERT GIOIA, Individually;
DONATO GIORDANO, Individually;
JOHN GIORDANO, Individually;

NICHOLAS GIORDANO, Individually;
ROBERT GIORDANO, Individually;
THEODORE GIORDANO, Individually;
NICOLAS GIORGIANNI, Individually;
RALPH GIOVACCO, Individually;
ANTHONY GIOVANNEILLO, Individually;
MARTY GIOVINAZZO, Individually;
MICHAEL GIOVINAZZO, Individually;
REGINALD GIPSON, Individually;
JOHN GIRALDO, Individually;
DOMINIC GIRLANDO, Individually;
SUSAN GIROLAMO, Individually;
THOMAS GIRONDA, Individually;
STEVEN GITTER, Individually;
JOEL GITTINGS, Individually;
JOHN GIUNTA, Individually;
MARVIN GIUZIO, Individually;
STANLEY GIVENS, Individually;
BRIAN GLACKEN, Individually;
MICHAEL GLANDER, Individually;
THOMAS GLAPION, Individually;
ROBERT GLASHOW, Individually;
STEPHEN GLASSBERG, Individually;
THOMAS GLAUDINO, Individually;
WILLIAM GLEASON, Individually;
DONNA GLESSNER, Individually;
ALAN GLIBBERY, Individually;
LIAM GLINANE, Individually;
JOSEPH GLIOZZO, Individually;
KEVIN GLOCK, Individually;
DAMON GLOVER, Individually;
RICHARD GLOVER, Individually;
ISABEL GLOWACZ, Individually;
PETER GLOWACZ, Individually;
ROBERT GLUCK, Individually;
BRENDAN GLYNN, Individually;
SHAWN GLYNN, Individually;
JEROME GNALL, Individually;
STEVEN GODFREY, Individually;
MICHAEL GODFREY JR., Individually;
HEIDI GODOFF, Individually;
EUGENE GODWIN, SR., Individually;
ANTHONY GOETZ, Individually;
STEPHEN GOETZ, Individually;
JOSEPH GOFF, Individually;
JOSEPH GOFFIO, Individually;

ROBERT GOFFREDO, Individually;
THOMAS GOGARTY, Individually;
THOMAS J. GOGARTY, Individually;
MIKHEIL GOGSADZE, Individually;
RAYMOND GOLDBACH, Individually;
JASON GOLDBERG, Individually;
JAMES GOLDEN, Individually;
MICHAEL GOLDEN, Individually;
WADE GOLDEN, Individually;
SANDY GOLDFARB, Individually;
MICHAEL GOLDING, Individually;
ROBERT GOLDRICK, Individually;
ROBERT GOLDRICK, Individually;
BRUCE GOLDSTEIN, Individually;
MICHAEL GOLDSTEIN, Individually;
MARK GOLDWASSER, Individually;
ANTHONY GOLEMATIS, Individually;
DONALD GOLLER, Individually;
DOUGLAS GOLLER, Individually;
PAUL GOLTERMAN, Individually;
ABEL GOMES, Individually;
ALFRED GOMEZ, Individually;
JOSEPH GOMEZ, Individually;
LAUREN GOMEZ, Individually;
NEFTALI GOMEZ, Individually;
MARICELA GOMEZ-PINA, Individually;
MICHAEL GONA, Individually;
MICHAEL GONSIESKI, Individually;
ANTHONY GONZALEZ, Individually;
ANTONIO GONZALEZ, Individually;
DANNY GONZALEZ, Individually;
DAVID GONZALEZ, Individually;
DOMINGO GONZALEZ, Individually;
EDDIE GONZALEZ, Individually;
EDWARD GONZALEZ, Individually;
EDWIN GONZALEZ, Individually;
ENOCH GONZALEZ, Individually;
JAMIE GONZALEZ, Individually;
JAMIE A. GONZALEZ, Individually;
JOHNNY GONZALEZ, Individually;
MARIO GONZALEZ, Individually;
MARIO GONZALEZ, Individually;
MARIO GONZALEZ, Individually;
RAUL GONZALEZ, Individually;
RAYMOND GONZALEZ, Individually;
RAYMOND GONZALEZ, Individually;