SONIA GONZALEZ, Individually;
WILLIAM GONZALEZ, Individually;
EDWIN GONZALEZ, Individually;
JOSE GONZALEZ, Individually;
LOUIS GONZALEZ, Individually;
SEGUNDO GONZALEZ, Individually;
JOHN GOODE, Individually;
CHARLES GOODEN, Individually;
ELTON GOODING, Individually;
JORDAN GOODMAN, Individually;
MICHAEL GOODMAN, Individually;
CARTER GOODWIN, Individually;
WAYNE GOODY, Individually;
JAMES GORDON, Individually;
MARIA GORDON, Individually;
MILTON GORDON, Individually;
NEVILLE GORDON, Individually;
BARRY GORELICK, Individually;
RONALD R. GORI, Individually;
BRENDAN GORMAN, Individually;
GARY GORMAN, Individually;
GARY GORMAN, Individually;
JOHN GORMAN, Individually;
DOUGLAS GOROWAY, Individually;
ROLAND GORTON, Individually;
ALBERT GOTAY, Individually;
RICHARD GOULD, Individually;
ROBERT GOULD, Individually;
GOLANDA GOVAN, Individually;
DARIUSZ GRABIAS, Individually;
JERZY GRABIAS, Individually;
GALINA GRABOVSKY, Individually;
KEVIN GRACE, Individually;
ANGELO GRACI, Individually;
HELENE GRACI, Individually;
WILBERTO GRACIA, Individually;
JOHN GRADY, Individually;
MICHAEL GRADY, Individually;
JAMES GRAF, Individually;
RICHARD GRAF, Individually;
INEZ GRAHAM, Individually;
JANIS GRAHAM, Individually;
JESSICA GRAHAM, Individually;
ROSHELL GRAHAM, Individually;
JEFFREY GRAHN, Individually;
SCOTT GRAINER, Individually;

RICHARD GRAMOLINI, Individually;
CARMINE GRANATO, Individually;
VITO GRANATO, Individually;
MICHELLE GRANICK, Individually;
BRANDON GRANT, Individually;
JAMES GRANT, Individually;
THEODORE GRANT, Individually;
WILLIAM GRANT, Individually;
WILLIAM GRANT, Individually;
LARRY GRANT SR., Individually;
JOEL GRASMAN, Individually;
JOHN GRASSO, Individually;
ANTHONY GRAVANO, Individually;
JOSEPH GRAVANO, Individually;
VINCENT GRAVELLI, Individually;
ANTHONY GRAVES, Individually;
WILLIAM GRAVINA, Individually;
ANNETTE GRAY, Individually;
MICHAEL GRAY, Individually;
THOMAS GRAY, Individually;
THOMAS GRAY, Individually;
WILLIE GRAY, Individually;
JOHN GREANEY, Individually;
GEORGE GREAVES, Individually;
JOSEPH GRECO, Individually;
JOSEPH P. GRECO, Individually;
PAUL GRECO, Individually;
STEPHEN GRECO, Individually;
STEVEN GRECO, Individually;
ANDREW GREEN, Individually;
CHRISTOPHER GREEN, Individually;
DELROY A GREEN, Individually;
MICHAEL GREEN, Individually;
REGINA GREEN, Individually;
RICHARD GREEN, Individually;
JUNITA GREEN, Individually;
JOHANNA GREENBERG, Individually;
RONALD GREENBERG, Individually;
ANTHONY GREENE, Individually;
DOUGLAS GREENWOOD, Individually;
DOUGLAS GREENWOOD, Individually;
GARY GREER, Individually;
EDWARD GREGG, Individually;
ALEXIAN GREGORY, Individually;
CAROLE GREGORY, Individually;
DARREN GREGORY, Individually;

GARY GREGORY, Individually;
STEPHEN GREGORY, Individually;
STEPHEN M GREGORY, Individually;
THOMAS GREGORY, Individually;
JOHN GREGUS, Individually;
ROBERT GRELL, Individually;
ANTONIO GRELLA, Individually;
JOHN GRIBBIN, Individually;
JOHN GRIECI, Individually;
PETER GRIECO, Individually;
DARRYL GRIFFIN, Individually;
JAMES GRIFFIN, Individually;
KEVIN GRIFFIN, Individually;
WILLIAM GRIFFIN, Individually;
NATHANIEL GRIFFITH, Individually;
ROBERT GRIFFITH, Individually;
RIGO GRIGGS, Individually;
HENRY GRIGORIAN, Individually;
AURELIO GRILLO, Individually;
MARTIN GRILLO, Individually;
ROBERT GRILLO, Individually;
PAUL GRIMA, Individually;
FERNANDO GRIMALDI, Individually;
JOSEPHINE GRIMALDI, Individually;
PHILIP GRIMALDI, Individually;
RALPH GRIMALDI, Individually;
JAMES GRIMES, Individually;
WILLIAM GRIMES, Individually;
BRIAN GRISANTI, Individually;
JOHN GRISANTI, Individually;
GARY GRISOLIA, Individually;
BEN GRISSO, Individually;
JOHN GROELLY, Individually;
LONNIE GROENKE, Individually;
KENNETH GROF, Individually;
AL GROGAN, Individually;
JOHN GROGAN, Individually;
ROBERT GROGAN, Individually;
DANIEL GROGUL, Individually;
EDWARD GRONOWSKI, Individually;
MICHAEL GRONOWSKI, Individually;
ROBERT GROPPE, Individually;
CARL GROSS, Individually;
DAVID GROSS, Individually;
KENNETH GROSS, Individually;
SARAH GROSS, Individually;

LLOYD GROSSBERG, Individually;
BRUCE GROTH, Individually;
CRAIG GROTH, Individually;
ROBERT GROTH, Individually;
DUKE GROUDINE, Individually;
SHAJA GRUBMAN, Individually;
MEYER GRUMET, Individually;
MERIKE GRUNBAUM, Individually;
PINCHAS GRUNFELD, Individually;
BRIAN GRYNSZTAJN, Individually;
WANLING GU, Individually;
ANTHONY GUADAGNO, Individually;
ALAN GUARINO, Individually;
LEONARD GUARINO, Individually;
ARTHUR GUASTAMACCHIA, Individually;
PETER GUASTAMACCHIA, Individually;
MICHAEL GUEDES, Individually;
PETER GUELLA, Individually;
MARIVEL GUERRA, Individually;
AIZA GUERRERO, Individually;
ALFONSO GUERRERO, Individually;
GIOVANNY GUERRERO, Individually;
VINCENT GUERRIERA, Individually;
JULIE GUEVARA, Individually;
YEFRIM GUGELEV, Individually;
SCOTT GUGINSKY, Individually;
MICHAEL GUGLIELMO, Individually;
STEPHEN GUGLIELMO, Individually;
MICHAEL GUGLIELMONI, Individually;
VINCENT GUIDA, Individually;
MICHAEL GUIDICIPIETRO, Individually;
JOSEPH GUIDO, Individually;
PHILIP GUIDO, Individually;
JOSEPH GUIDONE, Individually;
PAUL GUIDONE, Individually;
VICTOR GUIDOTTI, Individually;
THOMAS GUILD, Individually;
THOMAS GUILD, Individually;
VINCENT GUINTA, Individually;
STEVEN GUISE, Individually;
GLEN GULICK, Individually;
FRANK GULLO, Individually;
GREGORY GULLY, Individually;
FRANK GULOTTA, Individually;
RAYMOND GUMB, Individually;
CARROL GUNISS, Individually;

PETER GUNN, Individually;
THOMAS GUNN, Individually;
FRANK GUNTHER, Individually;
DAVID GURIEL, Individually;
ANTHONY GURRERA, Individually;
ARNOLD GUSSIN, Individually;
ALBERT GUT, Individually;
MICHAEL GUTHY, Individually;
ESTHER GUTIERREZ, Individually;
ESTHER GUTIERREZ, Individually;
JORGE GUTIERREZ, Individually;
MARTHA GUTIERREZ, Individually;
MONICA GUTIERREZ, Individually;
RAFAEL GUTIERREZ, Individually;
DOUGLAS GUZMAN, Individually;
JOSE GUZMAN, Individually;
JUAN GUZMAN, Individually;
ANTHONY GUZZARDO, Individually;
VINCENT GUZZO, Individually;
JOHN HAANRAADTS, Individually;
BARRY HAAR, Individually;
RONALD HAAS, Individually;
DONALD HABERSAAT, Individually;
JOHN HACHADOORIAN, Individually;
HENRY HACHEMEISTER, Individually;
CHARLES HACK, Individually;
MICHAEL HACKETT, Individually;
MICHAEL HADDICAN, Individually;
JOSEPH HADDOCK, Individually;
STEPHEN HADE, Individually;
MORTEZA HADJI, Individually;
STEPHEN HAGAN, Individually;
CLAUDE HAGEN, Individually;
EDWARD HAGENMILLER, Individually;
JASON HAGER, Individually;
LISA HAGERMAN, Individually;
JAMES HAGGERTY, Individually;
RICHARD HAGGERTY, Individually;
ROBERT HAGGERTY, Individually;
ROBERT HAGGERTY, Individually;
JAMIE HAIGLER, Individually;
IRENE HAJISAVA, Individually;
DAVID HALASZ, Individually;
MICHAEL HALDERMAN, Individually;
MARIE HALE, Individually;
JAMES M. HALEY, Individually;

JAMES M. HALEY, Individually;
BRIDGET HALL, Individually;
CHERYL HALL, Individually;
GAIL HALL, Individually;
GARY HALL, Individually;
JACK HALL, Individually;
THOMAS HALL, Individually;
VINCENT HALL, Individually;
THALIA HALLENBECK, Individually;
JAMES HALLERAN, Individually;
JAMES HALLEY, Individually;
EILEEN HALLIGAN, Individually;
LESLIE HALPER, Individually;
JOHN HALPIN, Individually;
THOMAS HAMER, Individually;
CATHY HAMILL, Individually;
JAMES HAMILL, Individually;
KENNETH HAMILTON, Individually;
MARK HAMILTON, Individually;
ROBERT HAMILTON, Individually;
FREDERICK HAMMER, Individually;
LISA HAMMER, Individually;
JOLIE HAMNER, Individually;
JOSEPH HANDLEY, Individually;
MARK HANKIN, Individually;
GARY HANLEY, Individually;
JOHN HANLEY, Individually;
JOSEPH HANLEY, Individually;
THOMAS HANLEY, Individually;
THOMAS HANNAN, Individually;
DOUGLAS HANNON, Individually;
ROBERT HANNON, Individually;
ALBERT HANSEN, Individually;
KENNETH HANSEN, Individually;
MARK HANSEN, Individually;
MATTHEW HANSON, Individually;
MICHAEL HANSON, Individually;
SCOTT HANSON, Individually;
GARY HANSSEN, Individually;
EDWARD HARAGSIM, Individually;
STEPHEN HARDING, Individually;
BERNARD HARDY, Individually;
GERRY HARDY, Individually;
JOSEPH HARDY, Individually;
MICHAEL HARDY, Individually;
MAHENDRA HARIPERSAUD, Individually;

JAMES HARLEY, Individually;
RICHARD HARMON, Individually;
JEREMIAH HARNEY, Individually;
JOSEPH HARNISCHFEGER, Individually;
MARVIN HARPER, Individually;
MARY HARPER, Individually;
GARY HARRIGAN, Individually;
CHRISTOPHER HARRINGTON, Individually;
EARL HARRINGTON, Individually;
KIRK HARRINGTON, Individually;
SYDNEY EARL HARRINGTON, Individually;
THOMAS J. HARRINGTON, Individually;
GORDON HARRIS, Individually;
JOSEPH R HARRIS, Individually;
PHIL HARRIS, Individually;
RAYMOND HARRIS, Individually;
RICHARD HARRIS, Individually;
SHARON HARRIS, Individually;
TOMMY HARRIS, Individually;
VICTOR HARRIS, Individually;
WILLIAM HARRIS, Individually;
CHARLES HARRIS, Individually;
ANDREW HARRISON, Individually;
CARL HARRISON, Individually;
JAMES HARRISON, Individually;
PATRICIA HARRISON, Individually;
WILMER HARRISON, Individually;
KENNETH B. HARRY, Individually;
HARVIN HART, Individually;
JAMES HART, Individually;
JAMES R. HART, Individually;
MICHAEL HART, Individually;
FRANCIS HARTEN, Individually;
ROBERT HARTIE, Individually;
JAMES HARTIGAN JR., Individually;
MICHAEL HARTMAN, Individually;
JAMES HARTNETT, Individually;
ALAN HARTY, Individually;
MICHAEL HARTY, Individually;
GEORGE HARVEY, Individually;
PETER HARVEY, Individually;
MUKHTAR HASAN, Individually;
KENNETH HASKELL, Individually;
MURTAIN HASKIN, Individually;
ELI HASSINE, Individually;
SCOTT HASSLER, Individually;

GERARD HATZIDAKIS, SR., Individually;
DEMOSTHENES HATZOGLOU, Individually;
WILLIAM HAUBERT, Individually;
JOHN HAUGH, Individually;
SARAH HAUGHTON, Individually;
OTTO HAVEL III, Individually;
CHARLES HAVER, Individually;
GLENN HAWKINS, Individually;
JAMES HAY, Individually;
GERARD HAYDEN, Individually;
JEFFREY HAYDUK, Individually;
DARRELL HAYES, Individually;
JAMES HAYES, Individually;
KENNETH HAYES, Individually;
MICHAEL HAYES, Individually;
RICHARD HAYES, Individually;
ROBERT HAYES, Individually;
WILLIAM HAYES, Individually;
JOHN HAYES, IV, Individually;
DARRYL HAYNES, Individually;
DONALD HAYNES, Individually;
LEROY HAYNES, Individually;
STARSHIMA HAYNES, Individually;
WILLIAM HAYNES, Individually;
JAMIE HAZAN, Individually;
JAMES HEAL, JR., Individually;
DENNIS HEALY, Individually;
GLENN HEALY, Individually;
KARL HEALY, Individually;
KENNETH HEALY, Individually;
ROBERT HEALY, Individually;
THOMAS HEALY, Individually;
THOMAS HEALY, Individually;
DENNIS HEANEY, Individually;
KEVIN HEANEY, Individually;
GEORGE W. HEAR, Individually;
JOHN HEAR, Individually;
BRIAN HEARN, Individually;
DENNIS HEARNS, Individually;
PATRICIA HECKMAN, Individually;
GOENIA HECTOR-JOHNSON, Individually;
ADAM HEEGE, Individually;
JOHN HEER, Individually;
DONALD HEFFERN, Individually;
DONALD HEFFERN, Individually;
SUSAN KATHRYN HEFTI, Individually;

DONALD HEGARTY, Individually;
TIMOTHY HEIDRICH, Individually;
JOHN HEIGL, Individually;
BRUCE HEILWEIL, Individually;
EDWARD HEIM, Individually;
DANIEL J. HEISE, Individually;
ANTHONY HEITZ, Individually;
CLYDE HELLER, Individually;
TYRONE HELMER, Individually;
LOUIS HELSTROM, Individually;
RICHARD HEMBURY, Individually;
ROBERT HENDERSHOTT, Individually;
CAROL HENDERSON, Individually;
WILLIAM HENDERSON, Individually;
WILLIE B. HENDERSON, Individually;
DAVID HENDRICKSON, Individually;
LEE HENDRICKSON, Individually;
LYNN HENDRICKSON, Individually;
GEORGE HENGES, Individually;
FRANCIS HENGLEIN, Individually;
SEAN HENIHAN, Individually;
JOSEPH HENNELLY, Individually;
SUSAN HENNER, Individually;
SCOTT HENNESSY, Individually;
WILLIAM HENNESSY JR., Individually;
MICHAEL HENNIGAN, Individually;
GREGG HENNINGS, Individually;
ROBERT HENRI, Individually;
REGINALD HENRY, Individually;
JOHN HERBERT, Individually;
STEPHANIE HERBERT, Individually;
ADOLFO HEREDIA, Individually;
DONALD HERLIHY, Individually;
DEBORAH HERNAN, Individually;
ALEXIS HERNANDEZ, Individually;
ANTONIO HERNANDEZ, Individually;
CARLOS HERNANDEZ, Individually;
DIEGO HERNANDEZ, Individually;
EDIBERTO HERNANDEZ, Individually;
EDWIN HERNANDEZ, Individually;
EDWIN HERNANDEZ, Individually;
FRANK HERNANDEZ, Individually;
GLADYS HERNANDEZ, Individually;
JOHN HERNANDEZ, Individually;
JOHN HERNANDEZ, Individually;
JUAN HERNANDEZ, Individually;

LAURIE HERNANDEZ, Individually;
MAXINE HERNANDEZ, Individually;
MICHAEL HERNANDEZ, Individually;
PETER HERNANDEZ, Individually;
ROBERT HERNANDEZ, Individually;
SCOTT HEROLD, Individually;
FREDY HERRERA, Individually;
FREDY HERRERA, Individually;
GERARDO HERRERA, Individually;
DOROTHY HERRMANN, Individually;
THOMAS HERRMANN, Individually;
DOUGLAS HERSCH, Individually;
MINDY HERSH, Individually;
JEFF HESTNES, Individually;
SCOTT HEUER, Individually;
WALTER HEUSCHKEL, Individually;
MICHAEL HEVER, Individually;
JAMES HEWARD, Individually;
MICHAEL HEWSON, Individually;
BENTLEY HEYLIGER, Individually;
EUGENE HEYM JR., Individually;
GARY HEYMANN, Individually;
CHRIS HIBBERT, Individually;
LEONARD HIBBITTS, Individually;
PATRICK J. HICKEY, Individually;
THOMAS HICKEY, Individually;
JOSE LEROY HICKSON, Individually;
SAMUEL HIDALGO, Individually;
HEIDI HIGGINS, Individually;
JOSEPH HIGGINS, Individually;
MARY KAE HIGGINS, Individually;
PATRICK HIGGINS, Individually;
THERESE HIGGINS, Individually;
MICHAEL HILDERBRAND, Individually;
TAMMY HILEMAN, Individually;
ALEXANDER HILI, Individually;
GERALD HILL, Individually;
KAREN HILL, Individually;
PAMELA HILL, Individually;
RICHARD HILL, Individually;
ROBERT HILL, Individually;
STEVEN HILL, Individually;
WILLIE HILL, Individually;
WILLIAM HILLER, Individually;
MICHAEL HILLERT, Individually;
CHRISTOPHER HILLIER, Individually;

MICHAEL HINCHY, Individually;
CHRISTOPHER HINCKSON, Individually;
GERARD HINES, Individually;
JAMES HINES, Individually;
HENRY HINTON, Individually;
MICHAEL HINTZE, Individually;
GARY HIRST, Individually;
ROBERT HO, Individually;
MELANIE HOBSON, Individually;
DANIEL HOCHMAN, Individually;
JUDITH HOCKNELL, Individually;
KIM HODGE, Individually;
JOHN HODGENS, Individually;
JAMES HODGES, Individually;
JAMES HODGES, Individually;
ULFETA HODZIC, Individually;
PETER HOEFT, Individually;
STEVEN HOEK, Individually;
PHILIP HOENSCHEID, Individually;
WILLIAM HOERMANN, Individually;
BRIAN HOESL, Individually;
THOMAS HOEVER, Individually;
HELEN HOFFMAN, Individually;
JOHN HOFFMAN, Individually;
JUSTIN HOFFMAN, Individually;
WADE HOFFMANN, Individually;
LAWRENCE HOFLER, Individually;
PIA HOFMANN, Individually;
CHRISTOPHER HOGAN, Individually;
JOHN HOGAN, Individually;
KENNETH HOGAN, Individually;
RICHARD HOGAN, Individually;
THOMAS HOGAN, Individually;
WILLIAM HOGAN, Individually;
VERNON HOLDER, Individually;
BARBARA HOLLEY, Individually;
WAYNE HOLLEY, Individually;
CLIFFORD HOLLYWOOD, Individually;
GERALD HOLMES, Individually;
JAMES HOLMES, Individually;
SANDY HOM, Individually;
JOSEPH HONAN, Individually;
MYRLENE HONORE, Individually;
KEVIN HOOD, Individually;
CRAIG HOOVER, Individually;
JOHN HOPKINS, Individually;

ROBERT HOPKINS, Individually;
MATTHEW HOPP, Individually;
NANCY HOPP, Individually;
MARK HOPPE, Individually;
EDWARDS HORACE, Individually;
BRYAN J. HORAN, Individually;
MICHAEL HORAN, Individually;
PATRICK HORAN, Individually;
ROBERT HORAN, Individually;
TIMOTHY HORAN, Individually;
BRAD HORES, Individually;
WILLIAM HORGAN, Individually;
RONALD HORN, Individually;
GORMAN HORNER, Individually;
MICHAEL HORNUNG, Individually;
EDWARD HORODECKI, Individually;
DONALD HORSFIELD, Individually;
EDWARD HORTA, Individually;
JOHN HORTON, Individually;
JERRY HORTON, JR., Individually;
JOHN HORVATIS, Individually;
MICHAEL HOSEK, Individually;
CHARLES HOUCK, Individually;
MICHAEL HOULIHAN, Individually;
DANIEL HOURIHAN, Individually;
PRIMROSE HOUSEN, Individually;
ELLIOT HOUSTON, Individually;
RORY HOUTON, Individually;
ANDREA HOWARD, Individually;
DENNIS HOWARD, Individually;
JACQUELINE HOWARD, Individually;
JAMES HOWARD, Individually;
KERAN HOWARD, Individually;
STEVEN HOWARD, Individually;
KEVIN HOWE, Individually;
JEFFREY HOWELL, Individually;
KEITH HOWELL, Individually;
DAVID HOWLEY, Individually;
TODD M. HOYLE, Individually;
KURBAT HRISTOFF, Individually;
LEONARD HUBBARD, Individually;
DAVID EARLY HUBELBANK, Individually;
CHRISTOPHER HUBER, Individually;
EDWIN HUBERTS, Individually;
VANCEMARK HUDSON, Individually;
JOHN HUFNAGLE, Individually;

BRIAN HUGHES, Individually;
DARYL HUGHES, Individually;
DENISE HUGHES, Individually;
EDWARD HUGHES, Individually;
GEOFFREY HUGHES, Individually;
GORDON HUGHES, Individually;
JAMES HUGHES, Individually;
PAUL HUGHES, Individually;
ROBERT HUGHES, Individually;
ROBERT HUGHES, Individually;
TODD HUGHES, Individually;
HARRY HUGHES, Individually;
JAMES HUGHS, Individually;
JAMES HUIBREGTSE, Individually;
CECILIA HUKE-FOSS, Individually;
JAMES HULEJ, Individually;
HOWARD HULL, Individually;
EDWARD HULSER, Individually;
PAUL HUMPHREY JR., Individually;
ART HUMPHREYS, Individually;
PETER HUNCE, Individually;
FINLEY HUNT, Individually;
TATE HUNT, Individually;
ARLENE HUNTER, Individually;
KURT HUNTER, Individually;
MONIQUE HUNTER, Individually;
MONIQUE HUNTER, Individually;
JOHN HURLEY, Individually;
JOSEPH HURLEY, Individually;
RONALD HURREY, Individually;
ROBERT HUTCHINSON, Individually;
WALTER HYDE, Individually;
PAUL HYLAND, Individually;
LUCILLE IACOBELLI, Individually;
ROBERT IACOBELLI, Individually;
MICHAEL IANNARELLI, Individually;
MICHAEL IANNAZZO, Individually;
ROBERT IANNIELLI, Individually;
VINCENT IANNOTTA, Individually;
NICHOLAS IANNUZZELLI, Individually;
JOSEPH IAQUINTO, Individually;
STEVEN IAROCCI, Individually;
YURI ICHIHASHI, Individually;
GEORGE IDIART, Individually;
FRANK IDONE, Individually;
ANTHONY IESU, Individually;

ANTHONY IGNERI, Individually;
VIVIAN IGUINA, Individually;
MICHAEL ILIADIS, Individually;
PASQUALE ILLUZZI, Individually;
JOHN IMBORNONI, Individually;
THOMAS IMBORNONI, Individually;
NATALIE IMBURGIO, Individually;
SANDY IMHOFF, Individually;
MICHAEL IMMERSO, Individually;
MICHAEL IMPARATO, Individually;
WAYNE IMPERATI, Individually;
MICHAEL INCANTALUPO, Individually;
MICHAEL INCANTALUPO, Individually;
PAUL INCHIERCHIERA, Individually;
PETER INCLEDON, Individually;
CRISTOFORO INCORVAIA, Individually;
KEITH INDEDDI, Individually;
GREGORY INFANTE, Individually;
ALBERT INGENITO, Individually;
FRANK INGENITO, Individually;
FRANK INGOGLIA, Individually;
PAUL INGRAM, Individually;
JOHN INGVORDSEN, Individually;
THOMAS INMAN, Individually;
SYDNEY INNISS, Individually;
MICHAEL INNOCENTE, Individually;
THOMAS INSERRA, Individually;
JOSEPH INSERRA, JR., Individually;
ROBERT INTARTAGLIO, JR., Individually;
VINCENT IOCOVOZZI, Individually;
JOSEPH IORIO, Individually;
FRANK IOVINE, Individually;
FRANK IOVINE, Individually;
JAMES IOVINO, Individually;
MICHAEL IPPOLITO, Individually;
SALVATORE IPPOLITO, Individually;
EDWARD IRELAND, Individually;
EDWARD S. IRELAND, Individually;
ANTHONY IRIZARRY, Individually;
JIMMY ISAAC, Individually;
DANIEL ISCOVICI, Individually;
JOSEPH ISOLANO, Individually;
TRACY ITRI, Individually;
LUCIA ITURBIDES, Individually;
SUHA JABER, Individually;
ANTHONY JABLONSKI, Individually;

JOSEPH JABLONSKI, Individually;
DANIEL JACARUSO, Individually;
MATTHEW JACARUSO, Individually;
VICTOR JACKMAN, Individually;
AKIN JACKSON, Individually;
ANITA JACKSON, Individually;
ANTHONY JACKSON, Individually;
ANTHONY QUIAME JACKSON, Individually;
CHARLES JACKSON, Individually;
CURTIS JACKSON, Individually;
DANIEL A. JACKSON, Individually;
DENNIS JACKSON, Individually;
ERNEST JACKSON, Individually;
ERNEST JACKSON, Individually;
FLOYDELL JACKSON, Individually;
GEORGE JACKSON, Individually;
IVAN JACKSON, Individually;
JOSEPH JACKSON, Individually;
JULIE JACKSON, Individually;
KATHERINE JACKSON, Individually;
KEVIN JACKSON, Individually;
PAUL JACKSON, Individually;
RICHARD JACKSON, Individually;
COSMO JACKSON, Individually;
JAMES JACKSON, Individually;
THOMAS JACOB, Individually;
CHRISTOPHER JACOBELLIS, Individually;
JAMES JACOBS, Individually;
BRIAN JACOBSEN, Individually;
VICTOR LEE JACOBSEN, Individually;
PAUL JAEGER, Individually;
MIGUEL JAEN, Individually;
REBECCA JAEN, Individually;
GAYAH JAGDHARRY, Individually;
JOHN JAGODA, Individually;
WILLIAM JAHNS, Individually;
ABRAHAM JAMES, Individually;
ARIEL JAMES, Individually;
CHARLES JAMES, Individually;
ERNEST JAMES, Individually;
FRANK JAMES, Individually;
JOHN JAMES, Individually;
LENORE JAMES, Individually;
MATTHEW JAMES, Individually;
DEBORAH JAMES-BRYANT, Individually;
CATHY JANELLE, Individually;

BRIAN KEITH JANELLI, Individually;
WALTER JANKOWSKI, Individually;
WALTER JANKOWSKI, Individually;
MICHAEL JANNAZZO, Individually;
DOMINICK JANNETTI, Individually;
JOSEPH JANNIS, Individually;
RICHARD JAQUES, Individually;
MARK JARMEK, Individually;
JAGDESHWAR JASKARAN, Individually;
STEPHEN JASKIEWICZ, Individually;
MATTHEW J. JASKO JR., Individually;
LAWRENCE JASZCAR, Individually;
KEITH JAWOROSKI, Individually;
JEAN JEAN-BAPTISTE, Individually;
MARTIN JEDRZEJEWSKI, Individually;
MICHAEL JEFFREY, Individually;
GEORGE JELKS, Individually;
GREGORY JENKINS, Individually;
SAL JENKINS, Individually;
JAMES JENNINGS, Individually;
PETER JENSEN, Individually;
DANIEL JENTZ, Individually;
MARC JEROME, Individually;
STANLEY JESSAMINE, Individually;
KRISTOPHER JEZSEK, Individually;
DESMOND JHAGROO, Individually;
SHAHEEN JILANI, Individually;
EDIBERTO JIMENEZ, Individually;
JOSE JIMENEZ, Individually;
LUIS JIMENEZ, Individually;
ROBERTO JIMENEZ, Individually;
MICHAEL JIOIA, Individually;
ROBERT JOHANN, Individually;
D'AMORE JOHANNA, Individually;
ALICIA JOHN, Individually;
ERCELLE JOHN, Individually;
GREGORY JOHN, Individually;
JEFFREY JOHNS, Individually;
KEVIN JOHNS, Individually;
PAUL JOHNSEN, Individually;
AUSTIN JOHNSON, Individually;
BRIAN JOHNSON, Individually;
BRIAN JOHNSON, Individually;
BRUCE JOHNSON, Individually;
CAROLINE JOHNSON, Individually;
GARY JOHNSON, Individually;

226

GEORGE JOHNSON, Individually;
JAMES JOHNSON, Individually;
JAMES JOHNSON, Individually;
JOHNNY JOHNSON, Individually;
JOSEPH JOHNSON, Individually;
KEITH JOHNSON, Individually;
KEITH JOHNSON, Individually;
MARIE JOHNSON, Individually;
MICHAEL JOHNSON, Individually;
PAULETTE JOHNSON, Individually;
RONALD JOHNSON, Individually;
RONALD JOHNSON, Individually;
SAMUEL JOHNSON, Individually;
SCOTT JOHNSON, Individually;
SEAN JOHNSON, Individually;
SHELLY JOHNSON, Individually;
TRAMEL JOHNSON, Individually;
YVORA JOHNSON, Individually;
JUDITH JOHNSON- MAYO, Individually;
BRIAN JOHNSTON, Individually;
HAROLD JOHNSTON, Individually;
MARK JOHNSTON, Individually;
ROBERT JOHNSTON, Individually;
STEVEN JOHNSTON, Individually;
JOHN JOHNSTONE, Individually;
LEROY JONAS, Individually;
ADRIAN JONES, Individually;
ANDREW JONES, Individually;
ANTAR JONES, Individually;
ANTOINE JONES, Individually;
CAROL JONES, Individually;
DENNIS JONES, Individually;
EMMANUEL JONES, Individually;
EMMANUEL JONES, Individually;
FURANDA JONES, Individually;
JACQUELINE JONES, Individually;
JEFFREY JONES, Individually;
KEVIN JONES, Individually;
MICHAEL JONES, Individually;
RANDY JONES, Individually;
TREAVOR JONES, Individually;
BEVERLY JONES BECKLES, Individually;
DENITRA JONES-ALSTON, Individually;
HELENA JORDAN, Individually;
JOHN JORDAN, Individually;
JOSEPH E. JORDAN, Individually;

THOMAS JORDAN, Individually;
NIELS JORGENSEN, Individually;
ANDRE JOSEPH, Individually;
JAMES JOSEPH, Individually;
JERRY JOSEPH, Individually;
MICHAEL JOSEPH, Individually;
ALBERT JOSHUA, Individually;
CARL JOST, JR., Individually;
CONNIE JOYCE, Individually;
DANIEL JOYCE, Individually;
JAMES JOYCE, Individually;
JOHN JOYCE, Individually;
THOMAS JOYCE, Individually;
TIMOTHY JOYCE, Individually;
VINCENT JOYCE, JR., Individually;
BEN JUDGE, Individually;
TIMOTHY JULIAN, Individually;
SAVERIO JULIANO, Individually;
VINCENT JULIANO, Individually;
RODNEY JULIUS, Individually;
EUGENE JUNG, Individually;
NICHOLAS JUNTA, Individually;
JOHN JURANICH, Individually;
JOSEPH JURGENS, Individually;
KENNETH JURGENSEN, Individually;
KAZIMIERZ JURGIEL, Individually;
JAIME JUSTINIANO, Individually;
WILLIAM JUTT, Individually;
CHARLIE KACZOROWSKI, Individually;
ALEXANDRA         KAHERMANES-SCHWARTZ,
Individually;
BRIAN KAHN, Individually;
DIANE KAHN, Individually;
WAYNE KAIFLER, Individually;
SCOTT KAIN, Individually;
BRUCE KAISER, Individually;
JOEY KAISER, Individually;
GARY L. KAKEH, Individually;
ALAN KALISKY, Individually;
WILLIAM KALLETTA, Individually;
SALVATORE KALMETA, Individually;
JASON KALTER, Individually;
DONNA KAMALI, Individually;
GLENN KAMINSKY, Individually;
JOSEPH KAMMER, Individually;
ALLEN KANE, Individually;

GREGORY KANE, Individually;
JOHN KANE, Individually;
ROY KANE, Individually;
MICHAEL KANER, Individually;
JAY KAPLAN, Individually;
ESTHER KAPLOUN, Individually;
YEDIDA KAPLOUN, Individually;
THOMAS KARAKATSANIS, Individually;
KEITH KARANT, Individually;
PATRICE KARLINSKI, Individually;
SALIM KARNABY, Individually;
DANIEL KARP, Individually;
KENNETH KARP, Individually;
MICHAEL KARP, Individually;
RAYMOND KARPAVICIUS, Individually;
ANDRZEJ KARPOWICZ, Individually;
CLIFFORD KARTELL, Individually;
KONSTANTINA KASAPIDIS, Individually;
RONNIE KASSEL, Individually;
ANDREA KATSANAKOS, Individually;
CHRISTOPHER KATTOU, Individually;
JOAN KATZ, Individually;
STEPHEN KATZ, Individually;
LISA KATZMAN, Individually;
ROBERT KAUER, Individually;
THOMAS KAUFER, Individually;
DAVE KAUFMAN, Individually;
PATRICIA KAVANAGH, Individually;
BUFF KAVELMAN, Individually;
DAVID KAY, Individually;
JODI KAYE, Individually;
DAVID KAYEN, Individually;
JEROME KAZLAUSKAS, Individually;
MICHAEL KAZLAUSKAS, Individually;
MICHAEL KAZMIERCZAK, Individually;
EDWARD KEANE, Individually;
MICHAEL KEANE, Individually;
RICHARD KEANE, Individually;
ROBERT KEANE, Individually;
FRANK KEANE, Individually;
KEVIN KEANE, SR., Individually;
ANDRE KEARNEY, Individually;
ANDRE KEARNEY, Individually;
PATRICK KEARNEY, Individually;
TIMOTHY KEARNEY, Individually;
BRENDAN KEARNS, Individually;

GERARD KEARNS, Individually;
KENNETH KEARNS, Individually;
EDWARD KEARON, Individually;
SEAN KEARY, Individually;
ALLISON KEATING, Individually;
JOHN KEATING, Individually;
PATRICIA KEATING, Individually;
ROBERT KEATING, Individually;
DENNIS KEATING, Individually;
CLAUDE KEBBE, Individually;
WILLIAM KEEGAN, Individually;
DANIEL KEENAN, Individually;
JASON KEENAN, Individually;
JOSEPH KEENAN, Individually;
MICHAEL KEENAN, Individually;
GEORGE KEFALAS, Individually;
GERARD KEHM, Individually;
MYLES KEHOE, Individually;
MYLES KEHOE, Individually;
SEAN KEHOE, Individually;
HAROLD KEIL, Individually;
STEVEN KELBICK, Individually;
JAMES KELLEHER, Individually;
JOHN KELLEHER, Individually;
MATTHEW KELLEHER, Individually;
MICHAEL KELLEHER, Individually;
ANTHONY KELLER, Individually;
ANTHONY KELLER, Individually;
CHARLES KELLER, Individually;
GERARD KELLER, Individually;
MARK KELLER, Individually;
MARK KELLER, Individually;
JOHN KELLETT, Individually;
JILL KELLEY, Individually;
JOHN J. KELLEY, Individually;
MICHAEL KELLEY, Individually;
CURT KELLINGER, Individually;
BRIAN KELLY, Individually;
BRIAN STEPHEN KELLY, Individually;
DAVID KELLY, Individually;
EDWARD KELLY, Individually;
JAMES KELLY, Individually;
JOHN J. KELLY, Individually;
KEVIN B. KELLY, Individually;
KEVIN G. KELLY, Individually;
MARTIN KELLY, Individually;

PATRICK KELLY, Individually;
PATRICK KELLY, Individually;
PAUL KELLY, Individually;
ROBERT KELLY, Individually;
ROBERT E. KELLY, Individually;
STEVEN KELLY, Individually;
THOMAS KELLY, Individually;
THOMAS KELLY, Individually;
THOMAS KELLY, Individually;
THOMAS V. KELLY, Individually;
WILLIAM KELLY, Individually;
SCOTT KELLY, Individually;
WILLIAM KELLY, Individually;
DONALD KELLY JR., Individually;
ROBERT V. KELLY JR., Individually;
ROBERT V. KELLY JR., Individually;
MICHAEL KELSON, Individually;
RACHEL KEMELMAN, Individually;
RONALD KEMLY, Individually;
JAMES KEMP, Individually;
MICHELLE KEMP, Individually;
RICHARD KEMP, Individually;
ROBERT KEMPE, Individually;
MICHAEL KEMPER, Individually;
JEANNIE KEMPSON, Individually;
KEVIN KENNA, Individually;
KEVIN KENNA, Individually;
CYNTHIA KENNEDY, Individually;
EDWARD KENNEDY, Individually;
GERARD KENNEDY, Individually;
JOSEPH KENNEDY, Individually;
JOSEPH T. KENNEDY, Individually;
PATRICK KENNEDY, Individually;
STEVEN KENNEDY, Individually;
THOMAS KENNEDY, Individually;
JOHN KENNEDY, Individually;
JOHN KENNEDY, Individually;
MARGUERITE KENNEY, Individually;
RICHARD KENNEY, Individually;
DANIEL KENNY, Individually;
JAMES KENNY, Individually;
THERESA KENT-MOLLER, Individually;
TONG KENYON, Individually;
EDWARD KEOUGH, Individually;
MARISA KEOVILAYHONG, Individually;
DENNIS KERBIS, Individually;

JAMES KERLEY, Individually;
DENISE KERMODE, Individually;
RONALD KERNEY, Individually;
SHAWN KERRANE, Individually;
MICHAEL KESSLER, Individually;
ROBERT KEYS, Individually;
ZHORA KHAIMOV, Individually;
PUNKUJ KHAITAN, Individually;
RALPH KHEALIE, Individually;
SHAM KHERA, Individually;
JAMES KIELTY, Individually;
SCOTT KIENLE, Individually;
BERNARD KIERNAN, Individually;
HENRY KIERNAN, Individually;
RONALD KILBRIDE, Individually;
JOHN KILGEN, Individually;
JILL KILLEEN, Individually;
PETER KILLEEN, Individually;
THOMAS KILLEEN, Individually;
PETER KILLIAN, Individually;
MARTIN KILLMER, Individually;
DAVID KILROY, Individually;
THOMAS KILROY, Individually;
WOO DONG KIM, Individually;
JIMMY KIM FUNG LAU, Individually;
ANDREW KIME, Individually;
DAVID KIMMEL JR., Individually;
ANGELA KINAMORE, Individually;
CHRISTOPHER KING, Individually;
DANIEL KING, Individually;
DONALD KING, Individually;
DUDLEY KING, Individually;
EVAN KING, Individually;
EVAN KING, Individually;
JOHN KING, Individually;
JOHN KING, Individually;
JONATHAN KING, Individually;
JOSEPH KING, Individually;
PETER KING, Individually;
RONALD KING, Individually;
WILLIAM KING, Individually;
DARLENE      KINGSTON-FORMERLY      LASUSA,
Individually;
DONALD KINIERY, Individually;
ARTHUR KINLOCH, Individually;
MICHAEL KINLOCH, Individually;

WILLIAM KINSLEY, Individually;
CHRISTOPHER KINZEL, Individually;
JAMES KIRBY, Individually;
RONALD KIRCHNER, Individually;
FRED KIRK, Individually;
FRED KIRK, Individually;
MICHAEL KIRK, Individually;
BOB KIRSCHBERG, Individually;
PHILIP KIRSHNER, Individually;
STEVEN KIRSHOFF, Individually;
JAN KIRWAN, Individually;
ROBERT KIRWAN, Individually;
KAZUHIRO KISAICHI, Individually;
PATRICK KISSANE, Individually;
TIMOTHY KISSANE, Individually;
ETHAN KITZES, Individually;
GRETCHEN KLECKNER, Individually;
GLEN KLEIN, Individually;
PATRICK KLEIN, Individually;
JAY KLEINER, Individually;
JOHN KLESSERAHT, Individually;
MICHAEL KLIMCHAK, Individually;
GEORGE KLOUDA, Individually;
KEITH KLOUDA, Individually;
BRUCE KNAPKE, Individually;
ROBERT KNAPP, Individually;
GLENN KNATZ, Individually;
JAMES KNIGHT, Individually;
RANDALL KNIGHT, Individually;
JAMES KNIPS, Individually;
MARK KNIPSTEIN, Individually;
RICHARD KNOOP, Individually;
LINDA KNORPP, Individually;
WILLIAM KNOTH, Individually;
MICHAEL KNOX, Individually;
RONALD KOCHIE, Individually;
GERARD KOENIG, Individually;
JOHN KOHL, Individually;
JOHN KOHL, Individually;
JOSEPH KOHLHEPP, Individually;
SIMON KOK, Individually;
THOMAS KOLLAR, Individually;
CHRISTOPHER KOLLMEIER, Individually;
WILLIAM KOLMEL, Individually;
GLENN KOLONICS, Individually;
RICHARD KONECKO, Individually;

MICHAEL KONEFAL, Individually;
FRED KONOPKO, Individually;
JOHN KOPP, JR., Individually;
JAY KOPSTEIN, Individually;
MICHAEL KORABEL, Individually;
WILLIAM KORINEK, Individually;
TIMOTHY KORNBLUTH, Individually;
HOWARD KORNFELD, Individually;
SUSAN KORNHAUSER, Individually;
YEFIM KOROL, Individually;
THOMAS KORPAS, Individually;
MICHAEL KORSCH, Individually;
NAUM KOSIBOROD, Individually;
THOMAS KOSNIK, Individually;
MICHAEL KOSTELNIK, Individually;
DAVID KOSTER, Individually;
JOHN KOSTIDIS, Individually;
JOHN KOSTYNICK, Individually;
CHRYSOULA KOTSONIS, Individually;
RICHARD KOTULA, Individually;
ROBERT KOUBA, Individually;
STANISLAV KOVAC, Individually;
DONNA KOWALSKY, Individually;
JOSEPH KOWKABANY, Individually;
CHRISTOPHER KOZAK, Individually;
MICHAEL KOZAK, Individually;
GEORGE KOZLOWSKI, Individually;
RANDAL KRAFT, Individually;
RAYMOND KRAJCSOVICS, Individually;
KEVIN R KRAMER, Individually;
STEVEN KRAMER, Individually;
JIRI KRATKY, Individually;
JUDITH KRAUSS, Individually;
BRIAN KREBS, Individually;
ROBERT KREISS, Individually;
PETER KREMEROV, Individually;
MICHAEL KREMINS, Individually;
SCOTT KREMPLER, Individually;
LARRY KREPELA, Individually;
MATTHEW KREPIL, Individually;
ROBERT KREUZ, Individually;
GUY KRIEGEL, Individually;
JOHN KRILOVITCH, Individually;
KURT KROEPER, Individually;
FRANK KROPF, Individually;
THEODORE KROWL, Individually;

CHARLES KRUGLER, Individually;
CHRISTOPHER KRUPA, Individually;
CHRISTOPHER KUCHLER, Individually;
JAMES KUERNER, Individually;
NORMAN KUERNER, Individually;
MARK KUGLER, Individually;
DOUGLAS KUHN, Individually;
WILLIAM KUHRT, Individually;
MICHAEL KULL, Individually;
JOSEPH KUNZ, Individually;
CARLOS KUPER, Individually;
ROBERT KURKOWSKI, Individually;
MORRIS KURZ, Individually;
JOSEPH KUTCH, JR., Individually;
GEORGE KUZMA, Individually;
RICHARD KUZNIEWSKI, Individually;
THOMAS KWASNAZA, Individually;
WILLIAM KWASNICKI, Individually;
CHARLES LA BARBERA, Individually;
ROBERT LA ROCCO, Individually;
JOANN LABARBERA, Individually;
JOHN LABARBERA, Individually;
PETER LABARBERA, Individually;
RICHARD LABARBERA, Individually;
ROBERT LABAS, Individually;
VITO LABELLA, Individually;
LEONARD LABITA, Individually;
RAYMOND LACASSE, Individually;
JOSEPH LACHASE, Individually;
RAYMOND LACHHMAN, Individually;
ARTHUR LACKER, Individually;
CHARLES LACLAIR, Individually;
KEVIN LACLAIR, Individually;
PAUL LACY, Individually;
MICHAEL LADAGANA, Individually;
WILLIAM LADELL JR., Individually;
GENNADY LADYZHINSKY, Individually;
RICHARD LAFAUCI, Individually;
FRED LAFEMINA, Individually;
FRED LAFEMINA, Individually;
FRED LAFEMINA, Individually;
PATRICIA LAFEMINA, Individually;
DENNIS LAFFIN, Individually;
TIMOTHY LAFONTAINE, Individually;
ANGELO LAGANA, Individually;
PAUL LAGANI, Individually;

JUAN LAGO, Individually;
FRANK LAGRASSA, Individually;
CHRISTOPHER LAGRASTA, Individually;
BRIAN LAINE, Individually;
JOHN LAIOS, Individually;
MATTHEW LAIRD, Individually;
HEATHER LAKE, Individually;
JAMES LAKE, Individually;
ROBERT LAKE, Individually;
MITCHELL LAKS, Individually;
DAVID LAMAR, Individually;
PETER LAMARCH JR., Individually;
JAYNE LAMARCHE, Individually;
LANCE LAMAZZA, Individually;
ADAM LAMB, Individually;
DARREN LAMB, Individually;
HENRY LAMB, Individually;
TERESA LAMB, Individually;
MICHAEL LAMBERTI, Individually;
JOSEPH E. LAMBERTSON, Individually;
ADAM LAMBOY, Individually;
PAMELA LAMBRIGHT, Individually;
JOSEPH LAMICELA, Individually;
LAWRENCE LAMME, Individually;
WILLIAM LAMOTHE, Individually;
JAMES LANCIOTTI, Individually;
CHRISTOPHER LANDANO, Individually;
THOMAS LANDAU, Individually;
JOSEPH E. LANDY, Individually;
SCOTT LANE, Individually;
THOMAS LANE, Individually;
THOMAS S. LANE, Individually;
VERONICA LANE, Individually;
JILL LANESE, Individually;
BARTON LANG, Individually;
MARTIN LANG, Individually;
MARTIN LANG, Individually;
PAUL LANG, Individually;
JAMES LANGAN, Individually;
KEVIN LANGE, Individually;
KEVIN LANGE, Individually;
ELI LANGMAN, Individually;
CHARLES LANGONE, Individually;
ANGEL LANGUMAS, Individually;
HERIBERTO LANGUMAS DIAZ, Individually;
JOSEPH LANI, Individually;

PATRICK LANIGAN, Individually;
RALPH LANOCE, Individually;
STEVEN LANOCE, Individually;
JOHN LANTINO, Individually;
ALPHONSE LANZA, Individually;
EDWARD LANZA, Individually;
PATRICK LANZA, Individually;
PATRICK LANZA, Individually;
JOSEPH LAPAUGH, Individually;
WILLIAM LAPAUGH, Individually;
VINCENT LAPENTA, Individually;
THOMAS LAPP, Individually;
LISA LARANCUENT, Individually;
DANIEL LARKIN, Individually;
DANIEL LARKIN, Individually;
KEVIN LARKIN, Individually;
MICHAEL P. LARKO, Individually;
KENNETH LARM, Individually;
CHRISTOPHER LARNEY, Individually;
MARK LAROCCA, Individually;
PATRICK LAROTONDA, Individually;
CHERYL LARRIER, Individually;
MIGUEL LARROCA, Individually;
ALBERT LAST, Individually;
ROBERT LASTELLA, Individually;
JOHN LATANZIO, Individually;
RICHARD LATARGIA, Individually;
DOROTHY LATIMORE-HARP, Individually;
JOHN LATONA, Individually;
PAUL LATRONICA, Individually;
JAMES LAUER, Individually;
STEVEN LAVALLE, Individually;
JOHN LAVECCHIA, Individually;
SERGE LAVENTURE, Individually;
ANDREW LAVENZIANO, Individually;
THOMAS LAVERY, Individually;
JOSEPH LAVIANO, Individually;
JOSEPH LAVIANO, Individually;
JAMES LAVIN, Individually;
JOSEPH LAVIN, Individually;
GIUSEPPE LAVORE, Individually;
JOHN LAW, Individually;
MELVIN LAWLA, Individually;
CHERYL LAWRENCE, Individually;
FREDERICK LAWRENCE, Individually;
MARY LAWRENCE, Individually;

ROBERT LAWRENCE, Individually;
GERARD LAWSON, Individually;
JACK LAWSON, Individually;
SETH LAYNE, Individually;
JOHN LAYTON, Individually;
NICHOLAS LAZAR, Individually;
PETER LAZARE, Individually;
JOHN LAZZARO, Individually;
CHAD LEACH, Individually;
DENNIS LEAHY, Individually;
JOSEPH LEAHY, Individually;
JOSEPH LEAHY, Individually;
ROGER LEAHY, Individually;
WILLIAM A. LEAHY, JR., Individually;
MICHAEL LEAMY, Individually;
JOHN LEAR, Individually;
RAYMOND LEARD, Individually;
JAMES LEAVEY, Individually;
MICHAEL LEAVY, JR, Individually;
STEVEN LEBOTER, Individually;
ALAN LEBOW, Individually;
FRANKLIN LECHNER, Individually;
MICHAEL LECHNYK, Individually;
BARRY LECLAIR, Individually;
DAVID LECLAIRE, Individually;
MICHAEL-ANGE LECORPS, Individually;
MICHAEL-ANGE LECORPS, Individually;
LINDA LECROY, Individually;
THOMAS LEDUC, Individually;
CHRISTOPHER LEE, Individually;
CLARENCE LEE, Individually;
ISABELLA LEE, Individually;
JOHN LEE, Individually;
JOSEPH LEE, Individually;
LITTLE LEE, Individually;
MICHAEL LEE, Individually;
RICHARD LEE, Individually;
ROBERT T. LEE, Individually;
TIMOTHY LEE, Individually;
SANDRA LEE, Individually;
EDWARD CHARLES LEE JR., Individually;
SHANE LEFEBVRE, Individually;
GEORGE LEFLOCH, Individually;
GUILAINE LEGER-VARGAS, Individually;
RALPH LEGRAND, Individually;
SOTANUS LEGRAND, Individually;

YONGHUA LEI, Individually;
CARY LEIBOWITZ, Individually;
LESLIE LEIBOWITZ, Individually;
BERNARD LEICH, Individually;
PAUL LEICHT, Individually;
MARSHA LEICHUS, Individually;
FRANCIS J. LEIGHTON, Individually;
DOUGLAS LEIHBACHER, Individually;
WILLIAM LEITH, Individually;
GEORGE LEMBO, Individually;
JOSEPH LEMBO, Individually;
ROBERT LEMBO, Individually;
CHRISTOPHER LEMKE, Individually;
HOWARD LEMKIN, Individually;
DAVID LENDZIAN, Individually;
PAIGE LENER, Individually;
RICHARD LENGEFELD, Individually;
JOHN LENNON, Individually;
THOMAS LENNON, Individually;
THOMAS LENNON, Individually;
RICHARD LENTO, Individually;
BERTHA LEON, Individually;
JOHN LEON, JR., Individually;
DANIEL LEONARD, Individually;
JOHN LEONARD, Individually;
KENNETH LEONAS, Individually;
NATALE LEONE, Individually;
IO CHI LEONG, Individually;
ANTHONY LEONICK, Individually;
STEVEN LEPP, Individually;
SCOTT LEPRE, Individually;
SANFORD LERNER, Individually;
ERNEST LEROY, Individually;
HERMAN LEROY, Individually;
CAMILLE LESEUR, Individually;
RAYMOND LESHINGER, Individually;
THOMAS LESIAK, Individually;
CLEMENT LESPINASSE, Individually;
JOHN LESSEN, Individually;
SUZANNE LESTER, Individually;
ANTHONY LESTON, Individually;
MICHAEL LETO, Individually;
RAFFAELE LETTIERI, Individually;
KENNETH LEUCK, Individually;
KARL LEUDESDORFF, Individually;
JOHN LEVENDOSKY, Individually;

RICHARD LEVENSON, Individually;
MARK LEVINE, Individually;
JOHN LEVINESS, Individually;
ABRAHAM LEVINSON, Individually;
JENNIFER LEVOI, Individually;
GARY LEVY, Individually;
MARK LEVY, Individually;
MICHAEL LEWERY, Individually;
ANDY LEWIS, Individually;
DARRYL LEWIS, Individually;
EDDIE LEWIS, Individually;
EDWARD LEWIS, Individually;
HAZEL LEWIS, Individually;
JOHN LEWIS, Individually;
JOSEPH LEWIS, Individually;
KENNETH LEWIS, Individually;
LORI LEWIS, Individually;
MICHAEL LEWIS, Individually;
PATRICIA LEWIS, Individually;
RAYMOND LEWIS, Individually;
SHANNON LEWIS, Individually;
ELENA LEWIS-MOORE, Individually;
BRIAN LEYDEN, Individually;
WILLIAM LEYES, Individually;
RIMING LIAO, Individually;
MICHAEL LIBERATORE, Individually;
MICHAEL LIBERTAZZO, Individually;
FREDERICK LIBRERA, Individually;
IGNATIUS LICATO, Individually;
RONALD LICCIARDI, Individually;
JOHN LICHOTA, Individually;
DAVID LICHTENSTEIN, Individually;
SCOTT LIEBERZ, Individually;
MICHAEL LIEBMAN, Individually;
BERNARD LIES, Individually;
KEVIN LIGHTSEY, Individually;
VINCENT LIGOTTI, Individually;
VINCENT LIGOTTI, Individually;
LEWIS LILLA, Individually;
HOWARD LILLEY, Individually;
BRYAN LILLIS, Individually;
PETER LINARELLO, Individually;
BRUCE LINDAHL, Individually;
JOSEPH LINDEMANN, Individually;
LEIF LINDGREN, Individually;
JOSEPH LINDNER, Individually;