PETER LINDNER, Individually;
WILLIAM LINDQUIST, Individually;
MARY LINDSEY, Individually;
DARLEEN LINE, Individually;
ALFONSO LINEA, Individually;
CARLO LINEA, Individually;
DENNIS LINEHAN, Individually;
MARTIN LINEHAN, Individually;
RONALD LINGO, Individually;
ANDREW LINK, Individually;
FRANK LIOCE, Individually;
THOMAS LIOTTA, Individually;
KENNETH LIPARI, Individually;
JOHN LIPORI, Individually;
DAVID LIPPERT, Individually;
RONNIE LIPSON, Individually;
MARTIN LIPTAK, Individually;
JULIAN LIRA, Individually;
ARELIS LIRANZO, Individually;
ANTHONY LISCIO, Individually;
YEFRIM LISITSA, Individually;
RUSSELL LITCHULT, Individually;
JOSEPH LITRENTA, Individually;
JOHN LITTLES, Individually;
JERRY LIU, Individually;
FRANK LIUZZI, Individually;
DANIEL LIVELY, Individually;
ANNIE LIVEO, Individually;
NICHOLAS LIVERANI, Individually;
SALVATORE LIVIA, Individually;
TANYA LIVINGSTON, Individually;
LANCE LIZZUL, Individually;
ELENA LLANOS, Individually;
CHRISTOPHER LLOYD, Individually;
MAXINE LLOYD, Individually;
STEVEN LLOYD, Individually;
SALVATORE LOBELLO, Individually;
WILLIAM LOCHER, Individually;
RANDI LOCICERO, Individually;
LOUIS LOCONTE, Individually;
NEIL LODATO, Individually;
WINSTON LODGE, Individually;
DANIEL LOEB, Individually;
STEWART LOEB, Individually;
EDWARD LOEHMANN, Individually;
KARL LOEHMANN, Individually;

WILLIAM LOESCH, Individually;
LUKE LOFARO, Individually;
BETTY ANN LOFASO, Individually;
BRIAN LOFTUS, Individually;
DENNIS LOGAN, Individually;
JOHN LOGAN, Individually;
PATRICK LOGAN, Individually;
CRIS LOGUIDICE, Individually;
CHARLES LOHMANN, Individually;
ANTOINETTA LOMBARDI, Individually;
BERNARD LOMBARDI, Individually;
DAVID LOMBARDI, Individually;
HENRY LOMBARDI, Individually;
JOHN LOMBARDI, Individually;
JOSEPH LOMBARDI, Individually;
LOUIS LOMBARDI, Individually;
MICHAEL LOMBARDI, Individually;
PHILIP LOMBARDI, Individually;
STEPHEN LOMBARDI, Individually;
SUSAN LOMBARDI, Individually;
ANTHONY LOMBARDO, Individually;
MATTHEW LOMBARDO, Individually;
MICHAEL LOMBARDO, Individually;
ROBERT LOMBARDO, Individually;
GEORGE LONERGAN, Individually;
GEORGE LONERGAN, Individually;
JAMES LONG, Individually;
MICHAEL LONNBORG, Individually;
RONALD LONNBORG, Individually;
MICHAEL LONSKI, Individually;
THOMAS LOOMIS, Individually;
LARRY LOONIN, Individually;
PHILIP LOPA, Individually;
JOSEPH LOPANO, Individually;
DAVID LOPER, Individually;
WILSON LOPER, Individually;
RODERICK LOPERA, Individually;
CARLOS LOPES, Individually;
AMILCAR LOPEZ, Individually;
ANIBAL LOPEZ, Individually;
CESAR LOPEZ, Individually;
DAVID LOPEZ, Individually;
FELIX LOPEZ, Individually;
FRANK LOPEZ, Individually;
IRIS LOPEZ, Individually;
JAVIER LOPEZ, Individually;

LEYLA LOPEZ, Individually;
MANUEL LOPEZ, Individually;
MARIA LOPEZ, Individually;
MICHAEL LOPEZ, Individually;
PAUL LOPEZ, Individually;
VICTOR LOPEZ, Individually;
WILLIAM LOPEZ, Individually;
WILSON LOPEZ, Individually;
RAFAEL LOPEZ JR., Individually;
ROBERT LOPEZ, JR., Individually;
MICHAEL LOPORCARO, Individually;
FRANK LOPRESTI, Individually;
JOSEPH LORE, Individually;
FRANK LORELLI, Individually;
MARISIN LORENZO, Individually;
RICHARD LORUSSO, Individually;
FRANK LOSAURO, Individually;
MICHAEL LOSCALZO, Individually;
THOMAS LOSQUADRO, Individually;
GEORGE LOTITO, Individually;
MARK LOTITO, Individually;
STEPHEN LOTITO, Individually;
MICHAEL LOUGHERY, Individually;
EUGENE LOUGHLIN, Individually;
DONNA LOUGHRAN, Individually;
JOSEPH LOUGHRAN, Individually;
KEVIN LOUGHRAN, Individually;
VINCENT LOUIS, Individually;
ROBERT LOURENCO, Individually;
CHRISTOPHER LOVE, Individually;
STEPHEN LOVE, Individually;
THOMAS LOVE, Individually;
BARBARA LOVELL, Individually;
KENNETH LOVELL, Individually;
SERGIO LOVERA, Individually;
STEVEN LOVERGINE, Individually;
JAMES LOVETT, Individually;
JOHN LOVETT, Individually;
MARY ROSE LOVING, Individually;
RONALD LOWE, Individually;
JOHN LOYER, Individually;
GUILLERMO LOZANO, Individually;
STEVEN LUBRINO, Individually;
JOHN LUCAS, Individually;
MARK LUCAS, Individually;
RAFAEL LUCAS, Individually;

EDWARD LUCIANI, Individually;
WILLIAM LUCIANI, Individually;
DAVID J. LUCIANO, Individually;
MICHAEL LUCIANO, Individually;
RICHARD LUCIFERO, Individually;
GARY LUCK, Individually;
PETER LUCKSAVAGE, Individually;
LOUIS LUGERO, Individually;
EDGAR LUGO, Individually;
GLENN LUGO, Individually;
RONNIE LUGO, Individually;
GEORGE LUJACK, Individually;
RICHARD LUKASIEWICZ, Individually;
DIANA LUKE, Individually;
LAWRENCE LUKENDA, Individually;
MICHAEL LUKOWSKI, Individually;
TODD LUM, Individually;
SALVATORE LUMIA, Individually;
KUJTIM LUMNICA, Individually;
ERIKA LUNA, Individually;
JEREMIAH LUNDGREN, Individually;
GARY LUNDY, Individually;
THOMAS LUNIEWSKI, Individually;
DENNIS LURIA, Individually;
BRIAN LUSTENRING, Individually;
EDWARD LUSTER, Individually;
ADAM LUTFI, Individually;
WILLIAM LUTZ, Individually;
BRIAN LYDON, Individually;
JOHN LYDON, Individually;
PATRICK LYDON, Individually;
DANIEL LYNAUGH, Individually;
BRIAN LYNCH, Individually;
DENNIS LYNCH, Individually;
JOHN LYNCH, Individually;
JOHN LYNCH, Individually;
KEVIN LYNCH, Individually;
MICHAEL LYNCH, Individually;
RICHARD LYNCH, Individually;
RONALD LYNCH, Individually;
WILLIAM LYNCH, Individually;
CURTIS LYNCH, Individually;
KAREN LYON, Individually;
CHARLES LYONS, Individually;
CHRISTOPHER LYONS, Individually;
JAMES LYONS, Individually;

JAMES LYONS, Individually;
JOHN LYONS, Individually;
KIM LYONS, Individually;
THOMAS LYONS, Individually;
CHRISTIAN LYSY, Individually;
KEVIN MAAS, Individually;
ALESSANDRO MACALUSO, Individually;
ANTHONY MACALUSO, Individually;
GIOACCHINO MACALUSO, Individually;
JOSEPH MACALUSO, Individually;
LEONARD MACALUSO, Individually;
PATRICK MACALUSO, Individually;
SCOTT MACCASKILL, Individually;
PAUL MACCHIA, Individually;
ALFRED MACDONALD, Individually;
MICHAEL MACDONALD, Individually;
ONIEL MACHADO, Individually;
BERNICE MACHIN, Individually;
NEIL MACINTYRE, Individually;
NEIL MACINTYRE, Individually;
ALBERT MACK, Individually;
CHAUNDOLYNE MACK, Individually;
ERNEST MACK, Individually;
MARK MACK, Individually;
ROBERT MACKAY, Individually;
EDWARD MACKEY, Individually;
MATTHEW MACKITTRICK, Individually;
ELISSA MACKLIN, Individually;
KENNETH MACLANE, Individually;
WILLIAM MACSWEENEY, Individually;
ERASMO MADDALENA, Individually;
CLIVE MADDEN, Individually;
CLIVE MADDEN, Individually;
CLIVE MADDEN, Individually;
ROBERT MADDEN, Individually;
JAISHREE MADHOK, Individually;
DONALD MADLIK, Individually;
FRANK MADONNA, Individually;
ANTHONY MAFARO, Individually;
JOSEPH MAGANZA, Individually;
STEPHEN MAGARINE, Individually;
RAYFORD MAGEE, Individually;
DOMINICK MAGGIORE, Individually;
PAUL MAGNERI, Individually;
CONNIE MAGNUS, Individually;
CHARLES MAGRATH, Individually;

245

DANIEL MAGRINO, Individually;
ROBERT MAGRINO, Individually;
DONALD MAGUIRE, Individually;
JAMES MAGUIRE, Individually;
PAUL MAGUIRE, Individually;
PETER MAGUIRE, Individually;
VISHNU MAHARAJ, Individually;
LYDIA MAHASE, Individually;
JAMES MAHER, Individually;
JOHN MAHER, Individually;
SCOTT MAHER, Individually;
STACEY MAHER, Individually;
RONALD MAHIEU, Individually;
EUGENE J. MAHLSTADT, Individually;
DANIEL MAHONEY, Individually;
ROBERT MAHONEY, Individually;
THOMAS MAHONEY, Individually;
WILLIAM MAHONEY, Individually;
ANTHONY MAIELLO, Individually;
FRED MAIELLO, Individually;
JEROME MAIER, Individually;
ROBERT MAINI, Individually;
GERRARD MAIORANA, Individually;
FRANK MAISANO, Individually;
RYAN MAISEL, Individually;
RAUL MAISONET, JR., Individually;
CORNELIA MAJOR, Individually;
ANDRE MAJORS, Individually;
GLENN MAKUCH, Individually;
EDGAR MALAVE, Individually;
KELVIN MALAVE, Individually;
OMAR MALAVE, Individually;
ALAN MALDONADO, Individually;
EDDIE MALDONADO, Individually;
NARCISO MALDONADO, Individually;
BRIAN MALEY, Individually;
JOHN MALLEY, Individually;
PATRICK MALLOY, Individually;
RICHARD MALLOY, Individually;
BAUDON MALMBECK, Individually;
ANTHONY MALONE, Individually;
JAMES MALONE, Individually;
KATHLEEN MALONE, Individually;
MICHAEL MALONE, Individually;
ROBERT MALONE, Individually;
SEAN MALONE, Individually;

WALTER MALONE, Individually;
CHRISTOPHER MALONEY, Individually;
DANIEL MALONEY, Individually;
DAVID MALONEY, Individually;
DENIS MALONEY, Individually;
MICHAEL MALONEY, Individually;
PATRICK MALONEY, Individually;
THOMAS MALONEY, Individually;
PATRICK MALONEY, Individually;
TIMOTHY MALSON, Individually;
LEONARD MALTESE, Individually;
LANCE MALY, Individually;
EDWARD MAMET, Individually;
JAMES MAMMES, Individually;
MARC MANARA, Individually;
DEONARINE MANBODH, Individually;
DAVID MANCINI, Individually;
RONALD MANCINI, Individually;
STEPHEN MANCINO, Individually;
VINCENT MANCO, Individually;
ARTHUR MANCUSIE, Individually;
RICH MANCUSO, Individually;
ALEN MANDEL, Individually;
CURTIS MANDOSKE, JR., Individually;
RALPH MANENTE, Individually;
RALPH MANENTE, Individually;
MICHAEL MANFRA, Individually;
JOHN MANGAN, Individually;
CHRISTOPHER MANGELS, Individually;
WILLIAM MANGIA, Individually;
WILLIAM MANGIA, Individually;
GARY MANGIAPIA, Individually;
EDWIN MANGUAL, Individually;
THOMAS MANGUS JR, Individually;
BEN MANIACI, Individually;
KELVIN MANIGAULT, Individually;
RICHARD MANION, Individually;
CHARLES MANISCALCO, Individually;
RAYMOND MANISCALCO, Individually;
CYRUS MANLEY, Individually;
BRAD MANN, Individually;
JOHNNY MANN, Individually;
WALTER MANN, Individually;
GARY MANNINA, Individually;
ROBERT MANNINA, Individually;
EILEEN MANNING, Individually;

JAMES MANNING, Individually;
STEPHEN MANNING, Individually;
CAROL MANNINO, Individually;
JOSEPH MANNINO, Individually;
VITO MANNINO, Individually;
FRANCESCO MANNO, Individually;
JEFFREY MANNO, Individually;
ALFRED MANNS, Individually;
DANIEL MANOCHIO, Individually;
STEPHEN MANSFIELD, Individually;
ANTHONY MANTELLINO, Individually;
JOHN MANTHEY, Individually;
CHRISTOPHER MANZI, Individually;
DOMINICK MANZI, Individually;
JOHN A. MANZIONE, Individually;
MICHAEL MANZOLILLO, Individually;
ELIE MAOR, Individually;
NEVILLE MARAGH, Individually;
SCOTT MARAIO, Individually;
LARRY MARAJ, Individually;
VINCENT MARALDO, Individually;
DIANE MARANI, Individually;
JOHN MARANO, Individually;
JOHN MARANO, Individually;
MICHAEL MARANO, Individually;
DOMINICK MARANZANO, Individually;
FELIPE MARCANO, Individually;
SALVATORE MARCHESE, Individually;
MICHAEL MARCHIONE, JR., Individually;
ANTHONY MARCHITELLI, Individually;
JOSEPH MARCHITELLI, Individually;
VINCENT MARCIANO, Individually;
EDMOND MARCOUX, Individually;
ANTHONY MARDEN, Individually;
STANLEY MARDULA, Individually;
JUDY MAREINISS, Individually;
JOSEPH MARESCA, Individually;
JOSEPH MARESCA, Individually;
MONIKA MARESCA, Individually;
DAVID MARGULES, Individually;
ANN MARGULIS, Individually;
LINDA MARIE, Individually;
LUZ MARINA-MARTINEZ, Individually;
DANIEL MARINE, Individually;
MICHAEL MARINELLO, Individually;
GERARD MARINI, Individually;

ROBERT MARINI, Individually;
DEAN MARINO, Individually;
LOUIS MARINO, Individually;
MICHAEL MARINO, Individually;
STEPHEN MARINO, Individually;
TED MARINO, Individually;
THOMAS MARINO, Individually;
MICHAEL MARINO, Individually;
JOHN P. MARIOTTI, Individually;
ANDREW MARK, Individually;
CHRISTOPHER MARKEVICH, Individually;
PAUL MARKOWITZ, Individually;
JOHN MARKS, Individually;
NINA MARKS, Individually;
THOMAS MARKS, Individually;
LAWRENCE MARLEY, Individually;
STEVEN MARLEY, Individually;
GARY MARMARO, Individually;
CARMEN MARMOLEJOS, Individually;
GEOVANNY MARMOLEJOS, Individually;
JOHN MARONE, Individually;
PAUL MAROTTA, Individually;
JOSEPH MAROTTA, Individually;
LUIS MARQUEZ, Individually;
ANTHONY MARRAZZO, Individually;
CHRISTOPHER MARRAZZO, Individually;
PAUL MARREN, Individually;
DAVID MARRERO, Individually;
ERIC MARRERO, Individually;
FERMIN MARRERO, Individually;
JOSE MARRERO, Individually;
ROBERT MARRERO, Individually;
ROXANNE MARRERO, Individually;
ADRIAN MARRERO JR., Individually;
DAVID MARRONE, Individually;
RICHARD MARRONE, Individually;
JEFFREY MARROW, Individually;
GEORGE MARSH, Individually;
ROBERT MARSHALL, Individually;
RONALD MARSHALL, Individually;
FRED MARSILLA, Individually;
LUIS MARTE, Individually;
MICHAEL MARTELLI, Individually;
JOSEPH MARTELLO, Individually;
JULIANNE MARTELLO, Individually;
LAURA MARTELLO, Individually;

HENRY MARTELLY, Individually;
ROBERT MARTENS, Individually;
NICOLAS MARTI, Individually;
RONALD MARTI, Individually;
BRUCE DAVID MARTIN, Individually;
CHARLES MARTIN, Individually;
FRAN MARTIN, Individually;
GEORGE MARTIN, Individually;
JOHN MARTIN, Individually;
KEVIN MARTIN, Individually;
MARK MARTIN, Individually;
RICHARD MARTIN, Individually;
ROBERT MARTIN, Individually;
SEAN MARTIN, Individually;
SYDNEY MARTIN, Individually;
VINCENT MARTIN, Individually;
WILLIAM MARTIN, Individually;
WILLIAM MARTIN, Individually;
WILLIAM MARTIN, Individually;
CHRISTIAN MARTIN, Individually;
MARTIN MARTINDALE, Individually;
ALEX MARTINEZ, Individually;
ALFONSO MARTINEZ, Individually;
ANDRES MARTINEZ, Individually;
ANNETTE MARTINEZ, Individually;
CARLOS MARTINEZ, Individually;
CHARLES MARTINEZ, Individually;
DAVID MARTINEZ, Individually;
DAVID MARTINEZ, Individually;
DOMINGO MARTINEZ, Individually;
EDDY MARTINEZ, Individually;
EDWARD MARTINEZ, Individually;
EDWIN MARTINEZ, Individually;
ELIZABETH MARTINEZ, Individually;
FRANK MARTINEZ, Individually;
HECTOR MARTINEZ, Individually;
ISRAEL MARTINEZ, Individually;
JIMMY MARTINEZ, Individually;
JOSE MARTINEZ, Individually;
RICHARD MARTINEZ, Individually;
STACIA MARTINEZ, Individually;
STEVEN MARTINEZ, Individually;
WILLIAM MARTINEZ, Individually;
WILLIAM MARTINEZ, Individually;
VICTOR MARTINEZ, Individually;
ANTONIO MARTINO, Individually;

ROBERT MARTINO, Individually;
ROBERT MARTIRANO, Individually;
VINCENT MARTIRE, Individually;
MICHAEL MARTORANA, Individually;
JOHN MARTUCCI, Individually;
RICHARD MARUCHEAU, Individually;
JUSTIN MARVUL, Individually;
WAYNE MARX, Individually;
RICHARD MASCARO, Individually;
ANTHONY MASCIA, Individually;
CHRISTOPHER MASEFIELD, Individually;
WILLIAM MASERONI, Individually;
LOUIS MASINO, Individually;
LAWRENCE MASON, Individually;
NICHOLAS MASSAB, Individually;
DANIEL MASSANOVA, Individually;
FRANCINE MASSARI, Individually;
JOHN MASSAROTTI, Individually;
JOHN MASSERIA, Individually;
JOSEPH MASTERS, Individually;
CHARLES MASTERSON, Individually;
GUY MASTRANDE, Individually;
SCOTT MASTRELLI, Individually;
LEONARD MASTROGIACOMO, Individually;
JOHN MASTROROCCO, Individually;
MARC MASTROS, Individually;
ANDREW MASTROTA, Individually;
ROBERT MASUCCI, Individually;
JOSEPH MASULLO, Individually;
NARCISO MASUTTI, Individually;
JORGE MATEO, Individually;
PAULINO MATEO, Individually;
BOBBIE MATHEW, Individually;
JOAQUIN MATHEW, Individually;
PERUMAL MATHEW, Individually;
WILLIE MATHIS, Individually;
EDWIN MATIAS, Individually;
CHRISTOPHER MATISHEK, Individually;
JAMES MATISHEK, Individually;
KEVIN MATNEY, Individually;
AGUSTIN MATOS, Individually;
CONRAD MATOS, Individually;
MANUEL MATOS, Individually;
MARILYN MATOS, Individually;
MIGUEL MATOS, Individually;
RAMON MATOS, Individually;

LUIS MATOS III, Individually;
THOMAS MATOVIC, Individually;
RICHARD MATTALIANO, Individually;
ANTHONY MATTEO, Individually;
DANIEL MATTEO, Individually;
MARK MATTHES, Individually;
JOSEPH MATTIELLO, Individually;
GREGG MATTINGLY, Individually;
KAREN MATTIOLO, Individually;
PHILIP MATTIOLO, Individually;
ANTHONY MATTONE, Individually;
MARIO MATULICH, Individually;
DOMINICK MATURO, Individually;
DAVID MAUCHER, Individually;
JOHN MAUGERI, Individually;
FERDINAND MAURELLI, Individually;
KURT MAURER, Individually;
GARRY MAURICE, Individually;
MICHAEL MAURICE, Individually;
DOMINIC MAURO, Individually;
JOSE MAWYIN, Individually;
JOHN MAXCY, Individually;
BRIAN MAXWELL, Individually;
KEVIN MAXWELL, Individually;
MARILYN MAXWELL, Individually;
SHAWN MAY, Individually;
JOSEPH MAYDWELL, Individually;
CHOJONE MAYE, Individually;
DANIEL MAYE, Individually;
KEVIN MAYE, Individually;
MICHAEL MAYE, Individually;
JOSEPH MAYER, Individually;
THOMAS MAYERHAUSER, Individually;
STEVEN MAYFIELD, Individually;
TIMOTHY MAYO, Individually;
PAUL MAYR, Individually;
ARTHUR MAYROSE, Individually;
FRANKUS MAYS, Individually;
FRANKUS MAYS, Individually;
RORY MAZE, Individually;
GEOFFREY MAZEL, Individually;
ANTONI MAZUR, Individually;
MARK MAZUR, Individually;
JAMES MAZZA, Individually;
THOMAS MAZZA, Individually;
VINCENT MAZZA, Individually;

JOSEPH MAZZARELLA, Individually;
MICHAEL MAZZELLA, Individually;
PAUL MAZZILLI, Individually;
THOMAS MAZZOLA, Individually;
ROBERT MAZZONI, Individually;
EDWARD MAZZUCCHELLI, Individually;
WALTER MCADAMS, Individually;
EDWARD MCALEER, Individually;
BARBARA MCALICK, Individually;
JOHN MCALICK, Individually;
TIMOTHY MCALINDEN, Individually;
JOHN MCALLISTER, Individually;
THOMAS MCALLISTER, Individually;
LORRAINE MCANDREWS, Individually;
KENNETH MCANUFF, Individually;
BRENDAN MCARDLE, Individually;
JOHN MCARDLE, Individually;
KRISTOFFER MCARDLE, Individually;
THOMAS MCAREE, Individually;
ROBERT MCAULEY, Individually;
SEAN MCAULEY, Individually;
WILLIAM MCAULEY, Individually;
DAWN MCAULIFFE, Individually;
BRIAN MCAVOY, Individually;
SEAN MCBRIEN, Individually;
JAMES MCCABE, Individually;
JAMES MCCABE, Individually;
JAMES MCCABE, Individually;
JAMES MCCABE, Individually;
KEVIN MCCABE, Individually;
RICHARD MCCABE, Individually;
DENIS MCCAFFERTY, Individually;
THOMAS MCCAFFERTY, Individually;
STEVEN MCCAFFERY, Individually;
JUSTIN MCCAFFREY, Individually;
RICHARD MCCAHEY, Individually;
EVERETT MCCAIN, Individually;
EDWARD MCCAMPHILL, Individually;
DANIEL MCCANN, Individually;
GREGORY MCCANN, Individually;
JOHN MCCANN, Individually;
JOHN MCCANN, Individually;
MICHAEL MCCANN, Individually;
WILLIAM MCCANN, Individually;
CAMILLE MCCANN-STAATS, Individually;
JOHN MCCANTS, Individually;

ALISON MCCARTHY, Individually;
DANIEL MCCARTHY, Individually;
DANIEL MCCARTHY, Individually;
DAVID MCCARTHY, Individually;
JEFF MCCARTHY, Individually;
KERRI MCCARTHY, Individually;
KEVIN T. MCCARTHY, Individually;
MICHAEL MCCARTHY, Individually;
MICHAEL MCCARTHY, Individually;
SCOTT MCCARTHY, Individually;
SEAN MCCARTHY, Individually;
THOMAS MCCARTHY, Individually;
WALTER MCCARTHY, Individually;
WILLIAM MCCARTHY, Individually;
FRANK MCCARTIN, Individually;
RICHARD MCCARTY, Individually;
KATHLEEN MCCAULEY, Individually;
THOMAS MCCAULEY, Individually;
TIMOTHY MCCAULEY, Individually;
KEVIN MCCAWLEY, Individually;
TIMOTHY MCCLAIN, Individually;
DANIEL MCCLEAN, Individually;
PENELOPE MCCLENAN, Individually;
KEVIN MCCLUSKEY, Individually;
TERENCE MCCONLOGUE, Individually;
JAMES MCCONNELL, Individually;
DENNIS MCCONVILLE, Individually;
KEVIN MCCONVILLE, Individually;
ANDREW MCCORD, Individually;
JOSEPH MCCORMACK, Individually;
MICHAEL MCCORMACK, Individually;
DIANA MCCORMICK, Individually;
KEVIN MCCORMICK, Individually;
THOMAS MCCOY, Individually;
THOMAS MCCOY, Individually;
ROBERT MCCRACKEN, Individually;
HAZEL MCCRAY, Individually;
LAWRENCE MCCRORY, Individually;
ANTHONY MCCRYSTAL, Individually;
JAMES MCCUE, Individually;
RICHARD MCCUSKER, Individually;
PATRICK MCCUTCHEN, Individually;
PATRICK MCCUTCHEN, Individually;
BRIAN MCDADE, Individually;
STEPHEN MCDADE, Individually;
ALFORD MCDANIELS, Individually;

CHARLES MCDERMOTT, Individually;
ROBERT MCDERMOTT, Individually;
SEAN MCDERMOTT, Individually;
SEAN MCDERMOTT, Individually;
LAWERENCE MCDERMOTT, Individually;
MARK MCDONALD, Individually;
THOMAS MCDONALD, Individually;
MICHAEL MCDONNELL, Individually;
MICHAEL MCDONNELL, Individually;
TIMOTHY MCDONNELL, Individually;
DANIEL MCDONOUGH, Individually;
EDWARD MCDONOUGH, Individually;
VINCENT MCDONOUGH, Individually;
KENNETH MCDOWELL, Individually;
CHARLES MCELHONE, Individually;
THEODORE MCELHONE, Individually;
GREGORY MCENROE, Individually;
DENNIS MCENTEE, Individually;
ANDREW MCEVOY, Individually;
RAYMOND MCEVOY, Individually;
STEVEN MCEVOY, Individually;
THOMAS MCEWAN, Individually;
GREGORY MCFARLAND, Individually;
JAMES MCFARLAND, Individually;
MICKEY MCFARLAND, Individually;
FRANCIS MCFEETERS, Individually;
TERRENCE MCGANN, Individually;
KEVIN MCGARRY, Individually;
THOMAS MCGARRY, Individually;
AGNES MCGILL, Individually;
KEITH MCGILL, Individually;
PATRICK MCGILL, Individually;
RICHARD MCGILL, Individually;
RORY MCGINN, Individually;
MICHAEL MCGIVNEY, Individually;
EILEEN MCGLYNN, Individually;
JAMES MCGLYNN, Individually;
MICHAEL MCGLYNN, Individually;
ANDREW MCGOEY, Individually;
ANDREW MCGOEY, Individually;
MICHAEL MCGOLDRICK, Individually;
JOHN MCGONIGLE, Individually;
DANIEL MCGOVERN, Individually;
GERARD MCGOVERN, Individually;
MICHAEL MCGOVERN, Individually;
PATRICK MCGOVERN, Individually;

SEAN MCGOVERN, Individually;
MICHAEL MCGOWAN, Individually;
NEAL MCGOWAN, Individually;
WILLIAM MCGOWAN, Individually;
JAMES MCGRATH, Individually;
MICHAEL MCGRATH, Individually;
ROBERT MCGRATH, Individually;
PATRICK MCGREEVY, Individually;
CHARLES MCGROARY, Individually;
MICHAEL P. MCGRORTY, Individually;
ROBERT MCGRORY, Individually;
MICHAEL MCGUINNESS, Individually;
BRIAN MCGUIRE, Individually;
BRIAN MCGUIRE, Individually;
MARCUS MCGUIRE, Individually;
PAUL MCGUIRE, Individually;
JAMES MCHALE, Individually;
DAVID MCHENRY, Individually;
MICHIAL MCHENRY, Individually;
JOSEPH MCHUGH, Individually;
THOMAS MCHUGH, Individually;
JAMES MCINERNEY, Individually;
KENNETH MCINERNEY, Individually;
TIMOTHY MCINERNEY, Individually;
KEVIN MCINTYRE, Individually;
MARK MCINTYRE, Individually;
KEITH MCISAAC, Individually;
RONALD MCIVER, Individually;
JEANNE MCIVOR, Individually;
EDWARD MCKALLEN, Individually;
WALTER MCKEE, Individually;
DENNIS MCKEEVER, Individually;
DENNIS MCKENNA, Individually;
DENNIS MCKENNA, Individually;
JAMES MCKENNA, Individually;
JAMES MCKENNA, Individually;
JOHN MCKENNA, Individually;
KEVIN MCKENNA, Individually;
MICHAEL MCKENNA, Individually;
ODESSA MCKENZIE, Individually;
FREDERICK MCKEON, Individually;
FREDERICK MCKEON, Individually;
KEVIN MCKEON, Individually;
JOHN MCKEOWN, Individually;
MICHAEL MCKIBBEN, Individually;
BRYAN MCKIERNAN, Individually;

KEVIN MCKIERNAN, Individually;
THOMAS MCKIERNAN, Individually;
BRIAN MCKILLOP, Individually;
SCOTT MCKINLEY, Individually;
KELVIN MCKOY, Individually;
BRIAN MCLAUGHLIN, Individually;
DEBORAH MCLAUGHLIN, Individually;
JOHN MCLAUGHLIN, Individually;
KEITH MCLAUGHLIN, Individually;
MICHAEL MCLAUGHLIN, Individually;
RICHARD MCLEAN, Individually;
WILLIAM MCLEE, Individually;
BLAKE MCLOUGHLIN, Individually;
PATRICK MCLOUGHLIN, Individually;
THOMAS MCLOUGHLIN, Individually;
LIAM MCLOUGHLIN, Individually;
CONWAY MCMAHON, Individually;
EDWARD MCMAHON, Individually;
GERARD MCMAHON, Individually;
JOSEPH MCMAHON, Individually;
KEVIN MCMAHON, Individually;
MAUREEN MCMAHON, Individually;
MICHAEL MCMAHON, Individually;
THOMAS MCMAHON, Individually;
WILLIAM MCMAHON, Individually;
BRIAN MCMANUS, Individually;
ISABEL MCMANUS, Individually;
FRANKLIN MCMICKENS, Individually;
NATHANIEL MCMILLAN, Individually;
EVELYN MCMILLIAN, Individually;
GARY MCMINN, Individually;
DANIEL MCNALLY, Individually;
JAMES MCNALLY, Individually;
PATRICK MCNALLY, Individually;
SEAN MCNALLY, Individually;
SEAN MCNALLY, Individually;
DANIEL MCNAMARA, Individually;
JOHN B. MCNAMARA, Individually;
MICHAEL MCNAMARA, Individually;
MICHAEL MCNAMARA, Individually;
THOMAS MCNAMARA, Individually;
THOMAS MCNAMARA, Individually;
THOMAS MCNAMARA, Individually;
WILLIAM MCNAMARA, Individually;
THOMAS MCNAMARA, Individually;
LAWRENCE MCNAMEE, Individually;

WILLIAM MCNAUGHTON, Individually;
SHIRLEY MCNEILL, Individually;
WILLIE MCNEILL, Individually;
PATRICK MCNIECE, Individually;
STEVEN MCNOBLE, Individually;
THOMAS MCNOBLE, Individually;
MARTIN MCNULTY, Individually;
BRIAN MCPARLAND, Individually;
GERARD MCPARLAND, Individually;
MICHAEL MCPARTLAND, Individually;
GERTRUDE MCPHAIL, Individually;
JAMES MCQUADE, Individually;
TIMOTHY MCQUADE, Individually;
CHRISTOPHER MCQUEEN, Individually;
PATRICK MCREADY, Individually;
LINDA MCSORLEY, Individually;
BRENDAN MCSWEENEY, Individually;
DENNIS MCSWEENEY, Individually;
TERENCE MCSWEENEY, Individually;
FELIM MCTAGUE, Individually;
THOMAS MCTERNAN, Individually;
KEVIN MCVEIGH, Individually;
ROBERT MCVEY, Individually;
RORY MEADE, Individually;
HOWARD MEADOWS, Individually;
ROBERT MEADOWS, Individually;
RICHARD MECABE, Individually;
ANTHONY MEDICI, Individually;
JOHN MEDINA, Individually;
JOSE MEDINA, Individually;
MARIA MEDINA, Individually;
BARRY MEDURI, Individually;
KEVIN MEEHAN, Individually;
THOMAS MEEHAN, Individually;
DENNIS MEENAGHAN, Individually;
DENNIS MEENAGHAN, Individually;
CHRISTOPHER MEGNA, Individually;
MICHAEL MEGNA, Individually;
STEPHEN MEGNA, Individually;
GERARD MEGNA, Individually;
MARC MEGNA, Individually;
SEAN MEHRLANDER, Individually;
ANTHONY MEI, Individually;
JAMES MELCHIORRE, Individually;
JOSE MELENDEZ, Individually;
LUIS MELENDEZ, Individually;

PETER MELENDEZ, Individually;
ROBERT MELENDEZ, Individually;
WILLIAM MELENDEZ, Individually;
KEVIN C. MELFI, Individually;
MIKE MELILLO, Individually;
SAM MELISI, Individually;
ARLENE MELLETT, Individually;
PATRICK MELLETT, Individually;
DANIEL MELORE, Individually;
JENNIFER MELORE, Individually;
ARNOLD MELROSE, Individually;
ARNOLD MELROSE, Individually;
JAMES C. MELVIN, JR., Individually;
JAMES MEMISHA, Individually;
DAVID MENARD, Individually;
MIGUEL MENARD, Individually;
ROBERT MENDELSON, Individually;
TANNYA MENDELSON, Individually;
CYNTHIA MENDEZ, Individually;
DENNIS MENDEZ, Individually;
GAMALIER MENDEZ, Individually;
GASPAR MENDEZ, Individually;
JIMMY MENDEZ, Individually;
JOSE MENDEZ, Individually;
LUIS MENDEZ, Individually;
MICHAEL MENDEZ, Individually;
CANDELARIO MENDOZA, Individually;
ERIC MENDOZA, Individually;
DIANE MENIG, Individually;
ROBERT MENIG, Individually;
DEBORAH MENIT, Individually;
STEVEN MENNELLA, Individually;
JOHN MENONI, Individually;
GINA MENOSCAL, Individually;
KARIN MENSER, Individually;
DONNA MEOLA, Individually;
JOSEPH MEOLA, Individually;
EVELYN MERCADO, Individually;
JENNY MERCADO, Individually;
JESUS MERCADO, Individually;
MATTHEW MERCED, Individually;
META MEREDAY, Individually;
TANYA MERENTIS, Individually;
MARK MERLIS, Individually;
RAYMOND MERLOTTO, Individually;
LEONARD MEROLA, Individually;

NICHOLAS MEROLLA, Individually;
VICTOR MESCE, Individually;
JOSE MESORANA, Individually;
CAMILLO MESSINA, Individually;
JOHN MESSINA, Individually;
SALVATORE MESSINA, Individually;
PETER MESSINEO, Individually;
EDWARD METCALF, Individually;
SENAD METJAHIC, Individually;
TODD METRO, Individually;
ELLIOT METZ, Individually;
DENNIS MEYERS, Individually;
JOHN MEYERS, Individually;
ANTHONY MEZZACAPPA, Individually;
ANTHONY MICALE, Individually;
JOHN MICALLEF, Individually;
KENNETH MICALLEF, Individually;
MICHAEL MICARA, Individually;
FRANK MICELI, Individually;
NICHOLAS MICHALAKIS, Individually;
DAMON MICHALOPOULOS, Individually;
JESSICA MICHEL, Individually;
DOMINICK MICHELLI, Individually;
BRIAN MICHELSON, Individually;
ROBERT MICIELI, Individually;
LOU MICILLO, Individually;
DENNIS MICOZZI, Individually;
JOHN MIELE, Individually;
MICHAEL MIELE, Individually;
THOMAS MIERS, Individually;
LUISA MIFSUD, Individually;
RICHARD MIGHDOLL, Individually;
NICHOLAS MIGLIORE, Individually;
ROBERT MIGNOGNA, Individually;
KEVIN MIKALONIS, Individually;
HARRY MIKEDIS, Individually;
PHILIP MILANO, Individually;
GERARD MILDEN, Individually;
ALAN MILEAF, Individually;
KENNETH MILERSON, Individually;
GORDON MILES, Individually;
WALTER MILEY, Individually;
VALERY MILGROM, Individually;
BRYAN MILLAN, Individually;
DONALD MILLER, Individually;
JAMES MILLER, Individually;

JEFFREY MILLER, Individually;
JOHN MILLER, Individually;
JOHN O. MILLER, Individually;
JOSEPH MILLER, Individually;
NEIL MILLER, Individually;
RICHARD MILLER, Individually;
RICHARD MILLER, Individually;
RICHARD MILLER, Individually;
ROBERT MILLER, Individually;
ROBERT MILLER, Individually;
ROBERT MILLER, Individually;
ROBERT MILLER, Individually;
ROBERT C. MILLER, Individually;
SCOTT MILLER, Individually;
TREVOR MILLER, Individually;
WILLIAM G. MILLER, Individually;
WILLIE FRANCES MILLER, Individually;
JOHN O. MILLER, Individually;
DENISE MILLER / WOODS, Individually;
ANTHONY MILLICH, Individually;
GAIL MILLMAN, Individually;
KENVILLE MILLS, Individually;
KEVIN MILLS, Individually;
KIERAN MILLS, Individually;
JOSEPH MILLWARD, Individually;
EDWARD MILMORE, Individually;
ANTHONY MILO, Individually;
DERRICK MILONE, Individually;
MARCELLO MILONE, Individually;
VINCENT MILONE, Individually;
LORENZO MINACAPILLI, Individually;
MICHAEL MINALLY, Individually;
ROBERT MINCA, Individually;
THOMAS MINELLI, Individually;
DERYCK MING, Individually;
LYRIS MING, Individually;
JOHN MINGIONE, Individually;
DAWN MINICHIELLO, Individually;
MICHAEL MINISSALE, Individually;
MELISSA MINKOW, Individually;
DAVID MINTO, Individually;
JOHN MINUTILLO, Individually;
LOUIS MINUTOLI, Individually;
NICHOLAS MINUTOLO, Individually;
MIGDALIA MIRANDA, Individually;
RAYMOND MIRANDA, Individually;

SAMUEL MIRANDA, Individually;
THOMAS MIRANTE, Individually;
JERRY MIREE, Individually;
CHRISTOPHER MIRO, Individually;
LAWRENCE MIRRA, Individually;
CHRISTOPHER MISCIAGNA, Individually;
JOHN MISHA, Individually;
BISHNURAM MISIR, Individually;
FRANK MISISCHIA, Individually;
MARK MISSALL, Individually;
NINA MISTIER, Individually;
AVA MARIE MITCHELL, Individually;
CAROLYN MITCHELL, Individually;
FADY MITCHELL, Individually;
MICHAEL MITCHELL, Individually;
PHYLLIS MITCHELL, Individually;
RAYMOND MITCHELL, Individually;
RODNEY MITCHELL, Individually;
TERRENCE MITCHELL, Individually;
TYSON MITCHELL, Individually;
MATT MITLER, Individually;
MARIE MITTON, Individually;
ROBERT MIUCCIO SR., Individually;
JOHN P. MIXON, Individually;
ALBERT MIZRACHI, Individually;
ALBERT MIZRACHI, Individually;
PETER MLADINICH, Individually;
ROBERT MLADINICH, Individually;
RICHARD MLECZ, Individually;
JOSEPH MLYNARCZYK, Individually;
ROBERT MOCKLER, Individually;
JOSEPH MODICA, Individually;
STEVE MODICA, Individually;
WILLIAM MOFFATT, Individually;
MICHAEL G. MOHIN, Individually;
PATRICK MOHIN, Individually;
TIMOTHY MOHIN, Individually;
EFRAIN MOJICA, Individually;
JORGE MOJICA, Individually;
JOE MOLFETTO, Individually;
DIGNA MOLINA, Individually;
EDDIE MOLINA, Individually;
MARGARITA MOLINA, Individually;
ROSA MOLINA, Individually;
MARIA MOLINA, Individually;
MARIA MOLINA, Individually;

THOMAS MOLINARI, Individually;
CARL MOLINARO, Individually;
VINCENT MOLININI, Individually;
FRANK MOLLICA, Individually;
FRANK MOLLOY, Individually;
JOHN MOLLOY, Individually;
MICHAEL MOLLOY, Individually;
PAUL MOLONEY, Individually;
LAWRENCE MONACHELLI, JR., Individually;
JOHN MONACO, Individually;
ROGER MONACO, Individually;
ROGER MONACO, Individually;
JAMES MONAHAN, Individually;
JAMES J. MONAHAN, Individually;
MICHAEL MONAHAN, Individually;
MICHAEL ARTHUR MONAHAN, Individually;
STEPHANIE MONCADA, Individually;
JOSEPH MONDELLO, Individually;
NICHOLAS MONFREDO, Individually;
RAYMOND MONGELLI, Individually;
ALBERT MONGIELLO, Individually;
JOHN MONGIELLO, Individually;
DENNIS MONOHAN, Individually;
LAMONT MONROE, Individually;
LEONARD MONTALTO, Individually;
GILBERT MONTALVO, Individually;
SUSAN MONTALVO, Individually;
JAMES MONTAMBO, Individually;
RALPH MONTANA, Individually;
RICHARD MONTANA, Individually;
JOSEPH MONTANARO, Individually;
EDWIN MONTANEZ, Individually;
FRANK MONTARULI, Individually;
ANTHONY MONTE, Individually;
ANTHONY MONTEFUSCO, Individually;
EILEEN MONTEFUSCO, Individually;
JOHN MONTELEONE, Individually;
KENNETH MONTENEGRO, Individually;
ANTHONY MONTERA, Individually;
FRANK MONTERA, Individually;
ELIZARDO MONTES, Individually;
DWAYNE MONTGOMERY, Individually;
ADALGISA MONTILLA, Individually;
JOHN MOONEY, Individually;
DAVID MOORE, Individually;
EDWARD MOORE, Individually;

JOSEPH MOORE, Individually;
MICHAEL MOORE, Individually;
MITHEO MOORE, Individually;
MITHEO MOORE, Individually;
NATHANIEL MOORE, Individually;
RAYMOND MOORE, Individually;
THOMAS MOORE, Individually;
WALTER MOORE, Individually;
JAMES MOORE, Individually;
CRYSTAL MOORE-KING, Individually;
ROBERT MOORHEAD, Individually;
LUIS MORA, Individually;
GLENN,ESQUIRE MORAK, Individually;
ALBERTO MORALES, Individually;
CARLOS MORALES, Individually;
EVELYN MORALES, Individually;
FELICIA MORALES, Individually;
FRANCIS MORALES, Individually;
GILBERT MORALES, Individually;
ISRAEL MORALES, Individually;
JEANETTE MORALES, Individually;
JULIO MORALES, Individually;
ANTHONY MORAN, Individually;
ANTHONY MORAN, Individually;
ELLEN MORAN, Individually;
JOHN MORAN, Individually;
JOHN MORAN, Individually;
KEVIN MORAN, Individually;
MIGUEL MORAN, Individually;
PETER MORAN, Individually;
TERRENCE MORAN, Individually;
JOSEPH MORANO, Individually;
GREGORY MOREA, Individually;
ROSA MOREL, Individually;
JOSEPH MORELLI, Individually;
GERARD MORENCY, Individually;
ENRIQUE MORENO, Individually;
JUAN MORENO, Individually;
HAROLD MORGAN, Individually;
JOSEPH MORGAN, Individually;
KENNETH MORGAN, Individually;
KENNETH MORGAN, Individually;
LAWRENCE MORGAN, Individually;
ALAN MORGENTHAL, Individually;
MARTIN MORIARTY, Individually;
THOMAS MORIARTY, Individually;

THOMAS MORIARTY, Individually;
ALFRED MORIN, Individually;
HECTOR MORISI, Individually;
ANTHONY R MORMANDO, Individually;
SILVIA MOROCHO, Individually;
SONIA MOROCHO, Individually;
MICHAEL MORRA, Individually;
EDWARD MORRI, Individually;
ANGELA MORRIS, Individually;
PETER MORRIS, Individually;
PHIL MORRIS, Individually;
PHIL MORRIS, Individually;
RICHARD MORRIS, Individually;
HENRY MORRISON, Individually;
KEVIN MORRISON, Individually;
RAYMOND MORRISON, Individually;
THOMAS MORRISON, Individually;
PRINCESS MORRIS-RAMOS, Individually;
JEROME MORRISSEY, Individually;
JOHN MORRISSEY, Individually;
CLAUDIO MORRONE, Individually;
NICHOLAS MORRONE, Individually;
EDWARD MORTENSON, Individually;
GINA MORTON, Individually;
ROSALYN MORTON, Individually;
ROBERT MOS, Individually;
RALPH MOSCA, JR., Individually;
MICHAEL MOSCATO, Individually;
MOSSIMO MOSCATO SR., Individually;
AVI MOSHKOVICH, Individually;
CRAIG MOSKOWITZ, Individually;
DONNA MOSLEY, Individually;
ED MOSS, Individually;
JAMES MOSS, Individually;
RONALD MOSS, Individually;
RAYMOND MOTLASZ, Individually;
CLARK MOTLEY, Individually;
DAVID MOTOLA, Individually;
THOMAS MOTTA, Individually;
MARY MOTTLE, Individually;
JOSEPH MOTTOLA, Individually;
MICHAEL MOUGHRABIE, Individually;
ALEXANDRE MOURACHOV, Individually;
CHRIS MOY, Individually;
LYLIANA MOYA, Individually;
MARIA MOYA-GOLDENBERG, Individually;

DENNIS MOYNIHAN, Individually;
MICHAEL MUCCI, Individually;
JOSEPH MUCCIACCIO, Individually;
LARRY MUCCINI, Individually;
JOHN MUCCINO, Individually;
JOHN MUCCIOLA, Individually;
WILLIAM MUCHA, Individually;
PETER MUELLER, Individually;
EUGENE MUHS, Individually;
LUIGI MULA, Individually;
WILLIAM MULCAHEY, Individually;
DENIS MULCAHY, Individually;
MOLLY MULCAHY, Individually;
MICHAEL MULDERRIG, Individually;
JOHN MULDOON, Individually;
NEAL MULDOON, Individually;
PETER MULE, Individually;
WILLIAM MULHALL, Individually;
WILLIAM MULHALL, Individually;
RICHARD MULHERN, Individually;
JOSEPH MULLADY, Individually;
MICHAEL MULLADY, Individually;
RITA MULLANEY, Individually;
MARYANNE MULLANY, Individually;
JAMES MULLEN, Individually;
MICHAEL MULLEN, Individually;
ASINTO MULLER, Individually;
DOUGLAS MULLER, Individually;
JOHN MULLER, Individually;
KENNETH MULLER, Individually;
WILLIAM J. MULLER, Individually;
WILLIAM R. MULLER, Individually;
HUGH MULLIGAN, Individually;
JEFFREY MULLIGAN, Individually;
JEFFREY MULLIGAN, Individually;
MALACHY MULLIGAN, Individually;
MALACHY MULLIGAN, Individually;
PETER MULLINGS, Individually;
BETTY MULLINS, Individually;
NEIL MULLINS, Individually;
GEORGE MULLOWNEY, Individually;
KEVIN MULQUEEN, Individually;
KEVIN MULROONEY, Individually;
MICHAEL MULROY, Individually;
PETER MULROY, Individually;
BRENDAN MULVEY, Individually;

TERENCE MULVEY, Individually;
HENRY MULZAC, Individually;
STEPHEN MUMBY, Individually;
ELISA MUNDA, Individually;
DAWN MUNDO, Individually;
KENNETH MUNDY, Individually;
WILLIAM MUNDY, Individually;
HECTOR MUNIZ, Individually;
MIGUEL MUNIZ, Individually;
RAUL MUNIZ, Individually;
MOLLY MUNLEY, Individually;
ANDRES MUNOZ, Individually;
CARLOS MUNOZ, Individually;
FABIAN MUNOZ, Individually;
RAMON MUNOZ, Individually;
ALBERT MUNRO, Individually;
JOSEPH MURDOCK, Individually;
AARON MURPHY, Individually;
BRIAN MURPHY, Individually;
DANIEL MURPHY, Individually;
GERARD MURPHY, Individually;
GREGG MURPHY, Individually;
JAMES MURPHY, Individually;
JAMES MURPHY, Individually;
JAMES MURPHY, Individually;
JAMES J. MURPHY, Individually;
JESSE MURPHY, Individually;
JOHN MURPHY, Individually;
JOHN A MURPHY, Individually;
JOSEPH MURPHY, Individually;
KEVIN MURPHY, Individually;
KEVIN G. MURPHY, Individually;
LAWRENCE MURPHY, Individually;
MARTIN MURPHY, Individually;
MICHAEL MURPHY, Individually;
MICHAEL MURPHY, Individually;
MICHAEL MURPHY, Individually;
MICHAEL MURPHY, Individually;
MICHAEL MURPHY, Individually;
PAUL MURPHY, Individually;
PAUL MURPHY, Individually;
RICHARD MURPHY, Individually;
THOMAS MURPHY, Individually;
THOMAS J. MURPHY, Individually;
TIMOTHY MURPHY, Individually;
WALTER MURPHY, Individually;

WILLIAM MURPHY, Individually;
DOUG MURRAY, Individually;
LOAN MURRAY, Individually;
MARY MURRAY, Individually;
MICHAEL MURRAY, Individually;
PHILLIP MURRAY, Individually;
RICHARD MURRAY, Individually;
ROBERT MURRAY, Individually;
ROBERT MURRAY, Individually;
GERARD MURTHA, Individually;
SEAN MURTHA, Individually;
TIM MURTHA, Individually;
MARK MUSARELLA, Individually;
ANTHONY MUSCO, Individually;
DENNIS MUSKARDIN, Individually;
JOSEPH MUSSILLO, Individually;
LOUIS MUSTO, Individually;
JOSEPH MUTO, Individually;
KEVIN MYERS, Individually;
THOMAS MYLOTT, Individually;
RITA NABEL, Individually;
RITA NABEL, Individually;
JOSEPH NACARLO, Individually;
CARMINE NACCHIO, Individually;
DEBORAH NADLER, Individually;
PHILL NADLER, Individually;
RONALD NAFEY, Individually;
THOMAS NAGEL, Individually;
ROBERT NAGLE, Individually;
SHAWN NAGLE, Individually;
BROWN NAKIA, Individually;
PETER NALDRETT, Individually;
JOHN NAPOLI, Individually;
JOSEPH NAPOLI, Individually;
LOUIS NAPOLI, Individually;
CHRISTOPHER NAPOLITANO, Individually;
CIRO NAPOLITANO, Individually;
JOSEPH NAPOLITANO, Individually;
JOSEPH NAPPI, Individually;
ANGEL NARANJO, Individually;
WALTER NARANJO, Individually;
JOHN NARBUTT, Individually;
THOMAS NARBUTT, Individually;
JOHN NARDULLI, Individually;
JOHN NASH, Individually;
LATITIA NASH, Individually;

ROBERT NASH SR., Individually;
BRUCE NASLUND, Individually;
MICHAEL NASTASI, Individually;
MITCHELL NAT, Individually;
JAMES NATALE, Individually;
DOMINIC J. NATELLI, Individually;
WILLIAM NATER, Individually;
ROBERT A. NATHAN, Individually;
NANCI NAULA, Individually;
EDMUND NAUMANN, Individually;
DAVID NAVALLO, Individually;
ROBERT NAVALLO, Individually;
FELIX NAVARRO, Individually;
HUGO NAVARRO, Individually;
ADALBERTO NAZARIO, Individually;
VELLEME NDAW, Individually;
IRA NEAL, Individually;
MICHAEL NEAL, Individually;
PAUL NEAL, Individually;
THOMAS NEARY, Individually;
ROBERT NEBEL, Individually;
MARIA NEE, Individually;
JOHN NEENAN, Individually;
DANIEL NEGRI, Individually;
JOSEPH NEGRI, Individually;
HERBERT NEGRON, Individually;
HERBERT NEGRON, Individually;
JOHN NEGRON, Individually;
CARLOS NEGRON, II, Individually;
ELI NEGRON, JR, Individually;
ELI NEGRON, SR., Individually;
ULYSSES NEIL, Individually;
RAYMOND NELLA, Individually;
BERNARD NELSON, Individually;
DANIEL NELSON, Individually;
DAVID NELSON, Individually;
LORRAINE NELSON, Individually;
MATTHEW NELSON, Individually;
THOMAS NELSON, Individually;
THOMAS W. NELSON, Individually;
HERRICK NERO, Individually;
DOUGLAS NESBITT, Individually;
DARON NESMITH, Individually;
ROBERT NESTEL, Individually;
GLENN NEUMAN, Individually;
RAYMOND NEUMAN, Individually;

PATRICK NEVILLE, Individually;
JEANETTE NEWBERRY, Individually;
BRENT NEWBURY, Individually;
RAYMOND NEWCOMB, Individually;
JOHN NEWELL, Individually;
JOSEPH NEWELL, Individually;
PETER NEWEN, Individually;
KENNETH NEWLAND, Individually;
DANIEL NEWMAN, Individually;
EVERETT NEWMAN, Individually;
ROBERT NEWMAN, Individually;
STEVEN NEWMAN, Individually;
THOMAS NEWMAN, Individually;
CHOILIN NG, Individually;
DAVID NG, Individually;
CHRISTINE NICASTRO, Individually;
JOHN NICASTRO, Individually;
JEFFREY NICHOLS, Individually;
KYLE NICHOLS, Individually;
MICHAEL NICHOLS, Individually;
LUTHER NICKELSON, Individually;
EUGENE NICKOLA, Individually;
RONALD NICOLAS, Individually;
GERARD NICOLETTI, Individually;
RICHARD NICOLETTI, Individually;
JOHN NICOLICH, Individually;
GEORGE NICOLL, Individually;
ANTHONY NICOSIA, Individually;
DOREEN NICOTRA, Individually;
ROBERT NIEBLER, Individually;
NILS NIELSEN, Individually;
LEO NIEMCZYK, Individually;
PAUL NIETMAN, Individually;
ALBA NIETO, Individually;
ALEXANDER NIEVES, Individually;
EDWIN NIEVES, Individually;
JOSEPH NIEVES, Individually;
JOSEPH NIEVES, Individually;
ROBERT NIEVES, Individually;
GEORGE NIKOSEY, Individually;
DENNIS NIMMONS, Individually;
KUZHIVELIL NINAN, Individually;
VINCENT NITTI, Individually;
CHARLENE NIXON, Individually;
DOUGLAS NIXON, Individually;
JOHN NIXON, Individually;