MINNIE NIXON, Individually;
ALBERT NIZZARI, Individually;
GILBERT NOA, Individually;
FREDDIE NOBOA, Individually;
ALBERT NOCELLA, Individually;
JOSEPH NOFI, Individually;
CHRISTOPHER NOLAN, Individually;
DENIS NOLAN, Individually;
THOMAS NOLAN, Individually;
ARTHUR NOLAND, Individually;
VINCENT NOLLEZ, Individually;
JOHN NORBURY, Individually;
KENNETH NORDT, Individually;
CHARLES NORKUS, JR., Individually;
JAMES NORRIS, Individually;
TIMOTHY NORRIS, Individually;
LAWRENCE NOSTRAMO, Individually;
JOHN NOTARFRANCESCO, Individually;
MARK NOVA, Individually;
THOMAS NOVAK, Individually;
ATILLA NOVOGRADECZ, Individually;
ROBERT NOWAK, Individually;
WILLIAM NOWLON, Individually;
JOHN NUCATOLA, Individually;
JAMES NUCIFORO, Individually;
MELVIN NUDELMAN, Individually;
CHARLES NUETZEL, Individually;
JOSEPH NUGENT, Individually;
JOSEPH NUGENT, Individually;
DOMINICK NUGNES, Individually;
DOMINICK NUGNES, Individually;
JAMES NULL, Individually;
JOHN NULLET, SR., Individually;
VICTOR NUNES, Individually;
CARL NUNEZ, Individually;
OSVALDO NUNEZ, Individually;
JOSEPH NUNZIATO, Individually;
JEFFREY NUSPLIGER, Individually;
ARILL NYQUIST, Individually;
BRYAN O'MALLEY, Individually;
GEORGE OATES, Individually;
BRIAN O'BEIRNE, Individually;
TRACEY OBENAUER, Individually;
LAWRENCE OBERHOFER, Individually;
THOMAS OBERT, Individually;
GERALD OBREMSKI, Individually;

DANIEL O'BRIEN, Individually;
DANIEL O'BRIEN, Individually;
GREGORY O'BRIEN, Individually;
JAMES O'BRIEN, Individually;
JOHN O'BRIEN, Individually;
JOHN O'BRIEN, Individually;
JOHN O'BRIEN, Individually;
JOSEPH O'BRIEN, Individually;
KEVIN O'BRIEN, Individually;
PETER O'BRIEN, Individually;
RICHARD O'BRIEN, Individually;
RICHARD O'BRIEN, Individually;
ROBERT O'BRIEN, Individually;
ROBERT P O'BRIEN, Individually;
STEPHEN P O'BRIEN, Individually;
STEVEN O'BRIEN, Individually;
THOMAS O'BRIEN, Individually;
THOMAS O'BRIEN, Individually;
WILLIAM O'BRIEN, Individually;
WILLIAM O'BRIEN, Individually;
WILLIAM J. O'BRIEN, Individually;
RICHARD OBSHATCKO, Individually;
EDWARD O'CALLAGHAN, Individually;
ABIBI OCAMPO-GUEVARA, Individually;
PATRICK O'CARROLL, Individually;
FREDERICK OCASIO, Individually;
LUIS OCASIO, Individually;
BENEDICT OCCHIOGROSSO, Individually;
CLARE O'CONNELL, Individually;
DENNIS O'CONNELL, Individually;
HAROLD O'CONNELL, Individually;
JAMES O'CONNELL, Individually;
JAMES O'CONNELL, Individually;
JAMES O'CONNELL, Individually;
JOHN O'CONNELL, Individually;
LAWRENCE O'CONNELL, Individually;
MICHAEL O'CONNELL, Individually;
PATRICK O'CONNELL, Individually;
THOMAS O'CONNELL, Individually;
TIMOTHY O'CONNELL, Individually;
TIMOTHY O'CONNELL, Individually;
CATHERINE O'CONNOR, Individually;
CHRISTOPHER O'CONNOR, Individually;
DANIEL O'CONNOR, Individually;
JAMES O'CONNOR, Individually;
JOHN O'CONNOR, Individually;

JOHN L. O'CONNOR, Individually;
KATHERINE O'CONNOR, Individually;
KEITH O'CONNOR, Individually;
KEVIN O'CONNOR, Individually;
KEVIN O'CONNOR, Individually;
MARGRET O'CONNOR, Individually;
MICHAEL O'CONNOR, Individually;
PATRICIA O'CONNOR, Individually;
PATRICK O'CONNOR, Individually;
PATRICK J. O'CONNOR, Individually;
STEPHEN O'CONNOR, Individually;
TERRENCE O'CONNOR, Individually;
THOMAS O'DAY, Individually;
JOSEPH ODDO, Individually;
JOSEPH O'DEA, Individually;
DONALD ODIERNO, Individually;
GEORGE ODOHERTY, Individually;
ANTHONY O'DONNELL, Individually;
GERARD O'DONNELL, Individually;
JAMES O'DONNELL, Individually;
JOHN O'DONNELL, Individually;
MICHAEL O'DONNELL, Individually;
ROBERT O'DONNELL, Individually;
STEVEN O'DONNELL, Individually;
ROBERT O'DOWD, Individually;
VANCE O'DOWD, Individually;
JOHN O'DRISCOLL, Individually;
ALAN ODZE, Individually;
WILLIAM OEHM, Individually;
JOAN O'FARROW, Individually;
EIVIND OFTEDAL, Individually;
JEAN O'GALLAGHER, Individually;
JOHN OGDEN, Individually;
JERZY OGINSKI JR., Individually;
MICHAEL O'GORMAN, Individually;
DENNIS O'GORMAN, Individually;
EDWARD O'GRADY, Individually;
GARY O'GRADY, Individually;
PATRICK O'GRADY, Individually;
RICHARD O'GRADY, Individually;
WILLIAM O'GRADY, Individually;
MICHAEL O'GRADY, Individually;
OKECHUKWU OGUBUNKA, Individually;
ELIZABETH O'HAGAN, Individually;
MICHAEL O'HALLORAN, Individually;
MATTHEW O'HANLON, Individually;

JAMES O'HARA, Individually;
JAMES O'HARA, Individually;
TERENCE O'HARA, Individually;
CHRISTOPHER O'HARE, Individually;
HARRY OHNIGIAN, JR., Individually;
AIDEN O'HORA, Individually;
KEVIN O'KANE, Individually;
PATRICK O'KANE, Individually;
BRIAN O'KEEFE, Individually;
BRIAN O'KEEFE, Individually;
CORNELIUS O'KEEFE, Individually;
GERALD O'KEEFE, Individually;
GINA O'KEEFE, Individually;
JAMES O'KEEFE, Individually;
JAMES O'KEEFE, Individually;
KENNETH O'KEEFE, Individually;
PATRICK O'KEEFE, Individually;
SERGEY V. OKSHIN, Individually;
SUNDAY OLAGBAIYE, Individually;
STEVEN OLBERDING, Individually;
MICHAEL OLEARY, Individually;
LAWRENCE O'LEARY, Individually;
TIMOTHY O'LEARY, Individually;
WILLIAM O'LEARY, Individually;
WILLIAM O'LEARY, Individually;
SCOTT OLENICK, Individually;
KARL OLESZEWSKI, Individually;
JOHN OLEY, Individually;
WILLIAM OLIMPIO, Individually;
DEBORAH OLIN, Individually;
LAWRENCE OLINSKY, Individually;
ROBERT OLIVA, Individually;
BRIAN OLIVER, Individually;
FIDEL OLIVER, Individually;
JOSE OLIVER, Individually;
KENNETH OLIVER, Individually;
RICHARD OLIVER, Individually;
VICTOR OLIVER, Individually;
FRANK OLIVERI, Individually;
KERRY OLIVERI, Individually;
RICHARD OLIVERI, Individually;
WILLIAM OLIVERI, Individually;
ANNA OLIVERO, Individually;
MICHAEL OLIVET, Individually;
SHARON OLIVO-PEREZ, Individually;
RALPH OLMO, Individually;

ANDREW OLSEN, Individually;
DANNY OLSEN, Individually;
KENNETH OLSEN, Individually;
SABRINA OLSEN PARKER, Individually;
PATRICK O'MAHONEY, Individually;
THOMAS O'MALLEY, Individually;
THOMAS O'MEARA, Individually;
ALEXANDER O'NEAL, Individually;
DAVID O'NEAL, Individually;
DAVID O'NEAL, Individually;
MICHAEL O'NEIL, Individually;
CHRISTOPHER O'NEILL, Individually;
TERRENCE O'NEILL, Individually;
THOMAS O'NEILL, Individually;
THOMAS O'NEILL, Individually;
JANE ONEY, Individually;
SYLVESTER ONEY, Individually;
CARLOS OPLACIO, Individually;
JOSEPH OPROMALLA, Individually;
MICHAEL OREILLY, Individually;
SCOTT ORGONAS, Individually;
VINCENZO ORILIA, Individually;
JEREMIAH O'RIORDAN, Individually;
JOHN ORLANDO, Individually;
NICHOLAS ORLANDO, Individually;
THOMAS ORLANDO, Individually;
ROBERT ORLOFF, Individually;
KIRK ORNSTEIN, Individually;
PAMELA ORNSTEIN, Individually;
ROSE OROPALLO, Individually;
BRIAN O'ROURKE, Individually;
CHRISTOPHER O'ROURKE, Individually;
MICHAEL O'ROURKE, Individually;
SEAN O'ROURKE, Individually;
STACEY ANN O'ROURKE, Individually;
TERENCE O'ROURKE, Individually;
TERENCE O'ROURKE, Individually;
THOMAS O'ROURKE, Individually;
RAFAEL OROZCO, Individually;
FELIX ORRACA, Individually;
JOSEPH ORRICO, Individually;
JOHN ORSLINI, Individually;
JACQUELYN ORTA, Individually;
ALAN ORTEGA, Individually;
MANUEL ORTEGA, Individually;
ROBERT ORTEGA, Individually;

OLGA ORTEGA, Individually;
AMADOR ORTIZ, Individually;
CARLOS ORTIZ, Individually;
CESAR ORTIZ, Individually;
GILBERT ORTIZ, Individually;
JAIME ORTIZ, Individually;
JORGE D. ORTIZ, Individually;
MARIANO ORTIZ, Individually;
MIGUEL ORTIZ, Individually;
OSCAR ORTIZ, Individually;
RAFAEL ORTIZ, Individually;
RAMON ORTIZ, Individually;
RICARDO ORTIZ, Individually;
RICHARD ORTIZ, Individually;
TONY ORTIZ, Individually;
WALTER ORTIZ, Individually;
HERNAN ORTIZ CABRERA, Individually;
GREGORY OSBORN, Individually;
FLORENCE OSBORNE, Individually;
ARTHUR F. OSCHMANN, Individually;
CARLOS OSEGUERA, Individually;
MARK OSHEA, Individually;
CHARLES O'SHEA, Individually;
FRANK OSNATO, JR., Individually;
RAMONITA OSTOLAZA, Individually;
LEWIS OSTRANDER, Individually;
PATRICIA OSTROWE, Individually;
BRENDAN O'SULLIVAN, Individually;
DANIEL O'SULLIVAN, Individually;
MICHAEL O'SULLIVAN, Individually;
SHAUN O'SULLIVAN, Individually;
WILLIAM O'SULLIVAN, Individually;
TIMOTHY OTANO, Individually;
FRANK OTERO, Individually;
JUAN OTERO, Individually;
JUAN OTERO, Individually;
TAREK OTERO, Individually;
KEVIN O'TOOLE, Individually;
MICHAEL O'TOOLE, Individually;
PAUL O'TOOLE, Individually;
GLENN OTT, Individually;
JAROD OTTLEY, Individually;
CAROL OTTO, Individually;
MAURICE OTTOLIA, Individually;
CHRISTOPHER OUTHOUSE, Individually;
DAVID OVERHOFF, Individually;

GIRARD OWENS, Individually;
JOLYNN OWENS, Individually;
MARY OWENS, Individually;
ELLA OWENS-PAGE, Individually;
JAMES OZBORN, Individually;
FRANK OZELLO, Individually;
HERIBERTO PABON, Individually;
LOUIS PABON, Individually;
MICHAEL PACCIONE, Individually;
NICHOLAS PACCIONE, Individually;
DOMINICK PACE, Individually;
VICTOR PACE, Individually;
HERIBERTO PACHECO, Individually;
MICHAEL PACIFIC, Individually;
ROBERT PACIULLO, Individually;
ARNOLD PACK, Individually;
JANICE PADDOCK, Individually;
JACQUELINE PADILLA, Individually;
MICHAEL PADORMO, Individually;
JOSE PADRO, Individually;
RAFAEL PADRON, Individually;
ANTHONY PADULA, Individually;
CHARLES PADULA, Individually;
STEVEN PADULA, Individually;
JAMES PADULA, Individually;
ANGEL PAGAN, Individually;
ANGEL PAGAN, Individually;
EDWIN PAGAN, Individually;
PAUL PAGAN, Individually;
VICTOR PAGAN, Individually;
ERIC PAGAN, Individually;
LINDA PAGAN, Individually;
GLENN PAGANO, Individually;
JOSEPH PAGANO, Individually;
JOSEPH PAGLIUCA, Individually;
DENNIS PAGOAGA, Individually;
RODNEY PAIGE, Individually;
THOMAS PAIR, Individually;
JOSEPH PAJEWSKI, Individually;
ROBERT PAKULSKI, Individually;
JAMES PALA, Individually;
MICHAEL PALA, Individually;
WILLIAM PALA, Individually;
JOSEPH PALACINO, Individually;
DENNIS PALADINO, Individually;
JOSEPH PALAZZOLO, Individually;

PETER PALELLA, Individually;
JOSEPH PALEMINE, Individually;
FRANK PALIOTTA, Individually;
GEORGE PALLADINO, Individually;
JOHN PALLMAN, Individually;
MATTHEW PALMER, Individually;
TONYA PALMER, Individually;
RICHARD PALMER, JR., Individually;
ANTHONY PALMERI, Individually;
PHILLIP PALMERI, Individually;
SALVATORE PALMERI, Individually;
JOHN PALMESE, Individually;
VINCENT PALMIERI, Individually;
WILLIAM PALOMINO, Individually;
THOMAS PALOTTA, Individually;
NARISH PALTOO, Individually;
RAYMOND PALTOO, Individually;
FRANCIS PALUMBO, Individually;
LARRY PALUMBO, Individually;
VANESSA PALUSKO, Individually;
HELEN PAMPAFIKOS, Individually;
XIANG PAN, Individually;
MICHAEL PANARESE, Individually;
JAMES PANCORST, Individually;
JOHN PANCOTTO, Individually;
DAVID PANEBIANCO, Individually;
JOHN PANKEY, Individually;
RAY PANNELL, Individually;
FRANK PANNONE, Individually;
WILLIAM PAOLILLO, Individually;
PAUL PAOLUCCI, Individually;
VINCENT PAPA, Individually;
VINCENT PAPASODERO, Individually;
FRANK PAPPAS, Individually;
JAMES PAPPAS, Individually;
KATHY PAPPERT, Individually;
GEORGE PARAMITHIS, Individually;
JOHN PARAMITHIS, Individually;
NEAL PARCHEN, Individually;
MICHAEL PARDUCCI, Individually;
FELIPE PAREDES- NOLASCO, Individually;
FELIPE PAREDES- NOSLASCO, Individually;
JOSEPH PARELLA, Individually;
ROBERT PARESI, Individually;
JOHN PARINELLO, Individually;
CHRISTOPHER PARISE, Individually;

RONALD PARISI, Individually;
SALVATORE PARISI, Individually;
ANDRE PARKER, Individually;
DERRICK PARKER, Individually;
EDWARD PARKER, Individually;
JUD PARKER, Individually;
ROBERT PARKER, Individually;
ROSARIO PARLANTI, Individually;
ANTHONY PARONE, Individually;
PHILIP PARR, Individually;
JUAN PARRA, Individually;
KEVIN PARRETT, Individually;
JOHN J. PARRILLA III, Individually;
JOSEPH PARRINO, Individually;
THERESA PARRISH, Individually;
THYRA PARROTT, Individually;
CHRISTOPHER PARSONS, Individually;
JOSEPH PARVIS, Individually;
ANTHONY PASCARELLA, Individually;
JOHN PASCARELLA, Individually;
ADALGISA PASCASIO, Individually;
RONALD PASCUCCI, Individually;
ROBERT PASIEKA, Individually;
JOHN PASKINS, Individually;
FRANK PASQUA, Individually;
JOSEPH PASSANTINO, Individually;
MICHAEL PASSANTINO, Individually;
FRANK PASSARELLA, Individually;
STEVEN PASSBURG, Individually;
PEDRO PASTOR, Individually;
ROBERT PATELLI, Individually;
JOHN PATERNO, Individually;
ROSS PATERNOSTRO, Individually;
JOSEPH PATRICIELLO, Individually;
PETER PATRISSI, Individually;
MICHAEL PATRONE, Individually;
ANNETTE PATTERSON, Individually;
CLAYTON PATTERSON, Individually;
EDWARD PATTERSON, Individually;
ELLEN PATTERSON, Individually;
JAMES PATTERSON, Individually;
JOHN PATTERSON, Individually;
ROBERT PATTERSON, Individually;
VINCENT PATTI, Individually;
THOMAS PATTON, Individually;
CAROL PAULAUSKAS, Individually;

DIGNA PAULINO, Individually;
REYNALDO PAULINO, Individually;
JOHN PAULSEN, Individually;
ROBERT PAV, Individually;
ROBERT PAVIS, Individually;
RICHARD PAVLICK, Individually;
PETER PAWELCZAK, Individually;
JEFFREY PAWLICKI, Individually;
AUGUSTO PAYANO, Individually;
LIONEL PAYETTE, Individually;
CLEMENT PAYNE, Individually;
EVANS PAYNE, Individually;
GARRY PAZMANN, Individually;
BAYYINAH PEACOCK, Individually;
HILTON PEARCE, Individually;
JOAN PEARSALL, Individually;
RICHARD PEARSALL, Individually;
JEFFREY PEARSON, Individually;
ROBERT PEARSON, Individually;
KENNETH PECE, Individually;
MARK PECHENYY, Individually;
WILLIAM PECK, Individually;
LOUIS PECORA, Individually;
RONALD PECORARO, Individually;
PHILIP PECORELLA, Individually;
RAUL PEDERNERA, Individually;
RICHARD PEDONE, SR, Individually;
BRANDEN PEDROSA, Individually;
FELIX PEDROZA, Individually;
YOVANNA PEGUERO, Individually;
RICHARD PEITLER, Individually;
JOHN PEJOSKI, Individually;
VIKTOR PEKERMAN, Individually;
GIUSEPPINA PELLEGRINO, Individually;
PETE PELLEGRINO, Individually;
ROBERT PELLICANE, Individually;
VINCENT PELLIZZI, Individually;
STEPHEN PELOSA, Individually;
DAVID PELTZ, Individually;
ANTHONY PELUSO, Individually;
BERNADETTE PENA, Individually;
CHRISTOPHER PENA, Individually;
FRANK PENA, Individually;
HECTOR PENA, Individually;
LUZ PENA, Individually;
PAUL PENDOLA, Individually;

KENNETH PENN, Individually;
ROBERT PENN, Individually;
EDWARD PENNA, Individually;
HERBERT PENNER, Individually;
JOHN PENNER, Individually;
GARY PENNY, Individually;
ORAZIO PENSABENE, JR., Individually;
FRANK PEPE, Individually;
RONALD,JR. PEPERONI, Individually;
JAMES R. PEPIO, Individually;
JAMES PEPPER, Individually;
RAFAEL PERALTA, Individually;
RAMON PERALTA, Individually;
ROMULO PERALTA, Individually;
JOEL PERECA, Individually;
ANTONIO PEREIRA, Individually;
CRAIG PEREIRA, Individually;
DAVID PERELEZ, Individually;
FAUSTO PERERA, Individually;
JOSE PERERIA, Individually;
AL PEREZ, Individually;
CARLOS PEREZ, Individually;
CARLOS PEREZ, Individually;
DAVID PEREZ, Individually;
EDDIE PEREZ, Individually;
EDUARDO PEREZ, Individually;
EILEEN PEREZ, Individually;
ERIC PEREZ, Individually;
EUDOSIO PEREZ, Individually;
FELIX PEREZ, Individually;
HECTOR PEREZ, Individually;
JOHN PEREZ, Individually;
JOHN PEREZ, Individually;
JULIO PEREZ, Individually;
LINDA PEREZ, Individually;
LORI-ANN PEREZ, Individually;
LUIS PEREZ, Individually;
MELISSA PEREZ, Individually;
PEDRO PEREZ, Individually;
PEDRO PEREZ, Individually;
RAMONITA PEREZ, Individually;
RICHARD PEREZ, Individually;
SAMUEL PEREZ, Individually;
SANTIAGO PEREZ, Individually;
YVETTE PEREZ, Individually;
YVONNE PEREZ, Individually;

YVONNE PEREZ, Individually;
WILSON PEREZ, JR., Individually;
MILAGROS PEREZ-MCDOWELL, Individually;
IMRE PERGER, Individually;
MARK PERILLO, Individually;
MICHAEL PERILLO, Individually;
DANIEL PERITORE, Individually;
DIONISE PERIU, Individually;
ALFRED PERKINS, Individually;
EDWARD PERLMUTTER, Individually;
ROBERT PERRETTA, Individually;
LEONARD PERRETTI, Individually;
RALPH PERRICELLI, Individually;
JASON PERRONE, Individually;
CLEMENTE PERROTTA, Individually;
FRANK PERROTTA, Individually;
MICHAEL PERRUZZA, Individually;
JOSEPH PERRY, Individually;
PHILIP PERRY, Individually;
THOMAS PERRY, Individually;
GARY PERSCH, Individually;
RAFAEL PERSIA, Individually;
EDWARD PERSICO, Individually;
FRED PERUGGIA, Individually;
ANTONIO PERZICHILLI, Individually;
JOSE PESCADOR, Individually;
JOHN PESCE, Individually;
ROBERT PESCE, Individually;
CHRISTOPHER PETELEY, Individually;
STEPHEN PETELEY, Individually;
DAVID PETEROY, Individually;
WILLIAM PETERS, Individually;
GREGG PETERSEN, Individually;
JOHN PETERSEN, Individually;
GARY PETERSON, Individually;
KEVIN PETERSON, Individually;
KEVIN PETERSON, Individually;
TRAVIS PETERSON, Individually;
TRICIA PETERSON, Individually;
VINCENT PETINO, Individually;
PAT PETITO, Individually;
RAYMOND PETON REIS III, Individually;
ANTHONY PETRARCA, Individually;
JOSEPH PETRELLA, Individually;
NICHOLAS PETRICEVICH, Individually;
JOHN PETRILLI, Individually;

JOHN PETROCELLI, Individually;
BENJAMIN PETROFSKY, Individually;
ROCCO PETRONELLA, Individually;
JOSEPH PETRUCCI, Individually;
ALFRED PETRUZZI, Individually;
ALFRED PETRUZZI, Individually;
MICHELLE PETSCH, Individually;
CHARLES PETTIGNANO, Individually;
DARRYL PETTIGREW, Individually;
EDWARD PETTINATO, Individually;
MICHAEL PETTIT, Individually;
TANYA PETTY, Individually;
LOUIS PEZZA, Individually;
RON PFEFFER, Individually;
LORI PFEIL, Individually;
RICHARD PFLUGER, Individually;
JOHN PHILLIPS, Individually;
RAYMOND PHILLIPS, Individually;
SEAN PHILLIPS, Individually;
MARJORIE PHILLIPSON-THOMPSON, Individually;
LOUIS PIA, Individually;
PHILLIP PIARULLI, Individually;
WILLIAM PIATTI, Individually;
CHRISTOPHER PIAZZA, Individually;
ENZO PIAZZA, Individually;
ROBERT PICARD, Individually;
ROBERT PICARDI, Individually;
JOHN PICCIANO, Individually;
PAUL PICCIANO, Individually;
MATTHEW PICCIONE, Individually;
RICHARD PICCIOTTO, Individually;
LAWRENCE PICHARDO, Individually;
LAWRENCE PICKERING, Individually;
GEORGE PICKETT, Individually;
FRANK PICONE, Individually;
JAMES PICONE, Individually;
JOSEPH PIDOTO, Individually;
SANDRA PIEDRA, Individually;
JOSEPH PIEGARE, Individually;
JOEL PIERCE, Individually;
ANTONIO PIETRO LUONGO, Individually;
VITO PIGNATELLI, Individually;
SUSAN PIKE, Individually;
MICHAEL PILECKI, Individually;
MICHAEL PILIERE, Individually;
MICHAEL PILIERO, Individually;

GLEN PILLARELLA, Individually;
RUDOLPH PILLARELLA, Individually;
ANDREW PILLAY, Individually;
JESUS PINA, Individually;
SHELDON PINCUS, Individually;
ANTONIO PINEIRO, Individually;
JACQUELINE PINEIRO, Individually;
JEANNETTE PINERO, Individually;
EDWARD PINNER, Individually;
FERNANDO PINO, Individually;
FERNANDO PINO, Individually;
GUSTAVO PINO, JR., Individually;
PAUL PINSDORF, Individually;
MICHAEL PINSENT, Individually;
MICHAEL PINSENT, Individually;
LOUIS PINTO, Individually;
ANTONINO PIRAINO, Individually;
MIRIAM PIRETTI, Individually;
ANTHONY PIROZZOLI, Individually;
STANLEY PIRPINIAS, Individually;
EDWARD PIRRAGLIA, Individually;
MICHAEL PIRRERA, Individually;
CARL PISANI, Individually;
FRANK PISANO, Individually;
JOSEPH PISANO, Individually;
NICHOLAS PISANO, Individually;
ANTHONY PISCIOTTA, Individually;
CHRISTOPHER PISCIOTTI, Individually;
JOSEPH PISICOLO, Individually;
BERNARDO PISTONE, Individually;
CLYDE PITTELLI, Individually;
PATRICIA PITTS, Individually;
PETER PITZER, Individually;
VICTOR PIZARRO, Individually;
MARIANNE PIZZITOLA, Individually;
FRANK PIZZO, Individually;
RICHARD PIZZO, Individually;
JOSEPH PIZZUTO, Individually;
MICHELE PLACIDO, Individually;
RAYMOND PLAKSTIS, Individually;
CARL PLANAGAN, Individually;
LOUIS PLANAS, JR., Individually;
BRETT PLAPINGER, Individually;
MICHAEL PLATE, Individually;
RICHARD PLATT, Individually;
RICHARD PLATT, Individually;

JAMES PLATZ, Individually;
STEVEN PLAVIN, Individually;
DORIS PLAZA, Individually;
DILIA PLOTKIN, Individually;
MICHAEL PLOTKIN, Individually;
RHONDA PODMORE, Individually;
DAVID POGGIO, Individually;
MICHELLE POHL, Individually;
AMELIA POHLMAN, Individually;
JANET POHLMANN, Individually;
SONIA POLANCO, Individually;
PERCY POLE, Individually;
RICHARD POLHAMER, Individually;
DINO POLICHETTI, Individually;
STEPHEN POLIDORE, Individually;
CHRISTOPHER POLIDORO, Individually;
NICHOLAS POLISENO, Individually;
CHRISTOPHER POLITO, Individually;
FRANK POLITO, Individually;
PAUL POLITO, Individually;
THOMAS POLIZZI, Individually;
WAYNE POLLACI, Individually;
ALEX POLLAK, Individually;
KENNETH POLLETT, Individually;
THOMAS POLLICINO, Individually;
ANTHONY POLLINA, Individually;
FRANK POLLINA, Individually;
RONI POLLINA-MAGEROS, Individually;
LISA POMERANCE-HINDI, Individually;
SUSAN POPE, Individually;
CHRISTOPHER POPPE III, Individually;
MICHAEL PORCU, Individually;
ROBERT PORFERT, Individually;
ANTHONY PORFIDIO, Individually;
ANTHONY PORRATA, Individually;
DANIEL PORSCH, Individually;
ANDRE PORTER, Individually;
MARK PORTER, Individually;
RUTH PORTER, Individually;
STEPHEN LOUIS PORTERA, Individually;
HEINZ POSCH JR, Individually;
STEPHEN POSE, Individually;
BOHDAN POSIWNYCZ, Individually;
RUSSELL POST, Individually;
MICHAEL POTENZA, Individually;
ANTHONY POTENZO, Individually;

CHANDIDAS POTOPSINGH, Individually;
NOREEN POTVIN, Individually;
GEORGE POVEY, Individually;
MICHAEL POVOLNY, Individually;
BENJAMIN POWELL, Individually;
JESUS POWELL, Individually;
JESUS POWELL, Individually;
KELISHA POWELL, Individually;
MONTY POWELL, Individually;
MICHAEL POWER, Individually;
CHARLES POWERS, Individually;
DANIEL POWERS, Individually;
DEXTER POWERS, Individually;
JAMES POWERS, Individually;
KEVIN POWERS, Individually;
DOMINICK PRATO, Individually;
PRENDA PRELA, Individually;
LONDY PRENDAMANO, Individually;
FRANK PRESCIA, Individually;
ROBERT PRESCOTT, Individually;
RONALD PRESS, Individually;
MICHAEL PRESTA, Individually;
ANTHONY PRESTIGIACOMO, Individually;
FRANK PRETTITORE, Individually;
FREDERICK PREVETE, Individually;
CALVIN PRICE, Individually;
DANIEL PRICE, Individually;
JEFFREY PRICE, Individually;
WAYNE PRICE, Individually;
HERMAN PRIDE, Individually;
GEORGE PRIETO, Individually;
GEORGE PRIETO, Individually;
VIKTOR PRIGOV, Individually;
THOMAS PRIMO, Individually;
PRINCESS PRINCE-MCCOADE, Individually;
GEORGE PRINCIPE, Individually;
ROCHELLE PRINTZ, Individually;
ROBERT PRINZO, Individually;
GEORGE PRIOLA, Individually;
FRANK PRIOLO, Individually;
GARY PRIORE, Individually;
KIRK PRITCHARD, Individually;
JOHN PRODROMAKIS, Individually;
THOMAS PROFETA, Individually;
EMILE PROVENCHER, Individually;
ALAN PROVENZALI, Individually;

ROBERT PROVENZANO, Individually;
ALBERT PRUDEN, Individually;
DANIEL PRUNTY, Individually;
JOSEPH PRUNTY, Individually;
ALEXANDER PRUSI, Individually;
ANDREA PRYCE, Individually;
DEAN PSATHAS, Individually;
DEAN PSATHAS, Individually;
IGOR PSHENYCHNY, Individually;
NICHOLAS PUCCIARELLI, Individually;
CHRISTOPHER PUE, Individually;
KELVIN PUELLO, Individually;
MIGUELINA PUELLO, Individually;
ANTHONY PUGH, Individually;
ROBERT PUGLIESE, Individually;
STEVEN PUGLIESE, Individually;
JEROME PUIDOKAS, Individually;
JUAN PUIG, Individually;
ANTHONY PULEO, Individually;
VINCENT PULIZZI, Individually;
JOSEPH PUPINO, Individually;
GLENN PUPPA, Individually;
RAYMOND PURCELL, Individually;
SCOTT PURCELL, Individually;
KARLIS PURINS, Individually;
AUDREY PUSINS, Individually;
MICHAEL PUSKAS, Individually;
DINO PUZINO, Individually;
BRIAN PYKE, Individually;
DANIEL PYLE, Individually;
MUHAMMAD QASIR, Individually;
LOUIS QUADRINO, Individually;
NICHOLAS QUAGLIA, Individually;
VINCENT QUAGLIARIELLO, Individually;
ANTHONY QUARANTI, Individually;
RONALD QUARTUCCIO, Individually;
HEATHER QUASHIE, Individually;
IAN QUASHIE, Individually;
WILLIE QUATTLEBAUM, Individually;
JAMES QUEALLY, Individually;
JOSEPH QUERCIA, Individually;
ERIC QUERE, Individually;
PABLO QUESADA, Individually;
HENRY QUEVEDO, Individually;
LUIS QUEVEDO, Individually;
DENIS QUICK, Individually;

ELADIO QUILES, Individually;
TIMOTHY L. QUIN, Individually;
PAULO QUINALIA, Individually;
JEREMIAH QUINLAN, Individually;
SCOTT QUINLAN, Individually;
RICHARD QUINLAND, Individually;
ANDREW QUINN, Individually;
DENNIS QUINN, Individually;
FRAN QUINN, Individually;
JAMES QUINN, Individually;
LAWRENCE QUINN, Individually;
RICHARD QUINN, Individually;
ROBERT QUINN, Individually;
STEPHEN QUINN, Individually;
THOMAS QUINN, Individually;
MICHAEL QUINONES, Individually;
RAPHAEL QUINONES, Individually;
MILAGROS QUINONEZ, Individually;
JANAYRA QUINONOES, Individually;
ROY QUINTANA, Individually;
EDWARD QUIRK, Individually;
JOSEPH RA, Individually;
SAED RABAH, Individually;
THOMAS RACHKO, Individually;
JOSEPH RACICOT, Individually;
ROMAN RACZY, Individually;
JOHN RADICE, Individually;
IGOR RADUSHINSKY, Individually;
JOSEPH RAFFA, Individually;
BRIAN RAFFERTY, Individually;
GEORGE RAFFERTY, Individually;
MICHAEL RAFFO, Individually;
PAULA RAFLO, Individually;
DONALD RAFTERY, Individually;
JOSEPH RAGAZZO, Individually;
RONALD RAGGIO, Individually;
JAMES RAGNETTI, Individually;
JAMES RAGON, Individually;
RICHARD RAGONESE, Individually;
JOHN RAGUSO, Individually;
JAMES RAHILL, Individually;
LEO EDWARD RAHILL, Individually;
MAUREEN RAHILL-COMIN, Individually;
ABDUR RAHMAN, Individually;
KEVIN RAHN, Individually;
KURT RAHNER, Individually;

VINCENT RAIA, Individually;
RODNEY RAIFORD, Individually;
RICHARD RAIMO, Individually;
LOUIS RAIMONDI, Individually;
ROBERT RAINEY, Individually;
RINU RAJAN, Individually;
NOREEN RAM, Individually;
HARILALL RAMCHARAN, Individually;
JEFFREY RAMER, Individually;
ANNETTE RAMEY, Individually;
EDWIN RAMIREZ, Individually;
GILBERT RAMIREZ, Individually;
MICHAEL RAMIREZ, Individually;
JOSEPH RAMONDINO, Individually;
DAVID RAMOS, Individually;
DORIAN RAMOS, Individually;
IVAN RAMOS, Individually;
IVAN RAMOS, Individually;
JOSEPH RAMOS, Individually;
MARCY RAMOS, Individually;
MICHAEL RAMOS, Individually;
MIGDALIA RAMOS, Individually;
MIGUEL RAMOS, Individually;
NANCY RAMOS, Individually;
RAFAEL RAMOS, Individually;
RALPH RAMOS, Individually;
RAYMOND RAMOS, Individually;
RAYMOND RAMOS, Individually;
RICHARD RAMOS, Individually;
RICHARD RAMOS, Individually;
ROBERTO RAMOS, Individually;
SUSAN RAMOS, Individually;
ADELIA RAMOS DE ALMEIDA, Individually;
CARLOS RAMOS JR., Individually;
ERROL RAMPERSAD, Individually;
SUNIL RAMPERSAD, Individually;
NATHANIEL RAMSINGH, Individually;
JOSEPH RANAURO, Individually;
RICHARD RAND, Individually;
GARY RANDAZZO, Individually;
ROBERT RANDELL, Individually;
DENISE RANDOLPH, Individually;
JAMES RANDOLPHE, Individually;
PATRICK RANIERI, Individually;
JOYCE RANKINS, Individually;
ANTHONY RAO, Individually;

NANCY RAPCHAK, Individually;
DOMINICK RAPPA, Individually;
LARRY RAPPE, Individually;
MICHAEL RAPPE, Individually;
EDWARD RASA, Individually;
FRANK RASILE, Individually;
EDWARD RASMUSSEN, Individually;
SHAHAN RASTGIR, Individually;
SHAHAN RASTGIR, Individually;
STEPHEN G. RASWEILER, Individually;
DAVID RATTI, Individually;
JOEANNA RAVENELL, Individually;
DWAYNE RAY, Individually;
MICHAEL RAYEUR, Individually;
ROBERT REARDON, Individually;
BENEDICT REBECCA, Individually;
BENEDICT REBECCA, Individually;
JOSE RECIO, Individually;
LOUIS REDA, Individually;
SHAQUANA REDDEN-CHAPMAN, Individually;
ROBERT REDGRAVE, Individually;
JOHN REDICAN, Individually;
JAMES REDMOND, Individually;
ROBERT REDMOND, Individually;
THOMAS REDMOND, Individually;
MICHAEL REDPATH, Individually;
GIGI REECE, Individually;
VESTER REED, Individually;
EUGENE REEMS, Individually;
JEREMIAH REEN, Individually;
MAE REESE, Individually;
VINCENT REGISTER, Individually;
ALEXANDER REGRUTO, Individually;
MICHAEL REHBERG, Individually;
JOHN REICHERTER JR., Individually;
ALAN REID, Individually;
ALDRIC REID, Individually;
MARJORIE REID, Individually;
RAYMOND REID, Individually;
ROBERT REID, Individually;
DANIEL REIDY, Individually;
ADRIAN REILLY, Individually;
CHARLES REILLY, Individually;
DAVID K. REILLY, Individually;
EDWARD REILLY, Individually;
GERARD REILLY, Individually;

GERARD REILLY, Individually;
JOHN REILLY, Individually;
JOHN D. REILLY, Individually;
KEVIN REILLY, Individually;
MARTIN REILLY, Individually;
MICHAEL REILLY, Individually;
MICHAEL A. REILLY, Individually;
STEVEN REILLY, Individually;
THOMAS REILLY, Individually;
JOAN REILLY-ROSA, Individually;
GERARD REIMERS, Individually;
FRANK A. REINA, Individually;
LEONARD REINA, Individually;
NAZARENO REINA, Individually;
MICHAEL REINECKE, Individually;
CHRISTOPHER REINHARD, Individually;
RICHARD REIP, Individually;
SOL REISCHER, Individually;
DAVID REISS, Individually;
MICHAEL REISS, Individually;
RAYMOND REMBELLAS, Individually;
PAUL REMSEN, Individually;
PAUL RENDA, Individually;
STEVE RENDINO, Individually;
WILLIAM RENDINO, Individually;
FARDY RENDON, Individually;
JAMES RENNE, Individually;
CHRISTOPHER RENO, Individually;
ELSA RENSAA, Individually;
ELSA RENSAA, Individually;
ROBERT RENTAS, Individually;
MIGUEL REQUENA, Individually;
WILLIAM RESCHKE, Individually;
ROBERT RESETAR, Individually;
MARK RESTIVO, Individually;
ENID RESTO, Individually;
JOSE RETEGUIZ, Individually;
MICHAEL REUTTER, Individually;
TERRANCE REVELLA, Individually;
JOSEPH REVERE, Individually;
JOHN REVILLA, JR., Individually;
ANGEL REYES, Individually;
HENRY REYES, Individually;
HERMAN REYES, Individually;
MIGUEL REYES, Individually;
JOHN KELLY REYHER, Individually;

WILLIAM REYNOLDS, Individually;
ANDREW REZIN, Individually;
JOHN RHATIGAN, Individually;
DANIEL RHEIN, Individually;
BUCKY RHOADES, Individually;
GLEN RHODES, Individually;
STEVEN RHODES, Individually;
TONY RHODES, Individually;
JOSEPH RIBAUDO, Individually;
JASON RIBISI, Individually;
MICHAEL RIBOSH, Individually;
FRANK RICCA, Individually;
LOUIS RICCARDO, Individually;
ANTHONY RICCI, Individually;
DOMENICO RICCIARDI, Individually;
JOSEPH RICCIARDI, Individually;
MICHAEL T. RICCIARDI, Individually;
CHARLES RICE, Individually;
EUGENE RICE, Individually;
JOHN G. RICE, Individually;
RICHARD RICE, Individually;
STEPHEN RICE, Individually;
THOMAS RICE, Individually;
WAYNE RICE, Individually;
JOHN R. RICE, SR., Individually;
JAMES RICHARDS, Individually;
WILLIAM RICHARDS, Individually;
KEVIN RICHARDSON, Individually;
WILLIE RICHARDSON, Individually;
MELISSA RICHBURG, Individually;
JAMES RICHES, Individually;
WILLIAM RICHEY, Individually;
WILLIAM RICHEY, Individually;
DONALD RICHROATH, Individually;
CARL RICKERTS, Individually;
BRENDA E. RICKETTS, Individually;
LOUIS RICO, Individually;
JOHN RIDGE, Individually;
JOSEPH RIDLEY, Individually;
KAREN RIDLEY, Individually;
DAVID RIEGEL, Individually;
SCOTT RIEGEL, Individually;
RUSSELL RIEGERT, Individually;
ROBERT RIERA, Individually;
DIMITRIOS RIGAS, Individually;
JOANNE RIGGS, Individually;

JOHN RIGOLINI, Individually;
VICTOR RIJOS, Individually;
MERRITT RILEY, Individually;
THOMAS S. RILEY SR., Individually;
KENNETH RINALDI, Individually;
ROCCO RINALDI, Individually;
STEVEN RINCHEY, Individually;
JARED RING, Individually;
JUSTINA RINKOVSKY, Individually;
JOHN M. RIORDAN, Individually;
NEIL RIORDAN, Individually;
ROBERT RIORDAN, Individually;
TIMOTHY RIORDAN, Individually;
NELIDA RIOS, Individually;
OSCAR RIOS, Individually;
OSCAR RIOS, Individually;
TIMOTHY RISE, Individually;
FRANCIS RITCHIE, Individually;
DONALD RITTER, Individually;
ANTHONY RIVELLI, Individually;
ALCIDES RIVERA, Individually;
ALFREDO RIVERA, Individually;
ANNETTE RIVERA, Individually;
ANTHONY RIVERA, Individually;
CARL RIVERA, Individually;
DANIEL RIVERA, Individually;
EDWIN RIVERA, Individually;
EDWIN RIVERA, Individually;
ELIZABETH RIVERA, Individually;
FRANKLIN RIVERA, Individually;
GEORGE RIVERA, Individually;
HECTOR RIVERA, Individually;
HEIKO RIVERA, Individually;
IRIS RIVERA, Individually;
IVAN RIVERA, Individually;
JOSE RIVERA, Individually;
JUAN RIVERA, Individually;
JUAN RIVERA, Individually;
KENNETH RIVERA, Individually;
MANUEL RIVERA, Individually;
MINERVA RIVERA, Individually;
NESTOR RIVERA, Individually;
SONIA RIVERA, Individually;
SYLVIA RIVERA, Individually;
TEODORO RIVERA, Individually;
TERENCE RIVERA, Individually;

VIVIAN RIVERA, Individually;
YOLANDA RIVERA, Individually;
LETICIA RIVERA, Individually;
EVELYN RIVERA HERNANDEZ, Individually;
JUAN RIVERO, Individually;
ANDREW RIVERS, Individually;
LUNURL RIVERS, Individually;
THOMAS RIVICCI, Individually;
REX RIZOR, Individually;
JAMES RIZZI, Individually;
CARMINE RIZZO, Individually;
MICHAEL RIZZO, Individually;
PAUL RIZZO, Individually;
PHILLIP RIZZO, Individually;
PHILIP RIZZOCASCIO, Individually;
JOSEPH RIZZUTO, Individually;
BRIAN ROACH, Individually;
DAVY ROBBINS, Individually;
ZEAV ROBBINS, Individually;
OLIVER ROBERT, Individually;
AARON ROBERTS, Individually;
ALLISON ROBERTS, Individually;
BOBBY E. ROBERTS, Individually;
FREDERICK ROBERTS, Individually;
RAINFORD ROBERTS, Individually;
RONALD ROBERTS, Individually;
JUNE ROBERTS, Individually;
CARLA ROBERTSON, Individually;
CHRISTOPHER ROBINSON, Individually;
FREDERICK ROBINSON, Individually;
PAIGE ROBINSON, Individually;
THOMAS ROBINSON, Individually;
TIMOTHY ROBINSON, Individually;
TRACY ROBINSON, Individually;
WILLIAM ROBINSON, Individually;
WILLIAM ROBINSON, Individually;
ELIZABETH ROBINSON, Individually;
THOMAS ROBISKY, Individually;
BRENT ROBKE, Individually;
BRENT ROBKE, Individually;
BRENT ROBKE, Individually;
LORENZA ROBLES, Individually;
MICHAEL ROBLES, Individually;
THOMAS ROBY, Individually;
RANDALL ROCA, Individually;
ANTHONY ROCCHIO, Individually;

GEORGE ROCCHIO, Individually;
SILVESTRO ROCCHIO, Individually;
LINDA ROCHE, Individually;
LOUIS ROCHELLE, SR., Individually;
ROBERT ROCHFORD, Individually;
JOHN RODDEN, Individually;
JOHN RODELLI, Individually;
GREGORY RODGERS, Individually;
MICHAEL RODGERS, Individually;
HUBERT RODNEY, Individually;
MICHAEL RODOLICO, Individually;
ADALBERTO RODRIGUEZ, Individually;
AMILCAR RODRIGUEZ, Individually;
ANA RODRIGUEZ, Individually;
ANGEL RODRIGUEZ, Individually;
ANGELO RODRIGUEZ, Individually;
CANDIDO RODRIGUEZ, Individually;
CARLOS RODRIGUEZ, Individually;
DANIEL RODRIGUEZ, Individually;
DOUGLAS RODRIGUEZ, Individually;
EMILIO RODRIGUEZ, Individually;
ERIC RODRIGUEZ, Individually;
ESTEBAN RODRIGUEZ, Individually;
FELIPE RODRIGUEZ, Individually;
FERNANDO RODRIGUEZ, Individually;
GERMAN RODRIGUEZ, Individually;
HERMINIO RODRIGUEZ, Individually;
IRENE RODRIGUEZ, Individually;
IRVING RODRIGUEZ, Individually;
IRVING RODRIGUEZ, Individually;
IVONNE RODRIGUEZ, Individually;
JEANETTE RODRIGUEZ, Individually;
JEFFERSON RODRIGUEZ, Individually;
JESENNIA RODRIGUEZ, Individually;
JOE RODRIGUEZ, Individually;
JOSE RODRIGUEZ, Individually;
JOSE RODRIGUEZ, Individually;
JOSE RODRIGUEZ, Individually;
JUAN RODRIGUEZ, Individually;
KENNETH RODRIGUEZ, Individually;
LOUIS RODRIGUEZ, Individually;
LUIS RODRIGUEZ, Individually;
MELVIN RODRIGUEZ, Individually;
MIGUEL RODRIGUEZ, Individually;
PETER RODRIGUEZ, Individually;
RICHARD RODRIGUEZ, Individually;

ROBERT RODRIGUEZ, Individually;
STANLEY RODRIGUEZ, Individually;
VANESSA RODRIGUEZ, Individually;
YESENIA RODRIGUEZ, Individually;
MARCIAL RODRIQUEZ, Individually;
JAMES ROELL, Individually;
CHRISTIAN ROESCH, Individually;
GEOFFREY ROESCH, Individually;
JAMES ROESINGER, Individually;
PHILIP ROGAN, Individually;
THOMAS ROGAN, Individually;
CARROL ROGERS, Individually;
DAVID ROGERS, Individually;
DONAL ROGERS, Individually;
GARY ROGERS, Individually;
JAMES ROGERS, Individually;
JAMES ROGERS, Individually;
JOHN ROGERS, Individually;
JOSE ROGERS, Individually;
PETER ROGERS, Individually;
WALTER ROGERS, Individually;
ROBERT ROHAN, Individually;
DIANE ROHMAN, Individually;
CARLOS ROJAS, Individually;
CECELIA ROJAS, Individually;
ISABEL ROJAS, Individually;
MAURICE ROLANDO, Individually;
NELSON ROLDAN, Individually;
ROBERT ROLDAN, Individually;
ISRAEL ROLON, JR., Individually;
ANNETTE ROMAN, Individually;
ELIZABETH ROMAN, Individually;
JOE ROMAN, Individually;
JOSE ROMAN, Individually;
MARIA ROMAN, Individually;
MARIBEL ROMAN, Individually;
MICHAEL ROMAN, Individually;
ROBERT ROMAN, Individually;
RUBEN ROMAN, Individually;
YSABEL ROMAN, Individually;
ANTHONY ROMANO, Individually;
CLARE ROMANO, Individually;
DIANNE ROMANO, Individually;
DONATO ROMANO, Individually;
JOHN ROMANO, Individually;
JOHN ROMANO, Individually;

JOHN ROMANO, Individually;
MICHAEL ROMANO, Individually;
MICHAEL J. ROMANO, Individually;
COREY ROMANOWSKI, Individually;
GRISEL ROMAN-SANTIAGO, Individually;
CHRISTOPHER ROMANSKI, Individually;
COSMO ROMEO, Individually;
EDWARD ROMEO, Individually;
LAURA ROMER, Individually;
ROBERT ROMER, Individually;
ANGEL ROMERO, Individually;
CARLOS ROMERO, Individually;
DAVID ROMERO, Individually;
EDGAR ROMERO, Individually;
RICARDO ROMERO, Individually;
JOHN RONAN, Individually;
ESTER RONDON, Individually;
GILLETTE ROONEY, Individually;
JOHN ROONEY, Individually;
MICHAEL ROONEY, Individually;
THOMAS ROONEY, Individually;
LEONARD ROPPA, Individually;
ALMA ROSA, Individually;
ANGEL ROSA, Individually;
JOSE ROSA, Individually;
ANTHONY ROSADO, Individually;
LISA ROSADO, Individually;
LUIS ROSADO, Individually;
RICHARD ROSADO, Individually;
VICTOR ROSADO, Individually;
GERARD ROSALIE, Individually;
RICHARD ROSANO, Individually;
ANTHONY ROSARIO, Individually;
IRIS ROSARIO, Individually;
MIRIAM ROSARIO, Individually;
MOISES ROSARIO, Individually;
PAULINO ROSARIO, Individually;
ANITA ROSATO, Individually;
ANNMARIE ROSCH, Individually;
DAVID D ROSE, Individually;
PETER ROSE, Individually;
MEL ROSENBACH, Individually;
MITCHELL ROSENBERG, Individually;
JAMES ROSENBERGER, Individually;
ROSE ROSENBLATT, Individually;
LISA ROSENFELD, Individually;

NED ROSENFELD, Individually;
MONICA ROSENTHAL, Individually;
THOMAS ROSINA, Individually;
KEITH ROSS, Individually;
KEVIN ROSS, Individually;
ROBERT ROSS, Individually;
THOMAS ROSS, Individually;
ANTHONY ROSSI, Individually;
JOHN ROSSIELLO, Individually;
KENNETH ROSSIELLO, Individually;
NICHOLAS ROSSINI, Individually;
ROBERT ROSSITER, Individually;
PAUL ROSSITTO, Individually;
ROBERT ROSTKOWSKI, Individually;
RICHARD ROTELLI, Individually;
EDWARD ROTH, Individually;
RICHARD ROTH, Individually;
KEITH ROTHE, Individually;
MICHAEL ROTHFELD, Individually;
ANTHONY ROTONDI, Individually;
MARK ROTONDI, Individually;
ALFRED ROTONDO, Individually;
JOSEPH ROTONDO, Individually;
WAYNE ROUILLIER, Individually;
JOHN ROWAN, Individually;
DAVID ROWE, Individually;
THOMAS ROWE, Individually;
THOMAS ROWE, Individually;
MARK ROWLEY, Individually;
ANTHONY ROY, Individually;
REGINALD ROYALE, Individually;
VIKTOR ROYTMAN, Individually;
JACOB ROZENBURG, Individually;
JULIO ROZON, Individually;
BELINDA RUANE, Individually;
MARTIN RUANE, Individually;
IAN RUBIN, Individually;
STEVEN RUBIN, Individually;
JOHN RUBINO, Individually;
KEITH RUBY, Individually;
STEVEN RUCCI, Individually;
MICHAEL RUDDICK, Individually;
THOMAS RUDDY, Individually;
JAMES RUDOLPH, Individually;
RICHARD RUDOLPH, Individually;
CHRISTINE RUDTNER, Individually;

STEVEN RUECKHEIM, Individually;
CARMELO RUGGIERO, Individually;
DONATO RUGGIERO, Individually;
GIOVANNINA RUGGIERO, Individually;
MICHAEL RUGGIERO, Individually;
RICHARD RUGGIERO, Individually;
JOSEPH RUGGIRELLO, Individually;
WILLIAM RUHNAU, Individually;
DAVID RUIZ, Individually;
EDGAR RUIZ, Individually;
ISMAEL RUIZ, Individually;
JOSE RUIZ, Individually;
JUAN RUIZ, Individually;
MICHAEL RUIZ, Individually;
RALPH RUIZ, Individually;
RICHARD RUIZ, Individually;
DONALD RULAND, Individually;
JUAN RULLAN, Individually;
ANGELO RULLO, Individually;
NORMAN RUND, Individually;
PETER RUNFOLA, Individually;
PAUL RUNG, Individually;
CARLA RUPP, Individually;
STEPHEN RUSSACK, Individually;
DONALD RUSSELL, Individually;
HENRIETTE RUSSELL, Individually;
JAMES RUSSELL, Individually;
JOHN RUSSELL, Individually;
JOHN RUSSELL, Individually;
ROBERT RUSSELL, Individually;
WILLIAM RUSSELL, Individually;
JOHN RUSSIELLO, Individually;
FLORENCE RUSSO, Individually;
GLENN RUSSO, Individually;
JACK RUSSO, Individually;
JAMES RUSSO, Individually;
JOHN RUSSO, Individually;
JOHN RUSSO, Individually;
JOHN F. RUSSO, Individually;
KENNETH RUSSO, Individually;
LISA RUSSO, Individually;
PASQUALE RUSSO, Individually;
RALPH RUSSO, Individually;
RAYMOND RUSSO, Individually;
SALVATORE RUSSO, Individually;
SAM RUSSO, Individually;

SONIA RUSSO, Individually;
THOMAS RUSSO, Individually;
VINCENT RUSSO, Individually;
DOMINICK RUSSO, Individually;
THOMAS RUSSO, JR., Individually;
MARIAN RUSZCZYK, Individually;
GARY RUTA, Individually;
MICHAEL RUTHERFORD, Individually;
DOMINICK RUTIGLIANO, Individually;
ANNA MESSINA RUVOLO, Individually;
VITO RUVOLO, Individually;
BARBARA RYAN, Individually;
EDWARD RYAN, Individually;
GERARD RYAN, Individually;
JAMES P RYAN, Individually;
JEAN RYAN, Individually;
JOHN P. RYAN, Individually;
KATHLEEN RYAN, Individually;
KEVIN RYAN, Individually;
KEVIN RYAN, Individually;
LIAM RYAN, Individually;
RICHARD RYAN, Individually;
ROBERT RYAN, Individually;
ROBERT RYAN, Individually;
THOMAS RYAN, Individually;
THOMAS RYAN, Individually;
THOMAS RYAN, Individually;
TIMOTHY RYAN, Individually;
WILLIAM RYAN, Individually;
LAWRENCE RYAN, Individually;
ELIZABETH RYE, Individually;
ORLANDO SA, Individually;
GEORGE SABANDO, Individually;
ROCCO SABATELLA, Individually;
ROBERT SABATINO, Individually;
CHRISTOPHER SABBAGH, Individually;
CHRISTOPHER SABELLA, Individually;
THOMAS SABELLA, Individually;
JOSEPH SACCENTE, Individually;
FRANK SACCO, Individually;
CARL F. SADLER, Individually;
ALBERT SAFATLE, Individually;
ALBERT SAFATLE, Individually;
JAMES SAGE, Individually;
NICHOLAS SAGGESE, Individually;
GEORGE SAHM, Individually;