JUSTIN C WERNER, Individually;
RICHARD WERNER, Individually;
FRANCIS WERNER JR., Individually;
MARK WESSELDINE, Individually;
GLADSTONE WEST, Individually;
LEROY WEST, Individually;
RICHARD WEST, Individually;
SHERYL WEST, Individually;
DAWN WESTCOTT, Individually;
JOHN WESTFIELD, Individually;
EDWARD WESTWOOD, Individually;
PAUL WEWE, Individually;
ELLIOT WEXELMAN, Individually;
NICHOLAS WEXLER, Individually;
JOHN WHALEN, Individually;
JOHN WHALEN, Individually;
DANIEL WHARTON, Individually;
THOMAS WHECAN, Individually;
ROBERT WHEELER, Individually;
BRIAN WHEELOCK, Individually;
JAMES WHELAN, Individually;
MICHAEL WHELAN, Individually;
PATRICK WHELAN, Individually;
THOMAS WHELAN, Individually;
WILLIAM WHELAN, Individually;
CHARLES J. WHITE, Individually;
GEORGE WHITE, Individually;
HENRY WHITE, Individually;
JIMMIE WHITE, Individually;
LAURA WHITE, Individually;
OLIVER WHITE, Individually;
PATRICK WHITE, Individually;
RAYMOND WHITE, Individually;
ROBERT WHITE, Individually;
ROBERT WHITE, Individually;
RODNEY WHITE, Individually;
NATHANIEL WHITE JR, Individually;
FREDERICK WHITEHEAD II, Individually;
OSEPHITA WHITTEN, Individually;
JOHN WHOLIHAN, Individually;
STEPHEN WICELINSKI, Individually;
ROBERT WICKLUND, Individually;
JOLANTA WIECEK, Individually;
STANISLAW WIECEK, Individually;
ROBERT WIECEZAK, Individually;
ERIK WIENER, Individually;

GEOFFREY WILAND, Individually;
MICHAEL WILBUR, Individually;
MICHAEL WILBUR, Individually;
ROBERT WILDAY, Individually;
GREGORY WILK, Individually;
KEVIN WILKINSON, Individually;
FONDA WILKS, Individually;
ADAM WILLIAMS, Individually;
ALFRED WILLIAMS, Individually;
ANN WILLIAMS, Individually;
BERTHA WILLIAMS, Individually;
BRENDA WILLIAMS, Individually;
CAMERON WILLIAMS, Individually;
CHARLES WILLIAMS, Individually;
DEREK WILLIAMS, Individually;
DREU WILLIAMS, Individually;
GLENN WILLIAMS, Individually;
GORDON WILLIAMS, Individually;
HERMAN WILLIAMS, Individually;
IAN WILLIAMS, Individually;
JACQUELINE WILLIAMS, Individually;
JAMAL WILLIAMS, Individually;
JOHN WILLIAMS, Individually;
JOSEPH WILLIAMS, Individually;
KEVIN P. WILLIAMS, Individually;
LARRY WILLIAMS, Individually;
MINNIE WILLIAMS, Individually;
PRUDENCE WILLIAMS, Individually;
RAWLE WILLIAMS, Individually;
RAWLE WILLIAMS, Individually;
ROBERT E. WILLIAMS, Individually;
ROBIN WILLIAMS, Individually;
RONNEY WILLIAMS, Individually;
SANDRA WILLIAMS, Individually;
SHARON WILLIAMS, Individually;
STEVEN WILLIAMS, Individually;
THOMAS WILLIAMS, Individually;
TYRONE WILLIAMS, Individually;
ELIZABETH WILLIAMS- DAVIS, Individually;
ANDRE WILLIAMS, JR., Individually;
EDWARD WILLIAMS, JR., Individually;
JAMES WILLIAMSON, Individually;
GERALD WILLIS, Individually;
JOHN WILLMOT, Individually;
LINDA WILLS, Individually;
NICOLE WILLS, Individually;

ALLEGRA WILSON, Individually;
ANGELICA WILSON, Individually;
CHARLES WILSON, Individually;
CLAIRE WILSON, Individually;
DAVID WILSON, Individually;
DEREK WILSON, Individually;
DUANE WILSON, Individually;
MATHEW WILSON, Individually;
ORLANDO WILSON, Individually;
ROBERT WILSON, Individually;
RONRICK WILSON, Individually;
THOMAS WILSON, Individually;
VALERIE WILSON, Individually;
WILBERT WILSON, Individually;
WILBERT WILSON, Individually;
ARTHUR WILSON, Individually;
LEONARD WILSON, Individually;
LEONARD WILSON, Individually;
CHARLES WILT, Individually;
LARRY WILTBANK, Individually;
KENNETH WILTSE, Individually;
BRIAN WINANT, Individually;
JAMES WIND, Individually;
ROBERT WIND, Individually;
JOSEF WINDISCH, Individually;
WILLIAM WINGATE, Individually;
PAUL WINKELMEYER, Individually;
BRENDAN WINKLE, Individually;
JOSEF WINKLER, Individually;
CANDRA WINSTON, Individually;
DAVID WINT, Individually;
DAVID WINTER, Individually;
DANIEL WINTERS, Individually;
PAULA WINTERS, Individually;
PAULA WINTERS, Individually;
STEVEN WIRCHANSKY, Individually;
THOMAS WISCHERTH, Individually;
RICHARD WISNIEWSKI, Individually;
ROBERT WITT, Individually;
LYNNE WITTENBERG, Individually;
THEODORE WITTING, Individually;
JOSEPH WITTLEDER, Individually;
MICHAEL WITTMAN, Individually;
MICHAEL WITTMAN, Individually;
FRANCISZKA WLODARCZYK, Individually;
ED WOHL, Individually;

RONALD WOHL, Individually;
MYRON WOJCIECH, Individually;
TOM WOJCIK, Individually;
JOHN WOLCSON, Individually;
STEPHEN WOLF, Individually;
JUDITH WOLFF, Individually;
KAI WONG, Individually;
KAM WAH WONG, Individually;
JOHNNY WOO, Individually;
GARY WOOD, Individually;
WOOD WOODBOURNE, Individually;
ANTHONY WOODBURNE, Individually;
GARRY WOODS, Individually;
GREGORY WOODS, Individually;
JAMES WOODS, Individually;
JAMES WOODS, Individually;
MICHAEL WOODS, Individually;
SUSAN WOODS, Individually;
BARRY WOOLFSON, Individually;
KAROLYN WOOLVERTON, Individually;
KATE WOOLVERTON, Individually;
CHARLES WORGES, Individually;
EUGENE WORKMAN, Individually;
WALTER WORONTZOFF, Individually;
HOWARD WORTH, Individually;
THOMAS WORTMANN, Individually;
RICHARD WOZNIAK, Individually;
MICHAEL WREN, Individually;
DANIEL WRIGHT, Individually;
DEREK WRIGHT, Individually;
JONATHAN WRIGHT, Individually;
PATRICK WRIGHT, Individually;
JOHN P. WROBEL JR., Individually;
YU TING WU, Individually;
JOSEPH WURM, Individually;
GREGORY WURZBURGER, Individually;
DARRELL WYATT, Individually;
MICHAEL WYNNE, Individually;
YAN XI ZHONG, Individually;
JIN XIA, Individually;
JEFFREY YACULLO, Individually;
JACQUELINE YANKEY, Individually;
VINCENT YANNI JR, Individually;
MICHAEL YANNUZZI, Individually;
DOUGLAS YANO, Individually;
STEPHEN YARCZOWER, Individually;

LAVERNE YARD, Individually;
MICHAEL YAREMBINSKY, Individually;
CHARLES YARTON, Individually;
SPIRO YIORAS, Individually;
HAROLD YODICE, Individually;
DOREEN YOO, Individually;
JOHN YORKS, Individually;
JOHN YORKS, Individually;
ROBERT YOST, Individually;
DENNIS YOUNG, Individually;
ELEANOR YOUNG, Individually;
JIMMY YOUNG, Individually;
JOSEPH YOUNG, Individually;
KEITH YOUNG, Individually;
KENNETH YOUNG, Individually;
PATRICIA YOUNG, Individually;
SCOTT YOUNG, Individually;
STEVEN YOUNG, Individually;
THOMAS YOUNG, Individually;
WILLIAM YOUNGSON, Individually;
SAMUEL YU, Individually;
DEREK YUENGLING, Individually;
PAUL S. YURKIW, Individually;
YURIY YUSHUVA, Individually;
STEPHEN ZADERIKO, Individually;
EDWARD ZAGAJESKI, Individually;
BART ZAGAMI, Individually;
GERARD ZAGER, Individually;
THOMAS ZAHRALBAN, Individually;
BRIAN ZAIKOWSKI, Individually;
JAN ZAJAC, Individually;
ROBERT ZAJKOWSKI, Individually;
PAUL ZAKSHEVSKY, Individually;
JOSEPH ZALLO, Individually;
WILMER ZAMBRANO, Individually;
CHARLES ZAMMIT, Individually;
JOSEPH ZAMMIT, Individually;
MICHAEL ZAMPELLA, Individually;
LAWRENCE ZANZONICO, Individually;
ALEJANDRO ZAPATA, Individually;
SUSAN ZAPOLUCH, Individually;
WILLIAM ZAPPOLO, Individually;
KATHERINE V. ZARR, Individually;
MICHAEL ZARRILLO, Individually;
KRZYSZTOF ZARZYCKI, Individually;
ROBERT ZASA, Individually;

STEPHEN ZASA, Individually;
MICHAEL C. ZAVOSKI, Individually;
JOHN ZAWITOSKY, Individually;
ABDON ZAYAS, Individually;
DAVID ZDANOK, Individually;
GEORGE ZECCA, Individually;
DOMINIC ZECCOLA, Individually;
MICHAEL ZECHEWYTZ, Individually;
WALLACE R. ZEINS, Individually;
DAVID ZELEN, Individually;
JASON ZELLER, Individually;
PAUL ZENIR, Individually;
ANTHONY ZEOLI, Individually;
HARRY ZERBE, JR., Individually;
JANET ZEVALLOS, Individually;
REZA ZEYNALI, Individually;
XIU LI ZHAO, Individually;
BING HUA ZHEN, Individually;
RENJIE ZHENG, Individually;
NICOLE ZICCARDI, Individually;
KENNETH ZIMMER, Individually;
CHRISTOPHER ZIMMERMAN, Individually;
STEVEN ZIMMERMAN, Individually;
MICHAEL ZINNEL, Individually;
MARY ZIRPOLI, Individually;
CHRISTIAN ZISEL, Individually;
EDWARD ZITEK, Individually;
PAUL ZITO, Individually;
WILLIAM ZOLLER, Individually;
KIRT ZOLLER, Individually;
MARIO ZOROVIC, Individually;
MICHAEL ZOTTO, Individually;
HARVEY ZUCKERBERG, Individually;
THOMAS ZUMMO, Individually;
MARTIN ZUNIGA, Individually;
JOHN ZWALLY, Individually;
RICHARD ZYTA, Individually;

-------------------------------------------------------------------x
SHERI G. BURLINGAME, Individually as Spouse and as
Personal Representative of the Estate of CHARLES                    **Speiser Krause**
FRANK BURLINGAME, III, Deceased;

RUDY ABAD, Individually as Spouse and as Personal
Representative of the Estate of MARIE ROSE ABAD,
Deceased;

CYNTHIA LYNN BARKWAY, Individually as Spouse, and as Personal Representative of the Estate of DAVID MICHAEL BARKWAY, Deceased;

MAUREEN BASNICKI, Individually as Spouse and as Personal Representative of the Estate of KENNETH BASNICKI, Deceased;

BHOLA AND BASMATTIE BISHUNDAT, Individually as Parents, and as Personal Representatives of the Estate of KRIS ROMEO BISHUNDAT;

DEBRA LAVENDER, Individually as Sibling, and as Personal Representative of the Estate of MICHAEL BOCCHINO, Deceased;
DEBRA LAVENDER as Proposed Personal Representative of the Estates of MICHAEL BOCCHINO, Surviving Father of MICHAEL BOCCHINO; LUCY BOCCHINO, Surviving Mother of MICHAEL BOCCHINO; and THOMAS BOCCHINO, Surviving Sibling of MICHAEL BOCCHINO;

IRENE BOEHM, Individually as Spouse and as Personal Representative of the Estate of BRUCE BOEHM, Deceased;

NANCY H. KIMBELL, Individually as Sibling and as Personal Representative of the Estate of MARY JANE BOOTH, Deceased;

FRANCISCO BOURDIER and MAGDALENA BOURDIER Individually as Surviving Parents of FRANCISCO BOURDIER;
MANUEL BOURDIER as Surviving Sibling of FRANCISCO BOURDIER;

KRISTEN BREITWEISER, Individually as Spouse, and as Personal Representative of the Estate of RONALD BREITWEISER, Deceased;
CAROLINE BREITWEISER as Surviving Child of RONALD BREITWEISER;

ERICA BRENNAN, Individually as Spouse, and as Personal Representative of the Estate of PETER BRENNAN, Deceased;

KATHLEEN BRUNTON, Individually as Spouse, and as
Personal Representative of the Estate of VINCENT
BRUNTON, Deceased;
MICHAEL   BRUNTON,   as   Surviving   Sibling   of
VINCENT BRUNTON;

ERNST H. BUCK and JOSEPHINE BUCK, Individually
as Parents of GREGORY J. BUCK, Deceased;

ELAINE M. CHEVALIER, Individually as Mother and as
Personal   Representative   of   the   Estate   of   SWEDE
CHEVALIER, Deceased;

KENNETH CHU, Individually as Parent and as Personal
Representative   of   the   Estate   of   PAMELA   CHU,
Deceased;

DEBORAH RAZZANO, Individually as Spouse and as
Personal Representative of the Estate of ANTHONY
COLADONATO, Deceased;

MELINDA COOPER, Individually as Spouse and
as   Personal   Representative   of   the   Estate   of   JULIAN
COOPER, Deceased;
MELINDA COOPER as Parent and Natural Guardian of
J.C., a Minor, Surviving Child of JULIAN COOPER;

THERESA   COVE,   Individually   as   Spouse   and   as
Personal   Representative   of   the   Estate   of   JAMES   E.
COVE, Deceased;

JAMES   CUDMORE,   Individually   as   Parent   and   as
Personal   Representative   of   the   Estate   of   NEIL
CUDMORE, Deceased;

AMY WATERS, Individually, and as Personal
Representative of the Estate of SCOTT DAVIDSON,
Deceased;
STEPHEN DAVIDSON, as Surviving Parent of SCOTT
DAVIDSON;

LORRAINE DELAPENHA FICHERA, Individually as
Spouse, and as Personal Representative of the Estate of
DONALD A. DELAPENHA, Deceased;

SAMANTHA DELAPENHA as Surviving Child of
DONALD A. DELAPENHA;
ROBERT DELAPENHA as Surviving Child of
DONALD A. DELAPENHA;
LORRAINE DELAPENHA FICHERA as Parent and
Natural Guardian of M.D., a Minor, Surviving Child of
DONALD A. DELAPENHA;

KATHRYN R. DENNIS, Individually as Spouse and as
Personal Representative of the Estate of THOMAS F.
DENNIS, Deceased;

IRENE DICKEY, Individually as Spouse and as Personal
Representative of the Estate of JOSEPH DICKEY,
Deceased;

ROSEMARY DILLARD, Individually as Spouse and as
Personal Representative of the Estate of EDDIE
DILLARD, Deceased;

LESLIE DIMMLING, Individually as Spouse and as
Personal Representative of the Estate of WILLIAM
DIMMLING, Deceased;
GREGORY DIMMLING as Surviving Child of
WILLIAM DIMMLING;
NICHOLAS DIMMLING as Surviving Child of
WILLIAM DIMMLING;
RUDY DIMMLING as Surviving Sibling of WILLIAM
DIMMLING;

MARGUERITA DOMANICO, Individually as Spouse
and as Personal Representative of the Estate of JAMES
DOMANICO, Deceased;
CHRISTINA KURINZI as Surviving Child of JAMES
DOMANICO;

MAUREEN S. DOMINGUEZ, Individually as Spouse
and as Personal Representative of the Estate of CARLOS
DOMINGUEZ, Deceased;

CHRISTOPHER DOWLING, Individually as Parent and
as Personal Representative of the Estate of MARY
YOLANDA DOWLING, Deceased;

CYNTHIA M. DROZ, Individually as Spouse and as Personal Representative of the Estate of CHARLES DROZ, Deceased;

JACQUELINE EATON, Individually as Spouse and as Personal Representative of the Estate of ROBERT EATON, Deceased;

CORRINE J. EVANS and CHARLES R. EVANS, as Co-Administrators of the Estate of ERIC B. EVANS, Deceased

CATHERINE ANN FAUGHNAN, Individually as Spouse as Personal Representative of the Estate of CHRISTOPHER FAUGHNAN, Deceased;
SIENA FAUGHNAN as Surviving Child of CHRISTOPHER FAUGHNAN;
JULIET FAUGHNAN as Surviving Child of CHRISTOPHER FAUGHNAN;
LIAM FAUGHNAN as Surviving Child of CHRISTOPHER FAUGHNAN;
THOMAS FAUGHNAN as Surviving Parent of CHRISTOPHER FAUGHNAN;
JOAN FAUGHNAN as Surviving Parent of CHRISTOPHER FAUGHNAN;
DIANE BARNES as Surviving Sibling of CHRISTOPHER FAUGHNAN;
LYNNE FAUGHNAN LEE as Surviving Sibling of CHRISTOPHER FAUGHNAN;
MAUREEN STINES as Surviving Sibling of CHRISTOPHER FAUGHNAN;

MARCO CALLE, Individually, and as Personal Representative of the Estate of HENRY HOMERO FERNANDEZ, Deceased;

MARY AND FRANK FETCHET, Individually as Parents and as Personal Representatives of the Estate of BRADLEY FETCHET, Deceased;

ERIN FINNEGAN, Individually as Spouse and as Personal Representative of the Estate of MICHAEL FINNEGAN, Deceased;
BRIDGET FINNEGAN, Individually as Surviving Child of MICHAEL FINNEGAN;

MICHAEL FINNEGAN, Individually as Surviving Child of MICHAEL FINNEGAN;
ERIN FINNEGAN as Mother and Natural Guardian of F.F, a Minor, Surviving Child of MICHAEL FINNEGAN;

PATRICIA FITZSIMONS, Individually as Spouse and as Personal Representative of the Estate of RICHARD FITZSIMONS, Deceased;

CARLOS GAMBOA, Individually as Father and as Personal Representative of the Estate of GIANN F. GAMBOA, Deceased;

CATHY GEYER, Individually as Spouse and as Personal Representative of the Estate of JAMES G. GEYER, Deceased;
MICHELE GEYER as Surviving Child of JAMES G. GEYER;

PHYLLIS GILLY and JOSEPH GILLY, Individually as Parents and as Personal Representatives of the Estate of Laura Gilly, Deceased;

GERALD GOLKIN and JANET GOLKIN, Individually as Parents and as Personal Representatives of the Estate of ANDREW H. GOLKIN, Deceased;
SUSAN GOLKIN as Surviving Sibling of ANDREW H. GOLKIN;

TERESA GOMEZ, Individually and as Personal Representative of the Estate of ENRIQUE A. GOMEZ, Deceased;

BLANCA GOMEZ, Individually and as Administrator of the Estate of JOSE B. GOMEZ, Deceased;

SANDRA MUNRO, Individually as Sibling and as Personal Representative of the Estate of ELVIRA GRANITTO, Deceased;
ANNE EARTHMAN as Surviving Child of ELVIRA GRANITTO;
DAMIEN EARTHMAN as Surviving Child of ELVIRA GRANITTO;
ANNA GRANITTO as Surviving Parent of ELVIRA GRANITTO;

COSIMO GRANITTO as Surviving Parent of ELVIRA
GRANITTO;
MARIO GRANITTO, as Surviving Sibling of ELVIRA
GRANITTO;
FILIPPA GRANITTO as Surviving Sibling of ELVIRA
GRANITTO;
RAYMOND HABIB, Individually as Spouse and as
Personal Representative of the Estate of BARBARA
HABIB, Deceased;

THOMAS P. HEIDENBERGER, Individually as Spouse
and as Personal Representative of the Estate of MICHELE
HEIDENBERGER, Deceased

MARY JEAN HELLER, Individually as Spouse and as
Personal Representative of the Estate of H. JOSEPH
HELLER, Deceased;

EDWARD HENRY and ALICE HENRY, Individually,
and as Surviving Parents and as Personal Representatives
Estate of JOSEPH PATRICK HENRY, Deceased;

TENNYSON HUIE, Individually as Father and as
Personal Representative of the Estate of SUSAN HUIE,
Deceased;

SHERI ANN ISKENDERIAN, Individually as Spouse
and as Personal Representative of the Estate of ARAM
ISKENDERIAN, Deceased;

JENNIFER L. JARDIM, Individually as Spouse and as
Personal Representative of the Estate of MARK S.
JARDIM, Deceased;

CHRISTINE JEAN-PIERRE, Individually as Spouse and
as Personal Representative of the Estate of FRANCOIS
JEAN-PIERRE, Deceased;

ELIZABETH JORDAN, Individually as Spouse and as
Personal Representative of the Estate of ROBERT
JORDAN, Deceased;

GEOFFREY JUDGE, Individually a Spouse and as
Personal Representative of the Estate of ANN JUDGE,
Deceased;

DOHEE KANG, Individually as Spouse and as Personal Representative of the Estate of JOON KOO KANG, Deceased;

JANET KELLEY, Individually as Spouse and as Personal Representative of the Estate of FREDERICK KELLEY, Deceased;
FREDERICK KELLEY as Surviving Child of FREDERICK KELLEY;

JOANNE KELLY, Individually as Spouse and as Personal Representative of the Estate of JAMES KELLY, Deceased;

ALISON M. KINNEY, Individually as Spouse and as Personal Representative of the Estate of BRIAN KINNEY, Deceased;

PAUL AND VIVIAN KOLPAK, Individually as Parents and as Personal Representatives of the Estate of VANESSA KOLPAK, Deceased;
THADDEUS KOLPAK as Surviving Sibling of VANESSA KOLPAK;
ALEXIS KOLPAK LERNER as Surviving Sibling of VANESSA KOLPAK;

ELIZABETH KOVALCIN, Individually as Spouse and as Personal Representative of the Estate of DAVID P. KOVALCIN, Deceased;

ANNA M. KREN, Individually as Spouse and as Personal Representative of the Estate of JOHN J. KREN, Deceased;
ANDREA SASSONE as Surviving Child of JOHN J. KREN;
JANINE WENTWORTH as Surviving Child of JOHN J. KREN;
SANDRA LANG PANGBORN, Individually as Spouse and as Personal Representative of the Estate of BRENDAN LANG, Deceased;

DONNA CABALLERO and WILLIAM M. LANG, Individually as Siblings and as Personal Representatives of the Estate of ROSEANN LANG, Deceased;

CAROLANN LARSEN, Individually as Spouse, and as Personal Representative of the Estate of SCOTT LARSEN, Deceased;

CAROLE LEAVEY, Individually as Spouse and as Personal Representative of the Estate of JOSEPH GERARD LEAVEY, Deceased;

DENNIS LEVI and JENNIFER LEVI-LONGYEAR, Individually as Children and as Personal Representatives of the Estate of JOHN LEVI, Deceased;

JOSEPH J. REITANO as Personal Representative of the Estate of VINCENT LITTO, Deceased;
LINDA LITTO as Surviving Spouse of VINCENT LITTO;
CATHERINE LITTO-PETRAS as Surviving Child of VINCENT LITTO;
KRISTEN SERRA as Surviving Child of VINCENT LITTO;
KIMBERLY REX as Surviving Child of VINCENT LITTO;
JOSEPH REITANO as Proposed Personal Representative of the Estates of MICHAEL LITTO and MARIE LITTO, Surviving Parents of VINCENT LITTO;

ELIZABETH DAVILA-LOPEZ, Individually and as Personal Representative of the Estate of DANIEL LOPEZ, Deceased;

EILEEN LYNCH, Individually as Spouse and as Personal Representative of the Estate of FARRELL LYNCH, Deceased;

CHRISTINA LYNCH, Individually as Spouse and as Personal Representative of the Estate of RICHARD D. LYNCH, Deceased;

LORRAINE LYNCH, Individually as Spouse and as Personal Representative of the Estate of SEAN LYNCH, Deceased;
GRACE LYNCH as Surviving Child of SEAN LYNCH;
MARY ROSE LYNCH as Surviving Child of SEAN LYNCH;
SEAN LYNCH, Jr., as Surviving Child of SEAN LYNCH;

VALERIE MAGEE, Individually as Surviving Spouse and as Personal Representative of the Estate of BRIAN MAGEE, Deceased;

BRINLEY MALONEY, Individually as Spouse and as Personal Representative of the Estate of EDWARD F. MALONEY, III, Deceased;
BRINLEY MALONEY as Mother and Natural Guardian of M.M. and T.M., Surviving Children of EDWARD F. MALONEY, III;

MEGAN MANNING, Individually as Spouse and as Personal Representative of the Estate of TERENCE JOHN MANNING, Deceased;
MAIREAD MANNING as Surviving Child of TERENCE JOHN MANNING;
MEGAN MANNING as Mother and Natural Guardian of T.M., Surviving Child of TERENCE JOHN MANNING;

NICHOLAS MAOUNIS, Individually as Parent and as Personal Representative of the Estate of JAMES MAOUNIS, Deceased;

SHEILA MARTELLO, Individually as Spouse and as Personal Representative of the Estate of JAMES MARTELLO, Deceased;

MARGARET MATHERS, Individually and as Personal Representative of the Estate of CHARLES MATHERS, Deceased;

LYNN McGUINN, Individually as Spouse and as Personal Representative of the Estate of FRANCIS McGUINN, Deceased;

TARYN McHALE, Individually as Spouse and as Personal Representative of the Estate of THOMAS McHALE, Deceased;

ELIZABETH McLAUGHLIN O'BRIEN, Individually as Spouse and as Personal Representative of the Estate of ROBERT McLAUGHLIN, Deceased;

ELIZABETH McNALLY, Individually as Spouse and as
Personal Representative of the Estate of EDMUND
MCNALLY, Deceased;

JOSEPH RICHARD MICKLEY, Individually as Spouse
and as Personal Representative of the Estate of
PATRICIA E. MICKLEY, Deceased;
MARIE MICKLEY as Surviving Child of PATRICIA E.
MICKLEY;

ARJAN MIRPURJ, Individually as Parent and as Personal
Representative of the Estate of RAJESH MIRPURI,
Deceased;

SUSANNE MLADENIK, Individually and as Personal
Representative of the Estate of JEFFREY P. MLADENIK,
Deceased;

MARK MORABITO, Individually as Spouse and as
Personal Representative of the Estate of LAURA LEE
MORABITO, Deceased;

CATHERINE MORAN, Individually as Parent and as
Personal Representative of the Estate of KATHLEEN
MORAN, Deceased;

KIMBERLY A. MARTONE, Individually as Spouse and
as Personal Representative of the Estate of
CHRISTOPHER M. MORRISON, Deceased;

MADELINE LEW MOY, Individually as Spouse and as
Personal Representative of the Estate of TEDDINGTON
H. MOY, Deceased;

PATRICK MULLAN, Individually as Parent and as
Personal Representative of the Estate of MICHAEL D.
MULLAN, Deceased;

AMY NACKE MARTINEZ, Individually as Spouse and
as Personal Representative of the Estate of LOUIS J.
NACKE, Deceased;

HEIDI NAPLES, Individually as Spouse and as Personal
Representative of the Estate of FRANK J. NAPLES,
Deceased;

AMY NEWTON, Individually as Spouse and as Personal Representative of the Estate of CHRISTOPHER NEWTON, Deceased;

SUSAN NEWTON-CARTER, Individually as Spouse, and as Personal Representative of the Estate of CHRISTOPHER NEWTON-CARTER, Deceased;

CHRISTINE O'BERG CONNOLLY, Individually and as Personal Representative of the Estate of DENNIS O'BERG, Deceased;
DENNIS O'BERG, Individually and as Surviving Parent of DENNIS O'BERG;
DOROTHY O'BERG, Individually and as Surviving Parent of DENNIS O'BERG;

LISA O'BRIEN, Individually as Spouse, and as Personal Representative of the Estate of TIMOTHY O'BRIEN, Deceased;

ANTOINETTE D. OGNIBENE, Individually and as Personal Representative of the Estate of PHILLIP PAUL OGNIBENE, Deceased;

MARY DUFF-ORTALE, Individually as Spouse and as Personal Representative of the Estate of PETER KEITH ORTALE, Deceased;
CATHERINE GRIMES, Individually as Surviving Sibling of PETER KEITH ORTALE, and as Personal Representative of the Estate of MARY ORTALE, Surviving Mother of PETER KEITH ORTALE;
MARY MALITAS as Surviving Sibling of PETER KEITH ORTALE;
JULIE ORTALE as Surviving Sibling of PETER KEITH ORTALE;
GILBERT ORTALE as Surviving Sibling of PETER KEITH ORTALE;

DANIEL ORTH, MICHELLE ORTH and ELIZABETH ORTH, Individually as Children and as Personal Representatives of the Estate of JANE MARIE ORTH, Deceased;

WANDA GARCIA-ORTIZ, Individually as Spouse and as Personal Representative of the Estate of EMILIO ORTIZ, Deceased;

ALEXANDRA M. ORTIZ RESZKA, Individually and as Personal
Representative of the Estate of SONIA M. ORTIZ, Deceased;

JEAN M. PALOMBO, Individually and as Personal
Representative of the Estate of FRANK A. PALOMBO, Deceased;

CAROLYN PANATIER, Individually as Spouse, and as
Personal Representative of the Estate of CHRISTOPHER
M. PANATIER, Deceased;

NAVILA PATTERSON, Individually as Spouse, and as
Personal Representative of the Estate of BERNARD E.
PATTERSON, Deceased;

MEGAN P. PELINO, Individually as Spouse and as
Personal Representative of the Estate of TODD
DOUGLAS PELINO, Deceased;

STEVEN POLLICINO and CELESTE POLLICINO,
Individually as Surviving Children and as Personal
Representatives of the Estate of STEVEN POLLICINO,
Deceased;
VICKI TURESKI as Personal Representative of the Estate
of JANE POLLICINO, Surviving Spouse of STEVEN
POLLICINO;

ELAINE P. MILLER and CORRINE KRACHTUS,
Individually and as Personal Representatives of the
Estate of DAPHNE POULETSOS, Deceased;

JANICE K. PUNCHES, Individually as Spouse and as
Personal Representative of the Estate of JACK D.
PUNCHES, Deceased;

MICHAEL QUINN, Individually as Parent and as
Personal Representative of the Estate of JAMES QUINN,
Deceased;
NOREEN QUINN as Surviving Parent of JAMES
QUINN;
MICHAEL QUINN as Surviving Sibling of JAMES
QUINN;

JOSEPH QUINN as Surviving Sibling of JAMES QUINN;

NANCY HOLZHAUER, Individually as Sibling and as Personal Representative of the Estate of GERARD P. RAUZI, Deceased;

MARILYN REICH, Individually, and as Personal Representative of the Estate of HOWARD REICH, Deceased;

JAMES J. RICHES, Individually as Parent and as Personal Representative of the Estate of JAMES C. RICHES, Deceased;
RITA RICHES as Surviving Parent of JAMES C. RICHES;
TIMOTHY RICHES as Surviving Sibling of JAMES C. RICHES;
DANIEL RICHES as Surviving Sibling of JAMES C. RICHES;
THOMAS RICHES as Surviving Sibling of JAMES C. RICHES;

BARBARA ROPITEAU-GALLOWAY, Individually as Parent and as Personal Representative of the Estate of ERIC THOMAS ROPITEAU, Deceased;
JEAN-MARC ROPITEAU as Surviving Sibling of ERIC THOMAS ROPITEAU;

BRENDAN RYAN, Individually as Spouse and as Personal Representative of the Estate of KRISTIN IRVINE RYAN, Deceased;

BERNARD P. SALAMONE, Individually, and as Personal Representative of the Estate of MARJORIE C. SALAMONE, Deceased;

DANIELLE BEHAN, Individually as Spouse and as Personal Representative of the Estate of JOHN SALERNO, Deceased;

SALLY CALVIN, Individually as Spouse and as Personal Representative of the Estate of FRANK SALVATERRA, Deceased;
CHRISTIAN SALVATERRA, as Surviving Child of FRANK SALVATERRA;

EUGENIA BOGADO, Individually as Parent and as Personal Representative of the Estate of CARLOS A. SAMANIEGO, Deceased;
LUIS SAMANIEGO as Surviving Sibling of CARLOS A. SAMANIEGO;

LYNNE SAN PHILLIP, Individually as Spouse, and as Personal Representative of the Estate of MICHAEL V. SAN PHILLIP, Deceased;
CARRIE SAN PHILLIP as Surviving Child of MICHAEL V. SAN PHILLIP;

ABRAHAM SCOTT, Individually as Spouse and as Personal Representative of the Estate of JANICE M. SCOTT, Deceased;

DARA SEAMAN, Individually as Spouse and as Personal Representative of the Estate of MICHAEL SEAMAN, Deceased;

MARIA SILVERSTEIN, Individually as Spouse and as Personal Representative of the Estate of CRAIG SILVERSTEIN, Deceased;

LAURIE SIMOWITZ, Individually as Spouse and as Personal Representative of the Estate of BARRY SIMOWITZ, Deceased;

JAMES P. SLATTERY, Individually as Parent and as Personal Representative of the Estate of CHRISTOPHER PAUL SLATTERY, Deceased;

SUSAN M. SLIWAK, Individually as Spouse and as Personal Representative of the Estate of ROBERT F. SLIWAK, Deceased;

MICHAEL T. JAMMEN, Individually, and as Personal Representative of the Estate of HEATHER L. SMITH, Deceased;

YONGJIN L. SONG and HYUNGSHIN K. SONG, Individually as Parents and as Personal Representatives of the Estate of DANIEL W. SONG a/k/a WON-HYEONG SONG, Deceased;

FRANK SONG, Individually as Surviving Sibling of DANIEL W. SONG;
JULIE SONG, Individually as Surviving Sibling of DANIEL W. SONG;

CHRISTINA L. KMINEK, Individually and as Personal Representative of the Estate of MARI-RAE SOPPER, Deceased;

CHRISTINE SPENCER, Individually as Spouse and as Personal Representative of the Estate of ROBERT A. SPENCER, Deceased;

JACQUELINE GALLERON, Individually and as Personal Representative of the Estate of SELINA SUTTER, Deceased;

LORRAINE SZOCIK, Individually as Spouse and as Personal Representative of the Estate of KEVIN T. SZOCIK, Deceased;

MARC TADDONIO, Individually as Sibling and as Personal Representative of the Estate of MICHAEL TADDONIO, Deceased;

JANE TERRENZI, Individually as Spouse and as Personal Representative of the Estate of BRIAN TERRENZI, Deceased;

NORMAN THOMPSON and PATRICIA THOMPSON, Individually as Surviving Parents of NIGEL THOMPSON;
MARK THOMPSON as Surviving Sibling of NIGEL THOMPSON;
NEAL THOMPSON as Surviving Sibling of NIGEL THOMPSON;

BASIL G. THORPE and VALDA M. BINNS, Individually, and as Co-Administrators of the Estate of NICHOLA ANGELA THORPE, Deceased;

ANNE TODISCO, Individually as Spouse and as Personal Representative of the Estate of RICHARD TODISCO, Deceased;
GREGORY TODISCO as Surviving Child of RICHARD TODISCO;

LISA DEBARBRIE as Surviving Child of RICHARD TODISCO;

TANJA TOMASEVIC, Individually as Spouse, and as Personal Representative of the Estate of VLADIMIR TOMASEVIC, Deceased;

DORRY GROH-TOMPSETT, Individually as Spouse and as Personal Representative of the Estate of STEPHEN TOMPSETT, Deceased;

MARY ELIZABETH TUCKER, Individually as Spouse and as Personal Representative of the Estate of MICHAEL P. TUCKER, Deceased;

JENNIFER VAUK, Individually as Spouse and as Personal Representative of the Estate of RONALD VAUK, Deceased;

DENNIS VIANNA and MARILYNDA VIANNA, Individually as Parents and as Personal Representatives of the Estate of MATHEW G. VIANNA, Deceased;

NAYDA VOSKERIJIAN, Individually as Spouse and as Personal Representative of the Estate of GARO VOSKERIJIAN, Deceased;

CAROL WALDIE, Individually as Spouse and as Personal Representative of the Estate of KENNETH WALDIE, Deceased;
ANDREW PETISCE as Surviving Stepchild of KENNETH WALDIE;

ALLISON WALLICE, Individually as Spouse and as Personal Representative of the Estate of JOHN WALLICE, JR., Deceased;

MICHELLE GARTNER, as Personal Representative of the Estate of DINAH WEBSTER, Deceased;

MARCIA WEISS, Individually as Spouse and as Personal Representative of the Estate of DAVID T. WEISS, Deceased;

PATRICK WELSH, Individually as Spouse and as Personal Representative of the Estate of DEBORAH ANNE WELSH, Deceased;

ELIZABETH ANN PAYNE, Individually and as Personal Representative of the Estate of WILLIAM WILSON, Deceased;

BENJAMIN WONG, Individually as Father, and as Personal Representative of the Estate of JENNIFER Y. WONG, Deceased;

PAMELA WORKS, Individually as Spouse and as Personal Representative of the Estate of JOHN BENTLEY WORKS, Deceased;

PATRICIA GREENE-WOTTON, Individually and as Personal Representative of the Estate of Rodney Wotton, Deceased;

WILLIAM WREN and CHRISTOPHER WREN, Individually as Children and as Personal Representatives of the Estate of WILLIAM WREN, Deceased and as Personal Representatives of the Estate of PATRICIA WREN, Surviving Spouse of WILLIAM WREN;

**PERSONAL INJURY PLAINTIFFS**

KATHY A. CORDERO, Individually;
PATRICIA CUBAS-BIELFELD, Individually;
VIRGINIA DICHIARA, Individually;
ROBERT EICHELE and CARMELA EICHELE, Individually;
KEVIN FARRELL, Individually; CHONG P. FARRELL, Individually;
MICHAEL HENRY and REBECCA HENRY, Individually;
JAMES B. LEACH and CARRIE LEACH, Individually;
ERIC LEVINE, Individually;
JAMES McCAFFREY and AGNES McCAFFREY, Individually;
EDWARD NICHOLLS, and STACIE NICHOLLS, Individually;
VALENCIAL. PARKER, Individually;
KEVIN WARD, Individually;

LING N. YOUNG and DONALD M. YOUNG,
Individually;


-------------------------------------------------------------------x

**PERSONAL INJURY PLAINTIFFS WHO ARE NOW DECEASED**

JANELLE GARDNER, as Personal Representative of the
Estate of RUBY BAILEY, Deceased;

ANN BORELLO, as Personal Representative of the Estate
of GAETANO BORELLO, Deceased;

CHERISE BRADLEY, as Personal Representative of the
Estate of ANTHONY BRADLEY, Deceased;

RONALD WEINSTOCK, as Personal Representative of
the Estate of ANASTASIA WEINSTOCK, Deceased;

TASHEA BROTHERS, as Personal Representative of the
Estate of TIMOTHY BROTHERS, Deceased;

ANNA R. BYRNES, as Personal Representative of the
Estate of KEVIN BYRNES, Deceased;

DONNA CANARI, as Personal Representative of the
Estate of JOHN CANARI, Deceased;

LYNN CASEY, as Personal Representative of the Estate
of PETER CASEY, Deceased;

RICARDO CASTRO, as Personal Representative of the
Estate of STEPHEN CASTRO, Deceased;

RANNYLIN STEPHANIE DALLEY, ESQ., as Personal
Representative of the Estate of SILVIA CHAVEZ,
Deceased;

PATRICIA KALBOUROS, as Personal Representative of
the Estate of KEVIN CZARTORYSKI, Deceased;

JEAN MARIE DEBIASE, as Personal Representative of
the Estate of MARK DEBIASE, Deceased;

**Sullivan Papain Block McGrath &
Cannavo P.C.**

MARY DENUNZIO, as Personal Representative of the
Estate of JAMES DENUNZIO, Deceased;

JOANNA DIGIOVANNA, as Personal Representative of
the Estate of ANTHONY DIGIOVANNA, Deceased;

BELINDA      FEATHERSTONE,      as      Personal
Representative of the Estate of JOHN FEATHERSTONE,
Deceased;

GLORIA FINEGAN, as Personal Representative of the
Estate of PATRICK FINEGAN, Deceased;

HELEN GALLAGHER, as Personal Representative of the
Estate of JOHN GALLAGHER, Deceased;

LIAM GREANEY, as Personal Representative of the
Estate of THOMAS GREANEY, Deceased;

VLADIMIRA GUEREN, as Personal Representative of
the Estate of RICHARD GUEREN, Deceased;

PAUL HAUBER, as Personal Representative of the Estate
of RAYMOND HAUBER, Deceased;

SANDY HEFFERNAN, as Personal Representative of the
Estate of JAMES HEFFERNAN, Deceased;

ARLENE HEGLUND, as Personal Representative of the
Estate of DANIEL HEGLUND, Deceased;

PATRICIA HESS, as Personal Representative of the
Estate of ROBERT HESS, Deceased;

ELIZABETH HORNE, as Personal Representative of the
Estate of CORNELL HORNE, Deceased;

LEIGH ANNE JONES, as Personal Representative of the
Estate of CHARLES JONES, Deceased;

CONCETTA KAREN, as Personal Representative of the
Estate of CHARLES KAREN, Deceased;

DONAMARIE LARSON, as Personal Representative of
the Estate of CHARLES R. LARSON, Deceased;

BONNIE MALLOY, as Personal Representative of the Estate of BRIAN MALLOY, Deceased;

JENNIFER MCARDLE, as Personal Representative of the Estate of JAMES MCARDLE, Deceased;

MAUREEN MCKEAN, as Personal Representative of the Estate of JOHN MCKEAN, Deceased;

MICHELE MCLEAN, as Personal Representative of the Estate of HERNAN MCKEAN, Deceased;

JENNIFER MCNAMARA, as Personal Representative of the Estate of JOHN MCNAMARA, Deceased;

MARIA CASTRO MORALES, as Personal Representative of the Estate of GREGORIO MORALES, Deceased;

KATHY NERNEY, as Personal Representative of the Estate of KEVIN NERNEY, Deceased;

ROBERT O'ROURKE, as Personal Representative of the Estate of BRIAN O'ROURKE, Deceased;

LUZ MARIA OTANO, as Personal Representative of the Estate of ADOLFO OTANO, Deceased;

CHRISTINE O'TOOLE, as Personal Representative of the Estate of JOSEPH O'TOOLE, Deceased;

LISA QUICK, as Personal Representative of the Estate of WILLIAM QUICK, Deceased;

VANEZA ROONEY, as Personal Representative of the Estate of KEVIN A. ROONEY, Deceased;

LAURA RUNCO, as Personal Representative of the Estate of ROBERT RUNCO, Deceased;

COSETTE SEXTON, as Personal Representative of the Estate of RONALD SEXTON, Deceased;

BRITTANY SMITH, as Personal Representative of the Estate of DANIEL G. SMITH, Deceased;

CAREN SELBY, as Personal Representative of the Estate of WILLIAM SMITH, Deceased;

VINCENT SPINELLI, as Personal Representative of the Estate of VIRGINIA SPINELLI, Deceased;

PATRICIA HANGLOW STINES, as Personal Representative of the Estate of JAMES STINES, Deceased;

VIRGINIA SULLIVAN, as Personal Representative of the Estate of LAWRENCE SULLIVAN, Deceased;

MARGARET SZULMAN, as Personal Representative of the Estate of STEVEN SZULMAN, Deceased;

RAYMOND CZAJKOWSKI, as Personal Representative of the Estate of TRACI TACK-CZAJKOWSKI, Deceased;

KATHERINE VENTRIGLIA, as Personal Representative of the Estate of ROBERT J. VENTRIGLIA, Deceased;

RONALD WEINSTOCK, as Personal Representative of the Estate of ANASTASIA WEINSTOCK, Deceased;

ICELEAN VENABLE, as Personal Representative of the Estate of AVERY WILLIAMS, Deceased;

**PERSONAL INJURY PLAINTIFFS**

WILLIAM AARON, Individually;
MICHAEL AGLIATO, Individually;
MARK AGLIETTI, Individually;
THOMAS E. AHERN, Individually;
ROBERT ALEXANDER, Individually;
JACK ALLEN, Individually;
ANTHONY AMOROSO, Individually;
MARK ANAYA, Individually;
ROBERT ANDERSEN, Individually;
DENNIS ANDERSON, Individually;
LAWRENCE KEITH ANDERSON, Individually;
RAYMOND ANNICELLI, Individually;
SCOTT ANNICELLI, Individually;
JEFFREY ANSTEAD, Individually;
JOSEPH AQUINO, Individually;

RAFAEL ARAUJO, Individually;
PETER ARCE, Individually;
FRANK ARDIZZONE, Individually;
EDWARD ARETAKIS, Individually;
DANIEL ARMAGNO, Individually;
ROBERT ARMSTRONG, Individually;
ROBERT ASCOLILLO, Individually;
BRIAN AUTZ, Individually;
DONALD AVERSA, Individually;
JOSEPH AVIGNONE, Individually;
JONATHAN BACKOF, Individually;
RAFAEL BADILLO, Individually;
RALPH BALESTRIERI, Individually;
JAMES BARANEK, Individually;
JOSEPH BARKER, Individually;
BRYANT BARNES, Individually;
JAMES BARRETT, Individually;
THOMAS BARRY, Individually;
WILLIAM BARTHOLOMEW, Individually;
JAMES BASILE, Individually;
MICHAEL BASILE, Individually;
JOHN BAUER, Individually;
JOHN BAUM, Individually;
ROGER BEEHLER, Individually;
JOHN BEHRINGER, Individually;
GLENDEN P. BELL, Individually;
WILLIAM BELL, Individually;
SCOTT BELLMAN, Individually;
REMO BELLOLI, Individually;
GARY BENEDICT, Individually;
PHILIP S. BENIGNO, Individually;
ALFRED BENJAMIN, Individually;
JANET BENTKOWSKI, Individually;
ROBERT BENTKOWSKI, Individually;
HECTOR BERDECIA, Individually;
ROBERT BERGIN, Individually;
MAYERS BEVERNY, Individually;
WILLIAM BIGGIN, Individually;
BLAISE BITET, Individually;
JOHN BONADIO, Individually;
PETER BONDY, Individually;
JOSEPH BONGIORNO, Individually;
BRIAN BONILLA, Individually;
BRIAN BONILLA, Individually;
RICHARD BONITZ, Individually;
THOMAS BORSARE, Individually;

DONALD BORTHWICK, Individually;
JAMES BOYLAN, Individually;
JOHN W. BOYLE, Individually;
JOHN BRAUNAGEL, Individually;
VINCENT R. BRENNAN, III, Individually;
CRAIG BRIERLEY, Individually;
JOSEPH BROSI, SR., Individually;
ROSCOE A. BROWN, Individually;
TOM BROWN, Individually;
GILA BROWNSTEIN, Individually;
DAVID BRUNO, Individually;
JOSEPH BRYANT, Individually;
THOMAS BUCKLEY, Individually;
JOHN BUHLER, Individually;
RICHARD BUNGER, Individually;
KEVIN M. BURIK, Individually;
DANIEL BURKE, Individually;
EDWARD BURKE, Individually;
MICHAEL BURKE, Individually;
WILLIAM BURKE, Individually;
LENWILL F. BURMESTER, III, Individually;
FREDERICK BURNETT, Individually;
BARBARA BURNETTE, Individually;
THOMAS BUTLER, Individually;
LAWRENCE BYRNE, Individually;
WILLIAM BYRNES, Individually;
RAYMOND CABAN, Individually;
FRANK CACCAVALE, Individually;
CHRISTOPHER CAICEDO, Individually;
GERARD CALLAHAN, Individually;
THOMAS CALLAHAN, Individually;
KEVIN CALLAN, Individually;
RAYMOND CALUORI, Individually;
JAMES CALVANESE, Individually;
TIMOTHY CAMPBELL, Individually;
JAMES CAMPISI, Individually;
ROBERT CANZONERI, Individually;
CLAUDIO CAPOBIANCO, Individually;
STEVE CARLINO, Individually;
ROBERT CARLO, Individually;
JOHN CARLUCCI, Individually;
CLIFF CARTY, Individually;
JOSEPH CASALIGGI, Individually;
WILLIAM CASEY, Individually;
VAL CASH, Individually;
GEORGE CASSIDY, Individually;

JOHN F. CASSIDY, Individually;
PETER CATHERALL, Individually;
PETER CAVAGNARO, Individually;
JOHN CAVALIERE, Individually;
JOHN CHANCE, Individually;
ERIC CHAPPELL, Individually;
FRANK CHARA, Individually;
JAMES CHECCO, Individually;
BOBBY CHEW, Individually;
DMITRIY CHINOV, Individually;
STEVEN CHOINSKI, Individually;
LEONARD CIMADOMO, Individually;
ENRIQUE CLAUDIO, Individually;
PATRICK J. CLEARY, Individually;
ANGELO COCCIOLILLO, Individually;
MICHAEL COGAN, Individually;
TOBY COHEN, Individually;
MICHAEL COLANDREA, Individually;
RICHARD COLLINSON, Individually;
JOHN COLOE, Individually;
VINCENT CONCANNON, Individually;
BRIAN CONLON, Individually;
DAVID CONNOLLY, Individually;
MICHAEL CONROY, Individually;
THOMAS CONROY, Individually;
CHRISTOPHER CONTALDI, Individually;
ANTHONY CONTI, Individually;
JEFFERY COOL, Individually;
JAMES COONEY, Individually;
RICHARD CORCORAN, JR., Individually;
MISAEL CORDOVA, Individually;
CARLOS CORREA, Individually;
FRED CORTESE, Individually;
THOMAS J. COSGROVE, Individually;
PAUL COSLETT, Individually;
ANDRE COX, Individually;
HARRY COYLE, Individually;
ROBERT CRISTADORO, Individually;
CHARLES J. CROCCO, Individually;
WILLIAM CRONIN, Individually;
MICHAEL CROWELL, Individually;
ANNETTE CRUZ, Individually;
GEORGE CUEVAS, Individually;
WILLIAM CUPO, Individually;
DOMINICK CURCI, Individually;
JOHN CURTIN, Individually;