EDWARD CURTIS, Individually;
ANTHONY DABNIS, Individually;
JAMES F. DAHL, Individually;
CHARLES E. DALTON, Individually;
JOSEPH DALY, Individually;
ANTHONY D'AMORE, Individually;
DANIEL DANILCZYK, Individually;
CHARLES DANKENBRINK, Individually;
RONALD F. DARCY, Individually;
EDWARD DAVIS, Individually;
MICHAEL DAVIS, Individually;
NICOLE DAVIS, Individually;
WILLIAM DAVIS, Individually;
STANLEY DAWE, Individually;
ROCCO DEBENEDETTO, Individually;
RODNEY DECUFFA, Individually;
MICHAEL DEEHAN, Individually;
CHRISTOPHER DELGIORNO, Individually;
DAVID DELVALLE, Individually;
STEPHEN DENARO, Individually;
FRANK DENVER, Individually;
MICHAEL DEPAOLA, Individually;
ANTHONY DEPELLEGRIN, Individually;
JEFFREY DERSHEM, Individually;
MATTHEW DESJARDIN, Individually;
PATRICK DEVANEY, Individually;
KEITH DEVENISH, Individually;
ANTHONY DEVITA, Individually;
THOMAS DEVITO, Individually;
JIMMY V. DICOSTANZO, Individually;
JOHN DIELE, Individually;
DOUG DIEM, Individually;
PAUL DIERINGER, Individually;
FRANK DILORENZO, Individually;
CHRISTOPHER DIMARIA, Individually;
PATRICK DIMICHELE, Individually;
KEVIN DINKINS, Individually;
COSMO DIORIO, Individually;
ROBERT DIROSSE, Individually;
THOMAS DOHERTY, Individually;
JOHN DOLAN, Individually;
PETER DOOLAN, Individually;
RICHARD DORE, Individually;
JOHN DORRE, Individually;
DANIEL DORRIAN, Individually;
EDWARD DOWD, Individually;

MICHAEL G. DOYLE, Individually;
RICHARD DRAVES, Individually;
ANDREW DUFFY, Individually;
WILLIAM DUNLEAVY, Individually;
WALTER DUNLOP, Individually;
PETER DUNN, Individually;
JOHN DURKIN, Individually;
ANTHONY EDWARDS, Individually;
GREGORY EDWARDS, Individually;
ERIC EGAN, Individually;
RICHARD EGAN, Individually;
WILLIAM EISENBERG, Individually;
MICHAEL ELLIA, Individually;
MICHAEL ELLIOTT, Individually;
JOHN ENRIGHT, Individually;
KEVIN ERDMAN, Individually;
STEPHEN ERICKSON, Individually;
ANTHONY ESPOSITO, Individually;
LOUIS R. ESPOSITO, Individually;
WILLIAM ESPOSITO, Individually;
ROBERT ESSEX, Individually;
RICHARD EULER, Individually;
GEORGE FALLER, Individually;
GERALD FARINA, Individually;
KEVIN FARRELL, Individually;
ROBERT FASANO, Individually;
GABRIEL FEBBRAIO, Individually;
RONALD FENNELL, Individually;
RAYMOND FERRAGANO, Individually;
THOMAS FERRANTI, JR., Individually;
JOHN FERRARI, Individually;
ANGELO FERRARO, Individually;
DAVID FERRERO, Individually;
JAMES FERRETTI, Individually;
ERIC FIGUEROA, Individually;
NEIL FILIPOWICZ, Individually;
FRANK ALBERT FIORE, Individually;
CHARLES FISHER, Individually;
MICHAEL FITZMAURICE, Individually;
DANIEL FITZPATRICK, Individually;
JOHN FLEMING, Individually;
DANIEL FLOYD, Individually;
SEBASTIAN FODERA, Individually;
GARY G. FORD, Individually;
KEVIN FORD, Individually;
RICHARD FORD, Individually;

JAMES D. FORGER, Individually;
DAVID FORLAND, Individually;
GERALD FORNINO, Individually;
VINCENT FRANCAVILLA, Individually;
JOHN FRAWLEY, Individually;
FRANK FRIDRICH, Individually;
LEE FUCHS, Individually;
DAVID J. FULLAM, Individually;
JOSEPH FULLAM, Individually;
CHRISTOPHER FUSARO, Individually;
JAMES GALATRO, Individually;
ROBERT GALIONE, Individually;
KEVIN P. GALLAGHER, Individually;
JOSEPH GALLO, Individually;
EDWARD GARDNER, Individually;
TIMOTHY GARDNER, Individually;
MICHAEL GARGISO, Individually;
CHARLES A. GAROFALO, Individually;
WILLIAM F. GATES, JR., Individually;
WILLIAM F. GATES, SR., Individually;
ANDREW GAUGHAN, Individually;
FREDERICK GAVITT, Individually;
THOMAS GAVITT, Individually;
JAMES GAYNOR, Individually;
CARL GELARDI, Individually;
RONALD GERLICH, Individually;
MICHAEL J. GERMAIN, Individually;
THOMAS GERONDEL, Individually;
JAMES K. GERSBECK, Individually;
CLIFFORD GIBBS, Individually;
KEVIN J. GILLEN, Individually;
PATRICK GILLEY, Individually;
PATRICK GILROY, Individually;
FRANK GIORDANO, Individually;
MARK GLEASON, Individually;
JOHN GLEESON, Individually;
BRIAN GLENN, Individually;
MARSHALL GLENZ, Individually;
SANTO GOLANDO, Individually;
DAVID GOLDSTEIN, Individually;
MICHAEL GOLINO, Individually;
GIANCARLO GOMEZ, Individually;
BRUCE N. GONZALEZ, Individually;
STEVEN GONZALEZ, Individually;
VICTOR GONZALEZ, Individually;
STEVEN GOODSTEIN, Individually;

EDWARD GORMLEY, Individually;
SEAN GRACE, Individually;
DENNIS GRADY, Individually;
JOSEPH GRANDE, Individually;
TERRY GRAVES, Individually;
ROBERT GRAY, Individually;
ROBERT B. GRAY, Individually;
MICHAEL GREENE, Individually;
ANTHONY GUADAGNO, Individually;
VINCENT GUIDO, Individually;
GEORGE GULLIKSEN, Individually;
DONALD HALIKIAS, Individually;
MATTHEW B. HALL, Individually;
WAYNE HALLORAN, Individually;
JOHN HANGLOW, Individually;
WILLIAM HANNAN, Individually;
WILLIAM HANSEN, Individually;
MICHAEL HARDING, Individually;
KATHY HARLEY, Individually;
JAMES HARRIS, Individually;
RICHARD HARRISON, Individually;
RICHARD HARTMAN, Individually;
FRANCIS HASKELL, Individually;
WILLIAM HASTINGS, Individually;
WILLIAM HAYES, Individually;
BRIAN HEALION, Individually;
LUKE HEALY, Individually;
JOHN HEEGAN, Individually;
EDWARD HEFELE, Individually;
NOEL HEFFERNAN, Individually;
RUDOLPH HEIN, Individually;
STACY HERMAN, Individually;
DANIEL HETTRICK, Individually;
KEITH HIGGINS, Individually;
SHENETTE HIGGS, Individually;
JOSEPH HODGES, Individually;
STEVEN HOEHLEIN, Individually;
DANIEL HOGAN, Individually;
FRANCIS HOGAN, Individually;
KEVIN HOGAN, Individually;
SCOTT HOLOWACH, Individually;
ARTHUR HOLSTROM, Individually;
JOSEPH HOLTGREWE, Individually;
JOHN HORAN, Individually;
JOHN HORAN, Individually;
LAWRENCE HORTON, Individually;

JAMES HOSFORD, Individually;
CRISTINA HUIE, Individually;
STEPHEN G. HUMENESKY, Individually;
JOSEPH IMPARATO, Individually;
GENE ISNARDI, Individually;
CHERYL IVES, Individually;
MICHAEL JACOBELLIS, Individually;
SEAN JANES, Individually;
THOMAS JASINSKI, Individually;
ANTHONY JIMENEZ, Individually;
JOSEPH JIROVEC, Individually;
JEFFREY R. JOHNSON, Individually;
RICHARD JONES, Individually;
STEPHEN JONES, Individually;
STEVEN KALLMAN, Individually;
JAMES KANE, Individually;
CHRISTOPHER KAPETANOS, Individually;
ADAM N. KARRAS, Individually;
JOHN KEATING, Individually;
MICHAEL KEEGAN, Individually;
ADRIAN KEENAN, Individually;
RICHARD KELLEHER, Individually;
MICHAEL KELLER, Individually;
STEVEN KELLER, Individually;
KEVIN R. KELLY, Individually;
DANIEL KEMMET, JR., Individually;
CHRISTOPHER KENDALL, Individually;
SEAN KENNY, Individually;
SEAN KERN, Individually;
KEVIN KIERAN, Individually;
MICHAEL KILDUFF, Individually;
PATRICK KILDUFF, Individually;
CHRISTOPHER KING, Individually;
DAVID KING, Individually;
MICHAEL KING, Individually;
NEAL KING, Individually;
THOMAS KING, Individually;
RONALD KINGSLEY, Individually;
RICHARD KIRRSTETTER, Individually;
ROBERT KIRWAN, Individually;
JOSEPH KISONAS, Individually;
RONALD KLIEGERMAN, Individually;
WILLIAM KLINE, Individually;
ROBERT KNUDSEN, Individually;
JAMES KOBETITSCH, Individually;
JOSEPH KOESTNER, Individually;

STEVEN KREBS, Individually;
GERARD KRILOFF, Individually;
JOHN L. KROON, Individually;
ROBERT A. KSELMAN, Individually;
CELIA KUPFERBERG, Individually;
DAVID KUSINITZ, Individually;
STEVEN KWINTNER, Individually;
JOHN LAFEMINA, Individually;
ROBERT LAMACCHIA, Individually;
PAUL LAMPASSO, Individually;
FRANK X. LAND, Individually;
LLOYD LAND, Individually;
THOMAS LANGAN, Individually;
TIMOTHY LANGNER, Individually;
JOHN LAPADULA, Individually;
BRIAN LAVIN, Individually;
STEVEN LEAHY, Individually;
ARTHUR LEECOCK, Individually;
RAYMOND LEIDNER, Individually;
ROBERT LEONE, Individually;
GREGORY P. LEVEROCK, Individually;
DAVID V. LEWIS, SR., Individually;
JOHN LIGHTSEY, Individually;
WILLIAM LILLEY, Individually;
ANTHONY LINDQUIST, Individually;
ANNIE LIVEO, Individually;
JOHN LODATO, Individually;
MATTHEW LODEWYKS, Individually;
DAVID LOHLE, Individually;
MICHELE LOMBARDI, Individually;
KEITH LONG, Individually;
KIRK LONG, Individually;
PATRICK LONG, Individually;
CHRISTOPHER LOPRESTI, Individually;
NICHOLAS LUCENTI, Individually;
CHRIS LUFFMAN, Individually;
ASTRID LUGO, Individually;
THOMAS LUNIEWSKI, Individually;
EUGENE LYNCH, Individually;
KEVIN LYNCH, Individually;
EUGENE LYNN, Individually;
JAMES MACKAY, Individually;
WILLIAM MACKIN, Individually;
SEAN MACPHERSON, Individually;
BRIAN MADDEN, Individually;
JAMES MAGER, Individually;

JAMES MAGUFFIN, Individually;
DANIEL MAHER, Individually;
ROBERT E. MAHON, Individually;
JOSE MALDONADO, Individually;
RIGOBERTO MALDONADO, Individually;
CHRISTOPHER MALONEY, Individually;
JOHN C. MALONEY, Individually;
JAMES J. MANAHAN, JR., Individually;
CHRISTOPHER MANDEVILLE, Individually;
BRIAN MANERE, Individually;
JOSEPH MANGRAVITO, Individually;
REGINALD MANLEY, Individually;
EDWARD MANNONE, Individually;
JAMES MANSBERGER, Individually;
LEON MARASHAJ, Individually;
JOSEPH MARCELLO, Individually;
PETER MARINO, Individually;
CHARLES MARKEY, Individually;
SAMUEL MARQUEZ, Individually;
THOMAS B. MARTIN, Individually;
FRANK MASTROTA, Individually;
FRANCIS MATOS, Individually;
VINCENT MATTONE, Individually;
DANIEL MAURICE, Individually;
ANTHONY MAURO, Individually;
ANTHONY MAZZULLO, Individually;
PHILIP H. MCARDLE, Individually;
EDWARD MCCAFFREY, Individually;
JOSEPH MCCARTHY, Individually;
KEVIN MCCARTHY, Individually;
DANIEL MCCAULEY, Individually;
GREGORY MCCAULEY, Individually;
PATRICIA MCCAULEY, Individually;
JOHN MCCLELLAN, Individually;
DANIEL MCCLUSKEY, Individually;
ROBERT MCCORMACK, Individually;
WILLIAM MCCORMACK, JR., Individually;
THOMAS MCCOY, Individually;
JAMES MCDERMOTT, Individually;
ROBERT MCDEVITT, Individually;
RICHARD MCDONAGH, Individually;
RICHARD, SR. MCDONAGH, Individually;
JAMES MCGEE, Individually;
JOHN MCGINTY, Individually;
THOMAS MCGOFF, Individually;
EUGENE MCGOWAN, Individually;

JAMES J. MCGOWAN III, Individually;
JAMES P. MCGUINNESS, Individually;
JOHN E. MCHUGH, JR., Individually;
DANIEL MCKAY, Individually;
JOSEPH MCKAY, Individually;
JOHN D. MCKEAN III, Individually;
JOSEPH MCKEON, Individually;
ROBERT MCKEON, Individually;
ARTHUR MCLOUGHLIN, Individually;
BRIAN P. MCMAHON, Individually;
ROBERT M. MCMAHON, Individually;
SHAUN MCNALLY, Individually;
TREVOR MCNEICE, Individually;
ROBERT MCNICHOLAS, Individually;
GEORGE MCQUADE, Individually;
JAMES MCSHANE, Individually;
RICHARD MEADOWS, Individually;
REGINALD MEBANE, Individually;
EUGENE MEEHAN, Individually;
KENNETH MEMMEN, Individually;
ALBERT MERK, Individually;
PATRICK MERWIN, Individually;
THOMAS MERWIN, Individually;
MICHAEL MESSINEO, Individually;
LANE METRO, Individually;
CHRISTOPHER MICHAELS, Individually;
JOSEPH MIDDLEBROOK, Individually;
ANTHONY MIGLIORE, Individually;
PHILIP MILKOVITS, Individually;
JOSEPH R. MILLER, Individually;
SAMMY MIRAGLIA, Individually;
JOHN MISKANIC, Individually;
IVAN MITCHELL, Individually;
JOHN MITCHELL, Individually;
THOMAS MITCHELL, Individually;
WILLIAM MITCHELL, Individually;
ROBERT MIUCCIO, Individually;
HENRY MOLLE, Individually;
KEVIN MONGIELLO, Individually;
JAMES MONTAGNINO, Individually;
ROGER MONTALVO, Individually;
JOHN MONTRONY, Individually;
KEVIN MORAN, Individually;
RAYMOND MORAN, Individually;
ROBERT J. MORAVEC, Individually;
MICHAEL MORIARTY, Individually;

PAUL MORONGELLO, Individually;
TIMOTHY MOYNIHAN, Individually;
MICHAEL MULLAHY, Individually;
THOMAS MULLEN, Individually;
THOMAS MULLIGAN, Individually;
GERARD MURNANE, Individually;
EDWARD MURPHY, Individually;
KEVIN B. MURPHY, Individually;
MICHAEL J. MURPHY, Individually;
TIMOTHY MURPHY, Individually;
WILLIAM MURPHY, III, Individually;
EDWARD P. MURRAY, Individually;
THOMAS MURRAY, Individually;
MICHAEL MUSHLIT, Individually;
FRANK MUZIO, Individually;
ALBERT NAPOLI, Individually;
JAMES NAPULI, Individually;
MATTHEW NEARY, Individually;
SAFIT NEZIRI, Individually;
VICTOR NICHOLASI, Individually;
JAMES NIEBLER, Individually;
EDWARD NIETZSCHMANN, Individually;
STEVEN W. NIGRO, Individually;
STEVEN NUZZO, Individually;
KEVIN M. O'BRIEN, Individually;
WILLIAM H. O'BRIEN, Individually;
MICHAEL O'BYRNE, Individually;
BRIAN O'CONNOR, Individually;
DANIEL O'CONNOR, Individually;
MICHAEL F. O'CONNOR, Individually;
MICHAEL O'DONNELL, Individually;
GEORGE OECHSLER, Individually;
GARY O'HAL, Individually;
MICHAEL O'HANLON, Individually;
TIMOTHY OLSON, Individually;
MATTHEW OLSZIEWSKI, Individually;
JOSEPH O'NEIL, Individually;
ROBERT G. O'NEILL, Individually;
THOMAS O'NEILL, Individually;
TIMOTHY O'NEILL, Individually;
GERALD P. O'SHEA, Individually;
ROBERT OSTROFSKY, Individually;
BRIAN O'SULLIVAN, Individually;
DANIEL O'SULLIVAN, Individually;
RICHARD OTHMER, Individually;
WILLIAM J. OWENS, Individually;

THOMAS PAIGE, Individually;
JOSEPH M. PALMIERI, Individually;
KEITH PALUMBO, Individually;
JAMES PANNULLO, Individually;
JOSEPH PAPILLO, Individually;
STEVEN PAPPAS, Individually;
GULMAR J. PARGA, Individually;
LAURENCE PARKER, Individually;
SCOTT PARLATORE, Individually;
CHARLES PARLE, Individually;
CLIFFORD PASE, Individually;
RICHARD PAULAN, Individually;
CLIFFORD PAYAN, Individually;
NEFTALI PEREZ, Individually;
PETER PERGOLA, Individually;
FRANK PERRONE, Individually;
JOHN PETEROY, Individually;
ROBERT PETERSEN, Individually;
RAYMOND PFEIFER, Individually;
COLIN PHILLIPS, Individually;
EMANUEL PIAZZA, Individually;
CHARLES PIOTROWSKI, Individually;
LAWRENCE PISANI, Individually;
ROBERT PIUGGI, Individually;
JOSEPH PIZZELANTI, Individually;
STEVEN PJURA, Individually;
MICHAEL J. POLCHINSKI, Individually;
CASEY POLITI, Individually;
BRADLEY POLLACK, Individually;
RALPH PORTOGHESE, Individually;
JOHN POULOS, Individually;
SHAYA PREISEROWICZ, Individually;
MICHAEL J. PRENDERGAST, Individually;
MARK PRESTI, Individually;
JOSEPH PRICE, Individually;
THOMAS M. PRIN, Individually;
JOSE PROSPER, Individually;
NANCY PUCA, Individually;
MARK QUALBEN, Individually;
BRIAN QUINN, Individually;
GEORGE QUINN, Individually;
JOHN J. QUINN, Individually;
TERENCE QUINN, Individually;
ALBERT QUINONES, Individually;
PETER QUINTALINO, Individually;
JOHN RAEHSE, Individually;

JOSEPH RAIMO, Individually;
CHRISTOPHER RAMOS, Individually;
MIGUEL RAMOS, Individually;
DOMINICK RANDAZZO, Individually;
TAY RAWLINS, Individually;
MICHAEL RAZUKIEWICZ, Individually;
EUGENE REACCUGLIA, Individually;
DANIEL REDDAN, Individually;
KEVIN REDDEN, Individually;
DANIEL REID, Individually;
WILLIAM REID, Individually;
MICHAEL REILLY, Individually;
JAIME RESKER, Individually;
RICHARD J. RESTO, Individually;
FRANCIS REYES, Individually;
AISHA RICCA, Individually;
STEPHEN RICCIO, Individually;
KEVIN S. RICH, Individually;
RODNEY RIDDICK, Individually;
SALVATORE A. RIGNOLA, Individually;
PAUL RINI, Individually;
JAMES RITCHIE, Individually;
ALFREDO RIVERA, Individually;
HECTOR RIVERA, Individually;
JOHN RIZZO, Individually;
JEFFREY ROBERTS, Individually;
NEIL G. ROCHFORD, Individually;
CARMEN MARIA RODRIGUEZ, Individually;
JOHN P. RODRIGUEZ, Individually;
PATRICIA ROHE, Individually;
WILLIAM ROHE, Individually;
JOHN ROHR, Individually;
DENCIL ROMAN, Individually;
ALBERTO ROMAN, JR., Individually;
KEVIN A. ROONEY, Individually;
VICTOR ROSARIO, Individually;
ROBERT A. ROSENFELD, Individually;
THOMAS ROSSELL, Individually;
MICHAEL ROSSIDIS, Individually;
MARIA RUEDA, Individually;
PHILIP RUGGIERO, Individually;
RICHARD RUGGIERO, Individually;
PAUL RUT, Individually;
PATRICK RYAN, Individually;
SEAN D. RYAN, Individually;
ARTHUR SABATINO, Individually;

PAUL SAINSBURY, Individually;
ANTHONY SALERNO, Individually;
MICHAEL J. SALICA, Individually;
VICTOR SALIMENI, Individually;
REBECCA SANCHEZ, Individually;
GERALD SANFORD, Individually;
WILLIAM SANKEY, Individually;
ISAIAS SANTANA, Individually;
PETER SANTELLI, Individually;
MICHAEL SAPIENZA, Individually;
LOUIS SARAPOCHILLO, Individually;
PATRICE SARNATORA, Individually;
PATRICK SAVAGE, Individually;
ROBERT SAVARESE, Individually;
JOHN SCALESI, Individually;
PATRICK SCALZA, Individually;
MICHAEL SCANLAN, Individually;
ANTHONY SCARDUZIO, Individually;
WILLIAM SCHALL, Individually;
LOUIS SCHERIFF, Individually;
WILLIAM SCHLEYER, Individually;
RONALD SCHLITT, Individually;
ROBERT SCHNEIDER, Individually;
CHRISTOPHER SCHROEDER, Individually;
JOHN SCHROEDER, Individually;
JOHN SCHULKEN, Individually;
FRED SCHWARZROCK, Individually;
ANTHONY SCOLA, Individually;
GLENN SCOTT, Individually;
JOHN SEILER, Individually;
DANIEL SELLER, Individually;
MARK SEROKOSZ, Individually;
JON SEZACK, Individually;
PAUL SHANNON, Individually;
GARY SHARKEY, Individually;
HARRY SHAUGHNESSY, Individually;
BRIAN SHEEHAN, Individually;
VALERIE SHIELDS, Individually;
FRANK SIALIANO, Individually;
FRANK J. SIGONA, Individually;
VICTOR SILVESTRO, Individually;
SEAN SIMPSON, Individually;
STEVEN SINGER, Individually;
ROBERT SINRICH, Individually;
MICHAEL SKONBERG, Individually;
DAVID SMITH, Individually;

DAVID P. SMITH, Individually;
JAMES B. SMITH, Individually;
RIP ARTHUR SMITH, Individually;
RONALD SOLTYSIK, Individually;
MICHAEL SOPRANO, Individually;
JOSEPH SORRENTINO, Individually;
HUGO SOSA, Individually;
RICARDO SOSA, Individually;
JOHN J. SOTTILE, Individually;
ROBERT A. SOWINSKI, Individually;
FRANK SPALDO, Individually;
RAYMOND SPIEGEL, Individually;
PHILLIP SPINA, Individually;
VINCENT SPINELLI, Individually;
DONALD SPURRELL, Individually;
EDWARD STACKHOUSE, Individually;
DANIEL STAFFORD, Individually;
THADDEUS STANKEWICZ, Individually;
MICHAEL STEEL, Individually;
ROGER STEINERT, Individually;
MICHAEL STEVENSON, Individually;
GREGORY STRAUB, Individually;
WILLIAM STUBBS, Individually;
HERBERT W. STUPP, Individually;
JOHN P. SULLIVAN, Individually;
JOHN P. SULLIVAN, Individually;
PETER SULLIVAN, Individually;
FRED J. SURBER, Individually;
JOHN SUSCO, Individually;
FRANCIS SWEENEY, Individually;
ROBERT F. SWEENEY, Individually;
WILLIAM SWEENEY, Individually;
JOSEPH SWICK, Individually;
EDMUND SYKES, Individually;
THOMAS SZILLUS, Individually;
GEORGE TABB, Individually;
IRVING TABICKMAN, Individually;
PATRICK TARPEY, Individually;
ANTHONY TAVOULAREAS, Individually;
PHILIP TESORIERO, Individually;
RAYMOND THOMAS, Individually;
EDWARD D. THOMPSON, Individually;
SALVATORE W. THOMPSON, Individually;
KEITH TIERNEY, Individually;
MARY LYNN TIERNEY, Individually;
MICHAEL A. TIERNEY, Individually;

MICHAEL J. TIMO, Individually;
REGINALD TIMOTHEE, Individually;
RICHARD TING, Individually;
JOHN TINGHITELLA, Individually;
JAMES TOSHACH, Individually;
ROBERT TOZZI, Individually;
ROBERT TRASCOY, Individually;
MARK TRINCONE, Individually;
MATTHEW TRINGALI, Individually;
JOSEPH TRIPPTREE, Individually;
FRANK TROSA, Individually;
CHARLES TRUNCALE, Individually;
GERARD F. TUCKER, Individually;
GERARD TUOHEY, Individually;
DENIS TWOMEY, Individually;
PETER TYNAN, Individually;
JAMES URKONIS, Individually;
MARK VALCICH, Individually;
HAROLD VALENCIA, Individually;
JUAN VEGA, Individually;
KEVIN VER STRATEN, Individually;
MARK VERDI, Individually;
JOSEPH VICARIO, Individually;
ADAM VILAGOS, Individually;
GLENN VON NOSTITZ, Individually;
JEFFREY VOUGHT, Individually;
LOUIS VULLO, Individually;
CHARLES WAHREN, Individually;
JOHN WALIS, Individually;
RONALD WALKER, Individually;
STEPHEN WALL, Individually;
GERALD WALSH, Individually;
KEVIN WALSH, Individually;
THOMAS J. WALSH, Individually;
CHRISTOPHER WALSH, Individually;
JOHN WAMSLEY, Individually;
MICHAEL WARD, Individually;
JAMES WATSON, Individually;
JOHN P. WATT, Individually;
JOHN WEGENAAR, Individually;
ALVIN H. WEINBERG, Individually;
MAYOBANEX WENTWORTH, Individually;
WAYNE WENZEL, Individually;
WALTER J. WERNER III, Individually;
JAMES WHEELER, Individually;
KENNETH WHELAN, Individually;

DANIEL F. WHITE, Individually;
BRIAN A. WILLIAMS, Individually;
KENNETH WILLIAMS, Individually;
MARIA CARMEN WILSON, Individually;
JOHN J. WINTER, Individually;
JOHN WOLCSON, Individually;
WILLIAM WOLF, Individually;
RONALD WOLKEN, Individually;
DUANE WOOD, Individually;
NICHOLAS WOWK, Individually;
MICHAEL WUNDER, Individually;
DONALD WUNDERLICH, Individually;
ANDREW WYCKOFF, Individually;
JOHN ZACCARIA, Individually;
BENJAMIN ZEITLIN, Individually;

------------------------------------------------------------------x

**PERSONAL INJURY PLAINTIFFS WHO ARE NOW DECEASED**

Ungaro & Cifuni LLP

KATHY COLEMAN, as Personal Representative of the Estate of LAWRENCE COLEMAN, Deceased;

ANGELA PIOLI, as Personal Representative of the Estate of LOUIS PIOLI, Deceased;

CATHYRN ROSAS, as Personal Representative of the Estate of RUBEN ROSAS, Deceased;

KEITH SIMMS, as Personal Representative of the Estate of MARCI SIMMS, Deceased;

FRANCES SMITH, as Personal Representative of the Estate of JAMES SMITH, Deceased;

MATTHEW STEINER, as Personal Representative of the Estate of MARK STEINER, Deceased;

ANGELA TROMBETTA, as Personal Representative of the Estate of PETER TROMBETTA, Deceased;

ARTHUR TSUI, as Personal Representative of the Estate of AGNES TSUI, Deceased;

MIGUELINA WAGNER, as Personal Representative of the Estate of MICHAEL WAGNER, Deceased;

**PERSONAL INJURY PLAINTIFFS**

PETRA R. ADGERSON, Individually;
DOROTHY AIELLO, Individually;
MICHAEL ALAVANJA, Individually;
WILLIAM G. ALBINO, Individually;
CARLYNN ALEXANDER, Individually;
SIXTO ALMONTE, Individually;
MICHAEL ALONGI, Individually;
GLENN M. AMICO, Individually;
BRYAN ANDERSON, Individually;
VINCENT ANDRASKO, Individually;
ROBERT ANGERHAUSER, Individually;
GREGORY ANTONISON, Individually;
ROBERT ARLUCK, Individually;
MICHAEL ARNERO, Individually;
ANDRIUS BAGDZIUNAS, Individually;
ROBERT BARCLAY, Individually;
JOHN W. BEATTIE, Individually;
MONTE BERGER, Individually;
CHRISTAL BERKELEY, Individually;
ROBERT L. BONIFATI, Individually;
CARMEN BONILLA, Individually;
ANN BOYLAN, Individually;
DORICE BRADLEY, Individually;
TEDDY BREINBERG, Individually;
ABRAHAM BRENHOLZ, Individually;
PATRICK BRESNIHAN, Individually;
ROSE BRUGUERAS, Individually;
ELENA MARIE BRUSCO, Individually;
JAMES F. BYRNE, Individually;
FRANCISCO CAGGIA, JR., Individually;
RICARDO CAMPOS, Individually;
CHRISTOPHER CANAVAN, Individually;
DAVID CANO, Individually;
DOMINICK CAPUANO, Individually;
JAMES P. CARINI, Individually;
HOWARD CARSWELL, Individually;
CARMEN CASTIGLIA, Individually;
PEDRO CASTILLO, Individually;
SAM CENTAMORE, Individually;
EDWARD CETNAR, Individually;
ELLEN CHANG, Individually;
NAVEED CHAUDRY, Individually;
JOHN CHENSEY, Individually;

EDWIN L. CHITTICK, Individually;
DAVID CIORCIARI, Individually;
MATTHEW CIRELLI, Individually;
ALEXANDER CISNEROS, Individually;
MICHAEL J. CLANCY, Individually;
RICHARD CLEMENT, Individually;
EDWARD R. COAKLEY, Individually;
JENNARA COBB, Individually;
MICHAEL CODY, Individually;
ROY COHEN, Individually;
JOHN M. COMPARETTO, Individually;
PATRICK CONRY, Individually;
THOMAS CRAWFORD, Individually;
JOSE A. CRUZ, Individually;
ROSE CUOCO, Individually;
ATANASIE CURUMI, Individually;
ROBERT DAHLING, Individually;
MONIKA DARAGJATI, Individually;
TIMOTHY J. DAY, Individually;
CARMINE W. DEDONATO, Individually;
ANTHONY J. DEFAZIO, Individually;
MARK A. DEFAZIO, Individually;
CHARLES DELGADO, Individually;
CHRISTOPHER DELMASTRO, Individually;
THERESA DELMASTRO, Individually;
JOHN DELUCA, Individually;
STEVEN DEPAOLA, Individually;
LOUIS DEVIRGILIO, Individually;
GIUSTO DIMARCO, Individually;
WILLIAM DITOMASO, Individually;
STEVEN DITORO, Individually;
BRUCE DONACH, Individually;
STEVEN DONAHOO, Individually;
MAUREEN DONOHUE, Individually;
MICHAEL DORSEY, Individually;
BRENDA DUFFY, Individually;
DAVID DUNN, Individually;
STEPHEN DUX, Individually;
RACHELL DWYER, Individually;
RENEE ECHEL, Individually;
EDWARD EDWARDS, Individually;
JOHN W. EGAN, Individually;
EDWARD ENGLAND, Individually;
JOSEPH G. ENNIS, Individually;
JOHN L. ERKER, Individually;
PAUL ESPOSITO, Individually;

ROSARIO A. EVOLA, Individually;
MERCEDES M. FABREGAS, Individually;
PAUL FAENZA, Individually;
RICHARD FAGAN, Individually;
STEVEN P. FARKAS, Individually;
MICHAEL FARONE, Individually;
STEVEN D. FEELY, Individually;
DIEGO FELICIANO, Individually;
ANTHONY FERNANDEZ, Individually;
STEVEN FERRIGNO, Individually;
STEPHEN FINKEL, Individually;
LARRY FLUNORY, Individually;
VLADIMIR FRANCISCO, Individually;
BRIAN FRANKLIN, Individually;
LEONARD Z. FULLER, Individually;
KENNETH GABLEMAN, Individually;
ALAN J. GALLO, Individually;
CHARLES P. GALLOGLY, Individually;
WILLIAM M. GAMMEL, Individually;
FRANK GANGEMI, Individually;
JAMES GEIGER, Individually;
ANTHONY C. GIACONELLI, Individually;
JOHN GISONNO, Individually;
LAWRENCE GLANTZ, Individually;
THOMAS GRAHAM, Individually;
ROBERT GRANT, Individually;
KENNETH J. GRAY, Individually;
MICHAEL GRENNAN, Individually;
CHRISTOPHER GUNN, Individually;
EDWIN GUTIERREZ, Individually;
ROBERT HACHEMEISTER, Individually;
TIMOTHY HARDIMAN, Individually;
MATTHEW HARRINGTON, Individually;
TIMOTHY HARRINGTON, Individually;
THOMAS HARTIGAN, Individually;
TAMMY HARWOOD, Individually;
VANE HENDERSON, Individually;
JOHN HENNIG, Individually;
ANDREW HERR, Individually;
WAYNE HISGEN, Individually;
THOMAS HOGAN, Individually;
NICHOLAS HOLOVINSKY, Individually;
DEBORAH HOPKINS, Individually;
JOHN P. HOPKINS, Individually;
DAVID HURST, Individually;
VICTOR JACOME, Individually;

BRIAN JAMISON, Individually;
CHRISTOPHER JAMISON, Individually;
FRANTZ JEROME, Individually;
LORRAINE JOHNSON, Individually;
EUGENE M. JOHNSTON, Individually;
PATRICK JOHNSTON, Individually;
CHRISTOS KATSABANIS, Individually;
ROBERT M. KELLY, Individually;
SCOTT KELLY, Individually;
CAROL KENNEDY, Individually;
BIBI S. KHAN, Individually;
JOHN KIMBALL, Individually;
SCOTT KIMMINS, Individually;
KEVIN KING, Individually;
THOMAS R. KING, Individually;
ERIC KLAYMAN, Individually;
CARA KOSAKA, Individually;
EMILIO LABOY, Individually;
RICHARD A. LAM, Individually;
NICHOLAS LAMACCHIA, Individually;
BARBARA LANZETTA, Individually;
DAVID LAPORTE, Individually;
THOMAS A. LARKIN, Individually;
JEFFREY LAROSA, Individually;
STEPHEN LATALARDO, Individually;
MICHAEL J. LAUDONIO, Individually;
RICHARD LAVA, Individually;
PETER A. LAVIN, Individually;
FRANK LEANDRO, Individually;
MARTIN LEVINE, Individually;
ANTHONY LIMERI, Individually;
SAL A. LOCASCIO, Individually;
JOHN M. LOMBARDO, Individually;
MANUEL LOUREIRO, Individually;
EBEN LUGO, Individually;
ALBERT LUONGO, Individually;
DONNA LUONGO, Individually;
CHRISTOPHER P. MADDEN, Individually;
DENNIS MAIRA, Individually;
PETER MANCERI, Individually;
RAYMOND MANCINI, Individually;
CHRISTOPHER MARCHISOTTO, Individually;
VICTOR O. MARZANO, Individually;
ANTHONY MASSARO, Individually;
ANDREW A. MCDONALD, Individually;
JAMES T. MCGRATH, Individually;

EDWARD J. MCGREAL, Individually;
JEFFREY MCGUINESS, Individually;
WARREN MCKINZIE, Individually;
JOHN MCNAMEE, Individually;
THOMAS MCSWEENEY, Individually;
HARRIET MILLS, Individually;
SCOTT MILNE, Individually;
TANYA R. MILO, Individually;
JAMES G. MOLLOY, Individually;
KENNETH MOLLOY, Individually;
JOHN MONAGHAN, Individually;
CHRISTOPHER MONTAGNA, Individually;
PAUL J. MONTANA, Individually;
ABNER MOORE, Individually;
ROBERT S. MORIN, Individually;
JAMES MOSCA, Individually;
EDWARD MULLEN, Individually;
WILLIAM J. MURRAY, Individually;
DERRICK MURRELL, Individually;
PATSY NATALE, Individually;
MICHAEL NEARY, Individually;
PATRICIA NEBEL, Individually;
JAMES J. NOLAN, Individually;
DANIEL L. O'BYRNE, Individually;
DANIEL O'HANLON, Individually;
FRANCIS B. O'KEEFFE, Individually;
VITO OLIVIA, Individually;
JAMES O'NEILL, Individually;
MICHAEL P. O'NEILL, Individually;
CHRISTOPHER OROSZ, Individually;
THOMAS P. O'ROURKE, Individually;
CHARLES ORTIZ, Individually;
ROBERT P. O'SULLIVAN, Individually;
WILLIAM J. OWENS, Individually;
DEIDRE PAAT, Individually;
GEORGE PALESANO, JR., Individually;
BRAD PALLAS, Individually;
FRANK P. PANGALLO, Individually;
JOHN PAPA, Individually;
LAWRENCE K. PAPOLA, Individually;
JOHN PEGRAM, Individually;
JOHN A. PERNA, Individually;
JEROME PERRY, Individually;
STEPHEN M. PHELAN, Individually;
RONALD PINO, Individually;
ANNEMARIE PIOLI, Individually;

MICHAEL PIOLI, Individually;
STEPHEN PISANO, Individually;
ELIZABETH PIZARRO, Individually;
JOSEPH A. POLLINI, Individually;
JOHN PORTALADIN, Individually;
KEVIN P. QUINN, Individually;
PATRICK RAFFERTY, Individually;
ANTHONY J. RAGANELLA, Individually;
CHRISTOPHER T. RAU, Individually;
NEDRA RAY-LOMBARDO, Individually;
ERIC REISS, Individually;
MATILDE REYES, Individually;
DANIEL RICCIARDI, Individually;
STEVEN RICH, Individually;
DENNIS A. ROBINSON, Individually;
DENNIS RODRIGUEZ, Individually;
WILBERT RODRIGUEZ, Individually;
JOHN ROGAN, Individually;
ANTHONY ROSARIO, Individually;
ANTHONY J. RUSSO, Individually;
RITA SABATINO, Individually;
MARIVEL SALCEDO, Individually;
PATRICK SALERNO, Individually;
HECTOR J. SANTIAGO, Individually;
VINCENT SANTORE, Individually;
JASON SATURNIN, Individually;
JOSEPH SCAFFIDI, Individually;
CHARLES SCALZO, Individually;
MICHELLE SCHAEFER, Individually;
ROBERT SCHENDORF, Individually;
ROBERT E. SCHLEICHER, Individually;
STEVEN R. SCOTTO, Individually;
SANTO SCRIBANI, Individually;
KONRAD M. SEEGERS, Individually;
JAMES J. SEIFERHELD, Individually;
JAMES J. SEMERAD, Individually;
JAMES R. SESTI, Individually;
PRAVINA H. SHAH, Individually;
MATTHEW T. SHERMAN, Individually;
JOHN F. SLAYNE, Individually;
SHIRLEY SMITH, Individually;
TINA HARRIS SMITH, Individually;
DANIEL SPINELLI, Individually;
ARTHUR W. STAUDINGER, Individually;
MICHAEL STEFANOVICH, Individually;
CHRISTOPHER J. SULLIVAN, Individually;

DENNIS SULLIVAN, Individually;
JOHN M. SVINOS, Individually;
KEVIN L. TAYLOR, Individually;
MICHELLE TEMPLE, Individually;
ANTHONY THOMPSON, Individually;
ANTHONY TODARO, Individually;
ERIC TORRES, Individually;
ALFRED J. TRAVERS, Individually;
ANTHONY L. TROCCHICO, Individually;
DENISE M. TROCCHICO, Individually;
DAVID TSUI, Individually;
THOMAS J. VANASCO, Individually;
GEOFFREY VARELA, Individually;
STEPHEN VARGA, Individually;
MANUEL VARGAS, Individually;
RICHARD VETRANO, Individually;
LAWRENCE A. VIGGIANO, Individually;
MICHAEL J. WALSH, Individually;
PATRICK W. WALSH, Individually;
KARL M. WEBER, Individually;
WILLIAM J. WENGERT, Individually;
RUBEN WEXLER, Individually;
AISHAH WILLIAMS-BAKER, Individually;
JOHN H. WOLF, Individually;
MICHAEL WYSOKOWSKI, Individually;
HENRY N. YAEGER, Individually;
DANIEL YAGOS, Individually;


--------------------------------------------------------------------x

**PERSONAL INJURY PLAINTIFFS WHO ARE NOW DECEASED**                              **David M. Peterson, P.C.**

LUTEE CHAN, as Personal Representative of the Estate
of LIP MENG AU, Deceased;

XIAN RU PAN, as Personal Representative of the Estate
of YI CHUN CAO, Deceased;


**PERSONAL INJURY PLAINTIFFS**

YIM KUEN CHAN, Individually;
JI ZHONG CHEN, Individually;
YUAN JIE CHEN, Individually;
CONG MING CHENG, Individually;
YUK CHING CHIU, Individually;
KUN SUN ENG, Individually;

HUA QING JIANG, Individually;
NAI TENG JIANG, Individually;
JOHNNY KUNG, Individually;
HAU KWONG LEE, Individually;
PETER LEE, Individually;
YU CHUNG LEE, Individually;
KIT FONG LEE-OR, Individually;
JIE LI, Individually;
XIAO FU LI, Individually;
YI SAN LI, Individually;
EMILY LIU, Individually;
SUET HANG LO, Individually;
WAI KWAN LEE MOY, Individually;
YUK PING PANG, Individually;
OI KAM SHEK, Individually;
ALICE SHU, Individually;
SUK HUNG SZE, Individually;
MU YI TAN, Individually;
WEN LI TSENG, Individually;
TIENHSIN TU, Individually;
HON YU WONG, Individually;
XIN WU, Individually;
FENG MING YANG, Individually;
REN QI YANG, Individually;
XUEYU YANG, Individually;
ZI XIANG YE, Individually;
XIURONG ZHANG, Individually;
AI PING ZHOU, Individually;
JIAN LIANG ZHU, Individually;


--------------------------------------------------------------------x

**PERSONAL INJURY PLAINTIFFS**                    **Pitta & Giblin LLP**

SCOTT HAWKES, Individually;

--------------------------------------------------------------------x

VIRGINIA BAUER, Individually, as surviving Spouse,
and Executrix of the Estate of W. DAVID BAUER, II,         **Baumeister & Samuels P.C.**
Deceased;
W. DAVID BAUER, III, as surviving Child of W. DAVID
BAUER, II;
STEPHEN BAUER, as surviving Child of W. DAVID
BAUER, II;
JACQUELINE BAUER, as surviving Child of W.
DAVID BAUER, II;

DOROTHY BAUER, Individually, as surviving Mother, and Executrix of the Estate of WALTER D. BAUER, Deceased, surviving Father of W. DAVID BAUER, II;

GRETCHEN ABERNATHY, as surviving Sibling of W. DAVID BAUER, II;

HEIDI BAUER-POLLARD, as surviving Sibling of W. DAVID BAUER, II;

ROBERT G. BAUER, as surviving Sibling of W. DAVID BAUER, II;

LISA BEAMER, Individually, as surviving Spouse, and Executrix of the Estate of TODD M. BEAMER, Deceased;

LISA BEAMER, as Mother and Natural Guardian of A.T.B., a minor, as surviving Child of TODD M. BEAMER;

LISA BEAMER, as Mother and Natural Guardian of M.K.B., a minor, as surviving Child of TODD M. BEAMER;

DAVID P. BEAMER, as surviving Child of TODD M. BEAMER;

DAVID BEAMER, as surviving Father of TODD M. BEAMER;

MARGARET BEAMER, as surviving Mother of TODD M. BEAMER;

MELISSA WILSON, as surviving Sibling of TODD M. BEAMER;

MICHELE BEAMER-SORENSEN, as surviving Sibling of TODD M. BEAMER;

SUSAN BEATINI, Individually, as surviving Spouse, and Administratrix of the Estate of PAUL F. BEATINI, Deceased;

JULIA BEATINI, as surviving Child of PAUL F. BEATINI;

DARIA BEATINI, as surviving Child of PAUL F. BEATINI;

MARK BEATINI, Individually, and Executor of the Estate of MICHAEL C. BEATINI, Deceased, as surviving Father of PAUL F. BEATINI;

MARK BEATINI, Individually, and Executor of the Estate of DORIS BEATINI, Deceased, as surviving Mother of PAUL F. BEATINI;

THOMAS BEATINI and NANDA BEATINI, Individually, and Co-Administrators of the Estate of

MICHAEL L. BEATINI, surviving Sibling of PAUL F. BEATINI;

MARK BEATINI, as surviving Sibling of PAUL F. BEATINI;

THOMAS BEATINI, as surviving Sibling of PAUL F. BEATINI;

NANDA BEATINI, as surviving Sibling of PAUL F. BEATINI;

PANDORA BHARVANEY, Individually, as surviving Spouse, and Administratrix of the Estate of ANIL T. BHARVANEY, Deceased;

CATHYANN BONNETT, Individually, as surviving Spouse, and Administratrix of the Estate of COLIN BONNETT, Deceased;

KODY BONNETT, as surviving Child of COLIN BONNETT;

JULIA V. BONNETT, as surviving Mother of COLIN BONNETT;

AUBREY A. PARRIS, as surviving Father of COLIN BONNETT;

HEATHER BONNETT, as surviving Sibling of COLIN BONNETT;

DEBORAH BOWDEN HART, Individually, as surviving Spouse, and Executrix of the Estate of THOMAS BOWDEN, Deceased;

DEBORAH BOWDEN HART, as Mother and Natural Guardian of A.V.B.H., a minor, as surviving Child of THOMAS BOWDEN;

DEBORAH BOWDEN HART, as Mother and Natural Guardian of S.J.B.H., a minor, as surviving Child of THOMAS BOWDEN;

JAMES BOWDEN, as surviving Sibling of THOMAS BOWDEN;

JENNIFER HENRY, Individually, as surviving Spouse, and Administratrix of the Estate of SHAWN E. BOWMAN, JR., Deceased;

JENNIFER HENRY, as Mother and Natural Guardian of L.E.B.H., a minor, as surviving Child of SHAWN E. BOWMAN, JR.;

JENNIFER HENRY, as Mother and Natural Guardian of J.S.B.H., a minor, as surviving Child of SHAWN E. BOWMAN, JR.;

SHAWN E. BOWMAN, SR., as surviving Father of SHAWN E. BOWMAN, JR.;
CAROL A. BOWMAN, as surviving Mother of SHAWN E. BOWMAN, JR.;
JAMES E. BOWMAN, as surviving Sibling of SHAWN E. BOWMAN, JR.;

JENNIFER BRENNAN WATERHOUSE, Individually, as surviving Spouse, and Administratrix of the Estate of THOMAS BRENNAN, Deceased;
JENNIFER BRENNAN WATERHOUSE, as Mother and Natural Guardian of T.M.B., a minor, as surviving Child of THOMAS BRENNAN;
JENNIFER BRENNAN WATERHOUSE, as Mother and Natural Guardian of C.A.B., a minor, as surviving Child of THOMAS BRENNAN;
JOHN V. BRENNAN, as surviving Father of THOMAS BRENNAN;
ANITA BRENNAN, as surviving Mother of THOMAS BRENNAN;
JOHN O. BRENNAN, as surviving Sibling of THOMAS BRENNAN;
PAUL BRENNAN, as surviving Sibling of THOMAS BRENNAN;
MARY BETH MAGEE, as surviving Sibling of THOMAS BRENNAN;
MICHAEL BRENNAN, as surviving Sibling of THOMAS BRENNAN;

LAURA BUSTILLO, Individually, as surviving Spouse, and Administratrix of the Estate of MILTON BUSTILLO, Deceased;
LAURA BUSTILLO, as Mother and Natural Guardian of A.B., a minor, as surviving Child of MILTON BUSTILLO;
DAYNA SPORDONE, as surviving step-daughter of MILTON BUSTILLO;
MARGARITA BETTER, as surviving Mother of MILTON BUSTILLO;
DISSA BUSTILLO, Individually, and Personal Representative of the Estate of GILBERTO BUSTILLO, SR., as surviving Father of MILTON BUSTILLO; DISSA BUSTILLO, as surviving Sibling of MILTON BUSTILLO;
HENRY BUSTILLO, as surviving Sibling of MILTON BUSTILLO;

MIRNA BUSTILLO, as surviving Sibling of MILTON BUSTILLO;
GILBERTO BUSTILLO, JR., as surviving Sibling of MILTON BUSTILLO;

ELIZABETH CANDELA, Individually, as surviving Spouse, and Administratrix of the Estate of JOHN ANTHONY CANDELA, Deceased;
JULIETTE CANDELA, as surviving Child of JOHN ANTHONY CANDELA;
JOHN ARTHUR CANDELA, as surviving Child of JOHN ANTHONY CANDELA;
JOSEPH G. CANDELA, Individually, and Executor of the Estate of JOHN C. CANDELA, Deceased, as surviving Father of JOHN ANTHONY CANDELA;
JOSEPH G. CANDELA, Individually, and Executor of the Estate of PHYLLIS CANDELA, Deceased, as surviving Mother of JOHN ANTHONY CANDELA;
JOSEPH G. CANDELA, as surviving Sibling of JOHN ANTHONY CANDELA;
VALERIE SPELLER, as surviving Sibling of JOHN ANTHONY CANDELA;
KAREN ANN MEE, as surviving Sibling of JOHN ANTHONY CANDELA;
JOAN BRADY, as surviving Sibling of JOHN ANTHONY CANDELA;

MARIE CARLINO, Individually, as surviving Spouse, and Executrix of the Estate of EDWARD CARLINO, Deceased;
LISA TORRES, as surviving Child of EDWARD CARLINO;
MARY CARLINO, as surviving Parent of EDWARD CARLINO;
SALVATORE CARLINO, as surviving Parent of EDWARD CARLINO;

TERESEA CUNNINGHAM, Individually, as surviving Spouse, and Administratrix of the Estate of MICHAEL J. CUNNINGHAM, Deceased;
TERESA CUNNINGHAM, as Mother and Natural Guardian of W.C., a minor, as surviving Child of MICHAEL J. CUNNINGHAM;
PAUL CUNNINGHAM, as surviving Sibling of MICHAEL J. CUNNINGHAM;

JULIEANNE CUNNIINGHAM, as surviving Sibling of
MICHAEL J. CUNNINGHAM;
BERNADETTE T. HAYES, as surviving Sibling of
MICHAEL J. CUNNINGHAM;
SEAN CUNNINGHAM, as surviving Sibling of
MICHAEL J. CUNNINGHAM;
ANDREW CUNNINGHAM, as surviving Sibling of
MICHAEL J. CUNNINGHAM;

KAREN D'AMBROSI, Individually, as surviving
Spouse, and Executrix of the Estate of JACK L.
D'AMBROSI, JR., Deceased;
JACQUELINE D'AMBROSI, as surviving Child of
JACK L. D'AMBROSI;
EMILY D'AMBROSI, as surviving Child of JACK L.
D'AMBROSI, JR.;
TINA D'AMBROSI, Executrix of the Estate of JACK L.
D'AMBROSI, SR., Deceased, as surviving Father of
JACK L. D'AMBROSI, JR.;
DENISE BONOLI, as surviving Sibling of JACK L.
D'AMBROSI, JR.;
DEAN J. D'AMBROSI, as surviving Sibling of JACK L.
D'AMBROSI, JR.;

MARY DANAHY, Individually, as surviving Spouse, and
Executrix of the Estate of PATRICK W. DANAHY,
Deceased;
MARY DANAHY, as Mother and Natural Guardian of
K.T.D., a minor, as surviving Child of PATRICK W.
DANAHY;
MARY DANAHY, as Mother and Natural Guardian of
G.A.D, a minor, as surviving Child of PATRICK W.
DANAHY;
ALISON M. DANAHY, as surviving Child of PATRICK
W. DANAHY;

JOHN DIMEGLIO, Individually, and Administrator of
the Estate of DAVID DIMEGLIO, Deceased;
JOHN DIMEGLIO, as surviving Father of DAVID
DIMEGLIO;
PATTI S. DIMEGLIO, as surviving Mother of DAVID
DIMEGLIO;
DANIEL DIMEGLIO, as surviving Sibling of DAVID
DIMEGLIO;

SANDRA FELT, Individually, as surviving Spouse, and Executrix of the Estate of EDWARD P. FELT, Deceased;
KATHRYN FELT, as surviving Child of EDWARD P. FELT;
ADRIENNE FELT, as surviving Child of EDWARD P. FELT;
SHIRELY A. FELT, as surviving Mother of EDWARD P. FELT;
LAWRENCE FELT, as surviving Sibling of EDWARD P. FELT;
GORDON FELT, as surviving Sibling of EDWARD P. FELT;

NANCY FOSTER, Individually, as surviving Spouse, and Administratrix of the Estate of NOEL J. FOSTER, Deceased;
NANCY FOSTER, as mother and Natural Guardian of Megan Foster, an incapacitated adult, as surviving Child of NOEL J. FOSTER;
NICOLE FOSTER, as surviving Child of NOEL J. FOSTER;

BARBARA GALLUCCI, Individually, as surviving Spouse, and Administratrix of the Estate of VINCENZO GALLUCCI, Deceased;
ALYSSA GALLUCCI, as surviving Child of VINCENZO GALLUCCI;
ANGELA GALLUCCI, as surviving Mother of VINCENZO GALLUCCI;
JOSEPH GALLUCCI, as surviving Father of VINCENZO GALLUCCI;
FILOMENA GRACE SANTORELLI, as surviving Sibling of VINCENZO GALLUCCI;

MICHAEL J. GIORDANO, Individually, and Administrator of the Estate of DONNA GIORDANO, Deceased;
MICHAEL J. GIORDANO, as surviving Child of DONNA GIORDANO; DOMENICK D'AMBOLA, Individually, and Personal Representative of the Estate of JESSAMINE D'AMBOLA, Deceased, as surviving Mother of DONNA GIORDANO;
DOMENICK D'AMBOLA, as surviving Father of DONNA GIORDANO;
ELAINE BARRETT, as surviving Sibling of DONNA GIORDANO;

LYZBETH GLICK BEST, Individually, as surviving Spouse, and Administratrix of the Estate of JEREMY GLICK, Deceased;

LYZBETH GLICK BEST, as Mother and Natural Guardian of E.G., a minor, as surviving Child of JEREMY GLICK;

LLOYD GLICK, as surviving Father of JEREMY GLICK;

JOAN GLICK, as surviving Mother of JEREMY GLICK;

JENNIFER GLICK, as surviving Sibling of JEREMY GLICK;

JED GLICK, as surviving Sibling of JEREMY GLICK;

JARED GLICK, as surviving Sibling of JEREMY GLICK;

JOANNA GLICK, as surviving Sibling of JEREMY GLICK;

JONAH GLICK, as surviving Sibling of JEREMY GLICK;

JILL GOLDSTEIN, Individually, as surviving Spouse, and Administratrix of the Estate of STEVEN GOLDSTEIN, Deceased;

JILL GOLDSTEIN, as Mother and Natural Guardian of H.G., a minor, as surviving Child of STEVEN GOLDSTEIN;

HANNA GOLDSTEIN, as surviving Child of STEVEN GOLDSTEIN;

ELSA G. STRONG, Individually, and Executrix of the Estate of LINDA K. GRONLUND, Deceased;

DORIS GRONLUND, as surviving Mother of LINDA K. GRONLUND;

BARBARA GRONLUND, Personal Representative of the Estate of ARTHUR G. GRONLUND, Deceased, as surviving Father of LINDA K. GRONLUND;

ELSA G. STRONG, as surviving Sibling of LINDA K. GRONLUND;

EILEEN HANNAFORD, Individually, as surviving Spouse, and Administratrix of the Estate of KEVIN J. HANNAFORD, Deceased;

EILEEN HANNAFORD, as Mother and Natural Guardian of K.J.H., a minor, as surviving Child of KEVIN J. HANNAFORD;