UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------X

KATHLEEN ASHTON, Individually, as surviving Parent, and Personal Representative of the Estate of THOMAS ASHTON Deceased;
JOHN ASHTON, as surviving Parent of THOMAS ASHTON, Deceased;
MARY BUCKLEY, as surviving Sibling of THOMAS ASHTON, Deceased;
COLLEEN AMATO, as surviving Sibling of THOMAS ASHTON, Deceased;

LORRAINE ABAD, Individually, as surviving Spouse, and Personal Representative of the Estate of EDELMIRO ABAD, Deceased;
REBECCA ABAD, as surviving Child of EDELMIRO ABAD, Deceased;

GWYNETTA HURST ROSSI, Individually, as surviving Parent, and Personal Representative of the Estate of SHANNON L. ADAMS, Deceased;
KYLE ADAMS-FLOYD, as surviving Sibling of SHANNON L. ADAMS, Deceased;
MICHAEL J. ADAMS, as surviving Sibling of SHANNON L. ADAMS, Deceased;

MARY E. ADDERLEY and TERENCE E. ADDERLEY, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of TERENCE ADDERLEY, JR., Deceased;

CARMEN AGNES, Individually, as surviving Parent, and Personal Representative of the Estate of DAVID AGNES, Deceased;

MILTIADIS AHLADIOTIS, Individually, as surviving Parent, and Personal Representative of the Estate of JOANNE AHLADIOTIS, Deceased;
EFFIE AHLADIOTIS-SALLOUM, as surviving Sibling of JOANNE AHLADIOTIS, Deceased;

KIM TRIMINGHAM-AIKEN, Individually, as surviving Spouse, and Personal Representative of the Estate of TERRANCE AIKEN, Deceased;

03 MDL 1570 (GBD)(SN)

Civil Case No. 1:17-cv-02003

**FIRST AMENDED
CONSOLIDATED COMPLAINT**

**Kreindler & Kreindler LLP**

TERREASE AIKEN, as surviving Child of TERRANCE AIKEN, Deceased;

DONNA L. ALBERT, Individually, as surviving Spouse, and Personal Representative of the Estate of JON L. ALBERT, Deceased;
STEPHEN L. ALBERT, as surviving Child of JON L. ALBERT, Deceased;
DAVID L. ALBERT, as surviving Child of JON L. ALBERT, Deceased;

JOSEPHINE ALGER, Individually, as surviving Spouse, and Co-Personal Representative of the Estate of DAVID D. ALGER, Deceased;
FREDERICK M. ALGER, III, Individually, as surviving Sibling, and Co-Personal Representative of the Estate of DAVID D. ALGER, Deceased;
CRISTINA ALGER WANG, as surviving Child of DAVID D. ALGER, Deceased;
ROXANA ALGER GEFFEN, as surviving Child of DAVID D. ALGER, Deceased;

ANGELICA ALLEN, Individually, as surviving Spouse, and Personal Representative of the Estate of ERIC ALLEN, Deceased;
KATHLEEN ALLEN, as surviving Child of ERIC ALLEN, Deceased;

EMILY AMARANTO YAREMBINSKY, Individually, as surviving Child, and Personal Representative of the Estate of ANGELO AMARANTO, Deceased;

DEBORAH AMATO, Individually, as surviving Spouse, and Personal Representative of the Estate of JAMES M. AMATO, Deceased;

GEORGE ANDRUCKI and MARY ANDRUCKI, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of JEAN ANDRUCKI, Deceased;

ANNE ANGELINI, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH J. ANGELINI, SR., Deceased;
MICHAEL P. ANGELINI, as surviving Child of JOSEPH J. ANGELINI, SR., Deceased;

ANNMARIE ANGELINI, as surviving Child of JOSEPH J. ANGELINI, SR., Deceased;
MARY M. ANGELINI, as surviving Child of JOSEPH J. ANGELINI, SR., Deceased;

PERRY ORETZKY, as Personal Representative of the Estate of DAVID L. ANGELL, Deceased;

PERRY ORETZKY, as Personal Representative of the Estate of MARY LYNN EDWARDS ANGELL, Deceased;

KATHLEEN APOSTOL, Individually, as surviving Spouse, and Personal Representative of the Estate of FAUSTINO APOSTOL, JR., Deceased;

ALEXANDER and WINIFRED ARANYOS, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of PATRICK ARANYOS, Deceased;

MARGARET ARCE, Individually, as surviving Parent, and Personal Representative of the Estate of DAVID ARCE, Deceased;

VICKIE ARESTEGUI, Individually, as surviving Sibling, and Personal Representative of the Estate of BARBARA ARESTEGUI, Deceased;
ROSIE ARESTEGUI, as surviving Parent of BARBARA ARESTEGUI, Deceased;
VITTORIO ARESTEGUI, as surviving Parent of BARBARA ARESTEGUI, Deceased;
SHARON ARESTEGUI, as surviving Sibling of BARBARA ARESTEGUI, Deceased;
KRISTEN ARESTEGUI, as surviving Sibling of BARBARA ARESTEGUI, Deceased;
NANCY ARESTEGUI, as surviving Sibling of BARBARA ARESTEGUI, Deceased;

MARGIT ARIAS, Individually, as surviving Spouse, and Personal Representative of the Estate of ADAM P. ARIAS, Deceased;

EVELYN ARON, Individually, as surviving Spouse, and Personal Representative of the Estate of JACK C. ARON, Deceased;

TIMOTHY ARON, as surviving Child of JACK C. ARON, Deceased;

MARIA ARYEE, Individually, as surviving Spouse, and Personal Representative of the Estate of JAPHET ARYEE, Deceased;

JOANN ATLAS, Individually, as surviving Spouse, and Personal Representative of the Estate of GREGG A. ATLAS, Deceased;

NANCY BADAGLIACCA, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN BADAGLIACCA, Deceased;
GRACE BADAGLIACCA, as surviving Parent of JOHN BADAGLIACCA, Deceased;
JOHN BADAGLIACCA, as surviving Parent of JOHN BADAGLIACCA, Deceased;
JODIE SCOLARO, as surviving Sibling of JOHN BADAGLIACCA, Deceased;

CHRISTINA BAKSH, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL BAKSH, Deceased;
AVA BAKSH, as surviving Child of MICHAEL BAKSH, Deceased;
JAMES BAKSH, as surviving Child of MICHAEL BAKSH, Deceased;

JOANNE BARBARA, Individually, as surviving Spouse, and Personal Representative of the Estate of GERARD BARBARA, Deceased;
PAUL BARBARA, as surviving Child of GERARD BARBARA, Deceased;
CAREN VILLARREAL, as surviving Child of GERARD BARBARA, Deceased;

MONICA BARBELLA, Individually, as surviving Spouse, and Personal Representative of the Estate of JAMES W. BARBELLA, Deceased;
SARAH BARBELLA, as surviving Child of JAMES W. BARBELLA, Deceased;
JAMES BARBELLA, as surviving Child of JAMES W. BARBELLA, Deceased;
JOANN CASTRONOVO, as surviving Child of JAMES W. BARBELLA, Deceased;

RUTH BARBELLA, as surviving Parent of JAMES W.
BARBELLA, Deceased;
FRANK J. BARBELLA, as surviving Parent of JAMES
W. BARBELLA, Deceased;
MICHAEL BARBELLA, as surviving Sibling of JAMES
W. BARBELLA, Deceased;
THOMAS BARBELLA, as surviving Sibling of JAMES
W. BARBELLA, Deceased;
RUTH A. BARBELLA, as surviving Sibling of JAMES
W. BARBELLA, Deceased;
FRANK BARBELLA, as surviving Sibling of JAMES W.
BARBELLA, Deceased;

DIANNE M. WALSH, Individually, as surviving Sibling,
and Personal Representative of the Estate of CHRISTINE
BARBUTO, Deceased;
JEANNINE DALY, as surviving Sibling of CHRISTINE
BARBUTO, Deceased;

DANIEL F. BARKOW, Individually, as surviving
Spouse, and Personal Representative of the Estate of
COLLEEN BARKOW, Deceased;
CRYSTAL BARKOW, as surviving Stepchild of
COLLEEN BARKOW, Deceased;
KAYLA BARKOW, as surviving Stepchild of COLLEEN
BARKOW, Deceased;

JEANNINE P. BARON, Individually, as surviving
Spouse, and Personal Representative of the Estate of
EVAN J. BARON, Deceased;
ETHAN BARON, as surviving Child of EVAN J.
BARON, Deceased;
JEANNINE P. BARON on behalf of J. B., minor,
surviving Child of EVAN J. BARON, Deceased;

JANE BARTELS, Individually, as surviving Spouse, and
Personal Representative of the Estate of CARLTON
BARTELS, Deceased;
MELINA BARTELS, as surviving Child of CARLTON
BARTELS, Deceased;

VLADIMIR BASIN, Individually, as surviving Spouse,
and Personal Representative of the Estate of INNA
BASINA, Deceased;
BORIS BASIN, as surviving Child of INNA BASIN,
Deceased;

KEFIM KOGAN, as surviving Sibling of INNA BASIN, Deceased;

ELAINE LEINUNG, Individually, as surviving Parent, and Personal Representative of the Estate of PAUL BATTAGLIA, Deceased;
ERIC J. LEINUNG, as surviving Sibling of PAUL BATTAGLIA, Deceased;
JOHN M. LEINUNG, as surviving Stepparent of PAUL BATTAGLIA, Deceased;

KIMBERLY K. BEAVEN, Individually, as surviving Spouse, and Personal Representative of the Estate of ALAN BEAVEN, Deceased;
DAHLIA BEAVEN, as surviving Child of ALAN BEAVEN, Deceased;
JOHN BEAVEN, as surviving Child of ALAN BEAVEN, Deceased;
MARGARET BUDDE, as surviving Sibling of ALAN BEAVEN, Deceased;

MICHELE BEDIGIAN LAVARONE, Individually, as surviving Spouse, and Personal Representative of the Estate of CARL BEDIGIAN, Deceased;

ESTHER RODRIGUEZ, as Personal Representative of the Estate of PETER BEIFELD, Deceased;
THERESA CLARNER, as surviving Partner of PETER BEIFELD, Deceased;

LOWELL BELL, Individually, as surviving Parent, and Personal Representative of the Estate of NINA P. BELL, Deceased;
PATRICIA BELL, as surviving Parent of NINA P. BELL, Deceased;
LOWELL F. BELL, as surviving Sibling of NINA P. BELL, Deceased;
DEBORAH HARRISON, as surviving Sibling of NINA P. BELL, Deceased;

JOSEPH BERARDI, Individually, as surviving Parent, and Personal Representative of the Estate of DOMINICK J. BERARDI, Deceased;
MARIA V. BERARDI, as surviving Parent of DOMINICK J. BERARDI, Deceased;

TINA M. BERARDI, as surviving Sibling of DOMINICK J. BERARDI, Deceased;
NICHOLAS A. BERARDI, as surviving Sibling of DOMINICK J. BERARDI, Deceased;

SUSAN BERGER, Individually, as surviving Spouse, and Personal Representative of the Estate of STEVEN H. BERGER, Deceased;
MELISSA BERGER, as surviving Child of STEVEN H. BERGER, Deceased;

MADELINE BERGIN, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN BERGIN, Deceased;
KATIE BERGIN, as surviving Child of JOHN BERGIN, Deceased;
SHANNON BERGIN, as surviving Child of JOHN BERGIN, Deceased;
JOHN BERGIN, as surviving Child of JOHN BERGIN, Deceased;

LOURDES PEREZ-BERKELEY, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL J. BERKELEY, Deceased;

CHARLES BERKELEY and PAULINE BERKELEY, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of GRAHAM A. BERKELEY, Deceased;

PAULA BERRY, Individually, as surviving Spouse, and Personal Representative of the Estate of DAVID S. BERRY, Deceased;

VALERIE BETHKE, Individually, as surviving Spouse, and Personal Representative of the Estate of WILLIAM R. BETHKE, Deceased;

SIRAK BETRU, Individually, as surviving Sibling, and Personal Representative of the Estate of YENENEH BETRU, Deceased;

MIRIAM BIEGELEISEN, Individually, as surviving Spouse, and Personal Representative of the Estate of SHIMMY D. BIEGELEISEN, Deceased;

MORDECHAI BIEGELEISEN, as surviving Child of SHIMMY D. BIEGELEISEN, Deceased;
ADINA GEWIREZMAN, as surviving Child of SHIMMY D. BIEGELEISEN, Deceased;
DVORA ROTBERG, as surviving Child of SHIMMY D. BIEGELEISEN, Deceased;
ISRAEL J. BIEGELEISEN, as surviving Child of SHIMMY D. BIEGELEISEN, Deceased;
MOSHE J. BIEGELEISEN, as surviving Child of SHIMMY D. BIEGELEISEN, Deceased;
ALAN BIEGELEISEN, as surviving Sibling of SHIMMY D. BIEGELEISEN, Deceased;

CHRISTINE BINI, Individually, as surviving Spouse, and Personal Representative of the Estate of CARL BINI, Deceased;
STEFANIE PARISH, as surviving Child of CARL BINI, Deceased;
DESIREE DIDONNA, as surviving Child of CARL BINI, Deceased;

MARCEL BIRNBAUM, Individually, as surviving Parent, and Personal Representative of the Estate of JOSHUA BIRNBAUM, Deceased;
SAMUEL BIRNBAUM, as surviving Parent of JOSHUA BIRNBAUM, Deceased;
JILLIAN EISMAN, as surviving Sibling of JOSHUA BIRNBAUM, Deceased;

DEBORAH BLANDING, Individually, as surviving Spouse, and Personal Representative of the Estate of HARRY A. BLANDING, JR., Deceased;
DEBORAH BLANDING on behalf of B. B., minor, surviving Child of HARRY A. BLANDING, JR., Deceased;

KRIS BLOOD, Individually, as surviving Spouse, and Personal Representative of the Estate of RICHARD M. BLOOD, JR., Deceased;
MICHAEL BLOOD, as surviving Child of RICHARD M. BLOOD, JR., Deceased;
MADELINE BLOOD, as surviving Child of RICHARD M. BLOOD, JR. Deceased;

DOROTHY A. BOGDAN, Individually, as surviving Spouse, and Personal Representative of the Estate of NICHOLAS BOGDAN, Deceased;

DOROTHY A. BOGDAN on behalf of E. B., minor, surviving Child of NICHOLAS BOGDAN, Deceased;

NICHOLAS BOGDAN, as surviving Child of NICHOLAS BOGDAN, Deceased;

MARIA BOISSEAU, Individually, as surviving Spouse, and Personal Representative of the Estate of LAWRENCE BOISSEAU, Deceased;

SHARON BOOKER, Individually, as surviving Spouse, and Personal Representative of the Estate of SEAN BOOKER, Deceased;

CYNTHIA LEWIS, Individually, as surviving Sibling, and Personal Representative of the Estate of SHERRY ANN BORDEAUX, Deceased;

CYNTHIA LEWIS, as Personal Representative of the Estate of JERLINE LEWIS, Deceased, surviving Parent of SHERRY ANN BORDEAUX, Deceased;

CYNTHIA LEWIS, as Personal Representative of the Estate of STEVE LEWIS, Deceased, surviving Parent of SHERRY ANN BORDEAUX, Deceased;

TRACI BOSCO-MYHAL, Individually, as surviving Spouse, and Personal Representative of the Estate of RICHARD EDWARD BOSCO, Deceased;

TRACI BOSCO-MYHAL on behalf of A. R. B., minor, surviving Child of RICHARD EDWARD BOSCO, Deceased;

FREDERICK BOWERS, JR., Individually, as surviving Parent, and Personal Representative of the Estate of KIMBERLY S. BOWERS, Deceased;

LINDA BOWMAN, Individually, as surviving Spouse, and Personal Representative of the Estate of LARRY BOWMAN, Deceased;

KATHLEEN BOX, Individually, as surviving Spouse, and Personal Representative of the Estate of GARY BOX, Deceased;

JOLANTA BOYARSKY, Individually, as surviving
Spouse, and Personal Representative of the Estate of
GENNADY BOYARSKY, Deceased;
MICHAEL BOYARSKY, as surviving Child of
GENNADY BOYARSKY, Deceased;
BEATA BOYARSKY, as surviving Sibling of
GENNADY BOYARSKY, Deceased;

JAMES J. BOYLE, Individually, as surviving Parent, and
Personal Representative of the Estate of MICHAEL
BOYLE, Deceased;

JEAN BRACA, Individually, as surviving Spouse, and
Personal Representative of the Estate of ALFRED
BRACA, Deceased;

DAVID E. BRACE, Individually, as surviving Spouse,
and Personal Representative of the Estate of SANDRA J.
CONATY-BRACE, Deceased;

PHILLIP G. BRADSHAW, Individually, as surviving
Spouse, and Personal Representative of the Estate of
SANDRA W. BRADSHAW, Deceased;

JENNIFER E. BRADY, Individually, as surviving
Spouse, and Personal Representative of the Estate of
DAVID B. BRADY, Deceased;
JENNIFER E. BRADY on behalf of G. A. B., minor,
surviving Child of DAVID B. BRADY, Deceased;

RANULFO GAMBOA and RENEE GAMBOA, as Co-
Personal Representatives of the Estate of DAVID REED
GAMBOA- BRANDHORST, Deceased;

MIA GONZALEZ, Individually, as surviving Child, and
Personal Representative of the Estate of
LYDIA E. BRAVO, Deceased;
LETICIA MUSZEL, as surviving Sibling of LYDIA E.
BRAVO, Deceased;
ALBERT BRAVO, as surviving Sibling of LYDIA E.
BRAVO, Deceased;

EDWARD BRENNAN, Individually, as surviving Parent,
and Personal Representative of the Estate of EDWARD A.
BRENNAN, III, Deceased;

HILLARY A. BRILEY, Individually, as surviving Spouse, and Personal Representative of the Estate of JONATHAN E. BRILEY, Deceased;

URSULA BROGHAMMER, Individually, as surviving Spouse, and Personal Representative of the Estate of HERMAN C. BROGHAMMER, Deceased;
JOHN C. BROGHAMMER, as surviving Child of HERMAN C. BROGHAMMER, Deceased;
AMY B. STABILE, as surviving Child of HERMAN C. BROGHAMMER, Deceased;

EDWARD RADBURN, Individually, as surviving Spouse, and Personal Representative of the Estate of BETTINA BROWNE-RADBURN, Deceased;

DAWN BRYFOGLE, Individually, as surviving Spouse, and Personal Representative of the Estate of MARK BRUCE, Deceased;
DIANE BRUCE, as surviving Parent of MARK BRUCE, Deceased;
STEPHEN BRUCE, as surviving Sibling of MARK BRUCE, Deceased;
DAVID BRUCE, as surviving Sibling of MARK BRUCE, Deceased;
DAVID BRUCE, as Personal Representative of the Estate of HAROLD TRUMAN BRUCE, Deceased, surviving Parent of MARK BRUCE;

JO ANNE BRUEHERT, Individually, as surviving Spouse, and Personal Representative of the Estate of RICHARD BRUEHERT, Deceased;
CHRISTINA BRUEHERT, as surviving Child of RICHARD BRUEHERT, Deceased;
JO ANNE BRUEHERT on behalf of D. B., minor, surviving Child of RICHARD BRUEHERT, Deceased;
JOHN BRUEHERT, as surviving Sibling of RICHARD BRUEHERT, Deceased;

SUSAN E. WHELAN, Individually, as surviving Spouse, and Personal Representative of the Estate of PATRICK BUHSE, Deceased;
SLOAN BUHSE, as surviving Child of PATRICK BUHSE, Deceased;
WILLIAM F. BUHSE, as surviving Child of PATRICK BUHSE, Deceased;

WILLIAM BUHSE, as surviving Sibling of PATRICK
BUHSE, Deceased;
THOMAS BUHSE, as surviving Sibling of PATRICK
BUHSE, Deceased;
SUANNE KAZANECKI, as surviving Sibling of
PATRICK BUHSE, Deceased;
MICHAEL BUHSE, as surviving Sibling of PATRICK
BUHSE, Deceased;

DAVID BURFORD, Individually, as surviving Parent,
and Personal Representative of the Estate of
CHRISTOPHER BURFORD, Deceased;
JEREMY M. KRIST, as surviving Stepsibling of
CHRISTOPHER BURFORD, Deceased;

JULIE BURKE, Individually, as surviving Spouse, and
Personal Representative of the Estate of THOMAS
DANIEL BURKE, Deceased;

ELIZABETH BURNS, Individually, as surviving Spouse,
and Personal Representative of the Estate of DONALD J.
BURNS, Deceased;
MICHAEL CHARLES BURNS, as surviving Child of
DONALD J. BURNS, Deceased;
PATRICK MATTHEW BURNS, as surviving Child of
DONALD J. BURNS, Deceased;
MICHAEL F. BURNS, as surviving Sibling of DONALD
J. BURNS, Deceased;
KATHLEEN BURNS REED, as surviving Sibling of
DONALD J. BURNS, Deceased;

SANDRA BURNSIDE, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JOHN P. BURNSIDE, Deceased;

NGORAN DJE, Individually, as surviving Spouse, and
Personal Representative of the Estate of IRINA BUSLO,
Deceased;

MARTHA BUTLER, Individually, as surviving Spouse,
and Personal Representative of the Estate of THOMAS M.
BUTLER, Deceased;
MARTHA BUTLER on behalf of P. T. B., minor,
surviving Child of THOMAS M. BUTLER, Deceased;

SEAN W. BUTLER, as surviving Child of THOMAS M. BUTLER, Deceased;
KELLY A. BUTLER, as surviving Child of THOMAS M. BUTLER, Deceased;
EILEEN CRISTIANO, as surviving Sibling of THOMAS M. BUTLER, Deceased;

SHARON CAHILL CASTLE, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN CAHILL, Deceased;

JAMES C. CAHILL, Individually, as surviving Parent, and Personal Representative of the Estate of SCOTT W. CAHILL, Deceased;
LINDA CAHILL, as surviving Parent of SCOTT W. CAHILL, Deceased;
PATRICK CAHILL, as surviving Sibling of SCOTT W. CAHILL, Deceased;

JAMES W. CAHILL and KATHLEEN CAHILL, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of THOMAS J. CAHILL, Deceased;
KATHLEEN PSIROGIANES, as surviving Sibling of THOMAS J. CAHILL, Deceased;
KERRY KERIN, as surviving Sibling of THOMAS J. CAHILL, Deceased;
CHRISTOPHER CAHILL, as surviving Sibling of THOMAS J. CAHILL, Deceased;

SUSAN CALCAGNO, Individually, as surviving Spouse, and Personal Representative of the Estate of PHILIP CALCAGNO, Deceased;

DEBORAH CALDERON, Individually, as surviving Spouse, and Personal Representative of the Estate of EDWARD CALDERON, Deceased;
LLENE CALDERON, as surviving Child of EDWARD CALDERON, Deceased;
JEREMY CALDERON, as surviving Child of EDWARD CALDERON, Deceased;
IDA BRUNO, as surviving Parent of EDWARD CALDERON, Deceased;
VICENTE CALDERON, as surviving Parent of EDWARD CALDERON, Deceased;

CAROLINE OTERO, as surviving Sibling of EDWARD CALDERON, Deceased;

VINCENT CALDERON, JR., as surviving Sibling of EDWARD CALDERON, Deceased;

CATHY CALDERON, as surviving Sibling of EDWARD CALDERON, Deceased;

MARIZA CALDERON, as surviving Sibling of EDWARD CALDERON, Deceased;

ANTHONY CALDERON, as surviving Sibling of EDWARD CALDERON, Deceased;

JANET CALIA-DONOHUE, Individually, as surviving Spouse, and Personal Representative of the Estate of DOMINICK CALIA, Deceased;

VINCENT CANGELOSI and MICHELLE CANGELOSI, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of VINCENT A. CANGELOSI, Deceased;

JACQUELINE CANNIZZARO, Individually, as surviving Spouse, and Personal Representative of the Estate of BRIAN CANNIZZARO, Deceased;

JACQUELINE CANNIZZARO, on behalf of C. C., minor, surviving Child of BRIAN CANNIZZARO, Deceased;

LORI CAPORICCI, Individually, as surviving Spouse, and Personal Representative of the Estate of LOUIS CAPORICCI, Deceased;

LAUREN CAPORICCI, as surviving Child of LOUIS CAPORICCI, Deceased;

CHRISTINA CAPORICCI, as surviving Child of LOUIS CAPORICCI, Deceased;

JEAN CAREY, Individually, as surviving Spouse, and Personal Representative of the Estate of DENNIS CAREY, Deceased;

RICHARD PETER CARNEY, Individually, as surviving Sibling, and Personal Representative of the Estate of MARK CARNEY, Deceased;

PATRICIA CARRINGTON, Individually, as surviving Spouse, and Personal Representative of the Estate of JEREMY CARRINGTON, Deceased;

TONI ANN CARROLL, Individually, as surviving Spouse, and Personal Representative of the Estate of PETER J. CARROLL, Deceased;
ANTHONY D. DENIRO, as surviving Stepchild of PETER J. CARROLL, Deceased;
DANA ANN DENIRO, as surviving Stepchild of PETER J. CARROLL, Deceased;

NANCY CARROLL, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL T. CARROLL, Deceased;
BRENDAN CARROLL, as surviving Child of MICHAEL T. CARROLL, Deceased;
OLIVIA CARROLL, as surviving Child of MICHAEL T. CARROLL, Deceased;
ELEANOR CARROLL, as surviving Parent of MICHAEL T. CARROLL, Deceased;
NANCY AMIGRON, as surviving Sibling of MICHAEL T. CARROLL, Deceased;
EILEEN NIX, as surviving Sibling of MICHAEL T. CARROLL, Deceased;

CARLO CASORIA and JUDITH CASORIA, Individually, as surviving Parents, and Co-Personal Representative of the Estate of THOMAS CASORIA, Deceased;

LEONARD A. CASTRIANNO, SR., Individually, as surviving Parent, and Personal Representative of the Estate of LEONARD M. CASTRIANNO, JR., Deceased;

LORRAINE SPEAR CATALANO, Individually, as surviving Spouse, and Personal Representative of the Estate of ROBERT W. SPEAR, JR., Deceased;

SANTA CATARELLI, Individually, as surviving Spouse, and Personal Representative of the Estate of RICHARD G. CATARELLI, Deceased;
SANTA CATARELLI, on behalf of A. C., minor, surviving Child of RICHARD G. CATARELLI, Deceased;

GINA CAYNE, Individually, as surviving Spouse, and Personal Representative of the Estate of JASON CAYNE, Deceased;

MARISSA CAYNE, as surviving Child of JASON CAYNE, Deceased;

GINA CAYNE on behalf of R. C., minor, surviving Child of JASON CAYNE, Deceased;

SUZANN CAYNE, as surviving Child of JASON CAYNE, Deceased;

GERALDINE CEFALU, Individually, as surviving Parent, and Personal Representative of the Estate of JASON CEFALU, Deceased;

BOB CHEATHAM, Individually, as surviving Spouse, and Personal Representative of the Estate of DELROSE FORBES CHEATHAM, Deceased;

SUK TAN CHIN, Individually, as surviving Sibling, and Personal Representative of the Estate of ROBERT CHIN, Deceased;

PAK HO CHIN, as surviving Parent of ROBERT CHIN, Deceased;

YUET LING CHIN, as surviving Parent of ROBERT CHIN, Deceased;

EDWARD CIAFARDINI, Individually, as surviving Parent, and Personal Representative of the Estate of CHRISTOPHER CIAFARDINI, Deceased;

MAGGIE CIAFARDINI, as surviving Parent of CHRISTOPHER CIAFARDINI, Deceased;

DOMINIC CIAFARDINI, as surviving Sibling of CHRISTOPHER CIAFARDINI, Deceased;

LISA DILALLO CLARK, Individually, as surviving Spouse, and Personal Representative of the Estate of THOMAS R. CLARK, Deceased;

YUKO CLARK, Individually, as surviving Spouse, and Personal Representative of the Estate of GREGORY A. CLARK, Deceased;

TANYA KIM DAVIS, Individually, as surviving Child, and Personal Representative of the Estate of MANNIE L. CLARK, Deceased;

ROBERT CLARK, Individually, as surviving Sibling, and Personal Representative of the Estate of EUGENE CLARK, Deceased;

KATHLEEN L. CLARKE HEAD, as surviving Sibling of
CHRISTOPHER R. CLARKE, Deceased;
KELLY A. CLARKE, as surviving Sibling of
CHRISTOPHER R. CLARKE, Deceased;
PATRICIA CLARKE SCUDDER, as surviving Sibling of
CHRISTOPHER R. CLARKE, Deceased;
TIMOTHY J. CLARKE, as surviving Sibling of
CHRISTOPHER R. CLARKE, Deceased;
TRACEY CLARKE OSBORNE, as surviving Sibling of
CHRISTOPHER R. CLARKE, Deceased;

JOHN F. CLARKE, Individually, as surviving Parent, and
Personal Representative of the Estate of MICHAEL
CLARKE, Deceased;

CHARLES CLYNE, Individually, as surviving Spouse,
and Personal Representative of the Estate of SUSAN M.
CLYNE, Deceased;
MICHAEL CLYNE, as surviving Child of SUSAN M.
CLYNE, Deceased;
MARIE S. CLYNE, as surviving Child of SUSAN M.
CLYNE, Deceased;
KEVIN P. CLYNE, as surviving Child of SUSAN M.
CLYNE, Deceased;
TIMOTHY D. CLYNE, as surviving Child of SUSAN M.
CLYNE, Deceased;
GRACE DIETRICH, as surviving Parent of SUSAN M.
CLYNE, Deceased;
KURT H. DIETRICH, as surviving Sibling of SUSAN M.
CLYNE, Deceased;
LINDA G. CREAMER, as surviving Sibling of SUSAN
M. CLYNE, Deceased;
GRACE DIETRICH, as Personal Representative of the
Estate of HENRY K. DIETRICH, Deceased, surviving
Parent of SUSAN M. CLYNE, Deceased;

VINCENT COAKLEY and CAROLINE COAKLEY,
Individually, as surviving Parents, and Co-Personal
Representatives of the Estate of STEVEN COAKLEY,
Deceased;

FRANCES M. COFFEY, Individually, as surviving
Spouse, and Personal Representative of the Estate of
DANIEL M. COFFEY, Deceased;

FRANCES M. COFFEY, Individually, as surviving Parent, and Personal Representative of the Estate of JASON COFFEY, Deceased;

SUSAN HUTCHINS, Individually, as surviving Parent, and Personal Representative of the Estate of KEVIN COLBERT, Deceased;
ANDREW COLBERT, as surviving Sibling of KEVIN COLBERT, Deceased;
MATTHEW CARROLL, as surviving Sibling of KEVIN COLBERT, Deceased;
ALEXANDER CARROLL, as surviving Sibling of KEVIN COLBERT, Deceased;

MARYANN COLIN, Individually, as surviving Spouse, and Personal Representative of the Estate of ROBERT D. COLIN, Deceased;

JULIA COLLINS, Individually, as surviving Spouse, and Personal Representative of the Estate of THOMAS J. COLLINS, Deceased;

WARREN COLODNER, Individually, as surviving Spouse, and Personal Representative of the Estate of PATRICIA COLODNER, Deceased;

BENITO COLON, Individually, as surviving Spouse, and Personal Representative of the Estate of SOL E. COLON, Deceased;

PATRICIA COPPO, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH J. COPPO, JR., Deceased;
KATHLEEN N. ZAPATA, as surviving Child of JOSEPH J. COPPO, JR., Deceased;

FELICIA CORBETT JONES, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH CORBETT, Deceased;

LAURIE S. LAUTERBACH, Individually, as surviving Spouse, and Personal Representative of the Estate of CARLOS CORTES-RODRIGUEZ, Deceased;

PAULA COTTOY HAYES, Individually, as surviving Spouse, and Personal Representative of the Estate of CONROD COTTOY, SR., Deceased;

PATRICIA COUGHLIN, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN G. COUGHLIN, Deceased;
ERIN COUGHLIN, as surviving Child of JOHN G. COUGHLIN, Deceased;
TARA COUGHLIN, as surviving Child of JOHN G. COUGHLIN, Deceased;
KAYLE COUGHLIN, as surviving Child of JOHN G. COUGHLIN, Deceased;

DENNIS EULAU, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHELE COYLE-EULAU, Deceased;
MATTHEW EULAU, as surviving Child of MICHELE COYLE-EULAU, Deceased;
MARK EULAU, as surviving Child of MICHELE COYLE-EULAU, Deceased;
DENNIS EULAU on behalf of E. E., minor, surviving Child of MICHELE COYLE-EULAU, Deceased;

JOHN T. CRANT, Individually, as surviving Sibling, and Personal Representative of the Estate of DENISE T. CRANT, Deceased;
JOHN T. CRANT and SHELLEY CRANT-BAGGOT as Co-Personal Representatives of the Estate of HILDA E. CRANT, Deceased, surviving Parent of DENISE T. CRANT, Deceased;
JOHN T. CRANT and SHELLEY CRANT-BAGGOT as Co-Personal Representatives of the Estate of ELLIS W. CRANT, Deceased, surviving Parent of DENISE T. CRANT, Deceased;
ELLIS W. CRANT, JR., as surviving Sibling of DENISE T. CRANT, Deceased;
SHELLEY CRANT-BAGGOT, as surviving Sibling of DENISE T. CRANT, Deceased;

LISA B. CRAWFORD, Individually, as surviving Spouse, and Personal Representative of the Estate of JAMES L. CRAWFORD, JR., Deceased;
LISA B. CRAWFORD on behalf of I. C., minor, surviving Child of JAMES L. CRAWFORD, JR., Deceased;

ELIZABETH CRAWFORD, as surviving Parent of JAMES L. CRAWFORD, JR., Deceased;
JIM CRAWFORD, as surviving Parent of JAMES L. CRAWFORD, JR., Deceased;
ELIZABETH VAN DUNYE, as surviving Sibling of JAMES L. CRAWFORD, JR., Deceased;
LESLIE CRAWFORD DUNLEVY, as surviving Sibling of JAMES L. CRAWFORD, JR., Deceased;

BERNARD PHAIR, as Personal Representative of the Estate of JOANNE CREGAN, Deceased;

FRANK CRIFASI, Individually, as surviving Sibling, and Personal Representative of the Estate of LUCY CRIFASI, Deceased;

JOANN CROSS, Individually, as surviving Spouse, and Personal Representative of the Estate of DENNIS A. CROSS, Deceased;

MARIANNE CRUIKSHANK, Individually, as surviving Spouse, and Personal Representative of the Estate of ROBERT CRUIKSHANK, Deceased;

ILDEFONSO A. CUA, Individually, as surviving Spouse, and Personal Representative of the Estate of GRACE CUA, Deceased;

LINDA CURIA, Individually, as surviving Spouse, and Personal Representative of the Estate of LAURENCE CURIA, Deceased;

FREDERICK CURRY, Individually, as surviving Spouse, and Personal Representative of the Estate of BEVERLY CURRY, Deceased;

DAVID E. CUSHING, Individually, as surviving Child, and Personal Representative of the Estate of PATRICIA CUSHING, Deceased;
THOMAS F. CUSHING, as surviving Child of PATRICIA CUSHING, Deceased;
PEGEEN CUSHING, as surviving Child of PATRICIA CUSHING, Deceased;
JOHN CUSHING, as surviving Child of PATRICIA CUSHING, Deceased;

LOUANNE BAILY, Individually, as surviving Spouse, and Personal Representative of the Estate of BRIAN P. DALE, Deceased;

JACOB E. DALE, as surviving Child of BRIAN P. DALE, Deceased;

LOUANNE BAILY on behalf of R. T. D., minor, surviving Child of BRIAN P. DALE, Deceased;

LOUANNE BAILY on behalf of R. B. D., minor, surviving Child of BRIAN P. DALE, Deceased;

LOUISA D'ANTONIO, Individually, as surviving Child, and Personal Representative of the Estate of MARY D'ANTONIO, Deceased;

ELIZABETH D'ANTONIO, as surviving Child of MARY D'ANTONIO, Deceased;

ANTONIO D'ANTONIO, as surviving Spouse of MARY D'ANTONIO, Deceased;

ANGELA DANZ-DONOHUE, Individually, as surviving Spouse, and Personal Representative of the Estate of VINCENT DANZ, Deceased;

EMILY DANZ, as surviving Child of VINCENT DANZ, Deceased;

ANGELA DANZ-DONOHUE on behalf of A. D., minor, as surviving Child of VINCENT DANZ, Deceased;

PATRICIA DEAN, Individually, as surviving Spouse, and Personal Representative of the Estate of WILLIAM DEAN, Deceased;

PATRICIA DEAN on behalf of C. A. D., minor, surviving Child of WILLIAM DEAN, Deceased;

MARK DEAN, as surviving Stepsibling of WILLIAM DEAN, Deceased;

MALCOLM DEAN, SR., as surviving Parent of WILLIAM DEAN, Deceased;

DONNA DEAN, as surviving Sibling of WILLIAM DEAN, Deceased;

PATRICIA J. DEANGELIS, Individually, as surviving Spouse, and Personal Representative of the Estate of THOMAS P. DEANGELIS, Deceased;

DONNA SMOLLEN, as surviving Sibling of THOMAS P. DEANGELIS, Deceased;

ERNESTO BARRERA, Individually, as surviving Spouse, and Personal Representative of the Estate of ANA DEBARRERA, Deceased;

MARION DEBLASE, Individually, as surviving Spouse, and Personal Representative of the Estate of JAMES V. DEBLASE, JR., Deceased;
NICHOLAS DEBLASE, as surviving Child of JAMES V. DEBLASE, JR., Deceased;
JOSEPH DEBLASE, as surviving Child of JAMES V. DEBLASE, JR., Deceased;

BERIL-SOFIA DEFEO CIRINELLI, Individually, as surviving Spouse, and Personal Representative of the Estate of DAVID DEFEO, Deceased;

WANDA HERNANDEZ, Individually, as surviving Parent, and Personal Representative of the Estate of MONIQUE E. DEJESUS, Deceased;

JAMES DELLA BELLA, Individually, as surviving Child, and Personal Representative of the Estate of ANDREA DELLA BELLA, Deceased;
JAMES DELLA BELLA, as Personal Representative of the Estate of VINCENT DELLA BELLA, Deceased, surviving Spouse, and ANDREA DELLA BELLA, Deceased, Deceased;
DAVID LUN, as surviving Sibling of ANDREA DELLA BELLA, Deceased;

CHRISTOPHER DELLA PIETRA, Individually, as surviving Sibling, and Personal Representative of the Estate of JOSEPH DELLA PIETRA, Deceased;

MICHAEL DELOUGHERY, Individually, as surviving Spouse, and Personal Representative of the Estate of COLLEEN ANN DELOUGHERY, Deceased;
MICHAEL DELOUGHERY, as surviving Child of COLLEEN ANN DELOUGHERY, Deceased;
AMANDA DELOUGHERY, as surviving Child of COLLEEN ANN DELOUGHERY, Deceased;
PATRICIA MARRESE, as surviving Sibling of COLLEEN ANN DELOUGHERY, Deceased;
JOSEPH MCNULTY, as surviving Sibling of COLLEEN ANN DELOUGHERY, Deceased;

VIVI DEMAS, Individually, as surviving Spouse, and Personal Representative of the Estate of ANTHONY DEMAS, Deceased;

BROOKE DEMING, Individually, as surviving Spouse, and Personal Representative of the Estate of FRANCIS DEMING, Deceased;

CURTIS F. BREWER, Individually, as surviving Spouse, and Personal Representative of the Estate of CAROL K. DEMITZ, Deceased;
ANNE K. BREWER, as surviving Child of CAROL K. DEMITZ, Deceased;
CHARLES DEMITZ, as surviving Sibling of CAROL K. DEMITZ, Deceased;
WOODY DEMITZ, as surviving Sibling of CAROL K. DEMITZ, Deceased;
MICHAEL DEMITZ, as surviving Sibling of CAROL K. DEMITZ, Deceased;
SUSAN DEMITZ, as surviving Sibling of CAROL K. DEMITZ, Deceased;

CHRISTEL DESIMONE, Individually, as surviving Parent, and Personal Representative of the Estate of CHRISTIAN DESIMONE, Deceased;
MARTIN DESIMONE-CALISO, as surviving Sibling of CHRISTIAN DESIMONE, Deceased;

TODD DEVITO, Individually, as surviving Child, and Personal Representative of the Estate of JERRY DEVITO, Deceased;

JOYCE DEVITT, Individually, as surviving Parent, and Personal Representative of the Estate of ROBERT DEVITT, JR., Deceased;

DONNA DI AGOSTINO, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL DI AGOSTINO, Deceased;
DONNA DI AGOSTINO on behalf of C. D. A., minor, as surviving Child of MICHAEL DI AGOSTINO, Deceased;
PAULINE DI AGOSTINO, as surviving Child of MICHAEL DI AGOSTINO, Deceased;
CARLA DI AGOSTINO, as Personal Representative of the Estate of CARLO DI AGOSTINO, Deceased,

surviving Parent of MICHAEL DI AGOSTINO, Deceased;

CLARA DI AGOSTINO, as surviving Parent of MICHAEL DI AGOSTINO, Deceased;

JULIE MAGLIULO, as surviving Sibling of MICHAEL DI AGOSTINO, Deceased;

PAUL DI AGOSTINO, as surviving Sibling of MICHAEL DI AGOSTINO, Deceased;

CARL DI AGOSTINO, as surviving Sibling of MICHAEL DI AGOSTINO, Deceased;

FRANK DI AGOSTINO, as surviving Sibling of MICHAEL DI AGOSTINO, Deceased;

LEONEL DIAZ, Individually, as surviving Sibling, and Personal Representative of the Estate of NANCY DIAZ, Deceased;

AMANDA MARTINEZ DIAZ, as surviving Sibling of NANCY DIAZ, Deceased;

CARMEN DIAZ, as surviving Sibling of NANCY DIAZ, Deceased;

LEOCADIO DIAZ, as surviving Sibling of NANCY DIAZ, Deceased;

BELKYS DIAZ, as surviving Sibling of NANCY DIAZ, Deceased;

MARIA DI PILATO, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH DI PILATO, Deceased;

LEO DI PILATO, as surviving Child of JOSEPH DI PILATO, Deceased;

JOSEPH DI PILATO, as surviving Child of JOSEPH DI PILATO, Deceased;

JEFFREY SCHORPP, Individually, as surviving Spouse, and Personal Representative of the Estate of MARISA DINARDO SCHORPP, Deceased;

JOAN DINCUFF and FRANK DINCUFF, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of CHRISTOPHER DINCUFF, Deceased;

BETH DINCUFF, as surviving Sibling of CHRISTOPHER DINCUFF, Deceased;

AMY DINCUFF, as surviving Sibling of CHRISTOPHER DINCUFF, Deceased;

ANDY DINNOO, Individually, as surviving Spouse, and Personal Representative of the Estate of RENA DINNOO, Deceased;

DHANMATEE SAM, as surviving Parent of RENA DINNOO, Deceased;

CLARENCE SAM, as surviving Parent of RENA DINNOO, Deceased;

LISA SAM, as surviving Sibling of RENA DINNOO, Deceased;

GINA SAM, as surviving Sibling of RENA DINNOO, Deceased;

DAVID DISTEFANO, Individually, as surviving Sibling, and Personal Representative of the Estate of DOUGLAS DISTEFANO, Deceased;

STACEY DOLAN, Individually, as surviving Spouse, and Personal Representative of the Estate of BRENDAN DOLAN, Deceased;

JOSEPH R. DOWNEY, Individually, as surviving child, and Personal Representative of the Estate of RAYMOND M. DOWNEY, Deceased;

ROSALIE B. DOWNEY, as surviving Spouse of RAYMOND M. DOWNEY, Deceased;

MARIE ANN TORTORICI, as surviving Child of RAYMOND M. DOWNEY, Deceased;

CHARLES R. DOWNEY, as surviving Child of RAYMOND M. DOWNEY, Deceased;

RAYMOND DOWNEY, as surviving Child of RAYMOND M. DOWNEY, Deceased;

KATHY A. UGALDE, as surviving Child of RAYMOND M. DOWNEY, Deceased;

JAY C. DUNNE and MARY DUNNE, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of CHRISTOPHER J. DUNNE, Deceased;

COURTNEY DUNNE-KEENAN, as surviving Sibling of CHRISTOPHER J. DUNNE, Deceased;

CYNTHIA DUNNE-WELCH, as surviving Sibling of CHRISTOPHER J. DUNNE, Deceased;

CHARLES DUNNE, as surviving Sibling of CHRISTOPHER J. DUNNE, Deceased;

LIDIA HERNANDEZ MELENDEZ, Individually, as surviving Parent, and Personal Representative of the Estate of MIRNA A. DUARTE, Deceased;

GAIL EAGLESON, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN B. EAGLESON, Deceased;
BRETT EAGLESON, as surviving Child of JOHN B. EAGLESON, Deceased;
KYLE EAGLESON, as surviving Child of JOHN B. EAGLESON, Deceased;
TIMOTHY EAGLESON, as surviving Child of JOHN B. EAGLESON, Deceased;
WILLIAM EAGLESON, as surviving Sibling of JOHN B. EAGLESON, Deceased;

STANLEY ECKNA, Individually, as surviving Parent, and Personal Representative of the Estate of PAUL ECKNA, Deceased;
CAROL ECKNA, as surviving Parent of PAUL ECKNA, Deceased;
RICHARD ECKNA, as surviving Sibling of PAUL ECKNA, Deceased;
STEVEN ECKNA, as surviving Sibling of PAUL ECKNA, Deceased;

DAVID EGAN, Individually, as surviving Parent, and Personal Representative of the Estate of LISA E. EGAN, Deceased;

DAVID EGAN, Individually, as surviving Parent, and Personal Representative of the Estate of SAMANTHA M. EGAN, Deceased;

PAULA SHAPIRO, Individually, as surviving Parent, and Personal Representative of the Estate of ERIC EISENBERG, Deceased;

SAM ELLIS, Individually, as surviving Spouse, and Personal Representative of the Estate of VALERIE S. ELLIS, Deceased;

EILEEN ERWIN-MICHAEL, Individually, as surviving Spouse, and Personal Representative of the Estate of WILLIAM ERWIN, Deceased;

LUIS ESPINOZA, Individually, as surviving Spouse, and Personal Representative of the Estate of FANNY ESPINOZA, Deceased;
CHRISTIAN ESPINOZA, as surviving Child of FANNY ESPINOZA, Deceased;
STEPHANIE ESPINOZA, as surviving Child of FANNY ESPINOZA, Deceased;

JEANNE M. EVANS, Individually, as surviving Sibling, and Personal Representative of the Estate of ROBERT EVANS, Deceased;

LAURA FALLON, Individually, as surviving Spouse, and Personal Representative of the Estate of WILLIAM FALLON, JR., Deceased;
KATHLEEN FALLON, as surviving Child of WILLIAM L. FALLON, JR., Deceased;
KAYLA FALLON, as surviving Child of WILLIAM L. FALLON, JR., Deceased;

PATRICIA FALLONE, Individually, as surviving Spouse, and Personal Representative of the Estate of ANTHONY FALLONE, Deceased;

MAUREEN FANNING, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN FANNING, Deceased;

AMY FARNUM POLMAR, Individually, as surviving Spouse, and Personal Representative of the Estate of DOUGLAS FARNUM, Deceased;

MARYANNE FARRELL, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN FARRELL, Deceased;

MELISSA VAN NESS FATHA, Individually, as surviving Spouse, and Personal Representative of the Estate of SYED ABDUL FATHA*, Deceased;
SYED ABDUL RAHMAN, as surviving Sibling of SYED ABDUL FATHA*, Deceased;

STEVEN FEIDELBERG, Individually, as surviving Sibling, and Personal Representative of the Estate of PETER FEIDELBERG, Deceased;

WENDY S. FEINBERG, Individually, as surviving Spouse, and Personal Representative of the Estate of ALAN D. FEINBERG, Deceased;
MICHAEL FEINBERG, as surviving Child of ALAN D. FEINBERG, Deceased;
TARA FEINBERG EDGETTE, as surviving Child of ALAN D. FEINBERG, Deceased;

MARY L. FERGUSON, Individually, as surviving Spouse, and Personal Representative of the Estate of GEORGE J. FERGUSON, III, Deceased;
MATTHEW FERGUSON, as surviving Child of GEORGE J. FERGUSON, III, Deceased;

JULIO C. FERNANDEZ, Individually, as surviving Child, and Personal Representative of the Estate of JULIO FERNANDEZ, Deceased;

CHARLENE FIORE, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL J. FIORE, Deceased;
JESSICA FIORE LACASSE, as surviving Child of MICHAEL J. FIORE, Deceased;
CRISTEN FIORE STAIANO, as surviving Child of MICHAEL J. FIORE, Deceased;
MICHAEL FIORE, as surviving Child of MICHAEL J. FIORE, Deceased;

JEAN C. FISCHER, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN FISCHER, Deceased;

BRIAN FLANNERY, Individually, as surviving Spouse, and Personal Representative of the Estate of CHRISTINA FLANNERY, Deceased;
CATHERINE DONOVAN, as surviving Parent of CHRISTINA FLANNERY, Deceased;
WILLIAM DONOVAN, as surviving Parent of CHRISTINA FLANNERY, Deceased;

LORI FLETCHER, Individually, as surviving Spouse, and Personal Representative of the Estate of ANDRE FLETCHER, Deceased;

NANCY WALSH, Individually, as surviving Partner, and Co-Personal Representative of the Estate of CAROL FLYZIK, Deceased;

CLAUDIA FLYZIK, Individually, as surviving Sibling, and Co-Personal Representative of the Estate of CAROL FLYZIK, Deceased;

KEVIN WALSH, as surviving Stepchild of CAROL FLYZIK, Deceased;

JOSEPH WALSH, as surviving Stepchild of CAROL FLYZIK, Deceased;

KRISTIN WALSH, as surviving Stepchild of CAROL FLYZIK, Deceased;

JOANNE GROSS, Individually, as surviving Sibling, and Personal Representative of the Estate of THOMAS FOLEY, Deceased;

ROBERT T. FOLGER, Individually, as surviving Child, and Personal Representative of the Estate of JANE FOLGER, Deceased;

KATHLEEN KULIK, as surviving Child of JANE FOLGER, Deceased;

THOMAS FOLGER, as surviving Child of JANE FOLGER, Deceased;

MICHAEL FOLGER, as surviving Child of JANE FOLGER, Deceased;

MARIAN FONTANA, Individually, as surviving Spouse, and Personal Representative of the Estate of DAVID J. FONTANA, Deceased;

KURT FOSTER, Individually, as surviving Spouse, and Personal Representative of the Estate of CLAUDIA FOSTER, Deceased;

TIERNEY FRAWLEY TRAMONTOZZI, Individually, as surviving Spouse, and Personal Representative of the Estate of KEVIN FRAWLEY, Deceased;

JEANINE L. FRAZIER, Individually, as surviving Spouse, and Personal Representative of the Estate of CLYDE FRAZIER, JR., Deceased;

MICHELLE FREDERICKS, Individually, as surviving Spouse, and Personal Representative of the Estate of ANDREW FREDERICKS, Deceased;

ANDREW J. FREDERICKS, as surviving Child of
ANDREW FREDERICKS, Deceased;
HAYLEY FREDERICKS, as surviving Child of
ANDREW FREDERICKS, Deceased;

ROBIN A. FREUND, Individually, as surviving Spouse,
and Personal Representative of the Estate of PETER L.
FREUND, Deceased;
JULIE A. FREUND, as surviving Child of PETER L.
FREUND, Deceased;

KENNETH FRIED, Individually, as surviving Spouse,
and Personal Representative of the Estate of ARLENE
FRIED, Deceased;

HELEN FRIEDLANDER DEL SINDACO, Individually,
as surviving Spouse, and Personal Representative of the
Estate of ALAN W. FRIEDLANDER, Deceased;
STEVEN A. FRIEDLANDER, as surviving Child of
ALAN W. FRIEDLANDER, Deceased;

LISA FRIEDMAN-CLARK, Individually, as surviving
Spouse, and Personal Representative of the Estate of
ANDREW FRIEDMAN, Deceased;
MIKE FRIEDMAN, as surviving Child of ANDREW
FRIEDMAN, Deceased;
DAN FRIEDMAN, as surviving Child of ANDREW
FRIEDMAN, Deceased;
WENDI GABRIELI, as surviving Sibling of ANDREW
FRIEDMAN, Deceased;

MEREDITH FRY, Individually, as surviving Spouse, and
Personal Representative of the Estate of PETER FRY,
Deceased;
TAYLOR MCCLINTOCK FRY, as surviving Child of
PETER FRY, Deceased;
CALEY LOOMIS FRY, as surviving Child of PETER
FRY, Deceased;
CHARLES GORDON FRY, as surviving Parent of
PETER FRY, Deceased;
MICHAEL FRY, as surviving Sibling of PETER FRY,
Deceased;
LANCE FRY, as surviving Sibling of PETER FRY,
Deceased;

ANNE GABRIEL, Individually, as surviving Spouse, and Personal Representative of the Estate of RICHARD P. GABRIEL, Deceased;

CHRISTOPHER GABRIEL, as surviving Child of RICHARD P. GABRIEL, Deceased;

JAMES GABRIEL, as surviving Child of RICHARD P. GABRIEL, Deceased;

PATRICIA GABRIEL, as surviving Child of RICHARD P. GABRIEL, Deceased;

RICHARD GABRIEL, as surviving Child of RICHARD P. GABRIEL, Deceased;

GEORGE GABRIEL, as surviving Sibling of RICHARD P. GABRIEL, Deceased;

ROBERT CALLANAN, as surviving Stepchild of RICHARD P. GABRIEL, Deceased;

MONICA GABRIELLE, Individually, as surviving Spouse, and Personal Representative of the Estate of RICHARD S. GABRIELLE, Deceased;

NICOLE GABRIELLE, as surviving Child of RICHARD S. GABRIELLE, Deceased;

FRANCINE GALLAGHER, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN P. GALLAGHER, Deceased;

FRANCINE GALLAGHER on behalf of J. G., minor, surviving Child of JOHN P. GALLAGHER, Deceased;

CELINE GALLAGHER, as surviving Mother of JOHN P. GALLAGHER, Deceased;

MILAGROS DIAZ, Individually, as surviving Parent, and Personal Representative of the Estate of LOURDES JANET GALLETTI, Deceased;

KARINE HENRIQUEZ, as surviving Sibling of LOURDES JANET GALLETTI, Deceased;

JOHN J. DIAZ, as surviving Sibling of LOURDES JANET GALLETTI, Deceased;

ERIC J. JOGLAR, as surviving Sibling of LOURDES JANET GALLETTI, Deceased;

MANUELA NITA-VAZQUEZ, Individually, as surviving Spouse, and Personal Representative of the Estate of CONO GALLO, Deceased;

RAFFAELA GALLO, as surviving Parent of CONO GALLO, Deceased;

EMILIO GALLO, as surviving Parent of CONO GALLO, Deceased;
LISA GALLO, as surviving Sibling of CONO GALLO, Deceased;
JOHN GALLO, as surviving Sibling of CONO GALLO, Deceased;

KATHLEEN GANCI, Individually, as surviving Spouse, and Personal Representative of the Estate of PETER J. GANCI, Deceased;

DOROTHY GARCIA-BACHLER, Individually, as surviving Spouse, and Personal Representative of the Estate of ANDREW GARCIA, JR., Deceased;
KELLY G. ARRILLAGA, as surviving Child of ANDREW GARCIA, JR., Deceased;
AUDREY M. OLIVE, as surviving Child of ANDREW GARCIA, JR., Deceased;

HECTOR and CARMEN GARCIA, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of MARLYN C. GARCIA, Deceased;

ELIZABETH GARDNER, Individually, as surviving Spouse, and Personal Representative of the Estate of THOMAS A. GARDNER, Deceased;

ELISABET GARDNER, Individually, as surviving Spouse, and Personal Representative of the Estate of WILLIAM A. GARDNER, Deceased;

ANTONIA GARGANO, Individually, as surviving Parent, and Personal Representative of the Estate of ROCCO N. GARGANO, Deceased;
CATHY G. D'ALESSANDRO, as surviving Sibling of ROCCO N. GARGANO, Deceased;
MARIANO D'ALESSANDRO, as surviving Nephew of ROCCO N. GARGANO, Deceased;

JILL A. GARTENBERG PILA, Individually, as surviving Spouse, and Personal Representative of the Estate of JAMES GARTENBERG, Deceased;
JILL A. GARTENBERG PILA on behalf of N. H. G. P., minor, surviving Child of JAMES GARTENBERG, Deceased;

JILL A. GARTENBERG PILA on behalf of J. M. G. P., minor, surviving Child of JAMES GARTENBERG, Deceased;

MATHILDA GEIDEL, Individually, as surviving Spouse, and Personal Representative of the Estate of GARY GEIDEL, Deceased;

MICHELLE GELINAS, Individually, as surviving Spouse, and Personal Representative of the Estate of PETER GELINAS, Deceased;
JACK G. GELINAS, as surviving Child of PETER GELINAS, Deceased;
GRIFFIN C. GELINAS, as surviving Child of PETER GELINAS, Deceased;

DEBRA GELLER, Individually, as surviving Spouse, and Personal Representative of the Estate of STEVEN GELLER, Deceased;

DIANE GENCO, Individually, as surviving Spouse, and Personal Representative of the Estate of PETER V. GENCO, JR., Deceased;
ANNALISA MARIE GENCO, as surviving Child of PETER V. GENCO, JR., Deceased;
VICTORIA ROSE GENCO, as surviving Child of PETER V. GENCO, JR., Deceased;

PHILIP GERMAIN, Individually, as surviving Parent, and Personal Representative of the Estate of DENIS GERMAIN, Deceased;
MICHAEL GERMAIN, as surviving Sibling of DENIS GERMAIN, Deceased;
BRIAN GERMAIN, as surviving Sibling of DENIS GERMAIN, Deceased;
PEGGY DOBRINSKI, as surviving Sibling of DENIS GERMAIN, Deceased;
THERESA RUTHER, as surviving Sibling of DENIS GERMAIN, Deceased;

SONDRA GIACCONE, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH GIACCONE, Deceased;
ALEXANDRA GIACCONE, as surviving Child of JOSEPH GIACCONE, Deceased;

MAX GIACCONE, as surviving Child of JOSEPH
GIACCONE, Deceased;
JAMES GIACCONE, as Personal Representative of the
Estate of ELIZABETH GIACCONE, Deceased, surviving
parent of JOSEPH GIACCONE;
JAMES GIACCONE, as Personal Representative of the
Estate of VINCENT GIACCONE, Deceased, surviving
parent of JOSEPH GIACCONE;
ELISABETH FELDON, as surviving Sibling of JOSEPH
GIACCONE, Deceased;
JAMES GIACCONE, as surviving Sibling of JOSEPH
GIACCONE, Deceased;
MICHAEL GIACCONE, as surviving Sibling of JOSEPH
GIACCONE, Deceased;

CAROL GIES, Individually, as surviving Spouse, and
Personal Representative of the Estate of RONNIE E.
GIES, Deceased;

LORRAINE MARCHESE, Individually, as surviving
Parent, and Personal Representative of the Estate of
LAURA A. MARCHESE GIGLIO, Deceased;
ANTHONY MARCHESE, as surviving Parent of
LAURA A. GIGLIO, Deceased;
MARIE THOMAS, as surviving Sibling of LAURA A.
GIGLIO, Deceased;
CATHY MARCHESE-COLLINS, as surviving Sibling of
LAURA A. GIGLIO, Deceased;

MARIANN COYLE, Individually, as surviving Spouse,
and Personal Representative of the Estate of ANDREW
GILBERT, Deceased;

JOHN J. GILL, JR., Individually, as surviving Parent, and
Personal Representative of the Estate of PAUL J. GILL,
Deceased;

SERINA GILLIS, as Personal Representative of the Estate
of RODNEY C. GILLIS, Deceased;
JONIQUE C. GILLIS, as surviving Child of RODNEY C.
GILLIS, Deceased;
ALEESIA C. GILLIS, as surviving Child of RODNEY C.
GILLIS, Deceased;
RODNEY C. GILLIS, II, as surviving Child of RODNEY
C. GILLIS, Deceased;

ROXANN GIORDANO, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN GIORDANO, Deceased;

ARMINE GIORGETTI, Individually, as surviving Spouse, and Personal Representative of the Estate of STEVEN A. GIORGETTI, Deceased;
PAUL GIORGETTI, as surviving Child of STEVEN A. GIORGETTI, Deceased;
ALEXA GIORGETTI, as surviving Child of STEVEN A. GIORGETTI, Deceased;

ANGELA GITTO, Individually, as surviving Spouse, and Personal Representative of the Estate of SALVATORE GITTO, Deceased;
GREGORY GITTO, as surviving Child of SALVATORE GITTO, Deceased;
STEPHEN GITTO, as surviving Child of SALVATORE GITTO, Deceased;

LAWRENCE GIUGLIANO, Individually, as surviving Spouse, and Personal Representative of the Estate of CYNTHIA GIUGLIANO, Deceased;

MEG BLOOM GLASSER, Individually, as surviving Spouse, and Personal Representative of the Estate of THOMAS GLASSER, Deceased;

CANDY GLAZER, Individually, as surviving Spouse, and Personal Representative of the Estate of EDMUND GLAZER, Deceased;
NATHAN GLAZER, as surviving Child of EDMUND GLAZER, Deceased;

SHARON COBB-GLENN, Individually, as surviving Spouse, and Personal Representative of the Estate of HARRY GLENN, Deceased;
JALEN L. GLENN, as surviving Child of HARRY GLENN, Deceased;
JAMES GLENN, as surviving Sibling of HARRY GLENN, Deceased;

HELENE GNAZZO, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN T. GNAZZO, Deceased;

JULE GNAZZO, as surviving Child of JOHN T. GNAZZO, Deceased;
JOHN GNAZZO, as surviving Child of JOHN T. GNAZZO, Deceased;

JODIE GOLDBERG SHERER, Individually, as surviving Spouse, and Personal Representative of the Estate of BRIAN GOLDBERG, Deceased;
SHARI M. GOLDBERG, as surviving Sibling of BRIAN GOLDBERG, Deceased;

LACHANZE GOODING, Individually, as surviving Spouse, and Personal Representative of the Estate of CALVIN J. GOODING, Deceased;

RACHEL W. GOODRICH, Individually, as surviving Spouse, and Personal Representative of the Estate of PETER GOODRICH, Deceased;

DAVID DWIGHT NELSON, Individually, as surviving Child, and Co-Personal Representative of the Estate of KERENE GORDON, Deceased;
SHARON BAKER-GUAL, Individually, as surviving Sibling, and Co-Personal Representative of the Estate of KERENE GORDON, Deceased;
ELMEDA GEORGE, as surviving Parent of KERENE GORDON, Deceased;

LLOYD C. MAIR, Individually, as surviving Sibling, and Personal Representative of the Estate of LINDA C. MAIR GRAYLING, Deceased;
ISA S. MARTIN, as surviving Child of LINDA C. MAIR GRAYLING, Deceased;
YVONNE D. RAMIREZ, as surviving Sibling of LINDA C. MAIR GRAYLING, Deceased;
ROGER B. MAIR, as surviving Sibling of LINDA C. MAIR GRAYLING, Deceased;
ANNETTE MAIR, as surviving Sibling of LINDA C. MAIR GRAYLING, Deceased;
IRENE L. MAIR, as surviving Sibling of LINDA C. MAIR GRAYLING, Deceased;

ROXANNE GREEN, Individually, as surviving Spouse, and Personal Representative of the Estate of WADE BRIAN GREEN, Deceased;

CLAUDETTE B. GREENE, Individually, as surviving Spouse, and Personal Representative of the Estate of DONALD GREENE, Deceased;

CHARLES GREENE, as surviving Child of DONALD GREENE, Deceased;

JODY GREENE, as surviving Child of DONALD GREENE, Deceased;

PETER GREENLEAF, Individually, as surviving Sibling, and Personal Representative of the Estate of JAMES GREENLEAF, Deceased;

PATRICIA GREENLEAF, as surviving Parent of JAMES GREENLEAF, Deceased;

JOHN F. GREGORY, Individually, as surviving Sibling, and Personal Representative of the Estate of FLORENCE M. GREGORY, Deceased;

BOBBY GRIFFIN, Individually, as surviving Spouse, and Personal Representative of the Estate of TAWANNA GRIFFIN, Deceased;

MARY JO GRILLO, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH GRILLO, Deceased;

MATTHEW GRILLO, as surviving Child of JOSEPH GRILLO, Deceased;

TIMOTHY GRILLO, as surviving Child of JOSEPH GRILLO, Deceased;

JOSEPH GRILLO, as surviving Parent of JOSEPH GRILLO, Deceased;

STEVEN GRILLO, as surviving Sibling of JOSEPH GRILLO, Deceased;

SUSAN MALLERY GURIAN, Individually, as surviving Spouse, and Personal Representative of the Estate of DOUGLAS B. GURIAN, Deceased;

TYLER DOUGLAS GURIAN, as surviving Child of DOUGLAS B. GURIAN, Deceased;

EVA MALLERY GURIAN, as surviving Child of DOUGLAS B. GURIAN, Deceased;

MARY HAAG, Individually, as surviving Spouse, and Personal Representative of the Estate of GARY HAAG, Deceased;

MICHAEL P. HAAG, as surviving Child of GARY
HAAG, Deceased;
KEVIN T. HAAG, as surviving Child of GARY HAAG,
Deceased;
MARY HAAG on behalf of M. M. H., minor, surviving
Child of GARY HAAG, Deceased;
ROBERT HAAG, as surviving Parent of GARY HAAG,
Deceased;
LORI HAAG HERRMANN, as surviving Sibling of
GARY HAAG, Deceased;

GORDON HABERMAN, Individually, as surviving
Parent, and Personal Representative of the Estate of
ANDREA L. HABERMAN, Deceased;
KATHLEEN HABERMAN, as surviving Parent of
ANDREA L. HABERMAN, Deceased;
JULIE ANN HABERMAN OSMUS, as surviving Sibling
of ANDREA L. HABERMAN, Deceased;

LENA WHITTAKER, Individually, as surviving Parent,
and Personal Representative of the Estate of KAREN E.
HAGERTY, Deceased;
JAMES HAGERTY, as surviving Sibling of KAREN E.
HAGERTY, Deceased;

PATRICIA HAN, Individually, as surviving Spouse, and
Personal Representative of the Estate of FREDERICK K.
HAN, Deceased;
ERIC JAY HAN, as surviving Child of FREDERICK K.
HAN, Deceased;
PATRICIA HAN, as Personal Representative of the Estate
of KIM HAN, Deceased, surviving Parent of FREDERIC
K. HAN;

RENE B. HANNAFIN, Individually, as surviving Spouse,
and Personal Representative of the Estate of THOMAS
HANNAFIN, Deceased;

GAYE HANNON, Individually, as surviving Parent, and
Personal Representative of the Estate of DANA K.
HANNON, Deceased;

CAROL HARAN, Individually, as surviving Spouse, and
Personal Representative of the Estate of JAMES HARAN,
Deceased;

MARGARET HARRELL, Individually, as surviving Spouse, and Personal Representative of the Estate of STEPHEN G. HARRELL, Deceased;

RACHEL R. HARRELL, Individually, as surviving Spouse, and Personal Representative of the Estate of HARVEY L. HARRELL, Deceased;

SHEILA HARRIS, Individually, as surviving Spouse, and Personal Representative of the Estate of STEWART D. HARRIS, Deceased;
ELISSA HARRIS, as surviving Child of STEWART D. HARRIS, Deceased;
CRAIG HARRIS, as surviving Child of STEWART D. HARRIS, Deceased;

ELINORE HARTZ, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN C. HARTZ, Deceased;

JENNIFER HARVEY-TRAINOR, Individually, as surviving Spouse, and Personal Representative of the Estate of EMERIC J. HARVEY, Deceased;
MARIE HARVEY RYAN, as surviving Sibling of EMERIC J. HARVEY, Deceased;
MICHAEL HARVEY, as surviving Sibling of EMERIC J. HARVEY, Deceased;
VIRGINA HARVEY, as surviving Sibling of EMERIC J. HARVEY, Deceased;
ANTOINETTE STEO, as surviving Sibling of EMERIC J. HARVEY, Deceased;

JOANNE HATTON, Individually, as surviving Spouse, and Personal Representative of the Estate of LEONARD HATTON, Deceased;

DELORES LEGREE, Individually, as surviving Parent, and Personal Representative of the Estate of ANTHONY HAWKINS, Deceased;

VIRGINIA HAYES, Individually, as surviving Spouse, and Personal Representative of the Estate of PHILLIP T. HAYES, Deceased;

ANN R. HAYNES, Individually, as surviving Spouse, and Personal Representative of the Estate of WILLIAM W. HAYNES, Deceased;

THERESA HEALEY, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL HEALEY, Deceased;

SHIRLEY HENDERSON, Individually, as surviving Spouse, and Personal Representative of the Estate of RONNIE LEE HENDERSON, Deceased;

DIGNA HERNANDEZ, Individually, as surviving Spouse, and Personal Representative of the Estate of RAUL HERNANDEZ, Deceased;

VICTORIA HIGLEY PRATT, Individually, as surviving Spouse, and Personal Representative of the Estate of ROBERT HIGLEY, Deceased;

KAREN HINDS, Individually, as surviving Spouse, and Personal Representative of the Estate of NEIL HINDS, Deceased;
KAREN HINDS, on behalf of J. H., minor, surviving Child of NEIL HINDS, Deceased;
KAREN GREENE, as surviving Sibling of NEIL HINDS, Deceased;
COLEEN HINDS, as surviving Sibling of NEIL HINDS, Deceased;
ETHLYN HINDS, as surviving Parent of NEIL HINDS, Deceased;
WADE-ROY HINDS, as surviving Sibling of NEIL HINDS, Deceased;
KAREN GREENE as Personal Representative of the Estate of COLLIN HINDS, Deceased, surviving Parent of NEIL HINDS;

DIXIE HOBBS and DENNIS HOBBS, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of TARA Y. HOBBS, Deceased;
TAMMY HOBBS GINSBERG, as surviving Sibling of TARA Y. HOBBS, Deceased;
SONYA HOBBS CUFFEE, as surviving Sibling of TARA Y. HOBBS, Deceased;
REGINALD HOBBS, as surviving Sibling of TARA Y. HOBBS, Deceased;

SHERIAN HOBBS LIGHTFOOT, as surviving Sibling of
TARA Y. HOBBS, Deceased;

ALLISON HOBBS, Individually, as surviving Spouse,
and Personal Representative of the Estate of THOMAS A.
HOBBS, Deceased;

JAMES S. HOFFMAN, Individually, as surviving
Spouse, and Personal Representative of the Estate of
MARCIA HOFFMAN, Deceased;

PAMELA HOHLWECK, Individually, as surviving
Spouse, and Personal Representative of the Estate of
THOMAS W. HOHLWECK, JR., Deceased;
MARY JUDGE, as surviving Sibling of THOMAS W.
HOHLWECK, JR., Deceased;

ROSEMARIE HOHMANN, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JONATHAN HOHMANN, Deceased;
MATTHEW D. HOHMANN, as surviving Child of
JONATHAN HOHMANN, Deceased;
GREGORY A. HOHMANN, as surviving Child of
JONATHAN HOHMANN, Deceased;

KATHLEEN HOLLAND, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JOSEPH HOLLAND, III, Deceased;
KATHLEEN HOLLAND on behalf of J. H., minor,
surviving Child of JOSEPH HOLLAND, Deceased;
MICHELE HOLLAND MCLIN, as surviving Sibling of
JOSEPH HOLLAND, III, Deceased;

COLLEEN M. HOLOHAN, Individually, as surviving
Spouse, and Personal Representative of the Estate of
THOMAS P. HOLOHAN, Deceased;

KATHERINE HOORN and DENNIS HOORN,
Individually, as surviving Parents, and Co-Personal
Representatives of the Estate of BRADLEY HOORN,
Deceased;
KARA HOORN, as surviving Sibling of BRADLEY
HOORN, Deceased;

CHRISTOPHER HOWARD, Individually, as surviving Child, and Personal Representative of the Estate of GEORGE G, HOWARD, Deceased;

JOANN T. HOWARD, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH L. HOWARD, Deceased;
JOSEPH HOWARD, as surviving Child of JOSEPH L. HOWARD, Deceased;
JANICE HOWARD-BATTAGLIA, as surviving Child of JOSEPH L. HOWARD, Deceased;
ANNE GALIZIA, as surviving Sibling of JOSEPH L. HOWARD, Deceased;
SUSAN REIDLINGER, as surviving Sibling of JOSEPH L. HOWARD, Deceased;

JOSEPH HROMADA, Individually, as surviving Spouse, and Personal Representative of the Estate of MILAGROS HROMADA, Deceased;

KAREN HUGHES, Individually, as surviving Spouse, and Personal Representative of the Estate of TIMOTHY F. HUGHES, Deceased;
TIMOTHY HUGHES, as surviving Child of TIMOTHY HUGHES, Deceased;
KENNETH HUGHES, as surviving Child of TIMOTHY HUGHES, Deceased;
CHRISTINA HUGHES, as surviving Child of TIMOTHY HUGHES, Deceased;

BRIDGET HUNTER, Individually, as surviving Parent, and Personal Representative of the Estate of JOSEPH G. HUNTER, Deceased;
BRIDGET HUNTER, as Personal Representative of the Estate of JOSEPH HUNTER, Deceased, surviving Parent of JOSEPH G. HUNTER;
SEAN HUNTER, as surviving Sibling of JOSEPH G. HUNTER, Deceased;
TERESA LABO, as surviving Sibling of JOSEPH G. HUNTER, Deceased;

KATHRYN J. HUSSA, Individually, as surviving Spouse, and Personal Representative of the Estate of ROBERT R. HUSSA, Deceased;
ROBERT HUSSA, as surviving Child of ROBERT R. HUSSA, Deceased;

THOMAS HUSSA, as surviving Child of ROBERT R. HUSSA, Deceased;

YESENIA IELPI, Individually, as surviving Spouse, and Personal Representative of the Estate of JONATHAN IELPI, Deceased;

YELENA ILKANAYEV ROMANOFF, Individually, as surviving Spouse, and Personal Representative of the Estate of DANIEL ILKANAYEV, Deceased;

LILLIAN ILOWITZ, Individually, as surviving Spouse, and Personal Representative of the Estate of ABRAHAM ILOWITZ, Deceased;
DAVID ILOWITZ, as surviving Child of ABRAHAM ILOWITZ, Deceased;
CHAIM ILOWITZ, as surviving Child of ABRAHAM ILOWITZ, Deceased;

KENNETH IRBY, Individually, as surviving Sibling, and Personal Representative of the Estate of STEPHANIE IRBY, Deceased;
KENNETH IRBY as Personal Representative of the Estate of FREDERICK IRBY, Deceased, surviving Parent of STEPHANIE IRBY, Deceased;
KENNETH IRBY as Personal Representative of the Estate of AGNES IRBY, Deceased, surviving Parent of STEPHANIE IRBY, Deceased;
ADDISON J. IRBY, as surviving Sibling of STEPHANIE IRBY, Deceased;

MARGARET ISKYAN, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN ISKYAN, Deceased;
PETER ISKYAN, as surviving Child of JOHN ISKYAN, Deceased;
CAROLYNN ISKYAN, as surviving Child of JOHN ISKYAN, Deceased;
PAUL ISKYAN, as surviving Sibling of JOHN ISKYAN, Deceased;
LAURA ISKYAN, as surviving Sibling of JOHN ISKYAN, Deceased;
JOAN O'BRIEN, as surviving Sibling of JOHN ISKYAN, Deceased;

BARRY JABLONSKI, Individually, as surviving Spouse, and Personal Representative of the Estate of VIRGINIA JABLONSKI, Deceased;

BARBARA JACKMAN, Individually, as surviving Parent, and Personal Representative of the Estate of BROOKE A. JACKMAN, Deceased;
ERIN JACKMAN, as surviving Sibling of BROOKE A. JACKMAN, Deceased;
ROSS JACKMAN, as surviving Sibling of BROOKE A. JACKMAN, Deceased;
BARBARA JACKMAN, as Personal Representative of the Estate of ROBERT JACKMAN, Deceased, surviving Parent of BROOKE A. JACKMAN, Deceased;

JENNIFER JACOBS, Individually, as surviving Spouse, and Personal Representative of the Estate of ARIEL L. JACOBS, Deceased;

KAZIMIERZ JAKUBIAK, Individually, as surviving Spouse, and Personal Representative of the Estate of MARIA JAKUBIAK, Deceased;

JU-HSIU JIAN, Individually, as surviving Spouse, and Personal Representative of the Estate of HWEIDAR JIAN, Deceased;
WILLIAM JIAN, as surviving Child of HWEIDAR JIAN, Deceased;
KEVIN JIAN, as surviving Child of HWEIDAR JIAN, Deceased;

MARY JEANETTE JONES, Individually, as surviving Spouse, and Personal Representative of the Estate of CHARLES JONES, Deceased;

CAROL FRANCOLINI, Individually, as surviving Spouse, and Personal Representative of the Estate of ARTHUR J. JONES III, Deceased;
JOSEPH JONES, as surviving Child of ARTHUR J. JONES III, Deceased;
MARILYN STUFANO, as surviving Parent of ARTHUR J. JONES III, Deceased;
SCOTT JONES, as surviving Sibling of ARTHUR J. JONES III, Deceased;
PETER JONES, as surviving Sibling of ARTHUR J. JONES III, Deceased;

LEILA M. JOSEPH, Individually, as surviving Sibling, and Personal Representative of the Estate of KARL H. JOSEPH, Deceased;
HENRI JOSEPH, Individually, as surviving Father of KARL H. JOSEPH, Deceased;

AMBER MILLER and JAMIE MILLER, Individually, as surviving Childs, and Co-Personal Representatives of the Estate of KAREN JUDAY, Deceased;

JAN KANDELL, Individually, as surviving Child, and Personal Representative of the Estate of SHARI KANDELL, Deceased;

EMILY TERRY, Individually, as surviving Spouse, and Personal Representative of the Estate of ANDREW KATES, Deceased;
EMILY TERRY on behalf of D. H. K., minor, surviving Child of ANDREW KATES, Deceased;
HANNAH KATES, as surviving Child of ANDREW KATES, Deceased;

GEORGE KATSIMATIDES, Individually, as surviving Sibling, and Personal Representative of the Estate of JOHN KATSIMATIDES, Deceased;
ANTHOULA KATSIMATIDES, as surviving Sibling of JOHN KATSIMATIDES, Deceased;
CALLIOPE KATSIMATIDES, as surviving Parent of JOHN KATSIMATIDES, Deceased;

JUDITH KEANE, Individually, as surviving Spouse, and Personal Representative of the Estate of RICHARD KEANE, Deceased;

ELIZABETH H. KELLER-BAKER, Individually, as surviving Spouse, and Personal Representative of the Estate of CHANDLER R. KELLER, Deceased;
RICHARD KELLER, as surviving Parent of CHANDLER R. KELLER, Deceased;
KATHRYN KELLER, as surviving Parent of CHANDLER R. KELLER, Deceased;
BRANDON KELLER, as surviving Sibling of CHANDLER R. KELLER, Deceased;
GAVIN KELLER, as surviving Sibling of CHANDLER R. KELLER, Deceased;

ROBERTA KELLERMAN, Individually, as surviving Spouse, and Personal Representative of the Estate of PETER R. KELLERMAN, Deceased;

ELYSSA KELLERMAN, as surviving Sibling of PETER R. KELLERMAN, Deceased;

PAMELA KELLERMAN FOX, as surviving Sibling of PETER R. KELLERMAN, Deceased;

PAMELA KELLERMAN FOX, as Personal Representative of the Estate of JOYCE L. GALES, Deceased, surviving Parent of PETER R. KELLERMAN, Deceased;

PATRICIA KELLETT, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH P. KELLETT, Deceased;

JULIE ANNE KELLETT, as surviving Child of JOSEPH P. KELLETT, Deceased;

CAMERON KELLETT, as surviving Child of JOSEPH P. KELLETT, Deceased;

JOSEPH CALLAHAN, Esq. as Personal Representative of the Estate of ANN SULLIVAN, Deceased, surviving Parent of JOSEPH P. KELLETT;

JAMES KELLY, Individually, as surviving Sibling, and Personal Representative of the Estate of THOMAS R. KELLY, Deceased;

JEAN FARRELL, as surviving Sibling of THOMAS R. KELLY, Deceased;

ROBERT KELLY, as surviving Sibling of THOMAS R. KELLY, Deceased;

JAMES KELLY, as Personal Representative of the Estate of SUZANNE KELLY, Deceased, surviving Parent of THOMAS R. KELLY;

JAMES KELLY, as Personal Representative of the Estate of EMMET KELLY, Deceased, surviving Parent of THOMAS R. KELLY;

JULIE E. KELLY-MCCORMICK, Individually, as surviving Spouse, and Personal Representative of the Estate of TIMOTHY C. KELLY, Deceased;

JULIE E. KELLY-MCCORMICK on behalf of C. E. K., minor, as surviving Child of TIMOTHY C. KELLY, Deceased;

KEVIN P. KELLY, as surviving Child of TIMOTHY C. KELLY, Deceased;

MARY K. KELLY, as surviving Child of TIMOTHY C. KELLY, Deceased;

SUSAN KELLY, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH A. KELLY, Deceased;
CHRISTOPHER KELLY, as surviving Child of JOSEPH A. KELLY, Deceased;
THOMAS KELLY, as surviving Child of JOSEPH A. KELLY, Deceased;
CAROLINE KELLY, as surviving Child of JOSEPH A. KELLY, Deceased;
SUSAN KELLY on behalf of C. K., minor, surviving Child of JOSEPH A. KELLY, Deceased;
SUSAN KELLY on behalf of T. K., minor, surviving Child of JOSEPH A. KELLY, Deceased;

MAUREEN KENNEDY, Individually, as surviving Spouse, and Personal Representative of the Estate of ROBERT C. KENNEDY, Deceased;

LEIGH KENNEDY*, Individually, as surviving Child, and Personal Representative of the Estate of YVONNE E. KENNEDY*, Deceased;
SIMON KENNEDY*, as surviving Child of YVONNE E. KENNEDY*, Deceased;

ELLA KHALIF, Individually, as surviving Spouse, and Personal Representative of the Estate of BORIS KHALIF, Deceased;
STEVEN KHALIF, as surviving Child of BORIS KHALIF, Deceased;

PAUL KIM, Individually, as surviving Parent, and Personal Representative of the Estate of ANDREW KIM, Deceased;
HWA OCK LEE KIM, as surviving Parent of ANDREW KIM, Deceased;
WILLIAM JAY HO KIM, as surviving Sibling of ANDREW KIM, Deceased;

THERESA KING, Individually, as surviving Spouse, and Personal Representative of the Estate of ROBERT KING, Deceased;
THOMAS C. KING, as surviving Child of ROBERT KING, Deceased;

ELIZABETH A. KING, as surviving Child of ROBERT
KING, Deceased;
THERESA KING on behalf of S. J. K., minor, surviving
Child of ROBERT KING, Deceased;

VERONICA KLARES, Individually, as surviving
Spouse, and Personal Representative of the Estate of
RICHARD J. KLARES, Deceased;
RICHARD J. KLARES, JR., as surviving Child of
RICHARD J. KLARES, Deceased;
SCOTT KLARES, as surviving Child of RICHARD J.
KLARES, Deceased;
DOUGLAS KLARES, as surviving Child of RICHARD
J. KLARES, Deceased;

DONNA KLITZMAN and KAREN KLITZMAN,
Individually, as surviving Siblings, and Co-Personal
Representatives of the Estate of KAREN KLITZMAN,
Deceased;

IRINA DUBENSKAYA, Individually, as surviving
Spouse, and Personal Representative of the Estate of
EUGUENI KNIAZEV, Deceased;

MARION KNOX, Individually, as surviving Spouse, and
Personal Representative of the Estate of ANDREW
KNOX, Deceased;

ARSEN KOLPAKOV, Individually, as surviving Child,
and Personal Representative of the Estate of IRINA
KOLPAKOVA, Deceased;

YUN YU ZHENG, Individually, as surviving Spouse, and
Personal Representative of the Estate of RAYMOND KUI
FAI KWOK, Deceased;

MARIE HUNCHAK, Individually, as surviving Sibling,
and Personal Representative of the Estate of ANDREW
LA CORTE, Deceased;
PETER LA CORTE, as surviving Sibling of ANDREW
LA CORTE, Deceased;
JOANNE FLETCHER, as surviving Sibling of ANDREW
LA CORTE, Deceased;

SHERI ANNE LADLEY-CALAMUSA, Individually, as surviving Spouse, and Personal Representative of the Estate of JAMES P. LADLEY, Deceased;
ELIZABETH LADLEY, as surviving Child of JAMES P. LADLEY, Deceased;
JAMES LADLEY, as surviving Child of JAMES P. LADLEY, Deceased;

FRANCES A. LAFORTE, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL P. LAFORTE, Deceased;
ANDREA LAFORTE, as surviving Child of MICHAEL P. LAFORTE, Deceased;
RAYMOND M. LAFORTE, as surviving Child of MICHAEL P. LAFORTE, Deceased;
FRANCES A. LAFORTE on behalf of MICHAEL LAFORTE, as surviving Child of MICHAEL P. LAFORTE, Deceased;

EDLENE C. LAFRANCE, Individually, as surviving Spouse, and Personal Representative of the Estate of ALAN LAFRANCE, Deceased;

COLETTE M. LAFUENTE, Individually, as surviving Spouse, and Personal Representative of the Estate of JUAN LAFUENTE, Deceased;
CHRISTINE LAFUENTE, as surviving Child of JUAN LAFUENTE, Deceased;
CATHERINE LAFUENTE, as surviving Child of JUAN LAFUENTE, Deceased;
ROSE MARIA KAZI, as surviving Sibling of JUAN LAFUENTE, Deceased;
MIRIAM LAFUENTE, as Personal Representative of the Estate of JORGE M. LAFUENT, Deceased, surviving Sibling of, JUAN LAFUENTE, Deceased;

CAROL LAIETA, Individually, as surviving Spouse, and Personal Representative of the Estate of VINCENT LAIETA, Deceased;

KIMBERLY S. LAMANTIA, Individually, as surviving Spouse, and Personal Representative of the Estate of STEPHEN LAMANTIA, Deceased;

MORRIS D. LAMONSOFF, Individually, as surviving
Parent, and Personal Representative of the Estate of AMY
LAMONSOFF, Deceased;
WENDY MCENEANY, as surviving Sibling of AMY
LAMONSOFF, Deceased;
STEVEN LAMONSOFF, as surviving Sibling of AMY
LAMONSOFF, Deceased;

DAVID J. CHAZIN, Individually, as surviving Spouse,
and Personal Representative of the Estate of RUTH
LAPIN, Deceased;

HARLENE LARRY, Individually, as surviving Spouse,
and Personal Representative of the Estate of HAMIDOU
S. LARRY, Deceased;

KIM L. LASKO, Individually, as surviving Spouse, and
Personal Representative of the Estate of GARY E.
LASKO, Deceased;
DEBORAH LASKO, as surviving Sibling of GARY E.
LASKO, Deceased;
DOREEN JURCZYK, as surviving Sibling of GARY E.
LASKO, Deceased;

LAURA J. LASSMAN, Individually, as surviving Parent,
and Personal Representative of the Estate of NICHOLAS
LASSMAN, Deceased;
IRA LASSMAN, as surviving Parent of NICHOLAS
LASSMAN, Deceased;
ELLEN LASSMAN, as surviving Sibling of NICHOLAS
LASSMAN, Deceased;

ANN LEAVY, Individually, as surviving Parent, and
Personal Representative of the Estate of NEIL LEAVY,
Deceased;

ANDREA N. LEBLANC, Individually, as surviving
Spouse, and Personal Representative of the Estate of
ROBERT LEBLANC, Deceased;
JOHN LEBLANC, as surviving Child of ROBERT
LEBLANC, Deceased;
PAUL LEBLANC, as surviving Child of ROBERT
LEBLANC, Deceased;
CAROLYN LEBLANC, as surviving Child of ROBERT
LEBLANC, Deceased;

NISSA YOUNGREN, as surviving Stepchild of ROBERT LEBLANC, Deceased;

NANCY LYNN ZUCKERMAN, Individually, as surviving Spouse, and Personal Representative of the Estate of ALAN J. LEDERMAN, Deceased;
JEAN LEMBO, as surviving Sibling of ALAN J. LEDERMAN, Deceased;
NATHAN LEAFLIGHT, as surviving Sibling of ALAN J. LEDERMAN, Deceased;

KAREN LEE, Individually, as surviving Spouse, and Personal Representative of the Estate of RICHARD Y.C. LEE, Deceased;

MEI JY LEE and PHILIP LEE, Individually, as surviving Children, and Co- Personal Representatives of the Estate of YANG DER LEE, Deceased;

JIN HEE KIM, Individually, as surviving Spouse, and Personal Representative of the Estate of HYUN JOON LEE, Deceased;

MARIA LEGRO, Individually, as surviving Sibling, and Personal Representative of the Estate of ADRIANA LEGRO, Deceased;
JEANETTE LEGRO, as surviving Sibling of ADRIANA LEGRO, Deceased;
JUAN LEGRO, as surviving Sibling of ADRIANA LEGRO, Deceased;

DONALD LEISTMAN, as Co-Personal Representative of the Estate of DAVID R. LEISTMAN, Deceased;
MARYCLAIR LEISTMAN, as surviving Spouse, and Co-Personal Representative of the Estate of DAVID R. LEISTMAN, Deceased;

INGRID LENIHAN, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH A. LENIHAN, Deceased;

SUSAN LENOIR, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN ROBINSON LENOIR, Deceased;

CHRISTINE LEVEEN, Individually, as surviving Spouse, and Personal Representative of the Estate of JEFFREY E. LEVEEN, Deceased;

KATHRYN LEE LEVEEN, as surviving Child of JEFFREY E. LEVEEN, Deceased;

JEFFREY E. LEVEEN, JR., as surviving Child of JEFFREY E. LEVEEN, Deceased;

ANDREW WILLIAM LEVEEN, as surviving Child of JEFFREY E. LEVEEN, Deceased;

MARGARET L. LEVEEN, as surviving Child of JEFFREY E. LEVEEN, Deceased;

CHRISTY FERER, Individually, as surviving Spouse, and Personal Representative of the Estate of NEIL D. LEVIN, Deceased;

ROBERTA J. LEVINE, Individually, as surviving Spouse, and Personal Representative of the Estate of ROBERT M. LEVINE, Deceased;

MELVIN LEWIS and JOHN LEWIS, Individually, as surviving Children, and Co-Personal Representatives of the Estate of MARGARET LEWIS, Deceased;

HAYDEE C. LILLO, Individually, as surviving Spouse, and Personal Representative of the Estate of CARLOS LILLO, Deceased;

THOMAS E. TIGHE, Individually, as surviving Spouse, and Personal Representative of the Estate of DIANE T. LIPARI, Deceased;

ENRICA NACCARATO, Individually, as surviving Sibling, and Personal Representative of the Estate of LORRAINE LISI, Deceased;

EMILY LIZCANO, Individually, as surviving Spouse, and Personal Representative of the Estate of HAROLD LIZCANO, Deceased;

KATHLEEN KEELER LOZIER, Individually, as surviving Spouse, and Personal Representative of the Estate of GARRY W. LOZIER, Deceased;

MAUREEN KELLY, Individually, as surviving Spouse, and Personal Representative of the Estate of MARK LUDVIGSEN, Deceased;

MARIE LUKAS, Individually, as surviving Parent, and Personal Representative of the Estate of MARIE LUKAS, Deceased;

MICHELLE LUNDEN-PEGNO, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL P. LUNDEN, Deceased;
MICHELLE PEGNO on behalf of M. P., minor, surviving Child of MICHAEL P. LUNDEN, Deceased;

DENISE LYNCH, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL LYNCH, Deceased;

ANNE MACFARLANE, Individually, as surviving Parent, and Personal Representative of the Estate of MARIANNE MACFARLANE, Deceased;
GEORGE MACFARLANE, as surviving Sibling of MARIANNE MACFARLANE, Deceased;
JOSEPH MACFARLANE, as surviving Sibling of MARIANNE MACFARLANE, Deceased;

ANDREA MAFFEO, Individually, as surviving Sibling, and Personal Representative of the Estate of JENNIEANN MAFFEO, Deceased;
SAM MAFFEO, as surviving Parent of JENNIEANN MAFFEO, Deceased;
ANDREA MAFFEO, as Personal Representative of the Estate of FRANCES MAFFEO, Deceased, surviving Parent, of JENNIEANN MAFFEO;
JOSEPH MAFFEO, as surviving Sibling of JENNIEANN MAFFEO, Deceased;

PAMELA ANN MAGGITTI, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH MAGGITTI, Deceased;

SHARI MAIO, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH MAIO, Deceased;

OTELIO MALDONADO, JR., Individually, as surviving Spouse, and Personal Representative of the Estate of DEBORA MALDONADO, Deceased;
KRYSTAL MALDONADO, as surviving Child of DEBORA MALDONADO, Deceased;
CHRIS MALDONADO, as surviving Child of DEBORA MALDONADO, Deceased;

REBECCA L MARCHAND, Individually, as surviving Spouse, and Personal Representative of the Estate of ALFRED MARCHAND, Deceased;

JOHN MARTIN, Individually, as surviving Sibling, and Personal Representative of the Estate of KAREN A. MARTIN, Deceased;
SUSAN MARTIN, as surviving Sibling of KAREN A. MARTIN, Deceased;

ANNE MARIE MCCANN, Individually, as surviving Spouse, and Personal Representative of the Estate of THOMAS J. MCCANN, Deceased;

BETTYANN MARTINEAU, Individually, as surviving Spouse, and Personal Representative of the Estate of BRIAN E. MARTINEAU, Deceased;

JUAN MARTINEZ, JR., Individually, as surviving Sibling, and Personal Representative of the Estate of WALESKA MARTINEZ, Deceased;
JUAN MARTINEZ, SR., as surviving Parent of WALESKA MARTINEZ, Deceased;

LORI MASCALI, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH MASCALI, Deceased;
JENNIFER MASCALI, as surviving Child of JOSEPH MASCALI, Deceased;
CHRISTOPHER MASCALI, as surviving Child of JOSEPH MASCALI, Deceased;
KATELYN MASCALI, as surviving Child of JOSEPH MASCALI, Deceased;

RAYNETTE MASCARENHAS*, Individually, as surviving Spouse, and Personal Representative of the Estate of BERNARD MASCARENHAS*, Deceased;

DOROTHY MAURO-JASTREMSKI, Individually, as surviving Spouse, and Personal Representative of the Estate of CHARLES A. MAURO, Deceased;

PEARL MAYNARD, Individually, as surviving Parent, and Personal Representative of the Estate of KEITHROY MAYNARD, Deceased;

MERYL MAYO, Individually, as surviving Spouse, and Personal Representative of the Estate of ROBERT MAYO, Deceased;
CORBIN MAYO, as surviving Child of ROBERT MAYO, Deceased;

JEANNE MCALARY, Individually, as surviving Spouse, and Personal Representative of the Estate of JAMES MCALARY, Deceased;
JILLIAN MCALARY, as surviving Child of JAMES MCALARY, Deceased;
JAMES MCALARY, as surviving Child of JAMES MCALARY, Deceased;
JOSEPH MCALARY, as surviving Child of JAMES MCALARY, Deceased;
ANN MCALARY, as surviving Parent of JAMES MCALARY, Deceased;
KAREN HIGDON, as surviving Sibling of JAMES MCALARY, Deceased;
BRYAN MCALARY, as surviving Sibling of JAMES MCALARY, Deceased;
JOANNE SULLIVAN, as surviving Sibling of JAMES MCALARY, Deceased;
JOHN MCALARY, as surviving Sibling of JAMES MCALARY, Deceased;

ANN MCCARTHY, Individually, as surviving Spouse, and Personal Representative of the Estate of ROBERT G. MCCARTHY, Deceased;
ANN MCCARTHY on behalf of S. M., minor, surviving Child of ROBERT G. MCCARTHY, Deceased;

WILLIAM MCCARTHY, Individually, as surviving Parent, and Personal Representative of the Estate of MICHAEL MCCARTHY, Deceased;
MARGARET MARY MCCARTHY, as surviving Parent of MICHAEL MCCARTHY, Deceased;

WILLIAM JAMES MCCARTHY, as surviving Sibling of MICHAEL MCCARTHY, Deceased;

BETTY ANN MCCARTHY, Individually, as surviving Parent, and Personal Representative of the Estate of JUSTIN MCCARTHY, Deceased;
DENNIS MCCARTHY, as surviving Parent of JUSTIN MCCARTHY, Deceased;

MICHELLE MCCRANN, Individually, as surviving Spouse, and Personal Representative of the Estate of CHARLES A. MCCRANN, Deceased;

SUSAN MCDERMOTT, Individually, as surviving Spouse, and Personal Representative of the Estate of MATTHEW T. MCDERMOTT, Deceased;

PATRICIA H. MCDOWELL, Individually, as surviving Parent, and Personal Representative of the Estate of JOHN F. MCDOWELL, JR., Deceased;

MARY BETH MCERLEAN, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN T. MCERLEAN, JR., Deceased;

MARGARET MCGINLEY, Individually, as surviving Spouse, and Personal Representative of the Estate of DANIEL F. MCGINLEY, Deceased;
TERENCE MCGINLEY, as surviving Child of DANIEL F. MCGINLEY, Deceased;
MADELINE MCGINLEY, as surviving Child of DANIEL F. MCGINLEY, Deceased;
PETER MCGINLEY, as surviving Child of DANIEL F. MCGINLEY, Deceased;
ANNE MCGINLEY, as surviving Child of DANIEL F. MCGINLEY, Deceased;
MARGARET MCGINLEY on behalf of P. M., minor, surviving Child of DANIEL F. MCGINLEY, Deceased;
CONSTANCE MCGINLEY, as surviving Parent of DANIEL F. MCGINLEY, Deceased;
DENNIS P. MCGINLEY, as surviving Sibling of DANIEL F. MCGINLEY, Deceased;
MICHAEL A. MCGINLEY, as surviving Sibling of DANIEL F. MCGINLEY, Deceased;
THOMAS M. MCGINLEY, as surviving Sibling of DANIEL F. MCGINLEY, Deceased;

MARTIN MCGINLEY, as surviving Sibling of DANIEL F. MCGINLEY, Deceased;

ILIANA MCGINNIS-GUIBERT, Individually, as surviving Spouse, and Personal Representative of the Estate of THOMAS H. MCGINNIS, Deceased;
PATRICIA MCGINNIS-DALY, as surviving Parent of THOMAS H. MCGINNIS, Deceased;
JAMES MCGINNIS, as surviving Sibling of THOMAS H. MCGINNIS, Deceased;

CYNTHIA MCGINTY, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL MCGINTY, Deceased;

JILL MCGOVERN, Individually, as surviving Spouse, and Personal Representative of the Estate of SCOTT M. MCGOVERN, Deceased;
ALANA MCGOVERN, as surviving Child of SCOTT M. MCGOVERN, Deceased;
JILL MCGOVERN on behalf of N. M., minor, surviving Child of SCOTT M. MCGOVERN, Deceased;
TARA BAYER, as surviving Sibling of SCOTT M. MCGOVERN, Deceased;
ELIZABETH SCOTT, as surviving Sibling of SCOTT M. MCGOVERN, Deceased;
ELIZABETH SCOTT, as surviving Sibling of SCOTT M. MCGOVERN, Deceased;

THERESA MCGOVERN, Individually, as surviving Child, and Personal Representative of the Estate of ANN W. MCGOVERN, Deceased;
ELIZABETH MCGOVERN, as surviving Child of ANN W. MCGOVERN, Deceased;
LAWRENCE MCGOVERN, as surviving Child of ANN W. MCGOVERN, Deceased;

MARY MCGOVERN, Individually, as surviving Spouse, and Personal Representative of the Estate of WILLIAM J. MCGOVERN, Deceased;

VIRGINIA MCKEON, Individually, as surviving Spouse, and Personal Representative of the Estate of BARRY MCKEON, Deceased;

RUBINA   COX-HOLLOWAY*,   Individually,   as surviving Parent, and Personal Representative of the Estate of DARRYL L. MCKINNEY, Deceased;
DARRYL S. MCKINNEY, as surviving Parent of DARRYL L. MCKINNEY, Deceased;
DALLAS   MCKINNEY,   as   surviving   Sibling   of DARRYL L. MCKINNEY, Deceased;
KATINA BLANDING CARROLL, as surviving Sibling of DARRYL L. MCKINNEY, Deceased;

GEORGE   MCLAUGHLIN,   SR.,   Individually,   as surviving Parent, and Personal Representative of the Estate of GEORGE P. MCLAUGHLIN, JR., Deceased;

DEBRA   MCSWEENEY,   Individually,   as   surviving Spouse, and Personal Representative of the Estate of TIMOTHY MCSWEENEY, Deceased;

JOANN MEEHAN, Individually, as surviving Spouse, and Personal Representative of the Estate of DAMIAN MEEHAN, Deceased;
JOANN MEEHAN on behalf of D. M., JR., minor, surviving Child of DAMIAN MEEHAN, Deceased;
JOANN MEEHAN on behalf of M. M., minor, surviving Child of DAMIAN MEEHAN, Deceased;

JOVIANA   MERCADO,   Individually,   as   surviving Spouse, and Personal Representative of the Estate of STEVE MERCADO, Deceased;

OLGA MERINO, Individually, as surviving Spouse, and Personal Representative of the Estate of GEORGE L. MERINO, Deceased;
TANIA MERINO, as surviving Child of GEORGE L. MERINO, Deceased;

KOULA   MERKOURIS,   Individually,   as   surviving Spouse, and Personal Representative of the Estate of GEORGE MERKOURIS, Deceased;

ANNE MCNEIL, Individually, as surviving Spouse, and Personal Representative of the Estate of MARTIN MICHELSTEIN, Deceased;

FREDERYK J. MILEWSKI and ANNA MILEWSKA, Individually,   as   surviving   Parents,   and   Personal

Representatives of the Estate of LUKASZ MILEWSKI, Deceased;

KAMILA P. MILEWSKA-PODEJMA, as surviving Child of LUKASZ MILEWSKI, Deceased;

RICHARD VILLA, Individually, as surviving Sibling, and Personal Representative of the Estate of SHARON CHRISTINA MILLAN, Deceased;

MAURICIO MILLAN, as surviving Parent of SHARON CHRISTINA MILLAN, Deceased;

CHRISTINA MILLAN, as surviving Parent of SHARON CHRISTINA MILLAN, Deceased;

PATRICIA MARZOCCHI, as surviving Sibling of SHARON CHRISTINA MILLAN, Deceased;

CARLOS VILLA, as surviving Sibling of SHARON CHRISTINA MILLAN, Deceased;

FAITH MILLER, Individually, as surviving Spouse, and Personal Representative of the Estate of ROBERT ALAN MILLER, Deceased;

DINA MILLER, as surviving Child of ROBERT ALAN MILLER, Deceased;

MELANIE PAVELIS, as surviving Child of ROBERT ALAN MILLER, Deceased;

EDWARD MILLER, as surviving Sibling of ROBERT ALAN MILLER, Deceased;

MARY LOU MILLER, as Personal Representative of the Estate of STEVEN MILLER, Deceased, surviving Sibling of ROBERT ALAN MILLER, Deceased;

DIANE MILLER, Individually, as surviving Spouse, and Personal Representative of the Estate of HENRY A. MILLER, JR. Deceased;

MARJORIE MILLER, Individually, as surviving Spouse, and Personal Representative of the Estate of JOEL MILLER, Deceased;

RICHARD A. PITINO, as Personal Representative of the Estate of WILLIAM G. MINARDI, Deceased;

BARBARA MINERVINO, Individually, as surviving Spouse, and Personal Representative of the Estate of LOUIS J. MINERVINO, Deceased;

LAINA MINERVINO, as surviving Child of LOUIS J. MINERVINO, Deceased;

MARISA MINERVINO, as surviving Child of LOUIS J. MINERVINO, Deceased;

JOANNE MODAFFERI, Individually, as surviving Spouse, and Personal Representative of the Estate of LOUIS J. MODAFFERI, Deceased;
CHRISTINE BAIONE, as surviving Child of LOUIS J. MODAFFERI, Deceased;
MICHAEL MODAFFERI, as surviving Child of LOUIS J. MODAFFERI, Deceased;
JOSEPH MODAFFERI, as surviving Child of LOUIS J. MODAFFERI, Deceased;

ANNA MOJICA, Individually, as surviving Spouse, and Personal Representative of the Estate of MANUEL MOJICA, JR., Deceased;

DIANE MONAHAN, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN G. MONAHAN, Deceased;

SARADHA MOORTHY, Individually, as surviving Spouse, and Personal Representative of the Estate of KRISHNA MOORTHY, Deceased;

ROBERTA MORELL, Individually, as surviving Spouse, and Personal Representative of the Estate of GEORGE W. MORELL, Deceased;
NANCY J. MORELL, as surviving Child of GEORGE W. MORELL, Deceased;
KELSEY JANE MORELL, as surviving Child of GEORGE W. MORELL, Deceased;
MARY JANE HAGGERTY, as surviving Sibling of GEORGE W. MORELL, Deceased;
PATRICIA MORELL, as Personal Representative of the Estate of GASPAR JOHN MORELL, JR., Deceased, surviving Sibling of GEORGE W. MORELL, Deceased;

SURI MORGENSTERN, Individually, as surviving Parent, and Personal Representative of the Estate of NANCY MORGENSTERN, Deceased;

NANCY MORONEY, Individually, as surviving Spouse, and Personal Representative of the Estate of DENNIS MORONEY, Deceased;

LORRAINE MOSKAL, Individually, as surviving Spouse, and Personal Representative of the Estate of WILLIAM MOSKAL, Deceased;

EMILY VELEZ MOTRONI, Individually, as surviving Spouse, and Personal Representative of the Estate of MARCO MOTRONI, Deceased;
CHRIS MOTRONI, as surviving Child of MARCO MOTRONI, Deceased;

CATHY LYNN BIRCH, Individually, as surviving Sibling, and Personal Representative of the Estate of MARC A. MUROLO, Deceased;
ANN MUROLO, as surviving Parent of MARC A. MUROLO, Deceased;
DOMINICK MUROLO, as surviving Parent of MARC A. MUROLO, Deceased;
ANGELO MUROLO, as surviving Sibling of MARC A. MUROLO, Deceased;

ELVIRA P. MURPHY, Individually, as surviving Spouse, and Personal Representative of the Estate of PATRICK SEAN MURPHY, Deceased;
SEAN TIMOTHY MURPHY, as surviving Child of PATRICK SEAN MURPHY, Deceased;
MARGARET JANE MURPHY, as surviving Child of PATRICK SEAN MURPHY, Deceased;
DOLORES BARBARA MURPHY, as surviving Parent of PATRICK SEAN MURPHY, Deceased;
THOMAS JOSEPH MURPHY, as surviving Parent of PATRICK SEAN MURPHY, Deceased;
LORI-JEAN MURPHY, as surviving Sibling of PATRICK SEAN MURPHY, Deceased;

JUDITH BRAM MURPHY, Individually, as surviving Spouse, and Personal Representative of the Estate of BRIAN J. MURPHY, Deceased;

ELIZABETH MURPHY, Individually, as surviving Parent, and Personal Representative of the Estate of CHARLES A. MURPHY, Deceased;

GAIL S. MYHRE CLARK, Individually, as surviving Spouse, and Personal Representative of the Estate of RICHARD T. MYHRE, Deceased;

RICHARD B. NAIMAN, Individually, as surviving Child, and Personal Representative of the Estate of MILDRED R. NAIMAN, Deceased;
RUSSELL NAIMAN, as surviving Child of MILDRED R. NAIMAN, Deceased;
SCOTT DARREN NAIMAN as Personal Representative of the Estate of WILLIAM NAIMAN, surviving Child of MILDRED R. NAIMAN, Deceased;

EDWARD NAVARRO, Individually, as surviving Parent, and Personal Representative of the Estate of KAREN S. NAVARRO, Deceased;
ELIZABETH NAVARRO, as surviving Parent of KAREN S. NAVARRO, Deceased;

WILLIAM NELSON, Individually, as surviving Spouse, and Personal Representative of the Estate of THERESA GINGER RISCO NELSON, Deceased;
MARY CAGGIANO MALFI, as surviving Parent of THERESA NELSON-RISCO, Deceased;
JOHN CAGGIANO, as surviving Sibling of THERESA NELSON-RISCO, Deceased;
JOSEPH CAGGIANO, as surviving Sibling of THERESA NELSON-RISCO, Deceased;
RICHARD CAGGIANO, as surviving Sibling of THERESA NELSON-RISCO, Deceased;

EVELYN TEPEDINO, Individually, as surviving Parent, and Personal Representative of the Estate of JODY TEPEDINO NICHILO, Deceased;

GEORGE NICOSIA, Individually, as surviving Spouse, and Personal Representative of the Estate of KATHLEEN A. NICOSIA, Deceased;
MARIANNE DELUCA, as surviving Child of KATHLEEN A. NICOSIA, Deceased;
PHYLLIS HAWK, as surviving Parent of KATHLEEN A. NICOSIA, Deceased;
JAMES HAWK, as surviving Sibling of KATHLEEN A. NICOSIA, Deceased;
KIMBERLY MEYER, as surviving Sibling of KATHLEEN A. NICOSIA, Deceased;
LARRY HAWK, as surviving Sibling of KATHLEEN A. NICOSIA, Deceased;

MERRILLY E. NOETH, Individually, as surviving Parent, and Personal Representative of the Estate of MICHAEL A. NOETH, Deceased;
AVRAHAM NOETH, as surviving Parent of MICHAEL A. NOETH, Deceased;

DANA MCGOWAN NOONAN, Individually, as surviving Spouse, and Personal Representative of the Estate of ROBERT W. NOONAN, Deceased;
CHARLES NOONAN, as surviving Child of ROBERT W. NOONAN, Deceased;
ANNE C. NOONAN, as surviving Parent of ROBERT W. NOONAN, Deceased;
WALTER P. NOONAN, as surviving Parent of ROBERT W. NOONAN, Deceased;
ASHLEY NOONAN, as surviving Sibling of ROBERT W. NOONAN, Deceased;
ANNE WELLINGTON NOONAN ROBERTSON, as surviving Sibling of ROBERT W. NOONAN, Deceased;
KELLY NOONAN, as surviving Sibling of ROBERT W. NOONAN, Deceased;

JEFFREY LOVIT, ESQ., as Personal Representative of the Estate of JACQUELINE NORTON, Deceased;
JASON SEYMOUR, as surviving Child of JACQUELINE NORTON, Deceased;
JOHN SEYMOUR, as surviving Child of JACQUELINE NORTON, Deceased;
JAMES SEYMOUR, as surviving Child of JACQUELINE NORTON, Deceased;

JEFFREY LOVIT, ESQ., Individually, as Personal Representative of the Estate of ROBERT G. NORTON, Deceased;

WILLIAM B. NOVOTNY and MICHAEL C. NOVOTNY, Individually, as surviving Siblings, and Co-Personal Representatives of the Estate of BRIAN C. NOVOTNY, Deceased;
MARY C. NOVOTNY, as surviving Parent of BRIAN C. NOVOTNY, Deceased;
MARY C. NOVOTNY, as Personal Representative of the Estate of WILLIAM J. NOVOTNY, Deceased, surviving Parent of BRIAN C. NOVOTNY, Deceased;
DANIEL NOVOTNY, as surviving Sibling of BRIAN C. NOVOTNY, Deceased;

MICHAEL C. NOVOTNY and WILLIAM B. NOVOTNY, as Co-Personal Representatives of the Estate of JOHN B. NOVOTNY, Deceased, surviving Sibling of BRIAN C. NOVOTNY, Deceased;

ROBERT NOVOTNY, as surviving Sibling of BRIAN C. NOVOTNY, Deceased;

KEVIN NOVOTNY, as surviving Sibling of BRIAN C. NOVOTNY, Deceased;

JEANNE LAWLER, as surviving Sibling of BRIAN C. NOVOTNY, Deceased;

ARLINE NUSSBAUM, Individually, as surviving Spouse, and Personal Representative of the Estate of JEFFREY NUSSBAUM, Deceased;

CRAIG NUSSBAUM, as surviving Child of JEFFREY NUSSBAUM, Deceased;

MELISA BRUNSCHWIG, as surviving Child of JEFFREY NUSSBAUM, Deceased;

LISANNE MACKENZIE, Individually, as surviving Spouse, and Personal Representative of the Estate of JAMES P. O'BRIEN, JR., Deceased;

KELLY HAYES, Individually, as surviving Spouse, and Personal Representative of the Estate of SCOTT J. O'BRIEN, Deceased;

WILLIAM O'CONNOR, Individually, as surviving Spouse, and Personal Representative of the Estate of DIANA J. O'CONNOR, Deceased;

LYNNE O'CONNOR, Individually, as surviving Spouse, and Personal Representative of the Estate of RICHARD J. O'CONNOR, Deceased;

ERIN O'CONNOR, as surviving Child of RICHARD J. O'CONNOR, Deceased;

LAUREN O'CONNOR, as surviving Child of RICHARD J. O'CONNOR, Deceased;

MATTHEW O'CONNOR, as surviving Child of RICHARD J. O'CONNOR, Deceased;

WILLIAM O'CONNOR, as surviving Sibling of RICHARD J. O'CONNOR, Deceased;

DENNIS O'CONNOR, SR., Individually, as surviving Parent, and Personal Representative of the Estate of DENNIS J. O'CONNOR, JR., Deceased;

GERALDINE DAVIE, Individually, as surviving Parent, and Personal Representative of the Estate of AMY O'DOHERTY, Deceased;
MAURA O'DOHERTY LEE, as surviving Sibling of AMY O'DOHERTY, Deceased;

JAMES WALLACE O'GRADY, Individually, as surviving Parent, and Personal Representative of the Estate of JAMES A. O'GRADY, Deceased;
SARA O'GRADY, as surviving Parent of JAMES A. O'GRADY, Deceased;
KRISTIN O'GRADY EVANS, as surviving Sibling of JAMES A. O'GRADY, Deceased;

ANDREA O'HAGAN, Individually, as surviving Spouse, and Personal Representative of the Estate of THOMAS G. O'HAGAN, Deceased;
ANDREA O'HAGAN on behalf of P. O., minor surviving Child of THOMAS G. O'HAGAN, Deceased;
ANDREA O'HAGAN on behalf of P. O., minor, surviving Child of THOMAS G. O'HAGAN, Deceased;

MARY JEAN MCCARTHY O'LEARY, Individually, as surviving Spouse, and Personal Representative of the Estate of GERALD THOMAS O'LEARY, Deceased;
MARY JEAN MCCARTHY O'LEARY on behalf of M. P. O., minor, surviving Child of GERALD THOMAS O'LEARY, Deceased;

ANTHONY OLIVA, Individually, as surviving Sibling, and Personal Representative of the Estate of LINDA OLIVA, Deceased;
ANTHONY OLIVA, as Personal Representative of the Estate of ELIZABETH OLIVA, Deceased, surviving Parent of LINDA OLIVA, Deceased;
FRANK OLIVA, as surviving Sibling of LINDA OLIVA, Deceased;

SHERYL JANE OLIVER, Individually, as surviving Spouse, and Personal Representative of the Estate of EDWARD K. OLIVER, Deceased;
SHERYL JANE OLIVER on behalf of E. O., minor, surviving Child of EDWARD K. OLIVER, Deceased;
SHERYL JANE OLIVER on behalf of E. O., minor, surviving Child of EDWARD K. OLIVER, Deceased;

BARBARA OLIVER, as surviving Parent of EDWARD K. OLIVER, Deceased;

DONALD OLIVER, as surviving Parent of EDWARD K. OLIVER, Deceased;

DONALD OLIVER, as surviving Sibling of EDWARD K. OLIVER, Deceased;

BARBARA SMITH, as surviving Sibling of EDWARD K. OLIVER, Deceased;

JAMES OLIVER, as surviving Sibling of EDWARD K. OLIVER, Deceased;

ELIZABETH REGO, Individually, as surviving Parent, and Personal Representative of the Estate of LEAH E. OLIVER, Deceased;

WALTER P. OLIVER, as surviving Parent of LEAH E. OLIVER, Deceased;

DALE J. OLIVER, as surviving Sibling of LEAH E. OLIVER, Deceased;

DANIEL OLIVER, as surviving Sibling of LEAH E. OLIVER, Deceased;

JOHN ERIC OLSON, Individually, as surviving Spouse, and Personal Representative of the Estate of MAUREEN L. OLSON, Deceased;

CHRISTOPHER AKE OLSON, as surviving Child of MAUREEN L. OLSON, Deceased;

LAUREN MURPHY LEWIS, Individually, as surviving Spouse, and Personal Representative of the Estate of MATTHEW T. O'MAHONY, Deceased;

HOLLY O'NEILL, Individually, as surviving Spouse, and Personal Representative of the Estate of SEAN G. C. O'NEILL, Deceased;

HARRY ONG, JR., Individually, as surviving Sibling, and Personal Representative of the Estate of BETTY ANN ONG, Deceased;

CATHERINE ONG, as surviving Sibling of BETTY ANN ONG, Deceased;

GLORIA ONG, as surviving Sibling of BETTY ANN ONG, Deceased;

YEE GUM OY, as surviving Parent of BETTY ANN ONG, Deceased;

HARRY ONG, JR., as Personal Representative of the Estate of HARRY ONG, SR., Deceased, as surviving Parent of BETTY ANN ONG, Deceased;

DEBORAH OPPERMAN, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL OPPERMAN, Deceased;
ELIZABETH CAGGIANO, as surviving Child of MICHAEL OPPERMAN, Deceased;
MICHAEL OPPERMAN, JR., as surviving Child of MICHAEL OPPERMAN, Deceased;

STANLEY WEINSTEIN, Individually, as surviving Parent, and Personal Representative of the Estate of LISA CAREN ORFI-EHRLICH, Deceased;

SHEILA ORNEDO, Individually, as surviving Spouse, and Personal Representative of the Estate of RUBEN ORNEDO, Deceased;
SHEILA ORNEDO on behalf of R. G. O., minor, surviving Child of RUBEN ORNEDO, Deceased;
MARIO ORNEDO, as surviving Sibling of RUBEN ORNEDO, Deceased;
EDUARDO ORNEDO, as surviving Sibling of RUBEN ORNEDO, Deceased;

ALFREDO F. ORTIZ, Individually, as surviving Parent, and Personal Representative of the Estate of ALEXANDER ORTIZ, Deceased;

BARBARA LYNCH, Individually, as surviving Spouse, and Personal Representative of the Estate of ROBERT W. O'SHEA, Deceased;

FELICIANA UMANZOR, Individually, as surviving Parent, and Personal Representative of the Estate of ELSY C. OSORIO, Deceased;
KATHERINE UMANZOR, as surviving Sibling of ELSY C. OSORIO, Deceased;

JOANNA OSTROWSKI, Individually, as surviving Spouse, and Personal Representative of the Estate of JAMES OSTROWSKI, Deceased;

KENNETH OSWALD, Individually, as surviving Parent, and Personal Representative of the Estate of JASON OSWALD, Deceased;
JENNIFER OSWALD-CHEN, as surviving Sibling of JASON OSWALD, Deceased;

SUSAN OU, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL C. OU, Deceased;
JOY OU, as surviving Child of MICHAEL C. OU, Deceased;

KATHLEEN OWENS, Individually, as surviving Spouse, and Personal Representative of the Estate of PETER OWENS, JR., Deceased;
JOSEPH OWENS, as surviving Child of PETER OWENS, JR., Deceased;
THOMAS OWENS, as surviving Child of PETER OWENS, JR., Deceased;
MARYELLEN OWENS, as surviving Child of PETER OWENS, JR., Deceased;

YVETTE PABON, Individually, as surviving Spouse, and Personal Representative of the Estate of ANGEL PABON, Deceased;
VANESSA E. PABON, as surviving Child of ANGEL M. PABON, JR., Deceased;
ANGEL M. PABON, II, as surviving Child of ANGEL M. PABON, JR., Deceased;

SAMPATH PAKKALA, Individually, as surviving Spouse, and Personal Representative of the Estate of DEEPA PAKKALA, Deceased;

LISA PALAZZO, Individually, as surviving Spouse, and Personal Representative of the Estate of JEFFREY M. PALAZZO, Deceased;
LISA PALAZZO on behalf of S. P., minor, surviving Child of JEFFREY M. PALAZZO, Deceased;
NICOLE PALAZZO, as surviving Child of JEFFREY M. PALAZZO, Deceased;

LISA PALAZZO, Individually, as surviving Spouse, and Personal Representative of the Estate of THOMAS A. PALAZZO, Deceased;

KRISTEN PALAZZO LIBBY, as surviving Child of THOMAS A. PALAZZO, Deceased;
KAITLIN ELIZABETH PALAZZO, as surviving Child of THOMAS A. PALAZZO, Deceased;

DONNA PAOLILLO, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN PAOLILLO, Deceased;
ELLA PAOLILLO, as surviving Child of JOHN PAOLILLO, Deceased;
JAKE PAOLILLO, as surviving Child of JOHN PAOLILLO, Deceased;

LINDA PASCUMA, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL J. PASCUMA, JR., Deceased;

SEAN PASSANANTI, Individually, as surviving Child, and Personal Representative of the Estate of HORACE PASSANANTI, Deceased;
MICHAEL PASSANANTI, as surviving Child of HORACE PASSANANTI, Deceased;

IRENE DURBIN, Individually, as surviving Sibling, and Personal Representative of the Estate of SUZANNE H. PASSARO, Deceased;
IRENE DURBIN, as Personal Representative of the Estate of HELENE S. PASSARO, Deceased, surviving Parent of SUZANNE H. PASSARO, Deceased;
IRENE DURBIN, as Personal Representative of the Estate of ANTHONY F. PASSARO, Deceased, surviving Parent of SUZANNE H. PASSARO, Deceased;

KANTILAL PATEL, Individually, as surviving Parent, and Personal Representative of the Estate of MANISH PATEL, Deceased;

BLANCA GUTIERREZ DE PAZ, Individually, as surviving Parent, and Personal Representative of the Estate of VICTOR HUGO PAZ-GUTIERREZ, Deceased;

BOBBIE PEAK, Individually, as surviving Parent, and Personal Representative of the Estate of STACEY PEAK, Deceased;

NINA BARNES, as Personal Representative of the Estate of DURRELL PEARSALL, JR., Deceased;

SOPHIE PELLETIER-MARTINELLI, Individually, as surviving Spouse, and Personal Representative of the Estate of MIKE PELLETIER, Deceased;

CARMEN RODRIGUEZ, Individually, as surviving, and Personal Representative of the Estate of ANGEL PEREZ, Deceased;

MARY GOLA PEREZ, Individually, as surviving Spouse, and Personal Representative of the Estate of ANTHONY PEREZ, Deceased;
ANTHONY PEREZ, as surviving Child of ANTHONY PEREZ, Deceased;
ALEXIS PEREZ, as surviving Child of ANTHONY PEREZ, Deceased;

PATRICIA PERRONCINO, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH PERRONCINO, Deceased;

JOSEPHINE PERROTTA, Individually, as surviving Spouse, and Personal Representative of the Estate of EDWARD PERROTTA, Deceased;

FRANK K. PEZZUTI, Individually, as surviving Parent, and Personal Representative of the Estate of KALEEN E. PEZZUTI, Deceased;
KATHLEEN PEZZUTI, as surviving Parent of KALEEN E. PEZZUTI, Deceased;
MEGAN PEZZUTI-PELINO, as surviving Sibling of KALEEN E. PEZZUTI, Deceased;
FRANK J. PEZZUTI, as surviving Sibling of KALEEN E. PEZZUTI, Deceased;

HELEN PFEIFER and WILLIAM PFEIFER,, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of KEVIN PFEIFER, Deceased;

LINDA PICKFORD, Individually, as surviving Parent, and Personal Representative of the Estate of CHRISTOPHER PICKFORD, Deceased;

DANIEL POLATSCH, Individually, as surviving Sibling, and Personal Representative of the Estate of LAURENCE POLATSCH, Deceased;
LINDA BODIAN, as surviving Parent of LAURENCE POLATSCH, Deceased;
BERNARD POLATSCH, as surviving Parent of LAURENCE POLATSCH, Deceased;

JEAN OSLYN POWELL, Individually, as surviving Spouse, and Personal Representative of the Estate of SHAWN E. POWELL, Deceased;

KAREN PRINCIOTTA, Individually, as surviving Spouse, and Personal Representative of the Estate of VINCENT PRINCIOTTA, Deceased;
KAREN PRINCIOTTA, on behalf of C. M. P., minor, surviving Child of VINCENT PRINCIOTTA, Deceased;
BERNADETTE TERESA PRINCIOTTA, as surviving Sibling of VINCENT PRINCIOTTA, Deceased;

SUSAN PRUNTY, Individually, as surviving Spouse, and Personal Representative of the Estate of RICHARD PRUNTY, Deceased;

MICHAEL PUCKETT, Individually, as surviving Child, and Personal Representative of the Estate of JOHN F. PUCKETT, Deceased;

DOMINIC J. PUOPOLO, SR., Individually, as surviving Spouse, and Personal Representative of the Estate of SONIA M. PUOPOLO, Deceased;

PATRICIA QUIGLEY, Individually, as surviving Spouse, and Personal Representative of the Estate of PATRICK J. QUIGLEY, Deceased;
RACHEL QUIGLEY, as surviving Child of PATRICK J. QUIGLEY, Deceased;
PATRICIA QUIGLEY on behalf of L. Q., minor, surviving Child of PATRICK J. QUIGLEY, Deceased;

FRANCINE RAGGIO, Individually, as surviving Spouse, and Personal Representative of the Estate of EUGENE J. RAGGIO, Deceased;
MELISSA RAGGIO-GRANATO, as surviving Child of EUGENE J. RAGGIO, Deceased;

MICHAEL RAMBOUSEK, Individually, as surviving Parent, and Personal Representative of the Estate of LUKAS RAMBOUSEK, Deceased;
JINDRA RAMBOUSEK, as surviving Parent of LUKAS RAMBOUSEK, Deceased;

DEBORAH RANCKE BASHAM, Individually, as surviving Spouse, and Personal Representative of the Estate of ALFRED TODD RANCKE, Deceased;

MARY ANN RAND, Individually, as surviving Parent, and Personal Representative of the Estate of ADAM D. RAND, Deceased;
MARY ANN RAND, as Personal Representative of the Estate of JAMES RAND, Deceased, surviving Parent of ADAM D. RAND, Deceased;
LISA MEYER, as surviving Sibling of ADAM D. RAND, Deceased;

SADIQ RASOOL, Individually, as surviving Spouse, and Personal Representative of the Estate of AMENIA RASOOL, Deceased;
FARHAAD N. RASOOL, as surviving Child of AMENIA RASOOL, Deceased;
ANEESA RASOOL, as surviving Child of AMENIA RASOOL, Deceased;
ASEEFA RASOOL, as surviving Child of AMENIA RASOOL, Deceased;
SAEED N. RASOOL, as surviving Child of AMENIA RASOOL, Deceased;

SUSAN RASWEILER BAUER, Individually, as surviving Spouse, and Personal Representative of the Estate of ROGER MARK RASWEILER, Deceased;

NATALYA LOGINOVA, Individually, as surviving Spouse, and Personal Representative of the Estate of ALEXEY RAZUVAEV, Deceased;

NICOLE REDA, Individually, as surviving Spouse, and Personal Representative of the Estate of GREGORY REDA, Deceased;
NICOLE REDA on behalf of M. A. R., minor, surviving Child of GREGORY REDA, Deceased;
NICHOLAS S. REDA, as surviving Child of GREGORY REDA, Deceased;

JOHN M. REDA, as surviving Sibling of GREGORY REDA, Deceased;

FRANK M. REDA, as surviving Parent of GREGORY REDA, Deceased;

CHRISTOPHER REDA, as surviving Sibling of GREGORY REDA, Deceased;

SHARLENE BECKWITH and JAMES REED, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of MICHELE REED, Deceased;

CATHERINE REGENHARD, Individually, as surviving Parent, and Personal Representative of the Estate of CHRISTIAN M.O. REGENHARD, Deceased;

WILLIAM F. REILLY, Individually, as surviving Parent, and Personal Representative of the Estate of JAMES B. REILLY, Deceased;

ARMAND REO, Individually, as surviving Parent, and Personal Representative of the Estate of JOHN A. REO, Deceased;

JUDITH REO, as surviving Parent of JOHN A. REO, Deceased;

MEGHAN METZEMAEKERS, as surviving Sibling of JOHN A. REO, Deceased;

MARK REO, as surviving Sibling of JOHN A. REO, Deceased;

KRISTIN MAQUIRE, as surviving Sibling of JOHN A. REO, Deceased;

SUZANNE SWAINE, as surviving Sibling of JOHN A. REO, Deceased;

VIVIAN REUBEN, Individually, as surviving Spouse, and Personal Representative of the Estate of TODD REUBEN, Deceased;

MARIA CRUZ, Individually, as surviving Sibling, and Personal Representative of the Estate of EDUVIGIS REYES, JR., Deceased;

KIMBERLY REYES, as surviving Child of EDUVIGIS REYES, JR., Deceased;

TIFFANY REYES, as surviving Child of EDUVIGIS REYES, JR., Deceased;

STEPHANIE VILLARIN, as surviving Child of EDUVIGIS REYES, JR., Deceased;

CLEMENTINA REYES, as surviving Parent of EDUVIGIS REYES, JR., Deceased;

NEMESIO REYES, as surviving Sibling of EDUVIGIS REYES, JR., Deceased;

LUZ REYES, as surviving Sibling of EDUVIGIS REYES, JR., Deceased;

AIDALINE REYES CONCEPCION, as surviving Sibling of EDUVIGIS REYES, JR., Deceased;

NYDIA REYES RODRIGUEZ, as surviving Sibling of EDUVIGIS REYES, JR., Deceased;

IDA HOLDER, as surviving Sibling of EDUVIGIS REYES, JR., Deceased;

ENOEL REYES, as surviving Sibling of EDUVIGIS REYES, JR., Deceased;

ISABELL REYES, as surviving Sibling of EDUVIGIS REYES, JR., Deceased;

ARMANDO REYES, as surviving Sibling of EDUVIGIS REYES, JR., Deceased;


ERIN PITT RICHARDS, Individually, as surviving Spouse, and Personal Representative of the Estate of GREGORY D. RICHARDS, Deceased;

ERIN PITT RICHARDS on behalf of A. R. F., minor, surviving Child of GREGORY D. RICHARDS, Deceased;

CAROL J. RICHARDS, as surviving Mother of GREGORY D. RICHARDS, Deceased;

PAUL RICHARDS, as surviving Sibling of GREGORY D. RICHARDS, Deceased;

LISA RICHARDS KESTON, as surviving Sibling of GREGORY D. RICHARDS, Deceased;


KIMBERLY TRUDEL, Individually, as surviving Spouse, and Personal Representative of the Estate of FREDERICK RIMMELE, III, Deceased;

MARILYN RIMMELE, as surviving Parent of FREDERICK RIMMELE, III, Deceased;

FREDERICK RIMMELE, JR., as surviving Parent of FREDERICK RIMMELE, III, Deceased;

KAREN CONNORS, as surviving Sibling of FREDERICK RIMMELE, III, Deceased;

NILSA RIVERA, Individually, as surviving Spouse, and Personal Representative of the Estate of ISAIAS RIVERA, Deceased;

RICKY VIDER RIVERS, Individually, as surviving Spouse, and Personal Representative of the Estate of DAVID E. RIVERS, Deceased;

JODI RIVERSO, as Personal Representative of the Estate of JOSEPH R. RIVERSO, Deceased;

ELAINE RIZZA BROPHY, Individually, as surviving Spouse, and Personal Representative of the Estate of PAUL RIZZA, Deceased;

RODNEY CALLUM, Individually, as surviving Sibling, and Personal Representative of the Estate of MICHELL L. ROBOTHAM, Deceased;
RODNEY CALLUM, as Personal Representative of the Estate of CHESTER CALLUM, Deceased, as surviving Parent of MICHELL L. ROBOTHAM, Deceased;
RODNEY CALLUM, as Personal Representative of the Estate of LINDA HANSON CALLUM, Deceased, as surviving Parent of MICHELL L. ROBOTHAM, Deceased;

KATHERINE ROBSON, Individually, as surviving Spouse, and Personal Representative of the Estate of DONALD ROBSON, Deceased;
GEOFFREY ROBSON, as surviving Child of DONALD ROBSON, Deceased;
SCOTT ROBSON, as surviving Child of DONALD ROBSON, Deceased;

PEDRO SALEME*, as Personal Representative of the Estate of CARMEN M. RODRIGUEZ, Deceased;
MARYLYNN SANTOS PADILLA, as surviving Child of CARMEN M. RODRIGUEZ, Deceased;
MAGARITA VAZQUEZ, as surviving Parent of CARMEN M. RODRIGUEZ, Deceased;
CARLOS SANTOS, as surviving Child of CARMEN M. RODRIGUEZ, Deceased;

EVELYN RODRIGUEZ, Individually, as surviving Spouse, and Personal Representative of the Estate of ANTHONY RODRIGUEZ, Deceased;

LYNNETTE GIANNELLI, as surviving Child of ANTHONY RODRIGUEZ, Deceased;

LAUREN RODRIGUEZ, as surviving Child of ANTHONY RODRIGUEZ, Deceased;

DEREK RODRIGUEZ, as surviving Child of ANTHONY RODRIGUEZ, Deceased;

EVELYN RODRIGUEZ on behalf of M. R., minor, surviving Child of ANTHONY RODRIGUEZ, Deceased;

PEDRO RODRIGUEZ, as surviving Parent of ANTHONY RODRIGUEZ, Deceased;

DESIREE OKSENIUK, as surviving Sibling of ANTHONY RODRIGUEZ, Deceased;

ANGELIC SUAREZ, as surviving Sibling of ANTHONY RODRIGUEZ, Deceased;

RONALD R. ROHNER, Individually, as surviving Parent, and Personal Representative of the Estate of SCOTT W. ROHNER, Deceased;

EDITH CRUZ, Individually, as surviving Parent, and Personal Representative of the Estate of ANGELA ROSARIO, Deceased;

MARTIN ROSENBAUM, Individually, as surviving Parent, and Personal Representative of the Estate of BROOKE D. ROSENBAUM, Deceased;

FERN ROSENBAUM, as surviving Stepparent of BROOKE D. ROSENBAUM, Deceased;

GLENNA ROSENBERG, Individually, as surviving Spouse, and Personal Representative of the Estate of LLOYD D. ROSENBERG, Deceased;

GLENNA ROSENBERG on behalf of A. R., minor, surviving Child of LLOYD D. ROSENBERG, Deceased;

SAMANTHA ROSENBERG, as surviving Child of LLOYD D. ROSENBERG, Deceased;

KAYLEE ROSENBERG, as surviving Child of LLOYD D. ROSENBERG, Deceased;

JILL ROSENBLUM, Individually, as surviving Spouse, and Personal Representative of the Estate of ANDREW I. ROSENBLUM, Deceased;

JORDAN ROSENBLUM, as surviving Child of ANDREW I. ROSENBLUM, Deceased;

KYLE ROSENBLUM, as surviving Child of ANDREW I. ROSENBLUM, Deceased;

BARBARA ROSENBLUM, as surviving Parent of ANDREW I. ROSENBLUM, Deceased;

SHEILA ORNSTEIN as Personal Representative of the Estate of JASON ROSENBLUM, Deceased, surviving Parent of ANDREW I. ROSENBLUM;

SHEILA ORNSTEIN, as surviving Sibling of ANDREW I. ROSENBLUM, Deceased;

RICHARD ROSENBLUM, as surviving Sibling of ANDREW I. ROSENBLUM, Deceased;

ADAM ROSENBLUM, as surviving Sibling of ANDREW I. ROSENBLUM, Deceased;

LAUREN ROSENZWEIG, Individually, as surviving Spouse, and Personal Representative of the Estate of PHILLIP ROSENZWEIG, Deceased;

MAX ROSENZWEIG, as surviving Child of PHILLIP ROSENZWEIG, Deceased;

ALLAN ROSENZWEIG, as surviving Sibling of PHILLIP ROSENZWEIG, Deceased;

JUDI A. ROSS, Individually, as surviving Spouse, and Personal Representative of the Estate of RICHARD ROSS, Deceased;

IRENE ROSS, as surviving Sibling of RICHARD ROSS, Deceased;

ROCHELLE GORDON, as surviving Sibling of RICHARD ROSS, Deceased;

SUSAN ROSSINOW, Individually, as surviving Spouse, and Personal Representative of the Estate of NORMAN ROSSINOW, Deceased;

BARBARA SCARAMUZZINO, Individually, as surviving Parent, and Personal Representative of the Estate of NICHOLAS ROSSOMANDO, Deceased;

CLAUDIA RUGGIERE, Individually, as surviving Spouse, and Personal Representative of the Estate of BART RUGGIERE, Deceased;

GILBERT RUIZ, JR., Individually, as surviving Child, and Personal Representative of the Estate of GILBERT RUIZ, Deceased;

ANDREA RUSSIN, Individually, as surviving Spouse, and Personal Representative of the Estate of STEVEN RUSSIN, Deceased;

DIANE RYAN, Individually, as surviving Spouse, and Personal Representative of the Estate of EDWARD RYAN, Deceased;
MEGAN RYAN, as surviving Child of EDWARD RYAN, Deceased;
DIANE RYAN on behalf of K. R., minor, surviving Child of EDWARD RYAN, Deceased;
EDWARD RYAN, as surviving Child of EDWARD RYAN, Deceased;
PATRICIA RYAN, as surviving Parent of EDWARD RYAN, Deceased;
PATRICIA ANTONELLE, as surviving Sibling of EDWARD RYAN, Deceased;
ROBERT RYAN, as surviving Sibling of EDWARD RYAN, Deceased;
WILLIAM RYAN, as surviving Sibling of EDWARD RYAN, Deceased;
PAUL RYAN, as surviving Sibling of EDWARD RYAN, Deceased;

MARGARET RYAN, Individually, as surviving Spouse, and Personal Representative of the Estate of MATTHEW L. RYAN, Deceased;
MEAGHAN RYAN, as surviving Child of MATTHEW L. RYAN, Deceased;
FRANCIS RYAN, as surviving Sibling of MATTHEW L. RYAN, Deceased;

MARIA L. RYAN BALDWIN, Individually, as surviving Spouse, and Personal Representative of the Estate of JONATHAN S. RYAN, Deceased;

VASILIY RIJOV, Individually, as surviving Spouse, and Personal Representative of the Estate of TATIANA RYJOVA, Deceased;

DAE JIN RYOOK, Individually, as surviving Parent, and Personal Representative of the Estate of CHRISTINA S. RYOOK, Deceased;

DELPHINE SAADA*, Individually, as surviving Spouse, and Personal Representative of the Estate of THIERRY SAADA*, Deceased;

ARLENE SACERDOTE, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH SACERDOTE, Deceased;

MICHELE SAND, Individually, as surviving Spouse, and Personal Representative of the Estate of ERIC SAND, Deceased;

MICHAEL SANTO, Individually, as surviving Sibling, and Personal Representative of the Estate of SUSAN SANTO, Deceased;
MICHAEL SANTO, Personal Representative of the Estate of JOSEPH SANTO, Deceased, as surviving Father of SUSAN SANTO, Deceased;

LINDA SARLE, Individually, as surviving Spouse, and Personal Representative of the Estate of PAUL F. SARLE, Deceased;

NARASIMHA SATTALURI, Individually, as surviving Spouse, and Personal Representative of the Estate of DEEPIKA SATTALURI, Deceased;

JANLYN SCAUSO, Individually, as surviving Spouse, and Personal Representative of the Estate of DENNIS SCAUSO, Deceased;

SHEILA SCANDOLE, Individually, as surviving Spouse, and Personal Representative of the Estate of ROBERT SCANDOLE, Deceased;

KENNETH SCHIELKE, Individually, as surviving Parent, and Personal Representative of the Estate of SEAN SCHIELKE, Deceased;

PHYLLIS SCHREIER, Individually, as surviving Spouse, and Personal Representative of the Estate of JEFFREY SCHREIER, Deceased;
JANICE HART, as surviving Sibling of JEFFREY SCHREIER, Deceased;

JANICE HART, as Personal Representative of the Estate of MARK SCHREIER, Deceased, surviving Parent of JEFFREY SCHREIER, Deceased;
JANICE HART, as Personal Representative of the Estate of STEPHANIE SCHREIER, Deceased, surviving Parent of JEFFREY SCHREIER, Deceased;

WILLIAM D. ROBBINS, as Personal Representative of the Estate of CLARIN S. SIEGEL-SCHWARTZ, Deceased;

PATRICIA B. SCHWARTZ, Individually, as surviving Spouse, and Personal Representative of the Estate of MARK SCHWARTZ, Deceased;

CHARLES SCIBETTA, Individually, as surviving Spouse, and Personal Representative of the Estate of ADRIANNE SCIBETTA, Deceased;
GABRIELLA SCIBETTA, as surviving Child of ADRIANNE SCIBETTA, Deceased;
CATERINA VENUTO, as surviving Parent of ADRIANNE SCIBETTA, Deceased;
SALVATORE VENUTO, as surviving Sibling of ADRIANNE SCIBETTA, Deceased;

CATHERINE SCULLIN, Individually, as surviving Spouse, and Personal Representative of the Estate of ARTHUR SCULLIN, Deceased;
ARTHUR W. SCULLIN, JR., as surviving Child of ARTHUR SCULLIN, Deceased;
JAMES W. SCULLIN, as surviving Child of ARTHUR SCULLIN, Deceased;
NORA M. SCULLIN, as surviving Child of ARTHUR SCULLIN, Deceased;

NATALIE MAKSHANOV, Individually, as surviving Spouse, and Personal Representative of the Estate of JASON M. SEKZER, Deceased;
EVELYN SEKZER, as surviving Parent of JASON M. SEKZER, Deceased;
WILTON SEKZER, as surviving Parent of JASON M. SEKZER, Deceased;
MARC SEKZER, as surviving Sibling of JASON M. SEKZER, Deceased;

NANCY PICONE, Individually, as surviving Parent, and Personal Representative of the Estate of ARTURO SERENO, Deceased;

JYOTHI SHAH, Individually, as surviving Spouse, and Personal Representative of the Estate of JAYESH SHAH, Deceased;

LEONOR SHAHID and SYED SHAHID, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of KHALID SHAHID, Deceased;

BENJAMIN SHAMAY, Individually, as surviving Parent, and Personal Representative of the Estate of GARY SHAMAY, Deceased;
GABRIEL SHAMAY, as surviving Sibling of GARY SHAMAY, Deceased;
SIMON SHAMAY, as surviving Sibling of GARY SHAMAY, Deceased;

EILEEN A. SHANAHAN, Individually, as surviving Spouse, and Personal Representative of the Estate of EARL SHANAHAN, Deceased;
STACY LEE CHMIL, as surviving Child of EARL SHANAHAN, Deceased;
GREGORY EARL SHANAHAN, as surviving Child of EARL SHANAHAN, Deceased;

NANCY SHEA, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH P. SHEA, Deceased;

ELLEN SHEA, Individually, as surviving Spouse, and Personal Representative of the Estate of DANIEL J. SHEA, Deceased;
ELLEN SHEA on behalf of A. R. S., surviving Child of DANIEL J. SHEA, Deceased;
ELLEN SHEA on behalf of M. J. S., surviving Child of DANIEL J. SHEA, Deceased;
COLIN M. SHEA, as surviving Child of DANIEL J. SHEA, Deceased;

MARY NICHOLSON, Individually, as surviving Child, and Personal Representative of the Estate of M. KATHLEEN SHEARER, Deceased;

KARRIE CASTRO, as surviving Child of KATHLEEN
SHEARER, Deceased;

MARY NICHOLSON, Individually, as surviving Child,
and Personal Representative of the Estate of ROBERT M.
SHEARER, Deceased;
KARRIE CASTRO, as surviving Child of ROBERT
SHEARER, Deceased;

MAUREEN SHERRY, Individually, as surviving Spouse,
and Personal Representative of the Estate of JOHN A.
SHERRY, Deceased;

LORI SHULMAN, Individually, as surviving Spouse, and
Personal Representative of the Estate of MARK
SHULMAN, Deceased;
LAWRENCE SHULMAN, as surviving Sibling of
MARK SHULMAN, Deceased;

HOLLI SILVER, Individually, as surviving Spouse, and
Personal Representative of the Estate of DAVID SILVER,
Deceased;
HOLLI SILVER on behalf of D. S., minor, surviving
Child of DAVID SILVER, Deceased;

EILEEN SIMON, Individually, as surviving Spouse, and
Personal Representative of the Estate of MICHAEL J.
SIMON, Deceased;

DHANRAJ     SINGH,     as     surviving     Parent     of
KHAMLADAI SINGH
DHANRAJ SINGH, as surviving Parent of ROSHAN
SINGH

CATHY CARILLI-SINTON, Individually, as surviving
Spouse, and Personal Representative of the Estate of
THOMAS E. SINTON III, Deceased;
ALEXANDRA     SINTON,     as     surviving     Child     of
THOMAS E. SINTON, III, Deceased;

LAURA MORRISON, Individually, as surviving Child,
and Personal Representative of the Estate of MURIEL
SISKOPOULOS, Deceased;
LAURA MORRISON, as Personal Representative of the
Estate of MARK J. SISKOPOULOS, Deceased, surviving
Parent of MURIEL SISKOPOULOS, Deceased;

THOMAS J. NEARY, III, as surviving Child of MURIEL SISKOPOULOS, Deceased;
DONNA NEARY KRINSKY, as surviving Child of MURIEL SISKOPOULOS, Deceased;

JASON SHERMAN, Individually, as surviving Partner, and Personal Representative of the Estate of TOYENA C. SKINNER, Deceased;
JASON SHERMAN on behalf of M. S., minor, surviving Child of TOYENA C. SKINNER, Deceased;

DONNA SMITH YULE, Individually, as surviving Spouse, and Personal Representative of the Estate of JAMES G. SMITH, Deceased;
WILLIAM SMITH, as surviving Child of JAMES G. SMITH, Deceased;
ROBERT SMITH, as surviving Child of JAMES G. SMITH, Deceased;
KRISTEN SMITH, as surviving Child of JAMES G. SMITH, Deceased;
CAROLINE SMITH, as surviving Child of JAMES G. SMITH, Deceased;

ROSEMARY KEMPTON, Individually, as surviving Child, and Personal Representative of the Estate of ROSEMARY A. SMITH, Deceased;

JERRI SMITH, Individually, as surviving Spouse, and Personal Representative of the Estate of KEVIN J. SMITH, Deceased;
THOMAS H. SMITH, as surviving Child of KEVIN J. SMITH, Deceased;
JOSEPHINE M. SMITH, as surviving Child of KEVIN J. SMITH, Deceased;
CHRISTOPHER F. SMITH, as surviving Child of KEVIN J. SMITH, Deceased;
MARGARET BROWN, as surviving Sibling of KEVIN J. SMITH, Deceased;

JANINE SNYDER OLDENHAGE, Individually, as surviving Spouse, and Personal Representative of the Estate of LEONARD J. SNYDER, JR., Deceased;

BARBARA SOHAN, Individually, as surviving Parent, and Personal Representative of the Estate of ASTRID SOHAN, Deceased;

CLIVE SOHAN, as surviving Parent of ASTRID SOHAN, Deceased;

LAURIE SPAMPINATO, Individually, as surviving Spouse, and Personal Representative of the Estate of DONALD F. SPAMPINATO, JR., Deceased;

LAWAN SRINUAN and CHALERAMCHA SRINUAN, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of SARANYA SRINUAN, Deceased;

THERESA STACK, Individually, as surviving Spouse, and Personal Representative of the Estate of LAURENCE T. STACK, Deceased;

DANIEL STAN*, Individually, as surviving Sibling, and Personal Representative of the Estate of ALEXANDRU STAN*, Deceased;

DIANE STARITA, Individually, as surviving Spouse, and Personal Representative of the Estate of ANTHONY STARITA, Deceased;

KIM STATKEVICUS, Individually, as surviving Spouse, and Personal Representative of the Estate of DEREK J. STATKEVICUS, Deceased;
TYLER STATKEVICUS, as surviving Child of DEREK J. STATKEVICUS, Deceased;
DEREK C. STATKEVICUS, as surviving Child of DEREK J. STATKEVICUS, Deceased;

TRACY O'KEEFE, Individually, as surviving Spouse, and Personal Representative of the Estate of ALEXANDER STEINMAN, Deceased;
IRWIN STEINMAN, as surviving Parent of ALEXANDER STEINMAN, Deceased;
JESSICA SCHOENHOLTZ, as surviving Stepsibling of ALEXANDER STEINMAN, Deceased;

KRISTIN GALUSHA-WILD, Individually, as surviving Partner, and Personal Representative of the Estate of MICHAEL J. STEWART, Deceased;
KRISTIN GALUSHA-WILD on behalf of L. S., minor, surviving Child of MICHAEL J. STEWART, Deceased;

PATRICIA STRAINE, Individually, as surviving Spouse, and Personal Representative of the Estate of JAMES J. STRAINE, Deceased;

SUZANNE SWAINE, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHN F. SWAINE, Deceased;

EDWARD SWEENEY, Individually, as surviving Parent, and Personal Representative of the Estate of BRIAN EDWARD SWEENEY, Deceased;
MARY ANN SWEENEY, as surviving Parent of BRIAN EDWARD SWEENEY, Deceased;
LYNN WRIGHT, as surviving Sibling of BRIAN EDWARD SWEENEY, Deceased;
MATTHEW J. SWEENEY, as surviving Sibling of BRIAN EDWARD SWEENEY, Deceased;

TRACY TABACK CATALANO, Individually, as surviving Child, and Personal Representative of the Estate of HARRY TABACK, Deceased;

MARY TADDEI, Individually, as surviving Child, and Personal Representative of the Estate of NORMA TADDEI, Deceased;
ANDREW TADDEI, as surviving Child of NORMA TADDEI, Deceased;
LORETTA TADDEI, as surviving Child of NORMA TADDEI, Deceased;
MARY TADDEI, as Personal Representative of the Estate of FERMO TADDEI, Deceased, surviving Spouse of NORMA TADDEI, Deceased;
MARY TADDEI, as Personal Representative of the Estate of ELVIRA CONTI, Deceased, surviving Parent of NORMA TADDEI, Deceased;

HARUMI TAKAHASHI, Individually, as surviving Spouse, and Personal Representative of the Estate of KEIICHIRO TAKAHASHI, Deceased;
HIROYUKI TAKAHASHI, as surviving Child of KEIICHIRO TAKAHASHI, Deceased;
AKIKO TAKAHASHI, as surviving Child of KEIICHIRO TAKAHASHI, Deceased;

MIDORI TAKAHASHI, Individually, as surviving Spouse, and Personal Representative of the Estate of KEIJI TAKAHASHI, Deceased;

MARI-E TAKAHASHI, as surviving Child of KEIJI TAKAHASHI, Deceased;

SHUSAKU TAKAHASHI, as surviving Child of KEIJI TAKAHASHI, Deceased;

EILEEN TALLON, Individually, as surviving Parent, and Personal Representative of the Estate of SEAN PATRICK TALLON, Deceased;

JUAN B. BRUNO, Individually, as surviving Spouse, and Personal Representative of the Estate of RACHEL TAMARES, Deceased;

JASON A. BRUNO, as surviving Child of RACHEL TAMARES, Deceased;

ROBERT J. BRUNO, as surviving Child of RACHEL TAMARES, Deceased;

MARIA PAULINO, as surviving Parent of RACHEL TAMARES, Deceased;

JENNY M. LOPEZ, as surviving Sibling of RACHEL TAMARES, Deceased;

PATRICIA TARASIEWICZ, Individually, as surviving Spouse, and Personal Representative of the Estate of ALLAN TARASIEWICZ, Deceased;

ALAN TARASIEWICZ, as surviving Child of ALLAN TARASIEWICZ, Deceased;

MELISSA TARASIEWICZ, as surviving Child of ALLAN TARASIEWICZ, Deceased;

JILL TARROU, as Personal Representative of the Estate of MICHAEL TARROU, Deceased;

SAMANTHA TAYLOR, Individually, as surviving Child, and Personal Representative of the Estate of SANDRA C. TAYLOR, Deceased;

FRANK TAYLOR, Individually, as surviving Spouse, and Personal Representative of the Estate of LORISA C. TAYLOR, Deceased;

CYANN C. TAYLOR, as surviving Child of LORISA C. TAYLOR, Deceased;

LELAND DALE TERRY, Individually, as surviving Sibling, and Personal Representative of the Estate of LISA TERRY, Deceased;

RAJENDRANTH THACKURDEEN and SATNARINE THACKURDEEN, Individually, as surviving Siblings, and Co-Personal Representatives of the Estate of GOUMATIE THACKURDEEN, Deceased;
RAMBASCIA THACKURDEEN, as surviving Parent of GOUMATIE THACKURDEEN, Deceased;

ROBIN THEURKAUF, Individually, as surviving Spouse, and Personal Representative of the Estate of THOMAS F. THEURKAUF, Jr., Deceased;

JOSEPH O'KEEFE, Individually, as surviving Spouse, and Personal Representative of the Estate of LESLEY THOMAS, Deceased;

ROSANA THOMPSON, Individually, as surviving Spouse, and Personal Representative of the Estate of NIGEL B. THOMPSON, Deceased;

JOSEPH A. TIESI, Individually, as surviving Sibling, and Personal Representative of the Estate of MARY E. TIESI, Deceased;
THERESA VESNESKY, as surviving Sibling of MARY E. TIESI, Deceased;
ELLEN TIESI, as surviving Parent of MARY E. TIESI, Deceased;

BARBARA TIRADO, Individually, as surviving Parent, and Personal Representative of the Estate of DAVID TIRADO, Deceased;
RAFAEL TIRADO, as surviving Parent of DAVID TIRADO, Deceased;
RICHARD TIRADO, as surviving Sibling of DAVID TIRADO, Deceased;

ALISSA ROSENBERG-TORRES, Individually, as surviving Spouse, and Personal Representative of the Estate of LUIS E. TORRES*, Deceased;

KATHLEEN TRANT, Individually, as surviving Spouse, and Personal Representative of the Estate of DANIEL TRANT, Deceased;

JESSICA L. TRANT, as surviving Child of DANIEL TRANT, Deceased;

DANIEL J. TRANT, as surviving Child of DANIEL TRANT, Deceased;

ALEXANDER W. TRANT, as surviving Child of DANIEL TRANT, Deceased;

MARY C. TRANT, as surviving Mother of DANIEL TRANT, Deceased;

KEVIN J. TRANT, as surviving Sibling of DANIEL TRANT, Deceased;

PATRICIA A. MADAMAS, as surviving Sibling of DANIEL TRANT, Deceased;

MAUREEN A. TRANT, as surviving Sibling of DANIEL TRANT, Deceased;

TIMOTHY P. TRANT, as surviving Sibling of DANIEL TRANT, Deceased;

SALLY A. TRANT, as surviving Sibling of DANIEL TRANT, Deceased;

MATTHEW J. TRANT, as surviving Sibling of DANIEL TRANT, Deceased;

SHEILA M. INSERRA, as surviving Sibling of DANIEL TRANT, Deceased;

ROBERT SPADAFORA, as Personal Representative of the Estate of JAMES A. TRENTINI, Deceased;

PATTI J. TRENTINI, as surviving Child of JAMES A. TRENTINI, Deceased;

PAMELA B. TRENTINI, as surviving Child of JAMES A. TRENTINI, Deceased;

MARY P. VATALARO, as surviving Child of JAMES A. TRENTINI, Deceased;

THERESA MCDONALD, as Personal Representative of the Estate of LORRAINE EGAN, Deceased, surviving Sibling of JAMES A. TRENTIN, Deceased;

MARY M. LUCIANO, Individually, as surviving Sibling, and Personal Representative of the Estate of JAMES A. TRENTINI, Deceased, Deceased;

BERNICE BARLETTA, as surviving Sibling of JAMES A. TRENTINI, Deceased;

PATRICIA MALATESTA, as surviving Sibling of JAMES A. TRENTINI, Deceased;

ROBERT SPADAFORA, as Personal Representative of the Estate of MARY TRENTINI, Deceased;

PATTI J. TRENTINI, as surviving Child of MARY TRENTINI, Deceased;

MARY P. VATALARO, as surviving Child of MARY
TRENTINI, Deceased;
PAMELA B. TRENTINI, as surviving Child of JAMES
A. TRENTINI, Deceased;

MARY TSELEPIS, Individually, as surviving Spouse,
and Personal Representative of the Estate of WILLIAM P.
TSELEPIS, JR., Deceased;

DEBBY WILLIAMS, Individually, as surviving Child,
and Personal Representative of the Estate of PAULINE
TULL-FRANCIS, Deceased;

CYNTHIA TUMULTY, Individually, as surviving
Spouse, and Personal Representative of the Estate of
LANCE TUMULTY, Deceased;

MARIE HARVEY TWOMEY RYAN, Individually, as
surviving Spouse, and Personal Representative of the
Estate of ROBERT T. TWOMEY, Deceased;
EMERIC R. TWOMEY, as surviving Child of ROBERT
T. TWOMEY, Deceased;
ROBERT TWOMEY, as surviving Child of ROBERT T.
TWOMEY, Deceased;
HELEN ANN TWOMEY, as Personal Representative of
the Estate of JIMMY TWOMEY, Deceased, surviving
Sibling of ROBERT T. TWOMEY, Deceased;
JOHN TWOMEY, as surviving Sibling of ROBERT T.
TWOMEY, Deceased;
RICHARD TWOMEY, as surviving Sibling of ROBERT
T. TWOMEY, Deceased;
WILLIAM TWOMEY, as surviving Sibling of ROBERT
T. TWOMEY, Deceased;
JAMES BORSARE, as Personal Representative of the
Estate of MARY A. DAVIS, Deceased, surviving Sibling
of ROBERT T. TWOMEY, Deceased;

VICTOR UGOLYN, Individually, as surviving Parent,
and Personal Representative of the Estate of TYLER
UGOLYN, Deceased;
DIANE UGOLYN, as surviving Parent of TYLER
UGOLYN, Deceased;
TREVOR UGOLYN, as surviving Sibling of TYLER
UGOLYN, Deceased;

JULIE UMAN, Individually, as surviving Spouse, and Personal Representative of the Estate of JONATHAN UMAN, Deceased;

GRISSEL RODRIGUEZ-VALENTIN, Individually, as surviving Spouse, and Personal Representative of the Estate of BENITO VALENTIN, Deceased;

VIRGINIA L. ROSSITER VALVO, Individually, as surviving Spouse, and Personal Representative of the Estate of CARLTON F. VALVO, II, Deceased;

NADADUR S. KUMAR, as Personal Representative of the Estate of PENDYALA VAMSIKRISHNA,

ELIZABETH ANNE VANDEVANDER, Individually, as surviving Spouse, and Personal Representative of the Estate of JON C. VANDEVANDER, Deceased;
JON C. VANDEVANDER, as surviving Child of JON C. VANDEVANDER, Deceased;
JANE A. VANDEVANDER, as surviving Child of JON C. VANDEVANDER, Deceased;
MARY E. VANDEVANDER, as surviving Child of JON C. VANDEVANDER, Deceased;

REGAN GRICE-VEGA, Individually, as surviving Spouse, and Personal Representative of the Estate of PETER VEGA, Deceased;

CONSUELO VELAZQUEZ, Individually, as surviving Spouse, and Personal Representative of the Estate of JORGE VELAZQUEZ, Deceased;
JORGE VELAZQUEZ, JR., as surviving Child of JORGE VELAZQUEZ, Deceased;
MARILYN VELAZQUEZ, as surviving Child of JORGE VELAZQUEZ, Deceased;
STEVEN VELAZQUEZ, as surviving Child of JORGE VELAZQUEZ, Deceased;

JASMINE VICTORIA, Individually, as surviving Child, and Co-Personal Representative of the Estate of CELESTE TORRES VICTORIA, Deceased;
DAWN TORRES-BROWN, Individually, as surviving Sibling, and Co-Personal Representative of the Estate of CELESTE TORRES VICTORIA, Deceased;

DEAN TORRES, as surviving Sibling of CELESTE TORRES-VICTORIA, Deceased;

FELICE MARROW, as surviving Sibling of CELESTE TORRES-VICTORIA, Deceased;

DENISE TORRES, as surviving Sibling of CELESTE TORRES-VICTORIA, Deceased;

ALPHONSO A. RODGERS, as surviving Sibling of CELESTE TORRES-VICTORIA, Deceased;

PATRICIA VILARDO, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH VILARDO, Deceased;

ANTHONY VINCELLI, Individually, as surviving Sibling, and Personal Representative of the Estate of CHANTAL VINCELLI, Deceased;

LUCY VIRGILIO, Individually, as surviving Parent, and Personal Representative of the Estate of LAWRENCE J. VIRGILIO, Deceased;

THOMAS VIRGILIO, as surviving Sibling of LAWRENCE J. VIRGILIO, Deceased;

ANTONIA MICKO, as surviving Sibling of LAWRENCE J. VIRGILIO, Deceased;

BENHARDT R. WAINIO, Individually, as surviving Parent, and Personal Representative of the Estate of HONOR ELIZABETH WAINIO, Deceased;

DIANE WALL, Individually, as surviving Spouse, and Personal Representative of the Estate of GLEN WALL, Deceased;

PAUL KIEFER, as Personal Representative of the Estate of BRIAN WARNER, Deceased;

EVELYN SIEW-SIM YEOW, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL H. WAYE, Deceased;

AMY L. WEAVER, Individually, as surviving Spouse, and Personal Representative of the Estate of TODD C. WEAVER, Deceased;

FLOYD WEIL, Individually, as surviving Parent, and Personal Representative of the Estate of JOANNE F. WEIL, Deceased;

LAURIE WEINBERG, Individually, as surviving Spouse, and Personal Representative of the Estate of STEVEN WEINBERG, Deceased;
LINDSAY WEINBERG, as surviving Child of STEVEN WEINBERG, Deceased;
JASON WEINBERG, as surviving Child of STEVEN WEINBERG, Deceased;
SAMUEL WEINBERG, as surviving Child of STEVEN WEINBERG, Deceased;

REMA WAISER, Individually, as surviving Spouse, and Personal Representative of the Estate of SIMON V. WEISER, Deceased;
ANATOLY S. WEISER, as surviving Child of SIMON V. WEISER, Deceased;

DELIA WELTY, Individually, as surviving Spouse, and Personal Representative of the Estate of TIMOTHY M. WELTY, Deceased;
DELIA WELTY on behalf of J. A. W., minor, as surviving Child of TIMOTHY M. WELTY, Deceased;
DARREN M. WELTY, as surviving Sibling of TIMOTHY M. WELTY, Deceased;

KATHLEEN WIK, Individually, as surviving Spouse, and Personal Representative of the Estate of WILLIAM J. WIK, Deceased;
PATRICIA WIK FARESE, as surviving Child of WILLIAM J. WIK, Deceased;
KATHLEEN WIK, as surviving Child of WILLIAM J. WIK, Deceased;
DANIEL WIK, as surviving Child of WILLIAM J. WIK, Deceased;

JANICE WILLIAMS, Individually, as surviving Spouse, and Personal Representative of the Estate of LOUIS C. WILLIAMS, III, Deceased;
SCOTT M. WILLIAMS, as surviving Child of LOUIS C. WILLIAMS, III, Deceased;
CRAIG M. WILLIAMS, as surviving Child of LOUIS C. WILLIAMS, III, Deceased;

KAREN PEREZ, as surviving Sibling of LOUIS C. WILLIAMS, III, Deceased;

KENNETH WILLIAMS, Individually, as surviving Parent, and Personal Representative of the Estate of BRIAN P. WILLIAMS, Deceased;
KATE WILLIAMS, as surviving Parent of BRIAN P. WILLIAMS, Deceased;
ANDREW WILLIAMS, as surviving Sibling of BRIAN P. WILLIAMS, Deceased;
TARA BLESSING, as surviving Sibling of BRIAN P. WILLIAMS, Deceased;

DARREN WILLIAMS, Individually, as surviving Spouse, and Personal Representative of the Estate of DEBBIE L. WILLIAMS, Deceased;

PATRICIA WISWALL, Individually, as surviving Spouse, and Personal Representative of the Estate of DAVID WISWALL, Deceased;
AMY WISWALL EDGINGTON, as surviving Child of DAVID WISWALL, Deceased;
KEITH WISWALL, as surviving Child of DAVID WISWALL, Deceased;
ROBERT WISWALL, as surviving Sibling of DAVID WISWALL, Deceased;
BARBARA O'GORMAN, as surviving Sibling of DAVID WISWALL, Deceased;
CHRISTINE ROTHSCHILD, as surviving Sibling of DAVID WISWALL, Deceased;

CAROL WISNIEWSKI, Individually, as surviving Spouse, and Personal Representative of the Estate of FRANK WISNIEWSKI, Deceased;

ANNE WODENSHEK, Individually, as surviving Spouse, and Personal Representative of the Estate of CHRISTOPHER WODENSHEK, Deceased;
SARAH WODENSHEK, as surviving Child of CHRISTOPHER WODENSHEK, Deceased;
RAYMOND WODENSHEK, as Personal Representative of the Estate of FLORENCE WODENSHEK, Deceased, surviving Sibling of CHRISTOPHER WODENSHEK, Deceased;
HALEY WODENSHEK, as surviving Child of CHRISTOPHER WODENSHEK, Deceased;

MOLLIE WODENSHEK, as surviving Child of CHRISTOPHER WODENSHEK, Deceased;

WILLIAM WODENSHEK, as surviving Child of CHRISTOPHER WODENSHEK, Deceased;

ANNE WODENSHEK on behalf of Z. W., minor, surviving Child of CHRISTOPHER WODENSHEK, Deceased;

MARIELLEN DELELLIS, as surviving Sibling of CHRISTOPHER WODENSHEK, Deceased;

PATRICIA WODENSHEK, as surviving Sibling of CHRISTOPHER WODENSHEK, Deceased;

RAYMOND WODENSHECK, as surviving Sibling of CHRISTOPHER WODENSHEK, Deceased;

FLORENCE WODENSHEK GARRETT, as surviving Sibling of CHRISTOPHER WODENSHEK, Deceased;

PAUL REMENSCHNEIDER as Personal Representative of the Estate of LINDA WODENSHEK REMENSCHNEIDER, Deceased. surviving Sibling of CHRISTOPHER WODENSHEK, Deceased;

SUSAN WOHLFORTH, Individually, as surviving Spouse, and Personal Representative of the Estate of MARTIN WOHLFORTH, Deceased;

CHARLES G. WOLF, Individually, as surviving Spouse, and Personal Representative of the Estate of KATHERINE WOLF*, Deceased;

ALAN JAMES*, as surviving Sibling of KATHERINE WOLF*, Deceased;

VALERIE JAMES*, surviving Parent of KATHERINE WOLF*, Deceased;

ALAN JAMES*, as Personal Representative of the Estate of HOWARD RHYS JAMES*, Deceased, surviving Parent of KATHERINE WOLF*, Deceased;

KAREN WORTLEY, Individually, as surviving Spouse, and Personal Representative of the Estate of MARTIN WORTLEY, Deceased;

WILLIAM DREIER and MARY WRIGHT, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of NEIL WRIGHT, Deceased;

CELLA WOO-YUEN, Individually, as surviving Spouse, and Personal Representative of the Estate of ELKIN YUEN, Deceased;

NICOLE YUEN, as surviving Child of ELKIN YUEN, Deceased;
GILMA YUEN, as surviving Parent of ELKIN YUEN, Deceased;

HELEN ZACCOLI, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH ZACCOLI, Deceased;

ZHANNA GALPERINA, Individually, as surviving Spouse, and Personal Representative of the Estate of ARKADY ZALTSMAN, Deceased;
LAURA KHAIT, as surviving Child of ARKADY ZALTSMAN, Deceased;
FAINA ZALTSMAN, as surviving Parent of ARKADY ZALTSMAN, Deceased;
ALEXANDER ZALTSMAN, as surviving Parent of ARKADY ZALTSMAN, Deceased;

JILL ZANGRILLI, Individually, as surviving Spouse, and Personal Representative of the Estate of MARK ZANGRILLI, Deceased;

DAVID ZIMINSKI, Individually, as surviving Spouse, and Personal Representative of the Estate of IVELIN ZIMINSKI, Deceased;
CELINA RODRIGUEZ, as surviving Parent of IVELIN ZIMINSKI, Deceased;
IVAN RODRIGUEZ, as surviving Parent of IVELIN ZIMINSKI, Deceased;
JANET RODRIGUEZ, as surviving Sibling of IVELIN ZIMINSKI, Deceased;

DYAN ZINZI, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL ZINZI, Deceased;
DYAN ZINZI on behalf of D. Z., minor, surviving Child of MICHAEL ZINZI, Deceased;

CAROL ZION, Individually, as surviving Spouse, and Personal Representative of the Estate of CHARLES A. ZION, Deceased;
ZACHARY ZION, as surviving Child of CHARLES A. ZION, Deceased;
JANE ZION, as surviving Parent of CHARLES A. ZION, Deceased;

BARBARA ZION GREEN, as surviving Sibling of CHARLES A. ZION, Deceased;

RICHARD KLEIN, Individually, as surviving Spouse, and Personal Representative of the Estate of JULIE LYNNE ZIPPER, Deceased;
JASON KLEIN, as surviving Child of JULIE LYNNE ZIPPER, Deceased;

DOROTA ZOIS, Individually, as surviving Spouse, and Personal Representative of the Estate of PROKOPIOS ZOIS, Deceased;

MADELEINE A. ZUCCALA, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH J. ZUCCALA, Deceased;
JOLAINE J. ZUCCALA, as surviving Child of JOSEPH J. ZUCCALA, Deceased;
KAYLENE E. ZUCCALA-SAMS, as surviving Child of JOSEPH J. ZUCCALA, Deceased;
SANDRA ZUCCALA, as surviving Sibling of JOSEPH J. ZUCCALA, Deceased;
THERESA PATERSON, as surviving Sibling of JOSEPH J. ZUCCALA, Deceased;
TINA CAMMARATA, as surviving Sibling of JOSEPH J. ZUCCALA, Deceased;

ERICA ZUCKER HEISLER, Individually, as surviving Spouse, and Personal Representative of the Estate of ANDREW S. ZUCKER, Deceased;
ERICA ZUCKER HEISLER on behalf of J. A. Z., minor, surviving child of ANDREW S. ZUCKER, Deceased;

**PERSONAL INJURY PLAINTIFFS**

ALDO ADISSI, Individually;
EDWARD and KATHLEEN ARANCIO, Individually;
LEONARD and BARBARA ARDIZZONE, Individually;
RUTH ARON, Individually;
LAURA BACARELLA, Individually;
THOMAS BAEZ, Individually;
JAMES J. BARANEK, Individually;
JOSEPH V. BELTRANI, Individually;
MARIA BOURDIS, Individually;
ANDREW BRAUN, Individually;
LADWIN BRISSETT, Individually;

ANDRZEJ and ZOSIA CIESLIK, Individually;
JOHN CITARELLA, Individually;
THOMAS CONROY, JR., Individually;
DOUGLAS F. COPP, Individually;
GIBSON A. CRAIG, Individually;
BRADLEY DALY, Individually;
DOMINICK DAMIANO, Individually;
ROBERT J. D'ELIA, Individually;
DONALD DIDOMENICO, Individually;
RONALD J. DIFRANCESCO, Individually;
THOMAS DONNELLY, Individually;
CHARLES DOWNEY, Individually;
JOSEPH R. DOWNEY, Individually;
JOHN R. DRISCOLL, Individually;
JILL FENWICK, Individually;
TIMOTHY FROLICH, Individually;
SEAN GENOVESE, Individually;
STEVEN M. GILLESPIE, Individually;
WILLIAM GOLDSTEIN, Individually;
ISRAEL HALPERN, Individually;
JOSEPH G. HANDS, Individually;
JOHN HASSETT, Individually;
WARREN C. HAYES, Individually;
JAMES D. HODGES, II, Individually;
NETTA ISSACOF, Individually;
JOHN F. JERMYN, Individually;
DAN JOHNSON, Individually;
ARNOLD and PHYLLIS LEDERMAN, Individually;
MICHAEL T. LINDY, Individually;
SANDY AMRITA MAHABIR, Individually;
FRANK MAISANO, Individually;
GREGORY E. MANNING, Individually;
WILLAM MARTIN, Individually;
KEVIN MCARDLE, Individually;
JAMES MCGETRICK, Individually;
OWEN J. MCGOVERN, Individually;
THOMAS MCHUGH, Individually;
ELLEN MCQUEEN, Individually;
JANET MOLCZYK, Individually;
PETER MOLNAR, Individually;
WARREN MONROE, Individually;
KEVIN MOUNT, Individually;
KEVIN G. MURPHY, Individually;
JANICE O'DELL, Individually;
TIMOTHY PARKER, Individually;
MARIE POLITE, Individually;

DANIEL J. PRITZKER, Individually;
KEVIN QUINN, Individually;
ROBERT RENODE, JR. Individually;
HOWARD RICE, Individually;
BRIAN ROCOVICH, Individually;
TAMAR ROSBROOK, Individually;
GUY ROSBROOK, Individually;
LOUIS SCHAEFER, Individually;
CHARLES SCHMID, Individually;
SCOTT SCHRIMPE, Individually;
DENNIS SIRJUESINGH, Individually;
CHRISTOPHER SPARACIA, Individually;
BRIAN J. SULLIVAN, Individually;
RICHARD TING, Individually;
GEORGE L. TORRES, Individually;
ROBERT V. TRIVIGNO, Individually;
RUSSELL J. VOMERO, Individually;
HARRY WAIZER, Individually;
EDWARD WALSH, Individually;
WILLIAM WALSH, Individually;
PHILIP J. ZEISS, Individually;


-------------------------------------------------------------------x

LAURA WEINBERG, Individually, as surviving Spouse, and Personal Representative of the Estate of RICHARD A. ARONOW, Deceased;

BARBARA ANN SWAT, Individually, as surviving Spouse, and Personal Representative of the Estate of GERALD T. ATWOOD, Deceased;

ARLENE BEYER, Individually, as surviving Spouse, and Personal Representative of the Estate of PAUL M. BEYER, Deceased;

SUSAN CORREA, Individually, as surviving Spouse, and Personal Representative of the Estate of RUBEN D. CORREA, Deceased;

EILEEN GERATY, Individually, as surviving Parent, and Personal Representative of the Estate of SUZANNE GERATY, Deceased;

**Kreindler & Kreindler LLP**
**Barasch McGarry Salzman & Penson**

98

DONNA HICKEY, Individually, as surviving Spouse, and Personal Representative of the Estate of BRIAN C. HICKEY, Deceased;

MARY ILL, Individually, as surviving Spouse and as Personal Representative of the Estate of FREDERICK J. ILL, JR., Deceased;

JOY & WILLIAM JOHNSON, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of WILLIAM JOHNSON, JR., Deceased;

MARCELLA LEAHY, Individually, as surviving Spouse, and Personal Representative of the Estate of JAMES P. LEAHY, Deceased;

JENNIFER MINGIONE, Individually, as surviving Spouse, and Personal Representative of the Estate of THOMAS MINGIONE, Deceased;

PATRICK J. MULLAN, Individually, as surviving Sibling, and Personal Representative of the Estate of MICHAEL D. MULLAN, Deceased;

THERESA REGAN, Individually, as surviving Parent, and Personal Representative of the Estate of DONALD J. REGAN, Deceased;

JENNIFER REILLY, Individually, as surviving Spouse, and Personal Representative of the Estate of KEVIN O. REILLY, Deceased;

PAULETTE ROBERTS and THOMAS ROBERTS, Individually, as surviving Parents and Co-Personal Representatives of the Estate of MICHAEL E. ROBERTS, Deceased;

ALEXANDER SANTORA and MAUREEN SANTORA, Individually, as surviving Parents, and Co-Personal Representatives of the Estate of CHRISTOPHER SANTORA, Deceased;

STEPHEN SAUCEDO, Individually, as surviving Sibling, and Personal Representative of the Estate of GREGORY SAUCEDO, Deceased;

DENA SMAGALA, Individually, as surviving Spouse, and Personal Representative of the Estate of STANLEY S. SMAGALA, JR., Deceased;

CARMEN SUAREZ, Individually, as surviving Spouse, and Personal Representative of the Estate of RAMON SUAREZ, Deceased;

**PERSONAL INJURY PLAINTIFFS**

PASQUALE ABATANGELO, Individually;
ANTHONY ACCARDO, Individually;
JOSEPH ACCETTA, Individually;
LUIS ACEVEDO, Individually;
PETER ACQUAFREA, Individually;
PAUL ADAMS, Individually;
THEODORUS ADRICHEM, Individually;
MICHAEL AGOVINO, Individually;
RICHARD AGUGLIARO, Individually;
ALAMO AGUSTINO, Individually;
ROGER AHEE, Individually;
KENNETH AHLERS, Individually;
THOMAS AKERBERG, Individually;
EDWARD ALFARANO, Individually;
RICHARD ALLES, Individually;
CHRISTOPHER AMATO, Individually;
ANTHONY ANDERSON, Individually;
STEPHEN ANDERSON, Individually;
VINCENT ANDERSON, Individually;
FRANK ANDINO, Individually;
STANLEY ANDRUSYCZYN, Individually;
SALVATORE ANNERINO, Individually;
ROBERT ANNUNZIATO, Individually;
ANDREW ANSBRO, Individually;
HARRY ANTONOPOULOS, Individually;
SALVATORE ANZALONE, Individually;
LAWRENCE ARCHER, Individually;
RAYMOND ARCOS, Individually;
MICHAEL ARMETTA, Individually;
DAVID AROCHO, Individually;
THOMAS ASHER, Individually;
JOSEPH ASTARITA, Individually;
CHRISTOPHER ATTANASIO, Individually;
ANTHONY AUCIELLO, Individually;
MARYLOU AURRICHIO, Individually;
ANGEL AYALA, Individually;

CHRISTOPHER BACH, Individually;
JOSEPH BACHERT, Individually;
BENJAMIN BADILLO, Individually;
MICHAEL BAILEY, Individually;
CANDIACE BAKER, Individually;
AUGUSTIN BALARAM, Individually;
WEST BALLOU, Individually;
NICHOLAS BALSAMO, Individually;
RICHARD BANAT, Individually;
ARTURO BANCHS, Individually;
MICHAEL BANKER, Individually;
ROBERT BARAN, Individually;
PAUL BARBARA, Individually;
PAUL BARDO, Individually;
THOMAS BAROZ, Individually;
CHRISTOPHER BARRETT, Individually;
KEVIN BARRETT, Individually;
ROBERT BARRETT, Individually;
BRUCE BARVELS, Individually;
STEVEN BASCELLI, Individually;
PAUL BASSO, Individually;
ANDREW BEARD, Individually;
EDITH BEAUJON, Individually;
MICHAEL BEHETTE, Individually;
JOHN BELFORD, Individually;
MARIO BELL, Individually;
JOHN BELMONTE, Individually;
LORI-ANN BENINSON, Individually;
JOSEPH BENNETT, Individually;
TIMOTHY BENNETT, Individually;
JAMES BERGEN, Individually;
JOSEPH BERING, Individually;
ROBERT BERMINGHAM, Individually;
CHARLES BERNARDI, Individually;
MARK BERNHEIMER, Individually;
FRANK BERRAN, Individually;
RUBEN BERRIOS, Individually;
JOSEPH BERTOLINO, Individually;
MARVIN BETHEA, Individually;
JAMES BEUERMAN, Individually;
DANIEL BEYAR, Individually;
GEORGE BEYER, Individually;
GREGORY BIERSTER, Individually;
DONALD BIGI, Individually;
STEVEN BILICH, Individually;
HOWARD BISCHOFF, Individually;

JOSEPH BISERTA, Individually;
RICHARD BITTLES, Individually;
IRENE BLAICH, Individually;
PETER BLAICH, Individually;
WILLIAM BLAICH, Individually;
SUSAN BLAKE, Individually;
MARK BLANCHARD, Individually;
MATTHEW BLASKOVICH, Individually;
GODFREY BLYTHE, Individually;
THOMAS BOCCAROSSA, Individually;
KENNETH BOHAN, Individually;
MICHAEL BOLAND, Individually;
CHARLES BONAR, Individually;
JOHN BONGIORNO, Individually;
REGINALD BONNER, Individually;
MARK BONSANTI, Individually;
ANDREW BORGESE, Individually;
ROBERT BORNHOEFT, Individually;
NICHOLAS BORRILLO, Individually;
ENIS BOYER, Individually;
MICHAEL BOYLE, Individually;
GEORGE BRAADT, Individually;
MANUEL BRACERO, Individually;
JAMES BRADY, Individually;
THOMAS BRADY, Individually;
MARTIN BRAUN, Individually;
JOSEPH BREEN, Individually;
GERALD BRENKERT, Individually;
JAMES BRENNAN, Individually;
RONALD BRENNEISEN, Individually;
DONALD BRIERLEY, Individually;
VITO BRINZO, Individually;
MICHAEL BROCATO, Individually;
MICHAEL BRODY, Individually;
MICHAEL BROSCHART, Individually;
CHRISTOPHER BROUGHTON, Individually;
JAMES BROWN, Individually;
JOZETTE BROWN, Individually;
PAUL BROWN, Individually;
PETER BROWN, Individually;
RAYMOND BROWN, Individually;
PETER BRUNAES, Individually;
GREG BRUNO, Individually;
JAMES BRUNO, Individually;
STEPHEN BRUNO, Individually;
DAVID BRUNSDEN, Individually;

MICHAEL BUCKLEY, Individually;
BROOK BUDD, Individually;
MICHAEL BUDISCHEWSKY, Individually;
MATTHEW BUONO, Individually;
VINCENT BUONOCORE, Individually;
CHARLES BURGE, Individually;
JAMES BURKE, Individually;
MICHAEL BURKE, Individually;
STEPHEN BURKE, Individually;
WILLIAM BURKE, Individually;
THOMAS BURKE, Individually;
ROBERT BURNS, Individually;
JACQUELINE BURTON, Individually;
RICHARD BYLICKI, Individually;
JOHN BYRNES, Individually;
NELSON CABAN, Individually;
EDWARD CACHIA, Individually;
MICHAEL CAHILL, Individually;
FRANCIS CALABRO, Individually;
KEVIN CALHOUN, Individually;
GARY CALI, Individually;
ROBERT CALISE, Individually;
THOMAS CALKINS, Individually;
VINCENZO CALLA, Individually;
THOMAS CALLAGHAN, Individually;
ERNANDO CAMACHO, Individually;
PATRICK CAMACHO, Individually;
RICHARD CAMIOLO, Individually;
RONALD CAMMARATA, Individually;
BRYAN CAMPBELL, Individually;
RICHARD CAMPBELL, Individually;
ATTHEW CAMPISI, Individually;
VINCENT CANALE, Individually;
THOMAS CANN, Individually;
BIAGIO CANTATORE, Individually;
VICTOR CANTELMO, Individually;
MICHAEL CAPASSO, Individually;
CHARLES CAPLE, Individually;
ROBERT CAPOLONGO, Individually;
DAVID CAPUTO, Individually;
FRANK CAPUTO, Individually;
DAVID CARDINALE, Individually;
HARRY CARDIO, Individually;
PATRICK CAREY, Individually;
PETER CARINO, Individually;
RICHARD CARLINO, Individually;

WILLIAM CARLSON, Individually;
GARY CARPENTIER, Individually;
ANGEL CARRERO, Individually;
CHRISTOPHER CARRI, Individually;
JOHN CARROLL, Individually;
WILLIAM CARROLL, Individually;
ROBERT CARUSO, Individually;
RICHARD CASALETTO, Individually;
JOSEPH CASALIGGI, Individually;
RAYMOND CASCIO, Individually;
THOMAS CASCIO, Individually;
DONALD CASEY, Individually;
GERARD CASEY, Individually;
JAMES CASH, Individually;
STEPHEN CASSE, Individually;
JOHN CASSIDY, Individually;
KEVIN CASSIDY, Individually;
STEPHEN CASSIDY, Individually;
GREGORY CASTELLANO, Individually;
JOHN CATATANO, Individually;
ANTHONY CATERA, Individually;
JOHN CAVAELLI, Individually;
HENRY CERASOLI, Individually;
JOSEPH CESTARI, Individually;
ANTHONY CHAIMOWITZ, Individually;
WILLIAM CHESNEY, Individually;
GERALD CHIAVELLI, Individually;
DINO CHIRCO, Individually;
SHERWIN CHOW, Individually;
JEFFREY CHRISTENSEN, Individually;
ROBERT CHRISTY, Individually;
BUNDY CHUNG, Individually;
PETER CIAPPA, Individually;
FRANK CIARAVINO, Individually;
JAMES CIZIKE, Individually;
RAYMOND CLANCY, Individually;
DONALD CLARK, Individually;
LAWRENCE CLARK, Individually;
DENNIS CLARKE, Individually;
BRIAN CLARO, Individually;
DAVID CLINGAIN, Individually;
JOHN CLINTON, Individually;
DERMOTT CLOWE, Individually;
JAMES CODY, Individually;
CHRISTOPHER COEN, Individually;
ROBERT COLACINO, Individually;

JONATHAN COLEMAN, Individually;
ROBERT COLLIGAN, Individually;
WILLIAM COLLINS, Individually;
BRUCE COLLISTER, Individually;
GEORGE COLUCCI, Individually;
CARMELO COMPOSTO, Individually;
STEPHEN CONKLIN, Individually;
DAVID CONLIN, Individually;
KEVIN CONNELLY, Individually;
JAMES CONNOLLY, Individually;
MICHAEL CONNOLLY, Individually;
PATRICK CONNOLLY, Individually;
THOMAS CONNOLLY, Individually;
WILLIAM CONNOLLY, Individually;
CHRISTOPHER CONNOR, Individually;
STEVEN CONNOR, Individually;
JEFFREY CONTI, Individually;
KENNETH COOK, Individually;
WALTER COOK, Individually;
WERNER COOK, Individually;
JOHN COOMBS, Individually;
JAMES COONEY, Individually;
BRIAN CORCORAN, Individually;
MICHAEL CORR, Individually;
MICHAEL CORRIGAN, Individually;
CHRISTOPHER CORSI, Individually;
STEVEN COSCIA, Individually;
MICHAEL COSTA, Individually;
EDWARD COSTELLO, Individually;
ROY COTIGNOLA, Individually;
JOSEPH COTTER, Individually;
JOSE COTTI, Individually;
JOHN COTTON, Individually;
PATRICK COTTON, Individually;
CHRISTOPHER COUGHLIN, Individually;
JOHN COUGHLIN, Individually;
THOMAS COURTENAY, Individually;
EDWARD COYLE, Individually;
RICHARD COYLE, Individually;
TERENCE COYLE, Individually;
BRIAN COYLE, Individually;
JOHN COYLE, Individually;
RICHARD COYNE, Individually;
CHRIS CRAVEN, Individually;
GERARD CRAWFORD, Individually;
WILLIAM CRAWFORD, Individually;

PAUL CRESCI, Individually;
GEORGE CRISCITIELLO, Individually;
OMAR CRISOSTOMO, Individually;
BRENT CROBAK, Individually;
CHARLES CROCCO, Individually;
JOHN CRONLEY, Individually;
FRANK CSEKO, Individually;
DONALD CSORNY, Individually;
JOHN CUCCIOLA, Individually;
STEVEN CUEVAS, Individually;
PATRICK CULLEN, Individually;
LEONARD CURCIO, Individually;
PETER CURCIO, Individually;
RICHARD CURIEL, Individually;
EDWARD CURLEY, Individually;
JOHN CURLEY, Individually;
FRANK CURNYN, Individually;
JOSEPH CURRAN, Individually;
EDWARD CUTTING, Individually;
DENNIS CZECZOTKA, Individually;
ALAN DAGISTINO, Individually;
PHILIP DAGOSTINO, Individually;
STEVEN DAHLSTROM, Individually;
KENNETH D'ALBERO, Individually;
ALBERT D'ALLESANDRO, Individually;
JAMES DALTON, Individually;
DANIEL DALY, Individually;
JOHN DALY, Individually;
PAUL DALY, Individually;
THOMAS DAMORE, Individually;
PETER D'ANCONA, Individually;
ARTHUR DARBY, Individually;
KEVIN DARCY, Individually;
DOMINIC D'ARRIGO, Individually;
GERARD DAVAN, Individually;
HARROLD DAVER, Individually;
MARK DAVINO, Individually;
JIMMIE DAVIS, Individually;
JOSEPH DAWSON, Individually;
VINCENT DECICCO, Individually;
RODNEY DECORT, Individually;
FRANCIS DEFEO, Individually;
GEORGE DEGEWORTH, Individually;
KEVIN DELANO, Individually;
WILLIAM DELEHANTY, Individually;
FRED DELGROSSO, Individually;

JOSEPH DELGROSSO, Individually;
KIRK DELNICK, Individually;
PHILIP DEMARIA, Individually;
VINCENT DEMARINIS, Individually;
NICHOLAS DEMASI, Individually;
RAYMOND DENNINGER, Individually;
RUDOLF DENT, Individually;
JAMES DEPAOB, Individually;
MICHAEL DEPIETRO, Individually;
ROBERT DESANDIS, Individually;
ETIENNE DEVILLIERS, Individually;
DOMINICK DEVITO, Individually;
JOHN DEVLIN, Individually;
JOHN DIAZ, Individually;
RAYMOND DIAZ, Individually;
ROLAND DIAZ, Individually;
ROBERT DIGIOVANNI, Individually;
ANDREW DIGIUGNO, Individually;
MARK DIMAGGIO, Individually;
MICHAEL DINATALE, Individually;
RICHARD DIORIO, Individually;
CHARLES DIRICO, Individually;
ROBERT DISANZA, Individually;
JOHN DIXON, Individually;
VICTOR DIZ, Individually;
JAMES DOBSON, Individually;
THOMAS DOHERTY, Individually;
KEVIN DOHERTY, Individually;
MICHAEL DOLAN, Individually;
STEPHEN DOMINICK, Individually;
FRANCIS DONAHUE, Individually;
SEAN DONAHUE, Individually;
STEPHEN DONNELLY, Individually;
TIMOTHY DONNERY, Individually;
MICHAEL DONOHUE, Individually;
WILLIAM DONOHUE, Individually;
JOSEPH DONOVAN, Individually;
MICHAEL DONOVAN, Individually;
MICHAEL DORGAN, Individually;
JAMES DORMAN, Individually;
KEVIN DORRIAN, Individually;
ROBERT DORRITIE, Individually;
JOHN DOUGHERTY, Individually;
LEONARD DRAVES, Individually;
JOSEPH DREXLER, Individually;
JOSEPH DRISCOLL, Individually;

RICHARD DRISCOLL, Individually;
RICHARD DUBOIS, Individually;
RICHARD DUBOWY, Individually;
DANIEL DUDDY, Individually;
BOBBY DUDLEY, Individually;
BRIAN DUFFY, Individually;
KEVIN DUFFY, Individually;
KEVIN DUNCAN, Individually;
JOHN DUNN, Individually;
JOSEPH DUNN, Individually;
WILLIAM DUNN, Individually;
THOMAS DUNN, Individually;
JODY DUPUIS, Individually;
GEORGE EDGEWORTH, Individually;
CHRISTOPHER EDWARDS, Individually;
WILLIAM EDWARDS, Individually;
JAMES EFTHIMIADES, Individually;
ERNEST EHLBERG, Individually;
GREG EINSFELD, Individually;
WILLIAM ELLIS, Individually;
JAMES ELMENDORF, Individually;
MICHAEL ENDRIZZI, Individually;
JOHN ENGEL, Individually;
JOSEPH ENIA, Individually;
KENNETH ERB, Individually;
RICHARD ERDEY, Individually;
ALBERT ESTRADA, Individually;
DAVID FARRAN, Individually;
DENNIS FARRELL, Individually;
KEVIN FARRELL, Individually;
THOMAS FARRELL, Individually;
JOSEPH FAZZINO, Individually;
ELIZABETH FEATHERSTON, Individually;
STEVEN FEDORCZUK, Individually;
FRANCIS FEEHAN, Individually;
JAMES FEELEY, Individually;
JOSEPH FELLE, Individually;
TERRY FELRICE, Individually;
DANIEL FENNELL, Individually;
RUTH FENNER, Individually;
ROSARIO FERLISI, Individually;
MANUEL FERNANDEZ, Individually;
THOMAS FERRANOLA, Individually;
EDWARD FERRARO, Individually;
NICOLE FERRELL, Individually;
SALVADOR FERRER, Individually;

JAMES FILOMINO, Individually;
JAMES FINN, Individually;
TERENCE FINNERMAN, Individually;
FRANK FIORE, Individually;
DAVID FISCHBEIN, Individually;
CHRISTOPHER FISCHER, Individually;
LEE FISCHER, Individually;
CARL FISHER, Individually;
ROBERT FITHIAN, Individually;
DAVID FITTON, Individually;
MICHAEL FITZMAURICE, Individually;
MIKE FITZPATRICK, Individually;
PATRICK FITZSIMMONS, Individually;
LIAM FLAHERTY, Individually;
WILLIAM FLAHERTY, Individually;
HOLLIS FLANAGAN, Individually;
JAMES FLANAGAN, Individually;
MICHAEL FLANAGAN, Individually;
THOMAS FLEMING, Individually;
THOMAS FLETCHER, Individually;
DONALD FLORE, Individually;
DANIEL FLORENCO, Individually;
HOWARD FLUGMACHER, Individually;
JOHN FLYNN, Individually;
JOSEPH FLYNN, Individually;
MICHAEL FLYNN, Individually;
RICHARD FLYNN, Individually;
WILLIAM FODER, Individually;
GREGORY FODOR, Individually;
BENJAMIN FOGEL, Individually;
DANIEL FOLEY, Individually;
ROBERT FOLEY, Individually;
FRANK FONTAINO, Individually;
ALAN FORCIER, Individually;
GEORGE FORIS, Individually;
NICHOLAS FORNARIO, Individually;
VINCENT FORRAS, Individually;
WARREN FORSYTH, Individually;
GREGORY FORSYTH, Individually;
CHARLES FORTIN, Individually;
MICHAEL FOSSATI, Individually;
ANTHONY FRACHIOLLA, Individually;
LEO FRAGAPANO, Individually;
LUIS FRAGOSO, Individually;
PETER FRANK, Individually;
SCOTT FRAZIER, Individually;

JAMES FREER, Individually;
DANIEL FUCELLA, Individually;
FREDERICK FUCHS, Individually;
ALFREDO FUENTES, Individually;
JOHN FULLAM, Individually;
DANIEL FURLAND, Individually;
CHARLES GAFFNEY, Individually;
JOHNNY GAGLIANO, Individually;
JOHN GAINE, Individually;
JACK GALANTE, Individually;
ANDREW GALASSO, Individually;
DENNIS GALLAGHER, Individually;
ROBERT GALLAGHER, Individually;
JAMES GALLICCHIO, Individually;
ANTHONY GALLO, Individually;
CHARLES GALLOGY, Individually;
PHILIP GAMBINO, Individually;
EDWARD GANASSA, Individually;
PETER GANNON, Individually;
ANNE GARCIA, Individually;
JAMES GARCIA, Individually;
RAFAEL GARCIA, Individually;
ANDREW GARGIULO, Individually;
WAYNE GARGIULO, Individually;
JOHN GARNETT, Individually;
ROBERT GAROFOLO, Individually;
SHARON GATTO, Individually;
STEPHEN GAUDUT, Individually;
RUDOLPH GEIGER, Individually;
CHRISTOS GEORGE, Individually;
PAUL GERMANN, Individually;
BRUCE GERRIE, Individually;
THOMAS GERRISH, Individually;
PETER GIAMMARINO, Individually;
GARRY GIANNANDREA, Individually;
GUERINO GIANNATTANASIO, Individually;
KENNETH GIANNELLI, Individually;
JOSEPH GIBNEY, Individually;
BONNIE GIEBERIED, Individually;
SALVATORE GIGANTE, Individually;
JOSEPH GILDEN, Individually;
DENNIS GILHOOLY, Individually;
THOMAS GILLAM, Individually;
NORMAN GILLARD, Individually;
MICHAEL GIMPEL, Individually;
MICHAEL GINTY, Individually;

CRAIG GIUFFRE, Individually;
JOHN GIUFFRIDA, Individually;
BRIAN GLEASON, Individually;
ROBERT GLEASON, Individually;
WILLIAM GLEASON, Individually;
MICHAEL GLENN, Individually;
KEVIN GLOCK, Individually;
PETER GLOWACZ, Individually;
BARRY GOFFRED, Individually;
MARK GOLDWASSER, Individually;
DONALD GOLLER, Individually;
AWILDA GOMEZ, Individually;
TONY GONZALEZ, Individually;
FRANCINE GOODMAN, Individually;
GLORIA-GIGI GORDON, Individually;
JOHN GORGONE, Individually;
MICHAEL GORMAN, Individually;
PATRICK GORMAN, Individually;
WILLIAM GORMAN, Individually;
RICHARD GOULD, Individually;
STEPHEN GRABNER, Individually;
KEVIN GRACE, Individually;
MICHAEL GRACE, Individually;
JOHN GRAHAM, Individually;
LANAIRD GRANGER, Individually;
JOHN GRAZIANO, Individually;
CHRISTOPHER GREEN, Individually;
WILLIAM GREEN, Individually;
ANTHONY GREENE, Individually;
ALBERT GREENE, Individually;
MICHAEL GREGORY, Individually;
ROBERT GRELL, Individually;
AURELIO GRILLO, Individually;
MICHAEL GRILLO, Individually;
DANIEL GROGUL, Individually;
KEITH GROSS, Individually;
KRISTEN GROSS, Individually;
LLOYD GROSSBERG, Individually;
DANIEL GROSSI, Individually;
MICHAEL GUARDINO, Individually;
PHILIP GUARNIERI, Individually;
THOMAS GUARNIERI, Individually;
STEVEN GUISE, Individually;
FRANK GUNTHER, Individually;
MICHAEL GURNICK, Individually;
KEVIN GUTFLEISCH, Individually;

LUIS GUTIERREZ, Individually;
KEVIN GUY, Individually;
PAUL HAARMAN, Individually;
JAMES HALABY, Individually;
JAMES HALEY, Individually;
PAUL HALEY, Individually;
GARY HALL, Individually;
KENNETH HAMILTON, Individually;
LEAKAT HANIF, Individually;
GARY HANLEY, Individually;
KENNETH HANSEN, Individually;
SCOTT HANSON, Individually;
RON HARDING, Individually;
DOUGLAS HARKINS, Individually;
DARREN HARKINS, Individually;
JEREMIAH HARNEY, Individually;
EMIL HARNISCHFEGER, Individually;
TIMOTHY HARRIGAN, Individually;
KIRK HARRINGTON, Individually;
THOMAS HARRINGTON, Individually;
EUGENE HARRIS, Individually;
JOSEPH HARRIS, Individually;
MICHAEL HARRIS, Individually;
WILLIAM HARRIS, Individually;
RICHARD HARRISON, Individually;
MICHAEL HART, Individually;
ROBERT HARTIE, Individually;
BRIAN HARVEY, Individually;
FRANCIS HASKELL, Individually;
PATRICK HAYDEN, Individually;
LEROY HAYNES, Individually;
RAYMOND HAYWOOD, Individually;
MELFORD HAZEL, Individually;
JAMES HEAL, Individually;
BRIAN HEALY, Individually;
DAVID HEALY, Individually;
GEORGE HEAR, Individually;
STEPHEN HEAVEY, Individually;
MICHAEL HEFFERNAN, Individually;
TODD HEIMAN, Individually;
GREGORY HELFER, Individually;
EUGENE HENDERSON, Individually;
WILLIAM HENDERSON, Individually;
WILLIE HENDERSON, Individually;
WILLIAM HENNESSY, Individually;
MICHAEL HENNIGNA, Individually;

JOHN HENRICKSEN, Individually;
JOHN HENRY, Individually;
THOMAS HENRY, Individually;
WILLIAM HERLIHY, Individually;
JEFF HESTNES, Individually;
HERBERT HICKEY, Individually;
JOSEPH HICKEY, Individually;
PATRICK HICKEY, Individually;
SEAN HICKEY, Individually;
JOSEPH HIGGINS, Individually;
WILLIAM HOAG, Individually;
ROBERT HOFER, Individually;
DONALD HOFFMAN, Individually;
JOHN HOGAN, Individually;
CLIFFORD HOLLYWOOD, Individually;
JOHN HOLOHAN, Individually;
TERRENCE HOLT, Individually;
TIMOTHY HOPPEY, Individually;
BRYAN HORAN, Individually;
MICHAEL HORAN, Individually;
ANDREW HORNBUCKLE, Individually;
ROBERT HOURICAN, Individually;
ANDREA HOWELL, Individually;
ROBERT HOYT, Individually;
EDWARD HRONEC, Individually;
MORRIS HUBBARD, Individually;
SCOTT HUGHES, Individually;
THOMAS HUGHES, Individually;
ROBERT HUMPHREY, Individually;
WILLIAM HUMPHREY, Individually;
PAIGE HUMPHRIES, Individually;
CHRISTOPHER HUNT, Individually;
JAMES HURON, Individually;
JAMES HURSON, Individually;
RICHARD HUTRA, Individually;
JOHN IAMMATTEO, Individually;
DAVID IANELLI, Individually;
MICHAEL IANNAZZO, Individually;
RAFAEL IGLESAIS, Individually;
MICHAEL INCANTALUPO, Individually;
LLOYD INFANZON, Individually;
EARTHA INGRAM, Individually;
WILLIAM INGRAM, Individually;
PETER IOVENO, Individually;
EDWARD IRELAND, Individually;
SALVATORE ISABELLA, Individually;

ANDREW ISOLANO, Individually;
JOSEPH JABLONSKI, Individually;
DANIEL JACKSON, Individually;
VERONICA JACOBS, Individually;
JOHN JAGODA, Individually;
PETER JAKUBOWSKI, Individually;
BRIAN JANELLI, Individually;
THADDEUS JANKOWSKI, Individually;
JOSEPH JANKUNIS, Individually;
RICHARD JANOSCAK, Individually;
MATTHEW JASKO, Individually;
WILLIAM JENNERICH, Individually;
LAWRENCE JENSEN, Individually;
PETER JENSEN, Individually;
WALTER JENSEN, Individually;
STANLEY JESSAMINE, Individually;
DESMOND JHAGROO, Individually;
PAUL JOHNSEN, Individually;
ANITA JOHNSON, Individually;
BRIAN JOHNSON, Individually;
BYRON JOHNSON, Individually;
KEITH JOHNSON, Individually;
NATHANIAL JOHNSON, Individually;
ROBERT JOHNSTON, Individually;
LEROY JONAS, Individually;
JEFFREY JONES, Individually;
ROBERT JONES, Individually;
NIELS JORGENSEN, Individually;
IRWIN JOSEPH BRODSKY, Individually;
JOHN JOYCE, Individually;
KAZIMIERZ JURGIEL, Individually;
WILLIAM JUTT, Individually;
JOSEPH KADILLAK, Individually;
JAMES KADNAR, Individually;
KEITH KAISER, Individually;
GARY KAKEH, Individually;
WILLIAM KALLETTA, Individually;
THOMAS KANE, Individually;
DANIEL KARP, Individually;
JAMES KAY, Individually;
JURGIEL KAZIMIERZ, Individually;
DANIEL KEANE, Individually;
ROBERT KEANE, Individually;
KENNETH KEARNS, Individually;
ROBERT KEATING, Individually;
WILLIAM KEEGAN, Individually;

THOMAS KEERY, Individually;
MICHAEL KELLEHER, Individually;
ROBERT KELLER, Individually;
JILL KELLEY, Individually;
JILL KELLY, Individually;
JAMES KELLY, Individually;
JOHN KELLY, Individually;
ROBERT KELLY, Individually;
JOHN KELTON, Individually;
DANIEL KEMMET, Individually;
DANIEL KEMMET, SR., Individually;
MICHAEL KEMPER, Individually;
GERARD KENNEDY, Individually;
JOSEPH KENNEDY, Individually;
RICHARD KENNY, Individually;
DENNIS KERBIS, Individually;
KENNETH KERR, Individually;
JOHN KIELTY, Individually;
JOHN KILCOYNE, Individually;
ROGER KILFOIL, Individually;
JOSEPH KILLEEN, Individually;
CHRISTOPHER KING, Individually;
WILLIAM KING, Individually;
JOHN KIRK, Individually;
PATRICK KISSANE, Individually;
WINFIELD KLUTH, Individually;
ROBERT KMAK, Individually;
WILLIAM KNOTH, Individually;
ERIC KNUTSEN, Individually;
CRAIG KOBES, Individually;
CHARLES KOTOV, Individually;
WALTER KOWALCEZYK, Individually;
MICHAEL KOZAK, Individually;
STEVEN KRAKOWER, Individually;
FRANK KROPF, Individually;
RICHARD KUERNER, Individually;
MICHAEL KULL, Individually;
CARLOS KUPER, Individually;
JOHN LABARBERA, Individually;
RICHARD LACERRA, Individually;
ROBERT LACEY, Individually;
RAYMOND LACHHMAN, Individually;
ERIK LAHODA, Individually;
MICHAEL LALLY, Individually;
LANCE LAMAZZA, Individually;
RAYMOND LAMBDIN, Individually;

MARTIN LANG, Individually;
RICHARD LANG, Individually;
GEORGE LANTAY, Individually;
PATRICK LANZA, Individually;
CHRISTOPHER LAROCCA, Individually;
MICHAEL LAROSA, Individually;
JOSEPH LASHER, Individually;
ROBERT LASTELLA, Individually;
JAMES LAUER, Individually;
JOSEPH LAVIN, Individually;
PATRICK LAVIN, Individually;
JOHN LAYTON, Individually;
HOUSSAIN LAZAAR, Individually;
CHAD LEACH, Individually;
WILLIAM LEAHY, Individually;
MICHAEL LEAMY, Individually;
FRANK LEANDRO, Individually;
JOSEPH LECLAIR, Individually;
WOODY LEDWITH, Individually;
EDWARD LEE, Individually;
STEPHEN LEE, Individually;
ARTIE LEECOCK, Individually;
DANIEL LEFEBVRE, Individually;
CHRISTOS LEFKADITIS, Individually;
JAMES LEIBMAN, Individually;
JOYCE LEIGH, Individually;
JOSEPH LEMBO, Individually;
RICHARD LEMONDA, Individually;
KEVIN LENAHAN, Individually;
JOHN LENIHAN, Individually;
HUGH LENNON, Individually;
JOHN LENNON, Individually;
THOMAS LENT, Individually;
JOHN LEVENDOSKY, Individually;
JEFF LEVER, Individually;
VINCENT LEVIEN, Individually;
ABRAHAM LEVINSON, Individually;
PATRICIA LEWIS, Individually;
JAMES LEWIS, Individually;
DANIEL LIND, Individually;
DENNIS LINEHAN, Individually;
RONALD LITTLEJOHN, Individually;
LANCE LIZZUL, Individually;
ROBERT LODATO, Individually;
EDWARD LOEHMANN, Individually;
FRANK LOMBARDI, Individually;

MICHAEL LOMBARDI, Individually;
THOMAS LONEGAN, Individually;
GEORGE LONERGAN, Individually;
STEPHEN LONERGAN, Individually;
MANUAL LOPEZ, Individually;
ROBERT LOPEZ, Individually;
MICHAEL LOPORCARO, Individually;
CHARLES LOSACCO, Individually;
MARK LOTITO, Individually;
VINCENT LOUIS, Individually;
JOHN LOVETT, Individually;
EDWARD LUCIANI, Individually;
STEVEN LUISI, Individually;
VINCENT LUISI, Individually;
SALVATORE LUMIA, Individually;
ADAM LUTFI, Individually;
DAVID LYNN, Individually;
THOMAS LYONS, Individually;
CHARLIE LYONS, Individually;
CHRISTIAN LYSY, Individually;
GREGORY MACAGNONE, Individually;
JACK MACALUSO, Individually;
MICHAEL MACDONALD, Individually;
MICHAEL MACKL, Individually;
FRANK MACRI, Individually;
ROBERT MADDEN, Individually;
JOSEPH MAGGI, Individually;
JAMES MAHON, Individually;
PATRICK MAHONEY, Individually;
ANDRE MAJORS, Individually;
ANDREW MAJORS, Individually;
GLEN MAKUCH, Individually;
CECIL MALONEY, Individually;
PATRICK MALONEY, Individually;
TIMOTHY MALONEY, Individually;
DEBORAH MANDELL, Individually;
ROBERT MANDIA, Individually;
FRANK MANETTA, Individually;
THOMAS MANGUS, Individually;
CHARLES MANISCALCO, Individually;
JAMES MANITTA, Individually;
WILLIAM MANNION, Individually;
DANIEL MANOCHIO, Individually;
WAYNE MANZIE, Individually;
LEON MARASHAJ, Individually;
FELIPE MARCANO, Individually;

EDMOND MARCOUX, Individually;
ROBERT MARCOUX, Individually;
RICHARD MARGINO, Individually;
MARY MARINELLI, Individually;
STEVE MARION, Individually;
JOHN MARK, Individually;
LAWRENCE MARLEY, Individually;
JOHN MARR, Individually;
ERIK MARRERO, Individually;
JAMES MARTIN, Individually;
DARIO MARTINEZ, Individually;
DORIS MARTINEZ, Individually;
WILLIAM MARTINEZ, Individually;
ANTONIO MARTINO, Individually;
MICHAEL MARTORANA, Individually;
ROCCO MASCIOLO, Individually;
CHRISTOPHER MASSARIA, Individually;
JOHN MASSAROTTI, Individually;
THOMAS MASTRODOMENICO, Individually;
MARC MASTROS, Individually;
DANIEL MATTEO, Individually;
ANTHONY MATTONE, Individually;
GARRY MAURICE, Individually;
THOMAS MAY, Individually;
SHAWN MAY, Individually;
MICHAEL MAYER, Individually;
ROBERT MAYNES, Individually;
RICHARD MAYRONNE, Individually;
GARY MAZALATIS, Individually;
JOSEPH MAZZARELLO, Individually;
LORI MAZZEO, Individually;
THOMAS MCAREE, Individually;
BRIAN MCAVOY, Individually;
SEAN MCBRIEN, Individually;
JAMES MCBURNEY, Individually;
EDWARD MCCABE, Individually;
KEVIN MCCABE, Individually;
STEVEN MCCAFFERY, Individually;
THOMAS MCCAFFREY, Individually;
EDWARD MCCAMPHILL, Individually;
JOHN MCCANN, Individually;
NEIL MCCARTHY, Individually;
JAMES MCCARTHY, Individually;
HAROLD MCCLUTCHY, Individually;
CHRISTOPHER MCCORMACK, Individually;
PATRICK MCCORMACK, Individually;

IRVING MCCOY, Individually;
KEVIN MCCUTCHAN, Individually;
JOHN MCDONALD, Individually;
KELLY MCDONALD, Individually;
DANIEL MCDONOUGH, Individually;
DAVID MCDONOUGH, Individually;
KEVIN MCDOWELL, Individually;
CHARLES MCELHONE, Individually;
GREGORY MCENROE, Individually;
PATRICK MCEVOY, Individually;
JOANN MCFARLAND, Individually;
MICHAEL MCFARLAND, Individually;
TERRENCE MCGANN, Individually;
SHAUN MCGILL, Individually;
PATRICK MCGIVNEY, Individually;
JOHN MCGONIGLE, Individually;
CORNELIUS MCGOVERN, Individually;
DAVID MCGOVERN, Individually;
JOSEPH MCGOVERN, Individually;
KEVIN MCGOWAN, Individually;
BRIAN MCGUIRE, Individually;
ROBERT MCGUIRE, Individually;
JAMES MCHUGH, Individually;
TIM MCINERNEY, Individually;
JAMES MCKAY, Individually;
WALTER MCKEE, Individually;
BRAIN MCKEEVER, Individually;
THOMAS MCKENNA, Individually;
SHAWN MCKEON, Individually;
CHRISTOPHER MCLAUGHLIN, Individually;
JOHN MCLAUGHLIN, Individually;
WILLIAM MCLAUGHLIN, Individually;
JOSEPH MCMAHON, Individually;
GERARD MCMAHON, Individually;
PAUL MCMENAMY, Individually;
WILLIAM MCNALLY, Individually;
JAMES MCNAMARA, Individually;
JOHN MCNAMARA, Individually;
GARY MCNULTY, Individually;
GERARD MCPARLAND, Individually;
ROBERT MEADOWS, Individually;
PHILIP MEDEIROS, Individually;
PAUL MEDORDI, Individually;
VINCENT MEDORDI, Individually;
KEVIN MEEHAN, Individually;
KEVIN MELFI, Individually;

MICHAEL MELILLO, Individually;
KEVIN MELODY, Individually;
JAMES MELVIN, Individually;
RICHARD MEO, Individually;
JOSEPH MEOLA, Individually;
DENNIS MEYERS, Individually;
JAMES MILLER, Individually;
NEIL MILLER, Individually;
MICHAEL MILNER, Individually;
DERRICK MILONE, Individually;
DONALD MIMNAUGH, Individually;
LOUIS MINUTOLI, Individually;
RICHARD MIRANDA, Individually;
JOHN MISKANIC, Individually;
MARK MISSALL, Individually;
JOHN MIXON, Individually;
JOSEPH MIYNARCZYK, Individually;
ANTHONY MODICA, Individually;
STEVE MODICA, Individually;
AMON MODINE, Individually;
FRANK MOLLICA, Individually;
PAUL MOLONEY, Individually;
ALWISH MONCHERY, Individually;
FRANK MONDELLI, Individually;
PAUL MONFRE, Individually;
JOHN MONGIELLO, Individually;
DOMINICK MONTALTO, Individually;
JOSE MONTALVO, Individually;
YVETTE MONTALVO, Individually;
JOSEPH MONTANARO, Individually;
ELIZARDO MONTES, Individually;
KEVIN MONTGOMERY, Individually;
KENNETH MOODY, Individually;
FRANK MOORE, Individually;
GARY MOORE, Individually;
MICHAEL MOORE, Individually;
THOMAS MOORE, Individually;
ROBERT MOORE, Individually;
JAMES MORAN, Individually;
JOHN MORAN, Individually;
WILLIAM MORAN, Individually;
DONALD MORMINO, Individually;
ALBERTO MORRALES, Individually;
ROBERT MORRIS, Individually;
WILLIAM MORRIS, Individually;
HENRY MORRISON, Individually;

EDWARD MORRISSEY, Individually;
BLANCA MORRONE, Individually;
KEVIN MORRONE, Individually;
JOHN MORRONGIELLO, Individually;
AUDREY MOSLEY MARCUS, Individually;
JOSEPH MOTTOLA, Individually;
FRANK MOTYKA, Individually;
JERZY MROZEK, Individually;
JOHN MUCCIOLA, Individually;
ANTHONY MUIA, Individually;
RICHARD MULHERN, Individually;
MARK MULLADY, Individually;
KEVIN MULLANE, Individually;
WILLIAM MULLER, Individually;
HUGH MULLIGAN, Individually;
KENNETH MULLIGAN, Individually;
DANIEL MULLINS, Individually;
JAMES MULLINS, Individually;
BRENDAN MULROY, Individually;
BRIAN MULRY, Individually;
LEONARD MUNDA, Individually;
RAUL MUNIZ, Individually;
MICHAEL MUNOZ, Individually;
MURRAY MURAD, Individually;
JONATHAN MURATH, Individually;
JESSE MURPHY, Individually;
JOHN MURPHY, Individually;
KEITH MURPHY, Individually;
MICHAEL MURPHY, Individually;
PATRICK MURPHY, Individually;
ROBERT MURPHY, Individually;
STEVEN MURPHY, Individually;
THOMAS MURPHY, Individually;
JOSEPH MURPHY, Individually;
DANIEL MURRAY, Individually;
JOHN MURRAY, Individually;
KEVIN MURRAY, Individually;
GERARD MURTHA, Individually;
MICHAEL MUSTO, Individually;
ARTHUR MYERS, Individually;
FRANK MYERS, Individually;
JOHN NAJMY, Individually;
ANDREA NANNA-MONTGOMERY, Individually;
RICHARD NAPLES, Individually;
JOSEPH NAPOLI, Individually;
JOSEPH NARDONE, Individually;

REYNALDO NARVAEZ, Individually;
ROBERT NEBEL, Individually;
RALPH NEGRON, Individually;
JAMES NEVILLE, Individually;
JOHN NEWELL, Individually;
PETER NEWEN, Individually;
STEVEN NEWMAN, Individually;
THOMAS NEWMAN, Individually;
STEPHEN NICHOLS, Individually;
GERARD NICOLETTI, Individually;
ROBERT NIEBLER, Individually;
PAUL NIGRO, Individually;
JEFFREY NIX, Individually;
NANCY NOBLE, Individually;
ALBERT NOCELLA, Individually;
WILLIAM NOLAN, Individually;
ALEXANDER NONEY, Individually;
DANIEL NOONAN, Individually;
RICHARD OBERMAYER, Individually;
GREGORY O'BRIEN, Individually;
JOHN O'BRIEN, Individually;
JOSEPH O'BRIEN, Individually;
RICHARD O'BRIEN, Individually;
SEAN O'BRIEN, Individually;
CLARE O'CONNELL, Individually;
MICHAEL O'CONNELL, Individually;
JOHN O'CONNOR, Individually;
PATRICK O'CONNOR, Individually;
THOMAS O'CONNOR, Individually;
WILLIAM O'CONNOR, Individually;
JOHN ODDO, Individually;
WALTER ODINOKOW, Individually;
GEORGE O'DOHERTY, Individually;
CHRISTOPHER O'DONNELL, Individually;
JAMES O'DONNELL, Individually;
JOSEPH O'DONNELL, Individually;
ROBERT O'DOWD, Individually;
MICHAEL O'GORMAN, Individually;
JOSEPH O'HARA, Individually;
HOWARD O'HRINGER, Individually;
BRIAN O'LEARY, Individually;
THOMAS O'LEARY, Individually;
DANIEL OLIVERI, Individually;
DAVID O'NEIL, Individually;
CHARLES O'NEILL, Individually;
TROISI ONOFRIO, Individually;

ROBERT OPALECKY, Individually;
MICHAEL O'ROURKE, Individually;
THOMAS O'ROURKE, Individually;
WILLIAM OROZCO, Individually;
JOSE ORTIZ, Individually;
ARTHUR OSCHMANN, Individually;
MICHAEL O'SHEA, Individually;
HARRY OSTER, Individually;
LUIS OSTOLOZAGA, Individually;
CHRISTOPHER O'SULLIVAN, Individually;
JOSEPH O'SULLIVAN, Individually;
MICHAEL O'SULLIVAN, Individually;
SEAN O'SULLIVAN, Individually;
GIRARD OWENS, Individually;
GERARD PACE, Individually;
JACQUELINE PADILLA, Individually;
ELROY PAGAN, Individually;
THOMAS PAIR, Individually;
VINCENT PALMIERI, Individually;
MICHELE PAOLINI, Individually;
EDWARD PARKER, Individually;
ROBERT PARKER, Individually;
RONALD PARKER, Individually;
GREGORY PARR, Individually;
RONALD PASCUCCI, Individually;
SCOTT PASKEWITZ, Individually;
JOSEPH PASQUARELLO, Individually;
MICHAEL PASQUARELLO, Individually;
PETER PATTERSON, Individually;
DENNIS PATTI, Individually;
JEFFREY PAWLICKI, Individually;
HILTON PEARCE, Individually;
FRANK PEPE, Individually;
GEORGE PEPE, Individually;
FRANK PEREZ, Individually;
LUIS PEREZ, Individually;
OSVALDO PEREZ, Individually;
DANIEL PERITORE, Individually;
JASON PERRONE, Individually;
FRANK PERRY, Individually;
MICHAEL PERRY, Individually;
ROBERT PESCE, Individually;
DARRYL PETTIGREW, Individually;
ROBIN PFEFFER, Individually;
RON PFEFFER, Individually;
FREEDMAN PFEIL, Individually;

CHRISTOPHER PHILLIPS, Individually;
VINCENT PICCIANO, Individually;
JOSEPH PICCININNI, Individually;
RICHARD PICCIOTTO, Individually;
GREGORY PICCONI, Individually;
GEORGE PICKETT, Individually;
JAMES PICONE, Individually;
BOZENA PIELARZ, Individually;
GLEN PILLARELLA, Individually;
ROBERT PILLARELLA, Individually;
LORRAINE PIRILLO, Individually;
CHRISTOPHER PISANO, Individually;
PERRY PIZZOLO, Individually;
LEWIS PIZZULLI, Individually;
THOMAS PLANE, Individually;
DEDIE PLASENCIA, Individually;
BRYAN PLATT, Individually;
MICHELLE POHL, Individually;
ANDREW POLINSKY, Individually;
WILLIAM POLLACK, Individually;
DOMINICK POMA, Individually;
JOSEPH POMA, Individually;
SALVATORE POMA, Individually;
ANDREW PORRAZZO, Individually;
STEPHEN POSE, Individually;
JAMES POWERS, Individually;
LARRY PRATHER, Individually;
FREDERICK PREVETE, Individually;
ROBIN PRINTY, Individually;
KIRK PRITCHARD, Individually;
MARTIN PROKUP, Individually;
DENNIS PROSICK, Individually;
NICHOLAS PUCCIARELLI, Individually;
ROBERT PUGLIESE, Individually;
RICHARD PULZONE, Individually;
FRANK PUMA, Individually;
CARL PUNZONE, Individually;
ANTHONY QUARANTI, Individually;
PHILIP QUATTROCCHI, Individually;
PABLO QUESADA, Individually;
JOHN QUEVADO, Individually;
HENRY QUEVEDO, Individually;
WILLIAM QUICK, Individually;
TIMOTHY QUIN, Individually;
ANDREW QUINN, Individually;
DENNIS QUINN, Individually;

JOSEPH QUINN, Individually;
MICHAEL QUINN, Individually;
RICHARD RACCIOPPI, Individually;
GLENN RADERMACHER, Individually;
JAMES RAGARN, Individually;
MICHAEL RAIMER, Individually;
LOUIS RAIMONDI, Individually;
KENNETH RALLIS, Individually;
RICHARD RAMAIZEL, Individually;
DAVID RAPP, Individually;
THOMAS RAPPE, Individually;
ANDREW RASAVONGSZUK, Individually;
SEBASTIAN RASPANTI, Individually;
STEPHEN RASWEILER, Individually;
RICHARD RATTAZZI, Individually;
DAVID RAYMOND, Individually;
STEVEN RAZICKAS, Individually;
JOSUE RECIO, Individually;
DANIEL REDDAN, Individually;
JAMES REDMOND, Individually;
ROBERT REEG, Individually;
SHAUN REEN, Individually;
DAVID REEVE, Individually;
JOHN REGAN, Individually;
ROBERT REGAN, Individually;
GERARD REILLY, Individually;
JOHN REILLY, Individually;
KEVIN REILLY, Individually;
MARK REILLY, Individually;
STEPHEN REILLY, Individually;
LEONARD REINA, Individually;
ROBERT REIP, Individually;
MICHAEL RELAY, Individually;
JOHN REMENTERIA, Individually;
WILLIAM RENDINO, Individually;
DAVID RESTUCCIO, Individually;
MICHAEL REUTTER, Individually;
HERMAN REYES, Individually;
JOHN RHATIGAN, Individually;
VITO RIBAUDO, Individually;
MICHAEL RICCIARDI, Individually;
ROBERT RICCIARDI, Individually;
STEPHEN RICCIO, Individually;
EUGENE RICE, Individually;
JOHN RICE, Individually;
STEPHEN RICE, Individually;

ROGER RICHES, Individually;
ROCCO RINALDI, Individually;
JOHN RINCIARI, Individually;
LOUIE RIOS, Individually;
DAVID RIVAS, Individually;
ALCIDES RIVERA, Individually;
ALFRED RIVERA, Individually;
DANIEL RIVERA, Individually;
HECTOR RIVERA, Individually;
ROBERT RIVERA, Individually;
TERENCE RIVERA, Individually;
THOMAS RIVICCI, Individually;
JOHN RIZZI, Individually;
MATTHEW ROACH, Individually;
GARY ROBBINS, Individually;
RAINFORD ROBERTS, Individually;
TIMOTHY ROBERTS, Individually;
THOMAS ROBISKY, Individually;
ANTHONY ROCCHIO, Individually;
JOSEPH ROCHA, Individually;
ROBERT ROCHFORD, Individually;
ALAN ROCKEFELLER, Individually;
WILLIAM RODGERS, Individually;
PETER RODRIGUEZ, Individually;
KENNETH ROGERS, Individually;
KEVIN ROGERS, Individually;
STEVE ROGERS, Individually;
JOHN ROGERS, Individually;
CARMEN ROMERO, Individually;
BRUCE ROSS, Individually;
MICHAEL ROY, Individually;
DONALD ROZAS, Individually;
JOHN RUBINO, Individually;
KEITH RUBY, Individually;
STEWART RUETER, Individually;
JOSEPH RUGGIRELLO, Individually;
RICHARD RUIZ, Individually;
JAMES RULAND, Individually;
STEPHEN RUSSACK, Individually;
DAVID RUSSELL, Individually;
BRIAN RUSSO, Individually;
SALVATORE RUSSO, Individually;
VITO RUVOLO, Individually;
DENIS RYAN, Individually;
HENRY RYAN, Individually;
KEVIN RYAN, Individually;

RICHARD RYAN, Individually;
ROBERT RYAN, Individually;
THOMAS RYAN, Individually;
EDWARD RZEMPOLVCH, Individually;
ROBERT SACCHI, Individually;
CHRISTINE SAKOUTIS, Individually;
JOSEPH SALADIS, Individually;
PARIS SALEM, Individually;
STEVEN SAMMIS, Individually;
FELIX SANCHEZ, Individually;
RUDY SANFILIPPO, Individually;
JOHN SANJURJO, Individually;
PETER SANTELLI, Individually;
BOBBY SANTIAGO, Individually;
DAVID SANTISE, Individually;
JOSEPH SAPIENZA, Individually;
JOSEPH SARDO, Individually;
MARK SARNES, Individually;
LOUIS SARTINI, Individually;
ARTHUR SARTOR, Individually;
JEREMY SASSMAN, Individually;
PETER SAVARESE, Individually;
PATRICIA SCADUTO-SOTO, Individually;
ERIC SCAKNOFF, Individually;
MICHAEL SCALARD, Individually;
THOMAS SCALLY, Individually;
THOMAS SCAMBONE, Individually;
KEVIN SCANLON, Individually;
GILBERT SCARAZZINI, Individually;
SALVATORE SCARENTINO, Individually;
PATRICK SCARINGELLO, Individually;
STEVEN SCARINZI, Individually;
JOHN SCARSELLA, Individually;
JOHN SCHAEFER, Individually;
JAMES SCHIAVONE, Individually;
SCOTT SCHIELDS, Individually;
JOHN SCHILLINGER, Individually;
WILLIAM SCHILLINGER, Individually;
RICHARD SCHLUECK, Individually;
ROBERT SCHMIDT, Individually;
CLINTON SCHMITTERER, Individually;
ROBERT SCHMUCK, Individually;
MICHAEL SCHNITZER, Individually;
ROBERT SCHOR, Individually;
MICHAEL SCHREIBER, Individually;
ROBERT SCHULZ, Individually;

JAMES SCHWICKE, Individually;
VINCENT SCIALPI, Individually;
VICTOR SCIARAPPA, Individually;
ANGELO SCIFO, Individually;
GREGORY SCLAFANI, Individually;
JOHN SCOTCH, Individually;
ROBERT SCOTT, Individually;
SUSAN SCOTT, Individually;
MICHAEL SCULLY, Individually;
LISA SECKLER-OODE, Individually;
JOSEPH SEENEY, Individually;
VINCENT SEPE, Individually;
RICHARD SERE, Individually;
ANGEL SERRANO, Individually;
LUIS SERRANO, Individually;
WILLIAM SESSELMAN, Individually;
MICAHEL SFORZA, Individually;
DAVID SGROMO, Individually;
PETER SHANLEY, Individually;
JAMES SHANNON, Individually;
MATTHEW SHANNON, Individually;
BRIAN SHEA, Individually;
JAMES SHEA, Individually;
KEVIN SHEEHAN, Individually;
EDWARD SHEEHY, Individually;
GARY SHERIDAN, Individually;
KEVIN SHEROD, Individually;
JAMES SHERWOOD, Individually;
GIUSEPPE SIBILLA, Individually;
ALPHONSE SICIGNANO, Individually;
JOHN SIGNORELLI, Individually;
ANTHONY SIGNORILE, Individually;
THOMAS SILVESTRI, Individually;
VINCENT SIMEONE, Individually;
DAVID SIMMS, Individually;
JEFFREY SIMMS, Individually;
AUGUSTINE SIMONCINI, Individually;
RAYMOND SIMONS, Individually;
GERARD SIMPSON, Individually;
SAMBA SINERA, Individually;
KHEMRAJ SINGH, Individually;
DENNIS SIRY, Individually;
SCOTT SIVERT, Individually;
ANTHONY SKOMINA, Individually;
JOSEPH SKONIECZNY, Individually;
LEO SKORUPSKI, Individually;

GARY SLATTERY, Individually;
JAMES SMAGALA, Individually;
GARY SMILEY, Individually;
CARLTON SMITH, Individually;
GEORGE SMITH, Individually;
GERARD SMITH, Individually;
JAMES SMITH, Individually;
PATRICK SMITH, Individually;
WARREN SMITH, Individually;
WILLIAM SMITH, Individually;
MICHAEL SMITH, Individually;
GERALD SNELL, Individually;
RICHARD SNYDER, Individually;
WILLIAM SOHMER, Individually;
MARK SOLARI, Individually;
GERARD SOMERVILLE, Individually;
FRANK SOMMA, Individually;
STEVEN SORGER, Individually;
WALTER SORRENTI, Individually;
MICHAEL SORRENTINO, Individually;
PHILIP SOTO, Individually;
DEAN SPADARO, Individually;
WILLIAM SPADE, Individually;
JOSEPH SPAGNOLA, Individually;
FRANK SPALDO, Individually;
DOUGLAS SPANO, Individually;
HENRY SPEICHER, Individually;
ROBERT SPELLMAN, Individually;
JAMES SPENCER, Individually;
STEPHEN SPINELLI, Individually;
ROBERT SPINELLI, Individually;
BRIAN SPISTO, Individually;
THOMAS SPITZBARTH, Individually;
FRANK SPRING, Individually;
BERTRAM SPRINGSTEAD, Individually;
ROBERT SPUTH, Individually;
MICHAEL SPYNTIUK, Individually;
ANTHONY SROUR, Individually;
EUGENE ST. JOHN, Individually;
CLIFFORD STABNER, Individually;
BERTRAM STAHLBERG, Individually;
JOHN STAIANO, Individually;
ADOLPH STAMPFEL, Individually;
JAMES STANG, Individually;
ROBERT STANLEWICZ, Individually;
ROBERT STANTON, Individually;

JAMES STASIO, Individually;
KEVIN STEININGER, Individually;
SYLVESTER STEWART, Individually;
MARK STONE, Individually;
PETER STRAHL, Individually;
LOUIS STRANDBERG, Individually;
BRIAN STRENGE, Individually;
RAY STRONG, Individually;
JIMMIE SULLIVAN, Individually;
PATRICK SULLIVAN, Individually;
JAMES SULLIVAN, Individually;
STEVEN SUPEK, Individually;
DANIEL SURAT, Individually;
GARY SUSON, Individually;
ERIC SUTTON, Individually;
MICHAEL SUWALSKI, Individually;
ISA SWEDIN, Individually;
EDWARD SWEENEY, Individually;
JOSEPH SYKES, Individually;
DENNIS TAAFFE, Individually;
KEITH TANICO, Individually;
DAVID TANZMAN, Individually;
ALPHA TARAWALLY, Individually;
PETER TARTAGLIONE, Individually;
FELICIA TAYLOR, Individually;
JOHN TEDESCO, Individually;
MICHAEL TENTEROMANO, Individually;
JEFF TESORIERO, Individually;
VINCENT TESORIERO, Individually;
LUIS THOMAS, Individually;
THOMAS THOMASEN, Individually;
DONALD THOMPSON, Individually;
JAMES THOMPSON, Individually;
ROBERT THOMPSON, Individually;
SCOTT THOMSON, Individually;
ROBERT TILEARCIO, Individually;
THOMAS TILLOTSON, Individually;
JOHN TISKA, Individually;
DONALD TOMM, Individually;
KEVIN TONKIN, Individually;
STEVEN TONREY, Individually;
ALVIN TORO, Individually;
ANGEL TORRES, Individually;
EDGAR TORRES, Individually;
EDITH TORRES, Individually;
WALTER TORRES, Individually;

MICHAEL TORRES, Individually;
JOSEPH TORRILLO, Individually;
JOSEPH TOSCANO, Individually;
RUSSELL TOUHEY, Individually;
CHARLES TOZZO, Individually;
JAMES TOZZO, Individually;
PETER TRACY, Individually;
FRANCIS TRAPANI, Individually;
PETER TRAUT, Individually;
BARRY TRAVIS, Individually;
LOUIS TREGLIA, Individually;
TINA TRESCA, Individually;
MICHAEL TREZZA, Individually;
MICHAEL TRIGLIANOS, Individually;
JOHN TROIANIELLO, Individually;
VICTOR TROISI, Individually;
RALPH TUFANO, Individually;
EDWARD TURNER, Individually;
JOSEPH TUSTIN, Individually;
ERIC TVEDT, Individually;
LEONARD TYRELL, Individually;
THOMAS UBERTINI, Individually;
BRIAN URBAN, Individually;
NEIL VAILLANCOURT, Individually;
HILDA VALENTINE, Individually;
ANTHONY VALETTA, Individually;
CHARLES VAN PELT, Individually;
THOMAS VANROSSEM, Individually;
JOHN VANWAGONER, Individually;
MARIO VASCON, Individually;
DONALD VASTOLA, Individually;
ONELIA VAZQUEZ, Individually;
DANIEL VELAZQUEZ, Individually;
JOSE VELAZQUEZ, Individually;
SALVATORE VENTIMIGLIA, Individually;
JOHN VERACKA, Individually;
STEVEN VERDEROSA, Individually;
RICHARD VETLAND, Individually;
GUY VILLANO, Individually;
PHILIP VINCENZO, Individually;
ROBERT VINCIGUERRA, Individually;
BETTY VIOLETA-LLANO, Individually;
GREGORY VOCE, Individually;
FREDERICK WALKER, Individually;
ED WALLACE, Individually;
ROBERT WALLEN, Individually;

DANIEL WALSH, Individually;
CHRISTOPHER WANKER, Individually;
CHRISTOPHER WARD, Individually;
KEITH WARD, Individually;
THOMAS WARD, Individually;
GARY WASHINGTON, Individually;
MACK WASHINGTON, Individually;
RICHARD WATTS, Individually;
ALBERT WEBER, Individually;
JOHN WEBER, Individually;
CHARLES WEINSHEIMER, Individually;
PAUL WEIS, Individually;
STEVEN WEISNER, Individually;
JAMES WELDON, Individually;
RICHARD WELDON, Individually;
CHARLES WELLS, Individually;
WILLIAM WELSH, Individually;
MICHAEL WELSH, Individually;
GARY WENDELL, Individually;
JAMES WERNER, Individually;
MICHAEL WERNICK, Individually;
JAMES WHITE, Individually;
JOHN WHOLIHAN, Individually;
JOHN WHYTE, Individually;
ROBERT WIEDMANN, Individually;
ROBERT WILDAY, Individually;
JOHN WILLADSEN, Individually;
DEREK WILLIAMS, Individually;
HERMAN WILLIAMS, Individually;
KEVIN WILLIAMS, Individually;
THOMAS WILLIAMS, Individually;
TYRONE WILLIAMS, Individually;
VANDON WILLIAMS, Individually;
VINCENT WILLIAMS, Individually;
ROBERT WILLIAMSON, Individually;
JAMES WILLIS, Individually;
JOHN WILSON, Individually;
JOHN WILSON, Individually;
ROBERT WILSON, Individually;
JAMES WINTERS, Individually;
DENNIS WIRBICKAS, Individually;
MICHAEL WITKOWSKI, Individually;
GARY WOOD, Individually;
JOHN WROBEL, Individually;
GREGORY WYCKOFF, Individually;
SPIRO YIORAS, Individually;

JOHN YORKS, Individually;
VINCENT YORKS, Individually;
MARK YOUNGBERG, Individually;
JAMES ZADROGA, Individually;
ROBERT ZAJKOWSKI, Individually;
STEPHEN ZASA, Individually;
MICHAEL ZECHEWYTZ, Individually;
THOMAS ZELIOS, Individually;
PATRICK ZODA, Individually;
MARTIN ZOLLNER, Individually;
MAURICE ZUNIGA, Individually;

------------------------------------------------------------------x

**PERSONAL INJURY PLAINTIFFS WHO ARE NOW DECEASED**

**Barasch McGarry**
**Kreindler & Kreindler LLP**

MARIA LUKAS, as Personal Representative of the Estate of ALBERTO ACEVEDO, Deceased;

ALISON ACKER, as Personal Representative of the Estate of GARY ACKER, Deceased;

DARYA ADLER, as Personal Representative of the Estate of LARRY ADLER, Deceased;

DAVID ALES, as Personal Representative of the Estate of FRANK ALES, Deceased;

DEBRA ANTONUCCI, as Personal Representative of the Estate of MICHAEL ANTONUCCI, Deceased;

HERMAN DAWSON, as Personal Representative of the Estate of JUANITA ARSENEC, Deceased;

IRIS AVILES, as Personal Representative of the Estate of THEODORE AVILES, Deceased;

DANIEL SMITH, as Personal Representative of the Estate of JANET BAHERNS, Deceased;

PAMELA HILL, as Personal Representative of the Estate of VICTORIA BAIRD, Deceased;

MARY H BEGLEY, as Personal Representative of the Estate of THOMAS J. BEGLEY, Deceased;

ROSE BOLUSI, as Personal Representative of the Estate of FRANK BOLUSI, Deceased;

KATHLEEN BONDESON, as Personal Representative of the Estate of FRANK BONDESON, Deceased;

IRIS CORDOVA, as Personal Representative of the Estate of NICHOLAS BOSCAINO, Deceased;

NOREEN BOYLE, as Personal Representative of the Estate of PATRICK BOYLE, Deceased;

MARY ELLEN BUCH, as Personal Representative of the Estate of GERALD GEORGE BUCH, JR., Deceased;

MARGARET BUTLER, as Personal Representative of the Estate of WILLIAM BUTLER, Deceased;

CYNTHIA FORD-CALHOUN, as Personal Representative of the Estate of WILLIE CALHOUN, Deceased;

MARCIA CAMPBELL-LEVENE, as Personal Representative of the Estate of DESMOND CAMPBELL, Deceased;

MICHAEL DIAMOND, as Personal Representative of the Estate of PATRICE CAPO, Deceased;

SHARI CARBONE, as Personal Representative of the Estate of ANTHONY CARBONE, Deceased;

PATRICIA CHELSEN, as Personal Representative of the Estate of ROY CHELSEN, Deceased;

LAURA CICCOTTO, as Personal Representative of the Estate of ANTHONY CICCOTTO, Deceased;

NAHTINQUA ODAM-CLARKE, as Personal Representative of the Estate of ANTONIO CLARK, Deceased;

ANTOINE MILLIEN, as Personal Representative of the Estate of JOYCE CLIFTON, Deceased;

PATRICIA CORTAZZO, as Personal Representative of the Estate of JOHN CORTAZZO, Deceased;

KELLY VITALE, as Personal Representative of the Estate of PATRICIA COUSIN, Deceased;

GERALDINE COX, as Personal Representative of the Estate of WILLIAM COX, Deceased;

THOMAS CHALMERS, as Personal Representative of the Estate of AUDREY D'AGUILAR-CHALMERS, Deceased;

PAULA DANESE, as Personal Representative of the Estate of GASPAR DANESE, Deceased;

KAREN A. DAVIDSON, as Personal Representative of the Estate of ROBERT DAVIDSON, Deceased;

DIANNE DAVIS, as Personal Representative of the Estate of CARLTON DAVIS, Deceased;

DAVID DOMALEWSKI, as Personal Representative of the Estate of EILEEN DOMELEWSKI, Deceased;

JOANN DUFFY, as Personal Representative of the Estate of JOHN DUFFY, Deceased;

PERNIDA EDWARDS, as Personal Representative of the Estate of ALBERT EDWARDS, Deceased;

CARINA FALLER, as Personal Representative of the Estate of JOSEPH FALLER, Deceased;

JAQUELINE BONELLO, as Personal Representative of the Estate of ROSOLINO FANARA, Deceased;

MARY ANN FAUTH, as Personal Representative of the Estate of ROBERT FAUTH, Deceased;

JANICE FEARON, as Personal Representative of the Estate of WILLIAM FEARON, Deceased;

HELENE FOGEL, as Personal Representative of the Estate of GARY FOGEL, Deceased;

MARY FOSS, as Personal Representative of the Estate of BRUCE FOSS, Deceased;

WENDY ANN GAGLIARDI, as Personal Representative of the Estate of MICHAEL JOSEPH GAGLIARDI, Deceased;

JACQUELINE BOURNE, as Personal Representative of the Estate of BARRY GALFANO, Deceased;

DENISE GIBBS, as Personal Representative of the Estate of EDWARD GIBBS, Deceased;

HILDA GIORDANO, as Personal Representative of the Estate of VINCENT GIORDANO, Deceased;

PAOLA GONZALEZ, as Personal Representative of the Estate of ADAN GONZALEZ, Deceased;

MARION GUILFOY, as Personal Representative of the Estate of GREGORY GUILFOY, Deceased;

TRACY POPLAWSKI, as Personal Representative of the Estate of ROY HARRISON, Deceased;

SHARON HERNANDEZ, as Personal Representative of the Estate of ANTONIO HERNANDEZ, Deceased;

MICHELLE HOLFESTER, as Personal Representative of the Estate of WILLIAM HOLFESTER, Deceased;

NANCY HUGHES, as Personal Representative of the Estate of WILLIAM HUGHES, Deceased;

ANN IMPELLIZINE, as Personal Representative of the Estate of JAMES IMPELLIZINE, Deceased;

ELIZABETH INCARBONE, as Personal Representative of the Estate of ANTHONY INCARBONE, Deceased;

ULYSSES JONES, JR., as Personal Representative of the Estate of ULYSSES JONES, Deceased;

CHERYL LEE, as Personal Representative of the Estate of MARK V. LEE, Deceased;

PHOEBE LEVY, as Personal Representative of the Estate
of GAVRIEL LEVY, Deceased;

SUSAN RYAN, as Personal Representative of the Estate
of THOMAS LOBACK, Deceased;

JANET MADAY, as Personal Representative of the
Estate of WILLIAM MADAY, Deceased;

RITA MANGIARACINA, as Personal Representative of
the Estate of ANTHONY MANGIARACINA, Deceased;

CHRISTINE MEO-TERYEK, as Personal Representative
of the Estate of MICHAEL MASCHIETTO, Deceased;

JASON MUNGEN, as Personal Representative of the
Estate of JESSY MCCARTHY, Deceased;

CYNTHIA MCKEON, as Personal Representative of the
Estate of JOHNT. MCKEON, Deceased;

JOSEPH MOONEY, as Personal Representative of the
Estate of MAUREEN MOONEY, Deceased;

SILVIA MORALES, as Personal Representative of the
Estate of MICHAEL MORALES, Deceased;

LUCILLE LEMMA, as Personal Representative of the
Estate of FRANK MORIELLO, Deceased;

JOHN MUCCIOLA, as Personal Representative of the
Estate of LOUISE MUCCIOLA, Deceased;

ANTOINETTE MULLIGAN, as Personal Representative
of the Estate of JOHN MULLIGAN, Deceased;

SANDRA MULLIGAN, as Personal Representative of the
Estate of PATRICK MULLIGAN, Deceased;

CATHERINE MURRAY, as Personal Representative of
the Estate of JOHN MURRAY, Deceased;

MARGARET OGNIBENE, as Personal Representative of
the Estate of THOMAS OGNIBENE, Deceased;

ELEASE OWENS, as Personal Representative of the
Estate of CLINTON OWENS, Deceased;

EDWARD MCKENNA, as Personal Representative of the
Estate of SANDRA PIANIN, Deceased;

LAURA PICURRO, as Personal Representative of the
Estate of JOSEPH PICURRO, Deceased;

LORETTA PORTARO, as Personal Representative of the
Estate of JOSEPH PIERRO, Deceased;

GARY HOS, as Personal Representative of the Estate of
SADET PISIRICI, Deceased;

MAUREEN PORTI, as Personal Representative of the
Estate of VINCENT PORTI, JR., Deceased;

CYNTHIA POTTER, as Personal Representative of the
Estate of WILLIAM A. POTTER, Deceased;

NANCY RAPPA, as Personal Representative of the Estate
of JOHN A. RAPPA, Deceased;

DOROTHY RICCARDI, as Personal Representative of
the Estate of JOSEPH RICCARDI, Deceased;

ANTHONY STRONG, as Personal Representative of the
Estate of ANTOINETTE RICHARDS, Deceased;

THERESA RIGGIO, as Personal Representative of the
Estate of ANTHONY RIGGIO, Deceased;

CARMEN I. SANCHEZ, as Personal Representative of
the Estate of HENRY SANCHEZ, Deceased;

VIVIANA SCHUEMACHER, as Personal Representative
of the Estate of RICHARD SCHUEMACHER, Deceased;

DOREEN SCUMACI, as Personal Representative of the
Estate of WILLIAM SCUMACI, Deceased;

RAYMOND   FUGATE   WILCOX,   as   Personal
Representative   of   the   Estate   of   VALERIE
SHAKESPEARE, Deceased;

CAROL SICILIATO, as Personal Representative of the Estate of JOHN SICILIATO, Deceased;

MARGARET SMITH, as Personal Representative of the Estate of EDWARD SMITH, Deceased;

NANCY ELEFTHERION, as Personal Representative of the Estate of DANIEL STROPPEL, Deceased;

BARBARA SULLIVAN, as Personal Representative of the Estate of JOHN SULLIVAN, Deceased;

IRENE TOMASELLO, as Personal Representative of the Estate of JOSEPH TOMASELLO, Deceased;

CONSTANCE TRIOLO, as Personal Representative of the Estate of JOHN TRIOLO, Deceased;

TONI LYN VIDRO, as Personal Representative of the Estate of CHRISTOPHER VIDRO, Deceased;

XIAOFENG CHEN, as Personal Representative of the Estate of ZHENG WANG, Deceased;

SHARON WASHINGTON, as Personal Representative of the Estate of MARTHAA. WASHINGTON, Deceased;

LORRAINE WATERS, as Personal Representative of the Estate of DOROTHY WATERS, Deceased;

JEAN WINTER, as Personal Representative of the Estate of RICHARD WINTER, Deceased;

ROCHELLE VARNER DUCLAIR, as Personal Representative of the Estate of DUCLAIR YVON, Deceased;

**PERSONAL INJURY PLAINTIFFS**

ROBERT AARONSON, Individually;
ANA ABAD, Individually;
SHAWN ABATE, Individually;
GLENN ABATEMARCO, Individually;
LOUIS ABBATE, Individually;
THERESA ABBAZIA, Individually;
DAVID ABEL, Individually;

MARLENE ABELE, Individually;
CARL ABENANTE, Individually;
LAWERENCE ABENANTI, Individually;
SALVATORE ABIUSO, Individually;
SHYRA ABRAHAM, Individually;
YAKOV ABRAMOV, Individually;
JOSEPH ABRAMSKI, Individually;
THOMAS ABRAMSKI, Individually;
JASON ABREU, Individually;
UULADISLAO ABREU, Individually;
DEAN ABRUSCATO, Individually;
DEAN ABRUSCATO, Individually;
LEONARD ABRUZZESE, Individually;
LOUIS ACCARDI, Individually;
JOSEPH ACCETTA, Individually;
GREGORY ACCOMANDO, Individually;
ALBERTO ACEVEDO, Individually;
LUIS A. ACEVEDO, Individually;
MARIA ACEVEDO, Individually;
MIGDALIA ACEVEDO, Individually;
VICTOR ACEVEDO, Individually;
GLENN ACHESON, JR., Individually;
ERICK ACOSTA, Individually;
MICHAEL ACQUAFREDDA, Individually;
PETER ACQUARO, Individually;
PAT ACRI, Individually;
ROBERT ACTON, Individually;
WILLIAM ACUNTO, Individually;
WILLIAM ADAGIO, Individually;
ROMAN ADAMOVSKY, Individually;
JONAS ADAMS, Individually;
PAUL ADAMS, Individually;
ROBERT ADAMS, Individually;
THOMAS ADAMS, Individually;
WILLIAM ADAMS, Individually;
JOSEPH ADAMS, Individually;
EDWARD ADASZEWSKI, Individually;
CARON ADDESSO, Individually;
TOBI ADLER, Individually;
STEVEN ADORNO, Individually;
MICHAEL AGARD, Individually;
HORACE AGOSTA, Individually;
MICHAEL AGOVINO, Individually;
CALOGERO AGRO, Individually;
JOSEPH AGRO, Individually;
JOSE AGRON, JR., Individually;

JOSE AGRON, JR., Individually;
STEVEN AGUGLIARO, Individually;
YVETTE AGUIAR, Individually;
GEORGE AGUILAR, Individually;
GEORGE AGUIRRE, Individually;
GEORGE AGUIRRE, Individually;
HENRY AHEARN, Individually;
SHAWN AHEARN, Individually;
WILLIAM AHEARN, Individually;
BRIAN AHERN, Individually;
JAMES AHERN, Individually;
MATHEW AHL, Individually;
MICHAEL AHR, Individually;
VINCENT AIELLO, Individually;
JEROME AIKEN, Individually;
LEROY AIKEN, Individually;
CYNTHIA AILEY, Individually;
JAMES AINSLIE, Individually;
STEVEN AJAMI, Individually;
JOSEPH AJAR, Individually;
SHAHID AKBAR, Individually;
PETER AKEY, Individually;
ANGELO ALAIMO, Individually;
SALVATORE ALAIMO, Individually;
AUGUSTIN ALAMO, Individually;
MARISOL ALBA, Individually;
JOSEPH ALBANESE, JR., Individually;
THOMAS ALBANO, Individually;
JOHN ALBARANO, Individually;
ADAM ALBARRAN, Individually;
DOMINICK ALBERGO, Individually;
ROBERT ALBERINO, Individually;
ANTHONY ALBERT, Individually;
SANDY ALBERTO, Individually;
ROBERT ALBINO, Individually;
JAMES ALBRECHT, Individually;
PAUL ALBRECHT, Individually;
TINA ALBUCKER, Individually;
THOMAS ALDRICK, Individually;
VINCENT ALEIXO, Individually;
DONALD ALESI, Individually;
JAMES ALEXANDER, Individually;
RAYMOND W. ALEXANDER, Individually;
RAYMOND R. ALEXANDER III, Individually;
ANTHONY ALFANO, Individually;
JAMES ALFANO, Individually;

RICHARD ALFANO, Individually;
EDWARD ALFARANO, Individually;
JOHN ALFARANO, Individually;
MATTHEW ALFIERI, Individually;
ROBERT ALFIERI, Individually;
JOSEPH ALFONSO, Individually;
WILLIAM ALFORD, Individually;
WILLIAM ALFORD, Individually;
CRUZ ALGARIN, Individually;
ASGAR ALI, Individually;
MOHAMMED ALI, Individually;
LUIS ALICEA, Individually;
MICHAEL ALIPERTI, Individually;
JOSEPH ALLEGRA, Individually;
ANGELA ALLEGRETTI, Individually;
CHARMAINE ALLEN, Individually;
EARLE ALLEN, Individually;
JEFFREY ALLEN, Individually;
JOHN ALLEN, Individually;
KEVIN ALLEN, Individually;
ELAINE ALLEN-CUFF, Individually;
JAMES ALLES, Individually;
JAMES ALLES, Individually;
RICHARD ALLES, Individually;
JUNE ALLISON, Individually;
KEITH ALLISON, Individually;
RICHARD ALLISON, Individually;
EDWIN ALMESTICA, Individually;
ALDWIN ALMODOVAR, Individually;
CARLOS ALMONTE, Individually;
SEBASTIAN ALOI, Individually;
ROBERT ALONGI, Individually;
EMERIO ALONSO, Individually;
JULIO ALONZO, Individually;
NEIL ALPER, Individually;
EDWARD ALSTON, Individually;
LEX ANDRA ALTIERI, Individually;
ROBERT ALTIERI, Individually;
STEVEN ALTINI, Individually;
TERRI ALTIZER-MERCADO, Individually;
LAURIE ALU, Individually;
JORGE ALULEMA, Individually;
ROBERT ALVARADO, Individually;
ANTHONY ALVAREZ, Individually;
JIMMY ALVAREZ, Individually;
MIGDALIA ALVAREZ-ADORNO, Individually;

ANTONIO ALVES, Individually;
PEGGY ALVES, Individually;
STEVEN AMALFITANO, Individually;
SHARIF AMANAT, Individually;
DIANE AMAROSA, Individually;
ABDELMEGEED AMASHAH, Individually;
ANTHONY AMATO, Individually;
CHRISTOPHER AMATO, Individually;
ERIC AMATO, Individually;
SALVATORE AMATO, Individually;
GARY AMATRUDO, Individually;
AUSTIN AMAYE, Individually;
ALFRED AMBROSINO, Individually;
DOMINICK AMENDOLARE, Individually;
JOHN AMERISE, Individually;
CYNTHIA AMMIRATI, Individually;
PASQUALE AMMIRATI, Individually;
GLENDA AMMON, Individually;
ARNALDO AMOROS, Individually;
MICHAEL AMOS, Individually;
PETER AMRHEIN, Individually;
RICARDO ANAYA, Individually;
FRANCIS ANCONA, Individually;
PATRICIA ANCONA, Individually;
HARVEY ANDERSEN, Individually;
JASON ANDERSEN, Individually;
JOHN ANDERSEN, Individually;
RICHARD ANDERSEN, Individually;
DONALD ANDERSON, Individually;
GREGORY ANDERSON, Individually;
JOLENE ANDERSON, Individually;
KENNETH ANDERSON, Individually;
MICHAEL ANDERSON, Individually;
NORMAN ANDERSON, Individually;
VINCENT ANDERSON, Individually;
ROBERT ANDERSON, Individually;
DOMINICK ANDINO, Individually;
LISA ANDOLG, Individually;
PETER ANDRE, Individually;
JOHN ANDREJACK, Individually;
GLENN ANDREWS, Individually;
JEFFREY ANDREWS, Individually;
STANLEY ANDRUSYCZYN, Individually;
GEORGE ANDRUSYSHYN, Individually;
WILLIAM ANDRUZZI, Individually;
PETER ANDRYUK, Individually;

SALVATORE ANNERINO, Individually;
FRANK ANNUNZIATA, Individually;
ROBERT ANNUNZIATO, Individually;
MICHAEL ANSBRO, Individually;
MICHAEL ANSBRO, Individually;
PINO ANSELMO, Individually;
JAMES ANTHON, Individually;
JOHN ANTICEV, Individually;
CAROL ANTOCI, Individually;
PHILLIP ANTOINE, Individually;
CHRISTINA ANTONACCI, Individually;
JOHN ANTONIADES, Individually;
IOANNIS ANTONIADIS, Individually;
CARMINE ANTONIELLO, Individually;
DOMINICK ANTONIELLO, Individually;
JEFFREY ANTONSEN, Individually;
SALVATORE ANZALONE, Individually;
VINCENT ANZELONE, Individually;
JOSEPH ANZUETA, Individually;
AUREA APONTE, Individually;
JOSE R. APONTE, Individually;
LUIS APONTE, Individually;
NELSON APONTE, Individually;
GARY APOSTOLO, Individually;
JAMES APOSTOLOU, Individually;
DENNIS APPEL, Individually;
RICHARD J. APPENZELLER, Individually;
WAYNE APPLETON, Individually;
VINCENT APREA, Individually;
MICHAEL APRILE, Individually;
COURTNEY AQUART, Individually;
FRANCES AQUINO, Individually;
JOSE AQUINO, Individually;
MICHAEL ARATO, Individually;
STEVE ARCHAMBAULT, Individually;
JONATHAN ARCHER, Individually;
PEGGY ARCHER, Individually;
JAMES ARCHETTO, Individually;
ROBERT ARCHUL, Individually;
BARRY ARCUIK, Individually;
RICHARD ARDISSON, Individually;
THOMAS ARDITO, Individually;
RICHARD ARDIZONE, Individually;
JOSEPH ARDIZZONE, Individually;
VINCENT ARDOLINO, Individually;
DANIEL ARGANO, Individually;

ANTONIO ARIAS, Individually;
JOHN ARIAS, Individually;
JOSEPH ARIAS, Individually;
PAUL ARIAS, Individually;
NICOLE ARICAN MATRA, Individually;
MICHAEL ARINI, Individually;
JAMES ARMSTRONG, Individually;
TROY ARMSTRONG, Individually;
KEITH ARNDT, Individually;
WILLIAM ARNDT, Individually;
JIM ARNETH, Individually;
TOWANNA ARNOLD, Individually;
HUGH ARNOTT, Individually;
ROBERT ARNOTT, Individually;
DAVID AROCHO, Individually;
LOUIS AROCHO, Individually;
MICHAEL ARP, Individually;
ANTHONY ARPAIA, Individually;
RALPH ARPAIO, Individually;
DANNY ARROYO, Individually;
EDUARDO ARROYO, Individually;
WANDA ARROYO, Individually;
KEVIN ARSCOTT, Individually;
FILEMON ARTEAGA, Individually;
ALFRED ARTESONA, Individually;
GARY ARTHUR, Individually;
SAMANTHA ARTHUR, Individually;
TERRANCE ARTHUR, Individually;
SERAFIM ARZOUMANIDIS, Individually;
GLENN ASAEDA, Individually;
STEPHEN ASARO, Individually;
AWILDA ASENCIO-NUNEZ, Individually;
JOHN ASERO, Individually;
THOMAS ASHER, Individually;
ROBERT ASINELLI, Individually;
JOSE ASITIMBAY, Individually;
MANUEL ASITIMBAY, Individually;
BARRY ASNES, Individually;
BRIAN ASPARRO, Individually;
SALVATORE ASSANTE, Individually;
EDWARD ASWAD JR., Individually;
JAMES ATANACIO, Individually;
JERRIER ATASSI, Individually;
JESSE ATCHISON, Individually;
ALEXANDER ATHANASSIOU, Individually;
LUIS ATILES, Individually;

WILFRED ATKINSON, Individually;
DANNY ATTENBOROUGH, Individually;
VERONICA ATTINA, Individually;
ANTHONY AUCIELLO, Individually;
ROBERT AUCIELLO, Individually;
ANTHONY AUDAIN, Individually;
JOHN AUER, Individually;
MARTIN AUER, Individually;
ANGELO AUGELLO, Individually;
HAROLD AULETTI, Individually;
LERONE AULT, Individually;
LOUIS AURIEMMA, Individually;
ANTHONY AUSTIN, Individually;
ARCHIBALD AUSTIN, Individually;
BRIAN AUSTIN, Individually;
COLIN AUSTIN, Individually;
ROBERT AUSTIN, Individually;
DARREL AUSTIN, SR., Individually;
COURTNEY AUTERBRIDGE, Individually;
ELISE AUTZ, Individually;
MAUREEN AVELLA, Individually;
DONALD AVENOSO, Individually;
BRADLEY AVERILL, Individually;
GINGER AVERY, Individually;
THOMAS AVERY, Individually;
RICHARD AVIGNONE, Individually;
MAURICIO AVILA, Individually;
FRANKIE AVILES, Individually;
JOSEPH AVITABILE, Individually;
JOSEPH AVITTO, Individually;
JOEL AXELROD, Individually;
JIMMY AYALA, Individually;
MIGUEL AYALA, Individually;
GERARD AYERS, Individually;
LAWRENCE AYERS, Individually;
JANET AYZEN, Individually;
GODFREY AZUBUIKE, Individually;
JOHN AZZARELLI, Individually;
JOSEPH C. AZZARETTO, Individually;
APRIL BABER, Individually;
MICHAEL BABINO, Individually;
JON BABINSKI, Individually;
JOSEPH BACCELLIERI, JR., Individually;
STEPHEN BACCI, Individually;
CHARLES BACH, Individually;
WILLIAM BACH, Individually;

ROBERT BACHMAN, Individually;
THOMAS BACHUREK, Individually;
CAROLINE BACON, Individually;
TYREE BACON, Individually;
RICHARD BADAGLIACCO, Individually;
LEONARD BADIA, Individually;
ROBERT BAER, Individually;
DIANA BAEZ, Individually;
MIRIAM BAEZ, Individually;
RICARDO BAEZ, Individually;
PHIL BAGHAI, Individually;
JOHN BAIANO, Individually;
MOHAN BAICHULALL, Individually;
IRIS BAILEY, Individually;
KEITH BAILEY, Individually;
MICHAEL BAILEY, Individually;
ROBERT BAILEY, Individually;
JOSEPH BAILEY JR., Individually;
LENORA BAINES, Individually;
MICHAEL BAIO, Individually;
SANTO BAISI, Individually;
ROBERT BAK, Individually;
GARY BAKALAR, Individually;
IDENA BAKER, Individually;
VERONICA BAKER, Individually;
WILLIAM BAKER, Individually;
MATTHEW BAKER, Individually;
JOHN BAKKE, Individually;
CHRIS BALABOUS, Individually;
HECTOR BALAGUER, Individually;
SANDY BALBIN, Individually;
JOHN BALDASARE, Individually;
JOHN BALDASSANO, Individually;
CRAIG BALDWIN, Individually;
THOMAS BALDWIN, Individually;
MICHAEL BALFE, Individually;
KRISHENDATH BALIRAJ, Individually;
JOSEPH BALISE, Individually;
RAYMOND BALLERINO, Individually;
WEST BALLOU, Individually;
NICHOLAS BALSAMO, Individually;
PATRICK BALSAMO, Individually;
CECILIA BALSECA, Individually;
ERIK BALTZ, Individually;
MICHAEL BALTZER, Individually;
GEORGE BALVIN, Individually;

LINDA BAMBACH, Individually;
RICHARD BANAT, Individually;
BRANDON BANFIELD, Individually;
RAPHAEL BANKS, Individually;
MICHAEL BANOVICH, Individually;
DAVID J. BARATELLI, Individually;
JAMES BARATTA, Individually;
RICHARD BARATTA, Individually;
SALVATORE BARATTO, Individually;
ROY BARBARINO, Individually;
ROY E. BARBARINO, Individually;
FRANK BARBARO, Individually;
GERALD BARBATO, Individually;
RONALD BARBER, Individually;
LOUIS BARBERI, Individually;
BETTYE BARBERO, Individually;
BETTYE BARBERO, Individually;
ANGEL BARBOSA, Individually;
GARRETT BARBOSA, Individually;
DONALD BARBOUR, Individually;
NADIA BARBUTO, Individually;
PAUL BARDO, Individually;
GEORGE BARGAD, Individually;
JOSEPH BARGE, Individually;
ROBERT BARKOVICH, Individually;
ANTHONY BARKSDALE, Individually;
EDWARDV. BARLOTTA, Individually;
CLAUDE BARNABY, Individually;
JEFFREY BARNER, Individually;
JAMES BARNES, Individually;
MICHAEL BARNES, Individually;
MILTON BARNES, Individually;
ROBERT BARNES, Individually;
THOMAS BARNES, Individually;
THOMAS BARNITT, Individually;
MICHAEL BARON, Individually;
ANDREW BARONE, Individually;
ANTHONY BARONE, Individually;
JOHN BARONE, Individually;
VICTOR BARONE, Individually;
CHRISTOPHER BARR, Individually;
BRIAN BARRAL, Individually;
ARCHIBALD BARRANT, Individually;
NUNZIO BARRARA, Individually;
TODD BARRAUD, Individually;
BENITO BARREIRO, Individually;

DAVID BARRERE, Individually;
DOMINICK BARRESI, Individually;
CRAIG BARRETO, Individually;
MICHAEL BARRETT, Individually;
MILTON BARRETT, Individually;
RICHARD BARRETT, Individually;
ROBERT BARRETT, Individually;
STACY BARRETT, Individually;
STEPHEN BARRETT, Individually;
WILFRED BARRIERE, Individually;
NANCIA ANN BARRIOS, Individually;
CEDRIC BARROW, Individually;
KEVIN BARRY, Individually;
MICHAEL BARRY, Individually;
PAUL BARRY, Individually;
PAUL BARRY, Individually;
RICHARD BARRY, Individually;
SEAN PATRICK BARRY, Individually;
EILEEN BARRY-PEPE, Individually;
DONALD BARTO, Individually;
HECTOR BARTOLOMEI, Individually;
CARL BARTOLOTTI, Individually;
DONALD BARTON, Individually;
ANTHONY BARTUCCI, Individually;
RONALD P. BARZ, Individually;
ANTHONY BARZELATTO, Individually;
JOHN BASES, Individually;
JOSEPH BASILE, Individually;
BRIAN BASILE, Individually;
CHARLES BASKERVILLE, Individually;
THOMAS BASMAGY, Individually;
HARRY BASS, Individually;
JANICE BASS, Individually;
SHARYL BASS, Individually;
MICHAEL BASSANO, Individually;
ANTHONY BASSOLINO, Individually;
DANIEL BASTARDO, Individually;
MARIO BASTIDAS, Individually;
HARRY BATCHELDER, Individually;
ADRIEN BATEALL, Individually;
COLLINS BATHERSFIELD, Individually;
LETTY BATISTA-DOILEY, Individually;
PAUL BATTIPAGLIA, Individually;
JOHN BAUER, Individually;
JOSEPH BAUER, Individually;
CHRISTOPHER BAUMANN, Individually;

ROBERT BAUMANN, Individually;
MICHAEL BAUMEISTER, Individually;
RICHARD BAUSER, Individually;
MIRIAM BAUZA, Individually;
ANNE BAXTER, Individually;
CAROLYN BAXTER, Individually;
EDGAR BAYAS, Individually;
WANDRA BAZILIO, Individually;
FAVEUR BAZILME, Individually;
RAYMOND BEACH, Individually;
KATHLEEN BEALL, Individually;
ANDREW BEARD, Individually;
DANIEL BEASLEY, Individually;
JOHN BEATTY, Individually;
EDITH BEAUJON, Individually;
MICHAEL BEBERASHVILI, Individually;
STEPHEN BECCHINO, Individually;
TIMOTHY BECHT, Individually;
MARK BECKER, Individually;
DARRYL BECKLES, Individually;
IAIN BECKLESS, Individually;
CHRISTOPHER BEDARD, Individually;
TINEL BEDFORD, Individually;
LIBOR BEDNARIK, Individually;
LEONARD BEECHER, Individually;
WILLIAM BEEKER, Individually;
SABAHUDIN BEHAROVIC, Individually;
CHARLOTTE BEHLIN, Individually;
LARRY BEHLIN, Individually;
JAMES BEHRENS, Individually;
WLODZIMIERZ BELKOWSKI, Individually;
ROBERT BELL, Individually;
ROY BELL, Individually;
PATRICK BELLEFLEUR, Individually;
DENISE BELLINGHAM, Individually;
GERALD BELLINGHAM, Individually;
SAMUEL BELLO, Individually;
THOMAS BELLO, Individually;
JOHN BELLOMO, Individually;
SALVATORE BELLOMO, Individually;
PETER BELLOTTI, Individually;
JOHN BELMONTE, Individually;
JIMMY BELTRAN, Individually;
GEORGE BELTRAN, JR., Individually;
ANTHONY BENANTI, Individually;
JESUS BENAVIDES, Individually;

ANTHONY BENCIVENGA, Individually;
ENIO BENCOSME, Individually;
BRIAN BENDER, Individually;
JOHN BENEDETTO, Individually;
VINCENT BENENATI, Individually;
ANTONIO BENERO, Individually;
MARYANN BENFANTE, Individually;
SCOTT BENISH, Individually;
DORIS BENJAMIN, Individually;
FRANCES BENJAMIN, Individually;
FRANCES BENJAMIN, Individually;
PETER BENKOVICH, Individually;
RICHARD BENN, Individually;
CHRISTOPHER BENNETT, Individually;
HOWARD BENNETT, Individually;
PAUL BENNETT, Individually;
LAWRENCE BENSON, Individually;
DANIEL BENT, Individually;
RUDOLPH BENTLEY, Individually;
DAVID BENTLEY, Individually;
STEVEN BENVEGNA, Individually;
YARROTT BENZ, Individually;
JOSEPH BERARDI, Individually;
JOSEPH BERARDI, Individually;
JOSEPH BERARDI, Individually;
LUIS BERDECIA JR., Individually;
BENJAMIN BERG, Individually;
DEBORAH BERG, Individually;
JAMES BERGEN, Individually;
WILLIAM BERGEN, Individually;
MORTON BERGER, Individually;
STEVEN BERGER, Individually;
STEPHEN BERGER, Individually;
JAMES BERGHORN, Individually;
PETER BERGIAN, Individually;
KENNETH BERGIN, Individually;
ROBERT BERK, Individually;
JAMES R. S. BERKELEY, Individually;
FANI BERKOVITCH, Individually;
IRINA BERMAN, Individually;
ERICK BERMUDEZ, Individually;
FRANK BERRAN, Individually;
FELIX BERRIOS, Individually;
SETH BERRY, Individually;
BRANDON BERSCH, Individually;
JOSEPH BERTOLINO, Individually;

JOHN BESIGNANO, Individually;
MICHAEL BESIGNANO, Individually;
KEVIN BESLITY, Individually;
PAUL BESSLER, Individually;
YVETTE BEST, Individually;
HECTOR BETANCOURT, Individually;
DIANE BETHEA, Individually;
MARVIN BETHEA, Individually;
JAMES BETSO, Individually;
PHILIP BETSO, Individually;
RICHARD BETTENHAUSER, Individually;
MATTHEW BETTI, Individually;
MATTHEW BETTI, Individually;
ARMIN BETTING, Individually;
THOMAS BETTS, Individually;
CHRISTOPHER BETZ, Individually;
JAMES BEUERMAN, Individually;
RICHARD BEVERS, Individually;
LOUIS BEVILACQUA, Individually;
TOBY BEVIS, Individually;
IDRIS BEY, Individually;
DANIEL BEYAR, Individually;
GEORGE BEYER, Individually;
GEORGE BEZARES, Individually;
DAVINDERPAL BHATIA, Individually;
STEVEN BIALEK, Individually;
ARTHUR BIANCHINI, Individually;
CHARLES BIANCO, Individually;
DOMINICK BIANCO, Individually;
DONNA BIANCO, Individually;
MICHAEL BIANCO, Individually;
TARA BIANCO, Individually;
EUGENE BIANCONE, Individually;
ROBERT BICCHETTI, Individually;
JEFFREY BICKART, Individually;
WALTER BIEBER, Individually;
CLIFF BIEDER, Individually;
RICHARD BIER, Individually;
JOSEPH BIFULCO, Individually;
DONALD BIGI, Individually;
EDWARD BILARDI, Individually;
ROBERT BILELLA, Individually;
STEVE BILICH, Individually;
LAWRENCE BILICKI, Individually;
DARREN BILLERBECK, Individually;
SAIHEME BILLINGS, Individually;

SAIHEME BILLINGS, Individually;
DOMINICK BILOTTI, Individually;
ANTHONY BIONDOLILO, Individually;
DANIEL BIRCH, Individually;
LAURENCE BIRSNER, Individually;
ALEXANDER BIRT, Individually;
THOMAS BIRYLA, Individually;
MICHAEL BISCOTTI, Individually;
DERRIK BISHOP, Individually;
JOSEPH BISOGNA, Individually;
MICHAEL BIUSO, Individually;
RICHARD BIVONA, Individually;
DANIEL BLACK, Individually;
EUGENE BLACK, Individually;
EUGENE BLACK, Individually;
VERONICA BLACK, Individually;
GEOFFREY BLACK, Individually;
DAVID BLACKSBERG, Individually;
DAPHNA BLACKSEA, Individually;
SCOTT BLACKSHAW, Individually;
LEON BLACKWELL, Individually;
PETER BLAICH, Individually;
WILLIAM BLAICH, Individually;
ERNESTINE BLAKE, Individually;
JAMES BLAKE, Individually;
MARGARET BLAKE, Individually;
MICHAEL BLAKE, SR., Individually;
WANDA BLAKELY, Individually;
CRAIG BLAKENEY, Individually;
NICHOLAS BLANCHARD, Individually;
HOWARD BLANCK, Individually;
JORGE BLANCO, Individually;
SANDRA BLANDING, Individually;
MICHAEL BLANGIFORTI, Individually;
STEPHEN BLANSHAFT, Individually;
RICHARD BLASI, Individually;
DAVID BLASIAK, Individually;
STANLEY BLASKEY, Individually;
TIMOTHY BLASKO, Individually;
WILLIAM BLENDERMANN, Individually;
LAWRENCE BLIEKA, Individually;
DARYL BLINKER, Individually;
HOLLY BLOCK, Individually;
SEDRICK BLOOME, Individually;
LEROY BLOUNT, Individually;
THOMAS BLUE, Individually;

PAUL BLUEMKE, Individually;
THOMAS BLUMBERGS, Individually;
JAYMIE BLUME, Individually;
THERESA BLUMENTHAL, Individually;
FRANCINE BLYTHER, Individually;
JOE BOADU, Individually;
JAIME BOCANUMENTH, Individually;
FRANK BOCCHICHIO, Individually;
FRANK BOCCIA, Individually;
MICHAEL BOCK, Individually;
WILLIAM BODEN, Individually;
JAMES BODNAR, Individually;
PAUL BODNARCHUK, Individually;
LOUIS BOEHNER, Individually;
CHARLES BOHAN, Individually;
CHARLES BOHAN, Individually;
KENNETH BOHAN, Individually;
CLYDE BOHANNA, Individually;
WILLIAM BOKELMANN, Individually;
WILLIAM BOKOWSKI, Individually;
LAURA BOLAK, Individually;
MICHAEL BOLAND, Individually;
WILLIAM BOLAND, Individually;
SERGIO BOLANOS, Individually;
BERNICE BOLDEN, Individually;
ROBERT BOLDI, Individually;
JAMES BOLOGNA, Individually;
DIANE BOLTE, Individually;
ANTHONY BOMBACE, Individually;
ANTHONY BOMBOLINO, Individually;
THOMAS BOMENGO, Individually;
JOHN BOMHOFF, Individually;
MICHAEL BOMHOFF, Individually;
JAY BOMSER, Individually;
ERRICO BONADIES, Individually;
KETURAH BONAPARTE, Individually;
CHARLES BONAR, Individually;
DENISE BONAVENTURA, Individually;
CHARLIE BOND, Individually;
MALIK BOND, Individually;
ANTHONY BONFIGLIO, Individually;
ANTHONY J. BONFIGLIO, Individually;
GENNARO BONFIGLIO, Individually;
LEONARD BONGIORNO, Individually;
SALVATORE BONGIOVANNI, Individually;
CARLOS BONILLA, Individually;

CESAR BONILLA, Individually;
FELIX BONILLA, Individually;
WILBERTO BONILLA, Individually;
STEVEN BONNEN, Individually;
MATTHEW BONNER, Individually;
MATTHEW BONNER, Individually;
JOSEPH BONOMO, Individually;
MARK BONSANTI, Individually;
BRIAN BONSIGNORE, Individually;
EDWARD BONSIGNORE, Individually;
EDWARD BONSIGNORE, Individually;
GARY BONTKOWSKI, Individually;
STEPHEN BONUSO, Individually;
JOHN BONVICINO, Individually;
EVELYN BOOKHARD, Individually;
WILLIAM BOOKLESS, Individually;
HENRY BORAWSKI, Individually;
MICHAEL BORDES, Individually;
ANTHONY BORELLI, Individually;
VICTOR BORG, Individually;
ANTHONY BORGIA, Individually;
JOHN BORGIA, Individually;
SALVATORE BORGOGNONE, Individually;
KENNETH BORGS, Individually;
FRANCES BORMAN, Individually;
SAM BORRELLI, Individually;
JOSEPH BORRUSO, Individually;
JOSEPH BORST, Individually;
MICHAEL BORST, Individually;
ANTHONY BORTUGNO, Individually;
HECTOR BOSA, Individually;
RONALD BOSELA, Individually;
BARBARA BOSTON, Individually;
ROBERT BOSWELL, Individually;
JAMES BOTTA, Individually;
JOHN BOTTE, Individually;
ALAN BOTTEGA, Individually;
JOHN BOTTEGA, Individually;
JOHN BOTTEGA, Individually;
JOHN BOU, Individually;
JOHN BOU, Individually;
RANDALL BOUCHER, Individually;
ROBERT BOUDREAU, Individually;
GUY BOUILLON, Individually;
MICHAEL BOVE, Individually;
LEON BOVELL, Individually;

EDWARD BOWE, Individually;
STEPHEN BOWLES, Individually;
WALLACE BOWLING, Individually;
MAUREEN BOWMAN, Individually;
CALVIN BOYD, Individually;
DEMETRIUS BOYD, Individually;
RENEE BOYD, Individually;
DANIEL BOYLAN, Individually;
JAMES BOYLE, Individually;
JOSEPH BOYLE, Individually;
JAMES J. BOYLE, Individually;
ANTHONY BRACCO, Individually;
GAETANO BRACCO, Individually;
JOSEPH BRACETY, Individually;
KEVIN BRADBURY, Individually;
LOUIS BRADICE, Individually;
DEXTER BRADLEY, Individually;
EDWARD BRADLEY, Individually;
JOSEPH BRADLEY, Individually;
LINDA BRADLEY, Individually;
RONALD BRADLEY, Individually;
WILLIAM BRADLEY, Individually;
HUGH J. BRADSHAW, Individually;
THOMAS BRADSHAW, Individually;
JAMES BRADY, Individually;
MARK BRADY, Individually;
THOMAS BRADY, Individually;
TIMOTHY BRADY, Individually;
JOHANNA BRAGER, Individually;
DONALD BRAGG, Individually;
STEVEN BRAILLE, Individually;
RAYMOND BRAINE, Individually;
JEMAL BRAITHWAITE, Individually;
KENNETH BRAITHWAITE, Individually;
SILVANO BRAJUHA, Individually;
NICHOLAS J. BRANCACCIO, Individually;
ISAAC BRANCH, Individually;
JAMES BRAND, Individually;
LARRY BRANDEFINE, Individually;
DANIEL BRANDENBERGER, Individually;
NEIL BRANDES, Individually;
GARY BRANDOFINO, Individually;
JOHN BRANNEN, Individually;
GERARD BRANNIGAN, Individually;
GLENN BRANTLEY, Individually;
ALEXANDER BRASH, Individually;

WILLIAM BRASSELL, Individually;
GAIL BRASSIL, Individually;
ULSTER BRATHWAITE, Individually;
JEFFREY BRAUCHLER, Individually;
EDWARD BRAUN, Individually;
KENNETH BRAUN, Individually;
HOWARD BRAXTON, Individually;
JOHN BREHENY, Individually;
SCOTT BRENES, Individually;
JAMES BRENNAN, Individually;
JAMES A. BRENNAN, Individually;
JAMES T. BRENNAN, Individually;
JOSEPH BRENNAN, Individually;
KELLY BRENNAN, Individually;
KEVIN BRENNAN, Individually;
RICHARD BRENNAN, Individually;
ROBERT BRENNAN, Individually;
THOMAS BRENNAN, Individually;
MICHAEL BRENNAN, Individually;
VINCENT BRENNAN, JR., Individually;
WILLIAM BRENNOCK, Individually;
JOSE BRENS, Individually;
STEVEN BRENSEKE, Individually;
AARON BRENSEL, Individually;
JAMES BRERETON, Individually;
DANIEL BRESLIN, Individually;
JAMES BRESLIN, Individually;
MICHAEL BRESNAHAN, Individually;
SETH BRESSMAN, Individually;
ANDREW BRETT, Individually;
LAWRENCE BREY, Individually;
JAMES BRIERLEY, Individually;
CHRISTOPHER BRIGANDO, Individually;
FRANK BRINDISI, Individually;
LAWRENCE BRINDISI, JR., Individually;
MICHAEL BRISKIE, Individually;
VICTOR BRITO, Individually;
GWENDOLYN BRITTON, Individually;
MICHAEL S. BROCATO, Individually;
DEREK BROGAN, Individually;
CHRISTOPHER BROICH, Individually;
DENNIS BROOKS, Individually;
JOHN BROOKS, Individually;
RUSSELL BROOKS, Individually;
DONALD BROSAN, Individually;
MICHAEL BROSCHART, Individually;

MICHAEL BROSCHART, Individually;
WILLIAM BROSKI, Individually;
KIERAN BROSNAN, Individually;
KIERAN BROSNAN, Individually;
FRED BROTHERS, Individually;
GWENDOLYN BROUGHTON, Individually;
SHAWN BROUGHTON, Individually;
GARY J. BROWER, Individually;
ALAN BROWN, Individually;
CATHERINE BROWN, Individually;
DANIEL BROWN, Individually;
DEREK BROWN, Individually;
DOUGLAS H. BROWN, Individually;
EDWARD BROWN, Individually;
JACOB BROWN, Individually;
JAMES BROWN, Individually;
JAMES BROWN, Individually;
JOANN BROWN, Individually;
LEONARD BROWN, Individually;
LISA BROWN, Individually;
LOUCRICIA BROWN, Individually;
MAUREEN BROWN, Individually;
MAUREEN BROWN, Individually;
MICHAEL BROWN, Individually;
NATHANIEL BROWN, Individually;
NEVILLE CONSTANTINE BROWN, Individually;
RAYMOND BROWN, Individually;
ROBERT BROWN, Individually;
ROBERT BROWN, Individually;
ROBERT BROWN, Individually;
RODNEY BROWN, Individually;
RUDOLPH CLARK BROWN, Individually;
THOMAS BROWN, Individually;
WAYNE BROWN, Individually;
WILLIAM BROWN, Individually;
YVONNE BROWN, Individually;
MARTIN BROWNE, Individually;
MICHAEL G. BROWNE, Individually;
RICHARD BROWNE, Individually;
KIM BROWNING, Individually;
ANTHONY BRUCCULERI, Individually;
CHARLES BRUCE, Individually;
DONALD BRUCE, Individually;
DONALD BRUDIE, Individually;
RONALD BRUMBAUGH, Individually;
CARLA BRUNO, Individually;

CHARLES BRUNO, Individually;
CHRIS BRUNO, Individually;
EILEEN BRUNO, Individually;
FELICITA BRUNO, Individually;
FRANK BRUNO, Individually;
GREGORY BRUNO, Individually;
JAMES BRUNO, Individually;
JOHN BRUNO, Individually;
JULIO BRUNO, Individually;
MICHAEL BRUNO, Individually;
PHILIP BRUNO, Individually;
STEPHEN BRUNO, Individually;
THOMAS BRUNO, Individually;
KEVIN BRUNS, Individually;
TOM BRUSCA, Individually;
LUIGI BRUSCHI, Individually;
WILLIAM BRUST, Individually;
CLARENCE BRUTON, Individually;
MICHAEL BRYAN, Individually;
ANITA BRYANT, Individually;
FLORETHA BRYANT, Individually;
HERMAN BRYANT, Individually;
MICHAEL BRYCE, Individually;
CAROLYN BRYSON, Individually;
STEVEN BRYSON, Individually;
ROBERT BUA, Individually;
MARYANN BUBELNIK, Individually;
JOSEPH BUBRYCKIE, Individually;
DENNIS BUCCELLO, Individually;
MARK BUCHALSKI, Individually;
ALLISON BUCHANAN, Individually;
THOMAS BUCHTA, Individually;
ANNA MARIE BUCKLEY, Individually;
MARK S. BUCKLEY, Individually;
PATRICK BUCKLEY, Individually;
STEPHEN BUCKLEY, Individually;
COURTNEY BUDDO, Individually;
SUSAN BUDGELL, Individually;
TERRANCE BUEFORD, Individually;
RONALD BUELL, Individually;
KENNY BUGGE, Individually;
LOUIS BUGLIONE, Individually;
MATTHEW BUHSE, Individually;
JOHN BUIVIDAS, Individually;
DENNIS BUJAN, Individually;
ERIC BULGER, Individually;

THOMAS BULLARD, Individually;
MARIA BULLARO, Individually;
THOMAS BULLEN, Individually;
DIRK BULSON, Individually;
RICHARD BULVID, Individually;
BRIAN BUNSTER, Individually;
MATTHEW BUONO, Individually;
VINCENT BUONOCORE, Individually;
CARLO BUONVIAGGIO, Individually;
JOHN BUQUICCHIO, Individually;
CHRISTOPHER BURACK, Individually;
SERGE BURACK, JR., Individually;
SAM BURCH, Individually;
CHARLES BURGE, Individually;
JAMES BURGHARDT, Individually;
DAVID BURGOS, Individually;
JASON BURGOS, Individually;
JOSE BURGOS, Individually;
JOSE M. BURGOS, Individually;
LINA BURGOS, Individually;
MAYRA BURGOS, Individually;
ANGEL BURGOS, Individually;
ANDREW BURKARD III, Individually;
ANDREW BURKARD III, Individually;
FRANCIS BURKE, Individually;
JOHN BURKE, Individually;
JOHN F. BURKE, Individually;
MICHAEL BURKE, Individually;
THOMAS BURKE, Individually;
WILLIAM BURKE, Individually;
THOMAS BURKE JR., Individually;
ELIZABETH BURNETT, Individually;
EDWARD BURNS, Individually;
GEORGE BURNS, Individually;
JAMES BURNS, Individually;
JOSEPH BURNS, Individually;
KATHEY BURNS, Individually;
KATHRYN BURNS, Individually;
MICHAEL BURNS, Individually;
PAUL BURNS, Individually;
PHILIP BURNS, Individually;
ROBERT BURNS, Individually;
DOUGLAS BURRELL, Individually;
CALVIN BURTON, Individually;
LYNDA BURTON, Individually;
ROBERT BUSCEMI, Individually;

KEVIN BUSCH, Individually;
JOHN BUSCHING, Individually;
JAMES BUSHMAN, Individually;
RICHARD BUSS, Individually;
JAMES A. BUTLER, Individually;
ROBERT BUTLER, Individually;
STEPHEN BUTLER, Individually;
WALTER BUTLER, Individually;
WILLIAM BUTLER, Individually;
ALBERT BUTTACAVOLI, Individually;
CHARLES BUTTACAVOLI, Individually;
RENO BUTTIGIEG, Individually;
STEPHEN BUTTLE, Individually;
FREDDIE BUTTS, Individually;
MIGUEL BUZO, Individually;
ANTHONY BUZZEO, JR., Individually;
ANTHONY BUZZEO, SR., Individually;
ADRIENNE BYAM, Individually;
JOHN BYERS, Individually;
THOMAS C. BYERS, Individually;
YURIY BYKHOVSKIY, Individually;
JEANNETTE BYRD, Individually;
CHRISTIAN BYRNE, Individually;
DENIS BYRNE, Individually;
DENNIS BYRNE, Individually;
FRANCIS BYRNE, Individually;
JOSEPH BYRNE, Individually;
ROBERT BYRNE, Individually;
JOHN BYRNES, Individually;
KEVIN BYRNES, Individually;
THOMAS BYRNES, Individually;
DERRICK BYRON, Individually;
EDWARD CABAN, Individually;
NELSON CABAN, Individually;
ROBERT CABAN, Individually;
IRVIN CABARRIS, Individually;
RENE CABEZAS, Individually;
CARLOS CABRERA, Individually;
JOHN CABRERA, Individually;
LUIS CABRERA, Individually;
LUCILA CABRERO, Individually;
MANUEL CABRERO, Individually;
THOMAS CACAVIO, Individually;
CELSO CACERES, Individually;
EDWARD CACHIA, Individually;
CARMEN CACHOLA, Individually;

JOSEPH CACIANO, Individually;
ALEXANDER CACOVIC, Individually;
DIANE CADE, Individually;
ROBERT CADIEUX, Individually;
ROY CADOO, JR., Individually;
NICHOLAS CAFIERO, Individually;
MANUEL CAGUANA, Individually;
HAZAMOON CAHILL, Individually;
STEPHANIE CAHILL, Individually;
JOSEPH CAIN, Individually;
PATRICK CAIN, Individually;
JOHN CAIRNS, Individually;
ANTHONY CAIRONE, Individually;
RICHARD CAITANO, Individually;
CHARLES CALABRESE, Individually;
KEITH CALABRESE, Individually;
MICHAEL A. CALABRESE, Individually;
DONNA CALABRO, Individually;
RICHARD CALABRO, Individually;
FRANCIS CALABRO II, Individually;
JOHN CALAMARI, Individually;
MATTHEW CALANDRA, Individually;
PAUL CALANDRA, Individually;
ADAM CALBO, Individually;
JOSEPH CALCUTTA, Individually;
ENRIQUE CALDERIN, Individually;
RICHARD CALDERON, Individually;
JOHN CALDERONE, Individually;
FRANK CALDWELL, Individually;
FRANK CALDWELL, Individually;
ADRIAN CALEMMO, Individually;
IVAN CALERO, Individually;
KEVIN CALHOUN, Individually;
SAMUEL CALHOUN, Individually;
GARY CALI, Individually;
PASQUALE CALIFANO, Individually;
JOSEPH CALIGURI, Individually;
KAREN CALIMANO, Individually;
MICHELLE CALL, Individually;
FRANK CALLACI, Individually;
GREGG CALLAGHAN, Individually;
JOHN CALLAGHAN, Individually;
KEVIN CALLAGHAN, Individually;
THOMAS CALLAGHAN, Individually;
JOHN CALLAGY, Individually;
JAMES CALLAHAN, Individually;

NATHANIEL CALLAHAN, Individually;
ROBERT CALLAHAN, Individually;
TIMOTHY CALLAHAN, Individually;
TIMOTHY CALLAHAN, Individually;
JOSEPH CALLAN, Individually;
ANGEL CALLE - ZOLORZANO, Individually;
CHRISTOPHER CALLOW, Individually;
EDMUND CALO, Individually;
JOHN CALTAGIRONE, Individually;
JOSEPH CALVACCA, Individually;
KENNETH CALVEY, Individually;
MARISOL CALZADILLA-MARINO, Individually;
STEVEN CALZOLANO, Individually;
CHARLES CAMA, Individually;
IAN CAMACHO, Individually;
SANTIAGO CAMACHO, Individually;
MARY ANN CAMARDA, Individually;
PATRICIA CAMARGO, Individually;
ANTHONY CAMERA, Individually;
MARGIE CAMERON, Individually;
EDWIN CAMILLERI, Individually;
ANTHONY CAMINITI, Individually;
DOMINICK CAMINITI, Individually;
FRANK CAMINITI, Individually;
ANTHONY CAMMARANO, Individually;
ANTHONY CAMMARANO, Individually;
RONALD CAMMARATA, Individually;
STEPHEN CAMPAGNE, Individually;
JAMES CAMPANALE, Individually;
LEONARD CAMPANALE, Individually;
JOANN CAMPANELLA, Individually;
ROSEMARY CAMPANELLA, Individually;
ROSEMARY CAMPANELLA, Individually;
COLIN CAMPBELL, Individually;
JAMES CAMPBELL, Individually;
JAMES CAMPBELL, Individually;
KERRY CAMPBELL, Individually;
SHEDRICK CAMPBELL, Individually;
WAYNE CAMPBELL, Individually;
WILLIAM CAMPBELL, Individually;
SALVATORE CAMPECE, Individually;
WILLIAM CAMPISI, Individually;
STEPHEN CAMPO, Individually;
MARK CAMPOS, Individually;
KEVIN CANAVAN, Individually;
NOREEN CANAVAN, Individually;

EURIPIDES CANCEL, Individually;
MICHAEL CANCEL, Individually;
EDWARD CANCRO, Individually;
MAXIMO CANELA, Individually;
EMANUEL CANGEMIE, Individually;
KEVIN CANHAM, Individually;
DARLENE CANINO, Individually;
THOMAS CANN, Individually;
WILLIAM CANNER, Individually;
JOHN CANNIZZO, Individually;
JAMES CANNON, Individually;
CARMINE CANTALINO, Individually;
BIAGIO CANTATORE, Individually;
EMILE CANTAVE, Individually;
DANIEL CANTOS, Individually;
JAMES CANTRELL, Individually;
KEVIN CANTWELL, Individually;
MICHAEL CANTWELL, Individually;
LOUIS CAPASSO, Individually;
MICHAEL CAPASSO, Individually;
PHILIP CAPASSO, Individually;
MARIANO CAPELLAN, Individually;
JOHN CAPIZZI, Individually;
ALLEN CAPLAN, Individually;
JESUS CAPO, Individually;
JOHN CAPO, Individually;
ALEX CAPOBIANCO, Individually;
FRANK CAPOGROSSO, Individually;
PAT CAPONIGRO, Individually;
JOHN CAPORALE, Individually;
STEVE CAPPELLO, Individually;
FRED CAPPETTA, Individually;
FRED CAPPETTA, Individually;
ANTHONY CAPUTO, Individually;
DAVID CAPUTO, Individually;
MICHAEL CAPUTO, Individually;
RAFFAELA CAPUTO, Individually;
JORGE CARABALLO, Individually;
DENNIS CARACCIOLO, Individually;
JAMES CARACCIOLO, Individually;
JOSEPH CARADONNA, Individually;
CATHERINE CARAMELLI, Individually;
WILLIAM CARBERRY, Individually;
ROBERT CARBERRY, Individually;
RICHARD CARBO, Individually;
DANIEL CARBONARO, Individually;

PATRICIA CARBONARO, Individually;
DAVID CARBONE, Individually;
GERALD CARBONE, Individually;
DONALD CARCONE, Individually;
OSVALDO CARDE, Individually;
OSCAR CARDENTEY, Individually;
LESLIE CARDONA, Individually;
LUZ CARDONA, Individually;
BRIAN CAREY, Individually;
PATRICK CAREY, Individually;
MICHAEL CAREY, Individually;
DORIS CARIDI, Individually;
NORMAN CARIDI, Individually;
ANTHONY CARIDI, SR., Individually;
JOHN CARILLO, Individually;
GEORGE CARL, Individually;
JOHN CARL, Individually;
STEVEN CARL, Individually;
JAMES CARLIN, Individually;
THOMAS CARLIN, Individually;
RICHARD CARLINO, Individually;
PETER CARLO, Individually;
VINCENT CARLO, Individually;
CHARLES CARLOTTI, Individually;
CARL CARLOZZI, Individually;
RICHARD CARLSON, Individually;
KENNETH CARLUCCI, Individually;
VICTOR CARLUCCI, Individually;
KENNETH CARMICHAEL, Individually;
RALPH CARMINE, Individually;
JAMES CARMODY, Individually;
THOMAS CARMODY, Individually;
JAMES CARNEY, Individually;
JOHN CARNEY, Individually;
CRISTINA CARO, Individually;
DOMINICK CARONE, Individually;
PAUL CAROSOTTO, Individually;
JOHN CARPENITO, Individually;
NICHOLAS CARPENTER, Individually;
JASON CARPENTIERI, Individually;
PAUL CARPENTIERI, Individually;
JOHN CARR, Individually;
LARRY CARR, Individually;
MAXINE CARR, Individually;
MICHAEL CARR, Individually;
GLENN CARRANO, Individually;

JOSEPH CARRANO, Individually;
JOSEPH CARRARA, Individually;
ELISEO CARRASQUILLO, Individually;
AARON CARRERAS, Individually;
ANGEL CARRERO, Individually;
KEVIN CARRICK, Individually;
BRIAN CARRIGAN, Individually;
DANIEL CARRIGAN, Individually;
RON CARRITUE, Individually;
HEATHER CARRO - TOTORO, Individually;
DENNIS CARROLL, Individually;
ERIK CARROLL, Individually;
JAMES CARROLL, Individually;
JAMES CARROLL, Individually;
MONIQUE CARROLL, Individually;
PADRAIG CARROLL, Individually;
ROBERT CARROLL, Individually;
STEVEN CARROLL, Individually;
THOMAS CARROLL, Individually;
ANDREW CARSON, Individually;
DENNIS CARSON, Individually;
KEVIN CARSON, Individually;
TERRY CARSON, Individually;
VINCENT CARTAFALSA, Individually;
KELVIN CARTER, Individually;
LYNETTE CARTER, Individually;
MICHAEL CARTER, Individually;
KEITH CARTIER, Individually;
VINCENT CARUANA, Individually;
CHRISTOPHER CARUSO, Individually;
GIOVANNI CARUSO, Individually;
JOHN CARUSO, Individually;
MARK CARUSO, Individually;
MICHAEL CARUSO, Individually;
ROBERT CARUSO, Individually;
JOHN CARVER, Individually;
RICHARD CASALETTO, Individually;
RAYMOND CASCIO, Individually;
THOMAS CASCIO, Individually;
ROBERT CASELLI, Individually;
FRANK CASERTA, Individually;
JOHN CASEY, Individually;
LARON CASEY, Individually;
MICHAEL CASEY, Individually;
THOMAS CASEY, Individually;
GERARD J. CASH, Individually;

EDMUND CASHEN, Individually;
BRIAN CASHIN, Individually;
MIGUEL CASIANO, Individually;
STEVEN CASQUARELLI, Individually;
BRENDAN CASSAR, Individually;
BRIAN CASSE, Individually;
RONALD CASSELLA, Individually;
RICHARD CASSETTA, Individually;
KEVIN P. CASSIDY, Individually;
PATRICK CASSIDY, Individually;
TEIRNACH CASSIDY, Individually;
THOMAS CASSIDY, Individually;
TIERNACH CASSIDY, Individually;
TIERNACH CASSIDY, Individually;
ANTHONY CASSILLO, Individually;
RICHARD CASTA, Individually;
PAUL CASTALDI, Individually;
PAUL CASTALDO, Individually;
PAUL CASTALDO, Individually;
CHRISTINE CASTALLANO, Individually;
CARLOS CASTANEDA, Individually;
MANUEL CASTANO, Individually;
GREGORY CASTELLANO, Individually;
SILVIO CASTELLANO, Individually;
HECTOR CASTELLANOS, Individually;
JOHN CASTELLANOS, Individually;
MARTHA CASTELLANOS-CHIN, Individually;
EDDY CASTELLAR, Individually;
DAVID CASTELLI, Individually;
JOSEPH CASTIGLIA, Individually;
MITCHELL CASTIGLIONE, Individually;
JOSE CASTILLO, Individually;
DAVID CASTNER, Individually;
IVAN CASTRILLO, Individually;
ANDRES CASTRO, Individually;
CHRISTOPHER CASTRO, Individually;
FRANCISCO CASTRO, Individually;
GERARD CASTRO, Individually;
JAQUELINE CASTRO, Individually;
NANCY CASTRO, Individually;
PAUL CASTRO, Individually;
PAULA CASTRO, Individually;
RONALD CASTRO, Individually;
MATTHEW CASTROGIOVANNI, Individually;
JOHN CASTRONOVO, Individually;
JOSEPH CATALANO, Individually;

KEVIN CATALANOTTO, Individually;
WILLIAM CATALANOTTO, Individually;
STEVE CATANEO, Individually;
STEVEN CATANZARO, Individually;
DONALD CATAPANO, Individually;
JOHN CATAPANO, Individually;
ANTHONY CATERA, Individually;
ARLINE CATO, Individually;
MICHAEL CATRICOLA, Individually;
DENNIS CATUCCI, Individually;
STEVEN CAVALIERE, Individually;
MARIO CAVALLARO, Individually;
MARIO CAVALOTTI, Individually;
JOSEPH CAVANAGH, Individually;
THOMAS CAVANAGH, Individually;
BILL CAVANAUGH, Individually;
THOMAS CAWLEY, Individually;
JUDITH CAYENNE, Individually;
JEFFREY CEA, Individually;
MAURICE CECCHETTI, Individually;
GUSTAVO CECCHINI, Individually;
ANTHONY CECCO, Individually;
JOHN CECERE, Individually;
CASIMER CEGELSKI, Individually;
LOUIS CELESTINO, Individually;
DANIEL CELLA, Individually;
EILEEN CELLI, Individually;
KATHLEEN CENTORE, Individually;
YOLANDA CEPHAS, Individually;
STEPHEN B. CERALU, Individually;
JOSEPH CERAVOLO, Individually;
GEORGE CERBASI, JR., Individually;
JOHN CERIELLO, Individually;
ROBERT CERMENELLO, Individually;
CARMEN CERRETO, Individually;
REGINA CERVANTES, Individually;
JOHN CERVENKA, Individually;
PHILIP CERVONE, Individually;
GREGORY CESARSKI, Individually;
ALAN CESERANO, Individually;
STEPHEN CESPUGLIO, Individually;
JOSEPH CESTARI, Individually;
KENNETH W. CETIN, Individually;
FRED CHADWICK, Individually;
DAVID CHAFFEE, Individually;
ANTHONY CHAIMOWITZ, Individually;

ROBERT CHALLENER, Individually;
CLARENCE CHALMERS, Individually;
WILLIAM CHAMBERLAIN, Individually;
VIELKA CHAMBERS, Individually;
ALAN CHAMPLIN, Individually;
ETHLYN CHAN, Individually;
STEPHEN CHAN, Individually;
WAIFONG CHAN, Individually;
MAHAAN CHANDU, Individually;
CLIFTON CHANG, Individually;
YON CHANG, Individually;
BRIAN CHAPMAN, Individually;
CHERESE CHAPPELL, Individually;
ROBERT CHARBONEAU, Individually;
DAWN MARIE CHARLES, Individually;
LOUIS CHARLES, Individually;
GEMA CHARLES-CLYNE, Individually;
JULIO CHARLOTTEN, Individually;
EDWARD CHASE, Individually;
JOHN CHASE, Individually;
MARY LOU CHASE, Individually;
ANTHONY CHEATHAM, Individually;
JAMES CHECCO, Individually;
MICHAEL CHECCO, Individually;
JUAN CHECO, Individually;
ROBERT CHEN, Individually;
SCOTT CHERNOFF, Individually;
ROMAN CHERNY, Individually;
WILLIAM CHERRY, Individually;
WILLIAM CHESNEY, Individually;
SHAUNNA CHESSON, Individually;
ANTONIO CHEVALIER, Individually;
ANTHONY CHIANESE, Individually;
RICHARD CHIARAMONTE, Individually;
GLENN CHIARELLO, Individually;
JOHN CHIAROVANO, Individually;
GERALD CHIAVELLI, Individually;
JAY CHICHESTER, Individually;
CARMEN CHICLANA, Individually;
JUAN CHICO, Individually;
SALVATORE CHIEFFO, Individually;
CESAR CHIHUAN, Individually;
MICHAEL CHILTON, Individually;
DANIEL CHIN, Individually;
YUK CHIN, Individually;
IRA CHINSKY, Individually;

PETER CHIODO, Individually;
CHARLES CHIPMAN, Individually;
JOHN CHIRONNA, Individually;
CHOONFAH CHONG, Individually;
KENWEN LEE CHONG, Individually;
JOSEPH CHOQUETTE, Individually;
ALEXANDER CHORNY, Individually;
DENNIS CHORPENNING, Individually;
KHALED CHOUDHURY, Individually;
ROBERT CHRISTENSEN, Individually;
THOMAS CHRISTENSEN, Individually;
GODFREY CHRISTIAN, Individually;
LILLIAN CHRISTIAN, Individually;
WILLIAM CHRISTIAN, Individually;
KENNETH CHRISTIANSEN, Individually;
KENNETH CHRISTIANSEN, Individually;
SCOTT CHRISTIE, Individually;
THOMAS CHRISTOPHER, Individually;
ROBERT CHU, Individually;
ROBERT CHUISANO, Individually;
EMIL CHYNN, Individually;
PETER CIACCIO, Individually;
RALPH CIAFONE, Individually;
TONI-ANN CIAMBRIELLO, Individually;
THOMAS CIANGIOLA, Individually;
PETER CIAPPA, Individually;
PHILIP CIARAVINO, Individually;
JOHN CIARCIA, Individually;
MICHAEL CIAVOLA, Individually;
PETER CICCIONE, Individually;
PAUL CICERO, Individually;
LOUIS CICIO, Individually;
ANDREW CILENTI, Individually;
RALPH CILENTO, Individually;
RALPH CILENTO, Individually;
MARIO CIMINERA, Individually;
DONALD CIMINO, Individually;
MICHAEL CINALLI, Individually;
LOUIS CINCO, Individually;
THOMAS CINOTTI, Individually;
JOSEPH CINQUEMANI, Individually;
KEVIN CINQUEMANI, Individually;
PAUL CINQUEMANI, Individually;
VICTOR CINQUEMANI, Individually;
PETER CINTORINO, Individually;
LUIS CINTRON, Individually;

JOHN CIOBAN, Individually;
RICHARD CIOCCA, Individually;
SALVATORE CIOFFI, Individually;
FREDERICK CIPOLETTI, JR., Individually;
CHARLES CIPRIANO, Individually;
DAVID CIRA, Individually;
MARINO CIRILLO, Individually;
MARIO CIRILLO, Individually;
THOMAS CIRINCIONE, Individually;
CHRISTOPHER CIRINO, Individually;
LOU CIROCCO, Individually;
ROCCO CITENO, Individually;
ANTHONY CITERA, Individually;
ANTHONY CITTADINI, Individually;
JOSEPH CIULLA, Individually;
MIRA CIZIN, Individually;
ERIC CLAMAGE, Individually;
RAYMOND P. CLANCY, Individually;
GLENN CLAPP, Individually;
CECILIA CLARET, Individually;
JOSEPH CLARINO, Individually;
ALMA CLARK, Individually;
BRUCE CLARK, Individually;
CHRIS CLARK, Individually;
FRANK CLARK, Individually;
JAMES CLARK, Individually;
JOHN CLARK, Individually;
KEVIN CLARK, Individually;
THOMAS CLARK, Individually;
WILLIAM CLARK SR, Individually;
BARRINGTON CLARKE, Individually;
ROBERT CLARKE, Individually;
THOMAS CLARKE, Individually;
VINCENT CLARKE, Individually;
WINSTON CLARKE, Individually;
JOSE CLAUDIO, Individually;
PAUL CLAUS, Individually;
JAVIER CLAVIJO, Individually;
BRIAN CLEARY, Individually;
EUGENE CLEARY, Individually;
KEVIN CLEARY, Individually;
JOSEPH CLEM, Individually;
ARTHUR CLEMENS, Individually;
THOMAS CLEMENS, Individually;
JOSEPH CLEMENT, JR., Individually;
JAMES CLEMENTE, Individually;

JOSEPH CLERICI, Individually;
DAVID CLIFFORD, Individually;
PETER CLIFFORD, Individually;
JOHN CLINTON, Individually;
STEVEN CLOSS, Individually;
DERMOTT CLOWE, Individually;
DANIEL COAN, Individually;
JAMES COAN, Individually;
MICHAEL COAN, Individually;
MICHAEL COATES, Individually;
WILLIAM COBB, Individually;
JOHN COCCHI, Individually;
FRANK COCCIMIGLIO, Individually;
DENNIS COCHRANE, Individually;
KEVIN COCKERHAM, Individually;
WILLIAM COCKS, Individually;
JESSICA COCO, Individually;
VINCENT COCO, Individually;
AUGUST COCUZZA, Individually;
BARTHOLOMEW CODD, Individually;
MARIA CODD-PEREZ, Individually;
MICHAEL CODELLA, Individually;
JOHN CODIGLIA, Individually;
MATTHEW CODY, Individually;
CHRISTOPHER COEN, Individually;
KEVIN COENEN, Individually;
GERALD COFFEY, Individually;
THOMAS COFFEY, Individually;
GERALD COFFIN, Individually;
THOMAS COGHLAN, Individually;
DANIEL COGNETTA, Individually;
FRANCES COHEN, Individually;
MARK D. COHEN, Individually;
MICHAEL COHEN, Individually;
STEVEN A. COHEN, Individually;
STEVEN D. COHEN, Individually;
NEAL COIT, Individually;
KENNETH COLACINO, Individually;
ROBERT COLACINO, Individually;
JOSEPH COLAMARINO, Individually;
VICTORIA COLANGELO, Individually;
ANGELA COLAVITO, Individually;
LYNNETTE COLBERT, Individually;
MARLON COLE, Individually;
JAMES COLEMAN, Individually;
LAWRENCE COLEMAN, Individually;

LISA COLEMAN, Individually;
FARRIS COLEY, Individually;
DAVID COLGAN, Individually;
TIMOTHY COLICHIO, Individually;
THOMAS COLL, Individually;
AGNES COLLAZO, Individually;
ANNE COLLAZO, Individually;
CARMINE COLLETTA, Individually;
CHARLES COLLETTI, Individually;
STEPHEN COLLETTI, Individually;
JOSEPH COLLICA, Individually;
JUANITA COLLIER, Individually;
BRIAN COLLINS, Individually;
CLINT COLLINS, Individually;
DANIEL COLLINS, Individually;
JOSEPH COLLINS, Individually;
STEPHEN COLLINS, Individually;
WILLIAM COLLINS, Individually;
ROBERT COLLIS, Individually;
RICHARD COLLISTER, Individually;
FELIX COLON, Individually;
JOSE COLON, Individually;
OLGA COLON, Individually;
RICARDO COLON, Individually;
EMANUEL COLONNA, Individually;
JEFFREY COLONNA, Individually;
DENNIS COLSON, Individually;
RICHARD COLUCCI, Individually;
CHRIS COLUMBIA, Individually;
JOHN COLWELL, Individually;
MAXIE COLWELL, Individually;
JOHN COMERFORD, Individually;
JOSEPH COMPEL, Individually;
CARMELO COMPOSTO, Individually;
THOMAS COMPTON, Individually;
GEORGE CONCHA, Individually;
ROBERT CONKLIN, Individually;
STEPHEN CONKLIN, Individually;
ROBERT CONLAN, Individually;
DANIEL CONLISK, Individually;
GERALD CONLON, Individually;
JAMES CONLON, Individually;
PAUL CONLON, Individually;
TIMOTHY CONNELL, Individually;
WILLIAM CONNELL, Individually;
CHRISTOPHER CONNELLY, Individually;

KEVIN CONNELLY, Individually;
ROBERT CONNELLY, Individually;
SEAN CONNELLY, Individually;
THOMAS CONNELLY, Individually;
THOMAS CONNELLY, Individually;
ANTHONY CONNOLLY, Individually;
CHRISTOPHER CONNOLLY, Individually;
JAMES CONNOLLY, Individually;
KEVIN CONNOLLY, Individually;
MARYANN CONNOLLY, Individually;
PETER CONNOLLY, Individually;
THOMAS CONNOLLY, Individually;
THOMAS CONNOLLY, Individually;
DENISE CONNOLLY-GALLITELLI, Individually;
JOHN CONNOR, Individually;
JOSEPH CONNOR, Individually;
RAYMOND CONNOR, Individually;
GERARD CONNORS, Individually;
JAMES CONNORS, Individually;
JOHN CONNORS, Individually;
KEVIN CONNORS, Individually;
SELENE CONNORS, Individually;
THOMAS CONNORS, Individually;
PAUL CONRAD, Individually;
STEPHEN CONRAD, Individually;
MICHAEL CONRADIS, Individually;
JOHN CONREY, Individually;
FARRELL CONROY, Individually;
JAMES CONROY, Individually;
KEVIN CONROY, Individually;
ROBERT CONSOLO, Individually;
GENNARO CONSTANTINO, Individually;
DIANA CONTE, Individually;
KATHLEEN CONTE, Individually;
MARTIN CONTE, Individually;
RONALD CONTE, Individually;
ANTHONY CONTESSA, Individually;
VINCENT CONTESSA, Individually;
ANTHONY CONTI, Individually;
LOUIS CONTINI, Individually;
STEVEN CONTINO, Individually;
JOHN CONTRASTANO, Individually;
JACK CONWAY, Individually;
WILLIAM CONWAY, Individually;
CAUDIEU COOK, Individually;
DEBERT COOK, Individually;

ROBERT COOKE, Individually;
SALONIA COOKE, Individually;
THOMAS COOKE, Individually;
TREVOR COOKE, Individually;
JAMES COONEY, Individually;
ANDREW COOPER, Individually;
BRIAN COOPER, Individually;
JOAN COOPER, Individually;
JOYCE COOPER, Individually;
WILLIAM COOPER, Individually;
BARRY COOPER, Individually;
SINCLAIR COPE, Individually;
DEIDRE COPELAND, Individually;
MICHAEL COPPOLA, Individually;
RICHARD COPPOLA, Individually;
VIRGINIA COPPOLA, Individually;
MICHAEL CORBETT, Individually;
SHARON CORBETT, Individually;
JOHN CORBISIERO, Individually;
THOMAS CORBLIES,JR., Individually;
GERARD CORBO, Individually;
FRANK CORCILLO, Individually;
JAMES CORCORAN, Individually;
PATRICK CORCORAN, Individually;
ARMONDO CORDONE, Individually;
EDWARD CORKE, Individually;
MATTHEW CORLESS, Individually;
BERNARD CORNELL, Individually;
JOSEPH CORNETT, Individually;
JOHN CORRAO, Individually;
LOUIS CORRAO, Individually;
MARK CORRAO, Individually;
MARK S. CORRAO, Individually;
EDELMIRO CORREA, Individually;
LOUIS CORRENTE, Individually;
MICHAEL CORRIGAN JR., Individually;
WILLIAM CORSELLO, Individually;
SUZANNE CORSO, Individually;
HENRY CORTACANS, Individually;
MANUEL CORTE, Individually;
CARLOS CORTES, Individually;
EFRAIN CORTES, Individually;
IVAN CORTES, Individually;
MARIBEL CORTES, Individually;
RICHARD CORTEZ, Individually;
ZOILA CORTEZ, Individually;

ANTHONY CORTIJO, Individually;
ISMAEL CORTIJO, Individually;
MICHAEL CORVINO, Individually;
PATRICK COSCETTE, Individually;
CATHERINE COSCO, Individually;
RICHARD COSENTINO, Individually;
CHRISTOPHER COSGRIFF, Individually;
MICHAEL COSGRIFF, Individually;
JOSEPH COSTA, Individually;
MICHAEL COSTA, Individually;
THOMAS COSTA, Individually;
MARIO COSTAGLIOLA, Individually;
NICHOLAS COSTANZ, Individually;
JAMES COSTANZA, Individually;
MICHAEL COSTANZA, Individually;
JOSEPH COSTANZO, Individually;
PHYLLIS COSTARELLA, Individually;
BRIAN COSTELLO, Individually;
JANELLE COSTELLO, Individually;
JOSEPH COSTELLO, Individually;
MICHAEL COSTELLO, Individually;
THOMAS COSTELLO, Individually;
NANCY COSTELLO-RAYNOR, Individually;
EDMUND COSTIGAN, Individually;
FAUSTINO COSTOSA, Individually;
CHRISTINA COTE, Individually;
VICTORIA TERRI COTE, Individually;
MITCHELL COTO, Individually;
DON COTRONE, Individually;
GEORGE COTRONE, Individually;
JOSEPH COTTER, Individually;
JOSE COTTI, Individually;
CHRISTIAN COTTO, Individually;
PATRICK COTTON, Individually;
JOHN COTTRELL, Individually;
WILLIAM COUCHON, Individually;
DONALD COUGHLAN, Individually;
BRIAN COUGHLIN, Individually;
BRIAN COUGHLIN, Individually;
JOHN COUGHLIN, Individually;
PETER COUGHLIN, Individually;
KIM COULL, Individually;
WILLIAM COURTNEY, Individually;
GRAYLAND COUSAR, Individually;
DAVID COWBURN, Individually;
JOSEPH COWELL, Individually;

TYNESE COX, Individually;
STEPHANIE COX-ALSTON, Individually;
BRIAN COYLE, Individually;
EDWARD COYLE, Individually;
TERENCE COYLE, Individually;
TIMOTHY COYNE, Individually;
THOMAS COZZA, Individually;
ROBERT CRAIG, Individually;
CHRISTOPHER CRAVEN, Individually;
GERARD CRAWFORD, Individually;
LERONE CRAWFORD, Individually;
WILLIAM CRAWFORD, Individually;
JOHN CRECCA, Individually;
DEBRA CREDENDINO, Individually;
DENNIS CREEGAN, Individually;
WESLEY CREEGAN, Individually;
ANTHONY CREEN, Individually;
BRIAN CREGAN, Individually;
JOHN CREMIN, Individually;
HERIBERTO CRESPO, Individually;
JOSE CRESPO, Individually;
ANTONIO CREUS, Individually;
VINCENZO CRIMENI, Individually;
JOHN CRIMI, Individually;
DOMENICK CRISCI, Individually;
GEORGE CRISCITIELLO, Individually;
JOSEPH CRISCITIELLO, Individually;
MICHAEL CRISPINO, Individually;
STEPHEN CRISTELLO, Individually;
JOHN CRITELLI, Individually;
WILLIAM CROAK, Individually;
BRENT CROBAK, Individually;
JOSEPH CROCE, Individually;
GIOVANNI CROCENZI, Individually;
STEVE CROMITY, Individually;
JOHN CRONIN, Individually;
ROBERT CRONIN, Individually;
JAMES P. CRONIN III, Individually;
ERIC CROOKE, Individually;
PATRICK CROOKS, Individually;
JOHN CROWE, Individually;
JOHN CROWE, Individually;
ALLEN CROWLEY, Individually;
KEVIN CROWLEY, Individually;
PETER CROWLEY, Individually;
CLAUDETTE CRUICKSHANK-DAVIS, Individually;

BARRY CRUMBLEY, Individually;
EARL CRUMPE, Individually;
ANGEL CRUZ, Individually;
DIANE CRUZ, Individually;
EDWIN CRUZ, Individually;
ENRIQUE CRUZ, Individually;
JAIME CRUZ, Individually;
JANETTE CRUZ, Individually;
JAQUELINE CRUZ, Individually;
LOUIS CRUZ, Individually;
MIRTHA CRUZ, Individually;
PATRICIA CRUZ, Individually;
RICARDO CRUZ, Individually;
THOMAS CRUZ, Individually;
ROBERT CRYSTAL, Individually;
AUSTIN CSORNY, Individually;
FERDINAND CUADRADRO, Individually;
MARCOS CUBILETE, Individually;
MICHAEL CUCCARO, Individually;
JOSEPH CUCCHIARA, Individually;
MICHAEL CUCCURULLO, Individually;
MARY CUCINELLI, Individually;
ROBERT CUCINELLI, Individually;
DERICK CUEBAS, Individually;
MARCELLO CUELLO, Individually;
JAMES E. CUESTA, Individually;
JAIME CUEVAS, Individually;
SONIA CUEVAS, Individually;
LUIGI CUFFARI, Individually;
CHRISTOPHER CUIFFO, Individually;
CHARLES CULLEN, Individually;
JOHN CULLEN, Individually;
PATRICK J. CULLEN, Individually;
STEVEN CUMMINGS, Individually;
ANTHONY CUMMO, Individually;
CORY CUNEO, Individually;
EDWARD CUNNINGHAM, Individually;
GERARD CUNNINGHAM, Individually;
JAMES CUNNINGHAM, Individually;
STEPHEN CUNNINGHAM, Individually;
THOMAS CUNNINGHAM, Individually;
MICHAEL CUNNINGHAM, Individually;
RICHARD CUNNIUS, Individually;
PATRICK CUOMO, Individually;
RONALD CURABA, Individually;
LEONARD CURCIO, Individually;

LEONARD CURCIO, Individually;
EDWARD CURLEY, Individually;
MICHAEL T. CURLEY, Individually;
FRANCIS CURNYN, Individually;
KATHLEEN CURNYN, Individually;
ANTHONY CURRAN, Individually;
COLLEEN CURRAN, Individually;
DOROTHY CURRAN, Individually;
EDWARD CURRAN, Individually;
JAMES CURRY, Individually;
JOHN CURRY, Individually;
JOSEPH CURRY, Individually;
WADE CURRY, Individually;
THOMAS CURTIN, Individually;
VINCENT CURTIN, Individually;
BRIAN CURTIS, Individually;
CARL CURTO, Individually;
RICHARD CURTO, Individually;
JOSEPH CUSANELLI, Individually;
CRAIG CUSANO, Individually;
MICHAEL CUTINO, Individually;
GLENN CUTLER, Individually;
VINCENT CUTLER, Individually;
JACK CUTRONE, Individually;
JOHN CUTRUPI, Individually;
MATTHEW CZEREPAK, Individually;
SCOTT D'ABREU, Individually;
MARIO D'ABRUZZO, Individually;
JAMES D'ADDESSA, Individually;
PHILIP D'AGOSTINO, Individually;
RICHARD DAILEY, Individually;
TIMOTHY DAILEY, Individually;
HAMID DALBARRY, Individually;
THOMAS DALE, Individually;
ARTHUR D'ALESSANDRO, Individually;
PAUL D'ALESSIO, Individually;
PETER D'ALESSIO, Individually;
LLOYD DALEY, Individually;
RICHARD DALLESANDRO, Individually;
JOHN DALLESSANDRO, Individually;
PATRICK D'ALLIEGRO, Individually;
THOMAS D'ALTO, Individually;
EUGENE DALTON, Individually;
KENNETH DALTON, Individually;
MICHAEL DALTON, Individually;
PETER DALTON, Individually;

THOMAS DALTON, Individually;
WILLIAM DALTON, Individually;
BRIAN DALY, Individually;
DANIEL DALY, Individually;
GERALD DALY, Individually;
JAMES DALY, Individually;
ROBERT DALY, Individually;
MICHAEL A. DAMATO, Individually;
PATRICK D'AMATO, Individually;
VICTOR D'AMATO, Individually;
VINCENT D'AMATO, Individually;
CARLO D'AMBROSI, Individually;
JOHN D'AMBROSIO, Individually;
DONALD DAMIAN, Individually;
MICHAEL DAMICO, Individually;
FRANK D'AMICO, Individually;
TONI DAMURA, Individually;
PETER D'ANCONA, Individually;
THOMAS DANDOLA, Individually;
GARY D'ANDREA, Individually;
ANTHONY D'ANGELO, Individually;
MICHAEL D'ANGELO, Individually;
ROBERT D'ANGELO, Individually;
SALVATORE D'ANGELO, Individually;
ERIC DANIEL, Individually;
STEVE DANIEL, Individually;
DOMINIC DANIELE, Individually;
JOSEPH DANIELE, Individually;
ANTHONY DANIELS, Individually;
JOHN DANIELSON, Individually;
PETER DANITI, Individually;
GENE DANNENFELSER, Individually;
SALVATORE DANTONE, Individually;
PETER DANTONIO, Individually;
ERNEST DANTUONO, Individually;
NICHOLAS DANZA, Individually;
DANIEL DANZI, Individually;
RICHARD DAOUST, Individually;
JOHN DAPRILE, Individually;
JAYNE D'AQUINO, Individually;
VICTOR D'AQUINO, Individually;
ARTHUR DARBY, Individually;
MICHAEL DARCEY, Individually;
JAMES DARPA, Individually;
JOSEPH DARRIGO, Individually;
DOMINIC D'ARRIGO, Individually;

WILLIAM DASH, Individually;
DONNA DASILVA, Individually;
JOAQUIM DASILVA, Individually;
LUIZ DASILVA, Individually;
CARMINE DATELLO, Individually;
ALEXANDER D'ATRI, Individually;
JOHN D'ATTORE, Individually;
GERARD DAVAN, Individually;
PHILIP DAVEY, Individually;
VERNON DAVID, Individually;
WILLIAM DAVIDSON, Individually;
ORLANDO DAVILA, Individually;
MARTIN DAVIN, Individually;
ARTHUR DAVIS, Individually;
DEBORAH DAVIS, Individually;
ELLA DAVIS, Individually;
JIMMIE DAVIS, Individually;
KOJO DAVIS, Individually;
LAWRENCE DAVIS, Individually;
LINDSAY DAVIS, Individually;
WANDA DAVIS, Individually;
JAMES DAVIS, III, Individually;
DIOTIMA DAWSON, Individually;
JOHN DAY, Individually;
ANTOINE DAYE, Individually;
HAROLD DE LANCEY, Individually;
JANET DE LOS SANTOS, Individually;
MILAGROS DE LOS SANTOS, Individually;
JOSEPH DE ROSA, Individually;
SANDRA DE STASIO-LYNAGH, Individually;
MICHAEL DE TURO, Individually;
ANTONIO DEALMEIDA, Individually;
JAMES DEAN, Individually;
ALFRED DEANGELO, Individually;
JOSEPH DEBELLIS, Individually;
FRANK DEBENEDETTO, Individually;
JOHN DECARLO, Individually;
VINCENT DECICCO, Individually;
MICHAEL DECKER, Individually;
RODNEY DECORT, Individually;
NICK DECOURCELLES, Individually;
CHARLES DEERING, Individually;
CHARLES DEERING, II, Individually;
CARMINE DEFALCO, Individually;
RICHARD DEFINO, Individually;
LORI DEFOREST, Individually;

MICHAEL DEGAETA, Individually;
CONRAD DEGEN, Individually;
WARREN DEGEN, Individually;
MICHAEL DEGENNARO, Individually;
JOSEPH DEGEORGE, Individually;
DONNA DEHETRE, Individually;
DONNA DEHETRE, Individually;
KENNETH DEIS, Individually;
THERESA DEITZ, Individually;
ISRAEL DEJESUS, Individually;
JOSE DEJESUS, Individually;
PATRICIA DEJESUS, Individually;
PAUL DEJESUS, Individually;
JOHN DEKANCHUK, Individually;
LOUIS DEL CASTELLO, Individually;
ROBERT DEL LATTO, Individually;
ROBERT DEL RIO, Individually;
RAFAEL DEL ROSARIO, Individually;
JOSE DEL VALLE, Individually;
KENNETH DELANEY, Individually;
MATTHEW DELANEY, Individually;
TERENCE DELANEY, Individually;
JOHN DELAROSA, Individually;
NELGIO DELAROSA, Individually;
ALEX DELASSALLE, Individually;
STEVEN DELATORRE, Individually;
JAMES DELAYO, Individually;
EDWARD DELBALSO, Individually;
WILSON DELEG MUZHA, Individually;
KEVIN DELEHANTY, Individually;
WILLIAM R. DELEHANTY, JR., Individually;
STEPHEN DELENA, Individually;
MELBA DELEON, Individually;
TANYA DELFINO, Individually;
ANTHONY C. DELGADO, Individually;
ARAMIS DELGADO, Individually;
CARL DELGADO, Individually;
JEANETTE DELGADO, Individually;
JOHN DELGADO, Individually;
SEGUNDO DELGADO, Individually;
CARL DELGEORGE, Individually;
ANTHONY DELGIUDICE, Individually;
JOSEPH DELGRECO, Individually;
JOSEPH DELGROSSO, Individually;
LARRY DELGROSSO, Individually;
MADELINE DELGROSSO, Individually;

MICHAEL DELGROSSO, Individually;
FRANK D'ELIA, Individually;
JACK D'ELIA, Individually;
CHARLES DELL'ACCIO, Individually;
PETER DELL'AERA, Individually;
MICHAEL DELLAPORTA, Individually;
NICHOLAS DELLASERRA, Individually;
LUIS DELLEGUAS, Individually;
FREDERICK DELLI SANTI, Individually;
LOUIS DELMAESTRO, Individually;
LOUIS DELMAESTRO, Individually;
KEITH DELMAR, Individually;
JOSEPH DELORENZO, Individually;
JANINE DELSALTO, Individually;
JANET DELUCA, Individually;
MICHAEL DELUCA, Individually;
VINCENT DELUCA, Individually;
THOMAS DELUCCIA, Individually;
JEANETTE DELUCIA, Individually;
ANTHONY DELUSTRO, Individually;
CARLOS DELVALLE, Individually;
RENE DELVALLE, Individually;
CHRISTOPHER DELVECCHIO, Individually;
FREDERICK DEMANT, Individually;
HAYDEE DEMANT, Individually;
ROBERT DEMAR, Individually;
CLAIRE DEMARCO, Individually;
GLEN DEMARCO, Individually;
JULIANNE DEMARCO, Individually;
PETER DEMARCO, Individually;
QUENTIN DEMARCO, Individually;
SANDRA DEMARCO, Individually;
SENTORIA DEMARCO, Individually;
MICHAEL DEMARFIO, Individually;
ANN MARIE DEMARIA, Individually;
PATRICK DEMARIA, Individually;
VINCENT DEMARINIS, Individually;
VINCENT DEMARINIS, Individually;
JOHN DEMARTINO, Individually;
ANTHONY DEMASI, Individually;
FRANK DEMASI, Individually;
JOHN DEMATTIA, JR., Individually;
MARK DEMAURO, Individually;
TODD DEMAYO, Individually;
TONI DEMEO, Individually;
JOSEPH D'EMIC, Individually;

DANIEL DEMONTE, Individually;
FRANK DEMONTE, Individually;
WILLIAM V. DEMORRIS, III, Individually;
FRANTZ DENIS, Individually;
THOMAS DENNARD JR, Individually;
ROBERT DENNI, Individually;
THOMAS DENNI, Individually;
RAYMOND DENNINGER, Individually;
AIDAN DENNIS, Individually;
JOSEPH DENT, Individually;
RUDOLF DENT, Individually;
PAUL DENVER, Individually;
OMA DEONARINE, Individually;
RICHARD DEPALMA, Individually;
THOMAS DEPALO, Individually;
JAMES DEPAOLO, Individually;
PHILIP DEPASQUALE, Individually;
ARLENDA DEPEIZA, Individually;
KELVA DEPEZA, Individually;
ROBERT DEPHILLIPS, Individually;
RICHARD DEPIETRO, Individually;
RUSSELL DEPRADINE, Individually;
KEVIN DEPROSPO, Individually;
JOSEPH DEPROSSIMO, Individually;
EDWARD DER, Individually;
SUI DER, Individually;
DOMINICK DERASMO, Individually;
NICHOLAS DERENZO, Individually;
THOMAS DERESPINO, Individually;
RONALD DEROSA, Individually;
DENNIS DEROSIER, Individually;
PETER DERUPO, Individually;
PETER DERUPO, Individually;
DOUGLAS DERVIN, Individually;
JOSEPH DESALVO, Individually;
LOUIS DESANTIS, Individually;
RICKI DESANTIS, Individually;
RICKI DESANTIS, Individually;
PATRICK DESARLO, Individually;
ANTHONY DESENA, Individually;
DELORIS DESILVA, Individually;
GEORGE DESIMONE, Individually;
JOHN DESIMONE, Individually;
JOSEPH DESIMONE, Individually;
MARK DESIMONE, Individually;
RICHARD DESIMONE, Individually;

STEVEN DESIMONE, Individually;
LOUIS DESIO, Individually;
ROBERT DESMOND, Individually;
WILLIAM DESMOND, Individually;
DONNA DESOUZA, Individually;
CONSTANTINO DESPOSATI, Individually;
LEE DESPOSITO, Individually;
RALPH DESPOSITO, Individually;
JOSEPH DESSOYE, Individually;
JAMES DESTASIO, Individually;
CHRISTOPHER DESTEFANO, Individually;
JOSEPHINE DETEMPLE, Individually;
WARREN DETEMPLE, Individually;
MARIE DETULLIO, Individually;
ANTHONY DEUS, Individually;
THOMAS DEUTSCH, Individually;
CHRISTOPHER DEVANEY, Individually;
DENNIS DEVANEY, Individually;
PAUL DEVANEY, Individually;
THOMAS DEVANEY, Individually;
ANTHONY DEVECCHIS, Individually;
ETIENNE DEVILLIERS, Individually;
EUGENE DEVINE, Individually;
GERARD DEVINE, Individually;
ROBERT DEVINE, Individually;
WILLIAM DEVINE, Individually;
VIRGINIA DEVITA, Individually;
MICHAEL DEVITO, Individually;
MICHAEL F. DEVITO, Individually;
OLIVE DEWITT, Individually;
JOHN DEYOUNG, Individually;
PRABIR DHAR, Individually;
KIM DIAMOND, Individually;
MARIE DIAMOND, Individually;
MICHAEL DIAMOND, Individually;
ALBA DIAZ, Individually;
CHARLES DIAZ, Individually;
CYNTHIA DIAZ, Individually;
GRACIELA DIAZ, Individually;
JASON DIAZ, Individually;
JOHN DIAZ, Individually;
JOHNNY DIAZ, Individually;
OMAR DIAZ, Individually;
ROLAND DIAZ, JR., Individually;
GARY DIBENEDETTO, Individually;
JOHN DIBERARDINO, Individually;

PETER DIBETTA, Individually;
FRANCESCA DIBIASI, Individually;
MARK DIBONA, Individually;
JOHN DICAPRIO, Individually;
VINCENT DICLEMENTE, Individually;
GREGORY DICOSTANZO, Individually;
CARLOS DICUPE, Individually;
MICHAEL DIDONATO, Individually;
RICHARD DIDONATO, Individually;
THOMAS DIDONATO, Individually;
JOHN DIFALCO, Individually;
AMEDEO TONY DIFEBBO, Individually;
RICHARD DIFEDE, Individually;
CHRISTIAN DIFILIPPO, Individually;
GINA DIFRANCO, Individually;
JOSEPH DIFRANKS, Individually;
NIKKI DIFRANKS, Individually;
STEVEN DIGIARO, Individually;
JOHN DIGILIO, Individually;
JOSEPH DIGILIO, Individually;
LAWRENCE DIGIORGIO, Individually;
ANIELLO DIGIOVANNI, Individually;
JOSEPH DIGIROLOMO, Individually;
ANDREW DIGIUGNO, Individually;
ROBERT DIGREGORIO, Individually;
GEORGE DILACIO, Individually;
JOHN DILAPI, Individually;
KEVIN DILBERIAN, Individually;
RACHEL DILDY, Individually;
NINA DILL, Individually;
WAYNE DILLIN, Individually;
JAMES DILLON, Individually;
PATRICK DILLON, Individually;
JOHN DILONARDO, Individually;
PEDRO DILONE, Individually;
GASPARE DILORENZO, Individually;
THEODORE DIMA, Individually;
MARK DIMAGGIO, Individually;
CHARLES DIMARIA, Individually;
JAMES DIMARIA, Individually;
RONALD DIMARIA, Individually;
DANIEL DIMARTINO, Individually;
JOSEPH DIMARTINO, Individually;
PATRICK DIMASI, Individually;
MICHAEL DIMEGLIO, Individually;
JAMES DIMEO, Individually;

ROSS DIMICELI, Individually;
ANTHONY DIMICHELE, Individually;
THOMAS DIMINO, Individually;
DAVID DIMMLER, Individually;
RENEE DIMOLFETTA, Individually;
NICHOLAS DIMONDA, Individually;
ROBERT DIMPERIO, Individually;
MICHAEL DINATALE, Individually;
JERE J. DINEEN, Individually;
NATHALIE DINOIA, Individually;
JOHN E. DIODATO, Individually;
RICHARD DIORIO, Individually;
JOHN D'IORIO, Individually;
RICHARD DIPADOVA, Individually;
ROBERT DIPAOLA, Individually;
PAUL DIPAOLO, Individually;
THEODORE DIPASQUALE, Individually;
VICTOR DIPIERRO, Individually;
JEFFREY DIPIETRO, Individually;
VINCENT DIPILATO, Individually;
JOHN DIROCCO, Individually;
JOHN DIROCCO, Individually;
JAMES DISANTI, Individually;
ROBERT DISANZA, Individually;
FRANK DISCALA, Individually;
THOMAS DISTASI, Individually;
ALFONSO DISTEFANO, Individually;
JAMES DISTEFANO, Individually;
VINCENT DISTEFANO, Individually;
VERNON DITHOMAS, Individually;
ROBERT DITO, Individually;
STEVEN DITOMASSO, Individually;
MARIO DITRENTO, Individually;
JOSEPH DITTA, Individually;
CHARLES DITTRICH, Individually;
PHILIP DIVENERE, Individually;
JOHN DIVERS, Individually;
STEVE DIVINO, Individually;
MARIO DIVITA, Individually;
JOHN DIXON, Individually;
NICOLE DIXON, Individually;
ROBERT DIXON, Individually;
STEVEN DIZZINE, Individually;
MINHA DO, Individually;
JOHN DOBROWOLSKI, Individually;
GENEA DOBSON, Individually;

JAMES DOBSON, Individually;
KENNETH DOBSON, Individually;
WILLIAM DOERLER, Individually;
JAMES DOHERTY, Individually;
JOHN DOHERTY, Individually;
KEVIN DOHERTY, Individually;
PATRICK DOHERTY, Individually;
ROBERT DOHERTY, Individually;
JOSEPH DOLAN, Individually;
KEVIN DOLAN, Individually;
LAWRENCE DOLAN, Individually;
THOMAS DOLAN, Individually;
ANTHONY DOLCE, Individually;
NICHOLAS DOLCE, Individually;
ALEXANDRE DOLGUIKH, Individually;
MICKEY DOLINGER, Individually;
DANIEL DOLL, Individually;
EILEEN DOMALEWKI, Individually;
MARK DOMBROWSKI, Individually;
GERARD DOMBROWSKY, Individually;
GERARD DOMBROWSKY, Individually;
PAUL J. DOMBROWSKY, Individually;
EDNA DOMENECH, Individually;
KENNETH DOMENECH, Individually;
LATORRE DOMINICK, Individually;
RONALD DOMINIQUE, Individually;
KATHLEEN DOMINY, Individually;
RICHARD DOMOTOR, Individually;
PATRICK DONAGHY, Individually;
GREGG DONATO, Individually;
JOHN DONDERO, Individually;
MARK DONDERO, Individually;
MICHAEL DONLON, Individually;
BRIAN DONNELLY, Individually;
DANIEL DONNELLY, Individually;
DANIEL DONNELLY, Individually;
KAREN DONNELLY, Individually;
MARK DONNELLY, Individually;
MARK DONNELLY, Individually;
STEPHEN DONNELLY, Individually;
THOMAS DONNELLY, Individually;
THOMAS DONNELLY, Individually;
THOMAS DONNELLY, Individually;
TIMOTHY DONNERY, Individually;
JAMES D'ONOFRIO, Individually;
JOHN D'ONOFRIO, Individually;

PATRICIA DONOGHUE, Individually;
ROBERT DONOGHUE, Individually;
DANIEL DONOHUE, Individually;
JAMES DONOHUE, Individually;
JOHN DONOHUE, Individually;
KEVIN DONOHUE, Individually;
LEONARD F. DONOHUE, Individually;
RAYMOND DONOHUE, Individually;
WILLIAM DONOHUE, Individually;
JOHN DONOHUE, JR., Individually;
DANIEL DONOVAN, Individually;
EDWARD DONOVAN, Individually;
JOSEPH DONOVAN, Individually;
THOMAS DONOVAN, Individually;
TIMOTHY DONOVAN, Individually;
LOUIS DONTIS, Individually;
KEVIN DOODY, Individually;
DENIS DOOHAN, Individually;
ROBERT DOOLAN, Individually;
JAMES DOOLEY, Individually;
THOMAS H. DORAN, Individually;
ROLAND DORCEAN, Individually;
STEVEN DORDAL, Individually;
MICHAEL DORGAN, Individually;
RODWELL DORIS, Individually;
WILLIAM DORNEY, Individually;
ROBERT DORRIAN, Individually;
ROBERT DORRITIE, Individually;
ROBERT DORRMANN, Individually;
GREGORY DORSETT, Individually;
JOHN DORST, Individually;
PERICLES DOTEL, Individually;
RICHARD DOTY, Individually;
INNA DOUBROVINA, Individually;
JOHN DOUCHEY, Individually;
JOHN C. DOUGHERTY, Individually;
JOHN F DOUGHERTY, Individually;
MICHAEL DOUGHERTY, Individually;
CORNELIUS DOUGLAS, Individually;
BOBBIE DOVE, Individually;
CHRISTOPHER DOWD, Individually;
DONNA DOWLING, Individually;
EDWARD DOWLING, Individually;
JOHN DOWNEY, Individually;
PAUL DOWNEY, Individually;
THOMAS DOWNEY, Individually;

JAMES DOYLE, Individually;
JILL DOYLE, Individually;
ROBERT DOYLE, Individually;
VERONICA DOYLE, Individually;
WALLACE DOYNA, Individually;
MASAE DOYON, Individually;
MASAE DOYON, Individually;
RAYMOND DRACH, Individually;
DANIEL DRAGO, Individually;
DOUG DRAGONE, Individually;
FRANK DRAGONE, Individually;
JOHN DRAGOTTA, Individually;
GEORGE A. DRAKES, Individually;
JOHN DRAPER, Individually;
LEONARD DRAVES, Individually;
LEONARD DRAVES, Individually;
GEORGE DREES, Individually;
JOAN DREHER, Individually;
DANIEL DREISS, Individually;
SHANE DRESSER, Individually;
JAMES DREW, Individually;
JOSEPH DREXLER, Individually;
JOHN DRISCOLL, Individually;
JOHN RONALD DRISCOLL, Individually;
MICHAEL DRISCOLL, Individually;
RICHARD DRISCOLL, Individually;
THOMAS DRISCOLL, Individually;
THOMAS DROPP, Individually;
CHRISTOPHER DRUCKMAN, Individually;
JOHN DRURY, Individually;
ROBERT DUANE, Individually;
STEVEN DUBESTER, Individually;
RICHARD DUBOIS, Individually;
MICHAEL DUCASSE, Individually;
KEVIN DUCEY, Individually;
MARC DUCHON, Individually;
BRIAN DUDLEY, Individually;
TREVOR DUDLEY, Individually;
EAMON DUFFY, Individually;
JOHN DUFFY, Individually;
JOSEPH DUFFY, Individually;
KEVIN DUFFY, Individually;
KEVIN C. DUFFY, Individually;
ROBERT DUFFY, Individually;
TERRY DUFFY, Individually;
WILLIAM DUFFY, Individually;

JOHN DUGAN, Individually;
MICHAEL DUGAN, Individually;
PATRICK DUGAN, Individually;
WILLIAM DUGAN, Individually;
EDWARD DUGGAN, Individually;
JOSEPH DUGGAN, Individually;
BENNIE DUGGINS, Individually;
GEORGE DUGUID, Individually;
MICHAEL DUKE, Individually;
LAURA DULISSE, Individually;
JASON DUNCAN, Individually;
KEVIN DUNCAN, Individually;
JOHN DUNDON, Individually;
JAMES DUNITZ, Individually;
PATRICK DUNLEAVY, Individually;
PATRICK DUNLEAVY, Individually;
CRAIG DUNN, Individually;
WILLIAM DUNN, Individually;
WILLIAM DUNN, Individually;
JOHN DUNNE, Individually;
JOSEPH DUNNE, Individually;
WILLIAM DUODU, Individually;
SETH DUPPSTADT, Individually;
SETH DUPPSTADT, Individually;
ROBERT DUPREE, Individually;
ALVARO DUQUE, Individually;
RUBEN DUQUE, Individually;
MICHAEL DURAND, Individually;
ROBERT DURANTE, Individually;
ARTHUR DURKIN, Individually;
GERARD DURKIN, Individually;
JOSEPH DURSO, Individually;
RONALD DUTTON, Individually;
THOMAS DUTTON, Individually;
HELENA DUVIVTER, Individually;
HELENA DUVIVTER, Individually;
DWIGHT DUVOLL, Individually;
JULIAN DWORNIK, Individually;
DAVID DWYER, Individually;
KEVIN DWYER, Individually;
MICHAEL DWYER, Individually;
PATRICK DWYER, Individually;
CAVELITO DYCE, Individually;
WANDA DYETT, Individually;
RONALD DYKES, Individually;
STEPHEN DZIUBELA, Individually;

DAWN DZIUBELA, Individually;
EMIL DZURILLA, Individually;
THOMAS EAGAN, Individually;
ERNEST EANS, Individually;
JAMES EARL, Individually;
CLARA EARLE, Individually;
LINDA EARLE, Individually;
JILL EATON, Individually;
MICHAEL EATON, Individually;
ROY EATON, Individually;
GEORGE EBAUGH, Individually;
ORAN EBERHART, Individually;
LEONARD EBERLEIN, Individually;
ILANA EBERSON, Individually;
JOHN ECCLESTON, Individually;
DAVID ECHEVARRIA, Individually;
CHRIS ECKHOFF, Individually;
TODD ECKSTEIN, Individually;
IRWIN EDELSTEIN, Individually;
PETER EDIAGBONYA, Individually;
ANNA MARIE EDREIRA, Individually;
DALE EDWARDS, Individually;
DANIEL EDWARDS, Individually;
DONNY EDWARDS, Individually;
DOUGLAS EDWARDS, Individually;
GREGORY EDWARDS, Individually;
KEITH EDWARDS, Individually;
MICHAEL EDWARDS, Individually;
MICHAEL EDWARDS, Individually;
STEVEN EDWARDS, Individually;
STEVEN EDWARDS, Individually;
WILLIAM EDWARDS, Individually;
JEFF EFRON, Individually;
JAMES EFTHIMIADES, Individually;
MICHAEL EGAN, Individually;
ANTHONY EGAN, Individually;
MICHAEL EILS, Individually;
MITCHELL EISENBERG, Individually;
JAMES ELBERFELD, Individually;
THOMAS ELCI, Individually;
MICHAEL ELCOCK, Individually;
JAMES ELDER, Individually;
CARYN ELDRIDGE, Individually;
JOHN R. ELGES, Individually;
NELSON ELIAS, Individually;
JOSEPH ELIE, Individually;

CYNTHIA ELIO, Individually;
GINA ELLENHORN, Individually;
JON ELLENHORN, Individually;
RONALD ELLIOT, Individually;
EDWIN ELLIS, Individually;
IVETTE ELLIS, Individually;
JEFFREY ELLIS, Individually;
PAULA ELLIS, Individually;
SIDNEY ELLIS, Individually;
THOMAS ELLIS, Individually;
WILLIAM ELLIS, Individually;
JAMES ELMENDORF, Individually;
TIMOTHY ELPHICK, Individually;
ALFRED ELWICK, Individually;
ANTHONY EMANUELE, Individually;
JAMES EMERY, Individually;
SALVATORE EMMA, Individually;
DANIEL ENANDER, Individually;
LUIS ENCALADA, Individually;
MARCO ENCALADA, Individually;
ANTHONY ENCARNACION, Individually;
MARILYN ENDE, Individually;
JEFFREY ENDEAN, Individually;
GEORGE ENDELMANN, Individually;
MICHAEL ENDRIZZI, Individually;
ROBERT ENGEL, Individually;
ROBERT ENGEL, Individually;
MATTHEW ENGELHARDT, Individually;
GLENN ENGELKEN, Individually;
GEORGE ENGELS, Individually;
RITA ENGELS, Individually;
WILLIAM ENGLUND, Individually;
JOSEPH ENIA, Individually;
JEFF ENTIN, Individually;
JOSEPH EPPOLITO, Individually;
ANGEL ERAZO, Individually;
ARMANDO ERAZO, Individually;
KENNETH ERB, Individually;
GIUSEPPE ERBETTA, Individually;
JEFFREY ERCOLINO, Individually;
CHARLES ERDEY, Individually;
THOMAS ERICKSON, Individually;
KENNETH ERLENBUSCH, Individually;
JOANNE ERNEST, Individually;
ROBERT ERNEST, Individually;
EDWIN EROSA, Individually;

LILLIAN ESCOBARROSA, Individually;
ANDRES ESCOTO, Individually;
ANTHONY ESOLA, Individually;
JOSE ESPADA, Individually;
WILLIAM ESPINAL, Individually;
KERY ESPINO, Individually;
MARIA ESPINOSA, Individually;
ROBERT ESPONDA, Individually;
ALFRED ESPOSITO, Individually;
ANTHONY ESPOSITO, Individually;
ANTHONY ESPOSITO, Individually;
ANTHONY ESPOSITO, Individually;
CHRISTIAN ESPOSITO, Individually;
FRANK ESPOSITO, Individually;
JOHN ESPOSITO, Individually;
MARK ESPOSITO, Individually;
MICHAEL ESPOSITO, Individually;
RALPH ESPOSITO, Individually;
RONALD ESPOSITO, Individually;
SAMUEL ESPOSITO, Individually;
WILLIAM ESPOSITO, Individually;
RICHARD ESSLINGER, Individually;
JAVIER ESTEVEZ, Individually;
OMAR ESTEVEZ, Individually;
ALBERT ESTRADA, Individually;
RICHARD ESTREICHER, Individually;
JOSE ESTRELLA, Individually;
BRIAN ETTER, Individually;
ENRIC EUBANKS, Individually;
ENRIC EUBANKS, Individually;
VINCENT EUK, Individually;
RICHARD EULIE, Individually;
AARON EVANS, Individually;
PAUL EVANS, Individually;
THOMAS EVANS, Individually;
EDWARD EWING, Individually;
PHILLIP FABBRICANTE, Individually;
FRANK FABBRICATORE, Individually;
SUSAN FABBRICATORE, Individually;
JOSEPH FABOZZI, Individually;
GREGORY FAGAN, Individually;
ERIC FAGGIOLE, Individually;
PATRICK FAHEY, Individually;
ROBERT FAHEY, Individually;
JAMES FAHY, Individually;
THOMAS FAHY, Individually;

JOSEPH FAILLA, Individually;
LOUIS FAILLA, Individually;
SALVATORE FAILLA, Individually;
KEITH FAIRCHILD, Individually;
ERNEST FAIRCLOTH, Individually;
JEREMY FAIRWEATHER, Individually;
ROBERT FAIRWEATHER, Individually;
STEVEN FAITH, Individually;
CHRISTOPHER FAJARDO, Individually;
LOUIS FALANGA, Individually;
MICHAEL FALCO, Individually;
JAMES FALCONE, Individually;
JOSEPH FALCONE, Individually;
JOSEPH FALCONE, Individually;
MICHAEL FALCONE, Individually;
ANTHONY FALCONITE, Individually;
LAWRENCE FALISI, Individually;
KEN FALJEAN, Individually;
WILLIAM FALKENMAYER JR., Individually;
JAMES FALLER, Individually;
WILLIAM FALLON, Individually;
VINCENT FALSITTA, Individually;
SALVATORE FALZONE, Individually;
LAWRENCE FAMIGLIETTI, Individually;
FRED FANNING, Individually;
JOHN FARACCO, Individually;
JOSEPH FARELLA, Individually;
PAUL FARELLA, Individually;
THERESA FARELLO, Individually;
JOSEPH FARERI, Individually;
CARL FARGIONE, Individually;
DONNA FARIA, Individually;
ANTHONY FARINA, Individually;
SAL FARINO, Individually;
THOMAS FARINO, Individually;
ZOLTAN FARKAS, JR., Individually;
DENNIS FARLEY, Individually;
ROBERT FARLEY, Individually;
RAYMOND FAROUK, Individually;
CHARLES FARRELL, Individually;
CHRISTOPHER FARRELL, Individually;
DENNIS FARRELL, Individually;
GARY FARRELL, Individually;
HEIDI FARRELL, Individually;
JOHN FARRELL, Individually;
JOSEPH FARRELL, Individually;

KEVIN FARRELL, Individually;
RAYMOND FARRELL, Individually;
RAYMOND FARRELL, Individually;
RICHARD FARRELL, Individually;
TIMOTHY FARRELL, Individually;
JULIA FARRELL-PEACO, Individually;
KATHLEEN FARREN, Individually;
FRANCIS FARRINGTON, Individually;
SCOTT FARRINGTON, Individually;
CHRISTOPHER FASANO, Individually;
JOSEPH FASANO, Individually;
MELINDA FASANO, Individually;
PHILIP FASANO, Individually;
JOHN FASSARI, Individually;
VINCENT FATTO, Individually;
GIUSEPPE FATTORUSSO, Individually;
STEVEN FAUCETTE, Individually;
DERRICK FAULK, Individually;
JOHN FAUST, Individually;
WILLIAM FAVATA, Individually;
WILLIAM FAWCETT, Individually;
AFZAL FAZAL, Individually;
JAMES FAZIO, Individually;
JOSEPH FAZIO, Individually;
JAMES FEARON, Individually;
GREGORY FEASTER, Individually;
RONALD FEDE, Individually;
NICHOLAS FEDERICO, Individually;
MICHAEL FEDEROWSKI, Individually;
STEVEN FEDORCZUK, Individually;
KEVIN FEDYSZYN, Individually;
FRANCIS FEEHAN, Individually;
SEAN FEEHAN, Individually;
FRANCIS FEELEY, Individually;
JAMES FEENEY, Individually;
MARY ROSE FEENEY, Individually;
PAUL FEHLING, Individually;
KENNETH FEHN, Individually;
ANITA FEINSTEIN, Individually;
DAVID FEIT, Individually;
MILAN FEKETE, Individually;
LIONEL FELDER, Individually;
TAWANDA FELDER, Individually;
MICHAEL FELDMAN, Individually;
STEVEN FELDMAN, Individually;
DAVID FELDMANN, Individually;

CARMEN FELICIANO, Individually;
HENRY FELICIANO, Individually;
MYRTA FELICIANO, Individually;
RUSSELL FELICIANO, Individually;
ELIZABETH FELIX, Individually;
MIRIAM FELIX, Individually;
JOSEPH FELLE, Individually;
RICHARD FELLEGARA, Individually;
LOUIS FEMIA, Individually;
THOMAS FENECH, Individually;
JOSEPHINE FENG, Individually;
GERARD FENN, Individually;
ROBERT FENN, Individually;
DAVID FENTON, Individually;
CARMINE FEOLA, Individually;
ROBERT FERENCZI, Individually;
ANDRE FERGUSON, Individually;
DENENE FERGUSON, Individually;
ROSARIO FERLISI, Individually;
EFRAIN FERMAINT, Individually;
FRANCINE FERMAINT, Individually;
JOAO FERNANDES, Individually;
DANIEL FERNANDEZ, Individually;
DELIA FERNANDEZ, Individually;
HECTOR FERNANDEZ, Individually;
HECTOR FERNANDEZ, Individually;
JOHN FERNANDEZ, Individually;
JOSEPH FERNANDEZ, Individually;
WILLIAM FERNANDEZ, Individually;
JOSEPH FERNICOLA, Individually;
VITO FERNICOLA, Individually;
NICHOLAS FERRANDINO, Individually;
MARK FERRANOLA, Individually;
JOSEPH FERRANTE, Individually;
RONALD FERRANTE, Individually;
ALBERTO FERRARA, Individually;
ALESSANDRO FERRARA, Individually;
CHRISTOPHER FERRARA, Individually;
DANIEL FERRARA, Individually;
FRANK FERRARA, Individually;
NICHOLAS FERRARA, Individually;
PAULA FERRARA, Individually;
PETER FERRARA, Individually;
ROBERT FERRARA, Individually;
STEPHEN FERRARA, Individually;
WILLIAM III FERRARA, Individually;

VINCENT FERRARA, Individually;
RAYMOND FERRARI, Individually;
ANTHONY FERRARO, Individually;
ANTHONY FERRARO, Individually;
DENISE FERRARO, Individually;
DOMINICK FERRARO, Individually;
GUY FERRARO, Individually;
JACQUELINE FERRARO, Individually;
JAMES FERRARO, Individually;
CLARENCE FERRELL, Individually;
JAMES FERRELL, Individually;
JESUS FERRER, Individually;
MADELINE FERRER, Individually;
MARY ELLEN FERRIS, Individually;
LEO F. FERRITY, Individually;
PAUL J. FERRO, Individually;
RICHARD FERRO, Individually;
ANTHONY FERRONE, Individually;
CAROL FERTIG, Individually;
ROCCO FERTOLI, Individually;
ROCCO FERTOLI, Individually;
ROLAND FESEL, Individually;
KEITH FESTA, Individually;
VICTOR FIABANE, Individually;
JAMES FICO, Individually;
LEONARD FIDUCIA, Individually;
ANITA FIELDER, Individually;
IVAN FIGUEREDO, Individually;
ANGELO FIGUEROA, Individually;
DAVID FIGUEROA, Individually;
MARIE FIGUEROA, Individually;
MELISSA FIGUEROA, Individually;
MICHELLE FIGUEROA, Individually;
NEVILLA FIGUEROA, Individually;
RICARDO FIGUEROA, Individually;
RICHARD FIGUEROA, Individually;
ROBERT FIGUEROA, Individually;
LUZ FIGUEROA-FLORES, Individually;
ROBERT FILIPKOWSKI, Individually;
MICHAEL FILOMENA, Individually;
PIA FILOSA, Individually;
DAMIEN FILS-AIME, Individually;
MICHAEL FINA, Individually;
JOHN FINAMORE, Individually;
CORY FINK, Individually;
RUSSELL FINKELSON, Individually;

ROBERT FINKELSTEIN, Individually;
ANDREW FINN, Individually;
BRENDAN FINN, Individually;
JOSEPH FINN, Individually;
TERESA FINN, Individually;
EDWARD FINN, JR, Individually;
THOMAS FINNEGAN, Individually;
VINCENT FINNEGAN, Individually;
STEVEN FINNELL, Individually;
LORY FINOCCHIARO, Individually;
JOSEPH FINOCCHIO, Individually;
FRANK FIORE, Individually;
MICHAEL FIORE, Individually;
GLENN FIORELLA, Individually;
LOUIS FIORENTINO, Individually;
DAVID FIRPO, Individually;
CHRISTOPHER FISCHER, Individually;
GEORGE FISCHER, Individually;
LEE FISCHER, Individually;
PETER FISCINA, Individually;
STEPHEN FISH, Individually;
CARL FISHER, Individually;
TONY FISHER, Individually;
LINDA FISKE, Individually;
WILLIAM FITCHETT, Individually;
ANNA FITTIPALDI, Individually;
JOHN FITZGERALD, Individually;
JOHN FITZGERALD, Individually;
MICHAEL FITZGERALD, Individually;
THOMAS FITZGIBBON, Individually;
JAMES FITZGIBBONS, Individually;
JOHN FITZGIBBONS, Individually;
BRAIN FITZPATRICK, Individually;
BRENDAN FITZPATRICK, Individually;
BRODY FITZPATRICK, Individually;
DENNIS FITZPATRICK, Individually;
EDWARD FITZPATRICK, Individually;
JAMES FITZPATRICK, Individually;
MICHAEL FITZPATRICK, Individually;
PATRICK FITZPATRICK, Individually;
PATRICK FITZPATRICK, Individually;
SHAWN FITZPATRICK, Individually;
THOMAS FITZPATRICK, Individually;
THOMAS FITZPATRICK, Individually;
PATRICK FITZSIMMONS, Individually;
ROBERT FITZSIMMONS, Individually;

GLEN FIUMANO, Individually;
PAUL FIUMANO, Individually;
JOHN FLAHERTY, Individually;
JOSEPH FLAHERTY, Individually;
LAWRENCE FLAIM, Individually;
JASON FLAITZ, Individually;
JAMES B. FLANAGAN, Individually;
JAMES M. FLANAGAN, Individually;
SEAN FLANAGAN, Individually;
THOMAS FLANNERY, Individually;
JEFFREY FLEISCHMANN, Individually;
ROBERT FLEMING, Individually;
VALEN FLEMING, Individually;
VINCENT FLEMING, Individually;
THOMAS FLETCHER, Individually;
LINDA FLOCH, Individually;
JOE FLOOD, Individually;
KEVIN FLOOD, Individually;
RONALD FLOOD, Individually;
DANIEL FLORENCO, Individually;
DAVID FLORES, Individually;
LISANDRO FLORES, Individually;
MICHAEL FLORIE, Individually;
JOHN FLORIO, Individually;
JOSEPH FLORIO, Individually;
MICHAEL FLOWER, Individually;
ROXON FLOWERS, Individually;
NATHANIEL FLOYD, Individually;
NATHANIEL FLOYD, Individually;
TIMOTHY FLOYD, Individually;
ALEXIS FLYNN, Individually;
JOHN FLYNN, Individually;
PETER FLYNN, Individually;
RAYMOND FLYNN, Individually;
RICHARD FLYNN, Individually;
LORETTA FLYNN-MURPHY, Individually;
IGNAZIO FOCARINO, Individually;
WILLIAM FODER, Individually;
GREGORY FODOR, Individually;
GREGORY FODOR, Individually;
KEVIN FOGARTY, Individually;
FREDERICK FOGGY-ALEXANDER, Individually;
JAMES FOILES, Individually;
EUGENE FOLEY, Individually;
EUGENE FOLEY, Individually;
PATRICK FOLEY, Individually;

ROBERT FOLEY, Individually;
ROBERT R. FOLEY, Individually;
VINCENT FONDACARO, Individually;
DEWEY FONG, Individually;
MILTON FONG, Individually;
HERBERT FONSECA, Individually;
JOSEPH FONSECA, Individually;
RAYMOND FONTANA, Individually;
RICHARD FONTANES, Individually;
SAMUEL FONTANEZ, Individually;
ANGELA FONTE, Individually;
FIDEL FONTEBOA, Individually;
SERGE FONTUS, Individually;
PETER FOPEANO, Individually;
COURTNEY FORBES, Individually;
PETER FORCELLI, Individually;
ALAN FORCIER, Individually;
DARRYL FORD, Individually;
DONNELL FORD, Individually;
YOLANDA FORD, Individually;
THOMAS FORD, Individually;
ALFRED FORESTIER, Individually;
ALFRED FORESTIER, Individually;
FREDERICK FORGIONE, Individually;
AFSANA FORHAN, Individually;
GEORGE FORIS, Individually;
ARTHUR FORMAN, Individually;
ANTHONY FORMISANO, Individually;
JOSEPH FORNABAIO, Individually;
NICHOLAS FORNARIO, Individually;
MARSHA FORRESTER, Individually;
EDWARD FORSYTH, Individually;
WARREN FORSYTH, Individually;
ROBERT FORTE, Individually;
GARY FORTGANG, Individually;
CHARLES FORTIN, Individually;
JOSEPH FORTUNATO, Individually;
CHRISTINE FORTUNE, Individually;
LEANDRO FORTYZ, Individually;
PEDRO FORURIA, Individually;
MICHAEL FOSSATI, Individually;
VIRGIL FOSSATI, Individually;
JEFFERY R. FOSTER, Individually;
LAUREN FOSTER, Individually;
NOREEN FOSTER, Individually;
SCOTT FOSTER, Individually;

CHRISTINE FOTI, Individually;
RENE FOUCAUD, Individually;
ROBERT FOULKES, Individually;
JOHN FOURMAN, Individually;
ROY FOWLER, Individually;
BRIAN FOX, Individually;
JOEL FOX, Individually;
ROBERT FOX, Individually;
RUSSELL FOX, Individually;
THOMAS FOX, Individually;
SCOTT FOX, Individually;
EDWARD FOY, Individually;
RALPH FRAGAPANE, Individually;
MICHAEL FRAGIN, Individually;
RAPHAEL FRAGOLA, Individually;
ROBERT FRAGOLETTI, Individually;
DEE FRALEY, Individually;
ANTHONY FRANCA, Individually;
JEFF FRANCAN, Individually;
ELIZABETH FRANCESCHI, Individually;
MAYRA FRANCESCHINI, Individually;
CAROLYN FRANCIS, Individually;
CHARLES FRANCIS, Individually;
DONALD FRANCIS, Individually;
JAMES FRANCIS, Individually;
KENNETH FRANCIS, Individually;
KERVIN FRANCIS, Individually;
RENE FRANCIS, Individually;
CARLOS FRANCOIS, Individually;
SHELDON FRANCOIS, Individually;
DENNIS FRANK, Individually;
HARRY FRANK, Individually;
JOHANN FRANK, Individually;
MELVIN FRANKLIN, Individually;
THOMAS FRANKLIN, Individually;
MARK FRANKS, Individually;
MIRTA FRANQUI, Individually;
DONALD FRANZ, Individually;
JOHN FRANZA, Individually;
PETER FRANZI, Individually;
CHARLES FRANZO, Individually;
PETE FRANZONE, Individually;
FRANK FRAONE, Individually;
FRANK FRAONE, Individually;
SALVATORE FRASCA, Individually;
FRANK FRASCO, Individually;

MICHAEL FRASCO, Individually;
KEVIN FRASER, Individually;
NOEL FRASER, Individually;
VINCENT FRASER, Individually;
VICTOR FRED, Individually;
JERARDO FREDELLA, Individually;
GREGG FREDMAN, Individually;
JOSEPH FREELY, Individually;
ERIC FREEMAN, Individually;
RICHARD FREEMAN, Individually;
JAMES FREER, Individually;
JOHN FREER, Individually;
PETER FREER, Individually;
JULISSA FREMAINT, Individually;
ANTHONY FRESCA, Individually;
PETER FRESHOUR, Individually;
PHLLIP FRESSLE, Individually;
KEITH FREY, Individually;
RICHARD FREY, Individually;
THOMAS FREY, Individually;
JOHN FREYER, Individually;
MANUEL FREYTES, Individually;
VLADIMIR FRIDSON, Individually;
ADAM FRIED, Individually;
HENRY FRIED, Individually;
GREGG FRIEDENBERG-GERSON, Individually;
JACK FRIEDMAN, Individually;
JOSEPH FRISCIA, Individually;
LOUISE FRISCIA, Individually;
JONATHAN FRITZ, Individually;
CHARLES FRIZZIOLA, Individually;
GEORGE FROEHLICH, Individually;
RAYMOND FRONER, Individually;
JOSEPH FROSCH, Individually;
JOHN FRUGONE, Individually;
ALFREDO FUENTES, Individually;
ROBERT FUENTES, JR., Individually;
BRIAN FULLAM, Individually;
JAMES FULLAM, Individually;
JOHN FULLAM, Individually;
WILLIAM FULLAM, Individually;
ROY FULLER, Individually;
ANTHONY FUNARO, Individually;
ROSALYN FURER, Individually;
ROBERT FUREY, Individually;
JOSEPH FURLAN, Individually;

RAYMOND FUSCALDO, Individually;
ANDREA FUSCO, Individually;
GREGORY GABRIEL, Individually;
JOHN GABRIEL, Individually;
FRANK GACCIONE, Individually;
ALFRED GADDI, Individually;
GARY GADDIST, Individually;
CHRISTIAN GADOWSKI, Individually;
DAVID GAEBLER, Individually;
CHARLES GAFFNEY, JR., Individually;
MARK GAFUN, Individually;
JOSEPH GAGLIARDI, Individually;
JOSEPH GAGLIARDI, Individually;
MARTIN GAGLIARDI, Individually;
PAUL GAGLIO, Individually;
GEORGE GAGNON, Individually;
CHRISTOPHER GAHN, Individually;
FRANK GAIDE, Individually;
SHEILA GAILLARD, Individually;
CHARLIE GAINES, Individually;
EDDIE GAINES, Individually;
JOHN GAITO, Individually;
PARAMJIT GAKHAL, Individually;
JOSEPH GALANTE, Individually;
THOMAS GALATI, Individually;
VINCENT GALATRO, Individually;
DAVID GALBAN, Individually;
GABRIEL GALEANO, Individually;
GASPER GALIA, Individually;
EDMUND GALIANI, Individually;
JAVAN GALINDEZ, Individually;
BRIAN GALLAGHER, Individually;
CONAL GALLAGHER, Individually;
DAN GALLAGHER, Individually;
JOHN GALLAGHER, Individually;
MICHAEL GALLAGHER, Individually;
VINCENT GALLAGHER, Individually;
WILLIAM J. GALLAGHER, Individually;
MARIE GALLARDO, Individually;
JAMES GALLICCHIO, Individually;
ANTHONY GALLO, Individually;
ANTHONY J. GALLO, Individually;
BRIAN GALLO, Individually;
EUGENE GALLO, Individually;
UMBERTO GALLO, Individually;
VINCENT GALLO, Individually;

WILLIAM GALLO, Individually;
STEVEN GALUCCI, Individually;
MARIO GALVET, Individually;
JEROME GALVEZ, Individually;
CHARITY GALVEZ-OBERDIER, Individually;
JAMES GALVIN, Individually;
JOHN GALVIN, Individually;
THOMAS GALVIN, Individually;
RONALD GAMBLE SR., Individually;
DONALD GANDER, Individually;
RICHARD GANNON, Individually;
JOSEPH GANSAS, Individually;
TIMOTHY GANSROW, Individually;
BENNY GARAY, Individually;
ANGELO GARCI, Individually;
ANNE GARCIA, Individually;
DENISE GARCIA, Individually;
EDWIN GARCIA, Individually;
JAMES GARCIA, Individually;
JOAQUIN GARCIA, Individually;
JUNIOR GARCIA, Individually;
LEONARDO GARCIA, Individually;
MARCY GARCIA, Individually;
MARIO GARCIA, Individually;
NELSON GARCIA, Individually;
NELSON GARCIA, Individually;
NILSA GARCIA, Individually;
RICHARD GARCIA, Individually;
RICHARD GARCIA, Individually;
VIVIAN GARCIA, Individually;
JON GARDINER, Individually;
WILLIAM F. GARDNER, Individually;
MICHAEL GARGAN, Individually;
CARLO GARGANO, Individually;
GREGORY GARGISO, Individually;
ANDREW GARGIULO, Individually;
CARLO GARGIULO, Individually;
JAMES GARGIULO, Individually;
PAUL GARGIULO, Individually;
RANDY GARGIULO, Individually;
WAYNE GARGIULO, Individually;
CHRISTINE GARIPOLI, Individually;
ANTHONY GARITTA, Individually;
KEITH GARLEY, Individually;
JEFF GARNER, Individually;
JOHN GARNETT, Individually;

ANTHONY GAROFALO, Individually;
FRANK GAROFALO, Individually;
JOE GAROFALO, Individually;
JOHN GAROFALO, Individually;
NICHOLAS GAROFALO, Individually;
ROBERT GAROFALO, Individually;
SALVATORE GAROFALO, Individually;
KENNETH GARRETT, Individually;
JOSEPH GARRIO, Individually;
MICHAEL GARRIS, Individually;
LAURA GARRIS, Individually;
VERA GARRISON, Individually;
PAUL GARSIDE, Individually;
JOSEPH GARSKI, Individually;
RICHARD GARSON, Individually;
RICHARD GARSON, Individually;
ANTHONY GARVEY, Individually;
CURTIS GARVEY, Individually;
HADDEN GARVIN, JR., Individually;
MICHAEL GARZANITI, Individually;
ANTHONY GARZONE, Individually;
JOHN GATES, Individually;
CHERI GATLING, Individually;
ALBERT GATTI, Individually;
ANNA MARIA GATTI, Individually;
PAOLO GATTI, Individually;
GREGORY GATTO, Individually;
DAWN GATTO ESPADA, Individually;
PAVLOS GATZONIS, Individually;
PAMELA GAUCI, Individually;
DONNA GAUDINO, Individually;
DENNIS GAVAGHEN, Individually;
BRIAN GAVAN, Individually;
FRANCIS GAVIN, Individually;
LUISGUILLERMO GAVIROA, Individually;
JAMES GAWEL, Individually;
STEPHEN GAWRYCH, Individually;
ROBERT GAYER, Individually;
GARFIELD GAYLE, Individually;
JOHN GAYNOR, Individually;
J. FAYAH GBOLLIE, Individually;
GERARD GEARY, Individually;
VERNON GEBERTH, Individually;
ANGELIC GEDDIE, Individually;
EUGENE GEE, Individually;
CHRISTINE GEER, Individually;

ROLAND GEILING, Individually;
SALLY GEISEL, Individually;
LYUBOV GEKKER, Individually;
VINCENT GELOSO, Individually;
MANUEL GELPI, Individually;
PAUL GEMBS, Individually;
JOHN GEMIGNANI, Individually;
DOMINIC GENOVESE, Individually;
DEBORAH GENTILE, Individually;
GINA GENTILE, Individually;
STEVEN GENTILE, Individually;
FRANCINE GEOGHAN, Individually;
KEVIN GEOGHAN, Individually;
CHRISTOS GEORGE, Individually;
GARY GEORGE, Individually;
KENNETH GEORGE, Individually;
KEVIN GEORGE, Individually;
REENI GEORGE, Individually;
RICHARD GERACI, Individually;
CHARLES GERARD, Individually;
JOEL GERARDI, Individually;
JOHN GERARDI, Individually;
PAUL GERARDI, Individually;
PAUL GERASIMCZYK, Individually;
THOMAS GERBINO, Individually;
NIXALIZ GERENA, Individually;
ALBERT GERING, Individually;
BRUCE GERRIE, Individually;
JAMES GERRISH, Individually;
JOHN GERRISH, Individually;
YOLANDA GERRITSEN, Individually;
SETH GERSTEIN, Individually;
ROBERT GERSTEL, Individually;
DOUGLAS GERTZ, Individually;
JUDE GERVAIS, Individually;
DONALD GESSNER, Individually;
ELIZABETH GESUALDO, Individually;
SEAN GEZURIAN, Individually;
MEDHAT GHANEM, Individually;
RUBEN GHIGLIOTTY, Individually;
JOHN GIACCIO, Individually;
FRANK GIACOIO JR., Individually;
CHARLES GIACOMO, Individually;
DIANA GIACOMO, Individually;
RICHARD GIALLANZO, Individually;
ANGELO GIAMBOI, Individually;

GUY GIAMMATTEO, Individually;
RICHARD GIAMPAOLO, Individually;
PETER GIANFRANCESCO, Individually;
GUERINO GIANNATTASIO, Individually;
EDWARD GIANNELLI, Individually;
CHRISTOPHER GIANNETTI, Individually;
JOYCE GIANNOTTI, Individually;
ROBERT GIANOTTI, Individually;
CHARLES GIARDELLA, Individually;
RITA GIBBS, Individually;
WILLIAM GIBLIN, Individually;
BONNIE GIEBFRIED, Individually;
JOHN GIEBLER, Individually;
GEORGE GIERER, Individually;
MARK GIFFEN, Individually;
SALVATORE GIGANTE, Individually;
MICHAEL GIGANTI, Individually;
MARTHA GIL, Individually;
RANDOLPH GIL, Individually;
CLAUDIA GIL BARRANCO, Individually;
MITCHELL GILBERT, Individually;
CHARLES GILDERSLEEVE, Individually;
JOSEPH GILEZA, Individually;
DENNIS GILHOOLY, Individually;
JOHN GILHOOLY, Individually;
HAROLD GILL, Individually;
JAMES GILL, Individually;
JOHN GILL, JR., Individually;
STEVEN GILLAN, Individually;
ROBERT GILLEN, Individually;
BERTHONY GILLES, Individually;
JOHN GILLESPIE, Individually;
LINDA GILLESPIE, Individually;
ELMER GILLETT, Individually;
ELMER GILLETT, Individually;
VENNESSA GILLIAM-GRAY, Individually;
KEVIN GILLILAND, Individually;
BRYAN GILLIS, Individually;
COLEEN GILLIS, Individually;
RICHARD GIMBL, Individually;
MICHAEL GIMPEL, Individually;
JOSEPH GINLEY, Individually;
JOSEPH GINLEY, Individually;
ROBERT GIOIA, Individually;
DONATO GIORDANO, Individually;
JOHN GIORDANO, Individually;

NICHOLAS GIORDANO, Individually;
ROBERT GIORDANO, Individually;
THEODORE GIORDANO, Individually;
NICOLAS GIORGIANNI, Individually;
RALPH GIOVACCO, Individually;
ANTHONY GIOVANNEILLO, Individually;
MARTY GIOVINAZZO, Individually;
MICHAEL GIOVINAZZO, Individually;
REGINALD GIPSON, Individually;
JOHN GIRALDO, Individually;
DOMINIC GIRLANDO, Individually;
SUSAN GIROLAMO, Individually;
THOMAS GIRONDA, Individually;
STEVEN GITTER, Individually;
JOEL GITTINGS, Individually;
JOHN GIUNTA, Individually;
MARVIN GIUZIO, Individually;
STANLEY GIVENS, Individually;
BRIAN GLACKEN, Individually;
MICHAEL GLANDER, Individually;
THOMAS GLAPION, Individually;
ROBERT GLASHOW, Individually;
STEPHEN GLASSBERG, Individually;
THOMAS GLAUDINO, Individually;
WILLIAM GLEASON, Individually;
DONNA GLESSNER, Individually;
ALAN GLIBBERY, Individually;
LIAM GLINANE, Individually;
JOSEPH GLIOZZO, Individually;
KEVIN GLOCK, Individually;
DAMON GLOVER, Individually;
RICHARD GLOVER, Individually;
ISABEL GLOWACZ, Individually;
PETER GLOWACZ, Individually;
ROBERT GLUCK, Individually;
BRENDAN GLYNN, Individually;
SHAWN GLYNN, Individually;
JEROME GNALL, Individually;
STEVEN GODFREY, Individually;
MICHAEL GODFREY JR., Individually;
HEIDI GODOFF, Individually;
EUGENE GODWIN, SR., Individually;
ANTHONY GOETZ, Individually;
STEPHEN GOETZ, Individually;
JOSEPH GOFF, Individually;
JOSEPH GOFFIO, Individually;

ROBERT GOFFREDO, Individually;
THOMAS GOGARTY, Individually;
THOMAS J. GOGARTY, Individually;
MIKHEIL GOGSADZE, Individually;
RAYMOND GOLDBACH, Individually;
JASON GOLDBERG, Individually;
JAMES GOLDEN, Individually;
MICHAEL GOLDEN, Individually;
WADE GOLDEN, Individually;
SANDY GOLDFARB, Individually;
MICHAEL GOLDING, Individually;
ROBERT GOLDRICK, Individually;
ROBERT GOLDRICK, Individually;
BRUCE GOLDSTEIN, Individually;
MICHAEL GOLDSTEIN, Individually;
MARK GOLDWASSER, Individually;
ANTHONY GOLEMATIS, Individually;
DONALD GOLLER, Individually;
DOUGLAS GOLLER, Individually;
PAUL GOLTERMAN, Individually;
ABEL GOMES, Individually;
ALFRED GOMEZ, Individually;
JOSEPH GOMEZ, Individually;
LAUREN GOMEZ, Individually;
NEFTALI GOMEZ, Individually;
MARICELA GOMEZ-PINA, Individually;
MICHAEL GONA, Individually;
MICHAEL GONSIESKI, Individually;
ANTHONY GONZALEZ, Individually;
ANTONIO GONZALEZ, Individually;
DANNY GONZALEZ, Individually;
DAVID GONZALEZ, Individually;
DOMINGO GONZALEZ, Individually;
EDDIE GONZALEZ, Individually;
EDWARD GONZALEZ, Individually;
EDWIN GONZALEZ, Individually;
ENOCH GONZALEZ, Individually;
JAMIE GONZALEZ, Individually;
JAMIE A. GONZALEZ, Individually;
JOHNNY GONZALEZ, Individually;
MARIO GONZALEZ, Individually;
MARIO GONZALEZ, Individually;
MARIO GONZALEZ, Individually;
RAUL GONZALEZ, Individually;
RAYMOND GONZALEZ, Individually;
RAYMOND GONZALEZ, Individually;

SONIA GONZALEZ, Individually;
WILLIAM GONZALEZ, Individually;
EDWIN GONZALEZ, Individually;
JOSE GONZALEZ, Individually;
LOUIS GONZALEZ, Individually;
SEGUNDO GONZALEZ, Individually;
JOHN GOODE, Individually;
CHARLES GOODEN, Individually;
ELTON GOODING, Individually;
JORDAN GOODMAN, Individually;
MICHAEL GOODMAN, Individually;
CARTER GOODWIN, Individually;
WAYNE GOODY, Individually;
JAMES GORDON, Individually;
MARIA GORDON, Individually;
MILTON GORDON, Individually;
NEVILLE GORDON, Individually;
BARRY GORELICK, Individually;
RONALD R. GORI, Individually;
BRENDAN GORMAN, Individually;
GARY GORMAN, Individually;
GARY GORMAN, Individually;
JOHN GORMAN, Individually;
DOUGLAS GOROWAY, Individually;
ROLAND GORTON, Individually;
ALBERT GOTAY, Individually;
RICHARD GOULD, Individually;
ROBERT GOULD, Individually;
GOLANDA GOVAN, Individually;
DARIUSZ GRABIAS, Individually;
JERZY GRABIAS, Individually;
GALINA GRABOVSKY, Individually;
KEVIN GRACE, Individually;
ANGELO GRACI, Individually;
HELENE GRACI, Individually;
WILBERTO GRACIA, Individually;
JOHN GRADY, Individually;
MICHAEL GRADY, Individually;
JAMES GRAF, Individually;
RICHARD GRAF, Individually;
INEZ GRAHAM, Individually;
JANIS GRAHAM, Individually;
JESSICA GRAHAM, Individually;
ROSHELL GRAHAM, Individually;
JEFFREY GRAHN, Individually;
SCOTT GRAINER, Individually;

RICHARD GRAMOLINI, Individually;
CARMINE GRANATO, Individually;
VITO GRANATO, Individually;
MICHELLE GRANICK, Individually;
BRANDON GRANT, Individually;
JAMES GRANT, Individually;
THEODORE GRANT, Individually;
WILLIAM GRANT, Individually;
WILLIAM GRANT, Individually;
LARRY GRANT SR., Individually;
JOEL GRASMAN, Individually;
JOHN GRASSO, Individually;
ANTHONY GRAVANO, Individually;
JOSEPH GRAVANO, Individually;
VINCENT GRAVELLI, Individually;
ANTHONY GRAVES, Individually;
WILLIAM GRAVINA, Individually;
ANNETTE GRAY, Individually;
MICHAEL GRAY, Individually;
THOMAS GRAY, Individually;
THOMAS GRAY, Individually;
WILLIE GRAY, Individually;
JOHN GREANEY, Individually;
GEORGE GREAVES, Individually;
JOSEPH GRECO, Individually;
JOSEPH P. GRECO, Individually;
PAUL GRECO, Individually;
STEPHEN GRECO, Individually;
STEVEN GRECO, Individually;
ANDREW GREEN, Individually;
CHRISTOPHER GREEN, Individually;
DELROY A GREEN, Individually;
MICHAEL GREEN, Individually;
REGINA GREEN, Individually;
RICHARD GREEN, Individually;
JUNITA GREEN, Individually;
JOHANNA GREENBERG, Individually;
RONALD GREENBERG, Individually;
ANTHONY GREENE, Individually;
DOUGLAS GREENWOOD, Individually;
DOUGLAS GREENWOOD, Individually;
GARY GREER, Individually;
EDWARD GREGG, Individually;
ALEXIAN GREGORY, Individually;
CAROLE GREGORY, Individually;
DARREN GREGORY, Individually;

GARY GREGORY, Individually;
STEPHEN GREGORY, Individually;
STEPHEN M GREGORY, Individually;
THOMAS GREGORY, Individually;
JOHN GREGUS, Individually;
ROBERT GRELL, Individually;
ANTONIO GRELLA, Individually;
JOHN GRIBBIN, Individually;
JOHN GRIECI, Individually;
PETER GRIECO, Individually;
DARRYL GRIFFIN, Individually;
JAMES GRIFFIN, Individually;
KEVIN GRIFFIN, Individually;
WILLIAM GRIFFIN, Individually;
NATHANIEL GRIFFITH, Individually;
ROBERT GRIFFITH, Individually;
RIGO GRIGGS, Individually;
HENRY GRIGORIAN, Individually;
AURELIO GRILLO, Individually;
MARTIN GRILLO, Individually;
ROBERT GRILLO, Individually;
PAUL GRIMA, Individually;
FERNANDO GRIMALDI, Individually;
JOSEPHINE GRIMALDI, Individually;
PHILIP GRIMALDI, Individually;
RALPH GRIMALDI, Individually;
JAMES GRIMES, Individually;
WILLIAM GRIMES, Individually;
BRIAN GRISANTI, Individually;
JOHN GRISANTI, Individually;
GARY GRISOLIA, Individually;
BEN GRISSO, Individually;
JOHN GROELLY, Individually;
LONNIE GROENKE, Individually;
KENNETH GROF, Individually;
AL GROGAN, Individually;
JOHN GROGAN, Individually;
ROBERT GROGAN, Individually;
DANIEL GROGUL, Individually;
EDWARD GRONOWSKI, Individually;
MICHAEL GRONOWSKI, Individually;
ROBERT GROPPE, Individually;
CARL GROSS, Individually;
DAVID GROSS, Individually;
KENNETH GROSS, Individually;
SARAH GROSS, Individually;

LLOYD GROSSBERG, Individually;
BRUCE GROTH, Individually;
CRAIG GROTH, Individually;
ROBERT GROTH, Individually;
DUKE GROUDINE, Individually;
SHAJA GRUBMAN, Individually;
MEYER GRUMET, Individually;
MERIKE GRUNBAUM, Individually;
PINCHAS GRUNFELD, Individually;
BRIAN GRYNSZTAJN, Individually;
WANLING GU, Individually;
ANTHONY GUADAGNO, Individually;
ALAN GUARINO, Individually;
LEONARD GUARINO, Individually;
ARTHUR GUASTAMACCHIA, Individually;
PETER GUASTAMACCHIA, Individually;
MICHAEL GUEDES, Individually;
PETER GUELLA, Individually;
MARIVEL GUERRA, Individually;
AIZA GUERRERO, Individually;
ALFONSO GUERRERO, Individually;
GIOVANNY GUERRERO, Individually;
VINCENT GUERRIERA, Individually;
JULIE GUEVARA, Individually;
YEFRIM GUGELEV, Individually;
SCOTT GUGINSKY, Individually;
MICHAEL GUGLIELMO, Individually;
STEPHEN GUGLIELMO, Individually;
MICHAEL GUGLIELMONI, Individually;
VINCENT GUIDA, Individually;
MICHAEL GUIDICIPIETRO, Individually;
JOSEPH GUIDO, Individually;
PHILIP GUIDO, Individually;
JOSEPH GUIDONE, Individually;
PAUL GUIDONE, Individually;
VICTOR GUIDOTTI, Individually;
THOMAS GUILD, Individually;
THOMAS GUILD, Individually;
VINCENT GUINTA, Individually;
STEVEN GUISE, Individually;
GLEN GULICK, Individually;
FRANK GULLO, Individually;
GREGORY GULLY, Individually;
FRANK GULOTTA, Individually;
RAYMOND GUMB, Individually;
CARROL GUNISS, Individually;

PETER GUNN, Individually;
THOMAS GUNN, Individually;
FRANK GUNTHER, Individually;
DAVID GURIEL, Individually;
ANTHONY GURRERA, Individually;
ARNOLD GUSSIN, Individually;
ALBERT GUT, Individually;
MICHAEL GUTHY, Individually;
ESTHER GUTIERREZ, Individually;
ESTHER GUTIERREZ, Individually;
JORGE GUTIERREZ, Individually;
MARTHA GUTIERREZ, Individually;
MONICA GUTIERREZ, Individually;
RAFAEL GUTIERREZ, Individually;
DOUGLAS GUZMAN, Individually;
JOSE GUZMAN, Individually;
JUAN GUZMAN, Individually;
ANTHONY GUZZARDO, Individually;
VINCENT GUZZO, Individually;
JOHN HAANRAADTS, Individually;
BARRY HAAR, Individually;
RONALD HAAS, Individually;
DONALD HABERSAAT, Individually;
JOHN HACHADOORIAN, Individually;
HENRY HACHEMEISTER, Individually;
CHARLES HACK, Individually;
MICHAEL HACKETT, Individually;
MICHAEL HADDICAN, Individually;
JOSEPH HADDOCK, Individually;
STEPHEN HADE, Individually;
MORTEZA HADJI, Individually;
STEPHEN HAGAN, Individually;
CLAUDE HAGEN, Individually;
EDWARD HAGENMILLER, Individually;
JASON HAGER, Individually;
LISA HAGERMAN, Individually;
JAMES HAGGERTY, Individually;
RICHARD HAGGERTY, Individually;
ROBERT HAGGERTY, Individually;
ROBERT HAGGERTY, Individually;
JAMIE HAIGLER, Individually;
IRENE HAJISAVA, Individually;
DAVID HALASZ, Individually;
MICHAEL HALDERMAN, Individually;
MARIE HALE, Individually;
JAMES M. HALEY, Individually;

JAMES M. HALEY, Individually;
BRIDGET HALL, Individually;
CHERYL HALL, Individually;
GAIL HALL, Individually;
GARY HALL, Individually;
JACK HALL, Individually;
THOMAS HALL, Individually;
VINCENT HALL, Individually;
THALIA HALLENBECK, Individually;
JAMES HALLERAN, Individually;
JAMES HALLEY, Individually;
EILEEN HALLIGAN, Individually;
LESLIE HALPER, Individually;
JOHN HALPIN, Individually;
THOMAS HAMER, Individually;
CATHY HAMILL, Individually;
JAMES HAMILL, Individually;
KENNETH HAMILTON, Individually;
MARK HAMILTON, Individually;
ROBERT HAMILTON, Individually;
FREDERICK HAMMER, Individually;
LISA HAMMER, Individually;
JOLIE HAMNER, Individually;
JOSEPH HANDLEY, Individually;
MARK HANKIN, Individually;
GARY HANLEY, Individually;
JOHN HANLEY, Individually;
JOSEPH HANLEY, Individually;
THOMAS HANLEY, Individually;
THOMAS HANNAN, Individually;
DOUGLAS HANNON, Individually;
ROBERT HANNON, Individually;
ALBERT HANSEN, Individually;
KENNETH HANSEN, Individually;
MARK HANSEN, Individually;
MATTHEW HANSON, Individually;
MICHAEL HANSON, Individually;
SCOTT HANSON, Individually;
GARY HANSSEN, Individually;
EDWARD HARAGSIM, Individually;
STEPHEN HARDING, Individually;
BERNARD HARDY, Individually;
GERRY HARDY, Individually;
JOSEPH HARDY, Individually;
MICHAEL HARDY, Individually;
MAHENDRA HARIPERSAUD, Individually;

JAMES HARLEY, Individually;
RICHARD HARMON, Individually;
JEREMIAH HARNEY, Individually;
JOSEPH HARNISCHFEGER, Individually;
MARVIN HARPER, Individually;
MARY HARPER, Individually;
GARY HARRIGAN, Individually;
CHRISTOPHER HARRINGTON, Individually;
EARL HARRINGTON, Individually;
KIRK HARRINGTON, Individually;
SYDNEY EARL HARRINGTON, Individually;
THOMAS J. HARRINGTON, Individually;
GORDON HARRIS, Individually;
JOSEPH R HARRIS, Individually;
PHIL HARRIS, Individually;
RAYMOND HARRIS, Individually;
RICHARD HARRIS, Individually;
SHARON HARRIS, Individually;
TOMMY HARRIS, Individually;
VICTOR HARRIS, Individually;
WILLIAM HARRIS, Individually;
CHARLES HARRIS, Individually;
ANDREW HARRISON, Individually;
CARL HARRISON, Individually;
JAMES HARRISON, Individually;
PATRICIA HARRISON, Individually;
WILMER HARRISON, Individually;
KENNETH B. HARRY, Individually;
HARVIN HART, Individually;
JAMES HART, Individually;
JAMES R. HART, Individually;
MICHAEL HART, Individually;
FRANCIS HARTEN, Individually;
ROBERT HARTIE, Individually;
JAMES HARTIGAN JR., Individually;
MICHAEL HARTMAN, Individually;
JAMES HARTNETT, Individually;
ALAN HARTY, Individually;
MICHAEL HARTY, Individually;
GEORGE HARVEY, Individually;
PETER HARVEY, Individually;
MUKHTAR HASAN, Individually;
KENNETH HASKELL, Individually;
MURTAIN HASKIN, Individually;
ELI HASSINE, Individually;
SCOTT HASSLER, Individually;

GERARD HATZIDAKIS, SR., Individually;
DEMOSTHENES HATZOGLOU, Individually;
WILLIAM HAUBERT, Individually;
JOHN HAUGH, Individually;
SARAH HAUGHTON, Individually;
OTTO HAVEL III, Individually;
CHARLES HAVER, Individually;
GLENN HAWKINS, Individually;
JAMES HAY, Individually;
GERARD HAYDEN, Individually;
JEFFREY HAYDUK, Individually;
DARRELL HAYES, Individually;
JAMES HAYES, Individually;
KENNETH HAYES, Individually;
MICHAEL HAYES, Individually;
RICHARD HAYES, Individually;
ROBERT HAYES, Individually;
WILLIAM HAYES, Individually;
JOHN HAYES, IV, Individually;
DARRYL HAYNES, Individually;
DONALD HAYNES, Individually;
LEROY HAYNES, Individually;
STARSHIMA HAYNES, Individually;
WILLIAM HAYNES, Individually;
JAMIE HAZAN, Individually;
JAMES HEAL, JR., Individually;
DENNIS HEALY, Individually;
GLENN HEALY, Individually;
KARL HEALY, Individually;
KENNETH HEALY, Individually;
ROBERT HEALY, Individually;
THOMAS HEALY, Individually;
THOMAS HEALY, Individually;
DENNIS HEANEY, Individually;
KEVIN HEANEY, Individually;
GEORGE W. HEAR, Individually;
JOHN HEAR, Individually;
BRIAN HEARN, Individually;
DENNIS HEARNS, Individually;
PATRICIA HECKMAN, Individually;
GOENIA HECTOR-JOHNSON, Individually;
ADAM HEEGE, Individually;
JOHN HEER, Individually;
DONALD HEFFERN, Individually;
DONALD HEFFERN, Individually;
SUSAN KATHRYN HEFTI, Individually;

DONALD HEGARTY, Individually;
TIMOTHY HEIDRICH, Individually;
JOHN HEIGL, Individually;
BRUCE HEILWEIL, Individually;
EDWARD HEIM, Individually;
DANIEL J. HEISE, Individually;
ANTHONY HEITZ, Individually;
CLYDE HELLER, Individually;
TYRONE HELMER, Individually;
LOUIS HELSTROM, Individually;
RICHARD HEMBURY, Individually;
ROBERT HENDERSHOTT, Individually;
CAROL HENDERSON, Individually;
WILLIAM HENDERSON, Individually;
WILLIE B. HENDERSON, Individually;
DAVID HENDRICKSON, Individually;
LEE HENDRICKSON, Individually;
LYNN HENDRICKSON, Individually;
GEORGE HENGES, Individually;
FRANCIS HENGLEIN, Individually;
SEAN HENIHAN, Individually;
JOSEPH HENNELLY, Individually;
SUSAN HENNER, Individually;
SCOTT HENNESSY, Individually;
WILLIAM HENNESSY JR., Individually;
MICHAEL HENNIGAN, Individually;
GREGG HENNINGS, Individually;
ROBERT HENRI, Individually;
REGINALD HENRY, Individually;
JOHN HERBERT, Individually;
STEPHANIE HERBERT, Individually;
ADOLFO HEREDIA, Individually;
DONALD HERLIHY, Individually;
DEBORAH HERNAN, Individually;
ALEXIS HERNANDEZ, Individually;
ANTONIO HERNANDEZ, Individually;
CARLOS HERNANDEZ, Individually;
DIEGO HERNANDEZ, Individually;
EDIBERTO HERNANDEZ, Individually;
EDWIN HERNANDEZ, Individually;
EDWIN HERNANDEZ, Individually;
FRANK HERNANDEZ, Individually;
GLADYS HERNANDEZ, Individually;
JOHN HERNANDEZ, Individually;
JOHN HERNANDEZ, Individually;
JUAN HERNANDEZ, Individually;

LAURIE HERNANDEZ, Individually;
MAXINE HERNANDEZ, Individually;
MICHAEL HERNANDEZ, Individually;
PETER HERNANDEZ, Individually;
ROBERT HERNANDEZ, Individually;
SCOTT HEROLD, Individually;
FREDY HERRERA, Individually;
FREDY HERRERA, Individually;
GERARDO HERRERA, Individually;
DOROTHY HERRMANN, Individually;
THOMAS HERRMANN, Individually;
DOUGLAS HERSCH, Individually;
MINDY HERSH, Individually;
JEFF HESTNES, Individually;
SCOTT HEUER, Individually;
WALTER HEUSCHKEL, Individually;
MICHAEL HEVER, Individually;
JAMES HEWARD, Individually;
MICHAEL HEWSON, Individually;
BENTLEY HEYLIGER, Individually;
EUGENE HEYM JR., Individually;
GARY HEYMANN, Individually;
CHRIS HIBBERT, Individually;
LEONARD HIBBITTS, Individually;
PATRICK J. HICKEY, Individually;
THOMAS HICKEY, Individually;
JOSE LEROY HICKSON, Individually;
SAMUEL HIDALGO, Individually;
HEIDI HIGGINS, Individually;
JOSEPH HIGGINS, Individually;
MARY KAE HIGGINS, Individually;
PATRICK HIGGINS, Individually;
THERESE HIGGINS, Individually;
MICHAEL HILDERBRAND, Individually;
TAMMY HILEMAN, Individually;
ALEXANDER HILI, Individually;
GERALD HILL, Individually;
KAREN HILL, Individually;
PAMELA HILL, Individually;
RICHARD HILL, Individually;
ROBERT HILL, Individually;
STEVEN HILL, Individually;
WILLIE HILL, Individually;
WILLIAM HILLER, Individually;
MICHAEL HILLERT, Individually;
CHRISTOPHER HILLIER, Individually;

MICHAEL HINCHY, Individually;
CHRISTOPHER HINCKSON, Individually;
GERARD HINES, Individually;
JAMES HINES, Individually;
HENRY HINTON, Individually;
MICHAEL HINTZE, Individually;
GARY HIRST, Individually;
ROBERT HO, Individually;
MELANIE HOBSON, Individually;
DANIEL HOCHMAN, Individually;
JUDITH HOCKNELL, Individually;
KIM HODGE, Individually;
JOHN HODGENS, Individually;
JAMES HODGES, Individually;
JAMES HODGES, Individually;
ULFETA HODZIC, Individually;
PETER HOEFT, Individually;
STEVEN HOEK, Individually;
PHILIP HOENSCHEID, Individually;
WILLIAM HOERMANN, Individually;
BRIAN HOESL, Individually;
THOMAS HOEVER, Individually;
HELEN HOFFMAN, Individually;
JOHN HOFFMAN, Individually;
JUSTIN HOFFMAN, Individually;
WADE HOFFMANN, Individually;
LAWRENCE HOFLER, Individually;
PIA HOFMANN, Individually;
CHRISTOPHER HOGAN, Individually;
JOHN HOGAN, Individually;
KENNETH HOGAN, Individually;
RICHARD HOGAN, Individually;
THOMAS HOGAN, Individually;
WILLIAM HOGAN, Individually;
VERNON HOLDER, Individually;
BARBARA HOLLEY, Individually;
WAYNE HOLLEY, Individually;
CLIFFORD HOLLYWOOD, Individually;
GERALD HOLMES, Individually;
JAMES HOLMES, Individually;
SANDY HOM, Individually;
JOSEPH HONAN, Individually;
MYRLENE HONORE, Individually;
KEVIN HOOD, Individually;
CRAIG HOOVER, Individually;
JOHN HOPKINS, Individually;

ROBERT HOPKINS, Individually;
MATTHEW HOPP, Individually;
NANCY HOPP, Individually;
MARK HOPPE, Individually;
EDWARDS HORACE, Individually;
BRYAN J. HORAN, Individually;
MICHAEL HORAN, Individually;
PATRICK HORAN, Individually;
ROBERT HORAN, Individually;
TIMOTHY HORAN, Individually;
BRAD HORES, Individually;
WILLIAM HORGAN, Individually;
RONALD HORN, Individually;
GORMAN HORNER, Individually;
MICHAEL HORNUNG, Individually;
EDWARD HORODECKI, Individually;
DONALD HORSFIELD, Individually;
EDWARD HORTA, Individually;
JOHN HORTON, Individually;
JERRY HORTON, JR., Individually;
JOHN HORVATIS, Individually;
MICHAEL HOSEK, Individually;
CHARLES HOUCK, Individually;
MICHAEL HOULIHAN, Individually;
DANIEL HOURIHAN, Individually;
PRIMROSE HOUSEN, Individually;
ELLIOT HOUSTON, Individually;
RORY HOUTON, Individually;
ANDREA HOWARD, Individually;
DENNIS HOWARD, Individually;
JACQUELINE HOWARD, Individually;
JAMES HOWARD, Individually;
KERAN HOWARD, Individually;
STEVEN HOWARD, Individually;
KEVIN HOWE, Individually;
JEFFREY HOWELL, Individually;
KEITH HOWELL, Individually;
DAVID HOWLEY, Individually;
TODD M. HOYLE, Individually;
KURBAT HRISTOFF, Individually;
LEONARD HUBBARD, Individually;
DAVID EARLY HUBELBANK, Individually;
CHRISTOPHER HUBER, Individually;
EDWIN HUBERTS, Individually;
VANCEMARK HUDSON, Individually;
JOHN HUFNAGLE, Individually;

BRIAN HUGHES, Individually;
DARYL HUGHES, Individually;
DENISE HUGHES, Individually;
EDWARD HUGHES, Individually;
GEOFFREY HUGHES, Individually;
GORDON HUGHES, Individually;
JAMES HUGHES, Individually;
PAUL HUGHES, Individually;
ROBERT HUGHES, Individually;
ROBERT HUGHES, Individually;
TODD HUGHES, Individually;
HARRY HUGHES, Individually;
JAMES HUGHS, Individually;
JAMES HUIBREGTSE, Individually;
CECILIA HUKE-FOSS, Individually;
JAMES HULEJ, Individually;
HOWARD HULL, Individually;
EDWARD HULSER, Individually;
PAUL HUMPHREY JR., Individually;
ART HUMPHREYS, Individually;
PETER HUNCE, Individually;
FINLEY HUNT, Individually;
TATE HUNT, Individually;
ARLENE HUNTER, Individually;
KURT HUNTER, Individually;
MONIQUE HUNTER, Individually;
MONIQUE HUNTER, Individually;
JOHN HURLEY, Individually;
JOSEPH HURLEY, Individually;
RONALD HURREY, Individually;
ROBERT HUTCHINSON, Individually;
WALTER HYDE, Individually;
PAUL HYLAND, Individually;
LUCILLE IACOBELLI, Individually;
ROBERT IACOBELLI, Individually;
MICHAEL IANNARELLI, Individually;
MICHAEL IANNAZZO, Individually;
ROBERT IANNIELLI, Individually;
VINCENT IANNOTTA, Individually;
NICHOLAS IANNUZZELLI, Individually;
JOSEPH IAQUINTO, Individually;
STEVEN IAROCCI, Individually;
YURI ICHIHASHI, Individually;
GEORGE IDIART, Individually;
FRANK IDONE, Individually;
ANTHONY IESU, Individually;

ANTHONY IGNERI, Individually;
VIVIAN IGUINA, Individually;
MICHAEL ILIADIS, Individually;
PASQUALE ILLUZZI, Individually;
JOHN IMBORNONI, Individually;
THOMAS IMBORNONI, Individually;
NATALIE IMBURGIO, Individually;
SANDY IMHOFF, Individually;
MICHAEL IMMERSO, Individually;
MICHAEL IMPARATO, Individually;
WAYNE IMPERATI, Individually;
MICHAEL INCANTALUPO, Individually;
MICHAEL INCANTALUPO, Individually;
PAUL INCHIERCHIERA, Individually;
PETER INCLEDON, Individually;
CRISTOFORO INCORVAIA, Individually;
KEITH INDEDDI, Individually;
GREGORY INFANTE, Individually;
ALBERT INGENITO, Individually;
FRANK INGENITO, Individually;
FRANK INGOGLIA, Individually;
PAUL INGRAM, Individually;
JOHN INGVORDSEN, Individually;
THOMAS INMAN, Individually;
SYDNEY INNISS, Individually;
MICHAEL INNOCENTE, Individually;
THOMAS INSERRA, Individually;
JOSEPH INSERRA, JR., Individually;
ROBERT INTARTAGLIO, JR., Individually;
VINCENT IOCOVOZZI, Individually;
JOSEPH IORIO, Individually;
FRANK IOVINE, Individually;
FRANK IOVINE, Individually;
JAMES IOVINO, Individually;
MICHAEL IPPOLITO, Individually;
SALVATORE IPPOLITO, Individually;
EDWARD IRELAND, Individually;
EDWARD S. IRELAND, Individually;
ANTHONY IRIZARRY, Individually;
JIMMY ISAAC, Individually;
DANIEL ISCOVICI, Individually;
JOSEPH ISOLANO, Individually;
TRACY ITRI, Individually;
LUCIA ITURBIDES, Individually;
SUHA JABER, Individually;
ANTHONY JABLONSKI, Individually;

JOSEPH JABLONSKI, Individually;
DANIEL JACARUSO, Individually;
MATTHEW JACARUSO, Individually;
VICTOR JACKMAN, Individually;
AKIN JACKSON, Individually;
ANITA JACKSON, Individually;
ANTHONY JACKSON, Individually;
ANTHONY QUIAME JACKSON, Individually;
CHARLES JACKSON, Individually;
CURTIS JACKSON, Individually;
DANIEL A. JACKSON, Individually;
DENNIS JACKSON, Individually;
ERNEST JACKSON, Individually;
ERNEST JACKSON, Individually;
FLOYDELL JACKSON, Individually;
GEORGE JACKSON, Individually;
IVAN JACKSON, Individually;
JOSEPH JACKSON, Individually;
JULIE JACKSON, Individually;
KATHERINE JACKSON, Individually;
KEVIN JACKSON, Individually;
PAUL JACKSON, Individually;
RICHARD JACKSON, Individually;
COSMO JACKSON, Individually;
JAMES JACKSON, Individually;
THOMAS JACOB, Individually;
CHRISTOPHER JACOBELLIS, Individually;
JAMES JACOBS, Individually;
BRIAN JACOBSEN, Individually;
VICTOR LEE JACOBSEN, Individually;
PAUL JAEGER, Individually;
MIGUEL JAEN, Individually;
REBECCA JAEN, Individually;
GAYAH JAGDHARRY, Individually;
JOHN JAGODA, Individually;
WILLIAM JAHNS, Individually;
ABRAHAM JAMES, Individually;
ARIEL JAMES, Individually;
CHARLES JAMES, Individually;
ERNEST JAMES, Individually;
FRANK JAMES, Individually;
JOHN JAMES, Individually;
LENORE JAMES, Individually;
MATTHEW JAMES, Individually;
DEBORAH JAMES-BRYANT, Individually;
CATHY JANELLE, Individually;

BRIAN KEITH JANELLI, Individually;
WALTER JANKOWSKI, Individually;
WALTER JANKOWSKI, Individually;
MICHAEL JANNAZZO, Individually;
DOMINICK JANNETTI, Individually;
JOSEPH JANNIS, Individually;
RICHARD JAQUES, Individually;
MARK JARMEK, Individually;
JAGDESHWAR JASKARAN, Individually;
STEPHEN JASKIEWICZ, Individually;
MATTHEW J. JASKO JR., Individually;
LAWRENCE JASZCAR, Individually;
KEITH JAWOROSKI, Individually;
JEAN JEAN-BAPTISTE, Individually;
MARTIN JEDRZEJEWSKI, Individually;
MICHAEL JEFFREY, Individually;
GEORGE JELKS, Individually;
GREGORY JENKINS, Individually;
SAL JENKINS, Individually;
JAMES JENNINGS, Individually;
PETER JENSEN, Individually;
DANIEL JENTZ, Individually;
MARC JEROME, Individually;
STANLEY JESSAMINE, Individually;
KRISTOPHER JEZSEK, Individually;
DESMOND JHAGROO, Individually;
SHAHEEN JILANI, Individually;
EDIBERTO JIMENEZ, Individually;
JOSE JIMENEZ, Individually;
LUIS JIMENEZ, Individually;
ROBERTO JIMENEZ, Individually;
MICHAEL JIOIA, Individually;
ROBERT JOHANN, Individually;
D'AMORE JOHANNA, Individually;
ALICIA JOHN, Individually;
ERCELLE JOHN, Individually;
GREGORY JOHN, Individually;
JEFFREY JOHNS, Individually;
KEVIN JOHNS, Individually;
PAUL JOHNSEN, Individually;
AUSTIN JOHNSON, Individually;
BRIAN JOHNSON, Individually;
BRIAN JOHNSON, Individually;
BRUCE JOHNSON, Individually;
CAROLINE JOHNSON, Individually;
GARY JOHNSON, Individually;

GEORGE JOHNSON, Individually;
JAMES JOHNSON, Individually;
JAMES JOHNSON, Individually;
JOHNNY JOHNSON, Individually;
JOSEPH JOHNSON, Individually;
KEITH JOHNSON, Individually;
KEITH JOHNSON, Individually;
MARIE JOHNSON, Individually;
MICHAEL JOHNSON, Individually;
PAULETTE JOHNSON, Individually;
RONALD JOHNSON, Individually;
RONALD JOHNSON, Individually;
SAMUEL JOHNSON, Individually;
SCOTT JOHNSON, Individually;
SEAN JOHNSON, Individually;
SHELLY JOHNSON, Individually;
TRAMEL JOHNSON, Individually;
YVORA JOHNSON, Individually;
JUDITH JOHNSON- MAYO, Individually;
BRIAN JOHNSTON, Individually;
HAROLD JOHNSTON, Individually;
MARK JOHNSTON, Individually;
ROBERT JOHNSTON, Individually;
STEVEN JOHNSTON, Individually;
JOHN JOHNSTONE, Individually;
LEROY JONAS, Individually;
ADRIAN JONES, Individually;
ANDREW JONES, Individually;
ANTAR JONES, Individually;
ANTOINE JONES, Individually;
CAROL JONES, Individually;
DENNIS JONES, Individually;
EMMANUEL JONES, Individually;
EMMANUEL JONES, Individually;
FURANDA JONES, Individually;
JACQUELINE JONES, Individually;
JEFFREY JONES, Individually;
KEVIN JONES, Individually;
MICHAEL JONES, Individually;
RANDY JONES, Individually;
TREAVOR JONES, Individually;
BEVERLY JONES BECKLES, Individually;
DENITRA JONES-ALSTON, Individually;
HELENA JORDAN, Individually;
JOHN JORDAN, Individually;
JOSEPH E. JORDAN, Individually;

THOMAS JORDAN, Individually;
NIELS JORGENSEN, Individually;
ANDRE JOSEPH, Individually;
JAMES JOSEPH, Individually;
JERRY JOSEPH, Individually;
MICHAEL JOSEPH, Individually;
ALBERT JOSHUA, Individually;
CARL JOST, JR., Individually;
CONNIE JOYCE, Individually;
DANIEL JOYCE, Individually;
JAMES JOYCE, Individually;
JOHN JOYCE, Individually;
THOMAS JOYCE, Individually;
TIMOTHY JOYCE, Individually;
VINCENT JOYCE, JR., Individually;
BEN JUDGE, Individually;
TIMOTHY JULIAN, Individually;
SAVERIO JULIANO, Individually;
VINCENT JULIANO, Individually;
RODNEY JULIUS, Individually;
EUGENE JUNG, Individually;
NICHOLAS JUNTA, Individually;
JOHN JURANICH, Individually;
JOSEPH JURGENS, Individually;
KENNETH JURGENSEN, Individually;
KAZIMIERZ JURGIEL, Individually;
JAIME JUSTINIANO, Individually;
WILLIAM JUTT, Individually;
CHARLIE KACZOROWSKI, Individually;
ALEXANDRA        KAHERMANES-SCHWARTZ,
Individually;
BRIAN KAHN, Individually;
DIANE KAHN, Individually;
WAYNE KAIFLER, Individually;
SCOTT KAIN, Individually;
BRUCE KAISER, Individually;
JOEY KAISER, Individually;
GARY L. KAKEH, Individually;
ALAN KALISKY, Individually;
WILLIAM KALLETTA, Individually;
SALVATORE KALMETA, Individually;
JASON KALTER, Individually;
DONNA KAMALI, Individually;
GLENN KAMINSKY, Individually;
JOSEPH KAMMER, Individually;
ALLEN KANE, Individually;

GREGORY KANE, Individually;
JOHN KANE, Individually;
ROY KANE, Individually;
MICHAEL KANER, Individually;
JAY KAPLAN, Individually;
ESTHER KAPLOUN, Individually;
YEDIDA KAPLOUN, Individually;
THOMAS KARAKATSANIS, Individually;
KEITH KARANT, Individually;
PATRICE KARLINSKI, Individually;
SALIM KARNABY, Individually;
DANIEL KARP, Individually;
KENNETH KARP, Individually;
MICHAEL KARP, Individually;
RAYMOND KARPAVICIUS, Individually;
ANDRZEJ KARPOWICZ, Individually;
CLIFFORD KARTELL, Individually;
KONSTANTINA KASAPIDIS, Individually;
RONNIE KASSEL, Individually;
ANDREA KATSANAKOS, Individually;
CHRISTOPHER KATTOU, Individually;
JOAN KATZ, Individually;
STEPHEN KATZ, Individually;
LISA KATZMAN, Individually;
ROBERT KAUER, Individually;
THOMAS KAUFER, Individually;
DAVE KAUFMAN, Individually;
PATRICIA KAVANAGH, Individually;
BUFF KAVELMAN, Individually;
DAVID KAY, Individually;
JODI KAYE, Individually;
DAVID KAYEN, Individually;
JEROME KAZLAUSKAS, Individually;
MICHAEL KAZLAUSKAS, Individually;
MICHAEL KAZMIERCZAK, Individually;
EDWARD KEANE, Individually;
MICHAEL KEANE, Individually;
RICHARD KEANE, Individually;
ROBERT KEANE, Individually;
FRANK KEANE, Individually;
KEVIN KEANE, SR., Individually;
ANDRE KEARNEY, Individually;
ANDRE KEARNEY, Individually;
PATRICK KEARNEY, Individually;
TIMOTHY KEARNEY, Individually;
BRENDAN KEARNS, Individually;

GERARD KEARNS, Individually;
KENNETH KEARNS, Individually;
EDWARD KEARON, Individually;
SEAN KEARY, Individually;
ALLISON KEATING, Individually;
JOHN KEATING, Individually;
PATRICIA KEATING, Individually;
ROBERT KEATING, Individually;
DENNIS KEATING, Individually;
CLAUDE KEBBE, Individually;
WILLIAM KEEGAN, Individually;
DANIEL KEENAN, Individually;
JASON KEENAN, Individually;
JOSEPH KEENAN, Individually;
MICHAEL KEENAN, Individually;
GEORGE KEFALAS, Individually;
GERARD KEHM, Individually;
MYLES KEHOE, Individually;
MYLES KEHOE, Individually;
SEAN KEHOE, Individually;
HAROLD KEIL, Individually;
STEVEN KELBICK, Individually;
JAMES KELLEHER, Individually;
JOHN KELLEHER, Individually;
MATTHEW KELLEHER, Individually;
MICHAEL KELLEHER, Individually;
ANTHONY KELLER, Individually;
ANTHONY KELLER, Individually;
CHARLES KELLER, Individually;
GERARD KELLER, Individually;
MARK KELLER, Individually;
MARK KELLER, Individually;
JOHN KELLETT, Individually;
JILL KELLEY, Individually;
JOHN J. KELLEY, Individually;
MICHAEL KELLEY, Individually;
CURT KELLINGER, Individually;
BRIAN KELLY, Individually;
BRIAN STEPHEN KELLY, Individually;
DAVID KELLY, Individually;
EDWARD KELLY, Individually;
JAMES KELLY, Individually;
JOHN J. KELLY, Individually;
KEVIN B. KELLY, Individually;
KEVIN G. KELLY, Individually;
MARTIN KELLY, Individually;

PATRICK KELLY, Individually;
PATRICK KELLY, Individually;
PAUL KELLY, Individually;
ROBERT KELLY, Individually;
ROBERT E. KELLY, Individually;
STEVEN KELLY, Individually;
THOMAS KELLY, Individually;
THOMAS KELLY, Individually;
THOMAS KELLY, Individually;
THOMAS V. KELLY, Individually;
WILLIAM KELLY, Individually;
SCOTT KELLY, Individually;
WILLIAM KELLY, Individually;
DONALD KELLY JR., Individually;
ROBERT V. KELLY JR., Individually;
ROBERT V. KELLY JR., Individually;
MICHAEL KELSON, Individually;
RACHEL KEMELMAN, Individually;
RONALD KEMLY, Individually;
JAMES KEMP, Individually;
MICHELLE KEMP, Individually;
RICHARD KEMP, Individually;
ROBERT KEMPE, Individually;
MICHAEL KEMPER, Individually;
JEANNIE KEMPSON, Individually;
KEVIN KENNA, Individually;
KEVIN KENNA, Individually;
CYNTHIA KENNEDY, Individually;
EDWARD KENNEDY, Individually;
GERARD KENNEDY, Individually;
JOSEPH KENNEDY, Individually;
JOSEPH T. KENNEDY, Individually;
PATRICK KENNEDY, Individually;
STEVEN KENNEDY, Individually;
THOMAS KENNEDY, Individually;
JOHN KENNEDY, Individually;
JOHN KENNEDY, Individually;
MARGUERITE KENNEY, Individually;
RICHARD KENNEY, Individually;
DANIEL KENNY, Individually;
JAMES KENNY, Individually;
THERESA KENT-MOLLER, Individually;
TONG KENYON, Individually;
EDWARD KEOUGH, Individually;
MARISA KEOVILAYHONG, Individually;
DENNIS KERBIS, Individually;

JAMES KERLEY, Individually;
DENISE KERMODE, Individually;
RONALD KERNEY, Individually;
SHAWN KERRANE, Individually;
MICHAEL KESSLER, Individually;
ROBERT KEYS, Individually;
ZHORA KHAIMOV, Individually;
PUNKUJ KHAITAN, Individually;
RALPH KHEALIE, Individually;
SHAM KHERA, Individually;
JAMES KIELTY, Individually;
SCOTT KIENLE, Individually;
BERNARD KIERNAN, Individually;
HENRY KIERNAN, Individually;
RONALD KILBRIDE, Individually;
JOHN KILGEN, Individually;
JILL KILLEEN, Individually;
PETER KILLEEN, Individually;
THOMAS KILLEEN, Individually;
PETER KILLIAN, Individually;
MARTIN KILLMER, Individually;
DAVID KILROY, Individually;
THOMAS KILROY, Individually;
WOO DONG KIM, Individually;
JIMMY KIM FUNG LAU, Individually;
ANDREW KIME, Individually;
DAVID KIMMEL JR., Individually;
ANGELA KINAMORE, Individually;
CHRISTOPHER KING, Individually;
DANIEL KING, Individually;
DONALD KING, Individually;
DUDLEY KING, Individually;
EVAN KING, Individually;
EVAN KING, Individually;
JOHN KING, Individually;
JOHN KING, Individually;
JONATHAN KING, Individually;
JOSEPH KING, Individually;
PETER KING, Individually;
RONALD KING, Individually;
WILLIAM KING, Individually;
DARLENE      KINGSTON-FORMERLY      LASUSA,
Individually;
DONALD KINIERY, Individually;
ARTHUR KINLOCH, Individually;
MICHAEL KINLOCH, Individually;

WILLIAM KINSLEY, Individually;
CHRISTOPHER KINZEL, Individually;
JAMES KIRBY, Individually;
RONALD KIRCHNER, Individually;
FRED KIRK, Individually;
FRED KIRK, Individually;
MICHAEL KIRK, Individually;
BOB KIRSCHBERG, Individually;
PHILIP KIRSHNER, Individually;
STEVEN KIRSHOFF, Individually;
JAN KIRWAN, Individually;
ROBERT KIRWAN, Individually;
KAZUHIRO KISAICHI, Individually;
PATRICK KISSANE, Individually;
TIMOTHY KISSANE, Individually;
ETHAN KITZES, Individually;
GRETCHEN KLECKNER, Individually;
GLEN KLEIN, Individually;
PATRICK KLEIN, Individually;
JAY KLEINER, Individually;
JOHN KLESSERAHT, Individually;
MICHAEL KLIMCHAK, Individually;
GEORGE KLOUDA, Individually;
KEITH KLOUDA, Individually;
BRUCE KNAPKE, Individually;
ROBERT KNAPP, Individually;
GLENN KNATZ, Individually;
JAMES KNIGHT, Individually;
RANDALL KNIGHT, Individually;
JAMES KNIPS, Individually;
MARK KNIPSTEIN, Individually;
RICHARD KNOOP, Individually;
LINDA KNORPP, Individually;
WILLIAM KNOTH, Individually;
MICHAEL KNOX, Individually;
RONALD KOCHIE, Individually;
GERARD KOENIG, Individually;
JOHN KOHL, Individually;
JOHN KOHL, Individually;
JOSEPH KOHLHEPP, Individually;
SIMON KOK, Individually;
THOMAS KOLLAR, Individually;
CHRISTOPHER KOLLMEIER, Individually;
WILLIAM KOLMEL, Individually;
GLENN KOLONICS, Individually;
RICHARD KONECKO, Individually;

MICHAEL KONEFAL, Individually;
FRED KONOPKO, Individually;
JOHN KOPP, JR., Individually;
JAY KOPSTEIN, Individually;
MICHAEL KORABEL, Individually;
WILLIAM KORINEK, Individually;
TIMOTHY KORNBLUTH, Individually;
HOWARD KORNFELD, Individually;
SUSAN KORNHAUSER, Individually;
YEFIM KOROL, Individually;
THOMAS KORPAS, Individually;
MICHAEL KORSCH, Individually;
NAUM KOSIBOROD, Individually;
THOMAS KOSNIK, Individually;
MICHAEL KOSTELNIK, Individually;
DAVID KOSTER, Individually;
JOHN KOSTIDIS, Individually;
JOHN KOSTYNICK, Individually;
CHRYSOULA KOTSONIS, Individually;
RICHARD KOTULA, Individually;
ROBERT KOUBA, Individually;
STANISLAV KOVAC, Individually;
DONNA KOWALSKY, Individually;
JOSEPH KOWKABANY, Individually;
CHRISTOPHER KOZAK, Individually;
MICHAEL KOZAK, Individually;
GEORGE KOZLOWSKI, Individually;
RANDAL KRAFT, Individually;
RAYMOND KRAJCSOVICS, Individually;
KEVIN R KRAMER, Individually;
STEVEN KRAMER, Individually;
JIRI KRATKY, Individually;
JUDITH KRAUSS, Individually;
BRIAN KREBS, Individually;
ROBERT KREISS, Individually;
PETER KREMEROV, Individually;
MICHAEL KREMINS, Individually;
SCOTT KREMPLER, Individually;
LARRY KREPELA, Individually;
MATTHEW KREPIL, Individually;
ROBERT KREUZ, Individually;
GUY KRIEGEL, Individually;
JOHN KRILOVITCH, Individually;
KURT KROEPER, Individually;
FRANK KROPF, Individually;
THEODORE KROWL, Individually;

CHARLES KRUGLER, Individually;
CHRISTOPHER KRUPA, Individually;
CHRISTOPHER KUCHLER, Individually;
JAMES KUERNER, Individually;
NORMAN KUERNER, Individually;
MARK KUGLER, Individually;
DOUGLAS KUHN, Individually;
WILLIAM KUHRT, Individually;
MICHAEL KULL, Individually;
JOSEPH KUNZ, Individually;
CARLOS KUPER, Individually;
ROBERT KURKOWSKI, Individually;
MORRIS KURZ, Individually;
JOSEPH KUTCH, JR., Individually;
GEORGE KUZMA, Individually;
RICHARD KUZNIEWSKI, Individually;
THOMAS KWASNAZA, Individually;
WILLIAM KWASNICKI, Individually;
CHARLES LA BARBERA, Individually;
ROBERT LA ROCCO, Individually;
JOANN LABARBERA, Individually;
JOHN LABARBERA, Individually;
PETER LABARBERA, Individually;
RICHARD LABARBERA, Individually;
ROBERT LABAS, Individually;
VITO LABELLA, Individually;
LEONARD LABITA, Individually;
RAYMOND LACASSE, Individually;
JOSEPH LACHASE, Individually;
RAYMOND LACHHMAN, Individually;
ARTHUR LACKER, Individually;
CHARLES LACLAIR, Individually;
KEVIN LACLAIR, Individually;
PAUL LACY, Individually;
MICHAEL LADAGANA, Individually;
WILLIAM LADELL JR., Individually;
GENNADY LADYZHINSKY, Individually;
RICHARD LAFAUCI, Individually;
FRED LAFEMINA, Individually;
FRED LAFEMINA, Individually;
FRED LAFEMINA, Individually;
PATRICIA LAFEMINA, Individually;
DENNIS LAFFIN, Individually;
TIMOTHY LAFONTAINE, Individually;
ANGELO LAGANA, Individually;
PAUL LAGANI, Individually;

JUAN LAGO, Individually;
FRANK LAGRASSA, Individually;
CHRISTOPHER LAGRASTA, Individually;
BRIAN LAINE, Individually;
JOHN LAIOS, Individually;
MATTHEW LAIRD, Individually;
HEATHER LAKE, Individually;
JAMES LAKE, Individually;
ROBERT LAKE, Individually;
MITCHELL LAKS, Individually;
DAVID LAMAR, Individually;
PETER LAMARCH JR., Individually;
JAYNE LAMARCHE, Individually;
LANCE LAMAZZA, Individually;
ADAM LAMB, Individually;
DARREN LAMB, Individually;
HENRY LAMB, Individually;
TERESA LAMB, Individually;
MICHAEL LAMBERTI, Individually;
JOSEPH E. LAMBERTSON, Individually;
ADAM LAMBOY, Individually;
PAMELA LAMBRIGHT, Individually;
JOSEPH LAMICELA, Individually;
LAWRENCE LAMME, Individually;
WILLIAM LAMOTHE, Individually;
JAMES LANCIOTTI, Individually;
CHRISTOPHER LANDANO, Individually;
THOMAS LANDAU, Individually;
JOSEPH E. LANDY, Individually;
SCOTT LANE, Individually;
THOMAS LANE, Individually;
THOMAS S. LANE, Individually;
VERONICA LANE, Individually;
JILL LANESE, Individually;
BARTON LANG, Individually;
MARTIN LANG, Individually;
MARTIN LANG, Individually;
PAUL LANG, Individually;
JAMES LANGAN, Individually;
KEVIN LANGE, Individually;
KEVIN LANGE, Individually;
ELI LANGMAN, Individually;
CHARLES LANGONE, Individually;
ANGEL LANGUMAS, Individually;
HERIBERTO LANGUMAS DIAZ, Individually;
JOSEPH LANI, Individually;

PATRICK LANIGAN, Individually;
RALPH LANOCE, Individually;
STEVEN LANOCE, Individually;
JOHN LANTINO, Individually;
ALPHONSE LANZA, Individually;
EDWARD LANZA, Individually;
PATRICK LANZA, Individually;
PATRICK LANZA, Individually;
JOSEPH LAPAUGH, Individually;
WILLIAM LAPAUGH, Individually;
VINCENT LAPENTA, Individually;
THOMAS LAPP, Individually;
LISA LARANCUENT, Individually;
DANIEL LARKIN, Individually;
DANIEL LARKIN, Individually;
KEVIN LARKIN, Individually;
MICHAEL P. LARKO, Individually;
KENNETH LARM, Individually;
CHRISTOPHER LARNEY, Individually;
MARK LAROCCA, Individually;
PATRICK LAROTONDA, Individually;
CHERYL LARRIER, Individually;
MIGUEL LARROCA, Individually;
ALBERT LAST, Individually;
ROBERT LASTELLA, Individually;
JOHN LATANZIO, Individually;
RICHARD LATARGIA, Individually;
DOROTHY LATIMORE-HARP, Individually;
JOHN LATONA, Individually;
PAUL LATRONICA, Individually;
JAMES LAUER, Individually;
STEVEN LAVALLE, Individually;
JOHN LAVECCHIA, Individually;
SERGE LAVENTURE, Individually;
ANDREW LAVENZIANO, Individually;
THOMAS LAVERY, Individually;
JOSEPH LAVIANO, Individually;
JOSEPH LAVIANO, Individually;
JAMES LAVIN, Individually;
JOSEPH LAVIN, Individually;
GIUSEPPE LAVORE, Individually;
JOHN LAW, Individually;
MELVIN LAWLA, Individually;
CHERYL LAWRENCE, Individually;
FREDERICK LAWRENCE, Individually;
MARY LAWRENCE, Individually;

ROBERT LAWRENCE, Individually;
GERARD LAWSON, Individually;
JACK LAWSON, Individually;
SETH LAYNE, Individually;
JOHN LAYTON, Individually;
NICHOLAS LAZAR, Individually;
PETER LAZARE, Individually;
JOHN LAZZARO, Individually;
CHAD LEACH, Individually;
DENNIS LEAHY, Individually;
JOSEPH LEAHY, Individually;
JOSEPH LEAHY, Individually;
ROGER LEAHY, Individually;
WILLIAM A. LEAHY, JR., Individually;
MICHAEL LEAMY, Individually;
JOHN LEAR, Individually;
RAYMOND LEARD, Individually;
JAMES LEAVEY, Individually;
MICHAEL LEAVY, JR, Individually;
STEVEN LEBOTER, Individually;
ALAN LEBOW, Individually;
FRANKLIN LECHNER, Individually;
MICHAEL LECHNYK, Individually;
BARRY LECLAIR, Individually;
DAVID LECLAIRE, Individually;
MICHAEL-ANGE LECORPS, Individually;
MICHAEL-ANGE LECORPS, Individually;
LINDA LECROY, Individually;
THOMAS LEDUC, Individually;
CHRISTOPHER LEE, Individually;
CLARENCE LEE, Individually;
ISABELLA LEE, Individually;
JOHN LEE, Individually;
JOSEPH LEE, Individually;
LITTLE LEE, Individually;
MICHAEL LEE, Individually;
RICHARD LEE, Individually;
ROBERT T. LEE, Individually;
TIMOTHY LEE, Individually;
SANDRA LEE, Individually;
EDWARD CHARLES LEE JR., Individually;
SHANE LEFEBVRE, Individually;
GEORGE LEFLOCH, Individually;
GUILAINE LEGER-VARGAS, Individually;
RALPH LEGRAND, Individually;
SOTANUS LEGRAND, Individually;

YONGHUA LEI, Individually;
CARY LEIBOWITZ, Individually;
LESLIE LEIBOWITZ, Individually;
BERNARD LEICH, Individually;
PAUL LEICHT, Individually;
MARSHA LEICHUS, Individually;
FRANCIS J. LEIGHTON, Individually;
DOUGLAS LEIHBACHER, Individually;
WILLIAM LEITH, Individually;
GEORGE LEMBO, Individually;
JOSEPH LEMBO, Individually;
ROBERT LEMBO, Individually;
CHRISTOPHER LEMKE, Individually;
HOWARD LEMKIN, Individually;
DAVID LENDZIAN, Individually;
PAIGE LENER, Individually;
RICHARD LENGEFELD, Individually;
JOHN LENNON, Individually;
THOMAS LENNON, Individually;
THOMAS LENNON, Individually;
RICHARD LENTO, Individually;
BERTHA LEON, Individually;
JOHN LEON, JR., Individually;
DANIEL LEONARD, Individually;
JOHN LEONARD, Individually;
KENNETH LEONAS, Individually;
NATALE LEONE, Individually;
IO CHI LEONG, Individually;
ANTHONY LEONICK, Individually;
STEVEN LEPP, Individually;
SCOTT LEPRE, Individually;
SANFORD LERNER, Individually;
ERNEST LEROY, Individually;
HERMAN LEROY, Individually;
CAMILLE LESEUR, Individually;
RAYMOND LESHINGER, Individually;
THOMAS LESIAK, Individually;
CLEMENT LESPINASSE, Individually;
JOHN LESSEN, Individually;
SUZANNE LESTER, Individually;
ANTHONY LESTON, Individually;
MICHAEL LETO, Individually;
RAFFAELE LETTIERI, Individually;
KENNETH LEUCK, Individually;
KARL LEUDESDORFF, Individually;
JOHN LEVENDOSKY, Individually;

RICHARD LEVENSON, Individually;
MARK LEVINE, Individually;
JOHN LEVINESS, Individually;
ABRAHAM LEVINSON, Individually;
JENNIFER LEVOI, Individually;
GARY LEVY, Individually;
MARK LEVY, Individually;
MICHAEL LEWERY, Individually;
ANDY LEWIS, Individually;
DARRYL LEWIS, Individually;
EDDIE LEWIS, Individually;
EDWARD LEWIS, Individually;
HAZEL LEWIS, Individually;
JOHN LEWIS, Individually;
JOSEPH LEWIS, Individually;
KENNETH LEWIS, Individually;
LORI LEWIS, Individually;
MICHAEL LEWIS, Individually;
PATRICIA LEWIS, Individually;
RAYMOND LEWIS, Individually;
SHANNON LEWIS, Individually;
ELENA LEWIS-MOORE, Individually;
BRIAN LEYDEN, Individually;
WILLIAM LEYES, Individually;
RIMING LIAO, Individually;
MICHAEL LIBERATORE, Individually;
MICHAEL LIBERTAZZO, Individually;
FREDERICK LIBRERA, Individually;
IGNATIUS LICATO, Individually;
RONALD LICCIARDI, Individually;
JOHN LICHOTA, Individually;
DAVID LICHTENSTEIN, Individually;
SCOTT LIEBERZ, Individually;
MICHAEL LIEBMAN, Individually;
BERNARD LIES, Individually;
KEVIN LIGHTSEY, Individually;
VINCENT LIGOTTI, Individually;
VINCENT LIGOTTI, Individually;
LEWIS LILLA, Individually;
HOWARD LILLEY, Individually;
BRYAN LILLIS, Individually;
PETER LINARELLO, Individually;
BRUCE LINDAHL, Individually;
JOSEPH LINDEMANN, Individually;
LEIF LINDGREN, Individually;
JOSEPH LINDNER, Individually;

PETER LINDNER, Individually;
WILLIAM LINDQUIST, Individually;
MARY LINDSEY, Individually;
DARLEEN LINE, Individually;
ALFONSO LINEA, Individually;
CARLO LINEA, Individually;
DENNIS LINEHAN, Individually;
MARTIN LINEHAN, Individually;
RONALD LINGO, Individually;
ANDREW LINK, Individually;
FRANK LIOCE, Individually;
THOMAS LIOTTA, Individually;
KENNETH LIPARI, Individually;
JOHN LIPORI, Individually;
DAVID LIPPERT, Individually;
RONNIE LIPSON, Individually;
MARTIN LIPTAK, Individually;
JULIAN LIRA, Individually;
ARELIS LIRANZO, Individually;
ANTHONY LISCIO, Individually;
YEFRIM LISITSA, Individually;
RUSSELL LITCHULT, Individually;
JOSEPH LITRENTA, Individually;
JOHN LITTLES, Individually;
JERRY LIU, Individually;
FRANK LIUZZI, Individually;
DANIEL LIVELY, Individually;
ANNIE LIVEO, Individually;
NICHOLAS LIVERANI, Individually;
SALVATORE LIVIA, Individually;
TANYA LIVINGSTON, Individually;
LANCE LIZZUL, Individually;
ELENA LLANOS, Individually;
CHRISTOPHER LLOYD, Individually;
MAXINE LLOYD, Individually;
STEVEN LLOYD, Individually;
SALVATORE LOBELLO, Individually;
WILLIAM LOCHER, Individually;
RANDI LOCICERO, Individually;
LOUIS LOCONTE, Individually;
NEIL LODATO, Individually;
WINSTON LODGE, Individually;
DANIEL LOEB, Individually;
STEWART LOEB, Individually;
EDWARD LOEHMANN, Individually;
KARL LOEHMANN, Individually;

WILLIAM LOESCH, Individually;
LUKE LOFARO, Individually;
BETTY ANN LOFASO, Individually;
BRIAN LOFTUS, Individually;
DENNIS LOGAN, Individually;
JOHN LOGAN, Individually;
PATRICK LOGAN, Individually;
CRIS LOGUIDICE, Individually;
CHARLES LOHMANN, Individually;
ANTOINETTA LOMBARDI, Individually;
BERNARD LOMBARDI, Individually;
DAVID LOMBARDI, Individually;
HENRY LOMBARDI, Individually;
JOHN LOMBARDI, Individually;
JOSEPH LOMBARDI, Individually;
LOUIS LOMBARDI, Individually;
MICHAEL LOMBARDI, Individually;
PHILIP LOMBARDI, Individually;
STEPHEN LOMBARDI, Individually;
SUSAN LOMBARDI, Individually;
ANTHONY LOMBARDO, Individually;
MATTHEW LOMBARDO, Individually;
MICHAEL LOMBARDO, Individually;
ROBERT LOMBARDO, Individually;
GEORGE LONERGAN, Individually;
GEORGE LONERGAN, Individually;
JAMES LONG, Individually;
MICHAEL LONNBORG, Individually;
RONALD LONNBORG, Individually;
MICHAEL LONSKI, Individually;
THOMAS LOOMIS, Individually;
LARRY LOONIN, Individually;
PHILIP LOPA, Individually;
JOSEPH LOPANO, Individually;
DAVID LOPER, Individually;
WILSON LOPER, Individually;
RODERICK LOPERA, Individually;
CARLOS LOPES, Individually;
AMILCAR LOPEZ, Individually;
ANIBAL LOPEZ, Individually;
CESAR LOPEZ, Individually;
DAVID LOPEZ, Individually;
FELIX LOPEZ, Individually;
FRANK LOPEZ, Individually;
IRIS LOPEZ, Individually;
JAVIER LOPEZ, Individually;

LEYLA LOPEZ, Individually;
MANUEL LOPEZ, Individually;
MARIA LOPEZ, Individually;
MICHAEL LOPEZ, Individually;
PAUL LOPEZ, Individually;
VICTOR LOPEZ, Individually;
WILLIAM LOPEZ, Individually;
WILSON LOPEZ, Individually;
RAFAEL LOPEZ JR., Individually;
ROBERT LOPEZ, JR., Individually;
MICHAEL LOPORCARO, Individually;
FRANK LOPRESTI, Individually;
JOSEPH LORE, Individually;
FRANK LORELLI, Individually;
MARISIN LORENZO, Individually;
RICHARD LORUSSO, Individually;
FRANK LOSAURO, Individually;
MICHAEL LOSCALZO, Individually;
THOMAS LOSQUADRO, Individually;
GEORGE LOTITO, Individually;
MARK LOTITO, Individually;
STEPHEN LOTITO, Individually;
MICHAEL LOUGHERY, Individually;
EUGENE LOUGHLIN, Individually;
DONNA LOUGHRAN, Individually;
JOSEPH LOUGHRAN, Individually;
KEVIN LOUGHRAN, Individually;
VINCENT LOUIS, Individually;
ROBERT LOURENCO, Individually;
CHRISTOPHER LOVE, Individually;
STEPHEN LOVE, Individually;
THOMAS LOVE, Individually;
BARBARA LOVELL, Individually;
KENNETH LOVELL, Individually;
SERGIO LOVERA, Individually;
STEVEN LOVERGINE, Individually;
JAMES LOVETT, Individually;
JOHN LOVETT, Individually;
MARY ROSE LOVING, Individually;
RONALD LOWE, Individually;
JOHN LOYER, Individually;
GUILLERMO LOZANO, Individually;
STEVEN LUBRINO, Individually;
JOHN LUCAS, Individually;
MARK LUCAS, Individually;
RAFAEL LUCAS, Individually;

EDWARD LUCIANI, Individually;
WILLIAM LUCIANI, Individually;
DAVID J. LUCIANO, Individually;
MICHAEL LUCIANO, Individually;
RICHARD LUCIFERO, Individually;
GARY LUCK, Individually;
PETER LUCKSAVAGE, Individually;
LOUIS LUGERO, Individually;
EDGAR LUGO, Individually;
GLENN LUGO, Individually;
RONNIE LUGO, Individually;
GEORGE LUJACK, Individually;
RICHARD LUKASIEWICZ, Individually;
DIANA LUKE, Individually;
LAWRENCE LUKENDA, Individually;
MICHAEL LUKOWSKI, Individually;
TODD LUM, Individually;
SALVATORE LUMIA, Individually;
KUJTIM LUMNICA, Individually;
ERIKA LUNA, Individually;
JEREMIAH LUNDGREN, Individually;
GARY LUNDY, Individually;
THOMAS LUNIEWSKI, Individually;
DENNIS LURIA, Individually;
BRIAN LUSTENRING, Individually;
EDWARD LUSTER, Individually;
ADAM LUTFI, Individually;
WILLIAM LUTZ, Individually;
BRIAN LYDON, Individually;
JOHN LYDON, Individually;
PATRICK LYDON, Individually;
DANIEL LYNAUGH, Individually;
BRIAN LYNCH, Individually;
DENNIS LYNCH, Individually;
JOHN LYNCH, Individually;
JOHN LYNCH, Individually;
KEVIN LYNCH, Individually;
MICHAEL LYNCH, Individually;
RICHARD LYNCH, Individually;
RONALD LYNCH, Individually;
WILLIAM LYNCH, Individually;
CURTIS LYNCH, Individually;
KAREN LYON, Individually;
CHARLES LYONS, Individually;
CHRISTOPHER LYONS, Individually;
JAMES LYONS, Individually;

JAMES LYONS, Individually;
JOHN LYONS, Individually;
KIM LYONS, Individually;
THOMAS LYONS, Individually;
CHRISTIAN LYSY, Individually;
KEVIN MAAS, Individually;
ALESSANDRO MACALUSO, Individually;
ANTHONY MACALUSO, Individually;
GIOACCHINO MACALUSO, Individually;
JOSEPH MACALUSO, Individually;
LEONARD MACALUSO, Individually;
PATRICK MACALUSO, Individually;
SCOTT MACCASKILL, Individually;
PAUL MACCHIA, Individually;
ALFRED MACDONALD, Individually;
MICHAEL MACDONALD, Individually;
ONIEL MACHADO, Individually;
BERNICE MACHIN, Individually;
NEIL MACINTYRE, Individually;
NEIL MACINTYRE, Individually;
ALBERT MACK, Individually;
CHAUNDOLYNE MACK, Individually;
ERNEST MACK, Individually;
MARK MACK, Individually;
ROBERT MACKAY, Individually;
EDWARD MACKEY, Individually;
MATTHEW MACKITTRICK, Individually;
ELISSA MACKLIN, Individually;
KENNETH MACLANE, Individually;
WILLIAM MACSWEENEY, Individually;
ERASMO MADDALENA, Individually;
CLIVE MADDEN, Individually;
CLIVE MADDEN, Individually;
CLIVE MADDEN, Individually;
ROBERT MADDEN, Individually;
JAISHREE MADHOK, Individually;
DONALD MADLIK, Individually;
FRANK MADONNA, Individually;
ANTHONY MAFARO, Individually;
JOSEPH MAGANZA, Individually;
STEPHEN MAGARINE, Individually;
RAYFORD MAGEE, Individually;
DOMINICK MAGGIORE, Individually;
PAUL MAGNERI, Individually;
CONNIE MAGNUS, Individually;
CHARLES MAGRATH, Individually;

DANIEL MAGRINO, Individually;
ROBERT MAGRINO, Individually;
DONALD MAGUIRE, Individually;
JAMES MAGUIRE, Individually;
PAUL MAGUIRE, Individually;
PETER MAGUIRE, Individually;
VISHNU MAHARAJ, Individually;
LYDIA MAHASE, Individually;
JAMES MAHER, Individually;
JOHN MAHER, Individually;
SCOTT MAHER, Individually;
STACEY MAHER, Individually;
RONALD MAHIEU, Individually;
EUGENE J. MAHLSTADT, Individually;
DANIEL MAHONEY, Individually;
ROBERT MAHONEY, Individually;
THOMAS MAHONEY, Individually;
WILLIAM MAHONEY, Individually;
ANTHONY MAIELLO, Individually;
FRED MAIELLO, Individually;
JEROME MAIER, Individually;
ROBERT MAINI, Individually;
GERRARD MAIORANA, Individually;
FRANK MAISANO, Individually;
RYAN MAISEL, Individually;
RAUL MAISONET, JR., Individually;
CORNELIA MAJOR, Individually;
ANDRE MAJORS, Individually;
GLENN MAKUCH, Individually;
EDGAR MALAVE, Individually;
KELVIN MALAVE, Individually;
OMAR MALAVE, Individually;
ALAN MALDONADO, Individually;
EDDIE MALDONADO, Individually;
NARCISO MALDONADO, Individually;
BRIAN MALEY, Individually;
JOHN MALLEY, Individually;
PATRICK MALLOY, Individually;
RICHARD MALLOY, Individually;
BAUDON MALMBECK, Individually;
ANTHONY MALONE, Individually;
JAMES MALONE, Individually;
KATHLEEN MALONE, Individually;
MICHAEL MALONE, Individually;
ROBERT MALONE, Individually;
SEAN MALONE, Individually;

WALTER MALONE, Individually;
CHRISTOPHER MALONEY, Individually;
DANIEL MALONEY, Individually;
DAVID MALONEY, Individually;
DENIS MALONEY, Individually;
MICHAEL MALONEY, Individually;
PATRICK MALONEY, Individually;
THOMAS MALONEY, Individually;
PATRICK MALONEY, Individually;
TIMOTHY MALSON, Individually;
LEONARD MALTESE, Individually;
LANCE MALY, Individually;
EDWARD MAMET, Individually;
JAMES MAMMES, Individually;
MARC MANARA, Individually;
DEONARINE MANBODH, Individually;
DAVID MANCINI, Individually;
RONALD MANCINI, Individually;
STEPHEN MANCINO, Individually;
VINCENT MANCO, Individually;
ARTHUR MANCUSIE, Individually;
RICH MANCUSO, Individually;
ALEN MANDEL, Individually;
CURTIS MANDOSKE, JR., Individually;
RALPH MANENTE, Individually;
RALPH MANENTE, Individually;
MICHAEL MANFRA, Individually;
JOHN MANGAN, Individually;
CHRISTOPHER MANGELS, Individually;
WILLIAM MANGIA, Individually;
WILLIAM MANGIA, Individually;
GARY MANGIAPIA, Individually;
EDWIN MANGUAL, Individually;
THOMAS MANGUS JR, Individually;
BEN MANIACI, Individually;
KELVIN MANIGAULT, Individually;
RICHARD MANION, Individually;
CHARLES MANISCALCO, Individually;
RAYMOND MANISCALCO, Individually;
CYRUS MANLEY, Individually;
BRAD MANN, Individually;
JOHNNY MANN, Individually;
WALTER MANN, Individually;
GARY MANNINA, Individually;
ROBERT MANNINA, Individually;
EILEEN MANNING, Individually;

JAMES MANNING, Individually;
STEPHEN MANNING, Individually;
CAROL MANNINO, Individually;
JOSEPH MANNINO, Individually;
VITO MANNINO, Individually;
FRANCESCO MANNO, Individually;
JEFFREY MANNO, Individually;
ALFRED MANNS, Individually;
DANIEL MANOCHIO, Individually;
STEPHEN MANSFIELD, Individually;
ANTHONY MANTELLINO, Individually;
JOHN MANTHEY, Individually;
CHRISTOPHER MANZI, Individually;
DOMINICK MANZI, Individually;
JOHN A. MANZIONE, Individually;
MICHAEL MANZOLILLO, Individually;
ELIE MAOR, Individually;
NEVILLE MARAGH, Individually;
SCOTT MARAIO, Individually;
LARRY MARAJ, Individually;
VINCENT MARALDO, Individually;
DIANE MARANI, Individually;
JOHN MARANO, Individually;
JOHN MARANO, Individually;
MICHAEL MARANO, Individually;
DOMINICK MARANZANO, Individually;
FELIPE MARCANO, Individually;
SALVATORE MARCHESE, Individually;
MICHAEL MARCHIONE, JR., Individually;
ANTHONY MARCHITELLI, Individually;
JOSEPH MARCHITELLI, Individually;
VINCENT MARCIANO, Individually;
EDMOND MARCOUX, Individually;
ANTHONY MARDEN, Individually;
STANLEY MARDULA, Individually;
JUDY MAREINISS, Individually;
JOSEPH MARESCA, Individually;
JOSEPH MARESCA, Individually;
MONIKA MARESCA, Individually;
DAVID MARGULES, Individually;
ANN MARGULIS, Individually;
LINDA MARIE, Individually;
LUZ MARINA-MARTINEZ, Individually;
DANIEL MARINE, Individually;
MICHAEL MARINELLO, Individually;
GERARD MARINI, Individually;

ROBERT MARINI, Individually;
DEAN MARINO, Individually;
LOUIS MARINO, Individually;
MICHAEL MARINO, Individually;
STEPHEN MARINO, Individually;
TED MARINO, Individually;
THOMAS MARINO, Individually;
MICHAEL MARINO, Individually;
JOHN P. MARIOTTI, Individually;
ANDREW MARK, Individually;
CHRISTOPHER MARKEVICH, Individually;
PAUL MARKOWITZ, Individually;
JOHN MARKS, Individually;
NINA MARKS, Individually;
THOMAS MARKS, Individually;
LAWRENCE MARLEY, Individually;
STEVEN MARLEY, Individually;
GARY MARMARO, Individually;
CARMEN MARMOLEJOS, Individually;
GEOVANNY MARMOLEJOS, Individually;
JOHN MARONE, Individually;
PAUL MAROTTA, Individually;
JOSEPH MAROTTA, Individually;
LUIS MARQUEZ, Individually;
ANTHONY MARRAZZO, Individually;
CHRISTOPHER MARRAZZO, Individually;
PAUL MARREN, Individually;
DAVID MARRERO, Individually;
ERIC MARRERO, Individually;
FERMIN MARRERO, Individually;
JOSE MARRERO, Individually;
ROBERT MARRERO, Individually;
ROXANNE MARRERO, Individually;
ADRIAN MARRERO JR., Individually;
DAVID MARRONE, Individually;
RICHARD MARRONE, Individually;
JEFFREY MARROW, Individually;
GEORGE MARSH, Individually;
ROBERT MARSHALL, Individually;
RONALD MARSHALL, Individually;
FRED MARSILLA, Individually;
LUIS MARTE, Individually;
MICHAEL MARTELLI, Individually;
JOSEPH MARTELLO, Individually;
JULIANNE MARTELLO, Individually;
LAURA MARTELLO, Individually;

HENRY MARTELLY, Individually;
ROBERT MARTENS, Individually;
NICOLAS MARTI, Individually;
RONALD MARTI, Individually;
BRUCE DAVID MARTIN, Individually;
CHARLES MARTIN, Individually;
FRAN MARTIN, Individually;
GEORGE MARTIN, Individually;
JOHN MARTIN, Individually;
KEVIN MARTIN, Individually;
MARK MARTIN, Individually;
RICHARD MARTIN, Individually;
ROBERT MARTIN, Individually;
SEAN MARTIN, Individually;
SYDNEY MARTIN, Individually;
VINCENT MARTIN, Individually;
WILLIAM MARTIN, Individually;
WILLIAM MARTIN, Individually;
WILLIAM MARTIN, Individually;
CHRISTIAN MARTIN, Individually;
MARTIN MARTINDALE, Individually;
ALEX MARTINEZ, Individually;
ALFONSO MARTINEZ, Individually;
ANDRES MARTINEZ, Individually;
ANNETTE MARTINEZ, Individually;
CARLOS MARTINEZ, Individually;
CHARLES MARTINEZ, Individually;
DAVID MARTINEZ, Individually;
DAVID MARTINEZ, Individually;
DOMINGO MARTINEZ, Individually;
EDDY MARTINEZ, Individually;
EDWARD MARTINEZ, Individually;
EDWIN MARTINEZ, Individually;
ELIZABETH MARTINEZ, Individually;
FRANK MARTINEZ, Individually;
HECTOR MARTINEZ, Individually;
ISRAEL MARTINEZ, Individually;
JIMMY MARTINEZ, Individually;
JOSE MARTINEZ, Individually;
RICHARD MARTINEZ, Individually;
STACIA MARTINEZ, Individually;
STEVEN MARTINEZ, Individually;
WILLIAM MARTINEZ, Individually;
WILLIAM MARTINEZ, Individually;
VICTOR MARTINEZ, Individually;
ANTONIO MARTINO, Individually;

ROBERT MARTINO, Individually;
ROBERT MARTIRANO, Individually;
VINCENT MARTIRE, Individually;
MICHAEL MARTORANA, Individually;
JOHN MARTUCCI, Individually;
RICHARD MARUCHEAU, Individually;
JUSTIN MARVUL, Individually;
WAYNE MARX, Individually;
RICHARD MASCARO, Individually;
ANTHONY MASCIA, Individually;
CHRISTOPHER MASEFIELD, Individually;
WILLIAM MASERONI, Individually;
LOUIS MASINO, Individually;
LAWRENCE MASON, Individually;
NICHOLAS MASSAB, Individually;
DANIEL MASSANOVA, Individually;
FRANCINE MASSARI, Individually;
JOHN MASSAROTTI, Individually;
JOHN MASSERIA, Individually;
JOSEPH MASTERS, Individually;
CHARLES MASTERSON, Individually;
GUY MASTRANDE, Individually;
SCOTT MASTRELLI, Individually;
LEONARD MASTROGIACOMO, Individually;
JOHN MASTROROCCO, Individually;
MARC MASTROS, Individually;
ANDREW MASTROTA, Individually;
ROBERT MASUCCI, Individually;
JOSEPH MASULLO, Individually;
NARCISO MASUTTI, Individually;
JORGE MATEO, Individually;
PAULINO MATEO, Individually;
BOBBIE MATHEW, Individually;
JOAQUIN MATHEW, Individually;
PERUMAL MATHEW, Individually;
WILLIE MATHIS, Individually;
EDWIN MATIAS, Individually;
CHRISTOPHER MATISHEK, Individually;
JAMES MATISHEK, Individually;
KEVIN MATNEY, Individually;
AGUSTIN MATOS, Individually;
CONRAD MATOS, Individually;
MANUEL MATOS, Individually;
MARILYN MATOS, Individually;
MIGUEL MATOS, Individually;
RAMON MATOS, Individually;

LUIS MATOS III, Individually;
THOMAS MATOVIC, Individually;
RICHARD MATTALIANO, Individually;
ANTHONY MATTEO, Individually;
DANIEL MATTEO, Individually;
MARK MATTHES, Individually;
JOSEPH MATTIELLO, Individually;
GREGG MATTINGLY, Individually;
KAREN MATTIOLO, Individually;
PHILIP MATTIOLO, Individually;
ANTHONY MATTONE, Individually;
MARIO MATULICH, Individually;
DOMINICK MATURO, Individually;
DAVID MAUCHER, Individually;
JOHN MAUGERI, Individually;
FERDINAND MAURELLI, Individually;
KURT MAURER, Individually;
GARRY MAURICE, Individually;
MICHAEL MAURICE, Individually;
DOMINIC MAURO, Individually;
JOSE MAWYIN, Individually;
JOHN MAXCY, Individually;
BRIAN MAXWELL, Individually;
KEVIN MAXWELL, Individually;
MARILYN MAXWELL, Individually;
SHAWN MAY, Individually;
JOSEPH MAYDWELL, Individually;
CHOJONE MAYE, Individually;
DANIEL MAYE, Individually;
KEVIN MAYE, Individually;
MICHAEL MAYE, Individually;
JOSEPH MAYER, Individually;
THOMAS MAYERHAUSER, Individually;
STEVEN MAYFIELD, Individually;
TIMOTHY MAYO, Individually;
PAUL MAYR, Individually;
ARTHUR MAYROSE, Individually;
FRANKUS MAYS, Individually;
FRANKUS MAYS, Individually;
RORY MAZE, Individually;
GEOFFREY MAZEL, Individually;
ANTONI MAZUR, Individually;
MARK MAZUR, Individually;
JAMES MAZZA, Individually;
THOMAS MAZZA, Individually;
VINCENT MAZZA, Individually;

JOSEPH MAZZARELLA, Individually;
MICHAEL MAZZELLA, Individually;
PAUL MAZZILLI, Individually;
THOMAS MAZZOLA, Individually;
ROBERT MAZZONI, Individually;
EDWARD MAZZUCCHELLI, Individually;
WALTER MCADAMS, Individually;
EDWARD MCALEER, Individually;
BARBARA MCALICK, Individually;
JOHN MCALICK, Individually;
TIMOTHY MCALINDEN, Individually;
JOHN MCALLISTER, Individually;
THOMAS MCALLISTER, Individually;
LORRAINE MCANDREWS, Individually;
KENNETH MCANUFF, Individually;
BRENDAN MCARDLE, Individually;
JOHN MCARDLE, Individually;
KRISTOFFER MCARDLE, Individually;
THOMAS MCAREE, Individually;
ROBERT MCAULEY, Individually;
SEAN MCAULEY, Individually;
WILLIAM MCAULEY, Individually;
DAWN MCAULIFFE, Individually;
BRIAN MCAVOY, Individually;
SEAN MCBRIEN, Individually;
JAMES MCCABE, Individually;
JAMES MCCABE, Individually;
JAMES MCCABE, Individually;
JAMES MCCABE, Individually;
KEVIN MCCABE, Individually;
RICHARD MCCABE, Individually;
DENIS MCCAFFERTY, Individually;
THOMAS MCCAFFERTY, Individually;
STEVEN MCCAFFERY, Individually;
JUSTIN MCCAFFREY, Individually;
RICHARD MCCAHEY, Individually;
EVERETT MCCAIN, Individually;
EDWARD MCCAMPHILL, Individually;
DANIEL MCCANN, Individually;
GREGORY MCCANN, Individually;
JOHN MCCANN, Individually;
JOHN MCCANN, Individually;
MICHAEL MCCANN, Individually;
WILLIAM MCCANN, Individually;
CAMILLE MCCANN-STAATS, Individually;
JOHN MCCANTS, Individually;

ALISON MCCARTHY, Individually;
DANIEL MCCARTHY, Individually;
DANIEL MCCARTHY, Individually;
DAVID MCCARTHY, Individually;
JEFF MCCARTHY, Individually;
KERRI MCCARTHY, Individually;
KEVIN T. MCCARTHY, Individually;
MICHAEL MCCARTHY, Individually;
MICHAEL MCCARTHY, Individually;
SCOTT MCCARTHY, Individually;
SEAN MCCARTHY, Individually;
THOMAS MCCARTHY, Individually;
WALTER MCCARTHY, Individually;
WILLIAM MCCARTHY, Individually;
FRANK MCCARTIN, Individually;
RICHARD MCCARTY, Individually;
KATHLEEN MCCAULEY, Individually;
THOMAS MCCAULEY, Individually;
TIMOTHY MCCAULEY, Individually;
KEVIN MCCAWLEY, Individually;
TIMOTHY MCCLAIN, Individually;
DANIEL MCCLEAN, Individually;
PENELOPE MCCLENAN, Individually;
KEVIN MCCLUSKEY, Individually;
TERENCE MCCONLOGUE, Individually;
JAMES MCCONNELL, Individually;
DENNIS MCCONVILLE, Individually;
KEVIN MCCONVILLE, Individually;
ANDREW MCCORD, Individually;
JOSEPH MCCORMACK, Individually;
MICHAEL MCCORMACK, Individually;
DIANA MCCORMICK, Individually;
KEVIN MCCORMICK, Individually;
THOMAS MCCOY, Individually;
THOMAS MCCOY, Individually;
ROBERT MCCRACKEN, Individually;
HAZEL MCCRAY, Individually;
LAWRENCE MCCRORY, Individually;
ANTHONY MCCRYSTAL, Individually;
JAMES MCCUE, Individually;
RICHARD MCCUSKER, Individually;
PATRICK MCCUTCHEN, Individually;
PATRICK MCCUTCHEN, Individually;
BRIAN MCDADE, Individually;
STEPHEN MCDADE, Individually;
ALFORD MCDANIELS, Individually;

CHARLES MCDERMOTT, Individually;
ROBERT MCDERMOTT, Individually;
SEAN MCDERMOTT, Individually;
SEAN MCDERMOTT, Individually;
LAWERENCE MCDERMOTT, Individually;
MARK MCDONALD, Individually;
THOMAS MCDONALD, Individually;
MICHAEL MCDONNELL, Individually;
MICHAEL MCDONNELL, Individually;
TIMOTHY MCDONNELL, Individually;
DANIEL MCDONOUGH, Individually;
EDWARD MCDONOUGH, Individually;
VINCENT MCDONOUGH, Individually;
KENNETH MCDOWELL, Individually;
CHARLES MCELHONE, Individually;
THEODORE MCELHONE, Individually;
GREGORY MCENROE, Individually;
DENNIS MCENTEE, Individually;
ANDREW MCEVOY, Individually;
RAYMOND MCEVOY, Individually;
STEVEN MCEVOY, Individually;
THOMAS MCEWAN, Individually;
GREGORY MCFARLAND, Individually;
JAMES MCFARLAND, Individually;
MICKEY MCFARLAND, Individually;
FRANCIS MCFEETERS, Individually;
TERRENCE MCGANN, Individually;
KEVIN MCGARRY, Individually;
THOMAS MCGARRY, Individually;
AGNES MCGILL, Individually;
KEITH MCGILL, Individually;
PATRICK MCGILL, Individually;
RICHARD MCGILL, Individually;
RORY MCGINN, Individually;
MICHAEL MCGIVNEY, Individually;
EILEEN MCGLYNN, Individually;
JAMES MCGLYNN, Individually;
MICHAEL MCGLYNN, Individually;
ANDREW MCGOEY, Individually;
ANDREW MCGOEY, Individually;
MICHAEL MCGOLDRICK, Individually;
JOHN MCGONIGLE, Individually;
DANIEL MCGOVERN, Individually;
GERARD MCGOVERN, Individually;
MICHAEL MCGOVERN, Individually;
PATRICK MCGOVERN, Individually;

SEAN MCGOVERN, Individually;
MICHAEL MCGOWAN, Individually;
NEAL MCGOWAN, Individually;
WILLIAM MCGOWAN, Individually;
JAMES MCGRATH, Individually;
MICHAEL MCGRATH, Individually;
ROBERT MCGRATH, Individually;
PATRICK MCGREEVY, Individually;
CHARLES MCGROARY, Individually;
MICHAEL P. MCGRORTY, Individually;
ROBERT MCGRORY, Individually;
MICHAEL MCGUINNESS, Individually;
BRIAN MCGUIRE, Individually;
BRIAN MCGUIRE, Individually;
MARCUS MCGUIRE, Individually;
PAUL MCGUIRE, Individually;
JAMES MCHALE, Individually;
DAVID MCHENRY, Individually;
MICHIAL MCHENRY, Individually;
JOSEPH MCHUGH, Individually;
THOMAS MCHUGH, Individually;
JAMES MCINERNEY, Individually;
KENNETH MCINERNEY, Individually;
TIMOTHY MCINERNEY, Individually;
KEVIN MCINTYRE, Individually;
MARK MCINTYRE, Individually;
KEITH MCISAAC, Individually;
RONALD MCIVER, Individually;
JEANNE MCIVOR, Individually;
EDWARD MCKALLEN, Individually;
WALTER MCKEE, Individually;
DENNIS MCKEEVER, Individually;
DENNIS MCKENNA, Individually;
DENNIS MCKENNA, Individually;
JAMES MCKENNA, Individually;
JAMES MCKENNA, Individually;
JOHN MCKENNA, Individually;
KEVIN MCKENNA, Individually;
MICHAEL MCKENNA, Individually;
ODESSA MCKENZIE, Individually;
FREDERICK MCKEON, Individually;
FREDERICK MCKEON, Individually;
KEVIN MCKEON, Individually;
JOHN MCKEOWN, Individually;
MICHAEL MCKIBBEN, Individually;
BRYAN MCKIERNAN, Individually;

KEVIN MCKIERNAN, Individually;
THOMAS MCKIERNAN, Individually;
BRIAN MCKILLOP, Individually;
SCOTT MCKINLEY, Individually;
KELVIN MCKOY, Individually;
BRIAN MCLAUGHLIN, Individually;
DEBORAH MCLAUGHLIN, Individually;
JOHN MCLAUGHLIN, Individually;
KEITH MCLAUGHLIN, Individually;
MICHAEL MCLAUGHLIN, Individually;
RICHARD MCLEAN, Individually;
WILLIAM MCLEE, Individually;
BLAKE MCLOUGHLIN, Individually;
PATRICK MCLOUGHLIN, Individually;
THOMAS MCLOUGHLIN, Individually;
LIAM MCLOUGHLIN, Individually;
CONWAY MCMAHON, Individually;
EDWARD MCMAHON, Individually;
GERARD MCMAHON, Individually;
JOSEPH MCMAHON, Individually;
KEVIN MCMAHON, Individually;
MAUREEN MCMAHON, Individually;
MICHAEL MCMAHON, Individually;
THOMAS MCMAHON, Individually;
WILLIAM MCMAHON, Individually;
BRIAN MCMANUS, Individually;
ISABEL MCMANUS, Individually;
FRANKLIN MCMICKENS, Individually;
NATHANIEL MCMILLAN, Individually;
EVELYN MCMILLIAN, Individually;
GARY MCMINN, Individually;
DANIEL MCNALLY, Individually;
JAMES MCNALLY, Individually;
PATRICK MCNALLY, Individually;
SEAN MCNALLY, Individually;
SEAN MCNALLY, Individually;
DANIEL MCNAMARA, Individually;
JOHN B. MCNAMARA, Individually;
MICHAEL MCNAMARA, Individually;
MICHAEL MCNAMARA, Individually;
THOMAS MCNAMARA, Individually;
THOMAS MCNAMARA, Individually;
THOMAS MCNAMARA, Individually;
WILLIAM MCNAMARA, Individually;
THOMAS MCNAMARA, Individually;
LAWRENCE MCNAMEE, Individually;

WILLIAM MCNAUGHTON, Individually;
SHIRLEY MCNEILL, Individually;
WILLIE MCNEILL, Individually;
PATRICK MCNIECE, Individually;
STEVEN MCNOBLE, Individually;
THOMAS MCNOBLE, Individually;
MARTIN MCNULTY, Individually;
BRIAN MCPARLAND, Individually;
GERARD MCPARLAND, Individually;
MICHAEL MCPARTLAND, Individually;
GERTRUDE MCPHAIL, Individually;
JAMES MCQUADE, Individually;
TIMOTHY MCQUADE, Individually;
CHRISTOPHER MCQUEEN, Individually;
PATRICK MCREADY, Individually;
LINDA MCSORLEY, Individually;
BRENDAN MCSWEENEY, Individually;
DENNIS MCSWEENEY, Individually;
TERENCE MCSWEENEY, Individually;
FELIM MCTAGUE, Individually;
THOMAS MCTERNAN, Individually;
KEVIN MCVEIGH, Individually;
ROBERT MCVEY, Individually;
RORY MEADE, Individually;
HOWARD MEADOWS, Individually;
ROBERT MEADOWS, Individually;
RICHARD MECABE, Individually;
ANTHONY MEDICI, Individually;
JOHN MEDINA, Individually;
JOSE MEDINA, Individually;
MARIA MEDINA, Individually;
BARRY MEDURI, Individually;
KEVIN MEEHAN, Individually;
THOMAS MEEHAN, Individually;
DENNIS MEENAGHAN, Individually;
DENNIS MEENAGHAN, Individually;
CHRISTOPHER MEGNA, Individually;
MICHAEL MEGNA, Individually;
STEPHEN MEGNA, Individually;
GERARD MEGNA, Individually;
MARC MEGNA, Individually;
SEAN MEHRLANDER, Individually;
ANTHONY MEI, Individually;
JAMES MELCHIORRE, Individually;
JOSE MELENDEZ, Individually;
LUIS MELENDEZ, Individually;

PETER MELENDEZ, Individually;
ROBERT MELENDEZ, Individually;
WILLIAM MELENDEZ, Individually;
KEVIN C. MELFI, Individually;
MIKE MELILLO, Individually;
SAM MELISI, Individually;
ARLENE MELLETT, Individually;
PATRICK MELLETT, Individually;
DANIEL MELORE, Individually;
JENNIFER MELORE, Individually;
ARNOLD MELROSE, Individually;
ARNOLD MELROSE, Individually;
JAMES C. MELVIN, JR., Individually;
JAMES MEMISHA, Individually;
DAVID MENARD, Individually;
MIGUEL MENARD, Individually;
ROBERT MENDELSON, Individually;
TANNYA MENDELSON, Individually;
CYNTHIA MENDEZ, Individually;
DENNIS MENDEZ, Individually;
GAMALIER MENDEZ, Individually;
GASPAR MENDEZ, Individually;
JIMMY MENDEZ, Individually;
JOSE MENDEZ, Individually;
LUIS MENDEZ, Individually;
MICHAEL MENDEZ, Individually;
CANDELARIO MENDOZA, Individually;
ERIC MENDOZA, Individually;
DIANE MENIG, Individually;
ROBERT MENIG, Individually;
DEBORAH MENIT, Individually;
STEVEN MENNELLA, Individually;
JOHN MENONI, Individually;
GINA MENOSCAL, Individually;
KARIN MENSER, Individually;
DONNA MEOLA, Individually;
JOSEPH MEOLA, Individually;
EVELYN MERCADO, Individually;
JENNY MERCADO, Individually;
JESUS MERCADO, Individually;
MATTHEW MERCED, Individually;
META MEREDAY, Individually;
TANYA MERENTIS, Individually;
MARK MERLIS, Individually;
RAYMOND MERLOTTO, Individually;
LEONARD MEROLA, Individually;

NICHOLAS MEROLLA, Individually;
VICTOR MESCE, Individually;
JOSE MESORANA, Individually;
CAMILLO MESSINA, Individually;
JOHN MESSINA, Individually;
SALVATORE MESSINA, Individually;
PETER MESSINEO, Individually;
EDWARD METCALF, Individually;
SENAD METJAHIC, Individually;
TODD METRO, Individually;
ELLIOT METZ, Individually;
DENNIS MEYERS, Individually;
JOHN MEYERS, Individually;
ANTHONY MEZZACAPPA, Individually;
ANTHONY MICALE, Individually;
JOHN MICALLEF, Individually;
KENNETH MICALLEF, Individually;
MICHAEL MICARA, Individually;
FRANK MICELI, Individually;
NICHOLAS MICHALAKIS, Individually;
DAMON MICHALOPOULOS, Individually;
JESSICA MICHEL, Individually;
DOMINICK MICHELLI, Individually;
BRIAN MICHELSON, Individually;
ROBERT MICIELI, Individually;
LOU MICILLO, Individually;
DENNIS MICOZZI, Individually;
JOHN MIELE, Individually;
MICHAEL MIELE, Individually;
THOMAS MIERS, Individually;
LUISA MIFSUD, Individually;
RICHARD MIGHDOLL, Individually;
NICHOLAS MIGLIORE, Individually;
ROBERT MIGNOGNA, Individually;
KEVIN MIKALONIS, Individually;
HARRY MIKEDIS, Individually;
PHILIP MILANO, Individually;
GERARD MILDEN, Individually;
ALAN MILEAF, Individually;
KENNETH MILERSON, Individually;
GORDON MILES, Individually;
WALTER MILEY, Individually;
VALERY MILGROM, Individually;
BRYAN MILLAN, Individually;
DONALD MILLER, Individually;
JAMES MILLER, Individually;

JEFFREY MILLER, Individually;
JOHN MILLER, Individually;
JOHN O. MILLER, Individually;
JOSEPH MILLER, Individually;
NEIL MILLER, Individually;
RICHARD MILLER, Individually;
RICHARD MILLER, Individually;
RICHARD MILLER, Individually;
ROBERT MILLER, Individually;
ROBERT MILLER, Individually;
ROBERT MILLER, Individually;
ROBERT MILLER, Individually;
ROBERT C. MILLER, Individually;
SCOTT MILLER, Individually;
TREVOR MILLER, Individually;
WILLIAM G. MILLER, Individually;
WILLIE FRANCES MILLER, Individually;
JOHN O. MILLER, Individually;
DENISE MILLER / WOODS, Individually;
ANTHONY MILLICH, Individually;
GAIL MILLMAN, Individually;
KENVILLE MILLS, Individually;
KEVIN MILLS, Individually;
KIERAN MILLS, Individually;
JOSEPH MILLWARD, Individually;
EDWARD MILMORE, Individually;
ANTHONY MILO, Individually;
DERRICK MILONE, Individually;
MARCELLO MILONE, Individually;
VINCENT MILONE, Individually;
LORENZO MINACAPILLI, Individually;
MICHAEL MINALLY, Individually;
ROBERT MINCA, Individually;
THOMAS MINELLI, Individually;
DERYCK MING, Individually;
LYRIS MING, Individually;
JOHN MINGIONE, Individually;
DAWN MINICHIELLO, Individually;
MICHAEL MINISSALE, Individually;
MELISSA MINKOW, Individually;
DAVID MINTO, Individually;
JOHN MINUTILLO, Individually;
LOUIS MINUTOLI, Individually;
NICHOLAS MINUTOLO, Individually;
MIGDALIA MIRANDA, Individually;
RAYMOND MIRANDA, Individually;

SAMUEL MIRANDA, Individually;
THOMAS MIRANTE, Individually;
JERRY MIREE, Individually;
CHRISTOPHER MIRO, Individually;
LAWRENCE MIRRA, Individually;
CHRISTOPHER MISCIAGNA, Individually;
JOHN MISHA, Individually;
BISHNURAM MISIR, Individually;
FRANK MISISCHIA, Individually;
MARK MISSALL, Individually;
NINA MISTIER, Individually;
AVA MARIE MITCHELL, Individually;
CAROLYN MITCHELL, Individually;
FADY MITCHELL, Individually;
MICHAEL MITCHELL, Individually;
PHYLLIS MITCHELL, Individually;
RAYMOND MITCHELL, Individually;
RODNEY MITCHELL, Individually;
TERRENCE MITCHELL, Individually;
TYSON MITCHELL, Individually;
MATT MITLER, Individually;
MARIE MITTON, Individually;
ROBERT MIUCCIO SR., Individually;
JOHN P. MIXON, Individually;
ALBERT MIZRACHI, Individually;
ALBERT MIZRACHI, Individually;
PETER MLADINICH, Individually;
ROBERT MLADINICH, Individually;
RICHARD MLECZ, Individually;
JOSEPH MLYNARCZYK, Individually;
ROBERT MOCKLER, Individually;
JOSEPH MODICA, Individually;
STEVE MODICA, Individually;
WILLIAM MOFFATT, Individually;
MICHAEL G. MOHIN, Individually;
PATRICK MOHIN, Individually;
TIMOTHY MOHIN, Individually;
EFRAIN MOJICA, Individually;
JORGE MOJICA, Individually;
JOE MOLFETTO, Individually;
DIGNA MOLINA, Individually;
EDDIE MOLINA, Individually;
MARGARITA MOLINA, Individually;
ROSA MOLINA, Individually;
MARIA MOLINA, Individually;
MARIA MOLINA, Individually;

THOMAS MOLINARI, Individually;
CARL MOLINARO, Individually;
VINCENT MOLININI, Individually;
FRANK MOLLICA, Individually;
FRANK MOLLOY, Individually;
JOHN MOLLOY, Individually;
MICHAEL MOLLOY, Individually;
PAUL MOLONEY, Individually;
LAWRENCE MONACHELLI, JR., Individually;
JOHN MONACO, Individually;
ROGER MONACO, Individually;
ROGER MONACO, Individually;
JAMES MONAHAN, Individually;
JAMES J. MONAHAN, Individually;
MICHAEL MONAHAN, Individually;
MICHAEL ARTHUR MONAHAN, Individually;
STEPHANIE MONCADA, Individually;
JOSEPH MONDELLO, Individually;
NICHOLAS MONFREDO, Individually;
RAYMOND MONGELLI, Individually;
ALBERT MONGIELLO, Individually;
JOHN MONGIELLO, Individually;
DENNIS MONOHAN, Individually;
LAMONT MONROE, Individually;
LEONARD MONTALTO, Individually;
GILBERT MONTALVO, Individually;
SUSAN MONTALVO, Individually;
JAMES MONTAMBO, Individually;
RALPH MONTANA, Individually;
RICHARD MONTANA, Individually;
JOSEPH MONTANARO, Individually;
EDWIN MONTANEZ, Individually;
FRANK MONTARULI, Individually;
ANTHONY MONTE, Individually;
ANTHONY MONTEFUSCO, Individually;
EILEEN MONTEFUSCO, Individually;
JOHN MONTELEONE, Individually;
KENNETH MONTENEGRO, Individually;
ANTHONY MONTERA, Individually;
FRANK MONTERA, Individually;
ELIZARDO MONTES, Individually;
DWAYNE MONTGOMERY, Individually;
ADALGISA MONTILLA, Individually;
JOHN MOONEY, Individually;
DAVID MOORE, Individually;
EDWARD MOORE, Individually;

JOSEPH MOORE, Individually;
MICHAEL MOORE, Individually;
MITHEO MOORE, Individually;
MITHEO MOORE, Individually;
NATHANIEL MOORE, Individually;
RAYMOND MOORE, Individually;
THOMAS MOORE, Individually;
WALTER MOORE, Individually;
JAMES MOORE, Individually;
CRYSTAL MOORE-KING, Individually;
ROBERT MOORHEAD, Individually;
LUIS MORA, Individually;
GLENN,ESQUIRE MORAK, Individually;
ALBERTO MORALES, Individually;
CARLOS MORALES, Individually;
EVELYN MORALES, Individually;
FELICIA MORALES, Individually;
FRANCIS MORALES, Individually;
GILBERT MORALES, Individually;
ISRAEL MORALES, Individually;
JEANETTE MORALES, Individually;
JULIO MORALES, Individually;
ANTHONY MORAN, Individually;
ANTHONY MORAN, Individually;
ELLEN MORAN, Individually;
JOHN MORAN, Individually;
JOHN MORAN, Individually;
KEVIN MORAN, Individually;
MIGUEL MORAN, Individually;
PETER MORAN, Individually;
TERRENCE MORAN, Individually;
JOSEPH MORANO, Individually;
GREGORY MOREA, Individually;
ROSA MOREL, Individually;
JOSEPH MORELLI, Individually;
GERARD MORENCY, Individually;
ENRIQUE MORENO, Individually;
JUAN MORENO, Individually;
HAROLD MORGAN, Individually;
JOSEPH MORGAN, Individually;
KENNETH MORGAN, Individually;
KENNETH MORGAN, Individually;
LAWRENCE MORGAN, Individually;
ALAN MORGENTHAL, Individually;
MARTIN MORIARTY, Individually;
THOMAS MORIARTY, Individually;

THOMAS MORIARTY, Individually;
ALFRED MORIN, Individually;
HECTOR MORISI, Individually;
ANTHONY R MORMANDO, Individually;
SILVIA MOROCHO, Individually;
SONIA MOROCHO, Individually;
MICHAEL MORRA, Individually;
EDWARD MORRI, Individually;
ANGELA MORRIS, Individually;
PETER MORRIS, Individually;
PHIL MORRIS, Individually;
PHIL MORRIS, Individually;
RICHARD MORRIS, Individually;
HENRY MORRISON, Individually;
KEVIN MORRISON, Individually;
RAYMOND MORRISON, Individually;
THOMAS MORRISON, Individually;
PRINCESS MORRIS-RAMOS, Individually;
JEROME MORRISSEY, Individually;
JOHN MORRISSEY, Individually;
CLAUDIO MORRONE, Individually;
NICHOLAS MORRONE, Individually;
EDWARD MORTENSON, Individually;
GINA MORTON, Individually;
ROSALYN MORTON, Individually;
ROBERT MOS, Individually;
RALPH MOSCA, JR., Individually;
MICHAEL MOSCATO, Individually;
MOSSIMO MOSCATO SR., Individually;
AVI MOSHKOVICH, Individually;
CRAIG MOSKOWITZ, Individually;
DONNA MOSLEY, Individually;
ED MOSS, Individually;
JAMES MOSS, Individually;
RONALD MOSS, Individually;
RAYMOND MOTLASZ, Individually;
CLARK MOTLEY, Individually;
DAVID MOTOLA, Individually;
THOMAS MOTTA, Individually;
MARY MOTTLE, Individually;
JOSEPH MOTTOLA, Individually;
MICHAEL MOUGHRABIE, Individually;
ALEXANDRE MOURACHOV, Individually;
CHRIS MOY, Individually;
LYLIANA MOYA, Individually;
MARIA MOYA-GOLDENBERG, Individually;

DENNIS MOYNIHAN, Individually;
MICHAEL MUCCI, Individually;
JOSEPH MUCCIACCIO, Individually;
LARRY MUCCINI, Individually;
JOHN MUCCINO, Individually;
JOHN MUCCIOLA, Individually;
WILLIAM MUCHA, Individually;
PETER MUELLER, Individually;
EUGENE MUHS, Individually;
LUIGI MULA, Individually;
WILLIAM MULCAHEY, Individually;
DENIS MULCAHY, Individually;
MOLLY MULCAHY, Individually;
MICHAEL MULDERRIG, Individually;
JOHN MULDOON, Individually;
NEAL MULDOON, Individually;
PETER MULE, Individually;
WILLIAM MULHALL, Individually;
WILLIAM MULHALL, Individually;
RICHARD MULHERN, Individually;
JOSEPH MULLADY, Individually;
MICHAEL MULLADY, Individually;
RITA MULLANEY, Individually;
MARYANNE MULLANY, Individually;
JAMES MULLEN, Individually;
MICHAEL MULLEN, Individually;
ASINTO MULLER, Individually;
DOUGLAS MULLER, Individually;
JOHN MULLER, Individually;
KENNETH MULLER, Individually;
WILLIAM J. MULLER, Individually;
WILLIAM R. MULLER, Individually;
HUGH MULLIGAN, Individually;
JEFFREY MULLIGAN, Individually;
JEFFREY MULLIGAN, Individually;
MALACHY MULLIGAN, Individually;
MALACHY MULLIGAN, Individually;
PETER MULLINGS, Individually;
BETTY MULLINS, Individually;
NEIL MULLINS, Individually;
GEORGE MULLOWNEY, Individually;
KEVIN MULQUEEN, Individually;
KEVIN MULROONEY, Individually;
MICHAEL MULROY, Individually;
PETER MULROY, Individually;
BRENDAN MULVEY, Individually;

TERENCE MULVEY, Individually;
HENRY MULZAC, Individually;
STEPHEN MUMBY, Individually;
ELISA MUNDA, Individually;
DAWN MUNDO, Individually;
KENNETH MUNDY, Individually;
WILLIAM MUNDY, Individually;
HECTOR MUNIZ, Individually;
MIGUEL MUNIZ, Individually;
RAUL MUNIZ, Individually;
MOLLY MUNLEY, Individually;
ANDRES MUNOZ, Individually;
CARLOS MUNOZ, Individually;
FABIAN MUNOZ, Individually;
RAMON MUNOZ, Individually;
ALBERT MUNRO, Individually;
JOSEPH MURDOCK, Individually;
AARON MURPHY, Individually;
BRIAN MURPHY, Individually;
DANIEL MURPHY, Individually;
GERARD MURPHY, Individually;
GREGG MURPHY, Individually;
JAMES MURPHY, Individually;
JAMES MURPHY, Individually;
JAMES MURPHY, Individually;
JAMES J. MURPHY, Individually;
JESSE MURPHY, Individually;
JOHN MURPHY, Individually;
JOHN A MURPHY, Individually;
JOSEPH MURPHY, Individually;
KEVIN MURPHY, Individually;
KEVIN G. MURPHY, Individually;
LAWRENCE MURPHY, Individually;
MARTIN MURPHY, Individually;
MICHAEL MURPHY, Individually;
MICHAEL MURPHY, Individually;
MICHAEL MURPHY, Individually;
MICHAEL MURPHY, Individually;
MICHAEL MURPHY, Individually;
PAUL MURPHY, Individually;
PAUL MURPHY, Individually;
RICHARD MURPHY, Individually;
THOMAS MURPHY, Individually;
THOMAS J. MURPHY, Individually;
TIMOTHY MURPHY, Individually;
WALTER MURPHY, Individually;

WILLIAM MURPHY, Individually;
DOUG MURRAY, Individually;
LOAN MURRAY, Individually;
MARY MURRAY, Individually;
MICHAEL MURRAY, Individually;
PHILLIP MURRAY, Individually;
RICHARD MURRAY, Individually;
ROBERT MURRAY, Individually;
ROBERT MURRAY, Individually;
GERARD MURTHA, Individually;
SEAN MURTHA, Individually;
TIM MURTHA, Individually;
MARK MUSARELLA, Individually;
ANTHONY MUSCO, Individually;
DENNIS MUSKARDIN, Individually;
JOSEPH MUSSILLO, Individually;
LOUIS MUSTO, Individually;
JOSEPH MUTO, Individually;
KEVIN MYERS, Individually;
THOMAS MYLOTT, Individually;
RITA NABEL, Individually;
RITA NABEL, Individually;
JOSEPH NACARLO, Individually;
CARMINE NACCHIO, Individually;
DEBORAH NADLER, Individually;
PHILL NADLER, Individually;
RONALD NAFEY, Individually;
THOMAS NAGEL, Individually;
ROBERT NAGLE, Individually;
SHAWN NAGLE, Individually;
BROWN NAKIA, Individually;
PETER NALDRETT, Individually;
JOHN NAPOLI, Individually;
JOSEPH NAPOLI, Individually;
LOUIS NAPOLI, Individually;
CHRISTOPHER NAPOLITANO, Individually;
CIRO NAPOLITANO, Individually;
JOSEPH NAPOLITANO, Individually;
JOSEPH NAPPI, Individually;
ANGEL NARANJO, Individually;
WALTER NARANJO, Individually;
JOHN NARBUTT, Individually;
THOMAS NARBUTT, Individually;
JOHN NARDULLI, Individually;
JOHN NASH, Individually;
LATITIA NASH, Individually;

ROBERT NASH SR., Individually;
BRUCE NASLUND, Individually;
MICHAEL NASTASI, Individually;
MITCHELL NAT, Individually;
JAMES NATALE, Individually;
DOMINIC J. NATELLI, Individually;
WILLIAM NATER, Individually;
ROBERT A. NATHAN, Individually;
NANCI NAULA, Individually;
EDMUND NAUMANN, Individually;
DAVID NAVALLO, Individually;
ROBERT NAVALLO, Individually;
FELIX NAVARRO, Individually;
HUGO NAVARRO, Individually;
ADALBERTO NAZARIO, Individually;
VELLEME NDAW, Individually;
IRA NEAL, Individually;
MICHAEL NEAL, Individually;
PAUL NEAL, Individually;
THOMAS NEARY, Individually;
ROBERT NEBEL, Individually;
MARIA NEE, Individually;
JOHN NEENAN, Individually;
DANIEL NEGRI, Individually;
JOSEPH NEGRI, Individually;
HERBERT NEGRON, Individually;
HERBERT NEGRON, Individually;
JOHN NEGRON, Individually;
CARLOS NEGRON, II, Individually;
ELI NEGRON, JR, Individually;
ELI NEGRON, SR., Individually;
ULYSSES NEIL, Individually;
RAYMOND NELLA, Individually;
BERNARD NELSON, Individually;
DANIEL NELSON, Individually;
DAVID NELSON, Individually;
LORRAINE NELSON, Individually;
MATTHEW NELSON, Individually;
THOMAS NELSON, Individually;
THOMAS W. NELSON, Individually;
HERRICK NERO, Individually;
DOUGLAS NESBITT, Individually;
DARON NESMITH, Individually;
ROBERT NESTEL, Individually;
GLENN NEUMAN, Individually;
RAYMOND NEUMAN, Individually;

PATRICK NEVILLE, Individually;
JEANETTE NEWBERRY, Individually;
BRENT NEWBURY, Individually;
RAYMOND NEWCOMB, Individually;
JOHN NEWELL, Individually;
JOSEPH NEWELL, Individually;
PETER NEWEN, Individually;
KENNETH NEWLAND, Individually;
DANIEL NEWMAN, Individually;
EVERETT NEWMAN, Individually;
ROBERT NEWMAN, Individually;
STEVEN NEWMAN, Individually;
THOMAS NEWMAN, Individually;
CHOILIN NG, Individually;
DAVID NG, Individually;
CHRISTINE NICASTRO, Individually;
JOHN NICASTRO, Individually;
JEFFREY NICHOLS, Individually;
KYLE NICHOLS, Individually;
MICHAEL NICHOLS, Individually;
LUTHER NICKELSON, Individually;
EUGENE NICKOLA, Individually;
RONALD NICOLAS, Individually;
GERARD NICOLETTI, Individually;
RICHARD NICOLETTI, Individually;
JOHN NICOLICH, Individually;
GEORGE NICOLL, Individually;
ANTHONY NICOSIA, Individually;
DOREEN NICOTRA, Individually;
ROBERT NIEBLER, Individually;
NILS NIELSEN, Individually;
LEO NIEMCZYK, Individually;
PAUL NIETMAN, Individually;
ALBA NIETO, Individually;
ALEXANDER NIEVES, Individually;
EDWIN NIEVES, Individually;
JOSEPH NIEVES, Individually;
JOSEPH NIEVES, Individually;
ROBERT NIEVES, Individually;
GEORGE NIKOSEY, Individually;
DENNIS NIMMONS, Individually;
KUZHIVELIL NINAN, Individually;
VINCENT NITTI, Individually;
CHARLENE NIXON, Individually;
DOUGLAS NIXON, Individually;
JOHN NIXON, Individually;

MINNIE NIXON, Individually;
ALBERT NIZZARI, Individually;
GILBERT NOA, Individually;
FREDDIE NOBOA, Individually;
ALBERT NOCELLA, Individually;
JOSEPH NOFI, Individually;
CHRISTOPHER NOLAN, Individually;
DENIS NOLAN, Individually;
THOMAS NOLAN, Individually;
ARTHUR NOLAND, Individually;
VINCENT NOLLEZ, Individually;
JOHN NORBURY, Individually;
KENNETH NORDT, Individually;
CHARLES NORKUS, JR., Individually;
JAMES NORRIS, Individually;
TIMOTHY NORRIS, Individually;
LAWRENCE NOSTRAMO, Individually;
JOHN NOTARFRANCESCO, Individually;
MARK NOVA, Individually;
THOMAS NOVAK, Individually;
ATILLA NOVOGRADECZ, Individually;
ROBERT NOWAK, Individually;
WILLIAM NOWLON, Individually;
JOHN NUCATOLA, Individually;
JAMES NUCIFORO, Individually;
MELVIN NUDELMAN, Individually;
CHARLES NUETZEL, Individually;
JOSEPH NUGENT, Individually;
JOSEPH NUGENT, Individually;
DOMINICK NUGNES, Individually;
DOMINICK NUGNES, Individually;
JAMES NULL, Individually;
JOHN NULLET, SR., Individually;
VICTOR NUNES, Individually;
CARL NUNEZ, Individually;
OSVALDO NUNEZ, Individually;
JOSEPH NUNZIATO, Individually;
JEFFREY NUSPLIGER, Individually;
ARILL NYQUIST, Individually;
BRYAN O'MALLEY, Individually;
GEORGE OATES, Individually;
BRIAN O'BEIRNE, Individually;
TRACEY OBENAUER, Individually;
LAWRENCE OBERHOFER, Individually;
THOMAS OBERT, Individually;
GERALD OBREMSKI, Individually;

DANIEL O'BRIEN, Individually;
DANIEL O'BRIEN, Individually;
GREGORY O'BRIEN, Individually;
JAMES O'BRIEN, Individually;
JOHN O'BRIEN, Individually;
JOHN O'BRIEN, Individually;
JOHN O'BRIEN, Individually;
JOSEPH O'BRIEN, Individually;
KEVIN O'BRIEN, Individually;
PETER O'BRIEN, Individually;
RICHARD O'BRIEN, Individually;
RICHARD O'BRIEN, Individually;
ROBERT O'BRIEN, Individually;
ROBERT P O'BRIEN, Individually;
STEPHEN P O'BRIEN, Individually;
STEVEN O'BRIEN, Individually;
THOMAS O'BRIEN, Individually;
THOMAS O'BRIEN, Individually;
WILLIAM O'BRIEN, Individually;
WILLIAM O'BRIEN, Individually;
WILLIAM J. O'BRIEN, Individually;
RICHARD OBSHATCKO, Individually;
EDWARD O'CALLAGHAN, Individually;
ABIBI OCAMPO-GUEVARA, Individually;
PATRICK O'CARROLL, Individually;
FREDERICK OCASIO, Individually;
LUIS OCASIO, Individually;
BENEDICT OCCHIOGROSSO, Individually;
CLARE O'CONNELL, Individually;
DENNIS O'CONNELL, Individually;
HAROLD O'CONNELL, Individually;
JAMES O'CONNELL, Individually;
JAMES O'CONNELL, Individually;
JAMES O'CONNELL, Individually;
JOHN O'CONNELL, Individually;
LAWRENCE O'CONNELL, Individually;
MICHAEL O'CONNELL, Individually;
PATRICK O'CONNELL, Individually;
THOMAS O'CONNELL, Individually;
TIMOTHY O'CONNELL, Individually;
TIMOTHY O'CONNELL, Individually;
CATHERINE O'CONNOR, Individually;
CHRISTOPHER O'CONNOR, Individually;
DANIEL O'CONNOR, Individually;
JAMES O'CONNOR, Individually;
JOHN O'CONNOR, Individually;

JOHN L. O'CONNOR, Individually;
KATHERINE O'CONNOR, Individually;
KEITH O'CONNOR, Individually;
KEVIN O'CONNOR, Individually;
KEVIN O'CONNOR, Individually;
MARGRET O'CONNOR, Individually;
MICHAEL O'CONNOR, Individually;
PATRICIA O'CONNOR, Individually;
PATRICK O'CONNOR, Individually;
PATRICK J. O'CONNOR, Individually;
STEPHEN O'CONNOR, Individually;
TERRENCE O'CONNOR, Individually;
THOMAS O'DAY, Individually;
JOSEPH ODDO, Individually;
JOSEPH O'DEA, Individually;
DONALD ODIERNO, Individually;
GEORGE ODOHERTY, Individually;
ANTHONY O'DONNELL, Individually;
GERARD O'DONNELL, Individually;
JAMES O'DONNELL, Individually;
JOHN O'DONNELL, Individually;
MICHAEL O'DONNELL, Individually;
ROBERT O'DONNELL, Individually;
STEVEN O'DONNELL, Individually;
ROBERT O'DOWD, Individually;
VANCE O'DOWD, Individually;
JOHN O'DRISCOLL, Individually;
ALAN ODZE, Individually;
WILLIAM OEHM, Individually;
JOAN O'FARROW, Individually;
EIVIND OFTEDAL, Individually;
JEAN O'GALLAGHER, Individually;
JOHN OGDEN, Individually;
JERZY OGINSKI JR., Individually;
MICHAEL O'GORMAN, Individually;
DENNIS O'GORMAN, Individually;
EDWARD O'GRADY, Individually;
GARY O'GRADY, Individually;
PATRICK O'GRADY, Individually;
RICHARD O'GRADY, Individually;
WILLIAM O'GRADY, Individually;
MICHAEL O'GRADY, Individually;
OKECHUKWU OGUBUNKA, Individually;
ELIZABETH O'HAGAN, Individually;
MICHAEL O'HALLORAN, Individually;
MATTHEW O'HANLON, Individually;

JAMES O'HARA, Individually;
JAMES O'HARA, Individually;
TERENCE O'HARA, Individually;
CHRISTOPHER O'HARE, Individually;
HARRY OHNIGIAN, JR., Individually;
AIDEN O'HORA, Individually;
KEVIN O'KANE, Individually;
PATRICK O'KANE, Individually;
BRIAN O'KEEFE, Individually;
BRIAN O'KEEFE, Individually;
CORNELIUS O'KEEFE, Individually;
GERALD O'KEEFE, Individually;
GINA O'KEEFE, Individually;
JAMES O'KEEFE, Individually;
JAMES O'KEEFE, Individually;
KENNETH O'KEEFE, Individually;
PATRICK O'KEEFE, Individually;
SERGEY V. OKSHIN, Individually;
SUNDAY OLAGBAIYE, Individually;
STEVEN OLBERDING, Individually;
MICHAEL OLEARY, Individually;
LAWRENCE O'LEARY, Individually;
TIMOTHY O'LEARY, Individually;
WILLIAM O'LEARY, Individually;
WILLIAM O'LEARY, Individually;
SCOTT OLENICK, Individually;
KARL OLESZEWSKI, Individually;
JOHN OLEY, Individually;
WILLIAM OLIMPIO, Individually;
DEBORAH OLIN, Individually;
LAWRENCE OLINSKY, Individually;
ROBERT OLIVA, Individually;
BRIAN OLIVER, Individually;
FIDEL OLIVER, Individually;
JOSE OLIVER, Individually;
KENNETH OLIVER, Individually;
RICHARD OLIVER, Individually;
VICTOR OLIVER, Individually;
FRANK OLIVERI, Individually;
KERRY OLIVERI, Individually;
RICHARD OLIVERI, Individually;
WILLIAM OLIVERI, Individually;
ANNA OLIVERO, Individually;
MICHAEL OLIVET, Individually;
SHARON OLIVO-PEREZ, Individually;
RALPH OLMO, Individually;

ANDREW OLSEN, Individually;
DANNY OLSEN, Individually;
KENNETH OLSEN, Individually;
SABRINA OLSEN PARKER, Individually;
PATRICK O'MAHONEY, Individually;
THOMAS O'MALLEY, Individually;
THOMAS O'MEARA, Individually;
ALEXANDER O'NEAL, Individually;
DAVID O'NEAL, Individually;
DAVID O'NEAL, Individually;
MICHAEL O'NEIL, Individually;
CHRISTOPHER O'NEILL, Individually;
TERRENCE O'NEILL, Individually;
THOMAS O'NEILL, Individually;
THOMAS O'NEILL, Individually;
JANE ONEY, Individually;
SYLVESTER ONEY, Individually;
CARLOS OPLACIO, Individually;
JOSEPH OPROMALLA, Individually;
MICHAEL OREILLY, Individually;
SCOTT ORGONAS, Individually;
VINCENZO ORILIA, Individually;
JEREMIAH O'RIORDAN, Individually;
JOHN ORLANDO, Individually;
NICHOLAS ORLANDO, Individually;
THOMAS ORLANDO, Individually;
ROBERT ORLOFF, Individually;
KIRK ORNSTEIN, Individually;
PAMELA ORNSTEIN, Individually;
ROSE OROPALLO, Individually;
BRIAN O'ROURKE, Individually;
CHRISTOPHER O'ROURKE, Individually;
MICHAEL O'ROURKE, Individually;
SEAN O'ROURKE, Individually;
STACEY ANN O'ROURKE, Individually;
TERENCE O'ROURKE, Individually;
TERENCE O'ROURKE, Individually;
THOMAS O'ROURKE, Individually;
RAFAEL OROZCO, Individually;
FELIX ORRACA, Individually;
JOSEPH ORRICO, Individually;
JOHN ORSLINI, Individually;
JACQUELYN ORTA, Individually;
ALAN ORTEGA, Individually;
MANUEL ORTEGA, Individually;
ROBERT ORTEGA, Individually;

OLGA ORTEGA, Individually;
AMADOR ORTIZ, Individually;
CARLOS ORTIZ, Individually;
CESAR ORTIZ, Individually;
GILBERT ORTIZ, Individually;
JAIME ORTIZ, Individually;
JORGE D. ORTIZ, Individually;
MARIANO ORTIZ, Individually;
MIGUEL ORTIZ, Individually;
OSCAR ORTIZ, Individually;
RAFAEL ORTIZ, Individually;
RAMON ORTIZ, Individually;
RICARDO ORTIZ, Individually;
RICHARD ORTIZ, Individually;
TONY ORTIZ, Individually;
WALTER ORTIZ, Individually;
HERNAN ORTIZ CABRERA, Individually;
GREGORY OSBORN, Individually;
FLORENCE OSBORNE, Individually;
ARTHUR F. OSCHMANN, Individually;
CARLOS OSEGUERA, Individually;
MARK OSHEA, Individually;
CHARLES O'SHEA, Individually;
FRANK OSNATO, JR., Individually;
RAMONITA OSTOLAZA, Individually;
LEWIS OSTRANDER, Individually;
PATRICIA OSTROWE, Individually;
BRENDAN O'SULLIVAN, Individually;
DANIEL O'SULLIVAN, Individually;
MICHAEL O'SULLIVAN, Individually;
SHAUN O'SULLIVAN, Individually;
WILLIAM O'SULLIVAN, Individually;
TIMOTHY OTANO, Individually;
FRANK OTERO, Individually;
JUAN OTERO, Individually;
JUAN OTERO, Individually;
TAREK OTERO, Individually;
KEVIN O'TOOLE, Individually;
MICHAEL O'TOOLE, Individually;
PAUL O'TOOLE, Individually;
GLENN OTT, Individually;
JAROD OTTLEY, Individually;
CAROL OTTO, Individually;
MAURICE OTTOLIA, Individually;
CHRISTOPHER OUTHOUSE, Individually;
DAVID OVERHOFF, Individually;

GIRARD OWENS, Individually;
JOLYNN OWENS, Individually;
MARY OWENS, Individually;
ELLA OWENS-PAGE, Individually;
JAMES OZBORN, Individually;
FRANK OZELLO, Individually;
HERIBERTO PABON, Individually;
LOUIS PABON, Individually;
MICHAEL PACCIONE, Individually;
NICHOLAS PACCIONE, Individually;
DOMINICK PACE, Individually;
VICTOR PACE, Individually;
HERIBERTO PACHECO, Individually;
MICHAEL PACIFIC, Individually;
ROBERT PACIULLO, Individually;
ARNOLD PACK, Individually;
JANICE PADDOCK, Individually;
JACQUELINE PADILLA, Individually;
MICHAEL PADORMO, Individually;
JOSE PADRO, Individually;
RAFAEL PADRON, Individually;
ANTHONY PADULA, Individually;
CHARLES PADULA, Individually;
STEVEN PADULA, Individually;
JAMES PADULA, Individually;
ANGEL PAGAN, Individually;
ANGEL PAGAN, Individually;
EDWIN PAGAN, Individually;
PAUL PAGAN, Individually;
VICTOR PAGAN, Individually;
ERIC PAGAN, Individually;
LINDA PAGAN, Individually;
GLENN PAGANO, Individually;
JOSEPH PAGANO, Individually;
JOSEPH PAGLIUCA, Individually;
DENNIS PAGOAGA, Individually;
RODNEY PAIGE, Individually;
THOMAS PAIR, Individually;
JOSEPH PAJEWSKI, Individually;
ROBERT PAKULSKI, Individually;
JAMES PALA, Individually;
MICHAEL PALA, Individually;
WILLIAM PALA, Individually;
JOSEPH PALACINO, Individually;
DENNIS PALADINO, Individually;
JOSEPH PALAZZOLO, Individually;

PETER PALELLA, Individually;
JOSEPH PALEMINE, Individually;
FRANK PALIOTTA, Individually;
GEORGE PALLADINO, Individually;
JOHN PALLMAN, Individually;
MATTHEW PALMER, Individually;
TONYA PALMER, Individually;
RICHARD PALMER, JR., Individually;
ANTHONY PALMERI, Individually;
PHILLIP PALMERI, Individually;
SALVATORE PALMERI, Individually;
JOHN PALMESE, Individually;
VINCENT PALMIERI, Individually;
WILLIAM PALOMINO, Individually;
THOMAS PALOTTA, Individually;
NARISH PALTOO, Individually;
RAYMOND PALTOO, Individually;
FRANCIS PALUMBO, Individually;
LARRY PALUMBO, Individually;
VANESSA PALUSKO, Individually;
HELEN PAMPAFIKOS, Individually;
XIANG PAN, Individually;
MICHAEL PANARESE, Individually;
JAMES PANCORST, Individually;
JOHN PANCOTTO, Individually;
DAVID PANEBIANCO, Individually;
JOHN PANKEY, Individually;
RAY PANNELL, Individually;
FRANK PANNONE, Individually;
WILLIAM PAOLILLO, Individually;
PAUL PAOLUCCI, Individually;
VINCENT PAPA, Individually;
VINCENT PAPASODERO, Individually;
FRANK PAPPAS, Individually;
JAMES PAPPAS, Individually;
KATHY PAPPERT, Individually;
GEORGE PARAMITHIS, Individually;
JOHN PARAMITHIS, Individually;
NEAL PARCHEN, Individually;
MICHAEL PARDUCCI, Individually;
FELIPE PAREDES- NOLASCO, Individually;
FELIPE PAREDES- NOSLASCO, Individually;
JOSEPH PARELLA, Individually;
ROBERT PARESI, Individually;
JOHN PARINELLO, Individually;
CHRISTOPHER PARISE, Individually;

RONALD PARISI, Individually;
SALVATORE PARISI, Individually;
ANDRE PARKER, Individually;
DERRICK PARKER, Individually;
EDWARD PARKER, Individually;
JUD PARKER, Individually;
ROBERT PARKER, Individually;
ROSARIO PARLANTI, Individually;
ANTHONY PARONE, Individually;
PHILIP PARR, Individually;
JUAN PARRA, Individually;
KEVIN PARRETT, Individually;
JOHN J. PARRILLA III, Individually;
JOSEPH PARRINO, Individually;
THERESA PARRISH, Individually;
THYRA PARROTT, Individually;
CHRISTOPHER PARSONS, Individually;
JOSEPH PARVIS, Individually;
ANTHONY PASCARELLA, Individually;
JOHN PASCARELLA, Individually;
ADALGISA PASCASIO, Individually;
RONALD PASCUCCI, Individually;
ROBERT PASIEKA, Individually;
JOHN PASKINS, Individually;
FRANK PASQUA, Individually;
JOSEPH PASSANTINO, Individually;
MICHAEL PASSANTINO, Individually;
FRANK PASSARELLA, Individually;
STEVEN PASSBURG, Individually;
PEDRO PASTOR, Individually;
ROBERT PATELLI, Individually;
JOHN PATERNO, Individually;
ROSS PATERNOSTRO, Individually;
JOSEPH PATRICIELLO, Individually;
PETER PATRISSI, Individually;
MICHAEL PATRONE, Individually;
ANNETTE PATTERSON, Individually;
CLAYTON PATTERSON, Individually;
EDWARD PATTERSON, Individually;
ELLEN PATTERSON, Individually;
JAMES PATTERSON, Individually;
JOHN PATTERSON, Individually;
ROBERT PATTERSON, Individually;
VINCENT PATTI, Individually;
THOMAS PATTON, Individually;
CAROL PAULAUSKAS, Individually;

DIGNA PAULINO, Individually;
REYNALDO PAULINO, Individually;
JOHN PAULSEN, Individually;
ROBERT PAV, Individually;
ROBERT PAVIS, Individually;
RICHARD PAVLICK, Individually;
PETER PAWELCZAK, Individually;
JEFFREY PAWLICKI, Individually;
AUGUSTO PAYANO, Individually;
LIONEL PAYETTE, Individually;
CLEMENT PAYNE, Individually;
EVANS PAYNE, Individually;
GARRY PAZMANN, Individually;
BAYYINAH PEACOCK, Individually;
HILTON PEARCE, Individually;
JOAN PEARSALL, Individually;
RICHARD PEARSALL, Individually;
JEFFREY PEARSON, Individually;
ROBERT PEARSON, Individually;
KENNETH PECE, Individually;
MARK PECHENYY, Individually;
WILLIAM PECK, Individually;
LOUIS PECORA, Individually;
RONALD PECORARO, Individually;
PHILIP PECORELLA, Individually;
RAUL PEDERNERA, Individually;
RICHARD PEDONE, SR, Individually;
BRANDEN PEDROSA, Individually;
FELIX PEDROZA, Individually;
YOVANNA PEGUERO, Individually;
RICHARD PEITLER, Individually;
JOHN PEJOSKI, Individually;
VIKTOR PEKERMAN, Individually;
GIUSEPPINA PELLEGRINO, Individually;
PETE PELLEGRINO, Individually;
ROBERT PELLICANE, Individually;
VINCENT PELLIZZI, Individually;
STEPHEN PELOSA, Individually;
DAVID PELTZ, Individually;
ANTHONY PELUSO, Individually;
BERNADETTE PENA, Individually;
CHRISTOPHER PENA, Individually;
FRANK PENA, Individually;
HECTOR PENA, Individually;
LUZ PENA, Individually;
PAUL PENDOLA, Individually;

KENNETH PENN, Individually;
ROBERT PENN, Individually;
EDWARD PENNA, Individually;
HERBERT PENNER, Individually;
JOHN PENNER, Individually;
GARY PENNY, Individually;
ORAZIO PENSABENE, JR., Individually;
FRANK PEPE, Individually;
RONALD,JR. PEPERONI, Individually;
JAMES R. PEPIO, Individually;
JAMES PEPPER, Individually;
RAFAEL PERALTA, Individually;
RAMON PERALTA, Individually;
ROMULO PERALTA, Individually;
JOEL PERECA, Individually;
ANTONIO PEREIRA, Individually;
CRAIG PEREIRA, Individually;
DAVID PERELEZ, Individually;
FAUSTO PERERA, Individually;
JOSE PERERIA, Individually;
AL PEREZ, Individually;
CARLOS PEREZ, Individually;
CARLOS PEREZ, Individually;
DAVID PEREZ, Individually;
EDDIE PEREZ, Individually;
EDUARDO PEREZ, Individually;
EILEEN PEREZ, Individually;
ERIC PEREZ, Individually;
EUDOSIO PEREZ, Individually;
FELIX PEREZ, Individually;
HECTOR PEREZ, Individually;
JOHN PEREZ, Individually;
JOHN PEREZ, Individually;
JULIO PEREZ, Individually;
LINDA PEREZ, Individually;
LORI-ANN PEREZ, Individually;
LUIS PEREZ, Individually;
MELISSA PEREZ, Individually;
PEDRO PEREZ, Individually;
PEDRO PEREZ, Individually;
RAMONITA PEREZ, Individually;
RICHARD PEREZ, Individually;
SAMUEL PEREZ, Individually;
SANTIAGO PEREZ, Individually;
YVETTE PEREZ, Individually;
YVONNE PEREZ, Individually;

YVONNE PEREZ, Individually;
WILSON PEREZ, JR., Individually;
MILAGROS PEREZ-MCDOWELL, Individually;
IMRE PERGER, Individually;
MARK PERILLO, Individually;
MICHAEL PERILLO, Individually;
DANIEL PERITORE, Individually;
DIONISE PERIU, Individually;
ALFRED PERKINS, Individually;
EDWARD PERLMUTTER, Individually;
ROBERT PERRETTA, Individually;
LEONARD PERRETTI, Individually;
RALPH PERRICELLI, Individually;
JASON PERRONE, Individually;
CLEMENTE PERROTTA, Individually;
FRANK PERROTTA, Individually;
MICHAEL PERRUZZA, Individually;
JOSEPH PERRY, Individually;
PHILIP PERRY, Individually;
THOMAS PERRY, Individually;
GARY PERSCH, Individually;
RAFAEL PERSIA, Individually;
EDWARD PERSICO, Individually;
FRED PERUGGIA, Individually;
ANTONIO PERZICHILLI, Individually;
JOSE PESCADOR, Individually;
JOHN PESCE, Individually;
ROBERT PESCE, Individually;
CHRISTOPHER PETELEY, Individually;
STEPHEN PETELEY, Individually;
DAVID PETEROY, Individually;
WILLIAM PETERS, Individually;
GREGG PETERSEN, Individually;
JOHN PETERSEN, Individually;
GARY PETERSON, Individually;
KEVIN PETERSON, Individually;
KEVIN PETERSON, Individually;
TRAVIS PETERSON, Individually;
TRICIA PETERSON, Individually;
VINCENT PETINO, Individually;
PAT PETITO, Individually;
RAYMOND PETON REIS III, Individually;
ANTHONY PETRARCA, Individually;
JOSEPH PETRELLA, Individually;
NICHOLAS PETRICEVICH, Individually;
JOHN PETRILLI, Individually;

JOHN PETROCELLI, Individually;
BENJAMIN PETROFSKY, Individually;
ROCCO PETRONELLA, Individually;
JOSEPH PETRUCCI, Individually;
ALFRED PETRUZZI, Individually;
ALFRED PETRUZZI, Individually;
MICHELLE PETSCH, Individually;
CHARLES PETTIGNANO, Individually;
DARRYL PETTIGREW, Individually;
EDWARD PETTINATO, Individually;
MICHAEL PETTIT, Individually;
TANYA PETTY, Individually;
LOUIS PEZZA, Individually;
RON PFEFFER, Individually;
LORI PFEIL, Individually;
RICHARD PFLUGER, Individually;
JOHN PHILLIPS, Individually;
RAYMOND PHILLIPS, Individually;
SEAN PHILLIPS, Individually;
MARJORIE PHILLIPSON-THOMPSON, Individually;
LOUIS PIA, Individually;
PHILLIP PIARULLI, Individually;
WILLIAM PIATTI, Individually;
CHRISTOPHER PIAZZA, Individually;
ENZO PIAZZA, Individually;
ROBERT PICARD, Individually;
ROBERT PICARDI, Individually;
JOHN PICCIANO, Individually;
PAUL PICCIANO, Individually;
MATTHEW PICCIONE, Individually;
RICHARD PICCIOTTO, Individually;
LAWRENCE PICHARDO, Individually;
LAWRENCE PICKERING, Individually;
GEORGE PICKETT, Individually;
FRANK PICONE, Individually;
JAMES PICONE, Individually;
JOSEPH PIDOTO, Individually;
SANDRA PIEDRA, Individually;
JOSEPH PIEGARE, Individually;
JOEL PIERCE, Individually;
ANTONIO PIETRO LUONGO, Individually;
VITO PIGNATELLI, Individually;
SUSAN PIKE, Individually;
MICHAEL PILECKI, Individually;
MICHAEL PILIERE, Individually;
MICHAEL PILIERO, Individually;

GLEN PILLARELLA, Individually;
RUDOLPH PILLARELLA, Individually;
ANDREW PILLAY, Individually;
JESUS PINA, Individually;
SHELDON PINCUS, Individually;
ANTONIO PINEIRO, Individually;
JACQUELINE PINEIRO, Individually;
JEANNETTE PINERO, Individually;
EDWARD PINNER, Individually;
FERNANDO PINO, Individually;
FERNANDO PINO, Individually;
GUSTAVO PINO, JR., Individually;
PAUL PINSDORF, Individually;
MICHAEL PINSENT, Individually;
MICHAEL PINSENT, Individually;
LOUIS PINTO, Individually;
ANTONINO PIRAINO, Individually;
MIRIAM PIRETTI, Individually;
ANTHONY PIROZZOLI, Individually;
STANLEY PIRPINIAS, Individually;
EDWARD PIRRAGLIA, Individually;
MICHAEL PIRRERA, Individually;
CARL PISANI, Individually;
FRANK PISANO, Individually;
JOSEPH PISANO, Individually;
NICHOLAS PISANO, Individually;
ANTHONY PISCIOTTA, Individually;
CHRISTOPHER PISCIOTTI, Individually;
JOSEPH PISICOLO, Individually;
BERNARDO PISTONE, Individually;
CLYDE PITTELLI, Individually;
PATRICIA PITTS, Individually;
PETER PITZER, Individually;
VICTOR PIZARRO, Individually;
MARIANNE PIZZITOLA, Individually;
FRANK PIZZO, Individually;
RICHARD PIZZO, Individually;
JOSEPH PIZZUTO, Individually;
MICHELE PLACIDO, Individually;
RAYMOND PLAKSTIS, Individually;
CARL PLANAGAN, Individually;
LOUIS PLANAS, JR., Individually;
BRETT PLAPINGER, Individually;
MICHAEL PLATE, Individually;
RICHARD PLATT, Individually;
RICHARD PLATT, Individually;

JAMES PLATZ, Individually;
STEVEN PLAVIN, Individually;
DORIS PLAZA, Individually;
DILIA PLOTKIN, Individually;
MICHAEL PLOTKIN, Individually;
RHONDA PODMORE, Individually;
DAVID POGGIO, Individually;
MICHELLE POHL, Individually;
AMELIA POHLMAN, Individually;
JANET POHLMANN, Individually;
SONIA POLANCO, Individually;
PERCY POLE, Individually;
RICHARD POLHAMER, Individually;
DINO POLICHETTI, Individually;
STEPHEN POLIDORE, Individually;
CHRISTOPHER POLIDORO, Individually;
NICHOLAS POLISENO, Individually;
CHRISTOPHER POLITO, Individually;
FRANK POLITO, Individually;
PAUL POLITO, Individually;
THOMAS POLIZZI, Individually;
WAYNE POLLACI, Individually;
ALEX POLLAK, Individually;
KENNETH POLLETT, Individually;
THOMAS POLLICINO, Individually;
ANTHONY POLLINA, Individually;
FRANK POLLINA, Individually;
RONI POLLINA-MAGEROS, Individually;
LISA POMERANCE-HINDI, Individually;
SUSAN POPE, Individually;
CHRISTOPHER POPPE III, Individually;
MICHAEL PORCU, Individually;
ROBERT PORFERT, Individually;
ANTHONY PORFIDIO, Individually;
ANTHONY PORRATA, Individually;
DANIEL PORSCH, Individually;
ANDRE PORTER, Individually;
MARK PORTER, Individually;
RUTH PORTER, Individually;
STEPHEN LOUIS PORTERA, Individually;
HEINZ POSCH JR, Individually;
STEPHEN POSE, Individually;
BOHDAN POSIWNYCZ, Individually;
RUSSELL POST, Individually;
MICHAEL POTENZA, Individually;
ANTHONY POTENZO, Individually;

CHANDIDAS POTOPSINGH, Individually;
NOREEN POTVIN, Individually;
GEORGE POVEY, Individually;
MICHAEL POVOLNY, Individually;
BENJAMIN POWELL, Individually;
JESUS POWELL, Individually;
JESUS POWELL, Individually;
KELISHA POWELL, Individually;
MONTY POWELL, Individually;
MICHAEL POWER, Individually;
CHARLES POWERS, Individually;
DANIEL POWERS, Individually;
DEXTER POWERS, Individually;
JAMES POWERS, Individually;
KEVIN POWERS, Individually;
DOMINICK PRATO, Individually;
PRENDA PRELA, Individually;
LONDY PRENDAMANO, Individually;
FRANK PRESCIA, Individually;
ROBERT PRESCOTT, Individually;
RONALD PRESS, Individually;
MICHAEL PRESTA, Individually;
ANTHONY PRESTIGIACOMO, Individually;
FRANK PRETTITORE, Individually;
FREDERICK PREVETE, Individually;
CALVIN PRICE, Individually;
DANIEL PRICE, Individually;
JEFFREY PRICE, Individually;
WAYNE PRICE, Individually;
HERMAN PRIDE, Individually;
GEORGE PRIETO, Individually;
GEORGE PRIETO, Individually;
VIKTOR PRIGOV, Individually;
THOMAS PRIMO, Individually;
PRINCESS PRINCE-MCCOADE, Individually;
GEORGE PRINCIPE, Individually;
ROCHELLE PRINTZ, Individually;
ROBERT PRINZO, Individually;
GEORGE PRIOLA, Individually;
FRANK PRIOLO, Individually;
GARY PRIORE, Individually;
KIRK PRITCHARD, Individually;
JOHN PRODROMAKIS, Individually;
THOMAS PROFETA, Individually;
EMILE PROVENCHER, Individually;
ALAN PROVENZALI, Individually;

ROBERT PROVENZANO, Individually;
ALBERT PRUDEN, Individually;
DANIEL PRUNTY, Individually;
JOSEPH PRUNTY, Individually;
ALEXANDER PRUSI, Individually;
ANDREA PRYCE, Individually;
DEAN PSATHAS, Individually;
DEAN PSATHAS, Individually;
IGOR PSHENYCHNY, Individually;
NICHOLAS PUCCIARELLI, Individually;
CHRISTOPHER PUE, Individually;
KELVIN PUELLO, Individually;
MIGUELINA PUELLO, Individually;
ANTHONY PUGH, Individually;
ROBERT PUGLIESE, Individually;
STEVEN PUGLIESE, Individually;
JEROME PUIDOKAS, Individually;
JUAN PUIG, Individually;
ANTHONY PULEO, Individually;
VINCENT PULIZZI, Individually;
JOSEPH PUPINO, Individually;
GLENN PUPPA, Individually;
RAYMOND PURCELL, Individually;
SCOTT PURCELL, Individually;
KARLIS PURINS, Individually;
AUDREY PUSINS, Individually;
MICHAEL PUSKAS, Individually;
DINO PUZINO, Individually;
BRIAN PYKE, Individually;
DANIEL PYLE, Individually;
MUHAMMAD QASIR, Individually;
LOUIS QUADRINO, Individually;
NICHOLAS QUAGLIA, Individually;
VINCENT QUAGLIARIELLO, Individually;
ANTHONY QUARANTI, Individually;
RONALD QUARTUCCIO, Individually;
HEATHER QUASHIE, Individually;
IAN QUASHIE, Individually;
WILLIE QUATTLEBAUM, Individually;
JAMES QUEALLY, Individually;
JOSEPH QUERCIA, Individually;
ERIC QUERE, Individually;
PABLO QUESADA, Individually;
HENRY QUEVEDO, Individually;
LUIS QUEVEDO, Individually;
DENIS QUICK, Individually;

ELADIO QUILES, Individually;
TIMOTHY L. QUIN, Individually;
PAULO QUINALIA, Individually;
JEREMIAH QUINLAN, Individually;
SCOTT QUINLAN, Individually;
RICHARD QUINLAND, Individually;
ANDREW QUINN, Individually;
DENNIS QUINN, Individually;
FRAN QUINN, Individually;
JAMES QUINN, Individually;
LAWRENCE QUINN, Individually;
RICHARD QUINN, Individually;
ROBERT QUINN, Individually;
STEPHEN QUINN, Individually;
THOMAS QUINN, Individually;
MICHAEL QUINONES, Individually;
RAPHAEL QUINONES, Individually;
MILAGROS QUINONEZ, Individually;
JANAYRA QUINONOES, Individually;
ROY QUINTANA, Individually;
EDWARD QUIRK, Individually;
JOSEPH RA, Individually;
SAED RABAH, Individually;
THOMAS RACHKO, Individually;
JOSEPH RACICOT, Individually;
ROMAN RACZY, Individually;
JOHN RADICE, Individually;
IGOR RADUSHINSKY, Individually;
JOSEPH RAFFA, Individually;
BRIAN RAFFERTY, Individually;
GEORGE RAFFERTY, Individually;
MICHAEL RAFFO, Individually;
PAULA RAFLO, Individually;
DONALD RAFTERY, Individually;
JOSEPH RAGAZZO, Individually;
RONALD RAGGIO, Individually;
JAMES RAGNETTI, Individually;
JAMES RAGON, Individually;
RICHARD RAGONESE, Individually;
JOHN RAGUSO, Individually;
JAMES RAHILL, Individually;
LEO EDWARD RAHILL, Individually;
MAUREEN RAHILL-COMIN, Individually;
ABDUR RAHMAN, Individually;
KEVIN RAHN, Individually;
KURT RAHNER, Individually;

288

VINCENT RAIA, Individually;
RODNEY RAIFORD, Individually;
RICHARD RAIMO, Individually;
LOUIS RAIMONDI, Individually;
ROBERT RAINEY, Individually;
RINU RAJAN, Individually;
NOREEN RAM, Individually;
HARILALL RAMCHARAN, Individually;
JEFFREY RAMER, Individually;
ANNETTE RAMEY, Individually;
EDWIN RAMIREZ, Individually;
GILBERT RAMIREZ, Individually;
MICHAEL RAMIREZ, Individually;
JOSEPH RAMONDINO, Individually;
DAVID RAMOS, Individually;
DORIAN RAMOS, Individually;
IVAN RAMOS, Individually;
IVAN RAMOS, Individually;
JOSEPH RAMOS, Individually;
MARCY RAMOS, Individually;
MICHAEL RAMOS, Individually;
MIGDALIA RAMOS, Individually;
MIGUEL RAMOS, Individually;
NANCY RAMOS, Individually;
RAFAEL RAMOS, Individually;
RALPH RAMOS, Individually;
RAYMOND RAMOS, Individually;
RAYMOND RAMOS, Individually;
RICHARD RAMOS, Individually;
RICHARD RAMOS, Individually;
ROBERTO RAMOS, Individually;
SUSAN RAMOS, Individually;
ADELIA RAMOS DE ALMEIDA, Individually;
CARLOS RAMOS JR., Individually;
ERROL RAMPERSAD, Individually;
SUNIL RAMPERSAD, Individually;
NATHANIEL RAMSINGH, Individually;
JOSEPH RANAURO, Individually;
RICHARD RAND, Individually;
GARY RANDAZZO, Individually;
ROBERT RANDELL, Individually;
DENISE RANDOLPH, Individually;
JAMES RANDOLPHE, Individually;
PATRICK RANIERI, Individually;
JOYCE RANKINS, Individually;
ANTHONY RAO, Individually;

NANCY RAPCHAK, Individually;
DOMINICK RAPPA, Individually;
LARRY RAPPE, Individually;
MICHAEL RAPPE, Individually;
EDWARD RASA, Individually;
FRANK RASILE, Individually;
EDWARD RASMUSSEN, Individually;
SHAHAN RASTGIR, Individually;
SHAHAN RASTGIR, Individually;
STEPHEN G. RASWEILER, Individually;
DAVID RATTI, Individually;
JOEANNA RAVENELL, Individually;
DWAYNE RAY, Individually;
MICHAEL RAYEUR, Individually;
ROBERT REARDON, Individually;
BENEDICT REBECCA, Individually;
BENEDICT REBECCA, Individually;
JOSE RECIO, Individually;
LOUIS REDA, Individually;
SHAQUANA REDDEN-CHAPMAN, Individually;
ROBERT REDGRAVE, Individually;
JOHN REDICAN, Individually;
JAMES REDMOND, Individually;
ROBERT REDMOND, Individually;
THOMAS REDMOND, Individually;
MICHAEL REDPATH, Individually;
GIGI REECE, Individually;
VESTER REED, Individually;
EUGENE REEMS, Individually;
JEREMIAH REEN, Individually;
MAE REESE, Individually;
VINCENT REGISTER, Individually;
ALEXANDER REGRUTO, Individually;
MICHAEL REHBERG, Individually;
JOHN REICHERTER JR., Individually;
ALAN REID, Individually;
ALDRIC REID, Individually;
MARJORIE REID, Individually;
RAYMOND REID, Individually;
ROBERT REID, Individually;
DANIEL REIDY, Individually;
ADRIAN REILLY, Individually;
CHARLES REILLY, Individually;
DAVID K. REILLY, Individually;
EDWARD REILLY, Individually;
GERARD REILLY, Individually;

GERARD REILLY, Individually;
JOHN REILLY, Individually;
JOHN D. REILLY, Individually;
KEVIN REILLY, Individually;
MARTIN REILLY, Individually;
MICHAEL REILLY, Individually;
MICHAEL A. REILLY, Individually;
STEVEN REILLY, Individually;
THOMAS REILLY, Individually;
JOAN REILLY-ROSA, Individually;
GERARD REIMERS, Individually;
FRANK A. REINA, Individually;
LEONARD REINA, Individually;
NAZARENO REINA, Individually;
MICHAEL REINECKE, Individually;
CHRISTOPHER REINHARD, Individually;
RICHARD REIP, Individually;
SOL REISCHER, Individually;
DAVID REISS, Individually;
MICHAEL REISS, Individually;
RAYMOND REMBELLAS, Individually;
PAUL REMSEN, Individually;
PAUL RENDA, Individually;
STEVE RENDINO, Individually;
WILLIAM RENDINO, Individually;
FARDY RENDON, Individually;
JAMES RENNE, Individually;
CHRISTOPHER RENO, Individually;
ELSA RENSAA, Individually;
ELSA RENSAA, Individually;
ROBERT RENTAS, Individually;
MIGUEL REQUENA, Individually;
WILLIAM RESCHKE, Individually;
ROBERT RESETAR, Individually;
MARK RESTIVO, Individually;
ENID RESTO, Individually;
JOSE RETEGUIZ, Individually;
MICHAEL REUTTER, Individually;
TERRANCE REVELLA, Individually;
JOSEPH REVERE, Individually;
JOHN REVILLA, JR., Individually;
ANGEL REYES, Individually;
HENRY REYES, Individually;
HERMAN REYES, Individually;
MIGUEL REYES, Individually;
JOHN KELLY REYHER, Individually;

WILLIAM REYNOLDS, Individually;
ANDREW REZIN, Individually;
JOHN RHATIGAN, Individually;
DANIEL RHEIN, Individually;
BUCKY RHOADES, Individually;
GLEN RHODES, Individually;
STEVEN RHODES, Individually;
TONY RHODES, Individually;
JOSEPH RIBAUDO, Individually;
JASON RIBISI, Individually;
MICHAEL RIBOSH, Individually;
FRANK RICCA, Individually;
LOUIS RICCARDO, Individually;
ANTHONY RICCI, Individually;
DOMENICO RICCIARDI, Individually;
JOSEPH RICCIARDI, Individually;
MICHAEL T. RICCIARDI, Individually;
CHARLES RICE, Individually;
EUGENE RICE, Individually;
JOHN G. RICE, Individually;
RICHARD RICE, Individually;
STEPHEN RICE, Individually;
THOMAS RICE, Individually;
WAYNE RICE, Individually;
JOHN R. RICE, SR., Individually;
JAMES RICHARDS, Individually;
WILLIAM RICHARDS, Individually;
KEVIN RICHARDSON, Individually;
WILLIE RICHARDSON, Individually;
MELISSA RICHBURG, Individually;
JAMES RICHES, Individually;
WILLIAM RICHEY, Individually;
WILLIAM RICHEY, Individually;
DONALD RICHROATH, Individually;
CARL RICKERTS, Individually;
BRENDA E. RICKETTS, Individually;
LOUIS RICO, Individually;
JOHN RIDGE, Individually;
JOSEPH RIDLEY, Individually;
KAREN RIDLEY, Individually;
DAVID RIEGEL, Individually;
SCOTT RIEGEL, Individually;
RUSSELL RIEGERT, Individually;
ROBERT RIERA, Individually;
DIMITRIOS RIGAS, Individually;
JOANNE RIGGS, Individually;

JOHN RIGOLINI, Individually;
VICTOR RIJOS, Individually;
MERRITT RILEY, Individually;
THOMAS S. RILEY SR., Individually;
KENNETH RINALDI, Individually;
ROCCO RINALDI, Individually;
STEVEN RINCHEY, Individually;
JARED RING, Individually;
JUSTINA RINKOVSKY, Individually;
JOHN M. RIORDAN, Individually;
NEIL RIORDAN, Individually;
ROBERT RIORDAN, Individually;
TIMOTHY RIORDAN, Individually;
NELIDA RIOS, Individually;
OSCAR RIOS, Individually;
OSCAR RIOS, Individually;
TIMOTHY RISE, Individually;
FRANCIS RITCHIE, Individually;
DONALD RITTER, Individually;
ANTHONY RIVELLI, Individually;
ALCIDES RIVERA, Individually;
ALFREDO RIVERA, Individually;
ANNETTE RIVERA, Individually;
ANTHONY RIVERA, Individually;
CARL RIVERA, Individually;
DANIEL RIVERA, Individually;
EDWIN RIVERA, Individually;
EDWIN RIVERA, Individually;
ELIZABETH RIVERA, Individually;
FRANKLIN RIVERA, Individually;
GEORGE RIVERA, Individually;
HECTOR RIVERA, Individually;
HEIKO RIVERA, Individually;
IRIS RIVERA, Individually;
IVAN RIVERA, Individually;
JOSE RIVERA, Individually;
JUAN RIVERA, Individually;
JUAN RIVERA, Individually;
KENNETH RIVERA, Individually;
MANUEL RIVERA, Individually;
MINERVA RIVERA, Individually;
NESTOR RIVERA, Individually;
SONIA RIVERA, Individually;
SYLVIA RIVERA, Individually;
TEODORO RIVERA, Individually;
TERENCE RIVERA, Individually;

VIVIAN RIVERA, Individually;
YOLANDA RIVERA, Individually;
LETICIA RIVERA, Individually;
EVELYN RIVERA HERNANDEZ, Individually;
JUAN RIVERO, Individually;
ANDREW RIVERS, Individually;
LUNURL RIVERS, Individually;
THOMAS RIVICCI, Individually;
REX RIZOR, Individually;
JAMES RIZZI, Individually;
CARMINE RIZZO, Individually;
MICHAEL RIZZO, Individually;
PAUL RIZZO, Individually;
PHILLIP RIZZO, Individually;
PHILIP RIZZOCASCIO, Individually;
JOSEPH RIZZUTO, Individually;
BRIAN ROACH, Individually;
DAVY ROBBINS, Individually;
ZEAV ROBBINS, Individually;
OLIVER ROBERT, Individually;
AARON ROBERTS, Individually;
ALLISON ROBERTS, Individually;
BOBBY E. ROBERTS, Individually;
FREDERICK ROBERTS, Individually;
RAINFORD ROBERTS, Individually;
RONALD ROBERTS, Individually;
JUNE ROBERTS, Individually;
CARLA ROBERTSON, Individually;
CHRISTOPHER ROBINSON, Individually;
FREDERICK ROBINSON, Individually;
PAIGE ROBINSON, Individually;
THOMAS ROBINSON, Individually;
TIMOTHY ROBINSON, Individually;
TRACY ROBINSON, Individually;
WILLIAM ROBINSON, Individually;
WILLIAM ROBINSON, Individually;
ELIZABETH ROBINSON, Individually;
THOMAS ROBISKY, Individually;
BRENT ROBKE, Individually;
BRENT ROBKE, Individually;
BRENT ROBKE, Individually;
LORENZA ROBLES, Individually;
MICHAEL ROBLES, Individually;
THOMAS ROBY, Individually;
RANDALL ROCA, Individually;
ANTHONY ROCCHIO, Individually;

GEORGE ROCCHIO, Individually;
SILVESTRO ROCCHIO, Individually;
LINDA ROCHE, Individually;
LOUIS ROCHELLE, SR., Individually;
ROBERT ROCHFORD, Individually;
JOHN RODDEN, Individually;
JOHN RODELLI, Individually;
GREGORY RODGERS, Individually;
MICHAEL RODGERS, Individually;
HUBERT RODNEY, Individually;
MICHAEL RODOLICO, Individually;
ADALBERTO RODRIGUEZ, Individually;
AMILCAR RODRIGUEZ, Individually;
ANA RODRIGUEZ, Individually;
ANGEL RODRIGUEZ, Individually;
ANGELO RODRIGUEZ, Individually;
CANDIDO RODRIGUEZ, Individually;
CARLOS RODRIGUEZ, Individually;
DANIEL RODRIGUEZ, Individually;
DOUGLAS RODRIGUEZ, Individually;
EMILIO RODRIGUEZ, Individually;
ERIC RODRIGUEZ, Individually;
ESTEBAN RODRIGUEZ, Individually;
FELIPE RODRIGUEZ, Individually;
FERNANDO RODRIGUEZ, Individually;
GERMAN RODRIGUEZ, Individually;
HERMINIO RODRIGUEZ, Individually;
IRENE RODRIGUEZ, Individually;
IRVING RODRIGUEZ, Individually;
IRVING RODRIGUEZ, Individually;
IVONNE RODRIGUEZ, Individually;
JEANETTE RODRIGUEZ, Individually;
JEFFERSON RODRIGUEZ, Individually;
JESENNIA RODRIGUEZ, Individually;
JOE RODRIGUEZ, Individually;
JOSE RODRIGUEZ, Individually;
JOSE RODRIGUEZ, Individually;
JOSE RODRIGUEZ, Individually;
JUAN RODRIGUEZ, Individually;
KENNETH RODRIGUEZ, Individually;
LOUIS RODRIGUEZ, Individually;
LUIS RODRIGUEZ, Individually;
MELVIN RODRIGUEZ, Individually;
MIGUEL RODRIGUEZ, Individually;
PETER RODRIGUEZ, Individually;
RICHARD RODRIGUEZ, Individually;

ROBERT RODRIGUEZ, Individually;
STANLEY RODRIGUEZ, Individually;
VANESSA RODRIGUEZ, Individually;
YESENIA RODRIGUEZ, Individually;
MARCIAL RODRIQUEZ, Individually;
JAMES ROELL, Individually;
CHRISTIAN ROESCH, Individually;
GEOFFREY ROESCH, Individually;
JAMES ROESINGER, Individually;
PHILIP ROGAN, Individually;
THOMAS ROGAN, Individually;
CARROL ROGERS, Individually;
DAVID ROGERS, Individually;
DONAL ROGERS, Individually;
GARY ROGERS, Individually;
JAMES ROGERS, Individually;
JAMES ROGERS, Individually;
JOHN ROGERS, Individually;
JOSE ROGERS, Individually;
PETER ROGERS, Individually;
WALTER ROGERS, Individually;
ROBERT ROHAN, Individually;
DIANE ROHMAN, Individually;
CARLOS ROJAS, Individually;
CECELIA ROJAS, Individually;
ISABEL ROJAS, Individually;
MAURICE ROLANDO, Individually;
NELSON ROLDAN, Individually;
ROBERT ROLDAN, Individually;
ISRAEL ROLON, JR., Individually;
ANNETTE ROMAN, Individually;
ELIZABETH ROMAN, Individually;
JOE ROMAN, Individually;
JOSE ROMAN, Individually;
MARIA ROMAN, Individually;
MARIBEL ROMAN, Individually;
MICHAEL ROMAN, Individually;
ROBERT ROMAN, Individually;
RUBEN ROMAN, Individually;
YSABEL ROMAN, Individually;
ANTHONY ROMANO, Individually;
CLARE ROMANO, Individually;
DIANNE ROMANO, Individually;
DONATO ROMANO, Individually;
JOHN ROMANO, Individually;
JOHN ROMANO, Individually;

JOHN ROMANO, Individually;
MICHAEL ROMANO, Individually;
MICHAEL J. ROMANO, Individually;
COREY ROMANOWSKI, Individually;
GRISEL ROMAN-SANTIAGO, Individually;
CHRISTOPHER ROMANSKI, Individually;
COSMO ROMEO, Individually;
EDWARD ROMEO, Individually;
LAURA ROMER, Individually;
ROBERT ROMER, Individually;
ANGEL ROMERO, Individually;
CARLOS ROMERO, Individually;
DAVID ROMERO, Individually;
EDGAR ROMERO, Individually;
RICARDO ROMERO, Individually;
JOHN RONAN, Individually;
ESTER RONDON, Individually;
GILLETTE ROONEY, Individually;
JOHN ROONEY, Individually;
MICHAEL ROONEY, Individually;
THOMAS ROONEY, Individually;
LEONARD ROPPA, Individually;
ALMA ROSA, Individually;
ANGEL ROSA, Individually;
JOSE ROSA, Individually;
ANTHONY ROSADO, Individually;
LISA ROSADO, Individually;
LUIS ROSADO, Individually;
RICHARD ROSADO, Individually;
VICTOR ROSADO, Individually;
GERARD ROSALIE, Individually;
RICHARD ROSANO, Individually;
ANTHONY ROSARIO, Individually;
IRIS ROSARIO, Individually;
MIRIAM ROSARIO, Individually;
MOISES ROSARIO, Individually;
PAULINO ROSARIO, Individually;
ANITA ROSATO, Individually;
ANNMARIE ROSCH, Individually;
DAVID D ROSE, Individually;
PETER ROSE, Individually;
MEL ROSENBACH, Individually;
MITCHELL ROSENBERG, Individually;
JAMES ROSENBERGER, Individually;
ROSE ROSENBLATT, Individually;
LISA ROSENFELD, Individually;

NED ROSENFELD, Individually;
MONICA ROSENTHAL, Individually;
THOMAS ROSINA, Individually;
KEITH ROSS, Individually;
KEVIN ROSS, Individually;
ROBERT ROSS, Individually;
THOMAS ROSS, Individually;
ANTHONY ROSSI, Individually;
JOHN ROSSIELLO, Individually;
KENNETH ROSSIELLO, Individually;
NICHOLAS ROSSINI, Individually;
ROBERT ROSSITER, Individually;
PAUL ROSSITTO, Individually;
ROBERT ROSTKOWSKI, Individually;
RICHARD ROTELLI, Individually;
EDWARD ROTH, Individually;
RICHARD ROTH, Individually;
KEITH ROTHE, Individually;
MICHAEL ROTHFELD, Individually;
ANTHONY ROTONDI, Individually;
MARK ROTONDI, Individually;
ALFRED ROTONDO, Individually;
JOSEPH ROTONDO, Individually;
WAYNE ROUILLIER, Individually;
JOHN ROWAN, Individually;
DAVID ROWE, Individually;
THOMAS ROWE, Individually;
THOMAS ROWE, Individually;
MARK ROWLEY, Individually;
ANTHONY ROY, Individually;
REGINALD ROYALE, Individually;
VIKTOR ROYTMAN, Individually;
JACOB ROZENBURG, Individually;
JULIO ROZON, Individually;
BELINDA RUANE, Individually;
MARTIN RUANE, Individually;
IAN RUBIN, Individually;
STEVEN RUBIN, Individually;
JOHN RUBINO, Individually;
KEITH RUBY, Individually;
STEVEN RUCCI, Individually;
MICHAEL RUDDICK, Individually;
THOMAS RUDDY, Individually;
JAMES RUDOLPH, Individually;
RICHARD RUDOLPH, Individually;
CHRISTINE RUDTNER, Individually;

STEVEN RUECKHEIM, Individually;
CARMELO RUGGIERO, Individually;
DONATO RUGGIERO, Individually;
GIOVANNINA RUGGIERO, Individually;
MICHAEL RUGGIERO, Individually;
RICHARD RUGGIERO, Individually;
JOSEPH RUGGIRELLO, Individually;
WILLIAM RUHNAU, Individually;
DAVID RUIZ, Individually;
EDGAR RUIZ, Individually;
ISMAEL RUIZ, Individually;
JOSE RUIZ, Individually;
JUAN RUIZ, Individually;
MICHAEL RUIZ, Individually;
RALPH RUIZ, Individually;
RICHARD RUIZ, Individually;
DONALD RULAND, Individually;
JUAN RULLAN, Individually;
ANGELO RULLO, Individually;
NORMAN RUND, Individually;
PETER RUNFOLA, Individually;
PAUL RUNG, Individually;
CARLA RUPP, Individually;
STEPHEN RUSSACK, Individually;
DONALD RUSSELL, Individually;
HENRIETTE RUSSELL, Individually;
JAMES RUSSELL, Individually;
JOHN RUSSELL, Individually;
JOHN RUSSELL, Individually;
ROBERT RUSSELL, Individually;
WILLIAM RUSSELL, Individually;
JOHN RUSSIELLO, Individually;
FLORENCE RUSSO, Individually;
GLENN RUSSO, Individually;
JACK RUSSO, Individually;
JAMES RUSSO, Individually;
JOHN RUSSO, Individually;
JOHN RUSSO, Individually;
JOHN F. RUSSO, Individually;
KENNETH RUSSO, Individually;
LISA RUSSO, Individually;
PASQUALE RUSSO, Individually;
RALPH RUSSO, Individually;
RAYMOND RUSSO, Individually;
SALVATORE RUSSO, Individually;
SAM RUSSO, Individually;

SONIA RUSSO, Individually;
THOMAS RUSSO, Individually;
VINCENT RUSSO, Individually;
DOMINICK RUSSO, Individually;
THOMAS RUSSO, JR., Individually;
MARIAN RUSZCZYK, Individually;
GARY RUTA, Individually;
MICHAEL RUTHERFORD, Individually;
DOMINICK RUTIGLIANO, Individually;
ANNA MESSINA RUVOLO, Individually;
VITO RUVOLO, Individually;
BARBARA RYAN, Individually;
EDWARD RYAN, Individually;
GERARD RYAN, Individually;
JAMES P RYAN, Individually;
JEAN RYAN, Individually;
JOHN P. RYAN, Individually;
KATHLEEN RYAN, Individually;
KEVIN RYAN, Individually;
KEVIN RYAN, Individually;
LIAM RYAN, Individually;
RICHARD RYAN, Individually;
ROBERT RYAN, Individually;
ROBERT RYAN, Individually;
THOMAS RYAN, Individually;
THOMAS RYAN, Individually;
THOMAS RYAN, Individually;
TIMOTHY RYAN, Individually;
WILLIAM RYAN, Individually;
LAWRENCE RYAN, Individually;
ELIZABETH RYE, Individually;
ORLANDO SA, Individually;
GEORGE SABANDO, Individually;
ROCCO SABATELLA, Individually;
ROBERT SABATINO, Individually;
CHRISTOPHER SABBAGH, Individually;
CHRISTOPHER SABELLA, Individually;
THOMAS SABELLA, Individually;
JOSEPH SACCENTE, Individually;
FRANK SACCO, Individually;
CARL F. SADLER, Individually;
ALBERT SAFATLE, Individually;
ALBERT SAFATLE, Individually;
JAMES SAGE, Individually;
NICHOLAS SAGGESE, Individually;
GEORGE SAHM, Individually;

DOMINICK SAIA, Individually;
GAREN SAIAN, Individually;
MOSHE SAIDON, Individually;
SANDERS SAINNOVAL, Individually;
DANIEL SAITTA, Individually;
NISHAN SALADEEN, Individually;
SULTAN SALADEEN, Individually;
MAJIDA SALAMEH, Individually;
FRANK SALAMONE, Individually;
VINCENZO SALAMONE, Individually;
LAWRENCE SALAVEC, Individually;
GLENDA SALAZAR, Individually;
RAFAEL SALAZAR, Individually;
FELIPE SALCEDO, Individually;
SALEH SALEH, Individually;
JAMES SALEMO, Individually;
CARMINE SALERNO, Individually;
LEONARDO SALERNO, Individually;
SALVATORE SALERNO, Individually;
THOMAS SALERNO, Individually;
ALBANO SALGADO, Individually;
PHILIP SALMON, Individually;
GREGORY SALONE, Individually;
DANIEL SALSEDO, Individually;
JEFF SALTA, Individually;
JACK SALTARELLA, Individually;
ANTHONY SALTARELLI, Individually;
JERRY SALTZMAN, Individually;
JOHN SALVATO, Individually;
VITO SALVATORE, Individually;
DAVID SALVESEN, Individually;
ROBERT SALVIA, Individually;
SCOTT SALZBERG, Individually;
DANTE SAMA, Individually;
DEWANDRANATH SAMAROO, Individually;
JOHN SAMMARCO, Individually;
JAMES SAMMARCO, JR., Individually;
CHRISTINE SAMOLES, Individually;
GEORGE SAMOS, Individually;
LOUIS SAMPERI, Individually;
MORGAN SAMUEL, Individually;
CHRISTOPHER SANACORE, Individually;
FELIX SANCHEZ, Individually;
JOSE SANCHEZ, Individually;
MARISOL SANCHEZ, Individually;
RAFAEL SANCHEZ, Individually;

RICHARD SANCHEZ, Individually;
STEVEN SANCHEZ, Individually;
VIRGILIO SANCHEZ, Individually;
EMIL SAND, Individually;
JAMES SANDAS, Individually;
DEBORAH SANDERS, Individually;
MICHAEL SANDHAAS, Individually;
ERIC SANDS, Individually;
ROBERT SANFILIPPO, Individually;
RUDY SANFILIPPO, Individually;
DARLENE SANFIORENZO, Individually;
PAUL SANFIORENZO, Individually;
RICHARD SANFORD, Individually;
FREDERICK SANICOLA, Individually;
JOHN SANJURJO, Individually;
PHILIP SANSONE, Individually;
WILLIAM SANTAGATA, Individually;
HANNIE SANTANA, Individually;
VERONICA SANTANA, Individually;
ANGEL SANTANA, Individually;
MICHAEL SANTANASTASO, Individually;
BIAGIO SANTANGELO, Individually;
CHRISTOPHER SANTANGELO, Individually;
ROBERT SANTANIELLO, Individually;
JOSEPH SANTAPAOLA, Individually;
JOSEPH SANTAPAOLA, Individually;
TAMMY SANTAPAU, Individually;
ALBERTO SANTIAGO, Individually;
ELMER SANTIAGO, Individually;
FERDINAND SANTIAGO, Individually;
FRANK SANTIAGO, Individually;
HECTOR SANTIAGO, Individually;
HECTOR SANTIAGO, Individually;
HENRY SANTIAGO, Individually;
JOSUE SANTIAGO, Individually;
JUAN SANTIAGO, Individually;
REYNALDO SANTIAGO, Individually;
ROBERTO SANTIAGO, Individually;
ADORACION SANTIAGO JR., Individually;
FRANCES SANTILLAN, Individually;
ROBERT SANTINO, Individually;
VINCENT SANTOIEMMA, Individually;
JOHN SANTONASTASO, Individually;
MICHAEL SANTORE, Individually;
MICHAEL SANTORE, Individually;
ANTHONY SANTORO, Individually;

MICHAEL SANTORY, Individually;
CESAR SANTOS, Individually;
DAVID SANTOS, Individually;
DOUGLAS SANTOS, Individually;
RICARDO SANTOS, Individually;
RITA SANTOS, Individually;
MICHAEL SANZONE, Individually;
BILL SAPANO, Individually;
STEPHEN SAPIA, Individually;
JOSEPH SAPIENZA, Individually;
PETER SAPIENZA, Individually;
JAMES SARANDREA, Individually;
JOHN SARC, Individually;
HARVEY SARDIS, Individually;
JOSEPH SARDO, Individually;
WILLIAM SARRO, Individually;
ARTHUR SARTINI, Individually;
MOHAMMAD SATTAR, Individually;
PASQUALE SAULINO, Individually;
GREGORY SAUNDERS, Individually;
RICHARD SAUNDERS, Individually;
ROBERT SAUNDERS, Individually;
GENE SAUSTO, Individually;
WILLIAM H. SAVAGE JR., Individually;
JAMES SAVARESE, Individually;
LOUIS SAVARESE, Individually;
JOSEPH SAVERINO, Individually;
JOSEPH SAVERINO, Individually;
MICHAEL SAVITSKY, Individually;
RICHARD SAWCHUK, Individually;
MICHAEL SAXE, Individually;
MICHAEL SBRIGATO, Individually;
LOUIS SCALA, Individually;
MAURICE SCALES, Individually;
PETER SCALICI, Individually;
VICTOR SCALICI, Individually;
JOSEPH SCALOGNA, Individually;
THOMAS SCAMBONE, Individually;
ANTONIO SCANNELLA, Individually;
GILBERT SCARAZZINI, Individually;
BOBIE SCARBOROUGH, Individually;
JOHN SCARCELLA, Individually;
PETER SCARDACCIONE, Individually;
ARTHUR SCARLETT, Individually;
BENEDICT SCARSELLA, Individually;
CONRAD SCHABAUER, Individually;

EDWARD SCHAEFER, Individually;
JAMES SCHAEFER, Individually;
JOSEPH SCHAFER, Individually;
KEVIN SCHAMBERGER, Individually;
ALEX SCHAPOWAL, Individually;
WILLIAM SCHARP, Individually;
THOMAS SCHATZLE, Individually;
LAWRENCE SCHAU, Individually;
MARK SCHEFLEN, Individually;
LAWRENCE SCHEID, Individually;
BEATRICE SCHEINBAUM, Individually;
THOMAS SCHEINER, Individually;
GERARD SCHELL, Individually;
JOHN SCHELL, Individually;
PETER SCHEMBRI, Individually;
DOUGHLAS SCHERMA, Individually;
YUNG SCHERN, Individually;
CHARLES SCHERY, Individually;
WILLIAM SCHEU, Individually;
JAMES SCHIAVONE, Individually;
JOSEPH SCHIAVONE, Individually;
ALFRED SCHILLE, Individually;
KEITH SCHILLER, Individually;
PATRICIA SCHILLER, Individually;
CHARLES SCHILLING, Individually;
DANNY SCHILLINGER, Individually;
JOHN SCHILLINGER, Individually;
WILLIAM SCHILLINGER, Individually;
NICHOLAS SCHIRALLI, Individually;
KEVIN SCHLITZ, Individually;
ROY SCHMAHL, Individually;
STEVEN SCHMALZRIED, Individually;
EDWARD SCHMIDT, Individually;
MARK SCHMIDT, Individually;
MATTHEW SCHMIDT, Individually;
ROBERT SCHMIDT, Individually;
RONALD SCHMIDT, Individually;
WILLIAM SCHMIDT, Individually;
FREDERICK SCHMITT, Individually;
KAREN SCHMITT, Individually;
PETER SCHMITT, Individually;
CLINTON SCHMITTERER, Individually;
WILLIAM SCHMITTGALL, Individually;
ROBERT SCHMUCK, Individually;
RONALD SCHMUTZLER, Individually;
JOHN SCHNAARS, Individually;

LARRY SCHNECKENBURGER, Individually;
ERNEST SCHNEIDER, Individually;
GARY SCHNEIDER, Individually;
MICHAEL SCHNEIDER, Individually;
ROBERT SCHNEIDER, Individually;
STEPHEN SCHNEIDER, Individually;
DAVID SCHNITZER, Individually;
NEIL SCHOER, Individually;
EDGAR SCHOFFNER, Individually;
DANIEL SCHOFIELD, Individually;
RICHARD SCHOFIELD, Individually;
FRED SCHOLL, Individually;
CHRISTIAN SCHOLZ, Individually;
DOUGLAS SCHOOK, Individually;
JOHN SCHOOLER, Individually;
MICHAEL SCHOONMAKER, Individually;
MICHELE SCHOR SCANDOLE, Individually;
FRANK SCHRODER, Individually;
JOHN SCHROEDER, Individually;
THOMAS SCHROEDER, Individually;
PAUL SCHUBER, Individually;
STEPHEN SCHULDNER, Individually;
CHARLES SCHULE, Individually;
THOMAS SCHULE, Individually;
ROBERT SCHULTZ, Individually;
ROBERT SCHULZ, Individually;
ROBERT SCHUMAN, Individually;
BERNARD SCHUMER, Individually;
ALAN SCHWARTZ, Individually;
JEFFREY SCHWARTZ, Individually;
JEROME SCHWARTZ, Individually;
LAWRENCE SCHWARTZ, Individually;
STEPHEN SCHWARTZ, Individually;
STEVE SCHWARTZ, Individually;
SUSAN SCHWARTZ, Individually;
WILLIAM SCHWARZ, Individually;
FREDERICK SCHWARZROCK, Individually;
ANNMARIE SCHWEIGERT, Individually;
WILLIAM SCHWEIT, Individually;
KARL SCHWEITZER, Individually;
JAMES SCHWICKE, Individually;
ADAM SCHWINN, Individually;
PATRICIA SCIABARASSI, Individually;
FRANK SCIACCHITANO, Individually;
JOHN SCIANIMANICO, Individually;
JOHN SCIANIMANICO, Individually;

VICTOR SCIARAPPA, Individually;
JOSEPH SCIBILIA, Individually;
PETER SCIPILLITI, Individually;
STEVEN SCIUTO, Individually;
ANTHONY SCLAFANI, Individually;
GREG SCLAFANI, Individually;
BARRY SCLAR, Individually;
THOMAS SCOGGAN, Individually;
JOHN SCOLARO, Individually;
PATRICK SCOLLAN, Individually;
GUY SCONZO, Individually;
LUIGI SCORCIA, Individually;
CHRISTOPHER SCOTT, Individually;
EDWARD SCOTT, Individually;
JOHN SCOTT, Individually;
MARTIN SCOTT, Individually;
MICHAEL SCOTT, Individually;
MICHAEL SCOTT, Individually;
MONICA SCOTT, Individually;
RICHARD SCOTT, Individually;
ROBERT SCOTT, Individually;
ROBERT SCOTT, Individually;
SARAH SCOTT, Individually;
FRANK SCOTTI, Individually;
JARRIT SCOTTI, Individually;
DOMINICK SCOTTO, Individually;
PAUL SCOTTO, Individually;
THOMAS SCOTTO, Individually;
THOMAS SCOTTO, Individually;
TIMOTHY SCOTTO, Individually;
TONI SCOTTO, Individually;
VINCENT SCOTTO, Individually;
JOHN SCOURAKIS, Individually;
DARRIN SCRUGGS, Individually;
DENNIS SCUDERA, Individually;
JOHN SCUPELLITI, Individually;
JAMES SEAMAN, Individually;
DORAN SEAQUISTE, Individually;
ANGEL SEARY, Individually;
LISA SECKLER-ROODE, Individually;
DANIEL SEDA, Individually;
DAVID SEDA, Individually;
EARTHA SEDENIUSSEN, Individually;
CHRISTOPHER SEEHASE, Individually;
JOSEPH SEENEY, Individually;
DONALD SEFCIK, Individually;

JUAN SEGARRA, Individually;
LUIS SEGARRA, Individually;
MICHAEL SEGARRA, Individually;
VICTOR SEGARRA, Individually;
MOSES SEGURA, Individually;
ROBERT SELDOMRIDGE, Individually;
ROBERT SELDOMRIDGE, Individually;
SHARRON SELLICK, Individually;
GIOVANNI SEMINERIO, Individually;
KARY SEMINERIO, Individually;
ENGELBERT SEMKAM, Individually;
JOZETTE SEMPER, Individually;
FRANK SENA, Individually;
ALBERT SENECA, Individually;
JOHN SENESE, Individually;
JOHN M. SENESE, Individually;
JEANNETTE SENEY, Individually;
RUSSELL SENNETT, Individually;
MICHAEL SENNO, Individually;
PHILIP SENRA, Individually;
JEFFREY SENTOWSKI, Individually;
LAWRENCE SENZEL, Individually;
ADAMS SEPULVEDA, Individually;
RAYMOND SERBAY, Individually;
ANTHONY SERCIA, Individually;
ANTHONY SERCIA, Individually;
WILLIAM SERPE, Individually;
JEFFREY SERRA, Individually;
JOHN SERRA, Individually;
IVETTE SERRANO, Individually;
PEDRO SERRANO, Individually;
ROBERT SERRANO, Individually;
MICHAEL SERRAS, Individually;
ROBERT SESNY, Individually;
WILLIAM SESSELMAN JR., Individually;
ANTHONY SEVERINO, Individually;
JOHN SEWARD, Individually;
RODNEY SEYMOUR, Individually;
PATRICIA SEYMOUR-HARRISON, Individually;
PHILIP SFERRAZZA, Individually;
SALVATORE SFERRAZZA, Individually;
MICHAEL SFORZA, Individually;
NICHOLAS SGAGLIONE, Individually;
DAVID SGROMO, Individually;
ROBERT SHABAZZ, Individually;
KENNETH SHAFFER, Individually;

KENNETH J. SHAFFER, Individually;
MICHAEL SHAFFER, Individually;
LENNY SHALMER, Individually;
FRANCIS SHANAGAN, Individually;
PETER SHANLEY, Individually;
BRIAN SHANNON, Individually;
CHARLES SHANNON, Individually;
JAMES SHANNON, Individually;
MATTHEW SHANNON, Individually;
PATRICK SHANNON, Individually;
EMILY SHAPIRO, Individually;
FRANCIS SHARKEY, Individually;
DAVID SHARP, Individually;
JOHN SHARP, Individually;
RICHARD SHARP, Individually;
JAMES SHARPERSON, Individually;
STEVEN SHAUGHNESSY, Individually;
JOHN SHAW, Individually;
KATHLEEN SHAW, Individually;
ZACHARIAH SHAW, Individually;
KIM SHEA, Individually;
MICHAEL SHEA, Individually;
MICHAEL SHEA, Individually;
THOMAS SHEA, Individually;
RODERICK SHEARBURN, Individually;
EZRI SHECHTER, Individually;
DAVID SHEEHAN, Individually;
EDWARD SHEEHAN, Individually;
JEFFREY SHEEHAN, Individually;
JOHN SHEEHAN, Individually;
KEVIN SHEEHAN, Individually;
MICHAEL SHEEHAN, Individually;
ROBERT SHEEHAN, Individually;
SCOTT SHEEHAN, Individually;
DENIS SHEEHY, Individually;
EDWARD SHEEHY, Individually;
BRENDAN SHEERIN, Individually;
CRAIG SHEIL, Individually;
ANNE SHELDON, Individually;
GLADYS SHELL, Individually;
CYNTHIA SHELTO, Individually;
ALBERT SHEPPARD, Individually;
LOUIS SHEPPARD JR., Individually;
EVA SHERARD, Individually;
RODNEY SHERARD, Individually;
ANDREW SHERIDAN, Individually;

KEVIN SHERIDAN, Individually;
THOMAS SHERIDAN, Individually;
TIMOTHY SHERIDAN, Individually;
KEVIN SHEROD, Individually;
TERRENCE SHEROD, Individually;
LEV SHILDKRET, Individually;
KEVIN SHINNICK, Individually;
VERONICA SHIPPY, Individually;
NATALYA SHMIDT, Individually;
DANIEL SHORTELL, Individually;
THOMAS SHORTELL, Individually;
BRENDAN SHOVLIN, Individually;
GERALD SHOWERS, Individually;
MICHAEL SHRADER, Individually;
STEVEN SHTAB, Individually;
THOMAS SIANO, Individually;
GIUSEPPE SIBILLA, Individually;
AIDA SICARDO, Individually;
AIDA SICARDO, Individually;
BABARA SICILIA, Individually;
FRANK SICKLER, Individually;
NILDRE SIDBURY, Individually;
SUSAN SIDEL, Individually;
STANLEY SIEGEL, Individually;
LEONARD SIELI, Individually;
VANESSA SIERRA, Individually;
DOROTHY SIFF, Individually;
SCOTT SIGNORELLI, Individually;
JOHN SIGNORILE, Individually;
MARIA SIGNORILE, Individually;
MAURICE SIGNORILE, Individually;
NANCY SIGUENCIA, Individually;
BRUCE SILAS, Individually;
FRANK SILECCHIA, Individually;
NINA SILFEN, Individually;
WILLIAM SILKE, Individually;
MARK SILLARO, Individually;
ANTHONY SILVA, Individually;
FABIAN SILVA, Individually;
JOHN SILVA, Individually;
STEVEN SILVER, Individually;
JAN SILVERBERG, Individually;
KEITH SILVERMAN, Individually;
LYNNE SILVER-MERIWETHER, Individually;
IRA SILVERSTEIN, Individually;
LEON SILVERSTEIN, Individually;

MAURICE SILVERSTEIN, Individually;
MICHAEL SILVESTRI, Individually;
WILLIAM SILVESTRI, Individually;
WILFREDO SILVESTRY, Individually;
CHARLES SILVIA, Individually;
STEPHEN SIMCO, Individually;
ANTHONY SIMEOLI, Individually;
BRENDA SIMMONS, Individually;
CHRISTOPHER SIMMONS, Individually;
LEON SIMMONS, Individually;
ADAM SIMMS, Individually;
DAVID SIMMS, Individually;
JOHN SIMONCINI, Individually;
PETER A. SIMONCINI, Individually;
AUGUSTINE SIMONCINI, SR., Individually;
EDWARD SIMONETTI, Individually;
GUY SIMONETTI, Individually;
GUY SIMONETTI, Individually;
MERISA SIMONS, Individually;
MICHAEL SIMONS, Individually;
RAYMOND SIMONS, Individually;
BOBBY SIMPKINS, Individually;
FRANCIS SIMPSON, Individually;
GERALD SIMPSON, Individually;
RICHARD SIMS, Individually;
CARL SINAGRA, Individually;
JOHN SINAYI III, Individually;
BRIAN SINCLAIR, Individually;
HUGH SINCLAIR, Individually;
DONALD SINCLAIR, JR., Individually;
SAMBA SINERA, Individually;
ALBERT SINGER, Individually;
HEIDI SINGER, Individually;
MYRON SINGER, Individually;
ROBERT SINGER, Individually;
ROBERT SINGER, Individually;
SCOTT SINGER, Individually;
CHANDRAPAUL SINGH, Individually;
KHAMRAJ SINGH, Individually;
RICHARD SINGH, Individually;
SUNIL SINGH, Individually;
KIMBERLY SINGLETON, Individually;
GIANCARLO SINI, Individually;
VINCENT SINNOTT, Individually;
JACK SIRACUSA, Individually;
VINCENT SIRICA, Individually;

ANTONIO SIRVENT, Individually;
EDWARD SITA, Individually;
THOMAS SITACA, Individually;
EDWARD SIVIN, Individually;
JOHN SKEBECK, Individually;
RAYMOND SKERMO, Individually;
BRIAN SKIPPER, Individually;
ANTHONY SKOMINA, Individually;
JOSEPH SKONIECZNY, Individually;
LEO SKORUPSKI, Individually;
NEIL SKOW, Individually;
DORSEY SLAGLE, Individually;
SANDRA SLATER, Individually;
MARTIN SLATTERY, Individually;
RONALD SLAVIN, Individually;
KATHERINE SLAWINSKI, Individually;
MARC SLENDER, Individually;
ANNE SLEVIN, Individually;
DANIEL SLEZAK, Individually;
MICHAEL SLOFKISS, Individually;
ZINOVI SLOVESNIK, Individually;
WILLIAM SLOWSKI, Individually;
PETER SLUDER, Individually;
MARC SLUGH, Individually;
JAMES SMAGALA, Individually;
ANTHONY SMALDONE, Individually;
EMMA SMALL, Individually;
LESLIE SMALL, Individually;
ROBERTA SMALL, Individually;
JOHN SMALLS, Individually;
LINDA SMART, Individually;
AURA SMATKITBORIHARN, Individually;
PAUL SMICH, Individually;
GARY SMILEY, Individually;
CAROL SMITH, Individually;
CYRESS SMITH, Individually;
DENNIS SMITH, Individually;
DOUGLAS SMITH, Individually;
FREDERICK SMITH, Individually;
GARY SMITH, Individually;
GARY SMITH, Individually;
GARY SMITH, Individually;
GEORGE SMITH, Individually;
HERBERT SMITH, Individually;
IAN SMITH, Individually;
JAMES SMITH, Individually;

JOHN SMITH, Individually;
KERRY SMITH, Individually;
LEONARD SMITH, Individually;
MARIA SMITH, Individually;
MYRA SMITH, Individually;
PATRICK SMITH, Individually;
PATRICK SMITH, Individually;
PAULA SMITH, Individually;
PETER SMITH, Individually;
RAYMOND SMITH, Individually;
RICHARD SMITH, Individually;
ROBERT D. SMITH, Individually;
SHERILL SMITH, Individually;
THOMAS SMITH, Individually;
WILLIAM SMITH, Individually;
WINSTON SMITH, Individually;
ALFRED SMITH, Individually;
ELIZABETH SMITH, Individually;
LAWRENCE SMITH, Individually;
HEIDI SMITH-ASH, Individually;
JOSEPH SMITHWICK, Individually;
DANIEL SMOLANICK, Individually;
STEVEN SMOLARSKY, Individually;
MATTHEW SMORTO, Individually;
GERALD SMYTH, Individually;
PATRICK SMYTH, Individually;
GERALD SNELL, Individually;
MALETA SNELL, Individually;
JOSEPH SNELL, Individually;
JAMES SNOOK, Individually;
GEORGE SNYDER, Individually;
RICHARD SNYDER, Individually;
GLENN SOANS, Individually;
MICHAEL SOBOLESKI, Individually;
STANISLAV SOFKA, Individually;
ROBERT SOHMER, Individually;
STEPHEN SOLDANO, Individually;
CHAD SOLER, Individually;
HECTOR SOLER, Individually;
CHAD SOLFARO, Individually;
GWYNNE SOLIMENE, Individually;
LUIS SOLIVAN, Individually;
MICHELE SOLIVAN, Individually;
CHARLES SOLLIN, Individually;
MELCHISEDEC SOLOMON, Individually;
JOHN SOLTES, Individually;

ALFRED SOLURI, Individually;
ROBIN SOLVANG, Individually;
GERARD SOMERVILLE, Individually;
PAUL SOMIN, Individually;
FRANK SOMMA, Individually;
ROBERT SOMMER, Individually;
JAMES SOMMERS, Individually;
THOMAS SOMMO JR, Individually;
JAMES SONDA JR., Individually;
LINDA SORAK, Individually;
PAUL SORBER, Individually;
WALTER SORRENTI, Individually;
JOHN SORRENTINO, Individually;
MICHAEL SORRENTINO, Individually;
DAWN SORRENTO, Individually;
FRANCISCO SOSA, Individually;
FRANCISCO SOSA, Individually;
WALTER SOSNOWSKI, Individually;
ALEJANDRO SOTO, Individually;
ANIBAL SOTO, Individually;
MANUEL SOTO, Individually;
MARIA SOTO, Individually;
NOEMI SOTO, Individually;
PAUL SOTO, Individually;
RICHARD SOTO, Individually;
WILLIAM SOTO, Individually;
MARIANO SOTTILE, Individually;
CECIL SOUTHERN III, Individually;
DONALD SOWIN, Individually;
DAVID SOZIO, Individually;
JOSEPH SOZIO, Individually;
ENZO SOZZI, Individually;
ANTHONY SPADAFORA, Individually;
RONALD SPADAFORA, Individually;
DEAN SPADARO, Individually;
WILLIAM SPADE, Individually;
DENNIS SPAFFORD, Individually;
JOSEPH SPAGNOLA, Individually;
DOMINICK SPAGNOLO, Individually;
AMERICO SPAGNUOLA, Individually;
STEVEN SPAK, Individually;
WILLIAM SPALL, Individually;
CHRISTOPHER SPARACIA, Individually;
JACK SPARACINO, Individually;
THOMAS SPARACIO, Individually;
ROBERT SPARANDERA, Individually;

GARY SPARAPANI, Individually;
JOHNNIE SPARKS, Individually;
PETER SPARTA, Individually;
STEPHEN SPEARS, Individually;
KENNETH SPECHT, Individually;
SAMUEL SPECTOR, Individually;
SEYMOUR SPECTOR, Individually;
DANIEL SPEIGEL, Individually;
CLARENCE SPELLMAN, Individually;
STEPHEN SPELMAN, Individually;
BRIAN SPENCER, Individually;
NATHAN SPENCER, Individually;
SYLVESTER SPENCER, Individually;
ANTHONY SPENNICCHIA, Individually;
ANTHONY SPERO, Individually;
TOMMIE SPERRAZZA, Individually;
JOHN SPIECH, Individually;
JOHN SPILLANE, Individually;
ARTHUR SPINA, Individually;
LEONARD SPINELLI, Individually;
MICHAEL SPINELLI, Individually;
STEPHEN SPINELLI, Individually;
DANIEL SPINO, Individually;
SALLY SPINOSA, Individually;
DANIEL SPITZBARTH, Individually;
KEVIN SPONBURG, Individually;
DARREN SPRINGS, Individually;
STEPHEN SPYNTIUK, Individually;
JOHN SQUICCIARINI, Individually;
ANTHONY SQUILLANTE, Individually;
ANTHONY SROUR, Individually;
SCOTT ST. JOHN, Individually;
STEVEN STABINER, Individually;
LOUIS STACEY, Individually;
JOSEPH STACH, JR., Individually;
JAMES STACK, Individually;
PATRICK STACK, Individually;
STEVEN STACK, Individually;
MICHAEL T. STACKPOLE, Individually;
CHRISTOPHER STADULIS, Individually;
JACK STAGNARI, Individually;
JOHN STAHL, Individually;
JOHN STAIANO, Individually;
EDWARD STALLINGS, Individually;
JEFFREY STANILAND, Individually;
JEFFREY STANILAND, Individually;

MICHAEL STANISZEWSKI, Individually;
TIMOTHY STANLEY, Individually;
JOHN STANTON, Individually;
ROBERT STANTON, Individually;
GERARD STAPLES, Individually;
GREGORY STAR, Individually;
JOHN STARACE, Individually;
JOHN STARK, Individually;
ROBERT STARK, Individually;
NORMAN STARKS, Individually;
STAR STARR, Individually;
JAMES STASIO, Individually;
JAMES STASIO, Individually;
STEVEN STATHIS, Individually;
JOSEPH STAVOLA, Individually;
ROBERT STEC, Individually;
KEVIN STEELE, Individually;
VICTOR STEELE, Individually;
JAMES STEEN, Individually;
ANTHONY STEFANESE, Individually;
JOHN STEFANOWSKI, Individually;
DAVID STEIN, Individually;
MICHAEL STEIN, Individually;
MICHAEL STEINBERG, Individually;
MARK STEINHAUER, Individually;
DOMINICK STELLA, Individually;
ANDREA STEPHENS, Individually;
HENRY STEPHENSON, Individually;
LENNY STEPHENY, Individually;
STEPHEN STEPONAITIS, Individually;
JOSEPH STERBENZ, Individually;
DONYAL STERN, Individually;
DANIEL STEWART, Individually;
HERBERT STEWART, Individually;
JAMES STEWART, Individually;
JAMES STEWART, Individually;
KEVIN STEWART, Individually;
OLEVIA STEWART-SMITH, Individually;
RICHARD STEYERT, Individually;
JANNETH STIBRANY, Individually;
MICHAEL STIGLIANO, Individually;
JOSEPH STILE, Individually;
JOHN STILES, Individually;
BARRY STITH, Individually;
FRANCINE STOBNITZKY, Individually;
KARTIKA STOCKTON, Individually;

RANDALL STOEVER, Individually;
MARK STONE, Individually;
MICHAEL STONE, Individually;
MICHAEL STONEBRIDGE, Individually;
DWAYNE STONEY, Individually;
CLAUDE M. STONIER, Individually;
ERIC STORCH, Individually;
HARRY STRACK, Individually;
ROBERT STRAFER, Individually;
PETER STRAHL, Individually;
GLYNE STRAKER, Individually;
ROBERT STRAKOSCH, Individually;
JOHN STRANDBERG, Individually;
LOUIS STRANDBERG, Individually;
LOUIS STRANDBERG, Individually;
CHARLES STRAVALLE, Individually;
JOSEPH STRENG, Individually;
BRIAN W. STRENGE, Individually;
KEVIN STRESS, Individually;
THOMAS STRINGER, Individually;
JEFFREY STROEHLEIN, Individually;
ANDREW STROMFELD, Individually;
LENNART STROMSTEDT, Individually;
RAY STRONG, Individually;
PETER STRUBBE, Individually;
JOHN STUBBING, Individually;
KEVIN STUCKEY, Individually;
JAMES STUHLMULLER, Individually;
BRIAN STURGES, Individually;
ARTHUR STURM, Individually;
JAMES STURMAN, Individually;
GLEN A. SUAREZ, Individually;
FRANCES SUAREZ-MARKOWSKI, Individually;
CHIRTA SUCHIT, Individually;
CHIRTA SUCHIT, Individually;
RICHARD SUFFERN, Individually;
DOUGLAS SUGERMAN, Individually;
GREGORY SUHR, Individually;
GILBERT SULLIVAN, Individually;
JAMES SULLIVAN, Individually;
JAMES SULLIVAN, Individually;
JIMMIE SULLIVAN, Individually;
JOHN SULLIVAN, Individually;
JOSEPH E. SULLIVAN, Individually;
MARGARET SULLIVAN, Individually;
MICHAEL SULLIVAN, Individually;

MICHAEL SULLIVAN, Individually;
PHILIP SULLIVAN, Individually;
STEPHEN SULLIVAN, Individually;
STEPHEN E. SULLIVAN, Individually;
STEPHEN M. SULLIVAN, Individually;
TIMOTHY SULLIVAN, Individually;
JAMES P. SULLIVAN, Individually;
MONTGOMERY SUMMA, Individually;
STEVE SUMMO, Individually;
KENNETH SUMSKY, Individually;
RICHARD SUN, Individually;
ROBERT SUPINO, Individually;
KENNETH SUPPA, Individually;
PIO SUPPA, Individually;
PATRICK SURACI, Individually;
DANIEL SURAT, Individually;
DANIEL SURDUCAN, Individually;
BRUCE SURETTE, Individually;
MICHAEL SURIANELLO, Individually;
EDWIN SURILLO, Individually;
JAMES SURRUSCO, Individually;
MIGUEL SUSANA, Individually;
MATTHEW SUSCO, Individually;
DENNIS SUSLAK, Individually;
ROBERT SUTHERLAND, Individually;
ROBERT SUTHERLAND, Individually;
JOHN SUTTER, Individually;
FREDERICK SUTTON, Individually;
FREDERICK SUTTON, Individually;
JAMES SUTTON, Individually;
RONALD SVEC, Individually;
MICHAEL SWAIN, Individually;
MATTHEW SWAN, Individually;
RICHARD SWANSON, Individually;
JOHN SWEENEY, Individually;
VINCENT SWEENEY, Individually;
GLENN SWEENEY, Individually;
WILLIAM SWEENEY JR., Individually;
LISA SWEENY, Individually;
RANDY SWINTON, Individually;
WILLIAM SWITZER, Individually;
ARTHUR SYKEN, Individually;
JOSEPH SYKES, Individually;
BOGUSLAW SZALUS, Individually;
JOHN SZCZECH, Individually;
THOMAS SZOTAK, Individually;

RALPH SZPAK, Individually;
IGOR SZYNAROWSKI, Individually;
DENNIS TAAFFE, Individually;
JOSEPH TABEEK, Individually;
ANTHONY TACCARIELLO, Individually;
JACK TADDEO, Individually;
ANA TAHA, Individually;
ROY TALIAFERRO, Individually;
MICHAEL TALIENTO, Individually;
JOHN TALMADGE, Individually;
OLGA TAMBURRI, Individually;
RICHARD TANAGRETTA, Individually;
ANTHONY TANNAZZO, Individually;
TIN TAO, Individually;
JAMES TAONO, Individually;
CIRO TAORMINA, Individually;
JONATHAN TAORMINA, Individually;
RANDY TAPIA, Individually;
ANTONIO TARABOCCHIA, Individually;
ROBERT TARANTINO, Individually;
THOMAS TARANTOLA, Individually;
DENNIS TARDIO, Individually;
FRANK TARDY, Individually;
DANIEL TARPEY, Individually;
JAMES TARRY, Individually;
PETER TARTAGLIONE, Individually;
JOHN TARTAMELLA, Individually;
RAYMON TASHJI, Individually;
CHARLES TATAR, Individually;
THOMAS TATARIAN, Individually;
HUGH TATE, Individually;
LIZA TATE, Individually;
LIZA TATE, Individually;
NANCY TATE, Individually;
GLORIA TATUM, Individually;
RICHARD TAUBER, Individually;
ANTONIO TAURINO, Individually;
RICARDO TAVARES, Individually;
DAVID TAVERNIER, Individually;
KAMELIA TAWDROS, Individually;
WILLIAM TAYE, Individually;
CRAIG TAYLOR, Individually;
GREGORY TAYLOR, Individually;
JULIA TAYLOR, Individually;
KEITH TAYLOR, Individually;
KEVIN TAYLOR, Individually;

STEVE TAYLOR, Individually;
VICTOR TCHIJ, Individually;
EVAN TEATUM, Individually;
VINCENT TEDESCHI, Individually;
MIKE TEGANO, Individually;
JOHN TEGELER, Individually;
CARLOS TEJEDA, Individually;
NICHOLAS TELINCHO, Individually;
TELLEF TELLEFSEN, Individually;
DANIEL TENEYCK, Individually;
JULIA TENEZACA, Individually;
RICHARD TEPEDINO, Individually;
DAVID TERAN, Individually;
CHARLES TEREFENKO, Individually;
ANGELA TERMINE, Individually;
STEPHEN TERNLUND, Individually;
JOHN TERRAVECCHIA, Individually;
LOUIS TERRUSA, Individually;
PHILIP TERRY-SMITH, Individually;
YVETTE TERUEL, Individually;
PASQUALE TESI, Individually;
MICHAEL TESORIERO, Individually;
ANTHONY TESTA, Individually;
ROCCO TESTA, Individually;
LOUIS TESTANI, Individually;
ARISTEDES THANASOULIS, Individually;
CLAUDE THEODORE, Individually;
TANYA THEOPHILA, Individually;
BRIAN THEOPHILUS, Individually;
GARY THERIAULT, Individually;
STEPHEN THIBADEAU, Individually;
ROBERT THIEL, Individually;
FRANCIS THOMAS, Individually;
HAROLD THOMAS, Individually;
JAMES THOMAS, Individually;
JOSEPH THOMAS, Individually;
LUIS THOMAS, Individually;
MARVIN THOMAS, Individually;
SAJI THOMAS, Individually;
VICTORIA THOMAS, Individually;
WAYNE THOMAS, Individually;
DANIELLE M. THOMAS, Individually;
ROBERT THOMEY, Individually;
CHARLES E. THOMPSON, Individually;
DONALD THOMPSON, Individually;
DONALD THOMPSON, Individually;

DONALD K. THOMPSON, Individually;
JAMES THOMPSON, Individually;
JOSEPH THOMPSON, Individually;
KATIE THOMPSON, Individually;
RENE THOMPSON, Individually;
ROBERT THOMPSON, Individually;
THOYWELL THOMPSON, Individually;
ZINA THOMPSON-MILAN, Individually;
ROSELYN THOMPSON-PEARSON, Individually;
DANIEL THOMSON, Individually;
ROBERT THOMSON, Individually;
SCOTT THOMSON, Individually;
DONNA THORNHILL-ALSTON, Individually;
MICHELE THORNHILL-FREEMAN, Individually;
DONELL THORNTON, Individually;
ROBERT THORNTON, Individually;
ALEX THROWER, Individually;
CAROLYN THURLTON, Individually;
EDDIE TIBBATTS, Individually;
JAMES TIERNEY, Individually;
KEVIN TIERNEY, Individually;
EDWARD TIERNEY, Individually;
ROBERT TILEARCIO, Individually;
HARVEY TILLERY, Individually;
TYRONE TILLMAN, Individually;
CARMEN TIMMONS, Individually;
VINCENT TIMMONS, Individually;
JOHN TIMOTHY, Individually;
FRANKIE TIRADO, Individually;
JOSE TIRADO, Individually;
RICHARD TIRELLI, Individually;
JOHN TITO, Individually;
DENNIS TOAL, Individually;
ROBERT TOBIAS, Individually;
MICHAEL TOBIN, Individually;
JOSEPH TOBIN, Individually;
RAYMOND TOCK, Individually;
JEWEL TODMAN-PHILIP, Individually;
WILLIAM TOELSTEDT, Individually;
FRANK TOFANO, Individually;
LEONID TOKAR, Individually;
TIMOTHY TOLAN, Individually;
TIMOTHY TOLAN, Individually;
LEROY TOLIVER, Individually;
JAMES TOLSON, Individually;
ANTHONY TOMESHESKI, Individually;

DONALD TOMM, Individually;
GERARD GEORGE TOMOSOIU, Individually;
RICHARD TOMPKINS, Individually;
CHRIS TOMPKINSON, Individually;
KEVIN TONKIN, Individually;
MARLENE TONNON, Individually;
JUAN TORANZO, Individually;
JORMA TORCHIO, Individually;
ANDREW TORLINCASI, Individually;
MARK TORRE, Individually;
JOSE TORRELLAS, Individually;
MARGARET TORRELLAS, Individually;
ANGEL TORRES, Individually;
ANNA TORRES, Individually;
CARLOS TORRES, Individually;
CARLOS TORRES, Individually;
DAMASO TORRES, Individually;
EDGAR TORRES, Individually;
EDWIN TORRES, Individually;
EMMANUAL TORRES, Individually;
ERIC TORRES, Individually;
HECTOR TORRES, Individually;
HECTOR L. TORRES, Individually;
HENRY TORRES, Individually;
JOSE TORRES, Individually;
JUDY TORRES, Individually;
LUIS TORRES, Individually;
MIGUEL TORRES, Individually;
PABLO TORRES, Individually;
PORFIRIO TORRES, Individually;
ROBERT TORRES, Individually;
ROBERTO TORRES, Individually;
ROSALINA TORRES, Individually;
TERENCE TORRES, Individually;
JOSEPH TORTORELLA, Individually;
ANDERSON TORY, Individually;
JOSEPH TOSCANO, Individually;
ROBERT TOSCANO, Individually;
PETER E. TOSTAINE, Individually;
ANTHONY TOULON, Individually;
ANTHONY TOULON, Individually;
MARCEL TOUMA, Individually;
ANN TOWPASH, Individually;
ANDREW TRABANCO, Individually;
BERNARD TRACEY, Individually;
BERNARD TRACEY, Individually;

PATRICK TRACY, Individually;
ADAM TRAINA, Individually;
VITO TRAINA, Individually;
DIANN TRAMEL, Individually;
JOEL TRAMEL, Individually;
WILLIAM D. TRAMMELL, Individually;
LE TRAN, Individually;
ANDREW TRANCHINA, Individually;
JOSEPH TRANCUCCI, Individually;
THOMAS TRANFAGLIA, Individually;
JAMES TRAPANESE, Individually;
RICHARD TRAPANESE, Individually;
FRANCIS TRAPANI, Individually;
PETER TRAUT, Individually;
JOHN TRAVAGLIA, Individually;
JOSEPH TRAVAGLIA, Individually;
JOHN TRAVERS, Individually;
MICHAEL TREANOR, Individually;
LOUIS TREGLIA, Individually;
ROBERT TREGLIA, Individually;
EDWARD TRENTACOSTA, Individually;
JOSEPH TREZZA, Individually;
MICHAEL TREZZA, Individually;
MICHAEL TREZZA, Individually;
FERNANDO TRIANA, Individually;
MICHAEL TRIANO, Individually;
ANTHONY TRIANT, Individually;
ANTHONY TRICARICO, Individually;
VINCENT TRIMARCO, Individually;
EDICTOR TRINIDAD, Individually;
EGGAR TRINIDAD, Individually;
ROBERT TRINIDAD, Individually;
ANTHONY TRIOLA, Individually;
PATRICK TRIOLA, Individually;
JOHN TRIPLETT, Individually;
PETER TRIPP, Individually;
LORRAINE TRIVONE, Individually;
FRANK TROCCHIA, Individually;
ISMET TROCHE, Individually;
STEVEN TROGELE, Individually;
CARL TROIANO, Individually;
NELLIE TROIANO, Individually;
WILLIAM TROLAN, Individually;
BRIAN TRONTZ, Individually;
STEVEN TROSTEN, Individually;
LONNIE TROTTA, Individually;

FRANK TROVESE, Individually;
SHIVONNE TROY, Individually;
JOHN TRUBIA, Individually;
DEBORAH TRUEMAN, Individually;
BRIAN TRUMMER, Individually;
MICHAEL TRZASKA, Individually;
FELICIA TSANG, Individually;
WING TSANG, Individually;
CINDY TSUI, Individually;
SAM TSVAYG, Individually;
SOPHIA TSVAYG, Individually;
PETER TUCCIARELLI, Individually;
BOBBY TUCKER, Individually;
WAYNE TUCKER, Individually;
ELAINE TUCKER, Individually;
PATRICK TUITE, Individually;
EDWARD TULLY, Individually;
RICHARD TULLY, Individually;
DIANNA TUMMINIA, Individually;
THOMAS TUMMINIA, Individually;
MICHAEL TURCHIANO, Individually;
DOMINICK TURITTO, Individually;
JOHN TURKUS, Individually;
CHRISTOPHER TURNER, Individually;
EDWARD TURNER, Individually;
JOHN TURNER, Individually;
THOMAS TURNER, Individually;
JOSEPH TURSI, Individually;
RICHARD TURSI, Individually;
JOSEF TURSKI, Individually;
JOSEPH TUSA, Individually;
JOSEPH TUSTIN, Individually;
ANDREA TUZZO, Individually;
KEVIN TWOHIG, Individually;
GARY TYBURCZY, Individually;
REV. FR. STEPHEN J. TYMINSKI, Individually;
GEORGE TYNDALL, Individually;
JOHN TYRRELL, Individually;
CYRIL TYSON, Individually;
JOHN TYSON, Individually;
THOMAS UBERTINI, Individually;
HARRY UDIT, Individually;
DONALD UEBEL, Individually;
SAMIE ULLAH, Individually;
MICHAEL ULLO, Individually;
ROY ULLOA, Individually;

FRANK UNGARO, JR., Individually;
DONALD URBANO, Individually;
THOMAS URBANSKI, Individually;
WALTER URBONAS, Individually;
JOHN URCINOLI, Individually;
JENNIFER URENA, Individually;
ROBERT URGO, Individually;
MICHAEL URKONIS, Individually;
JOHN URSO, Individually;
WILLIAM USTICK, Individually;
ROBERT UTSEY, Individually;
FRANK VACCARO, Individually;
LOUIS VACCARO, Individually;
VINCENT VACCARO, Individually;
JOSEPH VAFEADES, Individually;
LAWRENCE VAIL, Individually;
PAUL VALDES, Individually;
HECTOR VALDIVIEZO, Individually;
CHARLES VALENTI, Individually;
FRANK VALENTI, Individually;
JOHN VALENTI, Individually;
JOHN VALENTI, Individually;
MARIO VALENTI, Individually;
DENISE VALENTIN, Individually;
MARC VALENTIN, Individually;
MICHAEL A. VALENTIN, Individually;
WILLIAM VALENTIN, Individually;
WILLIAM VALENTIN, Individually;
HILDA VALENTINE, Individually;
KATHERINE VALENTINE, Individually;
JAMES VALENTINO, Individually;
JOHN VALENZA, Individually;
MICHAEL VALENZANO, Individually;
PAUL VALERGA, Individually;
PAUL VALERGA, Individually;
VINCENT VALERIO, Individually;
ANTHONY VALITUTTO, Individually;
CHARLES VALLARO, Individually;
ERNEST VALLEBUONO, Individually;
ANTHONY VALLETTA, Individually;
ANTHONY VALLONE, Individually;
GINGER VAN CANEGHAN, Individually;
HENRY VAN HEEMSTEDE-OBELT, Individually;
RANDY VAN NAME, Individually;
THOMAS VAN ROSSEM, Individually;
CHRISTOPHER VAN WEDDINGER, Individually;

TIMOTHY VANDERBERG, Individually;
DONALD VANECK, Individually;
RICHARD VANHOUTEN, Individually;
HILDA VANNATA, Individually;
GARY VANPELT, Individually;
HARRY VANUTRECHT, Individually;
JOHN VANWAGONER, Individually;
WILSON VARELA, Individually;
ROBERT VARESE, Individually;
ANDREW VARGA, Individually;
ERIK VARGAS, Individually;
LUIS CARLOS VARGAS-BOTELLO, Individually;
THOMAS VARIO, Individually;
DAVID VARNEY, Individually;
STEPHEN VASCONCELLOS, Individually;
MARIO VASCONI, Individually;
LANA VASHOVSKY, Individually;
DANIEL VASQUEZ, Individually;
FELIX VASQUEZ, Individually;
JESUS VASQUEZ, Individually;
JOSE VASQUEZ, Individually;
JUAN VASQUEZ, Individually;
DONALD VASTOLA, Individually;
ANGEL VAZQUEZ, Individually;
CHAD VAZQUEZ, Individually;
ERIC VAZQUEZ, Individually;
FELIX VAZQUEZ, Individually;
GILBERTO VAZQUEZ, Individually;
NANCY VAZQUEZ, Individually;
PERRY VAZQUEZ, Individually;
THOMAS VEALE, Individually;
CARL S. VECCHIO, JR., Individually;
DORIS VEGA, Individually;
EFRAIN VEGA, Individually;
FRANCISCO VEGA, Individually;
HECTOR VEGA, Individually;
JANICE VEGA, Individually;
KIM VEGA, Individually;
EDWIN VELASQUEZ, Individually;
DANIEL VELAZQUEZ, Individually;
RUFINO VELAZQUEZ, Individually;
SCOTT VELAZQUEZ, Individually;
TANIA VELAZQUEZ, Individually;
ANTONIO VELEZ, Individually;
DAVID VELEZ, Individually;
HERIBERTO VELEZ, Individually;

IVAN VELEZ, Individually;
JORGE VELEZ, Individually;
MILDRED VELEZ, Individually;
ROSENDO VELEZ, Individually;
WILLIAM VELEZ, Individually;
RAFAEL VELEZ III, Individually;
STEPHEN VELLA, Individually;
ANTHONY VENEZIA, Individually;
LAWRENCE VENTO, Individually;
RAYMOND VENTO, Individually;
SUZANNE VENTO, Individually;
PAUL VENTRE, Individually;
FRANK VENTRELLA, Individually;
THOMAS VENTRIGLIO, Individually;
THOMAS VENTRIGLIO, Individually;
JOSEPH VENTURINO, Individually;
ANGEL VERA, Individually;
JOHN VERACKA, Individually;
PAUL VERELINE, Individually;
TERRENCE VERETTE, Individually;
MARY VERGONA, Individually;
MICHAEL VERNI, Individually;
MICHAEL VESPA, Individually;
TODD VETTER, Individually;
BRAULIO VICENTE, Individually;
ERNESTINE VICENTE-CRUZ, Individually;
MONICA VICKERS, Individually;
DAVID VIGADA, Individually;
JOSEPH VIGLIETTA, Individually;
KURT VIKKI, Individually;
ROLAND VILCHES, Individually;
JOHN VILLA, Individually;
ROY VILLAFANE, Individually;
DENISE VILLAMIA, Individually;
RHONDA VILLAMIA, Individually;
CRISTINE VILLANO, Individually;
MARK VILLARI, Individually;
PAUL VINAS, Individually;
GEORGE VINCENT, Individually;
MICHAEL VINCENT, Individually;
BRENDA VINCENT-SPRINGER, Individually;
PHILIP VINCENZO, Individually;
WALTER VINES, Individually;
LOUIS VINGELLI, Individually;
ALBERT VIRA JR., Individually;
MICHAEL VIRGADAMO, Individually;

JACK VIRZI, Individually;
ROBERT VISCIONE, Individually;
GREGORY VISCO, Individually;
JOHN VISCONTI, Individually;
PATRICK VISSICHELLI, Individually;
MICHAEL VITALE, Individually;
RICHARD VITALE, Individually;
DENNIS VITELLI, Individually;
FRANCINE VITIELLO, Individually;
FRANK VITIELLO, Individually;
MARCO VITOLO, Individually;
ELI VITRANO, Individually;
JAMES VITUCCI, Individually;
JESSE VITUCCI, Individually;
JOSE VIVAR, Individually;
ROQUE VIVAR, Individually;
ROY VIVAR, Individually;
CORIOLANO VIZCAINO, Individually;
KEITH VLACH, Individually;
JEFFREY VLACK, Individually;
DZEVAT VLASHI, Individually;
ALLISON VOGT, Individually;
KENNETH VOGT, Individually;
MATTHEW VOGT, Individually;
PATRICK VOGT, Individually;
ROBERT VOLASKI, Individually;
PAUL VOLCKENING, Individually;
DENNIS VOLKES, Individually;
CHARLES VOLPE, Individually;
DANIEL VOLPE, Individually;
MARK VOLPE, Individually;
MARK VOLPE, Individually;
MICHAEL VOLPE, Individually;
RICHARD VOLPE, Individually;
MATTHEW VOLTAGGIO, Individually;
MATTHEW VOLTAGGIO, Individually;
KEVIN VOSBRINK, Individually;
LEV VOSKOBOYNIK, Individually;
JASON VOSS, Individually;
JOHN VOTTA, Individually;
TOMOR VRLAKU, Individually;
STEVEN VUKEK, Individually;
MARTIN VULPIS, Individually;
ZBIGNIEW WADOLOWSKI, Individually;
ROBERT WAGEMANN, Individually;
WILLIAM WAGER, Individually;

JAMES WAGNER, Individually;
KENNETH WAGNER, Individually;
WILLIAM WAGNER, Individually;
HENRY WAITE, Individually;
JOHN WALCOTT, Individually;
STEVEN WALCZYK, Individually;
ARTHUR WALDHELM, Individually;
JOZEF WALEK, Individually;
KAZIMIERZ WALEK, Individually;
DAWN WALKER, Individually;
WILLIAM WALKER, Individually;
HOLT WALKER, III, Individually;
LENISE WALKER-WILSON, Individually;
BRIAN WALL, Individually;
DANIEL WALL, Individually;
KEVIN WALLA, Individually;
COURTNEY WALLACE, Individually;
KENNETH WALLACE, Individually;
RALSTON WALLACE, Individually;
RALSTON WALLACE, Individually;
ROBERT WALLEN, Individually;
DANIEL WALSH, Individually;
EUGENE WALSH, Individually;
JOHN WALSH, Individually;
JOSEPH WALSH, Individually;
JOSEPH F WALSH, Individually;
KERRY WALSH, Individually;
KEVIN WALSH, Individually;
MARK WALSH, Individually;
MARK WALSH, Individually;
NEIL WALSH, Individually;
PAUL WALSH, Individually;
RICHARD WALSH, Individually;
RICHARD WALSH, Individually;
ROBERT WALSH, Individually;
WILLIAM WALSH, Individually;
WILLIAM WALSH, Individually;
EDMUND WALSH, JR., Individually;
JAMES WALSH, JR., Individually;
GEORGE WALTER, Individually;
JAMES WALTER, Individually;
ANDREW WALTERS, Individually;
DEVON WALTERS, Individually;
GARY WALTERS, Individually;
JEROME WALTERS, Individually;
TASHER WALTERS, Individually;

TIMOTHY J. WALTERS, Individually;
SHEILAH WALTHALL, Individually;
JAMES WALTHER, Individually;
GARY WALTON, Individually;
ROBERT WALTON, Individually;
PAUL WANAMAKER, Individually;
JAMES WARD, Individually;
JAMES WARD, Individually;
ROBERT WARD, Individually;
KEVIN WARD, Individually;
LINDA WARD, Individually;
THOMAS M. WARD JR., Individually;
PAULETTE WARFIELD, Individually;
ARTHUR WARICK, Individually;
PAGET WARNER, Individually;
GREGORY WARNOCK, Individually;
JOHN WARREN, Individually;
THOMAS WARREN, Individually;
RODNEY WARRICK, Individually;
JAMES WARSHEFSKIE, Individually;
DAMON WASHINGTON, Individually;
IRENE WASHINGTON, Individually;
THOMAS WASHINGTON, Individually;
CHRISTINA            WASHINGTON-ROBINSON,
Individually;
DAVID WASSERMAN, Individually;
PETER WASSERMAN, Individually;
PETER WASSERMAN, Individually;
FRANK WATERS, Individually;
JOSEPH WATERS, Individually;
PATRICK WATERS, Individually;
TONY WATKINS, Individually;
DERRICK WATSON, Individually;
DANIEL WATTLEY, Individually;
REGINA WATTS, Individually;
SELVIN WATTS, Individually;
JOHN WAUGH, Individually;
STEPHEN WAVREK, Individually;
SANDRA WEATHERS, Individually;
SANDRA WEATHERS, Individually;
DAVID WEAVER, Individually;
MICHAEL WEAVER, Individually;
JOSEPH WEBBER, Individually;
EDWIN WEBER, Individually;
MARK WEBER, Individually;
THOMAS WEBER, Individually;

THOMAS WEBSTER, Individually;
RICHARD WECERA, Individually;
DAVID WECHSLER, Individually;
HARRY WEDIN, Individually;
WARREN WEEKES, Individually;
MALCOLM WEEKES, Individually;
MICHAEL WEGUELIN, Individually;
MICHAEL WEGUELIN, Individually;
MARTIN WEIAND, Individually;
PAUL WEIGELE, Individually;
JOSEPH WEIHS, Individually;
PAUL WEIN, Individually;
RUDOLF WEINDLER, Individually;
REBECCA WEINER, Individually;
ROBERT WEINERT, Individually;
WILLIAM WEINERT, Individually;
RICHARD WEINTRAUB, Individually;
ROBERT WEINZIERL, Individually;
ALBERT WEIR, Individually;
SEAMUS P. WEIR, Individually;
PAUL WEIS, Individually;
ROBERT WEISBERG, Individually;
JAMES WEISENBURGER, Individually;
HARRY WEISER, Individually;
DAVID WEISS, Individually;
RUTH WEISS, Individually;
STACY WEISS, Individually;
JAN WEISSBERG, Individually;
AMY WEISSBROD-GURVEY, Individually;
PATRICK WELCH, Individually;
KERRI WELCH, Individually;
HECTOR WELCOME, Individually;
JAMES WELDON, Individually;
RICHARD WELDON, Individually;
RICHARD WELDON, Individually;
DOUGLAS WELLINGTON, Individually;
RICHARD WELLIVER, Individually;
WESLEY WELLS, Individually;
WESLEY WELLS, Individually;
WILLIAM WELSH, Individually;
JOSEPH WENDLER, Individually;
GEORGE WENDT, Individually;
JOHN WENIG, Individually;
PETER WENNING, Individually;
GERARD WEPPLER, Individually;
ROBERT WERNEKEN, Individually;

JUSTIN C WERNER, Individually;
RICHARD WERNER, Individually;
FRANCIS WERNER JR., Individually;
MARK WESSELDINE, Individually;
GLADSTONE WEST, Individually;
LEROY WEST, Individually;
RICHARD WEST, Individually;
SHERYL WEST, Individually;
DAWN WESTCOTT, Individually;
JOHN WESTFIELD, Individually;
EDWARD WESTWOOD, Individually;
PAUL WEWE, Individually;
ELLIOT WEXELMAN, Individually;
NICHOLAS WEXLER, Individually;
JOHN WHALEN, Individually;
JOHN WHALEN, Individually;
DANIEL WHARTON, Individually;
THOMAS WHECAN, Individually;
ROBERT WHEELER, Individually;
BRIAN WHEELOCK, Individually;
JAMES WHELAN, Individually;
MICHAEL WHELAN, Individually;
PATRICK WHELAN, Individually;
THOMAS WHELAN, Individually;
WILLIAM WHELAN, Individually;
CHARLES J. WHITE, Individually;
GEORGE WHITE, Individually;
HENRY WHITE, Individually;
JIMMIE WHITE, Individually;
LAURA WHITE, Individually;
OLIVER WHITE, Individually;
PATRICK WHITE, Individually;
RAYMOND WHITE, Individually;
ROBERT WHITE, Individually;
ROBERT WHITE, Individually;
RODNEY WHITE, Individually;
NATHANIEL WHITE JR, Individually;
FREDERICK WHITEHEAD II, Individually;
OSEPHITA WHITTEN, Individually;
JOHN WHOLIHAN, Individually;
STEPHEN WICELINSKI, Individually;
ROBERT WICKLUND, Individually;
JOLANTA WIECEK, Individually;
STANISLAW WIECEK, Individually;
ROBERT WIECEZAK, Individually;
ERIK WIENER, Individually;

GEOFFREY WILAND, Individually;
MICHAEL WILBUR, Individually;
MICHAEL WILBUR, Individually;
ROBERT WILDAY, Individually;
GREGORY WILK, Individually;
KEVIN WILKINSON, Individually;
FONDA WILKS, Individually;
ADAM WILLIAMS, Individually;
ALFRED WILLIAMS, Individually;
ANN WILLIAMS, Individually;
BERTHA WILLIAMS, Individually;
BRENDA WILLIAMS, Individually;
CAMERON WILLIAMS, Individually;
CHARLES WILLIAMS, Individually;
DEREK WILLIAMS, Individually;
DREU WILLIAMS, Individually;
GLENN WILLIAMS, Individually;
GORDON WILLIAMS, Individually;
HERMAN WILLIAMS, Individually;
IAN WILLIAMS, Individually;
JACQUELINE WILLIAMS, Individually;
JAMAL WILLIAMS, Individually;
JOHN WILLIAMS, Individually;
JOSEPH WILLIAMS, Individually;
KEVIN P. WILLIAMS, Individually;
LARRY WILLIAMS, Individually;
MINNIE WILLIAMS, Individually;
PRUDENCE WILLIAMS, Individually;
RAWLE WILLIAMS, Individually;
RAWLE WILLIAMS, Individually;
ROBERT E. WILLIAMS, Individually;
ROBIN WILLIAMS, Individually;
RONNEY WILLIAMS, Individually;
SANDRA WILLIAMS, Individually;
SHARON WILLIAMS, Individually;
STEVEN WILLIAMS, Individually;
THOMAS WILLIAMS, Individually;
TYRONE WILLIAMS, Individually;
ELIZABETH WILLIAMS- DAVIS, Individually;
ANDRE WILLIAMS, JR., Individually;
EDWARD WILLIAMS, JR., Individually;
JAMES WILLIAMSON, Individually;
GERALD WILLIS, Individually;
JOHN WILLMOT, Individually;
LINDA WILLS, Individually;
NICOLE WILLS, Individually;

ALLEGRA WILSON, Individually;
ANGELICA WILSON, Individually;
CHARLES WILSON, Individually;
CLAIRE WILSON, Individually;
DAVID WILSON, Individually;
DEREK WILSON, Individually;
DUANE WILSON, Individually;
MATHEW WILSON, Individually;
ORLANDO WILSON, Individually;
ROBERT WILSON, Individually;
RONRICK WILSON, Individually;
THOMAS WILSON, Individually;
VALERIE WILSON, Individually;
WILBERT WILSON, Individually;
WILBERT WILSON, Individually;
ARTHUR WILSON, Individually;
LEONARD WILSON, Individually;
LEONARD WILSON, Individually;
CHARLES WILT, Individually;
LARRY WILTBANK, Individually;
KENNETH WILTSE, Individually;
BRIAN WINANT, Individually;
JAMES WIND, Individually;
ROBERT WIND, Individually;
JOSEF WINDISCH, Individually;
WILLIAM WINGATE, Individually;
PAUL WINKELMEYER, Individually;
BRENDAN WINKLE, Individually;
JOSEF WINKLER, Individually;
CANDRA WINSTON, Individually;
DAVID WINT, Individually;
DAVID WINTER, Individually;
DANIEL WINTERS, Individually;
PAULA WINTERS, Individually;
PAULA WINTERS, Individually;
STEVEN WIRCHANSKY, Individually;
THOMAS WISCHERTH, Individually;
RICHARD WISNIEWSKI, Individually;
ROBERT WITT, Individually;
LYNNE WITTENBERG, Individually;
THEODORE WITTING, Individually;
JOSEPH WITTLEDER, Individually;
MICHAEL WITTMAN, Individually;
MICHAEL WITTMAN, Individually;
FRANCISZKA WLODARCZYK, Individually;
ED WOHL, Individually;

RONALD WOHL, Individually;
MYRON WOJCIECH, Individually;
TOM WOJCIK, Individually;
JOHN WOLCSON, Individually;
STEPHEN WOLF, Individually;
JUDITH WOLFF, Individually;
KAI WONG, Individually;
KAM WAH WONG, Individually;
JOHNNY WOO, Individually;
GARY WOOD, Individually;
WOOD WOODBOURNE, Individually;
ANTHONY WOODBURNE, Individually;
GARRY WOODS, Individually;
GREGORY WOODS, Individually;
JAMES WOODS, Individually;
JAMES WOODS, Individually;
MICHAEL WOODS, Individually;
SUSAN WOODS, Individually;
BARRY WOOLFSON, Individually;
KAROLYN WOOLVERTON, Individually;
KATE WOOLVERTON, Individually;
CHARLES WORGES, Individually;
EUGENE WORKMAN, Individually;
WALTER WORONTZOFF, Individually;
HOWARD WORTH, Individually;
THOMAS WORTMANN, Individually;
RICHARD WOZNIAK, Individually;
MICHAEL WREN, Individually;
DANIEL WRIGHT, Individually;
DEREK WRIGHT, Individually;
JONATHAN WRIGHT, Individually;
PATRICK WRIGHT, Individually;
JOHN P. WROBEL JR., Individually;
YU TING WU, Individually;
JOSEPH WURM, Individually;
GREGORY WURZBURGER, Individually;
DARRELL WYATT, Individually;
MICHAEL WYNNE, Individually;
YAN XI ZHONG, Individually;
JIN XIA, Individually;
JEFFREY YACULLO, Individually;
JACQUELINE YANKEY, Individually;
VINCENT YANNI JR, Individually;
MICHAEL YANNUZZI, Individually;
DOUGLAS YANO, Individually;
STEPHEN YARCZOWER, Individually;

LAVERNE YARD, Individually;
MICHAEL YAREMBINSKY, Individually;
CHARLES YARTON, Individually;
SPIRO YIORAS, Individually;
HAROLD YODICE, Individually;
DOREEN YOO, Individually;
JOHN YORKS, Individually;
JOHN YORKS, Individually;
ROBERT YOST, Individually;
DENNIS YOUNG, Individually;
ELEANOR YOUNG, Individually;
JIMMY YOUNG, Individually;
JOSEPH YOUNG, Individually;
KEITH YOUNG, Individually;
KENNETH YOUNG, Individually;
PATRICIA YOUNG, Individually;
SCOTT YOUNG, Individually;
STEVEN YOUNG, Individually;
THOMAS YOUNG, Individually;
WILLIAM YOUNGSON, Individually;
SAMUEL YU, Individually;
DEREK YUENGLING, Individually;
PAUL S. YURKIW, Individually;
YURIY YUSHUVA, Individually;
STEPHEN ZADERIKO, Individually;
EDWARD ZAGAJESKI, Individually;
BART ZAGAMI, Individually;
GERARD ZAGER, Individually;
THOMAS ZAHRALBAN, Individually;
BRIAN ZAIKOWSKI, Individually;
JAN ZAJAC, Individually;
ROBERT ZAJKOWSKI, Individually;
PAUL ZAKSHEVSKY, Individually;
JOSEPH ZALLO, Individually;
WILMER ZAMBRANO, Individually;
CHARLES ZAMMIT, Individually;
JOSEPH ZAMMIT, Individually;
MICHAEL ZAMPELLA, Individually;
LAWRENCE ZANZONICO, Individually;
ALEJANDRO ZAPATA, Individually;
SUSAN ZAPOLUCH, Individually;
WILLIAM ZAPPOLO, Individually;
KATHERINE V. ZARR, Individually;
MICHAEL ZARRILLO, Individually;
KRZYSZTOF ZARZYCKI, Individually;
ROBERT ZASA, Individually;

STEPHEN ZASA, Individually;
MICHAEL C. ZAVOSKI, Individually;
JOHN ZAWITOSKY, Individually;
ABDON ZAYAS, Individually;
DAVID ZDANOK, Individually;
GEORGE ZECCA, Individually;
DOMINIC ZECCOLA, Individually;
MICHAEL ZECHEWYTZ, Individually;
WALLACE R. ZEINS, Individually;
DAVID ZELEN, Individually;
JASON ZELLER, Individually;
PAUL ZENIR, Individually;
ANTHONY ZEOLI, Individually;
HARRY ZERBE, JR., Individually;
JANET ZEVALLOS, Individually;
REZA ZEYNALI, Individually;
XIU LI ZHAO, Individually;
BING HUA ZHEN, Individually;
RENJIE ZHENG, Individually;
NICOLE ZICCARDI, Individually;
KENNETH ZIMMER, Individually;
CHRISTOPHER ZIMMERMAN, Individually;
STEVEN ZIMMERMAN, Individually;
MICHAEL ZINNEL, Individually;
MARY ZIRPOLI, Individually;
CHRISTIAN ZISEL, Individually;
EDWARD ZITEK, Individually;
PAUL ZITO, Individually;
WILLIAM ZOLLER, Individually;
KIRT ZOLLER, Individually;
MARIO ZOROVIC, Individually;
MICHAEL ZOTTO, Individually;
HARVEY ZUCKERBERG, Individually;
THOMAS ZUMMO, Individually;
MARTIN ZUNIGA, Individually;
JOHN ZWALLY, Individually;
RICHARD ZYTA, Individually;

-------------------------------------------------------------------x
SHERI G. BURLINGAME, Individually as Spouse and as
Personal Representative of the Estate of CHARLES                    **Speiser Krause**
FRANK BURLINGAME, III, Deceased;

RUDY ABAD, Individually as Spouse and as Personal
Representative of the Estate of MARIE ROSE ABAD,
Deceased;

CYNTHIA LYNN BARKWAY, Individually as Spouse, and as Personal Representative of the Estate of DAVID MICHAEL BARKWAY, Deceased;

MAUREEN BASNICKI, Individually as Spouse and as Personal Representative of the Estate of KENNETH BASNICKI, Deceased;

BHOLA AND BASMATTIE BISHUNDAT, Individually as Parents, and as Personal Representatives of the Estate of KRIS ROMEO BISHUNDAT;

DEBRA LAVENDER, Individually as Sibling, and as Personal Representative of the Estate of MICHAEL BOCCHINO, Deceased;
DEBRA LAVENDER as Proposed Personal Representative of the Estates of MICHAEL BOCCHINO, Surviving Father of MICHAEL BOCCHINO; LUCY BOCCHINO, Surviving Mother of MICHAEL BOCCHINO; and THOMAS BOCCHINO, Surviving Sibling of MICHAEL BOCCHINO;

IRENE BOEHM, Individually as Spouse and as Personal Representative of the Estate of BRUCE BOEHM, Deceased;

NANCY H. KIMBELL, Individually as Sibling and as Personal Representative of the Estate of MARY JANE BOOTH, Deceased;

FRANCISCO BOURDIER and MAGDALENA BOURDIER Individually as Surviving Parents of FRANCISCO BOURDIER;
MANUEL BOURDIER as Surviving Sibling of FRANCISCO BOURDIER;

KRISTEN BREITWEISER, Individually as Spouse, and as Personal Representative of the Estate of RONALD BREITWEISER, Deceased;
CAROLINE BREITWEISER as Surviving Child of RONALD BREITWEISER;

ERICA BRENNAN, Individually as Spouse, and as Personal Representative of the Estate of PETER BRENNAN, Deceased;

KATHLEEN BRUNTON, Individually as Spouse, and as
Personal Representative of the Estate of VINCENT
BRUNTON, Deceased;
MICHAEL BRUNTON, as Surviving Sibling of
VINCENT BRUNTON;

ERNST H. BUCK and JOSEPHINE BUCK, Individually
as Parents of GREGORY J. BUCK, Deceased;

ELAINE M. CHEVALIER, Individually as Mother and as
Personal Representative of the Estate of SWEDE
CHEVALIER, Deceased;

KENNETH CHU, Individually as Parent and as Personal
Representative of the Estate of PAMELA CHU,
Deceased;

DEBORAH RAZZANO, Individually as Spouse and as
Personal Representative of the Estate of ANTHONY
COLADONATO, Deceased;

MELINDA COOPER, Individually as Spouse and
as Personal Representative of the Estate of JULIAN
COOPER, Deceased;
MELINDA COOPER as Parent and Natural Guardian of
J.C., a Minor, Surviving Child of JULIAN COOPER;

THERESA COVE, Individually as Spouse and as
Personal Representative of the Estate of JAMES E.
COVE, Deceased;

JAMES CUDMORE, Individually as Parent and as
Personal Representative of the Estate of NEIL
CUDMORE, Deceased;

AMY WATERS, Individually, and as Personal
Representative of the Estate of SCOTT DAVIDSON,
Deceased;
STEPHEN DAVIDSON, as Surviving Parent of SCOTT
DAVIDSON;

LORRAINE DELAPENHA FICHERA, Individually as
Spouse, and as Personal Representative of the Estate of
DONALD A. DELAPENHA, Deceased;

SAMANTHA DELAPENHA as Surviving Child of
DONALD A. DELAPENHA;
ROBERT DELAPENHA as Surviving Child of
DONALD A. DELAPENHA;
LORRAINE DELAPENHA FICHERA as Parent and
Natural Guardian of M.D., a Minor, Surviving Child of
DONALD A. DELAPENHA;

KATHRYN R. DENNIS, Individually as Spouse and as
Personal Representative of the Estate of THOMAS F.
DENNIS, Deceased;

IRENE DICKEY, Individually as Spouse and as Personal
Representative of the Estate of JOSEPH DICKEY,
Deceased;

ROSEMARY DILLARD, Individually as Spouse and as
Personal Representative of the Estate of EDDIE
DILLARD, Deceased;

LESLIE DIMMLING, Individually as Spouse and as
Personal Representative of the Estate of WILLIAM
DIMMLING, Deceased;
GREGORY DIMMLING as Surviving Child of
WILLIAM DIMMLING;
NICHOLAS DIMMLING as Surviving Child of
WILLIAM DIMMLING;
RUDY DIMMLING as Surviving Sibling of WILLIAM
DIMMLING;

MARGUERITA DOMANICO, Individually as Spouse
and as Personal Representative of the Estate of JAMES
DOMANICO, Deceased;
CHRISTINA KURINZI as Surviving Child of JAMES
DOMANICO;

MAUREEN S. DOMINGUEZ, Individually as Spouse
and as Personal Representative of the Estate of CARLOS
DOMINGUEZ, Deceased;

CHRISTOPHER DOWLING, Individually as Parent and
as Personal Representative of the Estate of MARY
YOLANDA DOWLING, Deceased;

CYNTHIA M. DROZ, Individually as Spouse and as Personal Representative of the Estate of CHARLES DROZ, Deceased;

JACQUELINE EATON, Individually as Spouse and as Personal Representative of the Estate of ROBERT EATON, Deceased;

CORRINE J. EVANS and CHARLES R. EVANS, as Co-Administrators of the Estate of ERIC B. EVANS, Deceased

CATHERINE ANN FAUGHNAN, Individually as Spouse as Personal Representative of the Estate of CHRISTOPHER FAUGHNAN, Deceased;
SIENA FAUGHNAN as Surviving Child of CHRISTOPHER FAUGHNAN;
JULIET FAUGHNAN as Surviving Child of CHRISTOPHER FAUGHNAN;
LIAM FAUGHNAN as Surviving Child of CHRISTOPHER FAUGHNAN;
THOMAS FAUGHNAN as Surviving Parent of CHRISTOPHER FAUGHNAN;
JOAN FAUGHNAN as Surviving Parent of CHRISTOPHER FAUGHNAN;
DIANE BARNES as Surviving Sibling of CHRISTOPHER FAUGHNAN;
LYNNE FAUGHNAN LEE as Surviving Sibling of CHRISTOPHER FAUGHNAN;
MAUREEN STINES as Surviving Sibling of CHRISTOPHER FAUGHNAN;

MARCO CALLE, Individually, and as Personal Representative of the Estate of HENRY HOMERO FERNANDEZ, Deceased;

MARY AND FRANK FETCHET, Individually as Parents and as Personal Representatives of the Estate of BRADLEY FETCHET, Deceased;

ERIN FINNEGAN, Individually as Spouse and as Personal Representative of the Estate of MICHAEL FINNEGAN, Deceased;
BRIDGET FINNEGAN, Individually as Surviving Child of MICHAEL FINNEGAN;

MICHAEL FINNEGAN, Individually as Surviving Child
of MICHAEL FINNEGAN;
ERIN FINNEGAN as Mother and Natural Guardian of
F.F, a Minor, Surviving Child of MICHAEL FINNEGAN;

PATRICIA FITZSIMONS, Individually as Spouse and as
Personal Representative of the Estate of RICHARD
FITZSIMONS, Deceased;

CARLOS GAMBOA, Individually as Father and as
Personal Representative of the Estate of GIANN F.
GAMBOA, Deceased;

CATHY GEYER, Individually as Spouse and as Personal
Representative of the Estate of JAMES G. GEYER,
Deceased;
MICHELE GEYER as Surviving Child of JAMES G.
GEYER;

PHYLLIS GILLY and JOSEPH GILLY, Individually as
Parents and as Personal Representatives of the Estate of
Laura Gilly, Deceased;

GERALD GOLKIN and JANET GOLKIN, Individually
as Parents and as Personal Representatives of the Estate of
ANDREW H. GOLKIN, Deceased;
SUSAN GOLKIN as Surviving Sibling of ANDREW H.
GOLKIN;

TERESA GOMEZ, Individually and as Personal
Representative of the Estate of ENRIQUE A. GOMEZ,
Deceased;

BLANCA GOMEZ, Individually and as Administrator
of the Estate of JOSE B. GOMEZ, Deceased;

SANDRA MUNRO, Individually as Sibling and as
Personal Representative of the Estate of ELVIRA
GRANITTO, Deceased;
ANNE EARTHMAN as Surviving Child of ELVIRA
GRANITTO;
DAMIEN EARTHMAN as Surviving Child of ELVIRA
GRANITTO;
ANNA GRANITTO as Surviving Parent of ELVIRA
GRANITTO;

COSIMO GRANITTO as Surviving Parent of ELVIRA
GRANITTO;
MARIO GRANITTO, as Surviving Sibling of ELVIRA
GRANITTO;
FILIPPA GRANITTO as Surviving Sibling of ELVIRA
GRANITTO;
RAYMOND HABIB, Individually as Spouse and as
Personal Representative of the Estate of BARBARA
HABIB, Deceased;

THOMAS P. HEIDENBERGER, Individually as Spouse
and as Personal Representative of the Estate of MICHELE
HEIDENBERGER, Deceased

MARY JEAN HELLER, Individually as Spouse and as
Personal Representative of the Estate of H. JOSEPH
HELLER, Deceased;

EDWARD HENRY and ALICE HENRY, Individually,
and as Surviving Parents and as Personal Representatives
Estate of JOSEPH PATRICK HENRY, Deceased;

TENNYSON HUIE, Individually as Father and as
Personal Representative of the Estate of SUSAN HUIE,
Deceased;

SHERI ANN ISKENDERIAN, Individually as Spouse
and as Personal Representative of the Estate of ARAM
ISKENDERIAN, Deceased;

JENNIFER L. JARDIM, Individually as Spouse and as
Personal Representative of the Estate of MARK S.
JARDIM, Deceased;

CHRISTINE JEAN-PIERRE, Individually as Spouse and
as Personal Representative of the Estate of FRANCOIS
JEAN-PIERRE, Deceased;

ELIZABETH JORDAN, Individually as Spouse and as
Personal Representative of the Estate of ROBERT
JORDAN, Deceased;

GEOFFREY JUDGE, Individually a Spouse and as
Personal Representative of the Estate of ANN JUDGE,
Deceased;

DOHEE KANG, Individually as Spouse and as Personal Representative of the Estate of JOON KOO KANG, Deceased;

JANET KELLEY, Individually as Spouse and as Personal Representative of the Estate of FREDERICK KELLEY, Deceased;
FREDERICK KELLEY as Surviving Child of FREDERICK KELLEY;

JOANNE KELLY, Individually as Spouse and as Personal Representative of the Estate of JAMES KELLY, Deceased;

ALISON M. KINNEY, Individually as Spouse and as Personal Representative of the Estate of BRIAN KINNEY, Deceased;

PAUL AND VIVIAN KOLPAK, Individually as Parents and as Personal Representatives of the Estate of VANESSA KOLPAK, Deceased;
THADDEUS KOLPAK as Surviving Sibling of VANESSA KOLPAK;
ALEXIS KOLPAK LERNER as Surviving Sibling of VANESSA KOLPAK;

ELIZABETH KOVALCIN, Individually as Spouse and as Personal Representative of the Estate of DAVID P. KOVALCIN, Deceased;

ANNA M. KREN, Individually as Spouse and as Personal Representative of the Estate of JOHN J. KREN, Deceased;
ANDREA SASSONE as Surviving Child of JOHN J. KREN;
JANINE WENTWORTH as Surviving Child of JOHN J. KREN;
SANDRA LANG PANGBORN, Individually as Spouse and as Personal Representative of the Estate of BRENDAN LANG, Deceased;

DONNA CABALLERO and WILLIAM M. LANG, Individually as Siblings and as Personal Representatives of the Estate of ROSEANN LANG, Deceased;

CAROLANN LARSEN, Individually as Spouse, and as Personal Representative of the Estate of SCOTT LARSEN, Deceased;

CAROLE LEAVEY, Individually as Spouse and as Personal Representative of the Estate of JOSEPH GERARD LEAVEY, Deceased;

DENNIS LEVI and JENNIFER LEVI-LONGYEAR, Individually as Children and as Personal Representatives of the Estate of JOHN LEVI, Deceased;

JOSEPH J. REITANO as Personal Representative of the Estate of VINCENT LITTO, Deceased;
LINDA LITTO as Surviving Spouse of VINCENT LITTO;
CATHERINE LITTO-PETRAS as Surviving Child of VINCENT LITTO;
KRISTEN SERRA as Surviving Child of VINCENT LITTO;
KIMBERLY REX as Surviving Child of VINCENT LITTO;
JOSEPH REITANO as Proposed Personal Representative of the Estates of MICHAEL LITTO and MARIE LITTO, Surviving Parents of VINCENT LITTO;

ELIZABETH DAVILA-LOPEZ, Individually and as Personal Representative of the Estate of DANIEL LOPEZ, Deceased;

EILEEN LYNCH, Individually as Spouse and as Personal Representative of the Estate of FARRELL LYNCH, Deceased;

CHRISTINA LYNCH, Individually as Spouse and as Personal Representative of the Estate of RICHARD D. LYNCH, Deceased;

LORRAINE LYNCH, Individually as Spouse and as Personal Representative of the Estate of SEAN LYNCH, Deceased;
GRACE LYNCH as Surviving Child of SEAN LYNCH;
MARY ROSE LYNCH as Surviving Child of SEAN LYNCH;
SEAN LYNCH, Jr., as Surviving Child of SEAN LYNCH;

VALERIE MAGEE, Individually as Surviving Spouse and as Personal Representative of the Estate of BRIAN MAGEE, Deceased;

BRINLEY MALONEY, Individually as Spouse and as Personal Representative of the Estate of EDWARD F. MALONEY, III, Deceased;
BRINLEY MALONEY as Mother and Natural Guardian of M.M. and T.M., Surviving Children of EDWARD F. MALONEY, III;

MEGAN MANNING, Individually as Spouse and as Personal Representative of the Estate of TERENCE JOHN MANNING, Deceased;
MAIREAD MANNING as Surviving Child of TERENCE JOHN MANNING;
MEGAN MANNING as Mother and Natural Guardian of T.M., Surviving Child of TERENCE JOHN MANNING;

NICHOLAS MAOUNIS, Individually as Parent and as Personal Representative of the Estate of JAMES MAOUNIS, Deceased;

SHEILA MARTELLO, Individually as Spouse and as Personal Representative of the Estate of JAMES MARTELLO, Deceased;

MARGARET MATHERS, Individually and as Personal Representative of the Estate of CHARLES MATHERS, Deceased;

LYNN McGUINN, Individually as Spouse and as Personal Representative of the Estate of FRANCIS McGUINN, Deceased;

TARYN McHALE, Individually as Spouse and as Personal Representative of the Estate of THOMAS McHALE, Deceased;

ELIZABETH McLAUGHLIN O'BRIEN, Individually as Spouse and as Personal Representative of the Estate of ROBERT McLAUGHLIN, Deceased;

ELIZABETH McNALLY, Individually as Spouse and as Personal Representative of the Estate of EDMUND MCNALLY, Deceased;

JOSEPH RICHARD MICKLEY, Individually as Spouse and as Personal Representative of the Estate of PATRICIA E. MICKLEY, Deceased;
MARIE MICKLEY as Surviving Child of PATRICIA E. MICKLEY;

ARJAN MIRPURJ, Individually as Parent and as Personal Representative of the Estate of RAJESH MIRPURI, Deceased;

SUSANNE MLADENIK, Individually and as Personal Representative of the Estate of JEFFREY P. MLADENIK, Deceased;

MARK MORABITO, Individually as Spouse and as Personal Representative of the Estate of LAURA LEE MORABITO, Deceased;

CATHERINE MORAN, Individually as Parent and as Personal Representative of the Estate of KATHLEEN MORAN, Deceased;

KIMBERLY A. MARTONE, Individually as Spouse and as Personal Representative of the Estate of CHRISTOPHER M. MORRISON, Deceased;

MADELINE LEW MOY, Individually as Spouse and as Personal Representative of the Estate of TEDDINGTON H. MOY, Deceased;

PATRICK MULLAN, Individually as Parent and as Personal Representative of the Estate of MICHAEL D. MULLAN, Deceased;

AMY NACKE MARTINEZ, Individually as Spouse and as Personal Representative of the Estate of LOUIS J. NACKE, Deceased;

HEIDI NAPLES, Individually as Spouse and as Personal Representative of the Estate of FRANK J. NAPLES, Deceased;

AMY NEWTON, Individually as Spouse and as Personal Representative of the Estate of CHRISTOPHER NEWTON, Deceased;

SUSAN NEWTON-CARTER, Individually as Spouse, and as Personal Representative of the Estate of CHRISTOPHER NEWTON-CARTER, Deceased;

CHRISTINE O'BERG CONNOLLY, Individually and as Personal Representative of the Estate of DENNIS O'BERG, Deceased;
DENNIS O'BERG, Individually and as Surviving Parent of DENNIS O'BERG;
DOROTHY O'BERG, Individually and as Surviving Parent of DENNIS O'BERG;

LISA O'BRIEN, Individually as Spouse, and as Personal Representative of the Estate of TIMOTHY O'BRIEN, Deceased;

ANTOINETTE D. OGNIBENE, Individually and as Personal Representative of the Estate of PHILLIP PAUL OGNIBENE, Deceased;

MARY DUFF-ORTALE, Individually as Spouse and as Personal Representative of the Estate of PETER KEITH ORTALE, Deceased;
CATHERINE GRIMES, Individually as Surviving Sibling of PETER KEITH ORTALE, and as Personal Representative of the Estate of MARY ORTALE, Surviving Mother of PETER KEITH ORTALE;
MARY MALITAS as Surviving Sibling of PETER KEITH ORTALE;
JULIE ORTALE as Surviving Sibling of PETER KEITH ORTALE;
GILBERT ORTALE as Surviving Sibling of PETER KEITH ORTALE;

DANIEL ORTH, MICHELLE ORTH and ELIZABETH ORTH, Individually as Children and as Personal Representatives of the Estate of JANE MARIE ORTH, Deceased;

WANDA GARCIA-ORTIZ, Individually as Spouse and as Personal Representative of the Estate of EMILIO ORTIZ, Deceased;

ALEXANDRA M. ORTIZ RESZKA, Individually and as Personal
Representative of the Estate of SONIA M. ORTIZ, Deceased;

JEAN M. PALOMBO, Individually and as Personal
Representative of the Estate of FRANK A. PALOMBO, Deceased;

CAROLYN PANATIER, Individually as Spouse, and as Personal Representative of the Estate of CHRISTOPHER M. PANATIER, Deceased;

NAVILA PATTERSON, Individually as Spouse, and as Personal Representative of the Estate of BERNARD E. PATTERSON, Deceased;

MEGAN P. PELINO, Individually as Spouse and as Personal Representative of the Estate of TODD DOUGLAS PELINO, Deceased;

STEVEN POLLICINO and CELESTE POLLICINO, Individually as Surviving Children and as Personal Representatives of the Estate of STEVEN POLLICINO, Deceased;
VICKI TURESKI as Personal Representative of the Estate of JANE POLLICINO, Surviving Spouse of STEVEN POLLICINO;

ELAINE P. MILLER and CORRINE KRACHTUS, Individually and as Personal Representatives of the Estate of DAPHNE POULETSOS, Deceased;

JANICE K. PUNCHES, Individually as Spouse and as Personal Representative of the Estate of JACK D. PUNCHES, Deceased;

MICHAEL QUINN, Individually as Parent and as Personal Representative of the Estate of JAMES QUINN, Deceased;
NOREEN QUINN as Surviving Parent of JAMES QUINN;
MICHAEL QUINN as Surviving Sibling of JAMES QUINN;

JOSEPH QUINN as Surviving Sibling of JAMES QUINN;

NANCY HOLZHAUER, Individually as Sibling and as Personal Representative of the Estate of GERARD P. RAUZI, Deceased;

MARILYN REICH, Individually, and as Personal Representative of the Estate of HOWARD REICH, Deceased;

JAMES J. RICHES, Individually as Parent and as Personal Representative of the Estate of JAMES C. RICHES, Deceased;
RITA RICHES as Surviving Parent of JAMES C. RICHES;
TIMOTHY RICHES as Surviving Sibling of JAMES C. RICHES;
DANIEL RICHES as Surviving Sibling of JAMES C. RICHES;
THOMAS RICHES as Surviving Sibling of JAMES C. RICHES;

BARBARA ROPITEAU-GALLOWAY, Individually as Parent and as Personal Representative of the Estate of ERIC THOMAS ROPITEAU, Deceased;
JEAN-MARC ROPITEAU as Surviving Sibling of ERIC THOMAS ROPITEAU;

BRENDAN RYAN, Individually as Spouse and as Personal Representative of the Estate of KRISTIN IRVINE RYAN, Deceased;

BERNARD P. SALAMONE, Individually, and as Personal Representative of the Estate of MARJORIE C. SALAMONE, Deceased;

DANIELLE BEHAN, Individually as Spouse and as Personal Representative of the Estate of JOHN SALERNO, Deceased;

SALLY CALVIN, Individually as Spouse and as Personal Representative of the Estate of FRANK SALVATERRA, Deceased;
CHRISTIAN SALVATERRA, as Surviving Child of FRANK SALVATERRA;

EUGENIA BOGADO, Individually as Parent and as Personal Representative of the Estate of CARLOS A. SAMANIEGO, Deceased;
LUIS SAMANIEGO as Surviving Sibling of CARLOS A. SAMANIEGO;

LYNNE SAN PHILLIP, Individually as Spouse, and as Personal Representative of the Estate of MICHAEL V. SAN PHILLIP, Deceased;
CARRIE SAN PHILLIP as Surviving Child of MICHAEL V. SAN PHILLIP;

ABRAHAM SCOTT, Individually as Spouse and as Personal Representative of the Estate of JANICE M. SCOTT, Deceased;

DARA SEAMAN, Individually as Spouse and as Personal Representative of the Estate of MICHAEL SEAMAN, Deceased;

MARIA SILVERSTEIN, Individually as Spouse and as Personal Representative of the Estate of CRAIG SILVERSTEIN, Deceased;

LAURIE SIMOWITZ, Individually as Spouse and as Personal Representative of the Estate of BARRY SIMOWITZ, Deceased;

JAMES P. SLATTERY, Individually as Parent and as Personal Representative of the Estate of CHRISTOPHER PAUL SLATTERY, Deceased;

SUSAN M. SLIWAK, Individually as Spouse and as Personal Representative of the Estate of ROBERT F. SLIWAK, Deceased;

MICHAEL T. JAMMEN, Individually, and as Personal Representative of the Estate of HEATHER L. SMITH, Deceased;

YONGJIN L. SONG and HYUNGSHIN K. SONG, Individually as Parents and as Personal Representatives of the Estate of DANIEL W. SONG a/k/a WON-HYEONG SONG, Deceased;

FRANK SONG, Individually as Surviving Sibling of
DANIEL W. SONG;
JULIE SONG, Individually as Surviving Sibling of
DANIEL W. SONG;

CHRISTINA L. KMINEK, Individually and as Personal
Representative of the Estate of MARI-RAE SOPPER,
Deceased;

CHRISTINE SPENCER, Individually as Spouse and as
Personal Representative of the Estate of ROBERT A.
SPENCER, Deceased;

JACQUELINE GALLERON, Individually and as
Personal Representative of the Estate of SELINA
SUTTER, Deceased;

LORRAINE SZOCIK, Individually as Spouse and as
Personal Representative of the Estate of KEVIN T.
SZOCIK, Deceased;

MARC TADDONIO, Individually as Sibling and as
Personal Representative of the Estate of MICHAEL
TADDONIO, Deceased;

JANE TERRENZI, Individually as Spouse and as
Personal Representative of the Estate of BRIAN
TERRENZI, Deceased;

NORMAN THOMPSON and PATRICIA THOMPSON,
Individually as Surviving Parents of NIGEL
THOMPSON;
MARK THOMPSON as Surviving Sibling of NIGEL
THOMPSON;
NEAL THOMPSON as Surviving Sibling of NIGEL
THOMPSON;

BASIL G. THORPE and VALDA M. BINNS,
Individually, and as Co-Administrators of the Estate of
NICHOLA ANGELA THORPE, Deceased;

ANNE TODISCO, Individually as Spouse and as Personal
Representative of the Estate of RICHARD TODISCO,
Deceased;
GREGORY TODISCO as Surviving Child of RICHARD
TODISCO;

LISA DEBARBRIE as Surviving Child of RICHARD TODISCO;

TANJA TOMASEVIC, Individually as Spouse, and as Personal Representative of the Estate of VLADIMIR TOMASEVIC, Deceased;

DORRY GROH-TOMPSETT, Individually as Spouse and as Personal Representative of the Estate of STEPHEN TOMPSETT, Deceased;

MARY ELIZABETH TUCKER, Individually as Spouse and as Personal Representative of the Estate of MICHAEL P. TUCKER, Deceased;

JENNIFER VAUK, Individually as Spouse and as Personal Representative of the Estate of RONALD VAUK, Deceased;

DENNIS VIANNA and MARILYNDA VIANNA, Individually as Parents and as Personal Representatives of the Estate of MATHEW G. VIANNA, Deceased;

NAYDA VOSKERIJIAN, Individually as Spouse and as Personal Representative of the Estate of GARO VOSKERIJIAN, Deceased;

CAROL WALDIE, Individually as Spouse and as Personal Representative of the Estate of KENNETH WALDIE, Deceased;
ANDREW PETISCE as Surviving Stepchild of KENNETH WALDIE;

ALLISON WALLICE, Individually as Spouse and as Personal Representative of the Estate of JOHN WALLICE, JR., Deceased;

MICHELLE GARTNER, as Personal Representative of the Estate of DINAH WEBSTER, Deceased;

MARCIA WEISS, Individually as Spouse and as Personal Representative of the Estate of DAVID T. WEISS, Deceased;

PATRICK WELSH, Individually as Spouse and as Personal Representative of the Estate of DEBORAH ANNE WELSH, Deceased;

ELIZABETH ANN PAYNE, Individually and as Personal Representative of the Estate of WILLIAM WILSON, Deceased;

BENJAMIN WONG, Individually as Father, and as Personal Representative of the Estate of JENNIFER Y. WONG, Deceased;

PAMELA WORKS, Individually as Spouse and as Personal Representative of the Estate of JOHN BENTLEY WORKS, Deceased;

PATRICIA GREENE-WOTTON, Individually and as Personal Representative of the Estate of Rodney Wotton, Deceased;

WILLIAM WREN and CHRISTOPHER WREN, Individually as Children and as Personal Representatives of the Estate of WILLIAM WREN, Deceased and as Personal Representatives of the Estate of PATRICIA WREN, Surviving Spouse of WILLIAM WREN;

**PERSONAL INJURY PLAINTIFFS**

KATHY A. CORDERO, Individually;
PATRICIA CUBAS-BIELFELD, Individually;
VIRGINIA DICHIARA, Individually;
ROBERT EICHELE and CARMELA EICHELE, Individually;
KEVIN FARRELL, Individually; CHONG P. FARRELL, Individually;
MICHAEL HENRY and REBECCA HENRY, Individually;
JAMES B. LEACH and CARRIE LEACH, Individually;
ERIC LEVINE, Individually;
JAMES McCAFFREY and AGNES McCAFFREY, Individually;
EDWARD NICHOLLS, and STACIE NICHOLLS, Individually;
VALENCIA L. PARKER, Individually;
KEVIN WARD, Individually;

LING N. YOUNG and DONALD M. YOUNG,
Individually;


-------------------------------------------------------------------x

**PERSONAL INJURY PLAINTIFFS WHO ARE
NOW DECEASED**

JANELLE GARDNER, as Personal Representative of the
Estate of RUBY BAILEY, Deceased;

ANN BORELLO, as Personal Representative of the Estate
of GAETANO BORELLO, Deceased;

CHERISE BRADLEY, as Personal Representative of the
Estate of ANTHONY BRADLEY, Deceased;

RONALD WEINSTOCK, as Personal Representative of
the Estate of ANASTASIA WEINSTOCK, Deceased;

TASHEA BROTHERS, as Personal Representative of the
Estate of TIMOTHY BROTHERS, Deceased;

ANNA R. BYRNES, as Personal Representative of the
Estate of KEVIN BYRNES, Deceased;

DONNA CANARI, as Personal Representative of the
Estate of JOHN CANARI, Deceased;

LYNN CASEY, as Personal Representative of the Estate
of PETER CASEY, Deceased;

RICARDO CASTRO, as Personal Representative of the
Estate of STEPHEN CASTRO, Deceased;

RANNYLIN STEPHANIE DALLEY, ESQ., as Personal
Representative of the Estate of SILVIA CHAVEZ,
Deceased;

PATRICIA KALBOUROS, as Personal Representative of
the Estate of KEVIN CZARTORYSKI, Deceased;

JEAN MARIE DEBIASE, as Personal Representative of
the Estate of MARK DEBIASE, Deceased;

**Sullivan Papain Block McGrath &
Cannavo P.C.**

MARY DENUNZIO, as Personal Representative of the Estate of JAMES DENUNZIO, Deceased;

JOANNA DIGIOVANNA, as Personal Representative of the Estate of ANTHONY DIGIOVANNA, Deceased;

BELINDA FEATHERSTONE, as Personal Representative of the Estate of JOHN FEATHERSTONE, Deceased;

GLORIA FINEGAN, as Personal Representative of the Estate of PATRICK FINEGAN, Deceased;

HELEN GALLAGHER, as Personal Representative of the Estate of JOHN GALLAGHER, Deceased;

LIAM GREANEY, as Personal Representative of the Estate of THOMAS GREANEY, Deceased;

VLADIMIRA GUEREN, as Personal Representative of the Estate of RICHARD GUEREN, Deceased;

PAUL HAUBER, as Personal Representative of the Estate of RAYMOND HAUBER, Deceased;

SANDY HEFFERNAN, as Personal Representative of the Estate of JAMES HEFFERNAN, Deceased;

ARLENE HEGLUND, as Personal Representative of the Estate of DANIEL HEGLUND, Deceased;

PATRICIA HESS, as Personal Representative of the Estate of ROBERT HESS, Deceased;

ELIZABETH HORNE, as Personal Representative of the Estate of CORNELL HORNE, Deceased;

LEIGH ANNE JONES, as Personal Representative of the Estate of CHARLES JONES, Deceased;

CONCETTA KAREN, as Personal Representative of the Estate of CHARLES KAREN, Deceased;

DONAMARIE LARSON, as Personal Representative of the Estate of CHARLES R. LARSON, Deceased;

BONNIE MALLOY, as Personal Representative of the Estate of BRIAN MALLOY, Deceased;

JENNIFER MCARDLE, as Personal Representative of the Estate of JAMES MCARDLE, Deceased;

MAUREEN MCKEAN, as Personal Representative of the Estate of JOHN MCKEAN, Deceased;

MICHELE MCLEAN, as Personal Representative of the Estate of HERNAN MCKEAN, Deceased;

JENNIFER MCNAMARA, as Personal Representative of the Estate of JOHN MCNAMARA, Deceased;

MARIA CASTRO MORALES, as Personal Representative of the Estate of GREGORIO MORALES, Deceased;

KATHY NERNEY, as Personal Representative of the Estate of KEVIN NERNEY, Deceased;

ROBERT O'ROURKE, as Personal Representative of the Estate of BRIAN O'ROURKE, Deceased;

LUZ MARIA OTANO, as Personal Representative of the Estate of ADOLFO OTANO, Deceased;

CHRISTINE O'TOOLE, as Personal Representative of the Estate of JOSEPH O'TOOLE, Deceased;

LISA QUICK, as Personal Representative of the Estate of WILLIAM QUICK, Deceased;

VANEZA ROONEY, as Personal Representative of the Estate of KEVIN A. ROONEY, Deceased;

LAURA RUNCO, as Personal Representative of the Estate of ROBERT RUNCO, Deceased;

COSETTE SEXTON, as Personal Representative of the Estate of RONALD SEXTON, Deceased;

BRITTANY SMITH, as Personal Representative of the Estate of DANIEL G. SMITH, Deceased;

CAREN SELBY, as Personal Representative of the Estate of WILLIAM SMITH, Deceased;

VINCENT SPINELLI, as Personal Representative of the Estate of VIRGINIA SPINELLI, Deceased;

PATRICIA HANGLOW STINES, as Personal Representative of the Estate of JAMES STINES, Deceased;

VIRGINIA SULLIVAN, as Personal Representative of the Estate of LAWRENCE SULLIVAN, Deceased;

MARGARET SZULMAN, as Personal Representative of the Estate of STEVEN SZULMAN, Deceased;

RAYMOND CZAJKOWSKI, as Personal Representative of the Estate of TRACI TACK-CZAJKOWSKI, Deceased;

KATHERINE VENTRIGLIA, as Personal Representative of the Estate of ROBERT J. VENTRIGLIA, Deceased;

RONALD WEINSTOCK, as Personal Representative of the Estate of ANASTASIA WEINSTOCK, Deceased;

ICELEAN VENABLE, as Personal Representative of the Estate of AVERY WILLIAMS, Deceased;

**PERSONAL INJURY PLAINTIFFS**

WILLIAM AARON, Individually;
MICHAEL AGLIATO, Individually;
MARK AGLIETTI, Individually;
THOMAS E. AHERN, Individually;
ROBERT ALEXANDER, Individually;
JACK ALLEN, Individually;
ANTHONY AMOROSO, Individually;
MARK ANAYA, Individually;
ROBERT ANDERSEN, Individually;
DENNIS ANDERSON, Individually;
LAWRENCE KEITH ANDERSON, Individually;
RAYMOND ANNICELLI, Individually;
SCOTT ANNICELLI, Individually;
JEFFREY ANSTEAD, Individually;
JOSEPH AQUINO, Individually;

RAFAEL ARAUJO, Individually;
PETER ARCE, Individually;
FRANK ARDIZZONE, Individually;
EDWARD ARETAKIS, Individually;
DANIEL ARMAGNO, Individually;
ROBERT ARMSTRONG, Individually;
ROBERT ASCOLILLO, Individually;
BRIAN AUTZ, Individually;
DONALD AVERSA, Individually;
JOSEPH AVIGNONE, Individually;
JONATHAN BACKOF, Individually;
RAFAEL BADILLO, Individually;
RALPH BALESTRIERI, Individually;
JAMES BARANEK, Individually;
JOSEPH BARKER, Individually;
BRYANT BARNES, Individually;
JAMES BARRETT, Individually;
THOMAS BARRY, Individually;
WILLIAM BARTHOLOMEW, Individually;
JAMES BASILE, Individually;
MICHAEL BASILE, Individually;
JOHN BAUER, Individually;
JOHN BAUM, Individually;
ROGER BEEHLER, Individually;
JOHN BEHRINGER, Individually;
GLENDEN P. BELL, Individually;
WILLIAM BELL, Individually;
SCOTT BELLMAN, Individually;
REMO BELLOLI, Individually;
GARY BENEDICT, Individually;
PHILIP S. BENIGNO, Individually;
ALFRED BENJAMIN, Individually;
JANET BENTKOWSKI, Individually;
ROBERT BENTKOWSKI, Individually;
HECTOR BERDECIA, Individually;
ROBERT BERGIN, Individually;
MAYERS BEVERNY, Individually;
WILLIAM BIGGIN, Individually;
BLAISE BITET, Individually;
JOHN BONADIO, Individually;
PETER BONDY, Individually;
JOSEPH BONGIORNO, Individually;
BRIAN BONILLA, Individually;
BRIAN BONILLA, Individually;
RICHARD BONITZ, Individually;
THOMAS BORSARE, Individually;

DONALD BORTHWICK, Individually;
JAMES BOYLAN, Individually;
JOHN W. BOYLE, Individually;
JOHN BRAUNAGEL, Individually;
VINCENT R. BRENNAN, III, Individually;
CRAIG BRIERLEY, Individually;
JOSEPH BROSI, SR., Individually;
ROSCOE A. BROWN, Individually;
TOM BROWN, Individually;
GILA BROWNSTEIN, Individually;
DAVID BRUNO, Individually;
JOSEPH BRYANT, Individually;
THOMAS BUCKLEY, Individually;
JOHN BUHLER, Individually;
RICHARD BUNGER, Individually;
KEVIN M. BURIK, Individually;
DANIEL BURKE, Individually;
EDWARD BURKE, Individually;
MICHAEL BURKE, Individually;
WILLIAM BURKE, Individually;
LENWILL F. BURMESTER, III, Individually;
FREDERICK BURNETT, Individually;
BARBARA BURNETTE, Individually;
THOMAS BUTLER, Individually;
LAWRENCE BYRNE, Individually;
WILLIAM BYRNES, Individually;
RAYMOND CABAN, Individually;
FRANK CACCAVALE, Individually;
CHRISTOPHER CAICEDO, Individually;
GERARD CALLAHAN, Individually;
THOMAS CALLAHAN, Individually;
KEVIN CALLAN, Individually;
RAYMOND CALUORI, Individually;
JAMES CALVANESE, Individually;
TIMOTHY CAMPBELL, Individually;
JAMES CAMPISI, Individually;
ROBERT CANZONERI, Individually;
CLAUDIO CAPOBIANCO, Individually;
STEVE CARLINO, Individually;
ROBERT CARLO, Individually;
JOHN CARLUCCI, Individually;
CLIFF CARTY, Individually;
JOSEPH CASALIGGI, Individually;
WILLIAM CASEY, Individually;
VAL CASH, Individually;
GEORGE CASSIDY, Individually;

JOHN F. CASSIDY, Individually;
PETER CATHERALL, Individually;
PETER CAVAGNARO, Individually;
JOHN CAVALIERE, Individually;
JOHN CHANCE, Individually;
ERIC CHAPPELL, Individually;
FRANK CHARA, Individually;
JAMES CHECCO, Individually;
BOBBY CHEW, Individually;
DMITRIY CHINOV, Individually;
STEVEN CHOINSKI, Individually;
LEONARD CIMADOMO, Individually;
ENRIQUE CLAUDIO, Individually;
PATRICK J. CLEARY, Individually;
ANGELO COCCIOLILLO, Individually;
MICHAEL COGAN, Individually;
TOBY COHEN, Individually;
MICHAEL COLANDREA, Individually;
RICHARD COLLINSON, Individually;
JOHN COLOE, Individually;
VINCENT CONCANNON, Individually;
BRIAN CONLON, Individually;
DAVID CONNOLLY, Individually;
MICHAEL CONROY, Individually;
THOMAS CONROY, Individually;
CHRISTOPHER CONTALDI, Individually;
ANTHONY CONTI, Individually;
JEFFERY COOL, Individually;
JAMES COONEY, Individually;
RICHARD CORCORAN, JR., Individually;
MISAEL CORDOVA, Individually;
CARLOS CORREA, Individually;
FRED CORTESE, Individually;
THOMAS J. COSGROVE, Individually;
PAUL COSLETT, Individually;
ANDRE COX, Individually;
HARRY COYLE, Individually;
ROBERT CRISTADORO, Individually;
CHARLES J. CROCCO, Individually;
WILLIAM CRONIN, Individually;
MICHAEL CROWELL, Individually;
ANNETTE CRUZ, Individually;
GEORGE CUEVAS, Individually;
WILLIAM CUPO, Individually;
DOMINICK CURCI, Individually;
JOHN CURTIN, Individually;

EDWARD CURTIS, Individually;
ANTHONY DABNIS, Individually;
JAMES F. DAHL, Individually;
CHARLES E. DALTON, Individually;
JOSEPH DALY, Individually;
ANTHONY D'AMORE, Individually;
DANIEL DANILCZYK, Individually;
CHARLES DANKENBRINK, Individually;
RONALD F. DARCY, Individually;
EDWARD DAVIS, Individually;
MICHAEL DAVIS, Individually;
NICOLE DAVIS, Individually;
WILLIAM DAVIS, Individually;
STANLEY DAWE, Individually;
ROCCO DEBENEDETTO, Individually;
RODNEY DECUFFA, Individually;
MICHAEL DEEHAN, Individually;
CHRISTOPHER DELGIORNO, Individually;
DAVID DELVALLE, Individually;
STEPHEN DENARO, Individually;
FRANK DENVER, Individually;
MICHAEL DEPAOLA, Individually;
ANTHONY DEPELLEGRIN, Individually;
JEFFREY DERSHEM, Individually;
MATTHEW DESJARDIN, Individually;
PATRICK DEVANEY, Individually;
KEITH DEVENISH, Individually;
ANTHONY DEVITA, Individually;
THOMAS DEVITO, Individually;
JIMMY V. DICOSTANZO, Individually;
JOHN DIELE, Individually;
DOUG DIEM, Individually;
PAUL DIERINGER, Individually;
FRANK DILORENZO, Individually;
CHRISTOPHER DIMARIA, Individually;
PATRICK DIMICHELE, Individually;
KEVIN DINKINS, Individually;
COSMO DIORIO, Individually;
ROBERT DIROSSE, Individually;
THOMAS DOHERTY, Individually;
JOHN DOLAN, Individually;
PETER DOOLAN, Individually;
RICHARD DORE, Individually;
JOHN DORRE, Individually;
DANIEL DORRIAN, Individually;
EDWARD DOWD, Individually;

MICHAEL G. DOYLE, Individually;
RICHARD DRAVES, Individually;
ANDREW DUFFY, Individually;
WILLIAM DUNLEAVY, Individually;
WALTER DUNLOP, Individually;
PETER DUNN, Individually;
JOHN DURKIN, Individually;
ANTHONY EDWARDS, Individually;
GREGORY EDWARDS, Individually;
ERIC EGAN, Individually;
RICHARD EGAN, Individually;
WILLIAM EISENBERG, Individually;
MICHAEL ELLIA, Individually;
MICHAEL ELLIOTT, Individually;
JOHN ENRIGHT, Individually;
KEVIN ERDMAN, Individually;
STEPHEN ERICKSON, Individually;
ANTHONY ESPOSITO, Individually;
LOUIS R. ESPOSITO, Individually;
WILLIAM ESPOSITO, Individually;
ROBERT ESSEX, Individually;
RICHARD EULER, Individually;
GEORGE FALLER, Individually;
GERALD FARINA, Individually;
KEVIN FARRELL, Individually;
ROBERT FASANO, Individually;
GABRIEL FEBBRAIO, Individually;
RONALD FENNELL, Individually;
RAYMOND FERRAGANO, Individually;
THOMAS FERRANTI, JR., Individually;
JOHN FERRARI, Individually;
ANGELO FERRARO, Individually;
DAVID FERRERO, Individually;
JAMES FERRETTI, Individually;
ERIC FIGUEROA, Individually;
NEIL FILIPOWICZ, Individually;
FRANK ALBERT FIORE, Individually;
CHARLES FISHER, Individually;
MICHAEL FITZMAURICE, Individually;
DANIEL FITZPATRICK, Individually;
JOHN FLEMING, Individually;
DANIEL FLOYD, Individually;
SEBASTIAN FODERA, Individually;
GARY G. FORD, Individually;
KEVIN FORD, Individually;
RICHARD FORD, Individually;

JAMES D. FORGER, Individually;
DAVID FORLAND, Individually;
GERALD FORNINO, Individually;
VINCENT FRANCAVILLA, Individually;
JOHN FRAWLEY, Individually;
FRANK FRIDRICH, Individually;
LEE FUCHS, Individually;
DAVID J. FULLAM, Individually;
JOSEPH FULLAM, Individually;
CHRISTOPHER FUSARO, Individually;
JAMES GALATRO, Individually;
ROBERT GALIONE, Individually;
KEVIN P. GALLAGHER, Individually;
JOSEPH GALLO, Individually;
EDWARD GARDNER, Individually;
TIMOTHY GARDNER, Individually;
MICHAEL GARGISO, Individually;
CHARLES A. GAROFALO, Individually;
WILLIAM F. GATES, JR., Individually;
WILLIAM F. GATES, SR., Individually;
ANDREW GAUGHAN, Individually;
FREDERICK GAVITT, Individually;
THOMAS GAVITT, Individually;
JAMES GAYNOR, Individually;
CARL GELARDI, Individually;
RONALD GERLICH, Individually;
MICHAEL J. GERMAIN, Individually;
THOMAS GERONDEL, Individually;
JAMES K. GERSBECK, Individually;
CLIFFORD GIBBS, Individually;
KEVIN J. GILLEN, Individually;
PATRICK GILLEY, Individually;
PATRICK GILROY, Individually;
FRANK GIORDANO, Individually;
MARK GLEASON, Individually;
JOHN GLEESON, Individually;
BRIAN GLENN, Individually;
MARSHALL GLENZ, Individually;
SANTO GOLANDO, Individually;
DAVID GOLDSTEIN, Individually;
MICHAEL GOLINO, Individually;
GIANCARLO GOMEZ, Individually;
BRUCE N. GONZALEZ, Individually;
STEVEN GONZALEZ, Individually;
VICTOR GONZALEZ, Individually;
STEVEN GOODSTEIN, Individually;

EDWARD GORMLEY, Individually;
SEAN GRACE, Individually;
DENNIS GRADY, Individually;
JOSEPH GRANDE, Individually;
TERRY GRAVES, Individually;
ROBERT GRAY, Individually;
ROBERT B. GRAY, Individually;
MICHAEL GREENE, Individually;
ANTHONY GUADAGNO, Individually;
VINCENT GUIDO, Individually;
GEORGE GULLIKSEN, Individually;
DONALD HALIKIAS, Individually;
MATTHEW B. HALL, Individually;
WAYNE HALLORAN, Individually;
JOHN HANGLOW, Individually;
WILLIAM HANNAN, Individually;
WILLIAM HANSEN, Individually;
MICHAEL HARDING, Individually;
KATHY HARLEY, Individually;
JAMES HARRIS, Individually;
RICHARD HARRISON, Individually;
RICHARD HARTMAN, Individually;
FRANCIS HASKELL, Individually;
WILLIAM HASTINGS, Individually;
WILLIAM HAYES, Individually;
BRIAN HEALION, Individually;
LUKE HEALY, Individually;
JOHN HEEGAN, Individually;
EDWARD HEFELE, Individually;
NOEL HEFFERNAN, Individually;
RUDOLPH HEIN, Individually;
STACY HERMAN, Individually;
DANIEL HETTRICK, Individually;
KEITH HIGGINS, Individually;
SHENETTE HIGGS, Individually;
JOSEPH HODGES, Individually;
STEVEN HOEHLEIN, Individually;
DANIEL HOGAN, Individually;
FRANCIS HOGAN, Individually;
KEVIN HOGAN, Individually;
SCOTT HOLOWACH, Individually;
ARTHUR HOLSTROM, Individually;
JOSEPH HOLTGREWE, Individually;
JOHN HORAN, Individually;
JOHN HORAN, Individually;
LAWRENCE HORTON, Individually;

JAMES HOSFORD, Individually;
CRISTINA HUIE, Individually;
STEPHEN G. HUMENESKY, Individually;
JOSEPH IMPARATO, Individually;
GENE ISNARDI, Individually;
CHERYL IVES, Individually;
MICHAEL JACOBELLIS, Individually;
SEAN JANES, Individually;
THOMAS JASINSKI, Individually;
ANTHONY JIMENEZ, Individually;
JOSEPH JIROVEC, Individually;
JEFFREY R. JOHNSON, Individually;
RICHARD JONES, Individually;
STEPHEN JONES, Individually;
STEVEN KALLMAN, Individually;
JAMES KANE, Individually;
CHRISTOPHER KAPETANOS, Individually;
ADAM N. KARRAS, Individually;
JOHN KEATING, Individually;
MICHAEL KEEGAN, Individually;
ADRIAN KEENAN, Individually;
RICHARD KELLEHER, Individually;
MICHAEL KELLER, Individually;
STEVEN KELLER, Individually;
KEVIN R. KELLY, Individually;
DANIEL KEMMET, JR., Individually;
CHRISTOPHER KENDALL, Individually;
SEAN KENNY, Individually;
SEAN KERN, Individually;
KEVIN KIERAN, Individually;
MICHAEL KILDUFF, Individually;
PATRICK KILDUFF, Individually;
CHRISTOPHER KING, Individually;
DAVID KING, Individually;
MICHAEL KING, Individually;
NEAL KING, Individually;
THOMAS KING, Individually;
RONALD KINGSLEY, Individually;
RICHARD KIRRSTETTER, Individually;
ROBERT KIRWAN, Individually;
JOSEPH KISONAS, Individually;
RONALD KLIEGERMAN, Individually;
WILLIAM KLINE, Individually;
ROBERT KNUDSEN, Individually;
JAMES KOBETITSCH, Individually;
JOSEPH KOESTNER, Individually;

STEVEN KREBS, Individually;
GERARD KRILOFF, Individually;
JOHN L. KROON, Individually;
ROBERT A. KSELMAN, Individually;
CELIA KUPFERBERG, Individually;
DAVID KUSINITZ, Individually;
STEVEN KWINTNER, Individually;
JOHN LAFEMINA, Individually;
ROBERT LAMACCHIA, Individually;
PAUL LAMPASSO, Individually;
FRANK X. LAND, Individually;
LLOYD LAND, Individually;
THOMAS LANGAN, Individually;
TIMOTHY LANGNER, Individually;
JOHN LAPADULA, Individually;
BRIAN LAVIN, Individually;
STEVEN LEAHY, Individually;
ARTHUR LEECOCK, Individually;
RAYMOND LEIDNER, Individually;
ROBERT LEONE, Individually;
GREGORY P. LEVEROCK, Individually;
DAVID V. LEWIS, SR., Individually;
JOHN LIGHTSEY, Individually;
WILLIAM LILLEY, Individually;
ANTHONY LINDQUIST, Individually;
ANNIE LIVEO, Individually;
JOHN LODATO, Individually;
MATTHEW LODEWYKS, Individually;
DAVID LOHLE, Individually;
MICHELE LOMBARDI, Individually;
KEITH LONG, Individually;
KIRK LONG, Individually;
PATRICK LONG, Individually;
CHRISTOPHER LOPRESTI, Individually;
NICHOLAS LUCENTI, Individually;
CHRIS LUFFMAN, Individually;
ASTRID LUGO, Individually;
THOMAS LUNIEWSKI, Individually;
EUGENE LYNCH, Individually;
KEVIN LYNCH, Individually;
EUGENE LYNN, Individually;
JAMES MACKAY, Individually;
WILLIAM MACKIN, Individually;
SEAN MACPHERSON, Individually;
BRIAN MADDEN, Individually;
JAMES MAGER, Individually;

JAMES MAGUFFIN, Individually;
DANIEL MAHER, Individually;
ROBERT E. MAHON, Individually;
JOSE MALDONADO, Individually;
RIGOBERTO MALDONADO, Individually;
CHRISTOPHER MALONEY, Individually;
JOHN C. MALONEY, Individually;
JAMES J. MANAHAN, JR., Individually;
CHRISTOPHER MANDEVILLE, Individually;
BRIAN MANERE, Individually;
JOSEPH MANGRAVITO, Individually;
REGINALD MANLEY, Individually;
EDWARD MANNONE, Individually;
JAMES MANSBERGER, Individually;
LEON MARASHAJ, Individually;
JOSEPH MARCELLO, Individually;
PETER MARINO, Individually;
CHARLES MARKEY, Individually;
SAMUEL MARQUEZ, Individually;
THOMAS B. MARTIN, Individually;
FRANK MASTROTA, Individually;
FRANCIS MATOS, Individually;
VINCENT MATTONE, Individually;
DANIEL MAURICE, Individually;
ANTHONY MAURO, Individually;
ANTHONY MAZZULLO, Individually;
PHILIP H. MCARDLE, Individually;
EDWARD MCCAFFREY, Individually;
JOSEPH MCCARTHY, Individually;
KEVIN MCCARTHY, Individually;
DANIEL MCCAULEY, Individually;
GREGORY MCCAULEY, Individually;
PATRICIA MCCAULEY, Individually;
JOHN MCCLELLAN, Individually;
DANIEL MCCLUSKEY, Individually;
ROBERT MCCORMACK, Individually;
WILLIAM MCCORMACK, JR., Individually;
THOMAS MCCOY, Individually;
JAMES MCDERMOTT, Individually;
ROBERT MCDEVITT, Individually;
RICHARD MCDONAGH, Individually;
RICHARD, SR. MCDONAGH, Individually;
JAMES MCGEE, Individually;
JOHN MCGINTY, Individually;
THOMAS MCGOFF, Individually;
EUGENE MCGOWAN, Individually;

JAMES J. MCGOWAN III, Individually;
JAMES P. MCGUINNESS, Individually;
JOHN E. MCHUGH, JR., Individually;
DANIEL MCKAY, Individually;
JOSEPH MCKAY, Individually;
JOHN D. MCKEAN III, Individually;
JOSEPH MCKEON, Individually;
ROBERT MCKEON, Individually;
ARTHUR MCLOUGHLIN, Individually;
BRIAN P. MCMAHON, Individually;
ROBERT M. MCMAHON, Individually;
SHAUN MCNALLY, Individually;
TREVOR MCNEICE, Individually;
ROBERT MCNICHOLAS, Individually;
GEORGE MCQUADE, Individually;
JAMES MCSHANE, Individually;
RICHARD MEADOWS, Individually;
REGINALD MEBANE, Individually;
EUGENE MEEHAN, Individually;
KENNETH MEMMEN, Individually;
ALBERT MERK, Individually;
PATRICK MERWIN, Individually;
THOMAS MERWIN, Individually;
MICHAEL MESSINEO, Individually;
LANE METRO, Individually;
CHRISTOPHER MICHAELS, Individually;
JOSEPH MIDDLEBROOK, Individually;
ANTHONY MIGLIORE, Individually;
PHILIP MILKOVITS, Individually;
JOSEPH R. MILLER, Individually;
SAMMY MIRAGLIA, Individually;
JOHN MISKANIC, Individually;
IVAN MITCHELL, Individually;
JOHN MITCHELL, Individually;
THOMAS MITCHELL, Individually;
WILLIAM MITCHELL, Individually;
ROBERT MIUCCIO, Individually;
HENRY MOLLE, Individually;
KEVIN MONGIELLO, Individually;
JAMES MONTAGNINO, Individually;
ROGER MONTALVO, Individually;
JOHN MONTRONY, Individually;
KEVIN MORAN, Individually;
RAYMOND MORAN, Individually;
ROBERT J. MORAVEC, Individually;
MICHAEL MORIARTY, Individually;

PAUL MORONGELLO, Individually;
TIMOTHY MOYNIHAN, Individually;
MICHAEL MULLAHY, Individually;
THOMAS MULLEN, Individually;
THOMAS MULLIGAN, Individually;
GERARD MURNANE, Individually;
EDWARD MURPHY, Individually;
KEVIN B. MURPHY, Individually;
MICHAEL J. MURPHY, Individually;
TIMOTHY MURPHY, Individually;
WILLIAM MURPHY, III, Individually;
EDWARD P. MURRAY, Individually;
THOMAS MURRAY, Individually;
MICHAEL MUSHLIT, Individually;
FRANK MUZIO, Individually;
ALBERT NAPOLI, Individually;
JAMES NAPULI, Individually;
MATTHEW NEARY, Individually;
SAFIT NEZIRI, Individually;
VICTOR NICHOLASI, Individually;
JAMES NIEBLER, Individually;
EDWARD NIETZSCHMANN, Individually;
STEVEN W. NIGRO, Individually;
STEVEN NUZZO, Individually;
KEVIN M. O'BRIEN, Individually;
WILLIAM H. O'BRIEN, Individually;
MICHAEL O'BYRNE, Individually;
BRIAN O'CONNOR, Individually;
DANIEL O'CONNOR, Individually;
MICHAEL F. O'CONNOR, Individually;
MICHAEL O'DONNELL, Individually;
GEORGE OECHSLER, Individually;
GARY O'HAL, Individually;
MICHAEL O'HANLON, Individually;
TIMOTHY OLSON, Individually;
MATTHEW OLSZIEWSKI, Individually;
JOSEPH O'NEIL, Individually;
ROBERT G. O'NEILL, Individually;
THOMAS O'NEILL, Individually;
TIMOTHY O'NEILL, Individually;
GERALD P. O'SHEA, Individually;
ROBERT OSTROFSKY, Individually;
BRIAN O'SULLIVAN, Individually;
DANIEL O'SULLIVAN, Individually;
RICHARD OTHMER, Individually;
WILLIAM J. OWENS, Individually;

THOMAS PAIGE, Individually;
JOSEPH M. PALMIERI, Individually;
KEITH PALUMBO, Individually;
JAMES PANNULLO, Individually;
JOSEPH PAPILLO, Individually;
STEVEN PAPPAS, Individually;
GULMAR J. PARGA, Individually;
LAURENCE PARKER, Individually;
SCOTT PARLATORE, Individually;
CHARLES PARLE, Individually;
CLIFFORD PASE, Individually;
RICHARD PAULAN, Individually;
CLIFFORD PAYAN, Individually;
NEFTALI PEREZ, Individually;
PETER PERGOLA, Individually;
FRANK PERRONE, Individually;
JOHN PETEROY, Individually;
ROBERT PETERSEN, Individually;
RAYMOND PFEIFER, Individually;
COLIN PHILLIPS, Individually;
EMANUEL PIAZZA, Individually;
CHARLES PIOTROWSKI, Individually;
LAWRENCE PISANI, Individually;
ROBERT PIUGGI, Individually;
JOSEPH PIZZELANTI, Individually;
STEVEN PJURA, Individually;
MICHAEL J. POLCHINSKI, Individually;
CASEY POLITI, Individually;
BRADLEY POLLACK, Individually;
RALPH PORTOGHESE, Individually;
JOHN POULOS, Individually;
SHAYA PREISEROWICZ, Individually;
MICHAEL J. PRENDERGAST, Individually;
MARK PRESTI, Individually;
JOSEPH PRICE, Individually;
THOMAS M. PRIN, Individually;
JOSE PROSPER, Individually;
NANCY PUCA, Individually;
MARK QUALBEN, Individually;
BRIAN QUINN, Individually;
GEORGE QUINN, Individually;
JOHN J. QUINN, Individually;
TERENCE QUINN, Individually;
ALBERT QUINONES, Individually;
PETER QUINTALINO, Individually;
JOHN RAEHSE, Individually;

JOSEPH RAIMO, Individually;
CHRISTOPHER RAMOS, Individually;
MIGUEL RAMOS, Individually;
DOMINICK RANDAZZO, Individually;
TAY RAWLINS, Individually;
MICHAEL RAZUKIEWICZ, Individually;
EUGENE REACCUGLIA, Individually;
DANIEL REDDAN, Individually;
KEVIN REDDEN, Individually;
DANIEL REID, Individually;
WILLIAM REID, Individually;
MICHAEL REILLY, Individually;
JAIME RESKER, Individually;
RICHARD J. RESTO, Individually;
FRANCIS REYES, Individually;
AISHA RICCA, Individually;
STEPHEN RICCIO, Individually;
KEVIN S. RICH, Individually;
RODNEY RIDDICK, Individually;
SALVATORE A. RIGNOLA, Individually;
PAUL RINI, Individually;
JAMES RITCHIE, Individually;
ALFREDO RIVERA, Individually;
HECTOR RIVERA, Individually;
JOHN RIZZO, Individually;
JEFFREY ROBERTS, Individually;
NEIL G. ROCHFORD, Individually;
CARMEN MARIA RODRIGUEZ, Individually;
JOHN P. RODRIGUEZ, Individually;
PATRICIA ROHE, Individually;
WILLIAM ROHE, Individually;
JOHN ROHR, Individually;
DENCIL ROMAN, Individually;
ALBERTO ROMAN, JR., Individually;
KEVIN A. ROONEY, Individually;
VICTOR ROSARIO, Individually;
ROBERT A. ROSENFELD, Individually;
THOMAS ROSSELL, Individually;
MICHAEL ROSSIDIS, Individually;
MARIA RUEDA, Individually;
PHILIP RUGGIERO, Individually;
RICHARD RUGGIERO, Individually;
PAUL RUT, Individually;
PATRICK RYAN, Individually;
SEAN D. RYAN, Individually;
ARTHUR SABATINO, Individually;

PAUL SAINSBURY, Individually;
ANTHONY SALERNO, Individually;
MICHAEL J. SALICA, Individually;
VICTOR SALIMENI, Individually;
REBECCA SANCHEZ, Individually;
GERALD SANFORD, Individually;
WILLIAM SANKEY, Individually;
ISAIAS SANTANA, Individually;
PETER SANTELLI, Individually;
MICHAEL SAPIENZA, Individually;
LOUIS SARAPOCHILLO, Individually;
PATRICE SARNATORA, Individually;
PATRICK SAVAGE, Individually;
ROBERT SAVARESE, Individually;
JOHN SCALESI, Individually;
PATRICK SCALZA, Individually;
MICHAEL SCANLAN, Individually;
ANTHONY SCARDUZIO, Individually;
WILLIAM SCHALL, Individually;
LOUIS SCHERIFF, Individually;
WILLIAM SCHLEYER, Individually;
RONALD SCHLITT, Individually;
ROBERT SCHNEIDER, Individually;
CHRISTOPHER SCHROEDER, Individually;
JOHN SCHROEDER, Individually;
JOHN SCHULKEN, Individually;
FRED SCHWARZROCK, Individually;
ANTHONY SCOLA, Individually;
GLENN SCOTT, Individually;
JOHN SEILER, Individually;
DANIEL SELLER, Individually;
MARK SEROKOSZ, Individually;
JON SEZACK, Individually;
PAUL SHANNON, Individually;
GARY SHARKEY, Individually;
HARRY SHAUGHNESSY, Individually;
BRIAN SHEEHAN, Individually;
VALERIE SHIELDS, Individually;
FRANK SIALIANO, Individually;
FRANK J. SIGONA, Individually;
VICTOR SILVESTRO, Individually;
SEAN SIMPSON, Individually;
STEVEN SINGER, Individually;
ROBERT SINRICH, Individually;
MICHAEL SKONBERG, Individually;
DAVID SMITH, Individually;

DAVID P. SMITH, Individually;
JAMES B. SMITH, Individually;
RIP ARTHUR SMITH, Individually;
RONALD SOLTYSIK, Individually;
MICHAEL SOPRANO, Individually;
JOSEPH SORRENTINO, Individually;
HUGO SOSA, Individually;
RICARDO SOSA, Individually;
JOHN J. SOTTILE, Individually;
ROBERT A. SOWINSKI, Individually;
FRANK SPALDO, Individually;
RAYMOND SPIEGEL, Individually;
PHILLIP SPINA, Individually;
VINCENT SPINELLI, Individually;
DONALD SPURRELL, Individually;
EDWARD STACKHOUSE, Individually;
DANIEL STAFFORD, Individually;
THADDEUS STANKEWICZ, Individually;
MICHAEL STEEL, Individually;
ROGER STEINERT, Individually;
MICHAEL STEVENSON, Individually;
GREGORY STRAUB, Individually;
WILLIAM STUBBS, Individually;
HERBERT W. STUPP, Individually;
JOHN P. SULLIVAN, Individually;
JOHN P. SULLIVAN, Individually;
PETER SULLIVAN, Individually;
FRED J. SURBER, Individually;
JOHN SUSCO, Individually;
FRANCIS SWEENEY, Individually;
ROBERT F. SWEENEY, Individually;
WILLIAM SWEENEY, Individually;
JOSEPH SWICK, Individually;
EDMUND SYKES, Individually;
THOMAS SZILLUS, Individually;
GEORGE TABB, Individually;
IRVING TABICKMAN, Individually;
PATRICK TARPEY, Individually;
ANTHONY TAVOULAREAS, Individually;
PHILIP TESORIERO, Individually;
RAYMOND THOMAS, Individually;
EDWARD D. THOMPSON, Individually;
SALVATORE W. THOMPSON, Individually;
KEITH TIERNEY, Individually;
MARY LYNN TIERNEY, Individually;
MICHAEL A. TIERNEY, Individually;

MICHAEL J. TIMO, Individually;
REGINALD TIMOTHEE, Individually;
RICHARD TING, Individually;
JOHN TINGHITELLA, Individually;
JAMES TOSHACH, Individually;
ROBERT TOZZI, Individually;
ROBERT TRASCOY, Individually;
MARK TRINCONE, Individually;
MATTHEW TRINGALI, Individually;
JOSEPH TRIPPTREE, Individually;
FRANK TROSA, Individually;
CHARLES TRUNCALE, Individually;
GERARD F. TUCKER, Individually;
GERARD TUOHEY, Individually;
DENIS TWOMEY, Individually;
PETER TYNAN, Individually;
JAMES URKONIS, Individually;
MARK VALCICH, Individually;
HAROLD VALENCIA, Individually;
JUAN VEGA, Individually;
KEVIN VER STRATEN, Individually;
MARK VERDI, Individually;
JOSEPH VICARIO, Individually;
ADAM VILAGOS, Individually;
GLENN VON NOSTITZ, Individually;
JEFFREY VOUGHT, Individually;
LOUIS VULLO, Individually;
CHARLES WAHREN, Individually;
JOHN WALIS, Individually;
RONALD WALKER, Individually;
STEPHEN WALL, Individually;
GERALD WALSH, Individually;
KEVIN WALSH, Individually;
THOMAS J. WALSH, Individually;
CHRISTOPHER WALSH, Individually;
JOHN WAMSLEY, Individually;
MICHAEL WARD, Individually;
JAMES WATSON, Individually;
JOHN P. WATT, Individually;
JOHN WEGENAAR, Individually;
ALVIN H. WEINBERG, Individually;
MAYOBANEX WENTWORTH, Individually;
WAYNE WENZEL, Individually;
WALTER J. WERNER III, Individually;
JAMES WHEELER, Individually;
KENNETH WHELAN, Individually;

DANIEL F. WHITE, Individually;
BRIAN A. WILLIAMS, Individually;
KENNETH WILLIAMS, Individually;
MARIA CARMEN WILSON, Individually;
JOHN J. WINTER, Individually;
JOHN WOLCSON, Individually;
WILLIAM WOLF, Individually;
RONALD WOLKEN, Individually;
DUANE WOOD, Individually;
NICHOLAS WOWK, Individually;
MICHAEL WUNDER, Individually;
DONALD WUNDERLICH, Individually;
ANDREW WYCKOFF, Individually;
JOHN ZACCARIA, Individually;
BENJAMIN ZEITLIN, Individually;

-------------------------------------------------------------------x

**PERSONAL INJURY PLAINTIFFS WHO ARE NOW DECEASED**                    Ungaro & Cifuni LLP

KATHY COLEMAN, as Personal Representative of the Estate of LAWRENCE COLEMAN, Deceased;

ANGELA PIOLI, as Personal Representative of the Estate of LOUIS PIOLI, Deceased;

CATHYRN ROSAS, as Personal Representative of the Estate of RUBEN ROSAS, Deceased;

KEITH SIMMS, as Personal Representative of the Estate of MARCI SIMMS, Deceased;

FRANCES SMITH, as Personal Representative of the Estate of JAMES SMITH, Deceased;

MATTHEW STEINER, as Personal Representative of the Estate of MARK STEINER, Deceased;

ANGELA TROMBETTA, as Personal Representative of the Estate of PETER TROMBETTA, Deceased;

ARTHUR TSUI, as Personal Representative of the Estate of AGNES TSUI, Deceased;

MIGUELINA WAGNER, as Personal Representative of the Estate of MICHAEL WAGNER, Deceased;

**PERSONAL INJURY PLAINTIFFS**

PETRA R. ADGERSON, Individually;
DOROTHY AIELLO, Individually;
MICHAEL ALAVANJA, Individually;
WILLIAM G. ALBINO, Individually;
CARLYNN ALEXANDER, Individually;
SIXTO ALMONTE, Individually;
MICHAEL ALONGI, Individually;
GLENN M. AMICO, Individually;
BRYAN ANDERSON, Individually;
VINCENT ANDRASKO, Individually;
ROBERT ANGERHAUSER, Individually;
GREGORY ANTONISON, Individually;
ROBERT ARLUCK, Individually;
MICHAEL ARNERO, Individually;
ANDRIUS BAGDZIUNAS, Individually;
ROBERT BARCLAY, Individually;
JOHN W. BEATTIE, Individually;
MONTE BERGER, Individually;
CHRISTAL BERKELEY, Individually;
ROBERT L. BONIFATI, Individually;
CARMEN BONILLA, Individually;
ANN BOYLAN, Individually;
DORICE BRADLEY, Individually;
TEDDY BREINBERG, Individually;
ABRAHAM BRENHOLZ, Individually;
PATRICK BRESNIHAN, Individually;
ROSE BRUGUERAS, Individually;
ELENA MARIE BRUSCO, Individually;
JAMES F. BYRNE, Individually;
FRANCISCO CAGGIA, JR., Individually;
RICARDO CAMPOS, Individually;
CHRISTOPHER CANAVAN, Individually;
DAVID CANO, Individually;
DOMINICK CAPUANO, Individually;
JAMES P. CARINI, Individually;
HOWARD CARSWELL, Individually;
CARMEN CASTIGLIA, Individually;
PEDRO CASTILLO, Individually;
SAM CENTAMORE, Individually;
EDWARD CETNAR, Individually;
ELLEN CHANG, Individually;
NAVEED CHAUDRY, Individually;
JOHN CHENSEY, Individually;

EDWIN L. CHITTICK, Individually;
DAVID CIORCIARI, Individually;
MATTHEW CIRELLI, Individually;
ALEXANDER CISNEROS, Individually;
MICHAEL J. CLANCY, Individually;
RICHARD CLEMENT, Individually;
EDWARD R. COAKLEY, Individually;
JENNARA COBB, Individually;
MICHAEL CODY, Individually;
ROY COHEN, Individually;
JOHN M. COMPARETTO, Individually;
PATRICK CONRY, Individually;
THOMAS CRAWFORD, Individually;
JOSE A. CRUZ, Individually;
ROSE CUOCO, Individually;
ATANASIE CURUMI, Individually;
ROBERT DAHLING, Individually;
MONIKA DARAGJATI, Individually;
TIMOTHY J. DAY, Individually;
CARMINE W. DEDONATO, Individually;
ANTHONY J. DEFAZIO, Individually;
MARK A. DEFAZIO, Individually;
CHARLES DELGADO, Individually;
CHRISTOPHER DELMASTRO, Individually;
THERESA DELMASTRO, Individually;
JOHN DELUCA, Individually;
STEVEN DEPAOLA, Individually;
LOUIS DEVIRGILIO, Individually;
GIUSTO DIMARCO, Individually;
WILLIAM DITOMASO, Individually;
STEVEN DITORO, Individually;
BRUCE DONACH, Individually;
STEVEN DONAHOO, Individually;
MAUREEN DONOHUE, Individually;
MICHAEL DORSEY, Individually;
BRENDA DUFFY, Individually;
DAVID DUNN, Individually;
STEPHEN DUX, Individually;
RACHELL DWYER, Individually;
RENEE ECHEL, Individually;
EDWARD EDWARDS, Individually;
JOHN W. EGAN, Individually;
EDWARD ENGLAND, Individually;
JOSEPH G. ENNIS, Individually;
JOHN L. ERKER, Individually;
PAUL ESPOSITO, Individually;

ROSARIO A. EVOLA, Individually;
MERCEDES M. FABREGAS, Individually;
PAUL FAENZA, Individually;
RICHARD FAGAN, Individually;
STEVEN P. FARKAS, Individually;
MICHAEL FARONE, Individually;
STEVEN D. FEELY, Individually;
DIEGO FELICIANO, Individually;
ANTHONY FERNANDEZ, Individually;
STEVEN FERRIGNO, Individually;
STEPHEN FINKEL, Individually;
LARRY FLUNORY, Individually;
VLADIMIR FRANCISCO, Individually;
BRIAN FRANKLIN, Individually;
LEONARD Z. FULLER, Individually;
KENNETH GABLEMAN, Individually;
ALAN J. GALLO, Individually;
CHARLES P. GALLOGLY, Individually;
WILLIAM M. GAMMEL, Individually;
FRANK GANGEMI, Individually;
JAMES GEIGER, Individually;
ANTHONY C. GIACONELLI, Individually;
JOHN GISONNO, Individually;
LAWRENCE GLANTZ, Individually;
THOMAS GRAHAM, Individually;
ROBERT GRANT, Individually;
KENNETH J. GRAY, Individually;
MICHAEL GRENNAN, Individually;
CHRISTOPHER GUNN, Individually;
EDWIN GUTIERREZ, Individually;
ROBERT HACHEMEISTER, Individually;
TIMOTHY HARDIMAN, Individually;
MATTHEW HARRINGTON, Individually;
TIMOTHY HARRINGTON, Individually;
THOMAS HARTIGAN, Individually;
TAMMY HARWOOD, Individually;
VANE HENDERSON, Individually;
JOHN HENNIG, Individually;
ANDREW HERR, Individually;
WAYNE HISGEN, Individually;
THOMAS HOGAN, Individually;
NICHOLAS HOLOVINSKY, Individually;
DEBORAH HOPKINS, Individually;
JOHN P. HOPKINS, Individually;
DAVID HURST, Individually;
VICTOR JACOME, Individually;

BRIAN JAMISON, Individually;
CHRISTOPHER JAMISON, Individually;
FRANTZ JEROME, Individually;
LORRAINE JOHNSON, Individually;
EUGENE M. JOHNSTON, Individually;
PATRICK JOHNSTON, Individually;
CHRISTOS KATSABANIS, Individually;
ROBERT M. KELLY, Individually;
SCOTT KELLY, Individually;
CAROL KENNEDY, Individually;
BIBI S. KHAN, Individually;
JOHN KIMBALL, Individually;
SCOTT KIMMINS, Individually;
KEVIN KING, Individually;
THOMAS R. KING, Individually;
ERIC KLAYMAN, Individually;
CARA KOSAKA, Individually;
EMILIO LABOY, Individually;
RICHARD A. LAM, Individually;
NICHOLAS LAMACCHIA, Individually;
BARBARA LANZETTA, Individually;
DAVID LAPORTE, Individually;
THOMAS A. LARKIN, Individually;
JEFFREY LAROSA, Individually;
STEPHEN LATALARDO, Individually;
MICHAEL J. LAUDONIO, Individually;
RICHARD LAVA, Individually;
PETER A. LAVIN, Individually;
FRANK LEANDRO, Individually;
MARTIN LEVINE, Individually;
ANTHONY LIMERI, Individually;
SAL A. LOCASCIO, Individually;
JOHN M. LOMBARDO, Individually;
MANUEL LOUREIRO, Individually;
EBEN LUGO, Individually;
ALBERT LUONGO, Individually;
DONNA LUONGO, Individually;
CHRISTOPHER P. MADDEN, Individually;
DENNIS MAIRA, Individually;
PETER MANCERI, Individually;
RAYMOND MANCINI, Individually;
CHRISTOPHER MARCHISOTTO, Individually;
VICTOR O. MARZANO, Individually;
ANTHONY MASSARO, Individually;
ANDREW A. MCDONALD, Individually;
JAMES T. MCGRATH, Individually;

EDWARD J. MCGREAL, Individually;
JEFFREY MCGUINESS, Individually;
WARREN MCKINZIE, Individually;
JOHN MCNAMEE, Individually;
THOMAS MCSWEENEY, Individually;
HARRIET MILLS, Individually;
SCOTT MILNE, Individually;
TANYA R. MILO, Individually;
JAMES G. MOLLOY, Individually;
KENNETH MOLLOY, Individually;
JOHN MONAGHAN, Individually;
CHRISTOPHER MONTAGNA, Individually;
PAUL J. MONTANA, Individually;
ABNER MOORE, Individually;
ROBERT S. MORIN, Individually;
JAMES MOSCA, Individually;
EDWARD MULLEN, Individually;
WILLIAM J. MURRAY, Individually;
DERRICK MURRELL, Individually;
PATSY NATALE, Individually;
MICHAEL NEARY, Individually;
PATRICIA NEBEL, Individually;
JAMES J. NOLAN, Individually;
DANIEL L. O'BYRNE, Individually;
DANIEL O'HANLON, Individually;
FRANCIS B. O'KEEFFE, Individually;
VITO OLIVIA, Individually;
JAMES O'NEILL, Individually;
MICHAEL P. O'NEILL, Individually;
CHRISTOPHER OROSZ, Individually;
THOMAS P. O'ROURKE, Individually;
CHARLES ORTIZ, Individually;
ROBERT P. O'SULLIVAN, Individually;
WILLIAM J. OWENS, Individually;
DEIDRE PAAT, Individually;
GEORGE PALESANO, JR., Individually;
BRAD PALLAS, Individually;
FRANK P. PANGALLO, Individually;
JOHN PAPA, Individually;
LAWRENCE K. PAPOLA, Individually;
JOHN PEGRAM, Individually;
JOHN A. PERNA, Individually;
JEROME PERRY, Individually;
STEPHEN M. PHELAN, Individually;
RONALD PINO, Individually;
ANNEMARIE PIOLI, Individually;

MICHAEL PIOLI, Individually;
STEPHEN PISANO, Individually;
ELIZABETH PIZARRO, Individually;
JOSEPH A. POLLINI, Individually;
JOHN PORTALADIN, Individually;
KEVIN P. QUINN, Individually;
PATRICK RAFFERTY, Individually;
ANTHONY J. RAGANELLA, Individually;
CHRISTOPHER T. RAU, Individually;
NEDRA RAY-LOMBARDO, Individually;
ERIC REISS, Individually;
MATILDE REYES, Individually;
DANIEL RICCIARDI, Individually;
STEVEN RICH, Individually;
DENNIS A. ROBINSON, Individually;
DENNIS RODRIGUEZ, Individually;
WILBERT RODRIGUEZ, Individually;
JOHN ROGAN, Individually;
ANTHONY ROSARIO, Individually;
ANTHONY J. RUSSO, Individually;
RITA SABATINO, Individually;
MARIVEL SALCEDO, Individually;
PATRICK SALERNO, Individually;
HECTOR J. SANTIAGO, Individually;
VINCENT SANTORE, Individually;
JASON SATURNIN, Individually;
JOSEPH SCAFFIDI, Individually;
CHARLES SCALZO, Individually;
MICHELLE SCHAEFER, Individually;
ROBERT SCHENDORF, Individually;
ROBERT E. SCHLEICHER, Individually;
STEVEN R. SCOTTO, Individually;
SANTO SCRIBANI, Individually;
KONRAD M. SEEGERS, Individually;
JAMES J. SEIFERHELD, Individually;
JAMES J. SEMERAD, Individually;
JAMES R. SESTI, Individually;
PRAVINA H. SHAH, Individually;
MATTHEW T. SHERMAN, Individually;
JOHN F. SLAYNE, Individually;
SHIRLEY SMITH, Individually;
TINA HARRIS SMITH, Individually;
DANIEL SPINELLI, Individually;
ARTHUR W. STAUDINGER, Individually;
MICHAEL STEFANOVICH, Individually;
CHRISTOPHER J. SULLIVAN, Individually;

DENNIS SULLIVAN, Individually;
JOHN M. SVINOS, Individually;
KEVIN L. TAYLOR, Individually;
MICHELLE TEMPLE, Individually;
ANTHONY THOMPSON, Individually;
ANTHONY TODARO, Individually;
ERIC TORRES, Individually;
ALFRED J. TRAVERS, Individually;
ANTHONY L. TROCCHICO, Individually;
DENISE M. TROCCHICO, Individually;
DAVID TSUI, Individually;
THOMAS J. VANASCO, Individually;
GEOFFREY VARELA, Individually;
STEPHEN VARGA, Individually;
MANUEL VARGAS, Individually;
RICHARD VETRANO, Individually;
LAWRENCE A. VIGGIANO, Individually;
MICHAEL J. WALSH, Individually;
PATRICK W. WALSH, Individually;
KARL M. WEBER, Individually;
WILLIAM J. WENGERT, Individually;
RUBEN WEXLER, Individually;
AISHAH WILLIAMS-BAKER, Individually;
JOHN H. WOLF, Individually;
MICHAEL WYSOKOWSKI, Individually;
HENRY N. YAEGER, Individually;
DANIEL YAGOS, Individually;

--------------------------------------------------------------------x

**PERSONAL INJURY PLAINTIFFS WHO ARE NOW DECEASED**                     **David M. Peterson, P.C.**

LUTEE CHAN, as Personal Representative of the Estate
of LIP MENG AU, Deceased;

XIAN RU PAN, as Personal Representative of the Estate
of YI CHUN CAO, Deceased;

**PERSONAL INJURY PLAINTIFFS**

YIM KUEN CHAN, Individually;
JI ZHONG CHEN, Individually;
YUAN JIE CHEN, Individually;
CONG MING CHENG, Individually;
YUK CHING CHIU, Individually;
KUN SUN ENG, Individually;

HUA QING JIANG, Individually;
NAI TENG JIANG, Individually;
JOHNNY KUNG, Individually;
HAU KWONG LEE, Individually;
PETER LEE, Individually;
YU CHUNG LEE, Individually;
KIT FONG LEE-OR, Individually;
JIE LI, Individually;
XIAO FU LI, Individually;
YI SAN LI, Individually;
EMILY LIU, Individually;
SUET HANG LO, Individually;
WAI KWAN LEE MOY, Individually;
YUK PING PANG, Individually;
OI KAM SHEK, Individually;
ALICE SHU, Individually;
SUK HUNG SZE, Individually;
MU YI TAN, Individually;
WEN LI TSENG, Individually;
TIENHSIN TU, Individually;
HON YU WONG, Individually;
XIN WU, Individually;
FENG MING YANG, Individually;
REN QI YANG, Individually;
XUEYU YANG, Individually;
ZI XIANG YE, Individually;
XIURONG ZHANG, Individually;
AI PING ZHOU, Individually;
JIAN LIANG ZHU, Individually;

-------------------------------------------------------------------x

**PERSONAL INJURY PLAINTIFFS**                    **Pitta & Giblin LLP**

SCOTT HAWKES, Individually;

-------------------------------------------------------------------x

VIRGINIA BAUER, Individually, as surviving Spouse,
and Executrix of the Estate of W. DAVID BAUER, II,    **Baumeister & Samuels P.C.**
Deceased;
W. DAVID BAUER, III, as surviving Child of W. DAVID
BAUER, II;
STEPHEN BAUER, as surviving Child of W. DAVID
BAUER, II;
JACQUELINE BAUER, as surviving Child of W.
DAVID BAUER, II;

DOROTHY BAUER, Individually, as surviving Mother, and Executrix of the Estate of WALTER D. BAUER, Deceased, surviving Father of W. DAVID BAUER, II;
GRETCHEN ABERNATHY, as surviving Sibling of W. DAVID BAUER, II;
HEIDI BAUER-POLLARD, as surviving Sibling of W. DAVID BAUER, II;
ROBERT G. BAUER, as surviving Sibling of W. DAVID BAUER, II;

LISA BEAMER, Individually, as surviving Spouse, and Executrix of the Estate of TODD M. BEAMER, Deceased;
LISA BEAMER, as Mother and Natural Guardian of A.T.B., a minor, as surviving Child of TODD M. BEAMER;
LISA BEAMER, as Mother and Natural Guardian of M.K.B., a minor, as surviving Child of TODD M. BEAMER;
DAVID P. BEAMER, as surviving Child of TODD M. BEAMER;
DAVID BEAMER, as surviving Father of TODD M. BEAMER;
MARGARET BEAMER, as surviving Mother of TODD M. BEAMER;
MELISSA WILSON, as surviving Sibling of TODD M. BEAMER;
MICHELE BEAMER-SORENSEN, as surviving Sibling of TODD M. BEAMER;

SUSAN BEATINI, Individually, as surviving Spouse, and Administratrix of the Estate of PAUL F. BEATINI, Deceased;
JULIA BEATINI, as surviving Child of PAUL F. BEATINI;
DARIA BEATINI, as surviving Child of PAUL F. BEATINI;
MARK BEATINI, Individually, and Executor of the Estate of MICHAEL C. BEATINI, Deceased, as surviving Father of PAUL F. BEATINI;
MARK BEATINI, Individually, and Executor
of the Estate of DORIS BEATINI, Deceased, as surviving Mother of PAUL F. BEATINI;
THOMAS BEATINI and NANDA BEATINI, Individually, and Co-Administrators of the Estate of

MICHAEL L. BEATINI, surviving Sibling of PAUL F. BEATINI;

MARK BEATINI, as surviving Sibling of PAUL F. BEATINI;

THOMAS BEATINI, as surviving Sibling of PAUL F. BEATINI;

NANDA BEATINI, as surviving Sibling of PAUL F. BEATINI;

PANDORA BHARVANEY, Individually, as surviving Spouse, and Administratrix of the Estate of ANIL T. BHARVANEY, Deceased;

CATHYANN BONNETT, Individually, as surviving Spouse, and Administratrix of the Estate of COLIN BONNETT, Deceased;

KODY BONNETT, as surviving Child of COLIN BONNETT;

JULIA V. BONNETT, as surviving Mother of COLIN BONNETT;

AUBREY A. PARRIS, as surviving Father of COLIN BONNETT;

HEATHER BONNETT, as surviving Sibling of COLIN BONNETT;

DEBORAH BOWDEN HART, Individually, as surviving Spouse, and Executrix of the Estate of THOMAS BOWDEN, Deceased;

DEBORAH BOWDEN HART, as Mother and Natural Guardian of A.V.B.H., a minor, as surviving Child of THOMAS BOWDEN;

DEBORAH BOWDEN HART, as Mother and Natural Guardian of S.J.B.H., a minor, as surviving Child of THOMAS BOWDEN;

JAMES BOWDEN, as surviving Sibling of THOMAS BOWDEN;

JENNIFER HENRY, Individually, as surviving Spouse, and Administratrix of the Estate of SHAWN E. BOWMAN, JR., Deceased;

JENNIFER HENRY, as Mother and Natural Guardian of L.E.B.H., a minor, as surviving Child of SHAWN E. BOWMAN, JR.;

JENNIFER HENRY, as Mother and Natural Guardian of J.S.B.H., a minor, as surviving Child of SHAWN E. BOWMAN, JR.;

SHAWN E. BOWMAN, SR., as surviving Father of SHAWN E. BOWMAN, JR.;

CAROL A. BOWMAN, as surviving Mother of SHAWN E. BOWMAN, JR.;

JAMES E. BOWMAN, as surviving Sibling of SHAWN E. BOWMAN, JR.;

JENNIFER BRENNAN WATERHOUSE, Individually, as surviving Spouse, and Administratrix of the Estate of THOMAS BRENNAN, Deceased;

JENNIFER BRENNAN WATERHOUSE, as Mother and Natural Guardian of T.M.B., a minor, as surviving Child of THOMAS BRENNAN;

JENNIFER BRENNAN WATERHOUSE, as Mother and Natural Guardian of C.A.B., a minor, as surviving Child of THOMAS BRENNAN;

JOHN V. BRENNAN, as surviving Father of THOMAS BRENNAN;

ANITA BRENNAN, as surviving Mother of THOMAS BRENNAN;

JOHN O. BRENNAN, as surviving Sibling of THOMAS BRENNAN;

PAUL BRENNAN, as surviving Sibling of THOMAS BRENNAN;

MARY BETH MAGEE, as surviving Sibling of THOMAS BRENNAN;

MICHAEL BRENNAN, as surviving Sibling of THOMAS BRENNAN;

LAURA BUSTILLO, Individually, as surviving Spouse, and Administratrix of the Estate of MILTON BUSTILLO, Deceased;

LAURA BUSTILLO, as Mother and Natural Guardian of A.B., a minor, as surviving Child of MILTON BUSTILLO;

DAYNA SPORDONE, as surviving step-daughter of MILTON BUSTILLO;

MARGARITA BETTER, as surviving Mother of MILTON BUSTILLO;

DISSA BUSTILLO, Individually, and Personal Representative of the Estate of GILBERTO BUSTILLO, SR., as surviving Father of MILTON BUSTILLO; DISSA BUSTILLO, as surviving Sibling of MILTON BUSTILLO;

HENRY BUSTILLO, as surviving Sibling of MILTON BUSTILLO;

MIRNA BUSTILLO, as surviving Sibling of MILTON BUSTILLO;
GILBERTO BUSTILLO, JR., as surviving Sibling of MILTON BUSTILLO;

ELIZABETH CANDELA, Individually, as surviving Spouse, and Administratrix of the Estate of JOHN ANTHONY CANDELA, Deceased;
JULIETTE CANDELA, as surviving Child of JOHN ANTHONY CANDELA;
JOHN ARTHUR CANDELA, as surviving Child of JOHN ANTHONY CANDELA;
JOSEPH G. CANDELA, Individually, and Executor of the Estate of JOHN C. CANDELA, Deceased, as surviving Father of JOHN ANTHONY CANDELA;
JOSEPH G. CANDELA, Individually, and Executor of the Estate of PHYLLIS CANDELA, Deceased, as surviving Mother of JOHN ANTHONY CANDELA;
JOSEPH G. CANDELA, as surviving Sibling of JOHN ANTHONY CANDELA;
VALERIE SPELLER, as surviving Sibling of JOHN ANTHONY CANDELA;
KAREN ANN MEE, as surviving Sibling of JOHN ANTHONY CANDELA;
JOAN BRADY, as surviving Sibling of JOHN ANTHONY CANDELA;

MARIE CARLINO, Individually, as surviving Spouse, and Executrix of the Estate of EDWARD CARLINO, Deceased;
LISA TORRES, as surviving Child of EDWARD CARLINO;
MARY CARLINO, as surviving Parent of EDWARD CARLINO;
SALVATORE CARLINO, as surviving Parent of EDWARD CARLINO;

TERESEA CUNNINGHAM, Individually, as surviving Spouse, and Administratrix of the Estate of MICHAEL J. CUNNINGHAM, Deceased;
TERESA CUNNINGHAM, as Mother and Natural Guardian of W.C., a minor, as surviving Child of MICHAEL J. CUNNINGHAM;
PAUL CUNNINGHAM, as surviving Sibling of MICHAEL J. CUNNINGHAM;

JULIEANNE CUNNIINGHAM, as surviving Sibling of MICHAEL J. CUNNINGHAM;
BERNADETTE T. HAYES, as surviving Sibling of MICHAEL J. CUNNINGHAM;
SEAN CUNNINGHAM, as surviving Sibling of MICHAEL J. CUNNINGHAM;
ANDREW CUNNINGHAM, as surviving Sibling of MICHAEL J. CUNNINGHAM;

KAREN D'AMBROSI, Individually, as surviving Spouse, and Executrix of the Estate of JACK L. D'AMBROSI, JR., Deceased;
JACQUELINE D'AMBROSI, as surviving Child of JACK L. D'AMBROSI;
EMILY D'AMBROSI, as surviving Child of JACK L. D'AMBROSI, JR.;
TINA D'AMBROSI, Executrix of the Estate of JACK L. D'AMBROSI, SR., Deceased, as surviving Father of JACK L. D'AMBROSI, JR.;
DENISE BONOLI, as surviving Sibling of JACK L. D'AMBROSI, JR.;
DEAN J. D'AMBROSI, as surviving Sibling of JACK L. D'AMBROSI, JR.;

MARY DANAHY, Individually, as surviving Spouse, and Executrix of the Estate of PATRICK W. DANAHY, Deceased;
MARY DANAHY, as Mother and Natural Guardian of K.T.D., a minor, as surviving Child of PATRICK W. DANAHY;
MARY DANAHY, as Mother and Natural Guardian of G.A.D, a minor, as surviving Child of PATRICK W. DANAHY;
ALISON M. DANAHY, as surviving Child of PATRICK W. DANAHY;

JOHN DIMEGLIO, Individually, and Administrator of the Estate of DAVID DIMEGLIO, Deceased;
JOHN DIMEGLIO, as surviving Father of DAVID DIMEGLIO;
PATTI S. DIMEGLIO, as surviving Mother of DAVID DIMEGLIO;
DANIEL DIMEGLIO, as surviving Sibling of DAVID DIMEGLIO;

SANDRA FELT, Individually, as surviving Spouse, and Executrix of the Estate of EDWARD P. FELT, Deceased;
KATHRYN FELT, as surviving Child of EDWARD P. FELT;
ADRIENNE FELT, as surviving Child of EDWARD P. FELT;
SHIRELY A. FELT, as surviving Mother of EDWARD P. FELT;
LAWRENCE FELT, as surviving Sibling of EDWARD P. FELT;
GORDON FELT, as surviving Sibling of EDWARD P. FELT;

NANCY FOSTER, Individually, as surviving Spouse, and Administratrix of the Estate of NOEL J. FOSTER, Deceased;
NANCY FOSTER, as mother and Natural Guardian of Megan Foster, an incapacitated adult, as surviving Child of NOEL J. FOSTER;
NICOLE FOSTER, as surviving Child of NOEL J. FOSTER;

BARBARA GALLUCCI, Individually, as surviving Spouse, and Administratrix of the Estate of VINCENZO GALLUCCI, Deceased;
ALYSSA GALLUCCI, as surviving Child of VINCENZO GALLUCCI;
ANGELA GALLUCCI, as surviving Mother of VINCENZO GALLUCCI;
JOSEPH GALLUCCI, as surviving Father of VINCENZO GALLUCCI;
FILOMENA GRACE SANTORELLI, as surviving Sibling of VINCENZO GALLUCCI;

MICHAEL J. GIORDANO, Individually, and Administrator of the Estate of DONNA GIORDANO, Deceased;
MICHAEL J. GIORDANO, as surviving Child of DONNA GIORDANO; DOMENICK D'AMBOLA, Individually, and Personal Representative of the Estate of JESSAMINE D'AMBOLA, Deceased, as surviving Mother of DONNA GIORDANO;
DOMENICK D'AMBOLA, as surviving Father of DONNA GIORDANO;
ELAINE BARRETT, as surviving Sibling of DONNA GIORDANO;

LYZBETH GLICK BEST, Individually, as surviving Spouse, and Administratrix of the Estate of JEREMY GLICK, Deceased;

LYZBETH GLICK BEST, as Mother and Natural Guardian of E.G., a minor, as surviving Child of JEREMY GLICK;

LLOYD GLICK, as surviving Father of JEREMY GLICK;

JOAN GLICK, as surviving Mother of JEREMY GLICK;

JENNIFER GLICK, as surviving Sibling of JEREMY GLICK;

JED GLICK, as surviving Sibling of JEREMY GLICK;

JARED GLICK, as surviving Sibling of JEREMY GLICK;

JOANNA GLICK, as surviving Sibling of JEREMY GLICK;

JONAH GLICK, as surviving Sibling of JEREMY GLICK;


JILL GOLDSTEIN, Individually, as surviving Spouse, and Administratrix of the Estate of STEVEN GOLDSTEIN, Deceased;

JILL GOLDSTEIN, as Mother and Natural Guardian of H.G., a minor, as surviving Child of STEVEN GOLDSTEIN;

HANNA GOLDSTEIN, as surviving Child of STEVEN GOLDSTEIN;


ELSA G. STRONG, Individually, and Executrix of the Estate of LINDA K. GRONLUND, Deceased;

DORIS GRONLUND, as surviving Mother of LINDA K. GRONLUND;

BARBARA GRONLUND, Personal Representative of the Estate of ARTHUR G. GRONLUND, Deceased, as surviving Father of LINDA K. GRONLUND;

ELSA G. STRONG, as surviving Sibling of LINDA K. GRONLUND;


EILEEN HANNAFORD, Individually, as surviving Spouse, and Administratrix of the Estate of KEVIN J. HANNAFORD, Deceased;

EILEEN HANNAFORD, as Mother and Natural Guardian of K.J.H., a minor, as surviving Child of KEVIN J. HANNAFORD;

EILEEN HANNAFORD, as mother and Natural Guardian of P.H., a minor, as surviving Child of KEVIN J. HANNAFORD;

BARBARA RACHKO, Individually, as surviving Spouse, and Administratrix of the Estate of BRYAN JACK, Deceased;

JAMES T. JACK, Individually, and Personal Representative of the Estate of JAMES H. JACK, Deceased, as surviving Father of BRYAN JACK;

JAMES T. JACK, Individually, and Executor of the Estate of HELEN M. JACK, Deceased, as surviving Mother of BRYAN JACK;

JAMES T. JACK, as surviving Sibling of BRYAN JACK;

THOMAS S. JOHNSON, Individually, and Administrator of the Estate of SCOTT JOHNSON, Deceased;

THOMAS S. JOHNSON, as surviving Father of SCOTT JOHNSON;

MARGARET ANN JOHNSON, as surviving Mother of SCOTT JOHNSON;

MARGARET WAGER, Executrix of the Estate of THOMAS P. JOHNSON, Deceased, as surviving Sibling of SCOTT JOHNSON;

MARGARET WAGER, as surviving Sibling of SCOTT JOHNSON;

MICHELE JONES FERRELL, Individually, as surviving Spouse, and Executrix of the Estate of DONALD T. JONES, II, Deceased;

MICHELE JONES FERRELL, as Mother and Natural Guardian of D.T.J., a minor, as surviving Child of DONALD T. JONES, II;

TAYLOR N. JONES, as surviving Child of DONALD T. JONES, II;

JUDITH JONES, Individually, and Executrix of the Estate of DONALD T. JONES, SR., as surviving Father of DONALD T. JONES, II;

JUDITH JONES, as surviving Mother of DONALD T. JONES, II;

WILLIAM B. JONES, as surviving Sibling of DONALD T. JONES, II;

LORI KANE, Individually, as surviving Spouse, and Administratrix of the Estate of HOWARD KANE, Deceased;

JASON B. KANE, as surviving Child of HOWARD KANE; ROCHELLE KANE, as surviving Mother of HOWARD KANE;
ADAM KANE, Individually, and Executor of the Estate of BRUCE KANE, Deceased, as surviving Father of HOWARD KANE;
ADAM KANE, as surviving Sibling of HOWARD KANE;
HOLLY ANN TANZ, as surviving Sibling of HOWARD KANE;

ROSE KELLER D'ALESSANDRO, Individually, as surviving Spouse, and Administratrix of the Estate of JOSEPH J. KELLER, Deceased;
ROSE KELLER D'ALESSANDRO, as Mother and Natural Guardian of S.K., a minor, as surviving Child of JOSEPH J. KELLER;
JOSEPH DANIEL KELLER, as surviving Child of JOSEPH J. KELLER;
JUNE SASLOW, as surviving Mother of JOSEPH J. KELLER;
JENNIFER LUTZ, as surviving Sibling of JOSEPH J. KELLER;

H. MICHAEL KEDEN, Executor of the Estate of ADAM J. LEWIS, Deceased;
PATRICIA D. LEWIS, as surviving Spouse of ADAM J. LEWIS;
PATRICIA D. LEWIS, as mother and Natural Guardian of S.L., a minor, as surviving Child of ADAM J. LEWIS;
REILLY LEWIS, as surviving Child of ADAM J. LEWIS;
ARTHUR LEWIS, as surviving Child of ADAM J. LEWIS;
CAROLINE LEWIS, as surviving Child of ADAM J. LEWIS;
GERALDINE LEWIS, as surviving Mother of ADAM J. LEWIS;
PAMELA PASSERETTA, as surviving Sibling of ADAM J. LEWIS;
KATHRYN HEBERT, as surviving Sibling of ADAM J. LEWIS;

CAMERON F. MACRAE, III, Individually, and Administrator of the Estate of CATHERINE F. MACRAE, Deceased;

CAMERON F. MACRAE, III, as surviving Father of
CATHERINE F. MACRAE;
ANN B. MACRAE, as surviving Mother of CATHERINE
F. MACRAE;
ANN C. MACRAE, as surviving Sibling of CATHERINE
F. MACRAE;

AUDREY MAGNUSON, Individually, as surviving
Spouse, and Executrix of the Estate of RONALD E.
MAGNUSON, Deceased;
JEFFREY A. MAGNUSON, as surviving Child of
RONALD E. MAGNUSON;
SHERYL A. MAGNUSON, as surviving Child of
RONALD E. MAGNUSON;
KNUT MAGNUSON, as surviving Sibling of RONALD
E. MAGNUSON;

KATHERINE MAHER, Individually, as surviving
Spouse, and Executrix of the Estate DANIEL L. MAHER,
Deceased;
DANIEL R. MAHER, as surviving Child of DANIEL L.
MAHER;
JOSEPH MAHER, as surviving Child of DANIEL L.
MAHER;
JAMES MAHER, Individually, and Executor of the Estate
of JEANNE MAHER, Deceased, as surviving Mother of
DANIEL L. MAHER;
JAMES MAHER, as surviving Sibling of DANIEL L.
MAHER;
JEANNE BRANDOFINO, as surviving Sibling of
DANIEL L. MAHER;
CHRISTINA MAHER, Executrix of the Estate of
RAYMOND MAHER, JR., Deceased, as surviving
Sibling of DANIEL L. MAHER;

MARGARET MEYER, Individually, as surviving
Spouse, and Executrix of the Estate of DAVID R.
MEYER, Deceased;
HEIDI MENNONA, as surviving Child of DAVID R.
MEYER;
HEATHER VULPONE, as surviving Child of DAVID R.
MEYER;
DAWN MEYER-FUCHS, as surviving Child of DAVID
R. MEYER;
KRISTINE MEYER, as surviving Sibling of DAVID R.
MEYER;

CHARLES MEYER, as surviving Sibling of DAVID R. MEYER;

ELLEN ROBB and FRANK MONTANARO, Individually, and Co-Administrators of the Estate of KRISTEN MONTANARO, Deceased;
ELLEN ROBB, as surviving Mother of KRISTEN MONTANARO;
FRANK MONTANARO, as surviving Father of KRISTEN MONTANARO;
JAMIE MONTANARO, as surviving Sibling of KRISTEN MONTANARO;
KAREN MONTANARO, as surviving Sibling of KRISTEN MONTANARO;

BETH K. MURPHY, Individually, as surviving Spouse, and Administratrix of the Estate of KEVIN J. MURPHY, Deceased;
CONNOR J. MURPHY, as surviving Child of KEVIN J. MURPHY;
CAITLYN B. MURPHY, as surviving Child of KEVIN J. MURPHY;
SALLY F. RYAN, Individually, and Personal Representative of the Estate of TIMOTHY F. MURPHY, JR., Deceased, as surviving Father of KEVIN J. MURPHY;
SALLY F. RYAN, as surviving Mother of KEVIN J. MURPHY;
MICHAEL MURPHY, as surviving Sibling of KEVIN J. MURPHY;
TIMOTHY P. MURPHY, as surviving Sibling of KEVIN J. MURPHY;
JOHN F. MURPHY, as surviving Sibling of KEVIN J. MURPHY;
MARY BETH DOUGHERTY, as surviving Sibling of KEVIN J. MURPHY;

ARLENE ORSINI, Individually, as surviving Spouse, and Executrix of the Estate of RONALD ORSINI, Deceased;
DANIELLE ORSINI PANDOLFI, as surviving Child of RONALD ORSINI;
ROBERT ORSINI, as surviving Sibling of RONALD ORSINI;
BARBARA STANG, as surviving Sibling of RONALD ORSINI;

JOAN PARKER, Individually, as surviving Spouse, and Administratrix of the Estate of PHILIP LACEY PARKER, Deceased;
STEPHANIE PARKER, as surviving Child of PHILIP LACEY PARKER;

JENNIFER PRICE-SALKEVER, Individually, and Administratrix of the Estate of JEAN H. PETERSON, Deceased;
JENNIFER PRICE-SALKEVER, as surviving Child of JEAN H. PETERSON;
CATHERINE AUSTIN STOVER, as surviving Child of JEAN H. PETERSON;
GRACE PRICE SHERWOOD, as surviving Child of JEAN H. PETERSON;
RICHARD HOADLEY, Individually, and Executor of the Estate of WALTER E. HOADLEY, Deceased, as surviving Father of JEAN H. PETERSON;
RICHARD HOADLEY, Individually, and Executor of the Estate of VIRGINIA A. HOADLEY, Deceased, as surviving Mother of JEAN H. PETERSON;
RICHARD HOADLEY, as surviving Sibling of JEAN H. PETERSON;


MARGARET ECKERT, Personal Representative of the Estate of SEAN ROONEY, Deceased;
MARGARET ECKERT, Individually, and Executrix of the Estate of BEVERLY ECKERT, Deceased, as surviving Spouse of SEAN ROONEY;
CYNTHIA BLEST, Individually, and Executrix of the Estate of ROSEMARY ROONEY, Deceased, as surviving Mother of SEAN ROONEY;
CYNTHIA BLEST, as surviving Sibling of SEAN ROONEY;
MAURA ROONEY, as surviving Sibling of SEAN ROONEY;
SHEILA ROONEY, as surviving Sibling of SEAN ROONEY;
BRENDAN ROONEY, as surviving Sibling of SEAN ROONEY;
BRIAN ROONEY, as surviving Sibling of SEAN ROONEY;

PATRICIA RYAN, Individually, as surviving Spouse, and Executrix of the Estate of JOHN J. RYAN, Deceased;

LAURA RYAN, as surviving Child of JOHN J. RYAN;
KRISTEN RYAN, as surviving Child of JOHN J. RYAN;
COLIN RYAN, as surviving Child of JOHN J. RYAN;

JOHN SANDERS, Individually, and Administrator of the
Estate of STACEY SANDERS, Deceased;
JOHN SANDERS, as surviving Father of STACEY
SANDERS;
MARTHA SANDERS, as surviving Mother of STACEY
SANDERS;
LAURA SANDERS WYATT, as surviving Sibling of
STACEY SANDERS;

TOMOKO T. SCHLAG, Individually, as surviving
Spouse, and Executrix of the Estate of STEVEN F.
SCHLAG, Deceased;
DAKOTA I. SCHLAG, as surviving Child of STEVEN F.
SCHLAG;
GARRETT M. SCHLAG, as surviving Child of STEVEN
F. SCHLAG;
SIERRA A. SCHLAG, as surviving Child of STEVEN F.
SCHLAG;
DONALD SCHLAG, as surviving Father of STEVEN F.
SCHLAG;
PATRICIA SCHLAG, as surviving Mother of STEVEN
F. SCHLAG;
JEAN NEBBIA, as surviving Sibling of STEVEN F.
SCHLAG;
ELLEN HUGHES, as surviving Sibling of STEVEN F.
SCHLAG;

SUZANNE SISOLAK PENAVIC, Individually, as
surviving Spouse, and Administratrix of the Estate of
JOSEPH M. SISOLAK, Deceased;
ELLEN SISOLAK, Individually, and Executrix of the
Estate of PAUL SISOLAK, Deceased, as surviving Father
of JOSEPH M. SISOLAK;
ANNA J. POWELL, as surviving Mother of JOSEPH M.
SISOLAK;
TERESA RELLER, as surviving Sibling of JOSEPH M.
SISOLAK;
YVONNE SISOLAK, Individually, and Executrix of the
Estate of THOMAS P. SISOLAK, Deceased, as surviving
Sibling of JOSEPH M. SISOLAK;

MARY SMITH, Individually, as surviving Spouse, and Administratrix of the Estate of DANIEL SMITH, Deceased;

ELIZABETH SMITH, as surviving Child of DANIEL SMITH;

MICHAEL SMITH, as surviving Child of DANIEL SMITH;

MCCARTHY SMITH, as surviving Sibling of Daniel Smith, Deceased, SEAN PATRICK SMITH, as surviving Sibling of DANIEL SMITH;

SUSAN HICKS, as surviving Sibling of DANIEL SMITH;

CAROL ANN SUAREZ and MANUEL T. SUAREZ, Individually, and Co-Administrators of the Estate of DAVID S. SUAREZ, Deceased;

CAROL ANN SUAREZ, as surviving Mother of DAVID S. SUAREZ;

MANUEL T. SUAREZ, as surviving Father of DAVID S. SUAREZ;

BRYAN A. SUAREZ, as surviving Sibling of DAVID S. SUAREZ;

KRISTEN M. CARPENTER, as surviving Sibling of DAVID S. SUAREZ;

MICHELE TANNER, Individually, as surviving Spouse, and Executrix of the Estate of MICHAEL TANNER, Deceased;

SASHA TANNER, as surviving Child of MICHAEL TANNER; GIANNA TANNER, as surviving Child of MICHAEL TANNER;

RENEE ABBATE, Individually, and Executrix of the Estate of MARY TANNER, Deceased, as surviving Mother of MICHAEL TANNER;

RENEE ABBATE, as surviving Sibling of MICHAEL TANNER;

KENNETH C. TANNER, as surviving Sibling of MICHAEL TANNER;

MARIA MARASCIULO, as surviving Sibling of MICHAEL TANNER;

NICOLE TANNER-D'AMBROSIO, as surviving Sibling of MICHAEL TANNER;

JENNIFER TARANTINO, Individually, as surviving Spouse, and Executrix of the Estate of KENNETH JOSEPH TARANTINO, Deceased;

JENNIFER TARANTINO, as Mother and Natural Guardian of J.J.T., a minor, as surviving Child of KENNETH JOSEPH TARANTINO;
KENNETH JAMES TARANTINO, as surviving Child of KENNETH JOSEPH TARANTINO;

AMY C. VASEL, Individually, as surviving Spouse, and Administratrix of the Estate of SCOTT VASEL, Deceased;
AMY C. VASEL, as Mother and Natural Guardian of M.J.V., a minor, as surviving Child of SCOTT VASEL;
RYAN A. VASEL, as surviving Child of SCOTT VASEL;
JANYNE V. DEMBICKI, Individually, and Executrix of the Estate of CHARLES VASEL, Deceased, as surviving Father of SCOTT VASEL;
JANYNE V. DEMBICKI, Individually, and Executrix of the Estate of MYNDA VASEL, Deceased, as surviving Mother of SCOTT VASEL;
JANYNE V. DEMBICIKI, as surviving Sibling of SCOTT VASEL;

KATHLEEN M. WISNIEWSKI, Individually, as surviving Spouse, and Administratrix of the Estate of ALAN L. WISNIEWSKI, Deceased;
JESSICA M. WISNIEWSKI, as surviving Child of ALAN L. WISNIEWSKI;
ERICA C. WISNIEWSKI, as surviving Child of ALAN L. WISNIEWSKI;
MATTHEW P. WISNIEWSKI, as surviving Child of ALAN L. WISNIEWSKI;
THOMAS WARENKIEWICZ, as Executor of the Estate of MURIEL WISNIEWSKI, Deceased, as surviving Mother of ALAN L. WISNIEWSKI;

CHIEMI YORK, Individually, as surviving Spouse, and Administratrix of the Estate of KEVIN P. YORK, Deceased;
CHIEMI YORK, as Mother and Natural Guardian for A.Y., a minor, as surviving Child of KEVIN P. YORK;
CONNOR YORK, as surviving Child of KEVIN P. YORK;
JOHN YORK, as surviving Father of KEVIN P. YORK;
TIMOTHY YORK, as surviving Sibling of KEVIN P. YORK;

ROSEANN ZISA, Individually, as surviving Spouse, and Administratrix of the Estate of SALVATORE ZISA, Deceased;
CHRISTINA ZISA, as surviving Child of SALVATORE ZISA;
JOSEPH ZISA, as surviving Child of SALVATORE ZISA;
ROSEMARIE MARTIE, Individually, and Executrix of the Estate of JOSEPH ZISA, Deceased, as surviving Father of SALVATORE ZISA;
JOSEPHINE ZISA, as surviving Mother of SALVATORE ZISA;
ANTHONY ZISA, as surviving Sibling of SALVATORE ZISA;
JANE PRESTO, as surviving Sibling of SALVATORE ZISA;
PHYLLIS A. KELLY, as surviving Sibling of SALVATORE ZISA;

-------------------------------------------------------------------x
CHERYL SCHNEIDER, Individually and
as surviving spouse and the Executrix of the
ESTATE OF IAN SCHNEIDER, Deceased;

NANCY DIMINO, Individually and
as surviving spouse and as the Executrix of
the ESTATE OF STEPHEN DIMINO, Deceased;

MATILDE SALCEDO, Individually and as the
as the surviving spouse and the Personal Representative
of the ESTATE OF ESMERLIN SALCEDO, Deceased;

SUSAN CONNORS, Individually and
as surviving spouse and as the Executrix of the
ESTATE OF JONATHAN M. CONNORS, Deceased;
GERARD JEAN BAPTISTE, Individually, as surviving
Parent,
and as the Personal Representative of the
ESTATE OF GERARD BAPTISTE, Deceased;

DEBORA ANN CRISMAN, Indivdually as surviving
Parent, and as the Personal Representative of the
ESTATE OF DANIEL HAL CRISMAN, Deceased;

* Denotes that the respective plaintiff or Estate was not a citizen on September 11th, 2001.

**Jonathan C. Reiter Law Firm, PLLC**

Plaintiffs,

v.

# KINGDOM OF SAUDI ARABIA,

Defendant.

---------------------------------------------------------------X

## COMPLAINT

Plaintiffs, by and through their undersigned counsel, hereby allege:

1.      Plaintiffs are the surviving spouses, children, parents, siblings and estate representatives of the victims murdered in the September 11, 2001 terrorist attacks on the United States (the "September 11th Attacks") and individuals who suffered personal injuries in the September 11th Attacks.

2.      Plaintiffs bring this action against the defendant Kingdom of Saudi Arabia under the 2016 Justice Against Sponsors of Terrorism Act (JASTA), which Congress enacted over a Presidential veto

> to provide civil litigants with the broadest possible basis, consistent with the Constitution of the United States, to seek relief against…foreign countries, wherever acting and wherever they may be found, that have provided material support, directly or indirectly, to foreign organizations or persons that engage in terrorist activities against the United States…

28 U.S.C. §2333 note; as a result, JASTA establishes federal court jurisdiction over the tortious acts of a foreign state anywhere in the world that cause injury and death in a terrorist attack in the United States.

3.      Plaintiffs seek such relief against the Kingdom of Saudi Arabia for the attributable acts of the Kingdom's governmental Ministries and bodies, alter-egos, and officers, employees and agents acting within the scope of their office, employment or agency by knowingly

providing material support and resources to the al Qaeda terrorist organization and facilitating the September 11th Attacks, in that, as set forth in detail herein, they:

      a.    raised, laundered and paid substantial financial support to al Qaeda to fund its budget and terrorist activities, including the preparation and execution of the September 11th Attacks;

      b.    funded the terrorist training camps in Afghanistan where al Qaeda indoctrinated and taught their hijackers the skills they used to carry out the September 11th Attacks;

      c.    provided critical logistical support and resources to al Qaeda around the world, funding safe houses, furnishing false passport and travel documents, transferring al Qaeda money, weapons and equipment across international borders and other assistance, all of which enabled al Qaeda to conduct the September 11th Attacks;

      d.    actively supported al Qaeda in its final preparations for the September 11th Attacks through a network of the Kingdom's officers, employees and/or agents who met with and aided the hijackers, providing them with money, cover, advice, contacts, transportation, assistance with language and U.S. culture, identification, access to pilot training and other material support and resources.

4.    The defendant Kingdom of Saudi Arabia is a foreign state within the meaning of 28 U.S.C. §1603(a), and "Saudi Arabia" as used hereinafter refers to the Kingdom of Saudi Arabia, its government Ministries and other bodies (including but not limited to its Ministry of Islamic Affairs, Ministry of the Interior, Ministry of Foreign Affairs and Embassies throughout

the world), its alter-egos, and its officials, employees, or agents not only in the United States but throughout the world, while acting within the scope of their office, employment, or agency.

5.      The defendant Kingdom of Saudi Arabia is subject to jurisdiction pursuant to 28 U.S.C. §1330 and JASTA's 28 U.S.C. §1605B, in that, as set forth in detail below, this action: seeks money damages against the Kingdom of Saudi Arabia for injury and death caused by the September 11th Attacks, which constitute an act of "international terrorism" in the United States as defined in 18 U.S.C. §2331; alleges that the September 11th Attacks and the resulting injuries and deaths were caused by a tortious act or acts of Saudi Arabia, by providing material support and resources to and facilitating the al Qaeda leaders, planners and hijackers responsible for the September 11th Attacks, and that such act or acts constitute more than mere negligence, and were intentional, knowing, reckless, willful and/or grossly negligent.

6.      The defendant Kingdom of Saudi Arabia is also subject to jurisdiction pursuant to 28 U.S.C. §1330 and 28 U.S.C. §1605(a)(5), in that, as set forth in detail below, this action seeks money damages against the Kingdom of Saudi Arabia for injury and death occurring in the United States and caused by the tortious act or omission of the Kingdom of Saudi Arabia and/or one or more of its officials or employees acting within the scope of their office or employment.

7.      Venue in this District is proper pursuant to 28 U.S.C. §§1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to this litigation occurred within this District, as well as 28 U.S.C. §2334(a).

8.      The plaintiffs who are the estate representatives of a decedent are listed as such in the caption, have been duly appointed by a court prior to the commencement of this action and have the legal authority to bring this action to recover the damages set forth herein, including

wrongful death damages on behalf of all legally entitled beneficiaries of the decedent and survival damages for the decedent's personal injuries.

9.      For years prior to and on September 11, 2001, Saudi Arabia established, owned, operated and controlled a series of state-run "charity" organizations, namely

- the Muslim World League (MWL),
- the International Islamic Relief Organization (IIRO),
- the Rabita Trust,
- the World Assembly of Muslim Youth (WAMY),
- the Benevolence International Foundation (BIF),
- the al Haramain Islamic Foundation (AHIF),
- the Saudi High Commission for Relief of Bosnia and Herzegovina (SHC),
- the Saudi Joint Relief Committee for Kosovo and Albania (SJRC), and
- the Saudi Red Crescent (SRC),

and these organizations are referred to hereinafter as "Saudi Arabia's charity organizations" and, as further described herein, each of these organizations (i) were so closely related to Saudi Arabia that they must be considered as part of Saudi Arabia, and/or (ii) were government agents of Saudi Arabia and/or (iii) were alter-egos of Saudi Arabia, because Saudi Arabia: established, controlled, operated and regulated each organization through its King, Council of Ministers, the Supreme Council of Islamic Affairs, the Council of Senior Ulema, Ministry of Islamic Affairs, Ministry of Foreign Affairs, other Ministries and bodies and Saudi Arabia's Embassies throughout the world; maintained significant, repeated and extensive control of the day-to-day operations of each organization; provided each organization with virtually all of its funding and determined how its funds were distributed; established guidelines, plans and policies that each organization was required to follow; appointed Saudi Arabia officials and employees to the lead positions within each organization; staffed each organization with Saudi Arabia's officials and employees; hired, fired and directed each organization's officers and employees; required each organization to obtain its approval for ordinary business decisions, including purchases, the

locations of its operations and offices, banking, budgeting and grant decisions; used each

organization's personnel and property as its own; ignored the separate legal status, if any, of each

organization; treated each organization as a part of Saudi Arabia; used each organization to

perform its core governmental functions, including foreign affairs and the advancement of Saudi

Arabia's state religion of Wahhabism throughout the world; and operated, controlled and used

each organization in such a manner that it would work a fraud or injustice to regard the

organization as a legal entity separate from Saudi Arabia.

### I.
### Saudi Arabia's knowledge of
### al Qaeda and its terrorist agenda against
### the United States prior to September 11, 2001

10.     In 1986-89, Saudi Arabia's MWL, IIRO, WAMY, BIF, SRC and AHIF

collaborated with Osama Bin Laden to open offices in Pakistan and Afghanistan as a means to

establish al Qaeda and provide material support and resources for its terrorist operations, and a

top ranking Saudi Arabia official together with other officials, employees and agents of Saudi

Arabia joined in this effort including:

- SRC Director-Pakistan Wael Jelaidan, a close friend and schoolmate of Osama Bin Laden, who along with the SRC's Aqeel Abdulaziz al Aqeel, founded the AHIF in Pakistan in 1988 as a division of the SRC and in 1989 took charge of the MWL/IIRO office in Pakistan;

- MWL's Mohamed Khalifa, Osama Bin Laden's brother-in-law, who established the offices of the MWL and IIRO in Peshawar, Pakistan in 1986 using funds provided by Osama Bin Laden, pursuant to the instructions of Abdullah Naseef, then MWL's Secretary General;

- WAMY's Adel Batterjee, a close friend of Osama Bin Laden who in 1988-89 established the operations of the WAMY and BIF (then called Lajnat al Bir al Islamiyah, or LBI) in Pakistan;

- a top ranking Saudi Arabia official who controlled the Afghan Jihad Support Committee and used it to provide funding for al Qaeda through the various charities, in conjunction

with a 1988 speech of Osama Bin Laden in Saudi Arabia that solicited contributions to that Committee;

- MWL's Naseef, who met at MWL's office in Peshawar, Pakistan in 1988 with Osama Bin Laden and discussed how the MWL could provide operational support for al Qaeda, including but not limited to using MWL's offices as a base for al Qaeda operations and providing covert assistance to al Qaeda operatives to cross international borders;

and with the material support and resources provided by Saudi Arabia's officials, employees and agents, and its MWL, IIRO, WAMY, BIF, SRC and AHIF, Osama Bin Laden, Wael Jelaidan, Mohamed Khalifa, Abdullah Naseef, Adel Batterjee and others founded al Qaeda in Pakistan in late 1988 - early 1989.

11.     At all relevant times mentioned herein, Saudi Arabia: adopted an extremist version of Islam, Wahhabism, as the state religion; declared that its propagation was a core function of the state; and, sought to advance it around the world through Saudi Arabia's Ministry of Islamic Affairs, Embassies, Saudi Arabia's charity organizations and other government agents.

12.     As detailed herein, Saudi Arabia knew from at least the early 1990s that al Qaeda had begun to pursue and carry out terrorist attacks against the United States, and used Wahhabism to justify its campaign of anti-American violence, but Saudi Arabia's charitable organizations and Saudi Arabia's officials, employees and agents continued to provide material support and resources for al Qaeda through and including September 11, 2001.

13.     From 1988 to 1990, Saudi Arabia knew that Osama Bin Laden made public speeches at his family's mosque in Jeddah and other locations in Saudi Arabia where he declared that the United States was the primary target of al Qaeda; as an example, in 1990 he stated that:

The Americans won't stop their support of Jews in Palestine until we give them a lot of blows.  They won't stop until we do jihad against them.

14.     For years prior to September 11, 2001, as further detailed herein, Saudi Arabia, including but not limited to its Embassies, its Ministry of Islamic Affairs, its Ministry of the Interior and Saudi Arabia's charity organizations, had a relationship and communications with Osama Bin Laden and al Qaeda's operatives, associates and activities throughout the world.

15.     For at least a decade prior to and on September 11, 2001, as detailed herein, Saudi Arabia knew that numerous officials, employees and agents of Saudi Arabia were al Qaeda operatives or sympathizers who actively supported al Qaeda's terrorist agenda against the United States.

16.     For years prior to and including September 11, 2001, Saudi Arabia's passport offices and authorities applied a secret marker/indicator to the passports of persons who had known ties to al Qaeda, and this marker/indicator was found in the passports of at least three of the 19 hijackers responsible for the September 11th Attacks, including Nawaf al Hazmi and Khalid al Mihdhar, and others who assisted them, including Omar al Bayoumi, a Saudi Arabia employee and agent who aided the hijackers in 2000-2001 in California, as detailed herein, and information about this marker/indicator was not known by United States consular officers, immigration or law enforcement agencies.

17.     For at least a decade prior to and on September 11, 2001, as detailed herein, Saudi Arabia had knowledge of the violent goals of al Qaeda and its leader Osama Bin Laden to wage terrorist attacks against the United States and its citizens and that al Qaeda had engaged in numerous terrorist attacks and attempted attacks against United States targets.

18.     For at least a decade prior to and on September 11, 2001, support for al Qaeda's terrorist agenda against the United States was pervasive among officials and employees of Saudi Arabia, and Saudi Arabia was duplicitous: it presented a public face to the United States and

other Western countries of a nation fighting al Qaeda and terrorism while at the same time, as detailed herein, Saudi government actors gave al Qaeda substantial material support and resources.

19.    For many years prior to and on September 11, 2001, Saudi Arabia knew of many attempts by al Qaeda to conduct terrorist attacks directed against the United States, including the December 1992 attempt by al Qaeda to attack the United States by bombing two hotels in Sanaa, Yemen where al Qaeda thought U.S. military personnel were staying.

20.    On or shortly after February 26, 1993, Saudi Arabia knew that terrorists affiliated with al Qaeda exploded a truck bomb in the parking garage of the World Trade Center in New York City, with the intent to topple one of the towers into the other, resulting in 6 deaths and over 1,000 injuries.

21.    In or about October 1993, Saudi Arabia knew that al Qaeda was involved in the attack on U.S. military forces in Somalia that resulted in 18 deaths and numerous injuries to U.S. soldiers.

22.    From at least early in 1995, Saudi Arabia knew of an al Qaeda plan to attack the United States called the "Bojinka" plot to simultaneously bomb 10 or more commercial aircraft operated by United States carriers over the Pacific and that al Qaeda did a test run of that plot on December 11, 1994, when it bombed a Philippine Airlines flight, killing one passenger and injuring numerous others.

23.    From at least 1996 through and on September 11, 2001, the United States shared with Saudi Arabia specific information about the threat of al Qaeda terrorist attacks against the United States, including the specific threat of hijacking by al Qaeda of commercial aircraft operated by U.S. carriers.

24.     Specifically, from the first half of 1996 through and including September 11, 2001, the United States urgently told Saudi Arabia that it needed background and financial information and other assistance regarding al Qaeda's leader Osama Bin Laden in order to disrupt or interdict the threat of al Qaeda terrorist attacks against the United States and its nationals.

25.     In May 1996, Saudi Arabia knew that Osama Bin Laden had to move al Qaeda's base of operations from Sudan to Afghanistan and that Osama Bin Laden's flight from Sudan to Afghanistan received air traffic control services and clearance from Saudi Arabia to overfly its territory.

26.     In August 1996, Saudi Arabia knew that al Qaeda through its leader Osama Bin Laden declared and publicized a fatwa for jihad urging the use of terrorism to attack the United States and United States citizens.

27.     From 1996 through and including September 11, 2001, Saudi Arabia knew that the Taliban rulers in Afghanistan were providing a safe haven for al Qaeda, Osama Bin Laden and their terrorist operations, including the Afghan terrorist training camps and safe houses described herein.

28.     In February 1998, Saudi Arabia knew that al Qaeda through its leader Osama Bin Laden declared and publicized a second fatwa for jihad urging the use of terrorism to attack the United States and its nationals in all nations throughout the world.

29.     For at least one year prior to and including August 7, 1998, Saudi Arabia's AHIF knew that al Qaeda was planning to conduct a terrorist attack against the United States Embassies in Kenya and Tanzania, and had specific information that the planned attack against the U.S. Embassy in Kenya would be a suicide bombing carried out by crashing a vehicle into

the Embassy gate and Saudi Arabia's AHIF and IIRO provided material support and resources to al Qaeda to carry out the attack.

30.     On or shortly after August 7, 1998, Saudi Arabia knew that al Qaeda carried out the twin suicide bombing attacks of the United States Embassies in Kenya and Tanzania that resulted in over 200 deaths.

31.     On or shortly after August 20, 1998, Saudi Arabia knew that President Clinton issued Executive Order 13099, defining al Qaeda and its leader Osama Bin Laden as terrorists because of their role in the U.S. Embassy bombings and ordered the U.S. military to conduct a cruise missile strike to destroy al Qaeda terrorist bases in Afghanistan.

32.     On or shortly after October 8, 1999, Saudi Arabia knew, from public announcements made by the U.S. government and other sources, that al Qaeda was formally designated by the U.S. Secretary of State under section 219 of the Immigration and Nationality Act, 8 U.S.C. §1189, as a Foreign Terrorist Organization, and Saudi Arabia subsequently knew that the designation of al Qaeda as a Foreign Terrorist Organization remained in force from October 1999 through and including September 11, 2001.

33.     In or shortly after December 1999, Saudi Arabia knew that al Qaeda prepared and attempted to execute a "millennium" bomb attack on the United States, planned for January 1, 2000 at the Los Angeles International Airport, but was thwarted by U.S. and Canadian authorities.

34.     On or shortly after October 12, 2000, Saudi Arabia knew that al Qaeda bombed the U.S.S. Cole while it was being refueled in Yemen, resulting in 17 deaths and numerous injuries to U.S. Navy sailors.

35.     From May 2001 to September 11, 2001, Saudi Arabia knew that the United States made urgent requests for assistance from Saudi Arabia concerning an individual in Saudi Arabia who was in contact with a senior al Qaeda operational coordinator concerning an upcoming al Qaeda terrorist attack against the United States; a high level U.S. government officer later stated that had those requests been heeded, the September 11th Attacks could have been avoided.

## II.
### Saudi Arabia's tortious acts were a proximate cause of the September 11th Attacks

36.     The planning for the September 11th Attacks began in 1996 with initial discussions among al Qaeda members of the feasibility of hijacking planes and crashing them into landmarks in the United States and Osama Bin Laden's suggestion that large passenger aircraft be used as the mode of attack; between 1997 and 1999, al Qaeda reconnaissance teams travelled to the U.S. to look at potential targets; in November 1999, a "dry run" was conducted on a U.S. passenger flight to test cockpit security; during 1999 and 2000, the hijackers were recruited by al Qaeda, mainly in Saudi Arabia, and then indoctrinated and trained at various terrorist camps in Afghanistan; in January 2000, the first two hijackers arrived in the United States, and in 2000 and 2001 additional hijackers came to the United States, received flight training and made their final preparations, and then assembled in September 2001 to conduct the attacks.

37.     On September 11, 2001, the 19 al Qaeda hijackers violently broke into the cockpits of four commercial airliners and piloted those planes as weapons in a coordinated terrorist attack on the United States and its citizens, flying two planes into the World Trade Center Towers in New York and a third plane into the Pentagon in Virginia; the fourth plane

crashed in Shanksville, Pennsylvania as the passengers fought with the hijackers over control of the aircraft and thwarted their plans to destroy the U.S. Capitol or White House.

38.     As detailed herein, at each stage of al Qaeda's planning and execution leading up to the September 11th Attacks, Saudi Arabia knowingly provided al Qaeda with support, financing and resources that were material, substantial and critical to the success of the September 11th Attacks.

### A.  Saudi Arabia's direct funding of al Qaeda

39.     During the decade prior to and including September 11, 2001, Saudi Arabia was responsible for substantial funding of al Qaeda that was vital to the operation of that terrorist organization and its preparations for and realization of the September 11th Attacks, including but not limited to the following:

        a.     Saudi Arabia's MWL, IIRO, Rabita Trust, WAMY, BIF, AHIF, SJC, SHC and SRC made substantial financial contributions to al Qaeda, as confirmed by U.S., French, German, Swiss and Saudi Arabia government reports, United Nations reports, the statement of al Qaeda's Zacarias Moussaoui and other sources;

        b.     top ranking Saudi Arabia officials made substantial financial contributions to al Qaeda;

        c.     from 1995 through and including September 11, 2001, Saudi Arabia, acting through its employees and agents, including Khalid al Suwailem, a diplomat and senior official of the Ministry of Islamic Affairs at the Saudi Arabia Embassy in Washington, D.C. and Omar Abdi Mohamed, employed by Saudi Arabia's Ministry of Islamic Affairs with the job title of "Propagator":

fraudulently sought and obtained a visa for Mohamed to enter the United States as a "religious worker" and intentionally disguised the fact that Mohamed was a Saudi Arabia employee; had Mohamed form and operate the Western Somali Relief Agency (WSRA), a California non-profit corporation in San Diego, California; and, used WSRA in a scheme to send substantial funds to al Qaeda;

       d.      from 1998 through and including September 11, 2001, Saudi Arabia, acting through its aforesaid employees and agents of Saudi Arabia's Ministry of Islamic Affairs: (i) fraudulently obtained and/or maintained 26 U.S.C. §501(c)(3) charitable status for WSRA from the Internal Revenue Service, despite the fact that WSRA never performed any charitable acts; (ii) used WSRA to receive money from various sources affiliated with al Qaeda, including but not limited to the AHIF, and (iii) had WSRA send over $350,000 to al Qaeda, via Dahab Shil, a money transfer agency used by al Qaeda, including but not limited to the Dahab Shil office in Karachi, Pakistan, which was founded, staffed and controlled by al Qaeda;

       e.      during the same time period that Saudi Arabia's employees and agents sent over $350,000 via WSRA to al Qaeda, including through the Dahab Shil office in Karachi, Pakistan, Khalid Sheikh Mohamed, the mastermind of the September 11th attacks, was located in Karachi and was handing and sending a total of approximately $400,000 in cash to the hijackers which constituted the primary funding for the September 11th Attacks;

       f.      from 1998 through and including September 11, 2001, Saudi Arabia, acting through its employees and agents, including but not limited to

Fahad al Thumairy, funded al Qaeda by sending substantial sums of money from Saudi Arabia through the King Fahad Mosque, also known as the Ibn Tamiyah Mosque, in Culver City, California, to al Qaeda, or through various organizations, individuals and/or private businesses, including but not limited to charities and/or other businesses, to al Qaeda;

g.      from 1998 through and including September 11, 2001, Fahad al Thumairy: (i) was an accredited diplomat working at Saudi Arabia's Los Angeles Consulate for Saudi Arabia's Ministry of Islamic Affairs; (ii) reported to more senior officials of Saudi Arabia's Ministry of Islamic Affairs at Saudi Arabia's Embassy in Washington, D.C.; (iii) had been selected for his job in Los Angeles by Saudi Arabia's Head of Islamic Affairs in Washington, D.C.; and (iv) was an extremist Imam at the King Fahad Mosque, which was founded and funded by Saudi Arabia;

h.      from 1998 through and including September 11, 2001, Saudi Arabia funded al Qaeda by sending substantial sums of money through the Islamic Center of San Diego, or through various organizations, individuals and/or private businesses, including but not limited to U.S.-based Somali charities and/or other businesses, to al Qaeda;

i.      Saudi Arabia hired and paid employees and agents, including Omar al-Bayoumi and Osama Basnan, who Saudi Arabia knew were al Qaeda operatives and/or sympathizers and who provided al Qaeda with substantial assistance to prepare for the September 11th Attacks;

j.      Bayoumi was employed by Saudi Arabia from the 1970s, and starting in 1995 through and including September 11, 2001, he was assigned by Saudi Arabia to work in San Diego and was compensated by Saudi Arabia through various "ghost jobs" that Bayoumi never actually performed;

k.      in 2000, Bayoumi had a ghost job as a "Senior DSS Programmer" and Saudi Arabia was paying him $3,000 per month when, as detailed herein, he was instructed by two officials from Saudi Arabia's Ministry of Islamic Affairs to provide substantial assistance for two al Qaeda hijackers in California, and Saudi Arabia paid Bayoumi an additional $4,000 per month, categorized as "Other Allowances," that was tied to his work to assist those hijackers and raised his total compensation to $7,000 per month from April 2000 through September 2001, after which that additional monthly payment ended and his compensation reverted to $3,000 per month;

l.      Basnan, who also provided material support and services to the hijackers in California, as detailed herein, received approximately $75,000 in a series of transfers from the Riggs Bank account of the Saudi Arabia Embassy in Washington, D.C. from 1998 through September 2001, including $25,000 paid by the Embassy to Basnan and his wife in 1998 that was reimbursed to the Embassy by Yasin Kadi, a known al Qaeda financial operative, who wired the Embassy $25,000 in May 1998 from his Swiss bank account;

m.      from the late 1990s through and including September 11, 2001, Ahmed al Dubayan and Mohamed Jaber Hassan Fakihi, working for Saudi Arabia's Ministry of Islamic Affairs in Germany and acting in the course and

scope of their jobs for Saudi Arabia as Head of its Islamic Affairs Office at the Saudi Arabia Embassy in Bonn and/or Berlin, provided substantial funds of approximately $800,000 from the Saudi Embassy to support al Qaeda in Germany, including the al Nur Mosque in Berlin;

n.      in addition, Dubayan, Fakihi and the Ministry of Islamic Affairs arranged for the AHIF, with the approval and direct involvement of AHIF's General Director, Aqeel Abdulaziz al Aqeel, to provide funds in excess of $1,000,000 to support al Qaeda through the al Nur Mosque;

o.      the funds were paid by Saudi Arabia's Embassy and the AHIF to the al Nur Mosque at the specific instructions of al Qaeda operatives and Osama Bin Laden; that Mosque was frequented by members of the Hamburg al Qaeda cell led by Mohamed Atta that coordinated and carried out the September 11th Attacks; and, U.S. authorities concluded that Fakihi was "more than just a sympathizer of bin Laden" and was "organizationally involved" with al Qaeda;

p.      from 1996 through and including September 11, 2001, Saudi Arabia funded al Qaeda's recruitment efforts in Germany by sending money to individuals, organizations and/or businesses there, including but not limited to al Qaeda financial operative Mamoun Darkazanli,  Darkazanli Import Export and Abdelfatah Zammar, and those funds underwrote the recruitment by Mamoun Darkazanli, Abdelfatah Zammar and Mohamed Zammar at the al Quds Mosque in Hamburg, Germany of the Hamburg al Qaeda cell members that participated in the September 11th Attacks, including hijackers Mohamed Atta, Ziad Jarrah and

Marwan al Shehhi and other al Qaeda operatives who helped carry out the September 11th Attacks, including Ramzi bin al-Shibh;

q.     starting in 2000 through and including September 11, 2001, AHIF collected over $1,000,000 for al Qaeda from donors in Saudi Arabia and instructed AHIF's employee and/or agent Abdulaziz Abdulrahman al Baddah to send those funds to al Qaeda via the Dahab Shil office in Karachi, Pakistan and Al Wafa Humanitarian Organization in Pakistan;

r.     from 1988 through and including September 11, 2001, senior managers of Saudi Arabia's IIRO, through its office in Pakistan, laundered and diverted IIRO funds to al Qaeda and used false distribution lists of orphan beneficiaries in Afghanistan as a subterfuge to direct funds to al Qaeda, as confirmed by Jamal al Fadl, an al Qaeda defector, and senior officials at the headquarters offices of the MWL and IIRO were aware that IIRO funds were being diverted to al Qaeda in 1994, if not sooner, yet the practice continued;

s.     the IIRO's funding of al Qaeda was further confirmed by a 2001 Ernst & Young accounting investigation, which reviewed IIRO records from 1996-2001 and detailed numerous serious discrepancies in IIRO's financial statements and accounts, including but not limited to that: over half of the funds transferred from IIRO's headquarters could not be accounted for; over $3 million of expenditures could not be explained; about $250,000 purportedly spent on aid to Afghan orphans went missing; signatures on financial documents were faked or forged; invoices for construction were falsified; and, funds were sent to fictitious companies created by IIRO directors;

t.      from 1993 through 1998, Saudi Arabia's IIRO funded al Qaeda by sending approximately $500,000 from the IIRO to the IIRO's endowment arm, Sana-Bell, administered by the IIRO's Suliman al Ali, for a purported real estate project in Fort Washington, MD, managed by Soliman Biheiri, and all or the large majority of that money, along with contributions made by Osama Bin Laden's mother and sisters, Abdullah Bin Laden, Osama Bin Laden's nephew, Yasin Kadi, an al Qaeda operative, and others, altogether totaling approximately $2 million, went missing, and Biheiri's accountant told the FBI that funds were transferred overseas to al Qaeda, or through various organizations, individuals and/or private businesses to al Qaeda, and Biheiri was tried in the Eastern District of Virginia and convicted on federal charges for passport fraud and making false official statements to obstruct a terrorism investigation;

u.      from 2000 through and including September 11, 2001, Saudi Arabia's WAMY funded al Qaeda by sending over $50,000 to WAMY's account in Canada which was channeled through BIF's orphan program in Afghanistan to al Qaeda, or through various organizations, individuals and/or private businesses to al Qaeda, and less than 25% of the funding for BIF's orphan program was actually used for orphans;

v.      in 1996-1999, under the pretext of doing construction work in Bosnia, Saudi Arabia's SHC funneled hundreds of thousands of dollars to al Qaeda through companies established by al Qaeda operatives Wael Jelaidan, Yasin Kadi and Shafiq Ayadi, who were later designated by the United States as

Specially Designated Global Terrorists because of their activities to support al

Qaeda for the decade prior to the September 11th Attacks;

w.      from 1998 through and including September 11, 2001, Saudi

Arabia created the SJRC and appointed Wael Jelaidan, a Saudi Arabia employee

since 1985 and former Director of the MWL, as its Executive Director, despite the

fact that Saudi Arabia knew that Jelaidan was an active al Qaeda operative and

one of the founders of al Qaeda;

x.      Jelaidan proceeded to use his position as SJRC Executive Director

in Albania and Kosovo to provide financial and logistical support to al Qaeda

through businesses in Albania that were owned and operated by (i) Yasin Kadi, a

known al Qaeda financial operative, (ii) Abdelatif Saleh, a known al Qaeda

operative and financial supporter with ties to Osama Bin Laden and (iii) Jelaidan

himself;

y.      in September 1999, Jelaidan was declared as an "undesirable" by

Albania and ordered to leave the country because of his links to a 1998 al Qaeda

terrorist plot against the U.S. Embassy in Albania, yet after his expulsion Saudi

Arabia continued to retain Jelaidan as SJRC's Executive Director, and Jelaidan

was invited to join top ranking Saudi Arabia officials on Saudi Arabia

government business trips;

z.      in 1997-2000, Saudi Arabia's BIF sent approximately $80,000 to

al Qaeda through a front company named Maram, in Istanbul, Turkey, ostensibly

a trading company, that was founded, owned and run by al Qaeda, through its

operatives Mahmdou Salim (also a BIF employee), Wael Jelaidan and Mohamed Bayazid (BIF's President);

aa.    in or around February 2000, Saudi Arabia's AHIF sent approximately $150,000 to al Qaeda through a money laundering scheme whereby funds were received by the AHIF in its U.S. bank account and then withdrawn from that account and illegally carried out of the U.S. in the form of cash and traveler's checks by Soliman al Buthe, a senior member of the Saudi government for the city of Riyadh, an AHIF officer and President of AHIF in the U.S., and then distributed through various channels to al Qaeda;

bb.    in the late 1980s, Saudi Arabia's MWL sent its employee and agent Mohamed Khalifa, Osama Bin Laden's brother-in-law, to found a MWL/IIRO office in the Philippines and thereafter in or around 1994, money from Saudi Arabia's IIRO through its Philippines' office was used to fund an al Qaeda affiliated terrorist cell headed by Ramzi Yousef, the 1993 World Trade Center bomber, to carry out terrorist attacks against the United States, including the 1995 Bojinka plot and its test run, the December 1994 Philippine Airlines bombing, which were forerunners of the September 11th Attacks;

cc.    following the September 11th Attacks, the United States formally declared in Exec. Order No. 13224 (as issued in 2001 and updated in 2001, 2002, 2004, 2006 and 2008) that all or portions of four of Saudi Arabia's charity organizations, namely the AHIF, IIRO, Rabita Trust and BIF, and numerous employees of Saudi Arabia's charity organizations, including Wael Jelaidan (MWL, IIRO, SRC, SJRC, Rabita Trust), Abdelhamid al Mujil (IIRO), Soliman al

Buthe (AHIF), Aqeel al Aqeel (AHIF), Adel Batterjee (WAMY, BIF), Enaam

Arnaout (MWL, WAMY, BIF) were Specially Designated Global Terrorists,

based on the material support and resources they provided to al Qaeda prior to the

September 11th Attacks; and

> dd.     prior to and including September 11, 2001, Saudi Arabia funded al

Qaeda in additional ways, as will be determined through further investigation,

disclosures and discovery of Saudi Arabia.

### B.  Saudi Arabia's material support of the Afghan terrorist training camps used to indoctrinate and provide terrorist training for the 19 hijackers

40.     Each of the 19 hijackers and others involved in supporting the September 11th

Attacks were indoctrinated and given their terrorist training necessary to prepare for and execute

the September 11th Attacks at one or more al Qaeda terrorist training camps located in

Afghanistan, hereinafter called the "Afghan terrorist training camps", including:

- "Al Farouq 1" (hijackers Nawaf al Hazmi and Khalid al Mihdhar);

- "Al Farouq 2" (hijackers Abdelaziz al Omari, Ahmed al Ghamdi, Ahmed al Haznawi, Ahmed al Nami, Fayez Banihammad, Hamza al Ghamdi, Hani Hanjour, Mohand Shehri, Salem al Hazmi, Sayid al Ghamdi, Wail al Shehri and Walid al Shehri);

- "Khalden" (hijackers Khalid al Mihdhar, Majed al Moqed, Satam al Suqami);

- "al Matar" (hijackers Abdelaziz al Omari, Ahmed al Ghamdi, Ahmed al Haznawi, Ahmed al Nami, Fayez Banihammad, Hamza al Ghamdi, Mohand Shehri, Salem al Hazmi, Sayid al Ghamdi, Wail al Shehri and Walid al Shehri);

- "Mes Aynak" (hijackers Nawaf al Hazmi and Khalid al Mihdhar); and

- "Tarnak Farms" (hijackers Ziad Jarrah, Mohamed Atta and Marwan al Shehhi).

41.     Those Afghan terrorist training camps provided training to the 19 hijackers in

various skills that they used to execute the September 11th Attacks, including aircraft hijacking,

discipline, hand-to-hand combat, weaponry (including the use of knives and blades to murder), hostage taking, religious indoctrination, English language skills and U.S. culture.

42.    For years prior to and including September 11, 2001, Saudi Arabia's IIRO, AHIF and MWL provided substantial funding and other material support for the Afghan terrorist training camps attended by the 19 hijackers in Afghanistan, including but not limited to the following:

a.    Saudi Arabia's IIRO was the principal source of funding and other material support to establish and operate the Afghan terrorist training camps, as confirmed by:

i.    a 1996 C.I.A. report, which stated that the IIRO funded six terrorist training camps in Afghanistan;

ii.    a 2003 report by the United Nations Security Council, which stated that "IIRO funds directly supported six Al-Qaida training camps in Afghanistan prior to September 11";

iii.    a 2004 U.S. State Department cable, which described the IIRO as "the principal sponsor of terrorist training camps in Afghanistan during the Taliban regime", *i.e.* from 1996 through and including September 11, 2001;

iv.    a 2003 report which stated that an IIRO employee, Abu Nasir, was informed by his superiors in the 1990s that approximately 40 to 50 percent of IIRO's charitable funds was being diverted to finance terrorist training camps in Afghanistan and Kashmir;

v.    a January 2001 French intelligence report;

vi.    the statement of Zacarias Moussaoui;

vii.    U.S. reports regarding the September 11th Attacks which tied the IIRO to funding of the Afghan training camps; and

viii.    in 2001 through and including September 11, 2001, at least one IIRO employee was also a trainer at the Afghan terrorist training camps;

      b.      Saudi Arabia's AHIF provided major funding to establish and operate the Afghan training camps, as confirmed by:

    i.     the statement of Zacarias Moussaoui;

    ii.     U.S. reports regarding the September 11th Attacks tied the AHIF to funding of the Afghan training camps; and

    iii.    in the 1990s through and including September 11, 2001, a representative of Saudi Arabia's AHIF in Belgium was a recruiter for al Qaeda Afghan terrorist training camps;

      c.      the MWL, IIRO and AHIF paid for transportation for al Qaeda operatives to attend the Afghan terrorist training camps;

      d.      the MWL, IIRO and AHIF paid for building materials and electrical supplies necessary to construct the Afghan terrorist training camps; and

      e.      the MWL, IIRO and AHIF funded and provided material support for the Afghan terrorist training camps in additional ways, as will be determined through further investigation, disclosures and discovery of Saudi Arabia.

## C.  Saudi Arabia's logistical support of al Qaeda

43.    During the decade prior to and including September 11, 2001, and during the period that al Qaeda was actively planning the September 11th Attacks, Saudi Arabia provided material logistical support and resources to al Qaeda, including, but not limited to the following:

      a.      U.S. State Department officials concluded that Osama Bin Laden "used the entire IIRO network for his terrorist activities";

      b.      in the late 1990s through and including September 11, 2001, the office and guesthouse of Saudi Arabia's IIRO in Kandahar, Afghanistan was operated as a way-station and safe house for al Qaeda operatives travelling to the Afghan terrorist training camps;

c.      in or around October 1998 through and including September 11, 2001, Saudi Arabia announced that it closed its Embassy/Ambassador's residence in Kabul, Afghanistan (following al Qaeda's bombings of U.S. Embassies in Tanzania and Kenya) and thereafter, the Director of the AHIF in Afghanistan was instructed by "Riyadh" (the capital city of Saudi Arabia and location of the headquarters office of Saudi Arabia's AHIF) to open an office at that Embassy/Ambassador's residence; and, the AHIF operated such an office and provided material support and resources to al Qaeda through that office;

d.      in or around October 1998 through and including September 11, 2001, Saudi Arabia's Embassy/Ambassador's residence in Kabul was used as a "guesthouse", i.e. safe house, by al Qaeda; and, Osama Bin Laden and numerous other al Qaeda operatives, likely including several of the 19 hijackers, stayed at that safe house;

e.      from 1998 through and including September 11, 2001, Saudi Arabia provided funding and military equipment to the Taliban, including through Saudi Arabia's charity organizations, including but not limited to the AHIF, to support the use of Afghanistan as a safe haven for al Qaeda;

f.      from 1998 through and including September 11, 2001, Saudi Arabia facilitated and provided support and services for the Taliban controlled airline, Afghan Ariana Airlines, to conduct flights between Afghanistan and Saudi Arabia which Saudi Arabia knew were being conducted as a supply service for al Qaeda to shuttle guns, money and al Qaeda recruits and operatives to Afghanistan;

g.      prior to and including September 11, 2001, Saudi Arabia Embassy diplomats in Bosnia coordinated financial support from Saudi Arabia's AHIF to al Qaeda operatives;

h.      in 1997 through and including September 11, 2001, Saudi Arabia's AHIF operated a program in Azerbaijan that provided training for AHIF employees in money laundering techniques to fund al Qaeda using bank accounts, money transfer companies and cash couriers and those employees were then deployed to Pakistan and used those money laundering techniques to receive funds from the AHIF in Saudi Arabia and send those funds to al Qaeda in Pakistan and Afghanistan, as described herein;

i.      from 1998 through and including September 11, 2001, Saudi Arabia's BIF, assisted al Qaeda and Osama Bin Laden with the procurement and transport of materials and weapons, and the transfer of al Qaeda funds, including via the use of "front companies" in various countries, including but not limited to Sudan, Turkey and the U.A.E.;

j.      Saudi Arabia's state-run Imam Muhammad Ibn Saud Islamic University ("Imam University") employed numerous instructors who were al Qaeda operatives or sympathizers, recruited and indoctrinated its students to join al Qaeda, and at least five of the 19 hijackers responsible for the September 11th Attacks, together with other al Qaeda operatives who attended Imam University, were likely recruited as al Qaeda operatives by Saudi Arabia's employees and agents;

       k.      in or around July 2001, Saudi Arabia's passport office and authorities issued a passport under a false name to Khalid Sheikh Mohamed, a Pakistani citizen who worked with and for al Qaeda to plan, carry out and mastermind the September 11th Attacks;

       l.      from 1996 through and including September 11, 2001, Saudi Arabia assisted various of its employees and agents who provided material support and resources to al Qaeda for the September 11th Attacks to obtain fraudulent visas to enter the United States, in violation of federal law, and failed to advise U.S. officials, including the U.S. Attorney General, that the employees and agents were working for Saudi Arabia inside the United States, in violation of federal law, including but not limited to the following:

- Omar Abdi Mohamed, who first entered the U.S. on a fraudulent religious worker visa in 1995, and did not declare that he was actually working for Saudi Arabia, and was ultimately prosecuted, convicted and deported from the United States in 2006 for those false statements;

- Omar al Bayoumi, who repeatedly entered the U.S. on a student visa for several years prior to and including 1999-2000, even though he was not attending school, was collecting salary for a "ghost job" while actually working for Saudi Arabia, and provided material support and resources for the al Qaeda hijackers, as described herein;

- Osama Basnan, who entered the U.S. on a tourist visa in 1996, when he was working for Saudi Arabia, and provided material support and resources for the al Qaeda hijackers, as described herein, and did not leave the U.S. until August 2002, after he was convicted for visa fraud and deported;

       m.      Saudi Arabia's passport offices and authorities provided al Qaeda operatives, including several of the 19 hijackers involved in the September 11th Attacks, with new, "cleansed" passports to allow them to travel and obtain visas without suspicion, including but not limited to removing references to travel through Pakistan to the Afghan terrorist training camps;

n.      Saudi Arabia's SRC, MWL, IIRO, WAMY and/or AHIF provided Osama Bin Laden and other al Qaeda operatives with identification cards and visas for travel, including to the Afghan terrorist training camps;

o.      Saudi Arabia's AHIF provided secret courier services for al Qaeda, including but not limited to such services provided by AHIF employee and/or agent Abdirashid Aidid, who was based in Pakistan in 2000;

p.       Saudi Arabia's AHIF faxed coded messages for al Qaeda, including but not limited to a message sent from AHIF in Albania to an al Qaeda operative in London in 1998 related to an al Qaeda plot in the summer of 1998 to attack the U.S. Embassy in Tirana, Albania;

q.      in 1998-99, Saudi Arabia's IIRO and AHIF provided computers and other materials to al Qaeda in Afghanistan;

r.      in 1999-2000, Saudi Arabia provided Wahhabist books and literature to al Qaeda in Kandahar, Afghanistan that were used to indoctrinate the Taliban leadership and al Qaeda recruits, including the 19 hijackers involved in the September 11th Attacks;

s.      in 1992-1996, al Qaeda sent operatives to fight in the Bosnian war, including two of the 19 hijackers, and Saudi Arabia's charity organizations, including the SHC, WAMY, BIF and AHIF, provided those al Qaeda operatives with employment, identification, food, weapons and equipment, and the SHC employed various al Qaeda operatives, including Ali Ahmed Ali Hamad, Abdelsamad al Bahrani, Hassam al Din, Abu Miqdad al Dosari, Abu Abdelmalik al Libi, and Yusuf Rahman in Bosnia, and Abdullah al Matrafi in Mecca;

t.  from 1992 to 1996, a high ranking Saudi Arabia official, the SHC and IIRO sent millions of dollars to the Third World Relief organization, an al Qaeda front, with the knowledge that a substantial portion of such contributions would fund al Qaeda, including the transportation of al Qaeda operatives to the war in Bosnia, and the purchase of various weapons, including but not limited to grenade launchers, rifles, guns and chemical cartridges;

u.  in 1993, Saudi Arabia's SHC, which at the time was run by a top ranking Saudi Arabia official, as confirmed by the U.S. Defense Intelligence Agency, provided weapons to a Somali faction who were being trained by al Qaeda and those weapons were used to kill numerous U.S. servicemen who were providing security for a U.N. humanitarian mission in Somalia; and,

v.  prior to and including September 11, 2001, Saudi Arabia provided logistical support to al Qaeda in additional ways, as will be determined through further investigation, disclosures and discovery of Saudi Arabia.

### D.  Saudi Arabia's material support for al Qaeda's planning and execution of the September 11th Attacks

44.  Saudi Arabia provided material support and resources for al Qaeda and the 19 hijackers directly linked to the actual planning and execution of the September 11th Attacks, including but not limited to the following:

a.  as detailed above, Saudi Arabia was responsible for the financing of the plot through various schemes that funded al Qaeda at the same time that the 19 hijackers were being handed or sent money (¶39c - h, ¶39q, ¶43h); paid Saudi Arabia's agents and employees for their work to assist the hijackers (¶39i - l);

provided money for the recruitment and support of al Qaeda's Hamburg cell (¶39m - p); bankrolled the Afghan terrorist training camps attended by all 19 hijackers (¶40 - 42); and, logistical help used by the hijackers and their support network, including safe houses and identification (¶43b - d, ¶43k - n);

b.      in or before January 2000, a senior Saudi Arabia official at Saudi Arabia's Embassy in Washington, D.C. gave instructions to Saudi diplomat Fahad al Thumairy and Omar al Bayoumi, another agent and employee working for Saudi Arabia, including for its Embassy in Washington, D.C., its Consulate in Los Angeles, Ministry of Higher Education, Ministry of Islamic Affairs, Ministry of Defense, and/or other agencies, to meet with and provide cover, advice, planning, safe houses and other material support and resources to al Qaeda hijackers Khalid al Mihdhar and Nawaf al Hazmi, the first of the 19 hijackers to arrive in the United States;

c.      in or around January 2000, Thumairy met in person in Los Angeles with Mihdhar and Hazmi upon their arrival in the United States, assisted them with transportation and housing, including arranging an apartment for the hijackers at the Avalon Westside apartments in Los Angeles, and met with and directed Bayoumi and others, including but not limited to Oualid Benomrane and Mohdar Abdullah, to provide material support and resources to hijackers Mihdhar and Hazmi;

d.      from January 2000 through and including September 11, 2001, Bayoumi, acting in the course and scope of his employment with Saudi Arabia and/or as an agent of Saudi Arabia, provided money, cover, advice, planning, safe

houses and other material support and resources to al Qaeda hijackers Mihdhar and Hazmi, including: helping them learn English and American culture and assimilate into the U.S. without drawing attention to themselves; finding them apartments in San Diego; co-signing their lease and providing money for the rent and security deposit; lending them his cellphone; assisting them to open bank accounts; introducing them to others who could provide them with information and assistance, including but not limited to: (i) Osama Basnan, a Saudi Arabia employee and agent working for Saudi Arabia, (ii) Yazeed al Salmi (the nephew of Bayoumi's superior in Saudi Arabia's Ministry of Defense), (iii) Anwar al Aulaqi, an al Qaeda operative in San Diego and Virginia (later designated by the United States as a Specially Designated Global Terrorist), who had meetings not only with Mihdhar and Hazmi, but also with hijacker Hani Hanjour, and provided them with guidance, encouragement and other material support and resources, and (iv) Osama Nooh and Lafi al Harb, two Saudi Arabia Naval officers attending U.S. Navy training in San Diego; and, otherwise assisting them with their preparations for the September 11th Attacks;

e.      from January 2000 and thereafter before September 11, 2001, Mohdar Abdullah, at the direction of Thumairy and/or Bayoumi, provided material support and resources to hijackers Mihdhar and Hazmi, including but not limited to: assisting them to acclimate and live in California; providing them with transportation to various locations; helping them obtain social security numbers and genuine California driver's licenses; aiding them to locate and obtain phony and illegal California driver's licenses; assisting them to locate and apply to

language and flight schools; performing surveillance of airport facilities with

them; assisting them with visa issues to maintain their legal status in the United

States; and, regularly having meals and various social contacts with them;

      f.      from January 2000 and thereafter before September 11, 2001,

Oualid Benomrane, at the direction of Thumairy and another employee or agent

of Saudi Arabia at its Los Angeles Consulate, and for compensation paid by Saudi

Arabia, provided material support and resources to hijackers Mihdhar and Hazmi,

including but not limited to: providing them with transportation to various

locations, assisting them as a translator and helping them to learn English; and,

Benomrane told U.S. law enforcement authorities that: (i) Thumairy asked him to

assist Mihdhar and Hazmi and told him not to tell anyone about the two men and

to keep their presence in California to himself, (ii) Thumairy told him that the two

men were in Los Angeles to visit their sick father in a local hospital and (iii) the

Saudi Consulate had picked up the two men at the Los Angeles airport and found

an apartment for them;

      g.      from January 2000 and thereafter before September 11, 2001,

Osama Basnan, a known al Qaeda supporter acting in the course and scope of his

employment with Saudi Arabia and/or as an agent of Saudi Arabia, met with and

had hundreds of phone conversations with Bayoumi, lived across the street from

hijackers Mihdhar and Hazmi in San Diego and met with and provided material

support and resources to them, including putting them in contact with a

commercial airline pilot, Khaled al-Kayed;

h.      Basnan was working at the Saudi Arabia Embassy in Washington, D.C. in 1992 when he held an event to honor Omar Abdul Rahman, the "Blind Sheikh," who was an al Qaeda supporter convicted in 1995 for his role in masterminding a foiled terrorist attack against various New York City bridges, tunnels and landmarks; in 1998, Basnan and his wife received $25,000 through the Saudi Embassy in Washington, D.C. that was reimbursed to the Embassy by Yasin Kadi, a known al Qaeda financial operative; from February 1999 through and including May 2002, Basnan's wife was paid $2,000-$3,000 each month via checks from that same Embassy; prior to September 11, 2001, Basnan spoke of Osama Bin Laden "as if he were a God"; either Basnan or an associate had phone contacts with the members of al Qaeda's Hamburg cell and Basnan placed regular calls to members of Osama Bin Laden's family; and, after the September 11th Attacks, Basnan celebrated at a party saying that the hijackers were "heroes" and remarked "what a wonderful glorious day it had been" and he later bragged that "that he did more for the hijackers than Bayoumi did";

i.      in or around June 2000, pursuant to the instructions of Thumiary and/or Bayoumi, Mohdar Abdullah brought Mihdhar and Hazmi to Los Angeles for private meetings held at the King Fahad Mosque and a Los Angeles motel with another al Qaeda operative;

j.      from June 2000 and thereafter before September 11, 2001, after a trip to Saudi Arabia by Bayoumi, the nephew of his superior in the Ministry of Defense, Yazid Salmi, travelled to San Diego, and Bayoumi found Salmi

accommodation with hijacker Hazmi, and Salmi provided money, including $1,900 in traveller's checks, to Hazmi in September 2000;

      k.     in November 1999, Hamdan Shalawi and Mohamed Qudhaieen, both known al Qaeda operatives and/or associates and Imam University graduates, were employed and paid by Saudi Arabia to attend graduate school in Arizona and perform other duties as requested by the Saudi Arabia Embassy in Washington, D.C., and were acting in the course and scope of their employment with Saudi Arabia and/or as agents of Saudi Arabia when they travelled on a commercial airline flight from Phoenix to Washington, D.C. and intentionally attempted on at least two occasions to gain entry to the airplane's cockpit to test and learn U.S. airline security procedures in a "dry run" of the September 11th Attacks;

      l.     Shalawi and Qudhaieen were travelling on that flight using tickets paid for by Saudi Arabia with the ostensible purpose of attending a symposium at Saudi Arabia's Institute of Islamic and Arabic Sciences in America (IIASA) with high ranking Saudi Arabia officials, including Abdullah Naseef, former MWL Secretary-General and Vice-Chairman of the Shura Council;

      m.     in the late 1980s Shalawi attended and received terrorist training at Masadat al Ansar, then Osama Bin Laden's main training camp; before and after the "dry run," Shalawi and/or Qudhaieen met with others involved in the planning and execution of the September 11th Attacks, including (i) hijacker Hani Hanjour, who they met from 1997-1999 at the Saudi Arabia-funded Tempe Islamic Center in Tempe, AZ; (ii) Thumairy, who they met at the opening of the King Fahad

Mosque in Culver City, CA in 1998; and (iii) several of the muscle hijackers involved in the September 11th Attacks, who underwent training in the fall and winter of 2000-2001 at an Afghan terrorist training camp at the same time as Shalawi; as a result of attending that camp, Shalawi was watchlisted by the United States as a potential terrorist and denied a visa when he attempted to re-enter the United States in August 2001 (likely as part of an al Qaeda terrorist operation); and, in 2000-2001 both Shalawi and Qudhaieen continued their work for Saudi Arabia, and were employed as teachers as Imam University;

n.       from 1996 through 1999, a top ranking Saudi Arabia official sent money to a construction business in Spain that was operated as a ploy to fund al Qaeda's Spanish cell, which used the money it received to: (i) conduct surveillance and take videotapes of potential terrorist targets, including the World Trade Center, for al Qaeda in the United States, (ii) send tapes of those targets to Osama Bin Laden for his review; and (iii) establish a logistical cell in Turkey to assist the movement of al Qaeda recruits from Europe to Chechnya and Afghanistan, a route taken by members of al Qaeda's Hamburg cell, including several of the 19 hijackers;

o.       it is likely that additional employees and agents of Saudi Arabia provided the 19 hijackers with material support and resources to carry out the September 11th Attacks, including but not limited to:

i.       Saleh al Hussayen, a Saudi Arabia Interior Ministry employee who stayed at the same hotel as the hijackers on the evening of September 10, 2001;

ii.       Saudi Arabia's pilots, who were uniquely situated to furnish the highly specialized flight training obtained by the hijackers, as demonstrated by the flight skills the hijackers used to carry out the September 11th Attacks, including Fahad Bakalka, a

Saudi Arabia pilot who flew for the Royal Family, Osama Bin Laden and Saudi Arabia's National Commercial Bank and was a friend of two of the 19 hijackers, and Mohamed Tahsin, who also flew for Saudi Arabia's National Commercial Bank and was investigated by the FBI for being a financial associate of one of the 19 hijackers;

iii.     Sayid Rageah, a WAMY employee and fund raiser for al Qaeda who was the Imam at a mosque in Maryland visited by the hijackers on September 10, 2001;

iv.     from 1999 through and including September 11, 2001, Abdullah Bin Laden, nephew of Osama Bin Laden, was Saudi Arabia's Administrative Officer at its United States Embassy and Head of WAMY's branch office in the United States, and maintained a close business and personal relationship with Mohamed Harunani, a WAMY contractor (Abdullah Bin Laden was listed as the emergency contact for Harunani's children and they frequently called and sent messages to each other), and Harunani was in contact with several of the al Qaeda hijackers and operatives from the Hamburg cell, including Mohamed Atta and Marwan al Shehhi;

p.     the AHIF's Director in Belgium, Tarek Maroufi, was hired by the AHIF in January 2001 despite his known history as an al Qaeda operative who served a prison sentence for a prior terrorist attack in Belgium, and Maroufi organized the September 9, 2001 murder of Ahmad Shah Massoud, the commander of the Northern Alliance, an opposition force fighting the Taliban and al Qaeda in Afghanistan, by recruiting the assassins and providing them with fake Belgian passports, and Massoud's assassination was arranged  to reduce the risk of an attack from Northern Alliance forces that al Qaeda expected would follow from the September 11th Attacks;

q.     in interviews conducted by U.S. authorities following the September 11th Attacks, Saudi Arabia's officers, employees and agents repeatedly lied about their key contacts and information concerning the material assistance they provided to the hijackers and al Qaeda, including:

i.     Thumairy falsely stated that: he did not recognize Bayoumi's name and had never seen Bayoumi in Los Angeles (but they had met on several occasions there and exchanged numerous phone calls); he did not know Abdullah or Benomrane (despite

meeting with them and asking them to help the two hijackers); neither he, the King Fahad Mosque nor the Saudi Consulate rented more than one apartment at the Avalon Westside apartments in Los Angeles (where they actually had extensive additional rentals and where Thumairy arranged for the hijackers to stay upon their arrival);

ii.     Bayoumi falsely stated that: he had only a random several minute encounter with the hijackers at a Los Angeles restaurant (when witnesses said he had lunch with them); after leaving the restaurant he tried to visit the King Fahad Mosque but couldn't find it and returned home without ever visiting it (but a witness confirmed that Bayoumi visited the mosque before and after going to the restaurant); he didn't know where the hijackers stayed immediately following their arrival in San Diego (although Bayoumi himself filled out an application form for the hijackers' apartment which stated that the hijackers had been living with him since their arrival); following his initial contacts with the hijackers, Bayoumi could recall only one occasion when he saw one of the hijackers and it was by chance and from a distance (while Bayoumi lived next door to the hijackers and a witness stated that he saw Bayoumi with the hijackers at their apartment on numerous occasions); he did not tell Mohdar to provide assistance to the hijackers (while Mohdar told authorities that Bayoumi asked him to drive the hijackers around San Diego and help them enroll in classes); he did not have any relationship with Basnan (but investigators concluded they were extremely close, with over 700 phone calls exchanged between them); no one told him to help the hijackers (while Thumairy and a superior in Washington, D.C. gave Bayoumi such instructions and Bayoumi's phone records confirm those contacts);

iii.     Basnan was found by the authorities to have an "utter lack of credibility on virtually every material subject," and falsely claimed not to know Bayoumi (despite their numerous contacts and phone calls); denied knowing Omar Bakarbashat, a friend and supporter of the hijackers (despite the fact that Bakarbashat was Basnan's brother-in-law); and, denied ever seeing the hijackers or saying that he did (yet boasted to a witness that he provided more support to the hijackers than Bayoumi and lived across the street from them for several months);

iv.     Saleh al Hussayen faked a seizure during his interview with the authorities, was taken to the hospital, where doctors found him in good health, and thereafter Hussayen quickly fled the United States;

v.     Omar Abdi Mohamed falsely stated that the WSRA "charity" was an entity in name only, had never received funds and had no money (yet over $350,000 was received into and sent out from WSRA's bank account) and failed to reveal that he had been employed by Saudi Arabia's Ministry of Islamic Affairs for 10 years;

vi.     Qudhaieen falsely stated that: he never got near the cockpit on the dry run flight (while witnesses saw him try to enter and rattle the cockpit door on at least two occasions); he did not know Thumairy (but later recanted and admitted that he knew Thumairy); and,

vii.     Shalawi said he was enrolled and present at Arizona State University during the entire 2000-2001 academic year (but did not tell the authorities that he went to an al Qaeda Afghan terrorist training camp in the fall of 2000);

r.     several of the 19 hijackers and others who assisted in the

September 11th Attacks were provided employment by Saudi Arabia, despite

Saudi Arabia's knowledge that they were associated with al Qaeda, including but

not limited to:

i.     Hani Hanjour, a hijacker who worked for the IIRO from 1989-1991 in Pakistan and Afghanistan and likely received payments from Saudi Arabia to attend schools in the United States at various times starting in 1992, including from December 2000 through and including September 11, 2001;

ii.     Mohand Shehri, a hijacker who worked for the IIRO in logistics, moving goods from Peshawar, Pakistan to Kabul, Afghanistan, starting in 1999, and;

iii.     Wail al Shehri, a hijacker who worked for Saudi Arabia as a teacher on a Saudi Arabia military base from 1999 through 2001, during which time he trained at al Qaeda camps in Afghanistan;

iv.     Omar Abdi Mohamed, an employee of Saudi Arabia's Ministry of Islamic Affairs, who, pursuant to directions from a superior in the Ministry, fraudulently obtained a visa to enter the United States and provided substantial funding for al Qaeda through the WSRA charity, as detailed herein;

v.     Omar al Bayoumi, an employee of Saudi Arabia who provided substantial assistance to the hijackers, and who had an indicator in his Saudi Arabia passport of ties to al Qaeda, as detailed herein;

vi.     Fahad al Thumairy, a Saudi Arabia diplomat at its Los Angeles consulate, who provided material assistance to the hijackers and was denied entry to the United States after the September 11th Attacks because of his ties to terrorism;

vii.     Osama Basnan, a Saudi Arabia employee and/or agent and frequent contact of Bayoumi who was a known al Qaeda associate and/or operative;

viii.     Hamdan Shalawi, a Saudi Arabia employee and al Qaeda operative who attended Osama Bin Laden's main terrorist training camp in Afghanistan the late 1980s; and,

ix.     Mohamed Qudhaieen, a Saudi Arabia employee and known al Qaeda associate.

s.      prior to and including September 11, 2001, Saudi Arabia provided

material support and resources directly linked to the actual planning and

execution of the September 11th Attacks in additional ways, as will be determined

through further investigation, disclosures and discovery of Saudi Arabia.

## III.
## Saudi Arabia's domination and control of its charitable organizations

45.      As set forth herein, at all relevant times prior to and on September 11, 2001, Saudi

Arabia used its charitable organizations to perform core governmental functions, and those

organizations acted as Saudi Arabia's alter-ego and/or agent.

46.      At all relevant times prior to and on September 11, 2001, the MWL, IIRO and

Rabita Trust were each part of Saudi Arabia, alter-egos of Saudi Arabia and/or agents of Saudi

Arabia, and it would work a fraud or injustice to regard them as legal entities separate from

Saudi Arabia, as evidenced by the following:

a. in pleadings filed before this Court, the MWL and

IIRO asserted they were   immune from suit because of their

status as a foreign sovereign, namely Saudi Arabia;

b. the MWL, IIRO and Rabita Trust were founded by

Saudi Arabia, and were closely related organizations with

shared employees, bank accounts and offices and their daily

operations were overseen by MWL's Secretary General, who

was appointed and directed by Saudi Arabia;

c.  the Secretary General of the MWL was a Saudi Arabia Minister-level appointment named by Royal Decree and served as the President of the IIRO, appointed the Secretary General of the IIRO, and had the power to hire and fire IIRO employees;

d.  the Rabita Trust was part of the MWL and the MWL ran the operations of the Rabita Trust on a day-to-day basis and had the power to hire and fire Rabita Trust employees;

e.  MWL, IIRO and Rabita Trust received directions from and sought the approval of Saudi Arabia's King, Minister of Islamic Affairs and other senior officials of Saudi Arabia regarding all aspects of their operations, including but not limited to personnel, finances, bank accounts, donations, funding, travel and project decisions, such as:

i.       the approval of the King was obtained for fund raising campaigns;

ii.      the MWL sought approval from the Ministry of Islamic Affairs to make trips to foreign countries;

iii.     Saudi Embassy officials provided the IIRO with strict instructions regarding making statements to the press;

iv.     the Supreme Council of Islamic Affairs directed the MWL to provide project aid, including for Burmese refugees in 1999;

v.      the IIRO's Secretary General confirmed in a September 2000 letter that the IIRO was overseen by the Dawa Committee of the Ministry of Islamic Affairs;

f.  the existence of the MWL, IIRO and Rabita Trust was subject to the ongoing approval of Saudi Arabia and could be terminated at any time by Saudi Arabia;

g.  MWL's Secretary General from 1995-2000, Abdullah bin Saleh al Obaid, confirmed under oath that he was appointed to his position by Royal Decree of Saudi Arabia and that the MWL was "sponsored and financially supported by the Saudi Government";

h.  Saudi Arabia's Minister of Islamic Affairs Saleh bin Abdulaziz Al Ash-Shaikh described MWL as a "public" institution of Saudi Arabia;

i.  the annual budget of the MWL, IIRO and Rabita Trust was funded almost exclusively by Saudi Arabia and, for example, MWL's financial records for 2000-01 show that 98.5% of MWL's revenues were paid by Saudi Arabia;

j.  the policies followed by MWL, IIRO and Rabita Trust were determined by a Constitutive Council chaired by the Grand Mufti appointed by the King of Saudi Arabia;

k.  the highest officers of the MWL, IIRO and Rabita Trust responsible for their operations simultaneously held other positions as officials with Saudi Arabia, and reported to higher ranking officials of Saudi Arabia, including but not limited to:

i.      MWL's Secretary General was a member of Saudi Arabia's Supreme Council of Islamic Affairs;

ii.     MWL's Jurisprudence Council member was the Head of Saudi Arabia's Shura Council;

iii.    IIRO's Board Director was a member of the Shura Council;

iv.     Rabita Trust's Secretary General was the Executive Director of Saudi Arabia's SJRC;

v.      MWL's Constituent Council Chair was Chair of the Senior Council of Saudi Arabia's Ulema;

l.  employees of the MWL, IIRO and Rabita Trust were simultaneously employed by Saudi Arabia in another capacity, often as employees of a Saudi Arabia Embassy or other Saudi Arabia agency, and reported on a day-to-day basis to more senior employees and officers of Saudi Arabia;

m.  lower level employees of the MWL, IIRO and Rabita Trust reported on a day-to-day basis to more senior MWL, IIRO and Rabita Trust employees and officers who simultaneously worked for Saudi Arabia in another capacity, often as employees of a Saudi Arabia Embassy or other Saudi Arabia agency, and who in turn reported on a day-to-day basis to even more senior employees and officers of Saudi Arabia;

n.  MWL, IIRO and Rabita Trust officials and employees received Saudi Arabia diplomatic passports and traveled in the name of and as representatives of Saudi Arabia;

o.  the employees and officers of the MWL, IIRO and Rabita Trust considered themselves to be employees and officers of Saudi Arabia subject to the exclusive control of Saudi Arabia;

p.  an MWL employee and Director of IIRO in Canada, testified in 1999 that the MWL "is a fully government funded organization" and that "[i]n other words, I work for the government of Saudi Arabia" and "am an employee of that government...."; that "the IIRO is the relief branch of that organization [the MWL] which means that we are controlled in all of our activities and plans by the government of Saudi Arabia..."; and, that the MWL and IIRO "has to abide by the policy of the Government of Saudi Arabia..." and that "[i]f anybody deviates from that, he would be fired; he would not work at all with IIRO or with the [MWL]...";

q.  Saudi Arabia gave the employees of the MWL, IIRO and Rabita Trust the same protections and privileges that it provided to its own employees working abroad;

r.  Saudi Arabia's Embassies paid the salaries of MWL and IIRO employees and/or had the MWL and IIRO pay the salaries of the employees of Saudi Arabia's embassies;

s.  the MWL, IIRO and Rabita Trust shared offices that were provided by Saudi Arabia, at locations chosen by Saudi

Arabia, including but not limited to offices located inside Saudi Arabia's embassies around the world, and, as an example, an MWL office in Pakistan operated from the Saudi Arabia Ministry of Islamic Affairs office at the Saudi Embassy;

t.  Saudi Arabia's Embassy bank accounts held the funds of the MWL and IIRO, commingled Saudi Arabia's Embassy funds with the funds of the MWL and IIRO and used Saudi Arabia Embassy bank accounts to receive and disburse MWL and IIRO funds;

u.  Saudi Arabia's Embassies made purchasing decisions for the MWL and IIRO;

v.  Saudi Arabia's Embassies provided the MWL and IIRO with supplies and equipment and/or had the MWL and IIRO provide Saudi embassies with supplies and equipment;

w. Saudi Arabia's Embassy officials reviewed and determined whether or not to grant funding applications made by third parties to the MWL and IIRO;

x.  Saudi Arabia's Embassy officials mediated disputes between the MWL and IIRO and other Saudi Arabia charity organizations;

y.  Saudi Arabia's Embassy officials contacted and lobbied foreign governments on behalf of the MWL and IIRO

and their employees, including allowing the MWL and IIRO

to maintain their presence in foreign countries, legal disputes

and obtaining diplomatic license plates;

z.  Saudi Arabia authorized the MWL to provide loans

to Saudi Arabia's Embassy staff;

aa.      the MWL had official Saudi Arabia

clearance to view classified Saudi Arabia documents from the

Saudi Arabia Council of Ministers; and

bb.      such additional facts as set forth herein or

that may be determined through further investigation and

discovery.

47.      At all relevant times prior to and on September 11, 2001, WAMY and BIF were

each part of Saudi Arabia, alter-egos of Saudi Arabia and/or agents of Saudi Arabia, and it would

work a fraud or injustice to regard them as legal entities separate from Saudi Arabia, as

evidenced by the following:

a.      from its inception in 1972, WAMY was established and operated by Saudi Arabia

pursuant to a Royal Decree of Saudi Arabia;

b.      BIF was established as a part of WAMY in 1987 and WAMY funded the

operations of BIF and had the power to hire and fire BIF employees;

c.      the day-to-day operations of WAMY and BIF were subject to the control and

direction of Saudi Arabia's Ministry of Islamic Affairs, Embassies and top ranking officials;

d.      the existence of WAMY and BIF were subject to the ongoing approval of Saudi

Arabia and could be terminated at any time by Saudi Arabia;

e.      the annual budget of WAMY and BIF was funded by Saudi Arabia, and Mutaz

Saleh Abu Unuq, Financial Director of WAMY, confirmed in a 2003 affidavit that he reviewed

WAMY's finances from 1994 through and including September 11, 2001, and stated that Saudi

Arabia funded "a large portion" of WAMY's budget, including but not limited to grants to

WAMY from the Saudi Arabia Ministry of Finance upon the recommendation of the Saudi

Arabia Supreme Council of Islamic Affairs;

f.      WAMY and BIF were governed by WAMY's President and that position was

held by Saudi Arabia's Minister of Islamic Affairs, including from 1999 through and including

September 11, 2001, when Saleh bin Abdulaziz Al Ash-Shaikh, simultaneously acted for Saudi

Arabia as WAMY's President and as Saudi Arabia's Minister of Islamic Affairs;

g.      Saudi Arabia's Minister of Islamic Affairs and WAMY's President Saleh bin

Abdulaziz Al Ash-Shaikh described WAMY as a "public" charity of Saudi Arabia.

h.      Saudi Arabia appointed WAMY's President, Secretary General and members of

WAMY's General Assembly, who, together with WAMY's President, directed WAMY and BIF;

i.      WAMY and BIF received directions from and sought the approval of Saudi

Arabia's King, Minister of Islamic Affairs and other senior officials of Saudi Arabia regarding

all aspects of their operations, including but not limited to finances, personnel, donations,

funding, travel and project decisions, such as:

  i.      from 1999 through and including September 11, 2001, WAMY's
President was Saudi Arabia's Minister of Islamic Affairs;

  ii.      in February 2000, WAMY's Secretary General confirmed to the Saudi
government that WAMY operated in accordance with the instructions of Saudi Arabia's
Minister for Islamic Affairs;

  iii.      WAMY's annual report was submitted to and reviewed by a top ranking
official of Saudi Arabia;

      iv.      A top ranking official of Saudi Arabia instructed WAMY to provide university placement for specific foreign students;

      v.      Saudi Arabia's Ministry of Islamic Affairs selected and appointed WAMY's overseas employees;

      vi.      Saudi Arabia's Ministry of Islamic Affairs directed WAMY to provide assistance to specific mosques and Islamic centers;

j.      all of the officers of WAMY and BIF were appointed by Saudi Arabia and many of those officers hold other positions as officials with Saudi Arabia, including but not limited to Dr. Maneh el Johani, WAMY's Secretary General from 1987 through and including September 11, 2001, who also served as a member of Saudi Arabia's Shura Council and head of its Islamic Affairs Committee and Abdullah Naseef, WAMY's vice-chairman and Vice-Chairman of the Shura Council (who, as set forth herein, met with and assisted Osama Bin Laden to establish al Qaeda);

k.      employees of WAMY and BIF employees were simultaneously employed by Saudi Arabia in another capacity, as employees of a Saudi Arabia Embassy or other Saudi Arabia agency, and reported on a day-to-day basis to more senior employees and officers of Saudi Arabia, for example, Abdullah bin Laden, Osama Bin Laden's nephew and Saudi Arabia's Administrative Officer of its United States Embassy for nearly a decade, was at the same time the Head of WAMY's branch office in the United States;

l.      lower level employees of WAMY and BIF reported on a day-to-day basis to more senior WAMY and BIF employees and officers who simultaneously worked for Saudi Arabia in another capacity, as employees of a Saudi Arabia Embassy or other Saudi Arabia agency, and who in turn reported on a day-to-day basis to even more senior employees and officers of Saudi Arabia;

m.      employees and officials of WAMY received Saudi Arabia diplomatic passports and traveled in the name of and as representatives of Saudi Arabia;

n.      employees and officers of WAMY and BIF considered themselves to be employees and officers of Saudi Arabia subject to the exclusive control of Saudi Arabia;

o.      Saudi Arabia gave the employees of WAMY and BIF the same protections and privileges that it provided to its own employees working abroad;

p.      Saudi Arabia's U.S. Embassy paid the salaries of WAMY employees, including for example Abdullah Bin Laden and Mohamed Faris;

q.      the offices of WAMY and BIF were provided by Saudi Arabia, at locations chosen by Saudi Arabia, including but not limited to offices inside Saudi Arabia's embassies around the world;

r.      Saudi Arabia's Embassy bank accounts held the funds of the WAMY, commingled Saudi Arabia's Embassy funds with the funds of the WAMY and used Saudi Arabia Embassy bank accounts to receive and disburse WAMY funds;

s.      Saudi Arabia's Embassies provided WAMY and BIF with supplies, services and equipment and/or had WAMY and BIF provide Saudi Arabia's embassies with supplies, services and equipment; and

t.      such additional facts as set forth herein or that may be determined through further investigation and discovery.

48.     At all relevant times prior to and on September 11, 2001, the AHIF was part of Saudi Arabia, an alter-ego of Saudi Arabia and/or an agent of Saudi Arabia, and it would work a fraud or injustice to regard it as a legal entity separate from Saudi Arabia, as evidenced by the following:

a.      in 1988-89, Wael Jelaidan, then the Director of Saudi Arabia's SRC's Pakistan office, directed an SRC employee, Aqeel Abdulaziz al Aqeel, to create the AHIF in Quetta, Pakistan as a division of Saudi Arabia's SRC, and the AHIF was established as a division of the SRC; in 1992 the AHIF established its headquarters office in Saudi Arabia's capital, Riyadh, under the official patronage of a top ranking Saudi Arabia official and Saleh bin Abdulaziz Al Ash-Shaikh, who was later appointed as Deputy and then Minister of Islamic Affairs;

b.      AHIF was governed by AHIF's Chairman and that position was held by Saudi Arabia's Minister of Islamic Affairs, including from 1999 through and including September 11, 2001, when Saleh bin Abdulaziz Al Ash-Shaikh simultaneously held positions for Saudi Arabia as AHIF's Chairman and as Saudi Arabia's Minister of Islamic Affairs;

c.      Saudi Arabia's Ministry of Islamic Affairs appoints AHIF's Board of Directors, General Director and senior management; according to the affidavit testimony of AHIF's Financial and Administrative Manager, Khalid bin Obaid Azzahri, "[AHIF] operates under the supervision of the Saudi Minister of Islamic Affairs, who appoints its Board of Directors and senior management personnel";

d.      AHIF's General Director from AHIF's inception through and including September 11, 2001, Aqeel Abdulaziz al Aqeel, confirmed that "we work under the supervision of Saudi government" and U.S. government investigations showed that at least two Saudi Arabia ministers supervised AHIF;

e.      the annual budget of AHIF was funded by Saudi Arabia, and AHIF's General Director Al Aqeel acknowledged that more than 95% of AHIF's funding came directly from Saudi Arabia;

f.      the day-to-day operations of AHIF were subject to the control and direction of Saudi Arabia's Ministry of Islamic Affairs and Embassies;

g.      the existence of AHIF was subject to the ongoing approval of Saudi Arabia and could be terminated at any time by Saudi Arabia, and in or around June 2004 Saudi Arabia made the decision to terminate AHIF and Saudi Arabia retained the assets of AHIF as its own;

h.      AHIF received directions from and sought the approval of Saudi Arabia's King, Minister of Islamic Affairs, Ministry of Islamic Affairs, the Islamic Affairs Bureaus within Saudi Arabia's Embassies and other officials of Saudi Arabia regarding all aspects of their operations, including but not limited to personnel decisions, finances, bank accounts, funding, travel and project decisions;

i.      many of AHIF's officers and employees held other positions as officials with Saudi Arabia, including its Chairman, its accountant at AHIF's headquarters, Abdulaziz al Shoumar, and AHIF's officer and President of its U.S. branch, Soliman al Buthe, and reported on a day-to-day basis to more senior employees and officers of Saudi Arabia;

j.      lower level employees of AHIF reported on a day-to-day basis to more senior AHIF employees and officers who simultaneously worked for Saudi Arabia in another capacity, often as employees of a Saudi Arabia Embassy or other Saudi Arabia agency, and who in turn reported on a day-to-day basis to even more senior employees and officers of Saudi Arabia;

k.      offices of the AHIF were provided by Saudi Arabia, at locations chosen by Saudi Arabia, including but not limited to offices inside Saudi Arabia's embassies around the world and at Saudi Arabia's embassies and the Ministry of Islamic Affairs, where the AHIF's Administrative Board operated;

l.      Saudi Arabia's embassies provided AHIF with supplies, services and equipment and/or had AHIF provide Saudi Arabia's embassies with supplies, services and equipment;

m.      employees of AHIF deemed themselves employees of Saudi Arabia bound to follow policies and dictates set by Saudi Arabia;

n.      after Saudi Arabia withdrew its Ambassador from the Saudi Arabia Embassy in Kabul, Afghanistan, the Director of the AHIF in Afghanistan was instructed to take possession of that Embassy, and the AHIF occupied that Embassy, as described herein;

o.      Saudi Arabia Embassy officials offered to conceal AHIF documents from law enforcement agencies; and

p.      such additional facts as set forth herein or that may be determined through further investigation and discovery.

49.      At all relevant times prior to and on September 11, 2001, the SHC was part of Saudi Arabia, an alter-ego of Saudi Arabia and/or an agent of Saudi Arabia, and it would work a fraud or injustice to regard it as a legal entity separate from Saudi Arabia, as evidenced by the following:

a.      in a pleading previously filed before this Court, the SHC specifically asserted that it was immune from suit because of its status as a foreign sovereign, namely Saudi Arabia;

b.      according to affidavit testimony of the Minister of State of the Council of Ministers of Saudi Arabia, Dr. Mutlib bin Abdullah al Nafissa, the SHC "is an arm of the Saudi Arabian government" and "[a]ctions taken by the SHC properly are viewed as actions of the Government of Saudi Arabia...";

c.      according to affidavit testimony of Saud bin Mohammad al Roshood, Director of the Executive Office of the SHC, the SHC was created by a decision of the President of the

Council of Ministers of Saudi Arabia, has been continuously headed by Prince (now King) Salman, and SHC's Executive Committee and Supreme Commission of the SHC include Saudi Arabia officials;

  d. the Director of the SHC was a Saudi Arabia employee and member of the Saudi Arabia civil service and reported to other Saudi Arabia employees;

  e. Saudi Arabia provided all of the funding to operate the SHC; all of the fund raising of the SHC was sanctioned by Saudi Arabia; and, Saudi Arabia was the largest source of charity funding for the SHC;

  f. the existence of the SHC was subject to the ongoing approval of Saudi Arabia and could be terminated at any time by Saudi Arabia;

  g. Saudi Arabia decided the recipients and amounts of grants made by the SHC;

  h. employees of SHC were considered to be employees of Saudi Arabia and members of the civil service of Saudi Arabia and deemed themselves employees of Saudi Arabia bound to follow policies and dictates set by Saudi Arabia;

  i. the SHC was staffed with civil servant employees of Saudi Arabia detailed from other Saudi Arabia ministries and administrative organs, and such employees were paid by their respective ministries and administrative organs, rather than by the SHC; and

  j. such additional facts as set forth herein or that may be determined through further investigation and discovery.

  50. At all relevant times prior to and on September 11, 2001, the SJRC was part of Saudi Arabia, an alter-ego of Saudi Arabia and/or an agent of Saudi Arabia, and it would work a fraud or injustice to regard it as a legal entity separate from Saudi Arabia, as evidenced by the following:

a.      in a pleading previously filed before this Court, the SJRC specifically asserted

that it was immune from suit because of its status as a foreign sovereign, namely Saudi Arabia;

b.      Dr. Abdulrahman al Swailem, President of the SJRC, provided affidavit testimony

that the SJRC was created in 1999 pursuant to a High Order issued by the King of Saudi Arabia

upon the recommendation of the Council of Ministers of Saudi Arabia and has "always

functioned as a political subdivision, agency, or instrumentality of the Kingdom of Saudi

Arabia";

c.      the SJRC and its component organizations, the MWL, IIRO, WAMY, AHIF and

SRC, was directed and controlled by Saudi Arabia's Minister of Interior together with other high

ranking representatives of Saudi Arabia's Ministries;

d.      Saudi Arabia provided all of SJRC's funding;

e.      the existence of the SJRC was subject to the ongoing approval of Saudi Arabia

and could be terminated at any time by Saudi Arabia;

f.      employees of SJRC were considered to be employees of Saudi Arabia and

deemed themselves employees of Saudi Arabia bound to follow policies and dictates set by

Saudi Arabia; and

g.      such additional facts as set forth herein or that may be determined through further

investigation and discovery.

51.     At all relevant times prior to and on September 11, 2001, the SRC was part of

Saudi Arabia, an alter-ego of Saudi Arabia and/or an agent of Saudi Arabia, and it would work a

fraud or injustice to regard it as a legal entity separate from Saudi Arabia, as evidenced by the

following:

a.      in a pleading previously filed before this Court, the SRC specifically asserted that it was immune from suit because of its status as a foreign sovereign, namely Saudi Arabia;

b.      Abdulrahman al Swailem, President of the Saudi Arabian Red Crescent Society, testified that he was appointed by Royal Order of Saudi Arabia's King, that he holds "Excellency level status within the Saudi Arabian Government", and that Saudi Arabia "sponsors and supervises the [SRC], and... appoints all of its directors."

c.      the SRC requires that the directors of the SRC include members of Saudi Arabia's Council of Ministers;

d.      Saudi Arabia provided all of the SRC's funding;

e.      the existence of the SRC was subject to the ongoing approval of Saudi Arabia and could be terminated at any time by Saudi Arabia;

f.      employees of SRC were considered to be employees of Saudi Arabia and deemed themselves employees of Saudi Arabia bound to follow policies and dictates set by Saudi Arabia; and

g.      such additional facts as set forth herein or that may be determined through further investigation and discovery.


**FIRST CAUSE OF ACTION TO RECOVER
PERSONAL INJURY AND WRONGFUL DEATH DAMAGES
PURSUANT TO THE JASTA AND THE ANTI-TERRORISM ACT**

52.      Plaintiffs repeat and reallege all of the preceding paragraphs as if fully set forth herein.

53.      This action is brought pursuant to 18 U.S.C. § 2333(a) for the injuries and deaths suffered by U.S. nationals in the September 11th Attacks.

54.     Those attacks constituted acts of international terrorism pursuant to 18 U.S.C. §2331 that violated federal and state laws against murder, kidnapping, assault and aircraft hijacking, including but not limited to 18 U.S.C. §2332b (prohibiting terrorist acts of kidnapping, assault and murder) and 49 U.S.C. §46502 (prohibiting aircraft hijacking), and at the time those acts were committed, planned and authorized, al Qaeda was designated as a Foreign Terrorist Organization under section 219 of the Immigration and Nationality Act, 8 U.S.C. §1189.

55.     Pursuant to 18 U.S.C. §2333(a), (d), Saudi Arabia aided and abetted al Qaeda through numerous acts detailed herein by knowingly providing it with substantial assistance to prepare and carry out an act or acts of international terrorism.

56.     Pursuant to 18 U.S.C. §2333(a), (d), Saudi Arabia conspired with al Qaeda and others to provide it with substantial material support and resources, with the shared understanding, knowledge and intent that said support and resources would be used by al Qaeda to prepare and carry out an act or acts of international terrorism.

57.     The others in the conspiracy currently known to plaintiffs are named herein, and include Saudi Arabia's officials, employees and agents, Saudi Arabia's charity organizations, Osama Bin Laden and al Qaeda operatives; the names of additional persons involved in the conspiracy await discovery and further investigation.

58.     Pursuant to §2333(a), Saudi Arabia committed an act or acts of international terrorism, as defined in 18 U.S.C. § 2331(1)(A), in violation of federal and state criminal laws, or that would have been a criminal violation if committed within the United States or any state, including but not limited to a violation of the following:

- 18 U.S.C. §2(a) – Aiding, abetting, counseling, commanding, inducing or procuring a federal crime;
- 18 U.S.C. §371 – Conspiring to commit a federal crime;
- 18 U.S.C. §2332 – Conspiring to attempt to kill or kill a U.S. national;

- 18 U.S.C. §2332a – Conspiring to use a weapon of mass destruction;
- 18 U.S.C. §2332b – Conspiring to commit an act of terrorism;
- 18 U.S.C. §2339A - Providing material support to terrorists;
- 18 U.S.C. §2339B - Providing material support or resources to designated foreign terrorist organizations;
- 18 U.S.C. §2339C - Prohibitions against the financing of terrorism;
- 49 U.S.C. §46502 – Conspiring to commit aircraft piracy;
- N.J.S.A. §2C:2-6 – Accomplice liability;
- N.Y. Penal Law §20.00 - Criminal liability for conduct of another;
- N.Y. Penal Law §115.00 - Criminal facilitation in the fourth degree;
- Mass. Gen. Laws ch. 274, §2 – Accessory or aiding in the commission of a felony;
- 18 Pa. C.S. §306 – Accomplice liability; and
- Va. Code Ann. §18.2-18 – Accessory before the fact.

59.     The Kingdom of Saudi Arabia's conduct amounted to a violation of 18 U.S.C. §2(a) because Saudi Arabia intentionally aided, abetted and counseled the commission of a criminal act or acts of international terrorism by al Qaeda, including its hijackers and other operatives, by providing the terrorist organization with material support, resources and funding with the knowledge that al Qaeda would use such assistance to prepare for and commit such a criminal act or acts.

60.     Saudi Arabia's conduct amounted to a violation of 18 U.S.C. §371 because it conspired with al Qaeda and others to provide it with substantial material support and resources with the shared understanding, knowledge and intent that said support and resources would be used by al Qaeda to prepare for and carry out a criminal act or acts of international terrorism.

61.     Saudi Arabia's conduct amounted to a violation of 18 U.S.C. §2339A in that on and prior to September 11, 2001, it provided material support or resources for al Qaeda and/or conspired with al Qaeda and others to provide material support or resources for al Qaeda, with the knowledge or intent that they would be used in preparation for, or in carrying out a violation of the statutes specified in 18 U.S.C. §2339A, including 18 U.S.C. §2332b (prohibiting terrorist acts of kidnapping, assault and murder) and 49 U.S.C. §46502 (prohibiting aircraft hijacking).

62.     Saudi Arabia's conduct amounted to a violation of 18 U.S.C. § 2339A in that on and prior to September 11, 2001, it concealed or disguised the nature, location, source, or ownership of al Qaeda's material support or resources and/or conspired with Saudi Arabia's employees and agents, Saudi Arabia's charity organizations, al Qaeda, al Qaeda operatives and sympathizers and others, known and unknown, to conceal or disguise the nature, location, source or ownership of al Qaeda's material support or resources, with the knowledge or intent that they would be used in preparation for, or in carrying out a violation of the statutes specified in 18 U.S.C. §2339A, including 18 U.S.C. §2332b (prohibiting terrorist acts of kidnapping, assault and murder) and 49 U.S.C. §46502 (prohibiting aircraft hijacking).

63.     Saudi Arabia's conduct amounted to a violation of 18 U.S.C. §2339B in that on and prior to September 11, 2001, it knowingly provided material support or resources to al Qaeda, and/or Saudi Arabia conspired to knowingly provide material support or resources to al Qaeda with Saudi Arabia's employees and agents, Saudi Arabia's charity organizations, al Qaeda, al Qaeda operatives and sympathizers and/or others, known and unknown, with the knowledge that al Qaeda was a designated Foreign Terrorist Organization, has engaged or engages in terrorist activity or has engaged or engages in terrorism.

64.     Saudi Arabia's conduct amounted to a violation of 18 U.S.C. §2339C in that on and prior to September 11, 2001, as detailed within, it provided or collected funds for al Qaeda and/or conspired with Saudi Arabia's employees and agents, Saudi Arabia's charity organizations, al Qaeda, al Qaeda operatives and sympathizers and others, known and unknown, to provide or collect funds for al Qaeda, with the intention that such funds be used, or with the knowledge that such funds were to be used, in full or in part, to carry out an act or acts of international terrorism.

65.     Saudi Arabia's conduct amounted to a violation of relevant state criminal laws on facilitating, aiding and abetting a crime, and conspiracy, including but not limited to those cited above, in that it:

a.      intentionally aided, abetted and counseled al Qaeda by providing it with material support, resources and funding with the knowledge that al Qaeda would use such assistance to commit an act or acts of international terrorism; and/or

b.      believing it was probably rendering aid in the form of material support or resources and funds to al Qaeda to engage in a crime, provided al Qaeda with the means or opportunity for the commission thereof and which in fact aided al Qaeda to commit the September 11th Attacks; and/or

c.      conspired with Saudi Arabia's employees and agents, Saudi Arabia's charity organizations, al Qaeda, al Qaeda operatives and sympathizers and others known and unknown, to violate relevant state criminal laws on facilitating and aiding and abetting a crime and committing an act or acts of terrorism, including assault, hijacking, kidnapping and murder.

66.     As detailed herein, the aforesaid act or acts of international terrorism:

a.      involve a violent act or acts dangerous to human life, as demonstrated by the known and foreseeable outcomes of injury and death resulting from providing substantial assistance to al Qaeda terrorists;

b.      were committed primarily outside the territorial jurisdiction of the United States and also transcended national boundaries in terms of the means by which they were accomplished, the persons they appear intended to intimidate or coerce, and the locales in which their perpetrators operated; and

c.      appeared to be intended to intimidate or coerce a civilian population; to influence the policy of a government by intimidation or coercion; or, to affect the conduct of a government by mass destruction, kidnapping or assassination.

67.     The aforesaid acts of Saudi Arabia were not mere negligence, but each act individually and/or in combination with one or more acts, constituted conduct that was intentional, reckless, willful and/or grossly negligent and each of those acts individually and/or in combination with one or more of those acts was a proximate cause of the September 11th Attacks and the resulting injuries and deaths of plaintiffs' decedents.

68.     The September 11th Attacks could not have occurred absent the knowing and substantial assistance provided to al Qaeda by Saudi Arabia and those attacks and resulting injuries and deaths were a natural, probable and reasonably foreseeable consequence of Saudi Arabia's conduct.

69.     As a result, the Kingdom of Saudi Arabia is liable to plaintiffs for all damages resulting from the injuries and deaths in the September 11th Attacks.

70.     Plaintiffs, the surviving family members of each decedent, the decedents and their Estates have suffered and will continue to suffer past and future damages as a result of the injuries and deaths sustained in the September 11th Attacks, including but not limited to: personal injury damages, wrongful death damages, survival damages, economic damages, pecuniary loss, non-economic damages, pain and suffering, torture, imprisonment, kidnapping,

fear of impending death, physical trauma, mental anguish, mental distress, grief, loss of

enjoyment of life, loss of earnings, financial support, services, companionship, care, guidance,

consortium, solatium, burial costs, medical and other expenses and other provable damages

allowed by law.

WHEREFORE, plaintiffs pray that judgment(s) for relief in the form of an award or

awards of monetary damages for personal injury, wrongful death, all recoverable losses under 28

U.S.C. §2333 and other appropriate relief be entered on their first cause of action in favor of the

plaintiffs individually and as estate representatives and against the defendant Kingdom of Saudi

Arabia, with separate awards for each plaintiff, where appropriate, plus interest, costs, punitive

damages, treble damages, attorney's fees, and such other relief as the Court deems just and

proper.

**SECOND CAUSE OF ACTION FOR PERSONAL INJURY AND
WRONGFUL DEATH DAMAGES PURSUANT TO STATE TORT LAW**

71.    Plaintiffs repeat and reallege all of the preceding paragraphs as if fully set forth

herein.

72.    On March 10, 2004, a class action complaint seeking damages for a class defined

as the spouses, children, parents, siblings and legal representatives of those individuals killed in

the September 11th Attacks (excluding the 19 hijackers) was timely filed against the Kingdom of

Saudi Arabia under the caption, *O'Neill v. Kingdom of Saudi Arabia, et al*, 04-CV-01922 (GBD),

and the *O'Neill* case currently remains pending before this Court.

73.    *O'Neill* asserted state tort law claims against the Kingdom of Saudi Arabia for

causing the deaths of plaintiffs' decedents in the September 11th Attacks, including claims for

wrongful death, survival, aiding and abetting, conspiracy and negligence, including intentional,

458

knowing, reckless, willful, wanton, grossly negligent and/or negligent tortious acts and omissions.

74.    Plaintiffs herein include members of the class defined in *O'Neill*, but to date no determination regarding class certification has been made by this Court.

75.    This cause of action is brought before that determination and plaintiffs present these state tort law claims to assert and protect their rights to pursue such claims, for example, in the event that the *O'Neill* class is not certified by this Court.

76.    Pursuant to the doctrine first declared by the Supreme Court in *American Pipe & Construction Co. v. Utah*, 414 U.S. 538 (1974), the time for plaintiffs who are members of the *O'Neill* class to bring their state law claims has been tolled from the date the *O'Neill* action was brought until this Court makes its determination on class certification.

77.    For years prior to and including September 11, 2001, Saudi Arabia: participated and associated with al Qaeda in its terrorist agenda as set forth herein; provided al Qaeda and its hijackers with substantial material support, financing and resources; knew that it was assisting a terrorist organization that had conducted and was actively planning attacks against the United States; and committed tortious acts and omissions that were intentional, knowing, reckless, willful, wanton, grossly negligent and/or negligent.

78.    Saudi Arabia's conduct was a proximate cause of the deaths, injuries and resulting damages suffered by plaintiffs, as it furnished the essential support networks, cover and funding used by al Qaeda to successfully plan and execute the September 11th Attacks.

79.    Saudi Arabia tortiously aided and abetted al Qaeda by providing substantial assistance in the form of funding, support and resources to al Qaeda and its hijackers with the knowledge that they planned to use such assistance to prepare for and conduct terrorist attacks

against the United States and its citizens and/or with reckless disregard of the known probable risk that such assistance would be used for those terrorist purposes.

80.     Saudi Arabia tortiously conspired with al Qaeda and others to provide al Qaeda and its hijackers with substantial material support and resources, with the shared agreement, understanding, knowledge and intent that said support and resources would be used by al Qaeda to plan and carry out terrorist acts against the United States.

81.     For years prior to and including September 11, 2001, Saudi Arabia knew that its officers, employees and agents and Saudi Arabia's charitable organizations were engaging in illegal and/or criminal activity by using Saudi Arabia's offices, equipment and other resources to provide substantial material support and resources to al Qaeda and, that Saudi Arabia's officers, employees and agents, including but not limited to Adel Batterjee, Wael Jelaidan. Soliman al Buthe, Aqeel al Aqeel, Abdelhamid al Mujil, Enaam Arnaout, Fahad al Thumairy, Omar al Bayoumi, Omar Abdi Mohamed, Osama Basnan, Hamdan Shalawi, Mohamed al Qudhaieen, Mohamed al Fakihi and others were al Qaeda operatives or sympathizers who were using their government positions to provide substantial assistance to al Qaeda.

82.     Despite such knowledge, Saudi Arabia intentionally and/or recklessly failed to properly supervise its officers, employees and agents and Saudi Arabia's charitable organizations to stop them from using Saudi Arabia's offices, equipment and other resources to provide substantial assistance to al Qaeda despite the known and/or foreseeable risk that such assistance was being used by al Qaeda to prepare and conduct a terrorist attack against the United States and its citizens.

83.     Moreover, Saudi Arabia intentionally and/or recklessly selected, hired and retained as its officers, employees and agents various individuals, including Adel Batterjee, Wael

Jelaidan. Soliman al Buthe, Aqeel al Aqeel, Abdelhamid al Mujil, Enaam Arnaout, Fahad al Thumairy, Omar al Bayoumi, Omar Abdi Mohamed, Osama Basnan, Hamdan Shalawi, Mohamed Qudhaieen, Mohamed Fakihi and others, who Saudi Arabia knew were al Qaeda operatives or sympathizers, despite the known and/or foreseeable risk that those employees and agents would use and/or were using their government positions to provide substantial assistance to al Qaeda to prepare and conduct a terrorist attack against the United States and its citizens.

84.    The aforesaid intentional, criminal, knowing, reckless, willful, wanton, grossly negligent and/or negligent acts and/or omissions of Saudi Arabia were individually and/or in combination with one or more of those acts and/or omissions a proximate, substantial cause of the September 11th Attacks and the plaintiffs' injuries, deaths and resulting damages.

WHEREFORE, plaintiffs pray that judgment(s) for relief in the form of an award or awards of monetary damages for personal injury, wrongful death and other appropriate relief be entered on their second cause of action in favor of the plaintiffs individually and as estate representatives and against the defendant Kingdom of Saudi Arabia, with separate awards for each plaintiff, where appropriate, plus interest, costs, punitive damages, treble damages, attorney's fees, and such other relief as the Court deems just and proper.

## THIRD CAUSE OF ACTION FOR
## PERSONAL INJURY AND WRONGFUL DEATH
## DAMAGES PURSUANT TO THE ALIEN TORT CLAIMS ACT

85.    Plaintiffs repeat and reallege all of the preceding paragraphs as if fully set forth herein.

86.    *O'Neill* asserted claims under the Alien Tort Claims Act against the Kingdom of Saudi Arabia for causing the deaths of plaintiffs' decedents in the September 11th Attacks based on violations of international law resulting in injury and death in the September 11th Attacks.

87.     Plaintiffs herein include members of the class defined in *O'Neill*, but to date no determination regarding class certification has been made by this Court.

88.     This cause of action is brought before that determination and plaintiffs present these Alien Tort Claims Act claims to assert and protect their rights to pursue such claims, for example, in the event that the *O'Neill* class is not certified by this Court.

89.     The Alien Tort Claims Act, 28 U.S.C. §1350, allows aliens to sue for torts committed in violation of the law of nations, international law or a treaty of the United States.

90.     The conduct of Saudi Arabia as detailed herein to provide substantial material support, resources and sponsorship for al Qaeda and its acts of international terrorism resulting in the September 11th Attacks constitutes a clear violation of the law of nations and international law, which includes international legal norms prohibiting crimes against humanity, mass murder, genocide, torture, extrajudicial killing, air piracy, financing of terrorism, and terrorism, which can be found in and derived from, among other things, the following conventions, agreements, U.N. declarations and resolutions, and other documents:

(1)   Charter of the International Military Tribunal, Aug. 8, 1945, 59 Stat. 1544, 82 U.N.T.S. 279;

(2)   Allied Control Council Law No. 10 (Dec. 20, 1945);

(3)   Convention on the Prevention and Punishment of the Crime of Genocide, Dec. 9 1948, 78 U.N.T.S. 277;

(4)   Geneva Convention (IV) Relative to the Protection of Civilian Persons in Time of War, Aug. 12, 1949, 75 U.N.T.S. 287;

(5)   Hague Convention for the Suppression of Unlawful Seizure of Aircraft (Hijacking), Dec. 16, 1970, 22 U.S.T. 1641, 860 U.N.T.S. 105;

(6)   International Convention for the Suppression of Terrorist Bombings, Dec. 15, 1997, 2149 U.N.T.S. 284 (entered into force May 23, 2001);

(7)   International Convention for the Suppression of the Financing of Terrorism, Dec. 9, 1999, 2178 U.N.T.S. 229 (entered into force Apr. 10, 2002);

(8)   U.N. Security Council Resolution 1267, U.N. Doc. S/RES/1267 (Oct. 15, 1999);

(9)   U.N. Security Council Resolution 1373, U.N. Doc. S/RES/1373 (Sept. 28, 2001);

(10)  Protocol Additional (I) to the Geneva Conventions of 12 August 1949, and Relating to the Protection of Victims of International Armed Conflict, June 8, 1977, 1125 U.N.T.S. 3;

(11)   Protocol Additional (II) to the Geneva Conventions of 12 August 1949, and Relating to the Protection of Victims of Non-International Armed Conflicts, June 8, 1977, 1125 U.N.T.S. 609;

(12)   Statute of the International Criminal Tribunal for the Former Yugoslavia (ICTY), in Report of the Secretary-General pursuant to paragraph 2 of S.C. Res.808, May 3, 1993, U.N. Doc. 8/25704, adopted unanimously by S.C. Res. 827, U.N. SCOR, 48th Sess., 3217th mtg., 16, U.N. Doc. S/PV.3217 (1993);

(13)   The Convention on the Prevention and Punishment of Crimes Against International Protected Persons, Including Diplomatic Agents, 28 U.S.T. 1975, T.I.A.S. No. 8532 (1977), implemented in 18 U.S.C. § 112l;

(14)   The General Assembly Resolutions on Measures to Prevent International Terrorism, G.A. Res. 40/61 (1985) and G.A. Res. 42/159 (1987); and

(15)   The Convention on the High Seas, April 29, 1958, arts. 14-22 (piracy), 13 U.S.T. 2312, 450 U.N.T.S. 11.

91.   Saudi Arabia's conduct was a substantial cause of the September 11th Attacks and the plaintiffs' injuries, deaths and resulting damages.

WHEREFORE, plaintiffs pray that judgment(s) for relief in the form of an award or awards of monetary damages for personal injury, wrongful death and other appropriate relief be entered on their third cause of action in favor of the plaintiffs individually and as estate representatives and against the defendant Kingdom of Saudi Arabia, with separate awards for each plaintiff, where appropriate, plus interest, costs, punitive damages, treble damages, attorney's fees, and such other relief as the Court deems just and proper.

Dated: New York, New York
        June 1, 2017

KREINDLER & KREINDLER LLP

By:        /s/ James P. Kreindler
           James P. Kreindler (JK7084)
           Justin T. Green (JG0318)
           Andrew J. Maloney, III (AM8684)
           Steven R. Pounian (SP5795)
           750 Third Avenue
           New York, NY  10017
           (212) 687-8181
           (212) 972-9432 (Fax)

Barasch McGarry Salzman Penson & Lim
Michael Barasch, Esq.
11 Park Place, Suite 1801
New York, NY 10007
(212) 385-8000
(212) 385-7845 (fax)

Baumeister and Samuels, P.C.
Michel Baumeister, Esq.
One Exchange Plaza
New York, NY 10006
(212) 363-1200
(212) 363-1346 (fax)

Speiser Krause
Frank Granito, Esq.
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
(914) 220-5333

Jonathan C. Reiter Law Firm PLLC
Jonathan C. Reiter, Esq.
350 Fifth Avenue, Suite 6400
New York, NY 10118
(212) 244-2000

Sullivan Papain Block McGrath & Cannavo P.C.
120 Broadway
New York, NY 10271
(212) 732-9000

Ungaro & Cifuni, Attorneys at Law, LLP
291 Broadway #1400
New York, NY 10007
(212) 766-5800

David M. Peterson, P.C.
65 Broadway
New York, NY 10006
(212) 558-6884

Pitta & Giblin LLP
120 Broadway, 28th Floor
New York, NY 10271
(212) 652-3890