ATTACHMENT

INDEX OF EXHIBITS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE:  TERRORIST ATTACKS ON SEPTEMBER 11, 2001 ) ) ) ) ) | Civil Action No. 03 MDL 1570 (GBD) (SN) ECF Case |

This document relates to:

*Ashton, et al. v. Kingdom of Saudi Arabia*, No. 17-cv-02003
*Ashton, et al. v. al Qaeda, et al.,* No. 02-cv-6977

**INDEX OF EXHIBITS TO PLAINTIFFS' ATTORNEY AFFIDAVIT IN OPPOSITION TO THE MOTIONS TO DISMISS OF THE KINGDOM OF SAUDI ARABIA AND THE SAUDI HIGH COMMISSION**

Exhibit 1       Declaration of Stephen K Moore

Exhibit 2       FBI Report Oct 5, 2012

Exhibit 3       911 Commission Interviews of Thumairy Feb 23-24, 2004

Exhibit 4       911 Commission Interview of Khalil al Khalil Feb 24, 2004l

Exhibit 5       FBI Report Sep 4, 2002

Exhibit 6       911 Commission Interview of Bayoumi Oct 16-17, 2003

Exhibit 7       FTO of al Qaeda Federal Register Volume 64 Issue 195 Friday, October 8, 1999

Exhibit 8       911 Commission Team 1A Omar Al Bayoumi Rental Agreement

Exhibit 9       FBI Report Sep 17, 2003

Exhibit 10      911 Commission Interview FBI Special Agent #1 Nov 17, 2003

Exhibit 11      FBI Report April 2002

Exhibit 12      911 Commission Interview FBI Special Agent #2 Nov 17, 2003

Exhibit 13      Congressional Joint Inquiry Report Excerpt- The 28 Pages

Exhibit 14      Bayoumi's Work History and Status

Exhibit 15    FBI Inspector General Review excerpt

Exhibit 16    911 Commission Tele Link Bayoumi and Aulaqi

Exhibit 17    Treasury Designates Anwar Al-Aulaqi

Exhibit 18    Remarks by the President September 30, 2011

Exhibit 19    FBI Report Oct 25, 2002

Exhibit 20    WAMY Letter from KSA Embassy Nov 15 2001

Exhibit 21    Letter to WAMY from Al Sowailem May 6 2001

Exhibit 22    911 Commission Interview of Shalawi Oct 22, 2003

Exhibit 23    Letter to WAMY from Al Sowailem Oct 19 1995

Exhibit 24    State Department Diplomatic List Summer 2003

Exhibit 25    FBI Vault Investigation September 2002 excerpts

Exhibit 26    State Department Diplomatic List Winter 2004

Exhibit 27    Washington Post U.S. Revokes Visas of 16 at Islamic Institute Jan 29, 2004

Exhibit 28    State Department Press Briefing Saudi Arabia Diplomatic Visas (taken questions) Jan 28, 2004

Exhibit 29    US v Mohamed Docket #88 Defendant's Motions in Limine

Exhibit 30    Treasury Department Releases List of 39 Additional SDGTs Oct 12, 2001

Exhibit 31    Kadi Production Excerpts re Transfer to KSA Embassy

Exhibit 32    Statement Under Oath of Zacarias Moussaoui Oct 20 2004

Exhibit 33    Curacao Commercial Register ASPCOL NV

Exhibit 34    Declaration of James Crum

Exhibit 35    King Fahad Mosque Home Page

Exhibit 36    Treasury Department and United Nations Press Releases

Exhibit 37    US v Bin Laden Indictment Transcript and Exhibit Excerpts

| | |
|---|---|
| Exhibit 38 | United Nations Security Council Letter Dated September14 2004 |
| Exhibit 39 | Madrid Central Trial Court Indictment excerpts |
| Exhibit 40 | 911 Commission Interview FBI SA Rivers |
| Exhibit 41 | US v Mohamed Docket #39 Superseding indictment |
| Exhibit 42 | California Secretary of State Business Entity WSRA |
| Exhibit 43 | Western Somali Relief Agency IRS Form 990 1999 partial |
| Exhibit 44 | US v Mohamed Docket #35 Government's Response and Statement of Facts |
| Exhibit 45 | US v Mohamed 161 Memo of Points and Authorities with Exhibits |
| Exhibit 46 | Treasury Department Designations GRF and AHIF |
| Exhibit 47 | The Kingdom of Saudi Arabia and Counter Terrorism May 2016 Excerpts |
| Exhibit 48 | Department of Defense JTF-GTMO Detainee Assessment SO 567 |
| Exhibit 49 | US v Mohamed Docket #137 Govt Trial Memorandum and #129 |
| Exhibit 50 | US v Mohamed Docket #153 Verdict Excerpts |
| Exhibit 51 | US v Mohamed Docket #25 Travel Excerpts |
| Exhibit 52 | US v Mohamed Docket #188 Judgment |
| Exhibit 53 | 911 and Terrorist Travel Excerpts |
| Exhibit 54 | Statement Under Oath of Zacarias Moussaoui October 21, 2014 |
| Exhibit 55 | AP Saudis US disclose operations on terrorism October 17, 2003 |
| Exhibit 56 | CNN Ex-Saudi ambassador Kingdom could have helped U.S. prevent 911 November 2, 2017 |
| Exhibit 57 | Saudi Embassy News Archives IIASA Announces Plan June 23, 1999 |
| Exhibit 58 | IIASA - One Hundred Years of the Kingdom of Saudi Arabia |
| Exhibit 59 | Al-Qudhaieen v America West Airlines Inc |
| Exhibit 60 | 911 Commission Interview FBI SA January 7 2004 |

| | |
|---|---|
| Exhibit 61 | US v Arnaout Second Superseding Indictment |
| Exhibit 62 | 911 Commission Updated Work Plan June 6, 2003 |
| Exhibit 63 | 911 Commission Interview Qudhaieen October 25-26, 2003 |
| Exhibit 64 | 911 Commission Interview FBI SA Kuhn |
| Exhibit 65 | Constitution and Bylaws of the Saudi Student Club |
| Exhibit 66 | Combating Terrorism Center, U.S. Military Academy Militant Ideology Atlas Excerpt |
| Exhibit 67 | CIA 11 September The Plot and the Plotters |
| Exhibit 68 | Saudi Information Agency Profiles of 911 Saudi Hijackers Revealed |
| Exhibit 69 | 911 Commission Interview FBI SA Jan 5, 2004 |
| Exhibit 70 | U.S. v Ghailani Declaration of Nicholas Lewin excerpts |
| Exhibit 71 | Report of the Congressional Joint Inquiry excerpts |
| Exhibit 72 | Chicago Tribune- 2 Firms linked to al Qaeda Saudi intelligence March 31, 2004 |
| Exhibit 73 | Royal Embassy of Saudi Arabia Basic Law of Governance |
| Exhibit 74 | Royal Embassy of Saudi Arabia King Fahd's Speech on the issuance of the Basic Law of Governance |
| Exhibit 75 | 03-MDL-1570 -  Sean Carter Affirmation Exhibit 14 - A Blessed Occasion Lecture of Deputy Minister |
| Exhibit 76 | Oxford Dictionary of Islam excerpt |
| Exhibit 77 | 03-MDL-1570 - Memorandum Decision and Report and Recommendation October 28, 2013 excerpts |
| Exhibit 78 | 03-MDL-1570 - Judgment April 25, 2014 |
| Exhibit 79 | 03-MDL-1570 - Memorandum Opinion and Order August 2, 2016 |
| Exhibit 80 | Affidavit of Farooq |
| Exhibit 81 | Wael Jelaidan Resume |

| | |
|---|---|
| Exhibit 82 | Observatoire Action Humanitaire Aid Watch |
| Exhibit 83 | Combating Terrorism Center, U.S. Military Academy Abdullah Muhammad Fazul |
| Exhibit 84 | Wikipedia Arabic Saleh bin Abdulaziz Al Alsheikh |
| Exhibit 85 | Al Haramain About Us 2001 2-3 |
| Exhibit 86 | al Haramain About Us 2003 |
| Exhibit 87 | 03-MDL-1570 - Affidavit of Khalid Bin Obaid Azzhari |
| Exhibit 88 | AH00596-599 AHIF Bangladesh Annual Report 2001 |
| Exhibit 89 | Royal Embassy of Saudi Arabia - Saudi Arabia and the United States Take Joint Action |
| Exhibit 90 | CRS Report for Congress Saudi Arabia Terrorist Financing Issues |
| Exhibit 91 | Treasury Department Additional al Haramain Branches and Former Leader Designation |
| Exhibit 92 | Treasury Designates U.S Branch and Director |
| Exhibit 93 | Petition for Delisting Soliman H. al-Buthi |
| Exhibit 94 | Prince Dr. Abdulaziz bin Mohammed bin Ayyaf |
| Exhibit 95 | Riyadh Princes |
| Exhibit 96 | Soliman Hamed Al-Buthi Business Cards |
| Exhibit 97 | Delisting Request |
| Exhibit 98 | US v Al Haramain Statement of Facts |
| Exhibit 99 | Letter Bernabei to Newcomb May 14, 2004 |
| Exhibit 100 | U.S. v Sedaghaty Declaration of Christopher L Cardani February 1, 2010 |
| Exhibit 101 | U.S. v Sedaghaty Declaration of Christopher L Cardani Exh. B al Rajhi Subpoena |
| Exhibit 102 | U.S. v Sedaghaty Declaration of al-Kholaifi February 8, 2010 |

Exhibit 103    Saudi Embassy News Archives September 20, 1999 and Ain al Yaqueen May 26, 2000

Exhibit 104    Shoumar email

Exhibit 105    State Department Cable 06Riyadh8314

Exhibit 106    AHIF and WSRA Email Communications 2000

Exhibit 107    AHIF Monthly Summary Report and checks

Exhibit 108    State Department Cable Islamabad September 28, 1998

Exhibit 109    State Department Cable Islamabad December 21, 1998

Exhibit 110    Islamic Emirate of Afghanistan Communications

Exhibit 111    CNN- Saudis break diplomatic ties with Taliban - September 25, 2001

Exhibit 112    Department of Defense Memorandum JTF-GTMO Detainee Assessment YM 027

Exhibit 113    Bundeskriminalamat Meckenheim - al Haramain

Exhibit 114    Intelligence Online #418 2001 11-29 Saudi Regime Again Betrayed by its Own

Exhibit 115    Department of Defense Memorandum JTF-GTMO Detainee Assessment KU 551dp

Exhibit 116    Department of Defense Memorandum JTF-GTMO Detainee Assessment KU 552

Exhibit 117    Dept of Defense JFT-GTMO Detainee Assessment US9YM-000242DP(S)

Exhibit 118    Department of Defense Memorandum JTF-GTMO Detainee Assessment YM 441

Exhibit 119    AHIF Belgium and Europe Committee

Exhibit 120    Ain Aa Yaqueen April 20, 2001

Exhibit 121    State Department - Patterns of Global Terrorism 2004 Country Reports - excerpts

Exhibit 122    United Nations Security Council Committee - Reasons for Listing - Tarek Al Maaroufi

Exhibit 123    CIA 1996 Report on Balkans Charities

Exhibit 124    Arab News - US urged to give sound proof in Julaidan's case -August 9, 2002

Exhibit 125     Donations by Saudi Princes to Al Qaeda charities

Exhibit 126     Prince Sultan Motion to Dismiss Excerpts

Exhibit 127     The Muslim World Interview of al Obaid July 1997

Exhibit 128     IIRO Pakistan Verification of Receipts and Payments

Exhibit 129     IIRO Letter of August 3, 1994

Exhibit 130     Saudi Press Agency - News agency reports details of Saudi relief aid to Afghanistan - May 19, 2001

Exhibit 131     01-1535 Cr Supplemental Appendix 1035-1037 Jamal al Fadl Videoconference Excerpts

Exhibit 132     Saudi Gazette October 3, 1995

Exhibit 133     FBI Letterhead Memorandum April 26,2005 Excerpts

Exhibit 134     United Nations Security Council Letter Dated December 1, 2003 Excerpts

Exhibit 135     State Department Cable Washington DC April 20, 2004

Exhibit 136     Testimony of Mathew Epstein with Evan Kohlmann March 11,2003

Exhibit 137     Department of Defense Memorandum JTF-GTMO Detainee Assessment SA 516

Exhibit 138     Department of Defense JTF-GTMO Detainee Assessment YM 033

Exhibit 139     State Department Cable 07Khartoum214

Exhibit 140     Arab News - More Aid For Afghans Sought - May 4, 1987

Exhibit 141     Yale University Library - Guide to the Islamic Fundamentalist Audio Recordings Collection excerpt

Exhibit 142     Guardian - Militant Islam's Saudi Paymasters - Feb 29, 1992

Exhibit 143     Naseef 015-017

Exhibit 144     MWL IIRO Memorandum from Tareeq Osama

Exhibit 145     US v. Arnaout - Governments Evidentiary Proffer Supporting Admissibility of Coconspirator Evidence

| | |
|---|---|
| Exhibit 146 | Royal Embassy of Saudi Arabia London - Saudi Arabia Under Attack |
| Exhibit 147 | Letter of October 22, 1995 re Grand Mufti nomination |
| Exhibit 148 | Letter of November 2, 2000 re Turki appointment |
| Exhibit 149 | IIRO Constitution |
| Exhibit 150 | Saudi Embassy News Archives MWL Reports Billion Dollar Saudi Support |
| Exhibit 151 | King's letter re directions to charities |
| Exhibit 152 | Royal Decree re Bangaldesh |
| Exhibit 153 | 03-MDL-1570 - Declaration of Abdullah Bin Saleh Al-Obaid |
| Exhibit 154 | MWL Letter to King re Poland |
| Exhibit 155 | Declaration Abdulaziz H. al Fahad |
| Exhibit 156 | KSA Letter to MWL Embassy DC Criteria |
| Exhibit 157 | KSA letter from Beijing religious attache to IIRO, 5-14-99 |
| Exhibit 158 | KSA letter to MWL re Philippines Institute 9-6-99 |
| Exhibit 159 | MWL form re funding for Mosque in Philippines, 1993 |
| Exhibit 160 | Form letter re applications for financial assistance |
| Exhibit 161 | MWL letter to Ministry of Islamic Affairs re Bulgaria |
| Exhibit 162 | IIRO letter to Minister of Foreign Affairs re forming committee, 11-28-99 |
| Exhibit 163 | IIRO spreadsheet showing KSA relief to Sierra Leone |
| Exhibit 164 | 03-MDL-1570 - Affirmation of Sean P. Carter Exhibit 13 Lecture of Sheikh Saleh |
| Exhibit 165 | 02-cv-01616 DCDC - Declaration Ali Ahmed Al-Kamal |
| Exhibit 166 | MWL statement of revenues and expenditures |
| Exhibit 167 | 02-cv-01616 DCDC - Declaration of Saleh Abdullah al Saykhan |
| Exhibit 168 | Government Profile Majlis al Shura |

| | |
|---|---|
| Exhibit 169 | Saudi Economic Survey October 13, 1999 |
| Exhibit 170 | Kingdom of Saudi Arabia Portal His Eminence Shaykh Bin Baz |
| Exhibit 171 | IIRO letter re KSA as IIRO in Thailand, 5-7-99 |
| Exhibit 172 | MWL seeks loan of government employee |
| Exhibit 173 | Letter re KSA as IIRO in Ethiopia, 9-18-01 |
| Exhibit 174 | Memo regarding MWL in London |
| Exhibit 175 | Pakistani hotel receipts |
| Exhibit 176 | MWL letter re diplomatic passports, 4-24-01 |
| Exhibit 177 | Letter Kabat to Carter June 2, 2107 |
| Exhibit 178 | 1993-2002 correspondence re Philippine full diplomatic immunity same as Malaysia and Indonesia |
| Exhibit 179 | Summary of Development Activities by Khalifa |
| Exhibit 180 | Deed of sale sent to MWL care of KSA in Philippines, 1989 |
| Exhibit 181 | London Sunday Business-Saudi charity comes under fresh scrutiny, 12-22-96 |
| Exhibit 182 | Canada v Jaballah excerpts |
| Exhibit 183 | Directions to transfer MWL funds to KSA Moscow Embassy |
| Exhibit 184 | MWL transfer of Funds to KSA Embassy in Indonesia, 4-00 |
| Exhibit 185 | MWL check to KSA Embassy Zambia, 12-97 |
| Exhibit 186 | US v Noshan Superseding Indictment and MWLIIRO 00065788 KSA payroll Noshan |
| Exhibit 187 | MWL-IIRO letter seeking KSA Germany to receive check for IIRO |
| Exhibit 188 | MWL-IIRO letter to KSA Russia showing IIRO deposit into Embassy Acct, 5-00 |
| Exhibit 189 | Fax showing transfer of funds to KSA Niger paying salaries, 9-21-99 |
| Exhibit 190 | MWL letter to KSA Embassy India |

Exhibit 191     Letter from KSA Asmara Embassy to IIRO re aid to Eritrea

Exhibit 192     Letter from KSA Manila Embassy to IIRO re Rice Purchases

Exhibit 193     IIRO letter to KSA seeking approval of delivery, 9-19-98

Exhibit 194     Letter from KSA Dhaka to IIRO Bangladesh re IIRO aid to military, 2-28-99

Exhibit 195     Letter from KSA to IIRO re KSA distribution dates to religious entities, 3-2-99

Exhibit 196     MWL-IIRO packing list for KSA Embassy

Exhibit 197     KSA Embassy Fax to IIRO re Morocco Association for Children Forms,10-9-00

Exhibit 198     Riyadh Daily - IIRO delivers aid to Lebanon - April 27, 1996

Exhibit 199     Ain al Yaqueen - May 18, 2001 re Bulgaria

Exhibit 200     IIRO Financial Regulations excerpts

Exhibit 201     MWL-IIRO letter to KSA requesting diplomatic plates in India, 7-18-00

Exhibit 202     Letter to IIRO from KSA Embassy Jakarta re Indonesia projects,5-28-01

Exhibit 203     KSA to MWL re Royal Order on Muslim Minority, 7-27-99

Exhibit 204     MWL-IIRO letter to IIRO Eastern Province re Royal Approval for Kosovo donations, 4-21-99

Exhibit 205     MWL-IIRO fax to Moscow Embassy re Russian seizure of IIRO properties, 7-11-00

Exhibit 206     MWL-IIRO letter to Ministry of Islamic Affairs re coordinating, 8-31-01

Exhibit 207     IIRO HQ letter to all IIRO offices to coordinate Ramadan with local KSA embassy, 2-10

Exhibit 208     MWL letter to KSA re MWL care for KSA Switzerland property,6-24-01

Exhibit 209     MWL letter to KSA USA embassy to fund Ethiopian Muslim Assn in Washington, 6-8-99

Exhibit 210     KSA Manila letter to IIRO requesting money for support of Muslims affected by conflict, 5-31-00

| | |
|---|---|
| Exhibit 211 | KSA Islamabad letter to IIRO re KSA embassy steering work of IIRO in Afghanistan, 5-23-01 |
| Exhibit 212 | MWL-IIRO Islamabad letter to Sec-Gen that KSA embassy ordered IIRO not to speak to media, 10-31-01 |
| Exhibit 213 | WAMY Bulletin, letter, notes, Treasury Designation of Batterjee |
| Exhibit 214 | State Department Cable Washington DC November 9, 2002 |
| Exhibit 215 | WAMY USA profit and loss statement and Canada part of WAMY Int'l |
| Exhibit 216 | Bank of Montreal Bank Statement WAMY operating as BIF, 4-5-01 |
| Exhibit 217 | Canada Revenue Agency Notice of Revocation Jan 2012 |
| Exhibit 218 | US v. Arnaout Plea Agreement |
| Exhibit 219 | Canada Revenue Agency - WAMY Revocation |
| Exhibit 220 | WAMY INTL Production re Rageah |
| Exhibit 221 | FBI Timeline excerpt |
| Exhibit 222 | 03-MDL-1570 Affidavit of Abdullah Awad Binladin |
| Exhibit 223 | Transcom Int'l and Deutsche Telekom Bill for Bahaji |
| Exhibit 224 | WAMY agreement with Transcom for printing |
| Exhibit 225 | Aulaqi employment contract |
| Exhibit 226 | 02-cv-01616 DCDC - Declaration Mutaz Saleh Abu Unuq |
| Exhibit 227 | OFAC Middle East Trip Summary of visit to KSA re terror financing |
| Exhibit 228 | Impact International - Obituary of Dr Maneh al Johani |
| Exhibit 229 | WAMY Trustees Dr. al Ayed |
| Exhibit 230 | The Bin Ladens by Steve Coll excerpts |
| Exhibit 231 | WAMY INTL 7713 Bin Faris payroll |
| Exhibit 232 | Letter to Sec-Gen re WAMY request for KSA to buy DC building for WAMY, 7-22-92 |

Exhibit 233    KSA's IIASA letter to WAMY re funding GW student daughter of IIASA teacher, 6-15-01

Exhibit 234    WAMY payment voucher for IIASA phone bill, 1-6-94

Exhibit 235    IASA staff fairwell party WAMY sponsorship, 6-17-01

Exhibit 236    KSA Embassy, New Delhi to WAMY re financing building 31 mosques in India, 2-29-00

Exhibit 237    03-MDL-1570 Saudi High Commission -Motion to Dismiss -June 25,2004 Excerpts

Exhibit 238    Defense Intelligence Agency FOIA Response excerpts

Exhibit 239    German Federal Office of Criminal Investigation report on TWRA excerpt

Exhibit 240    FBI Interviews of Jamal al Fadl excerpts

Exhibit 241    03-MDL-1570 Declaration of Ali Ahmad Ali Hamad, March 4, 2008

Exhibit 242    Department of Defense JTTF-GTMO Detainee Assessment SA 005

Exhibit 243    State Department Cable September 9, 2002 Bosnias Dirty Dozen

Exhibit 244    Statement of Yasin Kadi to OFAC Excerpts and Treasury Designations

Exhibit 245    al Sharq al Awsat account of Prince Salman's trip to Bosnia

Exhibit 246    Kadi Discovery SHC - KA Stan

Exhibit 247    03-MDL-1570 SHC Declarations

Exhibit 248    03-MDL-1570 Declaration Abdulrahman al-Suwailem SJRC

Exhibit 249    Declaration of Abdul Rahman Swailem of April 2, 2004

Exhibit 250    Saudi Embassy News Archives - King Fahd orders relief aid for Afghanis - March 17, 2001

Exhibit 251    Saudi Embassy News Archives Jan, April, May, July 2001

Exhibit 252    Without Precedent by Thomas H Kean and Lee H Hamilton excerpt

Exhibit 253    The Commission by Philip Shenon excerpt

Exhibit 254    Declaration of Richard Ben Veniste October 12, 2017

Exhibit 255    ODNI Abbottabad Documents excerpts

Exhibit 256    03-MDL-1570 Affidavit of Bakr Binladin January 27, 2006 Excerpt

Exhibit 257    State Department Cable Islamabad November 10, 1998

Exhibit 258    Saudi Embassy News Archives - Prince Nayef Gives Press Conference - October 20, 2001

Exhibit 259    Ghost Wars by Steve Coll excerpt

Exhibit 260    911 Commission Staff Statement No.5 Diplomacy

Exhibit 261    Frontline Interview Prince Bandar Bin Sultan - Late September,2001

Exhibit 262    Taliban by Ahmed Rashid Excerpt

Exhibit 263    CIA report on Ariana Airlines of July 29, 1999 excerpts

Exhibit 264    Ariana Airlines Schedule Advisory



**GLOBAL LINK LANGUAGE SERVICES, INC**
**YOUR LINK TO THE WORLD**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
(617) 451-6644 Facsimile
www.languagetranslate.com
info@languagetranslate.com

## CERTIFICATION

**Date: November 6, 2017**

We hereby certify and confirm that the below mentioned documents are a true and accurate **English translation** of the **Arabic, Spanish, and Bosnian documents** presented to us, and has been translated to the best of our professional ability.

**Bosnian to English**

Kadi 0125792
Kadi 0126079
Kadi 0122337

**Spanish to English**

Madrid Central Trial Court Indictment pages 1, 52-56, 92-96

**Arabic to English**

DA 000089-000090
DA 000092-000093

IIRO 001433-001434
IIRO 095784, 096111-096113
IIRO 149637
IIRO 179846-179849
IIRO 278601-278602
IIRO 278669
IIRO 279261-279262
IIRO 279893
IIRO 27989

IIRO 280056-280057
IIRO 280167-280168
IIRO 280175
IIRO 280178
IIRO 280222
IIRO 283210
IIRO 284663
IIRO 284702
IIRO 284748
IIRO 284778
IIRO 284675
IIRO 284905
IIRO 284963
IIRO 285002
IIRO 285013
IIRO 285019
IIRO 341227
IIRO 341264

MWL 05027
MWL 006894-006896
MWL 008608-008611
MWL 052648
MWL 052935
MWL 056784
MWL 056830
MWL 056839
MWL 058614
MWL 058847-058848
MWL 059172
MWL 075724
MWL 081699
MWL 085551

MWLIIRO 00010995
MWLIIRO 00011004
MWLIIRO 00083315

WAMY INTL E015016-E015017
WAMY SA1490
WAMY SA2683
WAMY SA2954
WAMY SA3822
WAMY SA 058905

Al Sharq al Awsat Report of September 18, 2000

Sincerely,

*[signature]*

Anthony Federico
Global Link Language Services, Inc.

*[signature]*

Notary Public:
My commission expires on:
January 29, 2021

*[Notary seal: Marie Delaney, Notary Public, Commonwealth of Massachusetts, My Commission Expires Jan. 29, 2021]*