UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001

### DEFENDANT JALAIDAN'S DECEMBER 2017 STATUS REPORT

The Honorable Judge Netburn,

    Since the last status report, Defendant Jalaidan has no new information to report. Defense counsel has called the OFAC hotline twice since the last status report, and both times the result has been the same: an automated reply stating that this case is pending. In Defense counsel's experience with the government, these few weeks during the holidays are especially slow. Defense counsel does not expect any action in this case until January.

Respectfully Submitted,

_____
Martin F. McMahon, *esq*.
Martin McMahon & Associates
*Attorney for Defendant*

---

The Court deems this status report to be sufficient. Counsel is directed to continue his efforts to communicate directly and proactively with OFAC to pursue the approval of the necessary license. In light of the holiday schedule, the next status report shall be due on February 4, 2018.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

December 28, 2017
New York, New York

1