UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
| | ECF Case |

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case *Burlingame v. Bin Laden, et al.*, 02-cv-7230)

*Ashton, et al. v. Kingdom of Saudi Arabia*, 17-cv-02003 (GBD)(SN)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned firm hereby appears in this action as attorney for the following plaintiffs:

1. **Irene Dickey**, Individually as Spouse and as Personal Representative of the Estate of Joseph Dickey, Deceased;

2. **Jacqueline Eaton-Garland**, Individually and as Personal Representative of the Estate of Robert Garland, Deceased;

3. **Joanne Kelly**, Individually as Spouse and as Personal Representative of the Estate of James Kelly, Deceased;

4. **Lisa O'Brien**, Individually and as Personal Representative of the Estate of Timothy M. O'Brien, Deceased;

5. **Dara Seaman**, Individually and as Personal Representative of the Estate of Michael Seaman, Deceased;

6. **Susan Sliwak**, Individually as Spouse and as Personal Representative of the Estate of Robert F. Sliwak, Deceased; and

7. **Allison Wallice**, Individually and as Personal Representative of the Estate of John Wallice, Jr. Deceased.

Dated: April 9, 2018

                                                    Respectfully submitted,
                                                   Law Office of John F. Schutty, P.C.

                                                   By: *John F. Schutty*_____
                                                       John F. Schutty
                                                       (JS 2173)
                                                271 Main Street, 2nd Floor
                                                Eastchester, NY 10709
                                                Tel: (914) 202-0076
                                                Fax: (917) 591-5980
                                                john@johnschutty.com

To: All Counsel of Record via ECF