UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:                                                                    03-MDL-1570 (GBD)(SN)

TERRORIST ATTACKS ON                          **SAUDI ARABIA**
SEPTEMBER 11, 2001                               **NOTICE OF AMENDMENT**
------------------------------------------------------------------X

This document relates to: *Ashton v. Kingdom of Saudi Arabia*, No. 17-CV-2003 (GBD)(SN)

      Plaintiff files this Notice of Amendment with respect to the underlying Complaint in the

above-referenced matter, ECF No. 1, as permitted and approved by the Court's Order of July 10,

2018, ECF No. 4045.  Upon the filing of this Notice of Amendment, the underlying Complaint is

deemed amended to add the individual listed below (the "New Plaintiff") as a plaintiff raising

claims against the Kingdom of Saudi Arabia.  The underlying Complaint is deemed amended to

include the factual allegations, jurisdictional allegations, and jury trial demand, as indicated

below, of (a) the Consolidated Amended Complaint as to the Kingdom of Saudi Arabia, ECF No.

3463, or (b) the Complaint Against the Kingdom of Saudi Arabia, Ashton v. Kingdom of Saudi

Arabia, No. 17-CV-2003 (GBD)(SN) (S.D.N.Y. Mar. 30, 2017), ECF No. 1, as well as all causes

of action specified below.  The amendment effected through this Notice of Amendment

supplements by incorporation into, but does not displace, the underlying Complaint.  This Notice

of Amendment relates solely to the Kingdom of Saudi Arabia and does not apply to any other

defendant.

      Upon filing this Saudi Arabia Notice of Amendment, the New Plaintiff is deemed to have

adopted all factual and jurisdictional allegations of the complaint that have been joined as

specified below; all prior filings in connection with that complaint; and all prior Orders and

rulings of the Court in connection with that complaint.

## CAUSES OF ACTION

The New Plaintiff referenced herein adopts and incorporates herein by reference the following factual allegations, jurisdictional allegations, and jury trial demand in the following complaint [**check only one complaint**] and the following causes of action set forth in that complaint:

☐ **Consolidated Amended Complaint as to the Kingdom of Saudi Arabia, ECF No. 3463 (check all causes of action that apply)**

    ☐ COUNT I - Aiding and Abetting and Conspiring with Al Qaeda to Commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(d) (JASTA).

    ☐ COUNT II - Aiding and Abetting and Conspiring with Al Qaeda to Commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(a).

    ☐ COUNT III - Committing Acts of International Terrorism in violation of 18 U.S.C. § 2333.

    ☐ COUNT IV - Wrongful Death.

    ☐ COUNT VI - Alien Tort Claims Act.

    ☐ COUNT VII - Assault and Battery.

    ☐ COUNT VIII - Conspiracy.

    ☐ COUNT IX - Aiding and Abetting.

    ☐ COUNT X - Intentional Infliction of Emotional Distress.

    ☐ COUNT XII - Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Supervising Employees and Agents.

    ☐ COUNT XIII - Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents.

☐     COUNT XIV - 18 U.S.C. § 1962(a)-(d) - CIVIL RICO.

☐     COUNT XV - Trespass.

☐     COUNT XVI - Violations of International Law.

■   **Complaint Against the Kingdom of Saudi Arabia, <u>Ashton v. Kingdom of Saudi Arabia</u>, No. 17-CV-2003 (GBD)(SN) (S.D.N.Y. Mar. 30, 2017), ECF No. 1 (check all causes of action that apply)**

    ■   First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 et seq. (the Anti-Terrorism Act or ATA)

    ☐   First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 et seq. (the Anti-Terrorism Act or ATA)

    ■   Second Cause of Action for Wrongful Death Damages Pursuant to State Tort Law

    ☐   Second Cause of Action for Personal Injury Damages Pursuant to State Tort Law

    ■   Third Cause of Action for Wrongful Death Damages Pursuant to the Alien Tort Claims Act

    ☐   Third Cause of Action for Personal Injury Damages Pursuant to the Alien Tort Claims Act

### IDENTIFICATION OF NEW PLAINTIFFS

The New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001. The following chart lists the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph of the underlying Complaint discussing the decedent and/or the decedent's estate.

| New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|
| Gallucci, Joseph D. | New Jersey | U.S. Citizen | Vincenzo Gallucci | Son of decedent | Paragraph 1 |

Dated: July 31, 2018

Respectfully submitted,

  /s/ Dorothea M. Capone
Dorothea M. Capone (DC8582)
BAUMEISTER & SAMUELS, P.C.
140 Broadway, 46th Floor
New York, New York 10005
Phone: (212) 363-1200
Email: tcapone@baumeisterlaw.com
**COUNSEL FOR PLAINTIFFS**