UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
|---|---|
| | ECF Case |

This document relates to:

*Ashton, et al. v. Kingdom of Saudi Arabia*, 17-cv-02003 (GBD)(SN)

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

To the Clerk of Court and all parties of record: I am admitted and authorized to practice

in this Court, and I appear in this case as counsel for the following subset of plaintiffs (the

"Bauer Plaintiffs") in the above consolidated action:

VIRGINIA BAUER, Individually, and as Executrix of the Estate of W. DAVID BAUER, II, Deceased;

VIRGINIA BAUER, as surviving Spouse of W. DAVID BAUER, II, Deceased;

W. DAVID BAUER, III, as surviving Child of W. DAVID BAUER, II, Deceased;

STEPHEN BAUER, as surviving Child of W. DAVID BAUER, II, Deceased;

JACQUELINE BAUER, as surviving Child of W. DAVID BAUER, II, Deceased;

DOROTHY BAUER, Individually, and as Executrix of the Estate of WALTER D. BAUER, Deceased, as surviving Parent of W. DAVID BAUER, II, Deceased;

DOROTHY BAUER, as surviving Parent of W. DAVID BAUER, II, Deceased;

GRETCHEN ABERNATHY, as surviving Sibling of W. DAVID BAUER, II, Deceased;

HEIDI BAUER-POLLARD, as surviving Sibling of W. DAVID BAUER, II, Deceased;

ROBERT G. BAUER, as surviving Sibling of W. DAVID BAUER, II, Deceased;

LISA BEAMER, Individually, and as Executrix of the Estate of TODD M. BEAMER, Deceased;

LISA BEAMER, as surviving Spouse of TODD M. BEAMER, Deceased;

LISA BEAMER, as Mother and Natural Guardian of A.T.B., a minor, as surviving Child of TODD M. BEAMER, Deceased;

LISA BEAMER, as Mother and Natural Guardian of M.K.B., a minor, as surviving Child of TODD M. BEAMER, Deceased;

DAVID P. BEAMER, as surviving Child of TODD M. BEAMER, Deceased;

DAVID BEAMER, as surviving Parent of TODD M. BEAMER, Deceased;

MARGARET BEAMER, as surviving Parent of TODD M. BEAMER, Deceased;

MELISSA WILSON, as surviving Sibling of TODD M. BEAMER, Deceased;

MICHELE BEAMER-SORENSEN, as surviving Sibling of TODD M. BEAMER, Deceased;

SUSAN BEATINI, Individually, and as Administratrix of the Estate of PAUL F. BEATINI, Deceased;

SUSAN BEATINI, as surviving Spouse of PAUL F. BEATINI, Deceased;

JULIA BEATINI, as surviving Child of PAUL F. BEATINI, Deceased;

DARIA BEATINI, as surviving Child of PAUL F. BEATINI, Deceased;

MARK BEATINI, Individually, and as Executor of the Estate of MICHAEL C. BEATINI, Deceased, as surviving Parent of PAUL F. BEATINI, Deceased;

MARK BEATINI, Individually, and as Executor of the Estate of DORIS BEATINI, Deceased, as surviving Parent of PAUL F. BEATINI, Deceased;

THOMAS BEATINI and NANDA BEATINI, Individually, and as Co-Administrators of the Estate of MICHAEL L. BEATINI, surviving Sibling of PAUL F. BEATINI, Deceased;

MARK BEATINI, as surviving Sibling of PAUL F. BEATINI, Deceased;

THOMAS BEATINI, as surviving Sibling of PAUL F. BEATINI, Deceased;

NANDA BEATINI, as surviving Sibling of PAUL F. BEATINI, Deceased;

PANDORA BHARVANEY, Individually, and as Administratrix of the Estate of ANIL T. BHARVANEY, Deceased;

PANDORA BHARVANEY, as surviving Spouse of ANIL T. BHARVANEY, Deceased;

CATHYANN BONNETT, Individually, and as Administratrix of the Estate of COLIN BONNETT, Deceased;

CATHYANN BONNETT, as surviving Spouse of COLIN BONNETT, Deceased;

KODY BONNETT, as surviving Child of COLIN BONNETT, Deceased;

JULIA V. BONNETT, as surviving Parent of COLIN BONNETT, Deceased;

AUBREY A. PARRIS, as surviving Parent of COLIN BONNETT, Deceased;

HEATHER BONNETT, as surviving Sibling of COLIN BONNETT, Deceased;

DEBORAH BOWDEN HART, Individually, and as Executrix of the Estate of THOMAS BOWDEN, Deceased;

DEBORAH BOWDEN HART, as surviving Spouse of THOMAS BOWDEN, Deceased;

DEBORAH BOWDEN HART, as Mother and Natural Guardian of A.V.B.H., a minor, as surviving Child of THOMAS BOWDEN, Deceased;

DEBORAH BOWDEN HART, as Mother and Natural Guardian of S.J.B.H., a minor, as surviving Child of THOMAS BOWDEN, Deceased;

JAMES BOWDEN, as surviving Sibling of THOMAS BOWDEN, Deceased;

JENNIFER HENRY, Individually, and as Administratrix of the Estate of SHAWN E. BOWMAN, JR., Deceased;

JENNIFER HENRY, as surviving Spouse of SHAWN E. BOWMAN, JR., Deceased;

JENNIFER HENRY, as Mother and Natural Guardian of L.E.B.H., a minor, as surviving Child of SHAWN E. BOWMAN, JR., Deceased;

JENNIFER HENRY, as Mother and Natural Guardian of J.S.B.H., a minor, as surviving Child of SHAWN E. BOWMAN, JR., Deceased;

SHAWN E. BOWMAN, SR., as surviving Parent of SHAWN E. BOWMAN, JR., Deceased;

CAROL A. BOWMAN, as surviving Parent of SHAWN E. BOWMAN, JR., Deceased;

JAMES E. BOWMAN, as surviving Sibling of SHAWN E. BOWMAN, JR., Deceased;

JENNIFER BRENNAN WATERHOUSE, Individually, and as Administratrix of the Estate of THOMAS BRENNAN, Deceased;

JENNIFER BRENNAN WATERHOUSE, as surviving Spouse of THOMAS BRENNAN, Deceased;

JENNIFER BRENNAN WATERHOUSE, as Mother and Natural Guardian of T.M.B., a minor, as surviving Child of THOMAS BRENNAN, Deceased;

JENNIFER BRENNAN WATERHOUSE, as Mother and Natural Guardian of C.A.B., a minor, as surviving Child of THOMAS BRENNAN, Deceased;

JOHN V. BRENNAN, as surviving Parent of THOMAS BRENNAN, Deceased;

ANITA BRENNAN, as surviving Parent of THOMAS BRENNAN, Deceased;

JOHN O. BRENNAN, as surviving Sibling of THOMAS BRENNAN, Deceased;

PAUL BRENNAN, as surviving Sibling of THOMAS BRENNAN, Deceased;

MARY BETH MAGEE, as surviving Sibling of THOMAS BRENNAN, Deceased;

MICHAEL BRENNAN, as surviving Sibling of THOMAS BRENNAN, Deceased;

LAURA BUSTILLO, Individually, and as Administratrix of the Estate of MILTON BUSTILLO, Deceased;

LAURA BUSTILLO, as surviving Spouse of MILTON BUSTILLO, Deceased;

LAURA BUSTILLO, as Mother and Natural Guardian of A.B., a minor, as surviving Child of MILTON BUSTILLO, Deceased;

DAYNA SPORDONE, as surviving Stepchild of MILTON BUSTILLO, Deceased;

MARGARITA BETTER, as surviving Parent of MILTON BUSTILLO, Deceased;

DISSA BUSTILLO, Individually, and as Personal Representative of the Estate of GILBERTO BUSTILLO, SR., as surviving Parent of MILTON BUSTILLO, Deceased;

DISSA BUSTILLO, as surviving Sibling of MILTON BUSTILLO, Deceased;

HENRY BUSTILLO, as surviving Sibling of MILTON BUSTILLO, Deceased;

MIRNA BUSTILLO, as surviving Sibling of MILTON BUSTILLO, Deceased;

GILBERTO BUSTILLO, JR., as surviving Sibling of MILTON BUSTILLO, Deceased;

ELIZABETH CANDELA, Individually, and as Administratrix of the Estate of JOHN ANTHONY CANDELA, Deceased;

ELIZABETH CANDELA, as surviving Spouse of JOHN ANTHONY CANDELA, Deceased;

JULIETTE CANDELA, as surviving Child of JOHN ANTHONY CANDELA, Deceased;

JOHN ARTHUR CANDELA, as surviving Child of JOHN ANTHONY CANDELA, Deceased;

JOSEPH G. CANDELA, Individually, and as Executor of the Estate of JOHN C. CANDELA, Deceased, as surviving Parent of JOHN ANTHONY CANDELA, Deceased;

JOSEPH G. CANDELA, Individually, and as Executor of the Estate of PHYLLIS CANDELA, Deceased, as surviving Parent of JOHN ANTHONY CANDELA, Deceased;

JOSEPH G. CANDELA, as surviving Sibling of JOHN ANTHONY CANDELA, Deceased;

VALERIE SPELLER, as surviving Sibling of JOHN ANTHONY CANDELA, Deceased;

KAREN ANN MEE, as surviving Sibling of JOHN ANTHONY CANDELA, Deceased;

JOAN BRADY, as surviving Sibling of JOHN ANTHONY CANDELA, Deceased;

MARIE CARLINO, Individually, and as Executrix of the Estate of EDWARD CARLINO, Deceased;

MARIE CARLINO, as surviving Spouse of EDWARD CARLINO, Deceased;

LISA TORRES, as surviving Child of EDWARD CARLINO, Deceased;

MARY CARLINO, as surviving Parent of EDWARD CARLINO, Deceased;

SALVATORE CARLINO, as surviving Parent of EDWARD CARLINO, Deceased;

TERESEA CUNNINGHAM, Individually, and as Administratrix of the Estate of MICHAEL J. CUNNINGHAM, Deceased;

TERESEA CUNNINGHAM, as surviving Spouse of MICHAEL J. CUNNINGHAM, Deceased;

TERESA CUNNINGHAM, as Mother and Natural Guardian of W.C., a minor, as MICHAEL J. CUNNINGHAM, Deceased;

PAUL CUNNINGHAM, as surviving Sibling of MICHAEL J. CUNNINGHAM, Deceased;

JULIEANNE CUNNIINGHAM, as surviving Sibling of MICHAEL J. CUNNINGHAM, Deceased;

BERNADETTE T. HAYES, as surviving Sibling of MICHAEL J. CUNNINGHAM, Deceased;

SEAN CUNNINGHAM, as surviving Sibling of MICHAEL J. CUNNINGHAM, Deceased;

ANDREW CUNNINGHAM, as surviving Sibling of MICHAEL J. CUNNINGHAM, Deceased;

KAREN D'AMBROSI, Individually, and as Executrix of the Estate of JACK L. D'AMBROSI, JR., Deceased;

KAREN D'AMBROSI, as surviving Spouse of JACK L. D'AMBROSI, JR., Deceased;

JACQUELINE D'AMBROSI, as surviving Child of JACK L. D'AMBROSI, JR., Deceased;

EMILY D'AMBROSI, as surviving Child of JACK L. D'AMBROSI, JR., Deceased;

TINA D'AMBROSI, Individually, and as Executrix of the Estate of JACK L. D'AMBROSI, SR., Deceased, as surviving Parent of JACK L. D'AMBROSI, JR., Deceased;

DENISE BONOLI, as surviving Sibling of JACK L. D'AMBROSI, JR., Deceased;

DEAN J. D'AMBROSI, as surviving Sibling of JACK L. D'AMBROSI, JR., Deceased;

MARY DANAHY, Individually, and as Executrix of the Estate of PATRICK W. DANAHY, Deceased;

6

MARY DANAHY, as surviving Spouse of PATRICK W. DANAHY, Deceased;

MARY DANAHY, as Mother and Natural Guardian of K.T.D., a minor, as surviving Child of PATRICK W. DANAHY, Deceased;

MARY DANAHY, as Mother and Natural Guardian of G.A.D, a minor, as surviving Child of PATRICK W. DANAHY, Deceased;

ALISON M. DANAHY, as surviving Child of PATRICK W. DANAHY, Deceased;

JOHN DIMEGLIO, Individually, and as Administrator of the Estate of DAVID DIMEGLIO, Deceased;

JOHN DIMEGLIO, as surviving Parent of DAVID DIMEGLIO, Deceased;

PATTI S. DIMEGLIO, as surviving Parent of DAVID DIMEGLIO, Deceased;

DANIEL DIMEGLIO, as surviving Sibling of DAVID DIMEGLIO, Deceased;

SANDRA FELT, Individually, and as Executrix of the Estate of EDWARD P. FELT, Deceased;

SANDRA FELT, as surviving Spouse of EDWARD P. FELT, Deceased;

KATHRYN FELT, as surviving Child of EDWARD P. FELT, Deceased;

ADRIENNE FELT, as surviving Child of EDWARD P. FELT, Deceased;

SHIRELY A. FELT, as surviving Parent of EDWARD P. FELT, Deceased;

LAWRENCE FELT, as surviving Sibling of EDWARD P. FELT, Deceased;

GORDON FELT, as surviving Sibling of EDWARD P. FELT, Deceased;

NANCY FOSTER, Individually, and as Administratrix of the Estate of NOEL J. FOSTER, Deceased;

NANCY FOSTER, as surviving Spouse of NOEL J. FOSTER, Deceased;

NANCY FOSTER, as Mother and Natural Guardian of MEGAN FOSTER, an incapacitated adult, as surviving Child of NOEL J. FOSTER, Deceased;

NICOLE FOSTER, as surviving Child of NOEL J. FOSTER, Deceased;

BARBARA GALLUCCI, Individually, and as Administratrix of the Estate of VINCENZO GALLUCCI, Deceased;

BARBARA GALLUCCI, as surviving Spouse of VINCENZO GALLUCCI, Deceased;

ALYSSA GALLUCCI, as surviving Child of VINCENZO GALLUCCI, Deceased;

JOSEPH D. GALLUCCI, as surviving Child of VINCENZO GALLUCCI, Deceased;

ANGELA GALLUCCI, as surviving Parent of VINCENZO GALLUCCI, Deceased;

JOSEPH GALLUCCI, as surviving Parent of VINCENZO GALLUCCI, Deceased;

FILOMENA GRACE SANTORELLI, as surviving Sibling of VINCENZO GALLUCCI, Deceased;

MICHAEL J. GIORDANO, Individually, and as Administrator of the Estate of DONNA GIORDANO, Deceased;

MICHAEL J. GIORDANO, as surviving Child of DONNA GIORDANO, Deceased;

DOMENICK D'AMBOLA, Individually, and as Personal Representative of the Estate of JESSAMINE D'AMBOLA, Deceased, as surviving Parent of DONNA GIORDANO, Deceased;

DOMENICK D'AMBOLA, as surviving Parent of DONNA GIORDANO, Deceased;

ELAINE BARRETT, as surviving Sibling of DONNA GIORDANO, Deceased;

LYZBETH GLICK BEST, Individually, and as Administratrix of the Estate of JEREMY GLICK, Deceased;

LYZBETH GLICK BEST, as surviving Spouse of JEREMY GLICK, Deceased;

LYZBETH GLICK BEST, as Mother and Natural Guardian of E.G., a minor, as surviving Child of JEREMY GLICK, Deceased;

LLOYD GLICK, as surviving Parent of JEREMY GLICK, Deceased;

JOAN GLICK, as surviving Parent of JEREMY GLICK, Deceased;

JENNIFER GLICK, as surviving Sibling of JEREMY GLICK, Deceased;

JED GLICK, as surviving Sibling of JEREMY GLICK, Deceased;

JARED GLICK, as surviving Sibling of JEREMY GLICK, Deceased;

JOANNA GLICK, as surviving Sibling of JEREMY GLICK, Deceased;

JONAH GLICK, as surviving Sibling of JEREMY GLICK, Deceased;

JILL GOLDSTEIN, Individually, and as Administratrix of the Estate of STEVEN GOLDSTEIN, Deceased;

JILL GOLDSTEIN, as surviving Spouse of STEVEN GOLDSTEIN, Deceased;

JILL GOLDSTEIN, as Mother and Natural Guardian of H.G., a minor, as surviving Child of STEVEN GOLDSTEIN, Deceased;

HANNA GOLDSTEIN, as surviving Child of STEVEN GOLDSTEIN, Deceased;

ELSA G. STRONG, Individually, and as Executrix of the Estate of LINDA K. GRONLUND, Deceased;

DORIS GRONLUND, as surviving Parent of LINDA K. GRONLUND, Deceased;

BARBARA GRONLUND, Individually, and as Personal Representative of the Estate of ARTHUR G. GRONLUND, Deceased, as surviving Parent of LINDA K. GRONLUND, Deceased;

ELSA G. STRONG, as surviving Sibling of LINDA K. GRONLUND, Deceased;

EILEEN HANNAFORD, Individually, and as Administratrix of the Estate of KEVIN J. HANNAFORD, Deceased;

EILEEN HANNAFORD, as surviving Spouse of KEVIN J. HANNAFORD, Deceased;

EILEEN HANNAFORD, as Mother and Natural Guardian of K.J.H., a minor, as surviving Child of KEVIN J. HANNAFORD, Deceased;

EILEEN HANNAFORD, as Mother and Natural Guardian of P.H., a minor, as surviving Child of KEVIN J. HANNAFORD, Deceased;

BARBARA RACHKO, Individually, and as Administratrix of the Estate of BRYAN JACK, Deceased;

BARBARA RACHKO, as surviving Spouse of BRYAN JACK, Deceased;

JAMES T. JACK, Individually, and as Personal Representative of the Estate of JAMES

9

H. JACK, Deceased, as surviving Parent of BRYAN JACK, Deceased;

JAMES T. JACK, Individually, and as Executor of the Estate of HELEN M. JACK, Deceased, as surviving Parent of BRYAN JACK, Deceased;

JAMES T. JACK, as surviving Sibling of BRYAN JACK, Deceased;

THOMAS S. JOHNSON, Individually, and as Administrator of the Estate of SCOTT JOHNSON, Deceased;

THOMAS S. JOHNSON, as surviving Parent of SCOTT JOHNSON, Deceased;

MARGARET ANN JOHNSON, as surviving Parent of SCOTT JOHNSON, Deceased;

MARGARET WAGER, Individually, and as Executrix of the Estate of THOMAS P. JOHNSON, Deceased, as surviving Sibling of SCOTT JOHNSON, Deceased;

MARGARET WAGER, as surviving Sibling of SCOTT JOHNSON, Deceased;

MICHELE JONES FERRELL, Individually, and as Executrix of the Estate of DONALD T. JONES, II, Deceased;

MICHELE JONES FERRELL, as surviving Spouse of DONALD T. JONES, II, Deceased;

MICHELE JONES FERRELL, as Mother and Natural Guardian of D.T.J., a minor, as surviving Child of DONALD T. JONES, II, Deceased;

TAYLOR N. JONES, as surviving Child of DONALD T. JONES, II, Deceased;

JUDITH JONES, Individually, and as Executrix of the Estate of DONALD T. JONES, SR., as surviving Parent of DONALD T. JONES, II, Deceased;

JUDITH JONES, as surviving Parent of DONALD T. JONES, II, Deceased;

WILLIAM B. JONES, as surviving Sibling of DONALD T. JONES, II, Deceased;

LORI KANE, Individually, and as Administratrix of the Estate of HOWARD KANE, Deceased;

LORI KANE, as surviving Spouse of HOWARD KANE, Deceased;

JASON B. KANE, as surviving Child of HOWARD KANE, Deceased;

10

ROCHELLE KANE, as surviving Parent of HOWARD KANE, Deceased;

ADAM KANE, Individually, and as Executor of the Estate of BRUCE KANE, Deceased, as surviving Parent of HOWARD KANE, Deceased;

ADAM KANE, as surviving Sibling of HOWARD KANE, Deceased;

HOLLY ANN TANZ, as surviving Sibling of HOWARD KANE, Deceased;

ROSE KELLER D'ALESSANDRO, Individually, and as Administratrix of the Estate of JOSEPH J. KELLER, Deceased;

ROSE KELLER D'ALESSANDRO, as surviving Spouse of JOSEPH J. KELLER, Deceased;

ROSE KELLER D'ALESSANDRO, as Mother and Natural Guardian of S.K., a minor, as surviving Child of JOSEPH J. KELLER, Deceased;

JOSEPH DANIEL KELLER, as surviving Child of JOSEPH J. KELLER, Deceased;

JUNE SASLOW, as surviving Parent of JOSEPH J. KELLER, Deceased;

JENNIFER LUTZ, as surviving Sibling of JOSEPH J. KELLER, Deceased;

H. MICHAEL KEDEN, Individually, and as Executor of the Estate of ADAM J. LEWIS, Deceased;

PATRICIA D. LEWIS, as surviving Spouse of ADAM J. LEWIS, Deceased;

PATRICIA D. LEWIS, as Mother and Natural Guardian of S.L., a minor, as surviving Child of ADAM J. LEWIS, Deceased;

REILLY LEWIS, as surviving Child of ADAM J. LEWIS, Deceased;

ARTHUR LEWIS, as surviving Child of ADAM J. LEWIS, Deceased;

CAROLINE LEWIS, as surviving Child of ADAM J. LEWIS, Deceased;

GERALDINE LEWIS, as surviving Parent of ADAM J. LEWIS, Deceased;

PAMELA PASSERETTA, as surviving Sibling of ADAM J. LEWIS, Deceased;

KATHRYN HEBERT, as surviving Sibling of ADAM J. LEWIS, Deceased;

CAMERON F. MACRAE, III, Individually, and as Administrator of the Estate of CATHERINE F. MACRAE, Deceased;

CAMERON F. MACRAE, III, as surviving Parent of CATHERINE F. MACRAE, Deceased;

ANN B. MACRAE, as surviving Parent of CATHERINE F. MACRAE, Deceased;

ANN C. MACRAE, as surviving Sibling of CATHERINE F. MACRAE, Deceased;

AUDREY MAGNUSON, Individually, and as Executrix of the Estate of RONALD E. MAGNUSON, Deceased;

AUDREY MAGNUSON, as surviving Spouse of RONALD E. MAGNUSON, Deceased;

JEFFREY A. MAGNUSON, as surviving Child of RONALD E. MAGNUSON, Deceased;

SHERYL A. MAGNUSON, as surviving Child of RONALD E. MAGNUSON, Deceased;

KNUT MAGNUSON, as surviving Sibling of RONALD E. MAGNUSON, Deceased;

KATHERINE MAHER, Individually, and as Executrix of the Estate of DANIEL L. MAHER, Deceased;

KATHERINE MAHER, as surviving Spouse of DANIEL L. MAHER, Deceased;

DANIEL R. MAHER, as surviving Child of DANIEL L. MAHER, Deceased;

JOSEPH MAHER, as surviving Child of DANIEL L. MAHER, Deceased;

JAMES MAHER, Individually, and as Executor of the Estate of JEANNE MAHER, Deceased, as surviving Parent of DANIEL L. MAHER, Deceased;

JAMES MAHER, as surviving Sibling of DANIEL L. MAHER, Deceased;

JEANNE BRANDOFINO, as surviving Sibling of DANIEL L. MAHER, Deceased;

CHRISTINA MAHER, Individually, and as Executrix of the Estate of RAYMOND MAHER, JR., Deceased, as surviving Sibling of DANIEL L. MAHER, Deceased;

MARGARET MEYER, Individually, and as Executrix of the Estate of DAVID R. MEYER, Deceased;

MARGARET MEYER, as surviving Spouse of DAVID R. MEYER, Deceased;

HEIDI MENNONA, as surviving Child of DAVID R. MEYER, Deceased;

HEATHER VULPONE, as surviving Child of DAVID R. MEYER, Deceased;

DAWN MEYER-FUCHS, as surviving Child of DAVID R. MEYER, Deceased;

KRISTINE MEYER, as surviving Sibling of DAVID R. MEYER, Deceased;

CHARLES MEYER, as surviving Sibling of DAVID R. MEYER, Deceased;

ELLEN ROBB and FRANK MONTANARO, Individually, and as Co-Administrators of the Estate of KRISTEN MONTANARO, Deceased;

ELLEN ROBB, as surviving Parent of KRISTEN MONTANARO, Deceased;

FRANK MONTANARO, as surviving Parent of KRISTEN MONTANARO, Deceased;

JAMIE MONTANARO, as surviving Sibling of KRISTEN MONTANARO, Deceased;

KAREN MONTANARO, as surviving Sibling of KRISTEN MONTANARO, Deceased;

BETH K. MURPHY, Individually, and as Administratrix of the Estate of KEVIN J. MURPHY, Deceased;

BETH K. MURPHY, as surviving Spouse of KEVIN J. MURPHY, Deceased;

CONNOR J. MURPHY, as surviving Child of KEVIN J. MURPHY, Deceased;

CAITLYN B. MURPHY, as surviving Child of KEVIN J. MURPHY, Deceased;

SALLY F. RYAN, Individually, and as Personal Representative of the Estate of TIMOTHY F. MURPHY, JR., Deceased, as surviving Parent of KEVIN J. MURPHY, Deceased;

SALLY F. RYAN, as surviving Parent of KEVIN J. MURPHY, Deceased;

MICHAEL MURPHY, as surviving Sibling of KEVIN J. MURPHY, Deceased;

TIMOTHY P. MURPHY, as surviving Sibling of KEVIN J. MURPHY, Deceased;

JOHN F. MURPHY, as surviving Sibling of KEVIN J. MURPHY, Deceased;

MARY BETH DOUGHERTY, as surviving Sibling of KEVIN J. MURPHY, Deceased;

ARLENE ORSINI, Individually, and as Executrix of the Estate of RONALD ORSINI, Deceased;

ARLENE ORSINI, as surviving Spouse of RONALD ORSINI, Deceased;

DANIELLE ORSINI PANDOLFI, as surviving Child of RONALD ORSINI, Deceased;

ROBERT ORSINI, as surviving Sibling of RONALD ORSINI, Deceased;

BARBARA STANG, as surviving Sibling of RONALD ORSINI, Deceased;

JOAN PARKER, Individually, and as Administratrix of the Estate of PHILIP LACEY PARKER, Deceased;

JOAN PARKER, as surviving Spouse of PHILIP LACEY PARKER, Deceased;

STEPHANIE PARKER, as surviving Child of PHILIP LACEY PARKER, Deceased;

JENNIFER PRICE-SALKEVER, Individually, and as Administratrix of the Estate of JEAN H. PETERSON, Deceased;

JENNIFER PRICE-SALKEVER, as surviving Child of JEAN H. PETERSON, Deceased;

CATHERINE AUSTIN STOVER, as surviving Child of JEAN H. PETERSON, Deceased;

GRACE PRICE SHERWOOD, as surviving Child of JEAN H. PETERSON, Deceased;

RICHARD HOADLEY, Individually, and as Executor of the Estate of WALTER E. HOADLEY, Deceased, as surviving Parent of JEAN H. PETERSON, Deceased;

RICHARD HOADLEY, Individually, and as Executor of the Estate of HELEN M. HOADLEY, Deceased, as surviving Parent of JEAN H. PETERSON, Deceased;

RICHARD HOADLEY, as surviving Sibling of JEAN H. PETERSON, Deceased;

MARGARET ECKERT, Individually, and as Personal Representative of the Estate of SEAN ROONEY, Deceased;

MARGARET ECKERT, Individually, and as Executrix of the Estate of BEVERLY ECKERT, Deceased, as surviving Spouse of SEAN ROONEY, Deceased;

14

CYNTHIA BLEST, Individually, and as Executrix of the Estate of ROSEMARY ROONEY, Deceased, as surviving Parent of SEAN ROONEY, Deceased;

CYNTHIA BLEST, as surviving Sibling of SEAN ROONEY, Deceased;

MAURA ROONEY, as surviving Sibling of SEAN ROONEY, Deceased;

SHEILA ROONEY, as surviving Sibling of SEAN ROONEY, Deceased;

BRENDAN ROONEY, as surviving Sibling of SEAN ROONEY, Deceased;

BRIAN ROONEY, as surviving Sibling of SEAN ROONEY, Deceased;

PATRICIA RYAN, Individually, and as Executrix of the Estate of JOHN J. RYAN, Deceased;

PATRICIA RYAN, as surviving Spouse of JOHN J. RYAN, Deceased;

LAURA RYAN, as surviving Child of JOHN J. RYAN, Deceased;

KRISTEN RYAN, as surviving Child of JOHN J. RYAN, Deceased;

COLIN RYAN, as surviving Child of JOHN J. RYAN, Deceased;

JOHN SANDERS, Individually, and as Administrator of the Estate of STACEY SANDERS, Deceased;

JOHN SANDERS, as surviving Parent of STACEY SANDERS, Deceased;

MARTHA SANDERS, as surviving Parent of STACEY SANDERS, Deceased;

LAURA SANDERS WYATT, as surviving Sibling of STACEY SANDERS, Deceased;

TOMOKO T. SCHLAG, Individually, and as Executrix of the Estate of STEVEN F. SCHLAG, Deceased;

TOMOKO T. SCHLAG, as surviving Spouse of STEVEN F. SCHLAG, Deceased;

DAKOTA I. SCHLAG, as surviving Child of STEVEN F. SCHLAG, Deceased;

GARRETT M. SCHLAG, as surviving Child of STEVEN F. SCHLAG, Deceased;

SIERRA A. SCHLAG, as surviving Child of STEVEN F. SCHLAG, Deceased;

DONALD SCHLAG, as surviving Parent of STEVEN F. SCHLAG, Deceased;

PATRICIA SCHLAG, as surviving Parent of STEVEN F. SCHLAG, Deceased;

JEAN NEBBIA, as surviving Sibling of STEVEN F. SCHLAG, Deceased;

ELLEN HUGHES, as surviving Sibling of STEVEN F. SCHLAG, Deceased;

SUZANNE SISOLAK PENAVIC, Individually, and as Administratrix of the Estate of JOSEPH M. SISOLAK, Deceased;

SUZANNE SISOLAK PENAVIC, as surviving Spouse of JOSEPH M. SISOLAK, Deceased;

ELLEN SISOLAK, Individually, and as Executrix of the Estate of PAUL SISOLAK, Deceased, as surviving Parent of JOSEPH M. SISOLAK, Deceased;

ANNA J. POWELL, as surviving Parent of JOSEPH M. SISOLAK, Deceased;

TERESA RELLER, as surviving Sibling of JOSEPH M. SISOLAK, Deceased;

YVONNE SISOLAK, Individually, and as Executrix of the Estate of THOMAS P. SISOLAK, Deceased, as surviving Sibling of JOSEPH M. SISOLAK, Deceased;

MARY SMITH, Individually, and as Administratrix of the Estate of DANIEL SMITH, Deceased;

MARY SMITH, as surviving Spouse of DANIEL SMITH, Deceased;

ELIZABETH SMITH, as surviving Child of DANIEL SMITH, Deceased;

MICHAEL SMITH, as surviving Child of DANIEL SMITH, Deceased;

MCCARTHY SMITH, as surviving Sibling of DANIEL SMITH, Deceased;

SEAN PATRICK SMITH, as surviving Sibling of DANIEL SMITH, Deceased;

SUSAN HICKS, as surviving Sibling of DANIEL SMITH, Deceased;

CAROL ANN SUAREZ and MANUEL T. SUAREZ, Individually, and as Co-Administrators of the Estate of DAVID S. SUAREZ, Deceased;

CAROL ANN SUAREZ, as surviving Parent of DAVID S. SUAREZ, Deceased;

16

MANUEL T. SUAREZ, as surviving Parent of DAVID S. SUAREZ, Deceased;

BRYAN A. SUAREZ, as surviving Sibling of DAVID S. SUAREZ, Deceased;

KRISTEN M. CARPENTER, as surviving Sibling of DAVID S. SUAREZ, Deceased;

MICHELE TANNER, Individually, and as Executrix of the Estate of MICHAEL TANNER, Deceased;

MICHELE TANNER, as surviving Spouse of MICHAEL TANNER, Deceased;

SASHA TANNER, as surviving Child of MICHAEL TANNER, Deceased;

GIANNA TANNER, as surviving Child of MICHAEL TANNER, Deceased;

RENEE ABBATE, Individually, and as Executrix of the Estate of MARY TANNER, Deceased, as surviving Parent of MICHAEL TANNER, Deceased;

RENEE ABBATE, as surviving Sibling of MICHAEL TANNER, Deceased;

KENNETH C. TANNER, as surviving Sibling of MICHAEL TANNER, Deceased;

MARIA MARASCIULO, as surviving Sibling of MICHAEL TANNER, Deceased;

NICOLE TANNER-D'AMBROSIO, as surviving Sibling of MICHAEL TANNER, Deceased;

JENNIFER TARANTINO, Individually, and as Executrix of the Estate of KENNETH JOSEPH TARANTINO, Deceased;

JENNIFER TARANTINO, as surviving Spouse of KENNETH JOSEPH TARANTINO, Deceased;

JENNIFER TARANTINO, as Mother and Natural Guardian of J.J.T., a minor, as surviving Child of KENNETH JOSEPH TARANTINO, Deceased;

KENNETH JAMES TARANTINO, as surviving Child of KENNETH JOSEPH TARANTINO, Deceased;

AMY C. VASEL, Individually, and as Administratrix of the Estate of SCOTT VASEL, Deceased;

AMY C. VASEL, as surviving Spouse of SCOTT VASEL, Deceased;

17

AMY C. VASEL, as Mother and Natural Guardian of M.J.V., a minor, as surviving Child of SCOTT VASEL, Deceased;

RYAN A. VASEL, as surviving Child of SCOTT VASEL, Deceased;

JANYNE V. DEMBICKI, Individually, and as Executrix of the Estate of CHARLES VASEL, Deceased, as surviving Parent of SCOTT VASEL, Deceased;

JANYNE V. DEMBICKI, Individually, and as Executrix of the Estate of MYNDA VASEL, Deceased, as surviving Parent of SCOTT VASEL, Deceased;

JANYNE V. DEMBICKI, as surviving Sibling of SCOTT VASEL, Deceased;

KATHLEEN M. WISNIEWSKI, Individually, and as Administratrix of the Estate of ALAN L. WISNIEWSKI, Deceased;

KATHLEEN M. WISNIEWSKI, as surviving Spouse of ALAN L. WISNIEWSKI, Deceased;

JESSICA M. WISNIEWSKI, as surviving Child of ALAN L. WISNIEWSKI, Deceased;

ERICA C. WISNIEWSKI, as surviving Child of ALAN L. WISNIEWSKI, Deceased;

MATTHEW P. WISNIEWSKI, as surviving Child of ALAN L. WISNIEWSKI, Deceased;

THOMAS WARENKIEWICZ, Individually, and as Executor of the Estate of MURIEL WISNIEWSKI, Deceased, as surviving Parent of ALAN L. WISNIEWSKI, Deceased;

CHIEMI YORK, Individually, and as Administratrix of the Estate of KEVIN P. YORK, Deceased;

CHIEMI YORK, as surviving Spouse of KEVIN P. YORK, Deceased;

CHIEMI YORK, as Mother and Natural Guardian for A.Y., a minor, as surviving Child of KEVIN P. YORK, Deceased;

CONNOR YORK, as surviving Child of KEVIN P. YORK, Deceased;

JOHN YORK, as surviving Parent of KEVIN P. YORK, Deceased;

TIMOTHY YORK, as surviving Sibling of KEVIN P. YORK, Deceased;

ROSEANN ZISA, Individually, and as Administratrix of the Estate of SALVATORE ZISA, Deceased;

ROSEANN ZISA, as surviving Spouse of SALVATORE ZISA, Deceased;

CHRISTINA ZISA, as surviving Child of SALVATORE ZISA, Deceased;

JOSEPH ZISA, as surviving Child of SALVATORE ZISA, Deceased;

ROSEMARIE MARTIE, Individually, and as Executrix of the Estate of JOSEPH ZISA, Deceased, as surviving Parent of SALVATORE ZISA, Deceased;

JOSEPHINE ZISA, as surviving Parent of SALVATORE ZISA, Deceased;

ANTHONY ZISA, as surviving Sibling of SALVATORE ZISA, Deceased;

JANE PRESTO, as surviving Sibling of SALVATORE ZISA, Deceased; and

PHYLLIS A. KELLY, as surviving Sibling of SALVATORE ZISA, Deceased.

Dated: August 14, 2018
New York, New York

    /s/ Dorothea M. Capone
Dorothea M. Capone (DC8582)
BAUMEISTER & SAMUELS, P.C.
140 Broadway, 46th Floor
New York, New York 10005
Telephone: (212) 363-1200
Email: tcapone@baumeisterlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 14th day of August 2018, I caused copies of the foregoing document to be served electronically pursuant to the Court's ECF system and by United States first-class mail on any parties not participating with the Court's ECF system as thereafter advised by the Court.

   /s/ Dorothea M. Capone
Dorothea M. Capone (DC8582)
BAUMEISTER & SAMUELS, P.C.
140 Broadway, 46th Floor
New York, New York 10005
Telephone: (212) 363-1200
Email: tcapone@baumeisterlaw.com

20