## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Saudi Arabia Notice of Amendment was filed electronically this 8th day of November 2018. Notice of filing will be served upon all parties in 17-cv-2003 (GBD) (SN) and 03-MDL-1570 (GBD) (SN) by operation of the Southern District of New York's Electronic Case Filing ("ECF") system, which all parties may access.

/s/ James P. Kreindler
James P. Kreindler