

**Baumeister & Samuels, P.C.**
A PROFESSIONAL CORPORATION

140 Broadway, 46th Floor
New York, NY 10005

DOROTHEA M. CAPONE
tcapone@baumeisterlaw.com

212-363-1200
866-363-1200
212-363-1346 Fax
www.baumeisterlaw.com

November 9, 2018

**Via Electronic Case Filing**

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *Bauer v. Al Qaeda Islamic Army, et al.*, Civil Action No. 02-cv-7236 (GBD)
*Ashton v. Kingdom of Saudi Arabia*, Civil Action No. 17-cv-2003 (GBD)(SN)

Dear Hon. Magistrate Netburn:

I am writing to advise the Court that there have been several changes to the status of certain Plaintiffs named in our actions.

We have recently learned that three of our Plaintiffs are now deceased, namely Marie Carlino, Doris Gronlund, and Joseph Gallucci. Our firm is currently working to locate family members to serve as the estate representative for each estate. Also, in addition to her individual claim as the surviving spouse, Marie Carlino was also the Executrix of her husband Edward Carlino's estate. We are also in the processing of locating a family member to serve as Administrator C.T.A. for the Estate of Edward Carlino.

As soon as the estate issues are resolved, we will immediately advise the Court, and request that her Honor order that the above referenced dockets be updated to reflect these changes. Of course, should the Court have any questions or concerns, please do not hesitate to contact my office.

Respectfully submitted,

*DMCapone*

Dorothea M. Capone
Counsel for Plaintiffs

cc: All counsel of record via ECF