# IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001. For each New Plaintiff, the following chart lists the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

|   | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at filing (or death) | New Plaintiff's Citizenship/Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Antonio Garcia, Rafael | FL | USA | Espinoza, Fanny | Parent | N/A |
| 2 | Berry, Alexander Ashton | NY | USA | Berry, David S. | Child | N/A |
| 3 | Berry, Nile Philip | NY | USA | Berry, David S. | Child | N/A |
| 4 | Berry, Reed Nicholas | NY | USA | Berry, David S. | Child | N/A |
| 5 | Garcia Lantigua, Monica | FL | USA | Espinoza, Fanny | Parent | N/A |
| 6 | Garcia, Pedro | FL | USA | Espinoza, Fanny | Sibling | N/A |
| 7 | Garcia, Wanda | FL | USA | Espinoza, Fanny | Sibling | N/A |
| 8 | Kelly Fabbri, Christine | CT | USA | Kelly, Timothy C. | Sibling | N/A |

4

|  | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at filing (or death) | New Plaintiff's Citizenship/Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 9 | Kelly, Brian | FL | USA | Kelly, Timothy C. | Sibling | N/A |
| 10 | Kelly, John | VA | USA | Kelly, Timothy C. | Sibling | N/A |
| 11 | Kelly, Shawn P. | NY | USA | Kelly, Timothy C. | Sibling | N/A |
| 12 | Leonardi, Elizabeth Ann | NC | USA | LeVeen, Jeffrey E. | Child | N/A |
| 13 | McCarthy, Chris | NY | USA | McCarthy, Justin | Sibling | N/A |
| 14 | McCarthy, Lauren | NY | USA | McCarthy, Justin | Sibling | N/A |
| 15 | Morell Shea, Rita | NY | USA | Morell, George W. | Sibling | N/A |
| 16 | Morell, Jr., George W. | NY | USA | Morell, George W. | Child | N/A |
| 17 | Moroney, Brian | GA | USA | Moroney, Dennis | Sibling | N/A |
| 18 | Moroney, Kevin | NJ | USA | Moroney, Dennis | Sibling | N/A |
| 19 | Moroney, Michael | NY | USA | Moroney, Dennis | Sibling | N/A |
| 20 | O'Neil Morell, Harrison | NY | USA | Morell, George W. | Child | N/A |
| 21 | O'Connor, Charlene | NY | USA | O'Connor, Jr., Dennis J. | Parent | N/A |

|    | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at filing (or death) | New Plaintiff's Citizenship/Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|----|---|---|---|---|---|---|
| 22 | O'Connor, Christopher | NY | USA | O'Connor, Jr., Dennis J. | Sibling | N/A |
| 23 | O'Connor, William | NY | USA | O'Connor, Jr., Dennis J. | Sibling | N/A |
| 24 | Vilardo, Matthew | NJ | USA | Vilardo, Joseph | Child | N/A |
| 25 | Vrachnas, Cathy | NY | USA | Merkouris, George | Sibling | N/A |

Dated: November 13, 2018

Respectfully submitted,

KREINDLER & KREINDLER LLP

BY: __/s/ James P. Kreindler__
James P. Kreindler, Esq.
Andrew J. Maloney III, Esq.
750 Third Avenue, 32nd Floor
New York, New York 10017
Tel: (212) 687-8181
COUNSEL FOR PLAINTIFFS