

**Baumeister & Samuels, P.C.**
A PROFESSIONAL CORPORATION

140 Broadway, 46th Floor
New York, NY 10005

DOROTHEA M. CAPONE
tcapone@baumeisterlaw.com

212-363-1200
866-363-1200
212-363-1346 Fax
www.baumeisterlaw.com

January 23, 2019

**Via Electronic Case Filing**

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:  *Ashton v. Kingdom of Saudi Arabia*, Civil Action No. 17-cv-2003 (GBD)(SN)

Dear Hon. Magistrate Netburn:

I am writing to advise the Court that there have been several changes to the status of certain Plaintiffs named in the above referenced action, and respectfully request that the Court allow the docket to be revised to reflect same.

Several of our Plaintiffs were minors at the time *Ashton v. Kingdom of Saudi Arabia*, Civil Action No. 17-cv-2003 (GBD)(SN) was filed, and were identified by their initials pursuant to Fed. R. Civ. P. 5.2(a)(3).  The following minors have now reached the age of majority, and may pursue their individual claim on their own behalf:

Andrew T. Beamer, identified in the complaint as "Lisa Beamer, as Mother and Natural Guardian of A.T.B., a minor, as surviving Child of Todd M. Beamer, Deceased";

Sara J. Bowden Hart, identified in the complaint as "Deborah Bowden Hart, as Mother and Natural Guardian of S.J.B.H., a minor, as surviving Child of Thomas Bowden, Deceased";

Liam E. Bowman Henry, identified in the complaint as "Jennifer Henry, as Mother and Natural Guardian of L.E.B.H., a minor, as surviving Child of Shawn E. Bowman, Jr., Deceased";

Catherine A. Brennan, identified in the complaint as "Jennifer Brennan Waterhouse, as Mother and Natural Guardian of C.A.B., a minor, as surviving Child of Thomas Brennan, Deceased";



Alessandra Bustillo, identified in the complaint as "Laura Bustillo, as Mother and Natural Guardian of A.B., a minor, as surviving Child of Milton Bustillo, Deceased";

Kathleen T. Danahy, identified in the complaint as "Mary Danahy, as Mother and Natural Guardian of K.T.D., a minor, as surviving Child of Patrick W. Danahy, Deceased";

Harris Goldstein, identified in the complaint as "Jill Goldstein, as Mother and Natural Guardian of H.G., a minor, as surviving Child of Steven Goldstein, Deceased";

Sophia Lewis, identified in the complaint as "Patricia D. Lewis, as Mother and Natural Guardian of S.L., a minor, as surviving Child of Adam J. Lewis, Deceased"; and

Matthew J. Vasel, identified in the complaint as "Amy C. Vasel, as Mother and Natural Guardian of M.J.V., a minor, as surviving Child of Scott Vasel, Deceased."

Accordingly, it is respectfully requested that her Honor order that the docket for *Ashton v. Kingdom of Saudi Arabia*, Civil Action No. 17-cv-2003 (GBD)(SN), be updated to reflect the following changes:

Andrew T. Beamer, as surviving Child of Todd M. Beamer, Deceased;

Sara J. Bowden Hart, as surviving Child of Thomas Bowden, Deceased;

Liam E. Bowman Henry, as surviving Child of Shawn E. Bowman, Jr., Deceased;

Catherine A. Brennan, as surviving Child of Thomas Brennan, Deceased;

Alessandra Bustillo, as surviving Child of Milton Bustillo, Deceased;

Kathleen T. Danahy, as surviving Child of Patrick W. Danahy, Deceased;

Harris Goldstein, as surviving Child of Steven Goldstein, Deceased;

Sophia Lewis, as surviving Child of Adam J. Lewis, Deceased; and

Matthew J. Vasel, as surviving Child of Scott Vasel, Deceased.

Of course, should the Court have any questions or concerns, please do not hesitate to contact my office.

Respectfully submitted,

Dorothea M. Capone
Counsel for Plaintiffs

cc: All counsel of record via ECF