

**Baumeister & Samuels, P.C.**
A PROFESSIONAL CORPORATION

140 Broadway, 46th Floor  
New York, NY 10005

DOROTHEA M. CAPONE  
tcapone@baumeisterlaw.com

212-363-1200  
866-363-1200  
212-363-1346 Fax  
www.baumeisterlaw.com

January 23, 2019

**Via Electronic Case Filing**

The Honorable Sarah Netburn  
United States Magistrate Judge  
Thurgood Marshall U.S. Courthouse  
40 Foley Square  
New York, NY 10007

Re: *Bauer v. Al Qaeda Islamic Army, et al.*, Civil Action No. 02-cv-7236 (GBD)  
*Ashton v. Kingdom of Saudi Arabia*, Civil Action No. 17-cv-2003 (GBD)(SN)

Dear Hon. Magistrate Netburn:

I am writing to advise the Court that there have been several changes to the status of certain Plaintiffs named in our actions.

We have recently learned that two of our Plaintiffs are now deceased, and our firm is currently working to locate family members to serve as the estate representative for each estate. The decedents are Barbara Gronlund, who was acting in her capacity as the Personal Representative of the estate of Arthur G. Gronlund, as the surviving parent of Linda K. Gronlund, deceased, and Frank Montanaro, in his individual capacity as the surviving parent and as Co-Administrator of the estate of Kristen Montanaro, deceased.

As soon as the estate issues are resolved, we will immediately advise the Court, and request that her Honor order that the above referenced dockets be updated to reflect these changes. Of course, should the Court have any questions or concerns, please do not hesitate to contact my office.

Respectfully submitted,

Dorothea M. Capone  
Counsel for Plaintiffs

cc: All counsel of record via ECF