UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| IN RE:  TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) <br> ) Civil Action No. 03 MDL 1570 (GBD) (SN) <br> ) <br> ) |

*This document relates to:  All Actions*

## MOTION TO WITHDRAW
## BENJAMIN D. MARGO AS ATTORNEY OF RECORD

PLEASE TAKE NOTICE that the undersigned moves this Court pursuant to Local Civil Rule 1.4 to allow Benjamin D. Margo to withdraw as counsel of record for the Kingdom of Saudi Arabia in the above-referenced action due to his departure from the law firm Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.  Mr. Margo entered his appearance on January 10, 2018.  *See* ECF No. 3860.  I respectfully request that Benjamin D. Margo be removed from the docket as counsel for the Kingdom of Saudi Arabia.  All other counsel listed on the docket from the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. will continue to represent the Kingdom of Saudi Arabia in this matter.

A proposed order is attached hereto.

Respectfully submitted,

*/s/ Michael K. Kellogg*
Michael K. Kellogg
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7902 (phone)
(202) 326-7999 (fax)

March 13, 2019              *Counsel for the Kingdom of Saudi Arabia*

## CERTIFICATE OF SERVICE

    I hereby certify that, on March 13, 2019, I caused an electronic copy of the foregoing Motion to Withdraw Benjamin D. Margo as Attorney of Record to be served electronically by the Court's Electronic Case Filing (ECF) System. It was filed on the MDL docket and the dockets of all related cases in which the Kingdom of Saudi Arabia is a defendant and Benjamin D. Margo has appeared as counsel.

                                                  */s/ Michael K. Kellogg*
                                                  Michael K. Kellogg