

## Baumeister & Samuels, P.C.
### A PROFESSIONAL CORPORATION

140 Broadway, 46th Floor
New York, NY 10005

DOROTHEA M. CAPONE
tcapone@baumeisterlaw.com

212-363-1200
866-363-1200
212-363-1346 Fax
www.baumeisterlaw.com

May 28, 2019

**VIA ELECTRONIC CASE FILING**

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *Bauer v. Al Qaeda Islamic Army, et al.*, Civil Action No. 02-cv-7236 (GBD)
*Ashton v. The Kingdom of Saudi Arabia*, Civil Action No. 17-cv-2003 (GBD)(SN)

Dear Hon. Magistrate Netburn:

Over the last few months, we advised Your Honor of the deaths of certain Plaintiffs[1] named in the above referenced cases. We write now to advise the Court that personal representatives for the following estates have been named, and these personal representatives will continue to pursue the individual claims for each decedent on behalf of their respective estates. The personal representatives appointed are as follows:

Elsa G. Strong, as Executrix of the Estate of Doris Gronlund, deceased;

Angela Gallucci, as Executrix of the Estate of Joseph Gallucci, deceased; and

Karen Montanaro and Jamie Montanaro, as Co-Executrixes of the Estate of Frank Montanaro, deceased.

Additionally, we previously advised the Court of the death of Barbara Gronlund, the personal representative of the Estate of Arthur G. Gronlund. Ms. Gronlund's daughter, Marguerite A. Glidden, has been appointed Executrix of her estate, and Ms. Glidden will now substitute as the personal representative of the Estate of Arthur G. Gronlund.

---

[1] See *Bauer v. Al Qaeda Islamic Army, et al.*, Civil Action No. 02-cv-7236, docket entries 37 and 38, and *Ashton v. The Kingdom of Saudi Arabia*, Civil Action No. 17-cv-2003, docket entries number 91 and 142.



Accordingly, we respectfully request that her Honor order that the above referenced dockets be updated to reflect these changes. Of course, should the Court have any questions or concerns, please do not hesitate to contact my office.

                                                                  Respectfully submitted,

                                                                   *DM Capone*

                                                                   Dorothea M. Capone
                                                                   Counsel for Plaintiffs

cc: All counsel of record via ECF