UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
|---|---|
| | ECF Case |

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case *Burlingame v. Bin Laden, et al.*, 02-cv-7230)

*Ashton, et al. v. Kingdom of Saudi Arabia*, 17-cv-02003 (GBD)(SN)

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, Caroline Breitweiser, Individually as Surviving Child of Ronald Breitweiser, Deceased, substitutes Dennis Pantazis of Wiggins Childs Pantazis Fisher Goldfarb, 301 19th Street North, Birmingham, AL 35203, as counsel of record in place of Speiser Krause, PC.

Contact information for new counsel is as follows:

Wiggins Childs Pantazis Fisher Goldfarb
301 19th Street North
Birmingham, AL 35203
Tel: (205) 314-0585
Fax: (205) 314-0785

I consent to the above substitution.

Date:

*/s/ Caroline Breitweiser*
Caroline Breitweiser, Individually as Surviving
Child of Ronald Breitweiser, Deceased

I consent to being substituted.

Date:

*/s/ Frank H. Granito, III*
Frank H. Granito, III (FG9760)
Speiser Krause, PC
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
Tel: (914) 220-5333
Fax: (914) 220-5334

I, Dennis G. Pantazis, hereby consent to the above substitution of counsel.

Date: August 14, 2019

_____
Dennis G. Pantazis
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

The substitution of attorney is hereby approved and so **ORDERED**.

Date: _____

UNITED STATES DISTRICT JUDGE