# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001** : **03-MDL-1570 (GBD)(SN)**

**This Document Relates To:**
***Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No.: 02-cv-06977 (GBD) (SN)**
***Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No.: 02-cv-07236 (GBD) (SN)**
***Ashton, et al. v. Kingdom of Saudi Arabia, et al.*, Case No.: 17-cv-02003 (GBD) (SN)**

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Notice is hereby given that, subject to approval by the Court, Patricia Ryan, individually as spouse and as Personal Representative of the Estate of John J. Ryan, deceased, substitutes Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC, as counsel of record in place of Baumeister & Samuels, P.C.

Contact information for new counsel, Dennis G. Pantazis, is as follows:

Wiggins Childs Pantazis Fisher Goldfarb LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

I, Patricia Ryan, individually as spouse and as Personal Representative of the Estate of John J. Ryan, deceased, hereby consent to the above substitution of counsel.

Date: 8/20/19

[signature]
Patricia Ryan, Individually as Spouse and as
Personal Representative of the Estate of
John J. Ryan, deceased

I, Dennis G. Pantazis, hereby consent to the above substitution of counsel as to plaintiffs **Patricia Ryan, individually as spouse and as Personal Representative of the Estate of John J. Ryan, deceased.**

Date: 9/20/19

Dennis G. Pantazis
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

The substitution of attorney as to plaintiffs **Patricia Ryan, individually as spouse and as Personal Representative of the Estate of John J. Ryan, deceased** is hereby approved and so **ORDERED.**

Date: ____________

UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001** | : | **03-MDL-1570 (GBD)(SN)** |

**This Document Relates To:**
***Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No.: 02-cv-06977 (GBD) (SN)**
***Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No.: 02-cv-07236 (GBD) (SN)**
***Ashton, et al. v. Kingdom of Saudi Arabia, et al.*, Case No.: 17-cv-02003 (GBD) (SN)**

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Notice is hereby given that, subject to approval by the Court, Kristen Ryan, individually as surviving child of John J. Ryan, deceased, substitutes Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC, as counsel of record in place of Baumeister & Samuels, P.C.

Contact information for new counsel, Dennis G. Pantazis, is as follows:

Wiggins Childs Pantazis Fisher Goldfarb LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

I, Kristen Ryan, individually as surviving child of John J. Ryan, deceased, hereby consent to the above substitution of counsel.

Date: 8/20/19

Kristen Ryan, Individually as Surviving Child
of John J. Ryan, deceased

I, Dennis G. Pantazis, hereby consent to the above substitution of counsel as to plaintiff **Kristen Ryan, individually as surviving child of John J. Ryan, deceased.**

Date: 9/20/19

Dennis G. Pantazis
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

The substitution of attorney as to plaintiff **Kristen Ryan, individually as surviving child of John J. Ryan, deceased** is hereby approved and so **ORDERED**.

Date: ____________

UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001** | : | **03-MDL-1570 (GBD)(SN)** |

**This Document Relates To:**
***Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No.: 02-cv-06977 (GBD) (SN)**
***Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No.: 02-cv-07236 (GBD) (SN)**
***Ashton, et al. v. Kingdom of Saudi Arabia, et al.*, Case No.: 17-cv-02003 (GBD) (SN)**

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Notice is hereby given that, subject to approval by the Court, Laura Ryan, individually as surviving child of John J. Ryan, deceased, substitutes Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC, as counsel of record in place of Baumeister & Samuels, P.C.

Contact information for new counsel, Dennis G. Pantazis, is as follows:

Wiggins Childs Pantazis Fisher Goldfarb LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

I, Laura Ryan, individually as surviving child of John J. Ryan, deceased, hereby consent to the above substitution of counsel.

Date: ________________

Laura Ryan
Laura Ryan, Individually as Surviving Child
of John J. Ryan, deceased

I, Dennis G. Pantazis, hereby consent to the above substitution of counsel as to plaintiff **Laura Ryan, individually as surviving child of John J. Ryan, deceased**.

Date: 9/20/19

Dennis G. Pantazis
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

The substitution of attorney as to plaintiff **Laura Ryan, individually as surviving child of John J. Ryan, deceased** is hereby approved and so **ORDERED**.

Date: ____________

UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001** : **03-MDL-1570 (GBD)(SN)**

**This Document Relates To:**
***Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No.: 02-cv-06977 (GBD) (SN)**
***Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No.: 02-cv-07236 (GBD) (SN)**
***Ashton, et al. v. Kingdom of Saudi Arabia, et al.*, Case No.: 17-cv-02003 (GBD) (SN)**

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Notice is hereby given that, subject to approval by the Court, Colin Ryan, individually as surviving child of John J. Ryan, deceased, substitutes Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC, as counsel of record in place of Baumeister & Samuels, P.C.

Contact information for new counsel, Dennis G. Pantazis, is as follows:

Wiggins Childs Pantazis Fisher Goldfarb LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

I, Colin Ryan, individually as surviving child of John J. Ryan, deceased, hereby consent to the above substitution of counsel.

Date: 8/20/2019

Colin Ryan, Individually as Surviving Child
of John J. Ryan, deceased

I, Dennis G. Pantazis, hereby consent to the above substitution of counsel as to plaintiff **Colin Ryan, individually as surviving child of John J. Ryan, deceased.**

Date: 9/20/19

Dennis G. Pantazis
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

The substitution of attorney as to plaintiff **Colin Ryan, individually as surviving child of John J. Ryan, deceased** is hereby approved and so **ORDERED**.

Date: ____________

______________________________
UNITED STATES DISTRICT JUDGE