UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

----------------------------------------------------------------X

03-MDL-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/2019

This document relates to:

<u>Ashton et al v. al Qaeda Islamic Army, et al.</u>, 02-CV-6977 (GBD) (SN) (S.D.N.Y.)
<u>Bauer et al. v. al Qaeda Islamic Army, et al.</u>, 02-CV-7236 (GBD) (SN) (S.D.N.Y.)
<u>Ashton et al. v. Kingdom of Saudi Arabia</u>, 17-CV-2003 (GBD) (SN) (S.D.N.Y.)

**SARAH NETBURN, United States Magistrate Judge:**

    On September 20, 2019, Patricia Ryan, Kristen Ryan, Laura Ryan, and Colin Ryan (the "Ryan Plaintiffs"), as well as Katherine Maher, Daniel R. Maher, and Joseph F. Maher (the "Maher Plaintiffs") (collectively, "Plaintiffs"), parties in the <u>Ashton</u> action, filed motions to substitute counsel. ECF Nos. 5164, 5165. On the same day, Baumeister & Samuels, current counsel for Plaintiffs, partially opposed the motions. ECF Nos. 5169, 5171. The firm consents to the substitution of counsel, but contends that: (1) Plaintiffs should be removed from the <u>Ashton</u> action; and (2) the Court should enter a charging lien for the firm's fees and unreimbursed expenses in the event there is any future recovery. <u>Id.</u>

    At the Court's direction, Plaintiffs filed their opposition to the entry of a charging lien on October 10, 2019. ECF No. 5202. Baumeister & Samuels are ORDERED to file a response no later than Friday, October 18, 2019. Plaintiffs may file a reply, if any, no later than Wednesday October 23, 2019. Plaintiffs shall submit any reply by: (1) emailing a copy to Chambers and

counsel for Baumeister & Samuels; and (2) mailing a hard-copy to the Pro Se Intake Unit, Thurgood Marshall Courthouse, 40 Foley Square, Room 105, New York, New York 10007.

In addition, a conference is SCHEDULED for Friday, October 25, 2019, at 11:00 a.m., in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The parties, including a representative from Baumeister & Samuels, should be prepared to testify on the disputed issues. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   October 11, 2019
         New York, New York

CC:    Patricia Ryan (*By Chambers*)
       patricia.ryan910@gmail.com

CC:    Kathy Maher (*By Chambers*)
       jmaher19@aol.com