UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MDL-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

Ashton et al v. al Qaeda Islamic Army, et al., 02-CV-6977 (GBD) (SN) (S.D.N.Y.)
Bauer et al. v. al Qaeda Islamic Army, et al., 02-CV-7236 (GBD) (SN) (S.D.N.Y.)
Ashton et al. v. Kingdom of Saudi Arabia, 17-CV-2003 (GBD) (SN) (S.D.N.Y.)

**SARAH NETBURN, United States Magistrate Judge:**

    On October 11, 2019, the Court scheduled a conference for Friday, October 25, 2019, to resolve a charging lien dispute involving certain Plaintiffs in the Ashton litigation. ECF No. 5205. In the interim, Plaintiffs obtained counsel to represent them in this dispute, and both parties have indicated a need to reschedule the conference. Plaintiffs have also stated that they believe the dispute can be resolved without the necessity of a hearing and would like to discuss this possibility with opposing counsel.

    Accordingly, the October 25 conference is ADJOURNED *sine die*. The parties are directed to meet-and-confer and file a joint status letter no later than Friday, October 25, 2019.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    October 18, 2019
               New York, New York