UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:
*Ashton, et al. v. Kingdom of Saudi Arabia,* No. 17-cv-02003
*Ashton, et al. v. al Qaeda, et al.*, No. 02-cv-6977

**REPLY DECLARATION IN SUPPORT OF PLAINTIFFS'
MOTION TO COMPEL THE FEDERAL BUREAU OF INVESTIGATION
TO PRODUCE DOCUMENTS FROM ITS INVESTIGATION OF
SAUDI GOVERNMENT OFFICIALS' ASSISTANCE TO 9/11 HIJACKERS**

1. I am an attorney duly admitted before this Court, am Of Counsel to the firm of Kreindler & Kreindler LLP, attorneys for the Ashton Plaintiffs, and am familiar with this litigation and the prior proceedings relevant to the subject motion.

2. Attached as Exhibit 1 is the Declaration of Families of the Victims of the September 11 Attacks, submitted in response to the Declaration of FBI Assistant Director Michael McGarrity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
October 18, 2019

                                                                           /s/
                                                Steven R. Pounian, Esq.
                                                Kreindler & Kreindler LLP
                                                750 Third Avenue
                                                New York, NY 10017
                                                (212) 687-8181
                                                (212) 972-9432 facsimile
                                                spounian@kreindler.com
                                                *Attorneys for Ashton Plaintiffs*