EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                              )      Civil Action No. 03 MDL 1570 (GBD) (SN)
IN RE:  TERRORIST ATTACKS ON                  )      ECF Case
SEPTEMBER 11, 2001                            )
                                              )
_____)

This document relates to:  All Actions

## <u>DECLARATION</u>

We are families of the victims of the September 11, 2001 Attacks.  Most of us lost a spouse, child, mother, father, or sibling on that terrible day.  Others survived the attacks and suffered injuries that plague us to this day.

We respond to the recent Declaration of FBI Assistant Director Michael McGarrity.

Mr. McGarrity states that he is currently in charge of the FBI Division that was responsible for the FBI's 9/11 investigation.  He claims that "the FBI has long been committed to providing the families of the victims with transparency regarding its investigation."  Nothing could be further from the truth.

To our knowledge, none of the 9/11 Families have ever seen or heard from Mr. McGarrity or from anyone from his department.  Indeed, we cannot recall anyone from the FBI ever having contacted us, and there certainly has been no outreach by the FBI to the 9/11 Families over the past five years.

We are unaware of any work that Mr. McGarrity has done on the 9/11 case.  Indeed, Mr. McGarrity does not state that he has personally done any such work. To our knowledge, the only work Mr. McGarrity has done regarding our case is to support the FBI's efforts to withhold key evidence in its files about the criminals responsible for the 9/11 Attacks and the deaths of our loved ones.

We know that the al Qaeda hijackers could not have succeeded without substantial help inside the United States from a group of like-minded individuals.  Those individuals remain at large.

After 18 years, the FBI's work resulted in no arrests, no prosecutions, and no convictions of the criminals who aided and abetted the 9/11 hijackers inside the United States. No satisfactory explanation for these failures has ever been provided to us by the FBI.

We know that a team of FBI agents collected evidence that at least three Saudi government officials provided, or directed others to provide, substantial assistance to the hijackers. Yet the FBI and our government decided not to bring any criminal charges. Those decisions were never discussed or shared with us.

Mr. McGarrity states that the 9/11 investigation is still "open" and that the FBI "expects to continue the investigation over the long term." If the case is open, it is in name only. We have seen nothing to indicate that the FBI is actively working to bring charges against anyone. We believe that the statements of Mr. McGarrity are made to provide cover for the FBI to continue to conceal key evidence from the 9/11 Families. And now on top of all that, the FBI has declassified (but only under seal to our attorneys) the name of the third main criminal subject, while refusing to share the available proof. At the same time, Mr. McGarrity made secret *in camera* communications to the Judges in our case to keep that proof hidden from us and every other American.

It is clear to us that the JASTA action brought by the 9/11 Families is the only prosecution that will ever go forward to hold accountable the criminal actors who provided support to the hijackers inside the United States.

The FBI's mission is to bring criminals to justice. The FBI should be transparent and honest with the 9/11 Families and not seek to hide critical information that we need to pursue our case. We should not and cannot wait any longer. The evidence is needed now. The FBI should be helping us rather than standing in our way.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10-15-19___ , ___USA___ , ___New York___
              (date)              (county)        (state)

___Curtis T. Brewer___
(signature)

___Husband of Carol Demitz, South Tower___
(9/11 Affiliation)

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____/0-/6-/9_____, _____ORANGE_____, __CA__
               (date)            (county)     (state)

_____ /Helen R. Calderon
            (signature)

_____Sibling (brother Ed Calderon)_____
        (9/11 Affiliation)

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___October 16, 2019___, ___Monmouth___, ___NJ___
                  (date)                     (county)             (state)

*Cathy Carilli Sinton*
(signature)

Husband Murdered (Thomas E. Sinton III
(9/11 Affiliation)

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____October 15, 2019_____, ___Douglas_____, _____CO_____
                                 (date)                          (county)          (state)

_____
                        (signature)

ROBERT + KATHLEEN SHEARER UA 175
                     (9/11 Affiliation)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 14, 2019, Queens, New York.

Kathleen Ashton
Mother of Thomas J. Ashton
North Tower

John Ashton
Father of Thomas J. Ashton
North Tower

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 14, 2019, Queens, New York.

Colleen Amato
Sister of Thomas J. Ashton
North Tower

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 14, 2019, Queens, New York.

Mary Buckley
Sister of Thomas J. Ashton
North Tower

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10/16/2019___, __New Haven__, __Connecticut__
                (date)         (county)       (state)

_____
(signature)

__I lost my dad John Bruce Eagleson__
(9/11 Affiliation)

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10 | 14 | 19___ , __Palm Beach__ __Florida__
                (date)                   (county)         (state)

*Lisa B. Friedman*

LISA FRIEDMAN
Wife of Andrew
Friedman, 92nd Floor
North Tower

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _10/16/19_ , _Kings_ , _New York_
/(date)              (county)              (state)

_Tim Prolich_
(signature)

_injured victim - South Tower_
(9/11 Affiliation)

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on *October 13, 2019, Washington, Wisconsin*

*Kathleen D. Haberman*
PARENTS OF
ANDREA LYN HABERMAN

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10·13·19___, __Bronx__, __New York__

Patricia Kellett

wife of Joseph Kellett
North Tower

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10/14 /19___ , ___BERGEN___ , ___NJ___

Dennis P. McGinley

BROTHER of DANIEL F. MCGINLEY, 89th FL So. TOWER

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___October 12, 2019___, ___Nassau CO___, ___New-York___

___Kathleen Owens___

___Spouse of Peter J Owens Jr___

World Trade Center
North Tower

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___16 - OCTOBER - 2019___  ___ESSEX___ , ___MA___
                (date)            (county)       (state)

_____
                (signature)

___WIDOW   OF   UAL   PASSENGER___
             (9/11 Affiliation)

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___October 14, 2019___ , ___Monmouth___ , ___NEW Jersey___
               (date)                (county)         (state)

_Kathleen M. Wisniewski_
              (signature)

___Wife of Alan Wisniewski – South Tower___
            (9/11 Affiliation)

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10-15-19___, ___Bergen___, ___NJ___
      (date)     (county)   (state)

_Anne M. Wodenshek_
       (signature)

_wife of Christopher W. Wodenshek_
       (9/11 Affiliation)

Sarah Wodenshek
Haley Wodenshek
Mollie Wodenshek
Willem W.
Zachary W.

} Children of Christopher W. Wodenshek

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Ocolar 13, 2019, New York County   N Y_

_Charles B Wolf_

_Husband of Kathryn Wolf,
One World Trade Center_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10/16/2019___, ___Mercer___, ___New Jersey___
              (date)       (county)      (state)

_Shari Goldberg_
(signature)

_Sister of Brian Goldberg_
(9/11 Affiliation)

Killed 90th Floor
South Tower
26 years old.

10/17/19, Mercer, NJ
Joseph Lichtenfeld

Joseph Lichtenfeld
Spouse of Shari Goldberg
Sister of Brian Goldberg

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___OCT 17, 2019___ , ___NORFOLK___ . ___MA___
                    (date)                      (county)            (state)

___T Quigley___
                    (signature)

___WIFE OF PATRICK J QUIGLEY___
                    (9/11 Affiliation)  ON UNITED 175

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10/17/19_____, __Boulder_. __Colorado____
                    (date)                    (county)              (state)

_____
                                          (signature)

_____
MY SON  PAUL R. EckoA
                              (9/11 Affiliation)

4

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10/17/19___, ___BOULDER___ ___COLORADO___
              (date)              (county)       (state)

_____
      (signature)

My Son Paul R. Echna
      (9/11 Affiliation)

4