**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/26/2019__
```

In re:

       **TERRORIST ATTACKS ON**
       **SEPTEMBER 11, 2001**

**03-MDL-01570 (GBD)(SN)**

**<u>ORDER</u>**

-----------------------------------------------------------------X

<u>Ashton et al v. al Qaeda Islamic Army, et al.</u>, 02-CV-6977 (GBD) (SN) (S.D.N.Y.)
<u>Bauer et al. v. al Qaeda Islamic Army, et al.</u>, 02-CV-7236 (GBD) (SN) (S.D.N.Y.)
<u>Ashton et al. v. Kingdom of Saudi Arabia</u>, 17-CV-2003 (GBD) (SN) (S.D.N.Y.)

**SARAH NETBURN, United States Magistrate Judge:**

     On September 20, 2019, Patricia Ryan, Kristen Ryan, Laura Ryan, and Colin Ryan (the "Ryan Plaintiffs"), as well as Katherine Maher, Daniel R. Maher, and Joseph F. Maher (the "Maher Plaintiffs") (collectively, "Plaintiffs"), parties in the <u>Ashton</u> action, filed motions to substitute counsel. ECF Nos. 5164, 5165. On the same day, Baumeister & Samuels, current counsel for Plaintiffs, partially opposed the motions. ECF Nos. 5169, 5171. The firm consents to the substitution of counsel, but contends that: (1) Plaintiffs should be removed from the <u>Ashton</u> action; and (2) the Court should enter a charging lien for the firm's fees and unreimbursed expenses in the event there is any future recovery. <u>Id.</u>

     For the reasons stated during the November 26, 2019 conference, it is hereby

ORDERED:

     1.     Plaintiffs' motions to substitute are GRANTED, without prejudice to Baumeister & Samuels' request for a charging lien.

     2.     By Tuesday, December 10, 2019, Baumeister & Samuels is directed to produce the "economic files" described by counsel during the November 26 conference.

3.      By Tuesday, December 10, 2019, Plaintiffs are directed to voluntarily withdraw their claims from the <u>Ashton</u> and <u>Bauer</u> actions and file a new member case associated with the <u>Havlish</u> action, or otherwise file a status letter indicating how Plaintiffs will be removed from their current complaints.

4.      By Tuesday, December 10, 2019, the parties are directed to file a joint letter updating the Court on the status of the charging lien dispute.

The Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 5164 & 5165.

**SO ORDERED.**

DATED:     November 26, 2019
             New York, New York

SARAH NETBURN
United States Magistrate Judge