UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br> ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case
    *Burlingame v. Bin Laden, et al.*, 02-cv-7230 (GBD)(SN))
*Ashton, et al. v. Kingdom of Saudi Arabia*, 17-cv-02003 (GBN)(SN)
*Dickey v. Republic of Iran, et al.*, 18-CV-11417 (UA)

## [~~~~~~~~] ORDER OF PARTIAL FINAL JUDGMENTS AGAINST IRAN ON BEHALF OF CERTAIN *BURLINGAME* PLAINTIFFS

Upon consideration of the evidence and arguments submitted by the Personal Representatives of the Estates of Joseph D. Dickey, Robert D. Eaton, James J. Kelly, Timothy M. O'Brien, Michael H. Seaman, Robert F. Sliwak, and John Wallice, Jr., regarding their wrongful death claims (the Plaintiffs named herein are *Ashton/Burlingame* parties to the above-captioned litigation), and the Judgment by Default Against the Islamic Republic of Iran entered on August 26, 2015, together with the entire record in this case, and in addition to the prior default judgment award for compensatory damages for the pre-death conscious pain and suffering of the decedents Joseph D. Dickey, Robert D. Eaton, James J. Kelly, Timothy M. O'Brien, Michael H. Seaman, Robert F. Sliwak, and John Wallice, Jr., (*see* ECF Nos. 3226, 3229), it is hereby;

**ORDERED** that partial final judgment is entered on behalf of the *Burlingame* Plaintiffs identified in the attached Exhibit A against the Islamic Republic of Iran; and it is

**ORDERED** that the *Burlingame* Plaintiffs identified in the attached Exhibit A are awarded economic damages as set forth in Exhibit A; and it is

**ORDERED** that the *Burlingame* Plaintiffs identified in the attached Exhibit A are awarded *solatium* damages as set forth in Exhibit A; and it is

**ORDERED** that prejudgment interest on those awards is to be calculated at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment; and it is

**ORDERED** that the *Burlingame* Plaintiffs identified in the attached Exhibit A may submit a future application for punitive damages consistent with any future rulings of this Court; and it is

**ORDERED** that the *Burlingame* Plaintiffs not appearing on Exhibit A who were not previously awarded *solatium* and/or economic damages may submit applications in later stages and they will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A.

Dated: New York, New York
       December 16, 2019

DEC 1 7 2019

SO ORDERED:

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT COURT JUDGE

-2-

# EXHIBIT A: ORDER FOR ENTRY OF PARTIAL FINAL JUDGMENTS

## EXHIBIT A: ORDER FOR ENTRY OF PARTIAL FINAL JUDGMENTS AGAINST IRAN

| Estate | Immediate Family Members (Heirs) | Relationship | Solatium Damages | Economic Loss | TOTALS |
|---|---|---|---|---|---|
| **Estate of Joseph Dickey Jr.** | **Dickey, Irene** | Spouse/PR | $ 12,500,000.00 | $16,022,303.00 | $28,522,303.00 |
| | **Dickey, Joseph III** | Child | $ 8,500,000.00 | | $ 8,500,000.00 |
| | **Dickey, Elizabeth** | Child | $ 8,500,000.00 | | $ 8,500,000.00 |
| **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Iran** | | | | | **$45,522,303.00** |

| Estate | Immediate Family Members (Heirs) | Relationship | Solatium Damages | Economic Loss | TOTALS |
|---|---|---|---|---|---|
| **Estate of Robert Eaton** | **Eaton, Jacqueline** | Spouse/PR | $ 12,500,000.00 | $20,689,993.00 | $33,189,993.00 |
| **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Iran** | | | | | **$33,189,993.00** |

| Estate | Immediate Family Members (Heirs) | Relationship | Solatium Damages | Economic Loss | TOTALS |
|---|---|---|---|---|---|
| **Estate of James Kelly** | **Kelly, Joanne** | Spouse/PR | $ 12,500,000.00 | $19,639,410.00 | $32,139,410.00 |
| | **Kelly, Brianne** | Child | $ 8,500,000.00 | | $ 8,500,000.00 |
| | **Kelly, Kaitlyn** | Child | $ 8,500,000.00 | | $ 8,500,000.00 |
| | **Kelly, Colleen** | Child | $ 8,500,000.00 | | $ 8,500,000.00 |
| | **Kelly, Erin** | Child | $ 8,500,000.00 | | $ 8,500,000.00 |
| **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Iran** | | | | | **$66,139,410.00** |

| Estate of Timothy O'Brien | O'Brien, Lisa | Spouse/PR | $12,500,000.00 | $94,984,220.00 | $107,484,220.00 |
|---|---|---|---|---|---|
| | O'Brien, John | Child | $8,500,000.00 | | $8,500,000.00 |
| | O'Brien, Madeline | Child | $8,500,000.00 | | $8,500,000.00 |
| | O'Brien, Jacqueline | Child | $8,500,000.00 | | $8,500,000.00 |
| **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Iran** | | | | | **$132,984,220.00** |

| Estate of Michael Seaman | Seaman, Dara | Spouse/PR | $12,500,000.00 | $15,768,595.00 | $28,268,595.00 |
|---|---|---|---|---|---|
| | Seaman, Michaella | Child | $8,500,000.00 | | $8,500,000.00 |
| | Seaman, Mary | Child | $8,500,000.00 | | $8,500,000.00 |
| | Seaman, Edward | Child | $8,500,000.00 | | $8,500,000.00 |
| **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Iran** | | | | | **$53,768,595.00** |

| Estate of Robert Sliwak | Sliwak, Susan | Spouse/PR | $12,500,000.00 | $3,698,489.00 | $16,198,489.00 |
|---|---|---|---|---|---|
| | Sliwak, Ryan | Child | $8,500,000.00 | | $8,500,000.00 |

| | | | | |
|---|---|---|---|---|
| | Sliwak, Kyle | Child | | $ 8,500,000.00 |
| | Sliwak, Nicole | Child | | $ 8,500,000.00 |
| Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Iran | | | | **$41,698,489.00** |

| | | | | |
|---|---|---|---|---|
| Estate of John Wallice, Jr. | Wallice, Allison | Spouse/PR | $16,298,335.00 | $28,798,335.00 |
| | Wallice III, John | Child | | $ 8,500,000.00 |
| | Wallice, Christian | Child | | $ 8,500,000.00 |
| | Wallice, Patrick | Child | | $ 8,500,000.00 |
| Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Iran | | | | **$54,298,335.00** |


| Estate of John Wallice, Jr. | Wallice, Allison | Spouse/PR | $ 12,500,000.00 | $16,298,335.00 | $28,798,335.00 |