

140 Broadway, 46th Floor  
New York, NY 10005

MICHEL F. BAUMEISTER  
mbaumeister@baumeisterlaw.com

212-363-1200  
866-363-1200  
212-363-1346 Fax  
www.baumeisterlaw.com

December 18, 2019

**VIA ELECTRONIC CASE FILING**

Honorable Magistrate Judge Sarah Netburn  
United States District Court for the  
Southern District of New York  
Thurgood Marshall U.S. Courthouse  
40 Foley Square  
New York, NY 10007

    Re:    In Re: September 11, 2001 Terror Attacks, 03-mdl-1570 (GBD)(SN)  
                Ashton et al. v. al Qaeda Islamic Army, et al., 02-cv-6977 (GBD)(SN)  
                Bauer et al. v. al Qaeda Islamic Army, et al., 02-cv-7236 (GBD)(SN)  
                Ashton et al. v. Kingdom of Saudi Arabia, 17-cv-2003 (GBD)(SN)

Dear Judge Netburn:

      As we advised the Court on December 10, 2019, the parties have met and conferred and hereby report that the disputed charging lien issue has been resolved. Accordingly, attached please find the signed stipulation consented to by all parties.

      We respectfully request that Your Honor so-order the stipulation. Again, we thank Your Honor for the Court's time and effort in bringing an end to this issue.

                                      Respectfully submitted,

                                      *Michel F. Baumeister*

                                      Michel F. Baumeister

MFB:cml  
    cc:    Jonathan Vuotto (via electronic mail)  
           Dennis Pantazis (via electronic mail)