USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)
*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN)
*Ashton et al. v. Kingdom of Saudi Arabia*, 17-cv-2003 (GBD)(SN)

## CONSENT STIPULATION

On November 26, 2019, a conference was held before the Honorable Magistrate Judge Sarah Netburn to address issues related to the Motions to Substitute Counsel filed on September 20, 2019 by Patricia Ryan, Individually and as Personal Representative of the Estate of John J. Ryan, Deceased, Kristen Ryan, Laura Ryan, and Colin Ryan (the "Ryan Plaintiffs")(ECF No. 5164) and Katherine Maher, Individually and as Personal Representative of the Estate of Daniel L. Maher, Deceased, Daniel R. Maher and Joseph F. Maher (the "Maher Plaintiffs")(ECF No. 5165), parties in the *Ashton* action arising out of the September 11, 2001 terror attacks.

Baumeister & Samuels, P.C. partially opposed the motions (ECF No. 5169, 5171) by consenting to the substitution of counsel and requesting the removal of the Ryan and Maher Plaintiffs claims from the *Ashton* action, and the issuance of a charging lien for the firm's fees and unreimbursed expenses against any future recovery. With the consent of Baumeister & Samuels, P.C., the Court issued an Order on November 26, 2019 (ECF No. 5312) granting the Ryan and Maher Plaintiffs' motions to substitute counsel, without prejudice to Baumeister & Samuels' request that the Court issue a charging lien.

1

THE PARTIES NOW CONSENT, STIPULATE AND AGREE as follows:

1. The Ryan and Maher Plaintiffs hereby withdraw their opposition to a charging lien for professional services rendered by Baumeister & Samuels, P.C., and consent to the issuance of such a charging lien in an amount and a method to be determined in the future for a donation by Baumeister & Samuels, P.C. to the September 11 National Memorial Museum in the names of John J. Ryan and Daniel L. Maher.

2. The Ryan and Maher Plaintiffs and Baumeister & Samuels, P.C. agree to withdraw the statements and responses contained in their respective submissions dated October 10, 2019 (ECF No. 5202) and October 18, 2019 (ECF No. 5219), and all parties reserve their rights.

3. The parties further agree that the charging lien dispute has been resolved.

_/s/ Patricia Ryan_
Patricia Ryan, Individually and as
Personal Representative of the Estate
of John J. Ryan, Deceased

_____
Katherine Maher, Individually and as
Personal Representative of the Estate
Daniel L. Maher, Deceased

_____
Laura Ryan

_____
Daniel R. Maher

_____
Colin Ryan

_____
Joseph F. Maher

_____
Kristen Ryan

_____
Michel F. Baumeister

_____
Dorothea M. Capone

**SO ORDERED.**

_/s/ Sarah Netburn_
SARAH NETBURN
United States Magistrate Judge

December 19, 2019
New York, New York

THE PARTIES NOW CONSENT, STIPULATE AND AGREE as follows:

1. The Ryan and Maher Plaintiffs hereby withdraw their opposition to a charging lien for professional services rendered by Baumeister & Samuels, P.C., and consent to the issuance of such a charging lien in an amount and a method to be determined in the future for a donation by Baumeister & Samuels, P.C. to the September 11 National Memorial Museum in the names of John J. Ryan and Daniel L. Maher.

2. The Ryan and Maher Plaintiffs and Baumeister & Samuels, P.C. agree to withdraw the statements and responses contained in their respective submissions dated October 10, 2019 (ECF No. 5202) and October 18, 2019 (ECF No. 5219), and all parties reserve their rights.

3. The parties further agree that the charging lien dispute has been resolved.

_____
Patricia Ryan, Individually and as
Personal Representative of the Estate
of John J. Ryan, Deceased

*Laura Ryan* (signature)
Laura Ryan

_____
Colin Ryan

_____
Kristen Ryan

_____
Michel F. Baumeister

_____
Katherine Maher, Individually and as
Personal Representative of the Estate
Daniel L. Maher, Deceased

_____
Daniel R. Maher

_____
Joseph F. Maher

_____
Dorothea M. Capone

2

THE PARTIES NOW CONSENT, STIPULATE AND AGREE as follows:

1. The Ryan and Maher Plaintiffs hereby withdraw their opposition to a charging lien for professional services rendered by Baumeister & Samuels, P.C., and consent to the issuance of such a charging lien in an amount and a method to be determined in the future for a donation by Baumeister & Samuels, P.C. to the September 11 National Memorial Museum in the names of John J. Ryan and Daniel L. Maher.

2. The Ryan and Maher Plaintiffs and Baumeister & Samuels, P.C. agree to withdraw the statements and responses contained in their respective submissions dated October 10, 2019 (ECF No. 5202) and October 18, 2019 (ECF No. 5219), and all parties reserve their rights.

3. The parties further agree that the charging lien dispute has been resolved.

_____
Patricia Ryan, Individually and as
Personal Representative of the Estate
of John J. Ryan, Deceased

_____
Katherine Maher, Individually and as
Personal Representative of the Estate
Daniel L. Maher, Deceased

_____
Laura Ryan

_____
Daniel R. Maher

_____
Colin Ryan

_____
Joseph F. Maher

_____
Kristen Ryan

_____
Michel F. Baumeister

_____
Dorothea M. Capone

THE PARTIES NOW CONSENT, STIPULATE AND AGREE as follows:

1. The Ryan and Maher Plaintiffs hereby withdraw their opposition to a charging lien for professional services rendered by Baumeister & Samuels, P.C., and consent to the issuance of such a charging lien in an amount and a method to be determined in the future for a donation by Baumeister & Samuels, P.C. to the September 11 National Memorial Museum in the names of John J. Ryan and Daniel L. Maher.

2. The Ryan and Maher Plaintiffs and Baumeister & Samuels, P.C. agree to withdraw the statements and responses contained in their respective submissions dated October 10, 2019 (ECF No. 5202) and October 18, 2019 (ECF No. 5219), and all parties reserve their rights.

3. The parties further agree that the charging lien dispute has been resolved.

_____
Patricia Ryan, Individually and as
Personal Representative of the Estate
of John J. Ryan, Deceased

_____
Katherine Maher, Individually and as
Personal Representative of the Estate
Daniel L. Maher, Deceased

_____
Laura Ryan

_____
Daniel R. Maher

_____
Colin Ryan

_____
Joseph F. Maher

_____
Kristen Ryan

_____
Michel F. Baumeister

_____
Dorothea M. Capone

2

THE PARTIES NOW CONSENT, STIPULATE AND AGREE as follows:

1. The Ryan and Maher Plaintiffs hereby withdraw their opposition to a charging lien for professional services rendered by Baumeister & Samuels, P.C., and consent to the issuance of such a charging lien in an amount and a method to be determined in the future for a donation by Baumeister & Samuels, P.C. to the September 11 National Memorial Museum in the names of John J. Ryan and Daniel L. Maher.

2. The Ryan and Maher Plaintiffs and Baumeister & Samuels, P.C. agree to withdraw the statements and responses contained in their respective submissions dated October 10, 2019 (ECF No. 5202) and October 18, 2019 (ECF No. 5219), and all parties reserve their rights.

3. The parties further agree that the charging lien dispute has been resolved.

_____
Patricia Ryan, Individually and as
Personal Representative of the Estate
of John J. Ryan, Deceased

_____
Katherine Maher, Individually and as
Personal Representative of the Estate
Daniel L. Maher, Deceased

_____
Laura Ryan

_____
Daniel R. Maher

_____
Colin Ryan

_____
Joseph F. Maher

_____
Kristen Ryan

_____
Michel F. Baumeister

_____
Dorothea M. Capone

THE PARTIES NOW CONSENT, STIPULATE AND AGREE as follows:

1. The Ryan and Maher Plaintiffs hereby withdraw their opposition to a charging lien for professional services rendered by Baumeister & Samuels, P.C., and consent to the issuance of such a charging lien in an amount and a method to be determined in the future for a donation by Baumeister & Samuels, P.C. to the September 11 National Memorial Museum in the names of John J. Ryan and Daniel L. Maher.

2. The Ryan and Maher Plaintiffs and Baumeister & Samuels, P.C. agree to withdraw the statements and responses contained in their respective submissions dated October 10, 2019 (ECF No. 5202) and October 18, 2019 (ECF No. 5219), and all parties reserve their rights.

3. The parties further agree that the charging lien dispute has been resolved.

_____
Patricia Ryan, Individually and as
Personal Representative of the Estate
of John J. Ryan, Deceased

_____
Katherine Maher, Individually and as
Personal Representative of the Estate
Daniel L. Maher, Deceased

_____
Laura Ryan

_/s/ Daniel R. Maher_____
Daniel R. Maher

_____
Colin Ryan

_____
Joseph F. Maher

_____
Kristen Ryan

_____
Michel F. Baumeister

_____
Dorothea M. Capone

2

THE PARTIES NOW CONSENT, STIPULATE AND AGREE as follows:

1. The Ryan and Maher Plaintiffs hereby withdraw their opposition to a charging lien for professional services rendered by Baumeister & Samuels, P.C., and consent to the issuance of such a charging lien in an amount and a method to be determined in the future for a donation by Baumeister & Samuels, P.C. to the September 11 National Memorial Museum in the names of John J. Ryan and Daniel L. Maher.

2. The Ryan and Maher Plaintiffs and Baumeister & Samuels, P.C. agree to withdraw the statements and responses contained in their respective submissions dated October 10, 2019 (ECF No. 5202) and October 18, 2019 (ECF No. 5219), and all parties reserve their rights.

3. The parties further agree that the charging lien dispute has been resolved.

_____
Patricia Ryan, Individually and as
Personal Representative of the Estate
of John J. Ryan, Deceased

_____
Katherine Maher, Individually and as
Personal Representative of the Estate
Daniel L. Maher, Deceased

_____
Laura Ryan

_____
Daniel R. Maher

_____
Colin Ryan

_____
Joseph F. Maher                12-11-19

_____
Kristen Ryan

_____
Michel F. Baumeister

_____
Dorothea M. Capone

2

THE PARTIES NOW CONSENT, STIPULATE AND AGREE as follows:

1. The Ryan and Maher Plaintiffs hereby withdraw their opposition to a charging lien for professional services rendered by Baumeister & Samuels, P.C., and consent to the issuance of such a charging lien in an amount and a method to be determined in the future for a donation by Baumeister & Samuels, P.C. to the September 11 National Memorial Museum in the names of John J. Ryan and Daniel L. Maher.

2. The Ryan and Maher Plaintiffs and Baumeister & Samuels, P.C. agree to withdraw the statements and responses contained in their respective submissions dated October 10, 2019 (ECF No. 5202) and October 18, 2019 (ECF No. 5219), and all parties reserve their rights.

3. The parties further agree that the charging lien dispute has been resolved.

_____
Patricia Ryan, Individually and as
Personal Representative of the Estate
of John J. Ryan, Deceased

_____
Katherine Maher, Individually and as
Personal Representative of the Estate
Daniel L. Maher, Deceased

_____
Laura Ryan

_____
Daniel R. Maher

_____
Colin Ryan

_____
Joseph F. Maher

_____
Kristen Ryan

_____
Michel F. Baumeister

_____
Dorothea M. Capone

2