UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br><br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case
*Burlingame v. Bin Laden, et al.*, 02-cv-7230 (GBD)(SN))
*Ashton, et al. v. Kingdom of Saudi Arabia*, 17-cv-02003 (GBN)(SN)

## [PROPOSED] ORDER OF SUPPLEMENTAL, PARTIAL FINAL JUDGEMENT AGAINST IRAN ON BEHALF OF A *BURLINGAME* PLAINTIFF

Upon consideration of the evidence and arguments submitted by the Personal Representative of the Estate of Farrell Lynch, regarding her wrongful death claim (she and her three children named herein are *Ashton/Burlingame* parties to the above-captioned litigation), and the Judgment by Default Against the Islamic Republic of Iran entered on August 26, 2015, together with the entire record in this case, and in addition to the prior default judgment award for compensatory damages for the pre-death conscious pain and suffering of the decedent (*see* ECF Nos. 3226, 3229), it is hereby;

**ORDERED** that partial final judgment is entered on behalf of these *Burlingame* Plaintiffs identified in the attached Exhibit A against the Islamic Republic of Iran; and it is

**ORDERED** that the *Burlingame* Plaintiffs identified in the attached Exhibit A are awarded economic damages as set forth in Exhibit A; and it is

**ORDERED** that the *Burlingame* Plaintiffs identified in the attached Exhibit A are awarded *solatium* damages as set forth in Exhibit A; and it is

**ORDERED** that the *Burlingame* Plaintiffs identified in the attached Exhibit A are awarded $2 million for the conscious pain and suffering of the decedent as set forth in Exhibit A; and it is

**ORDERED** that prejudgment interest on those awards is to be calculated at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment; and it is

**ORDERED** that the *Burlingame* Plaintiffs identified in the attached Exhibit A may submit a future application for punitive damages consistent with any future rulings of this Court; and it is

**ORDERED** that the *Burlingame* Plaintiffs not appearing on Exhibit A who were not previously awarded *solatium* and/or economic damages may submit applications in later stages and they will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A.

Dated: New York, New York
       December ____, 2019

[JAN 0 7 2020]

SO ORDERED:

*George B. Daniels*

GEORGE B. DANIELS
UNITED STATES DISTRICT COURT JUDGE

# EXHIBIT A: ORDER FOR SUPPLEMENTAL ENTRY OF PARTIAL FINAL JUDGMENT

## EXHIBIT A: ORDER FOR ENTRY OF SUPPLEMENTAL PARTIAL FINAL JUDGMENT AGAINST IRAN

| Estate | Immediate Family Members (Heirs) | Relationship | Solatium Damages | Conscious Pain & Suffering | Economic Loss | TOTALS |
|---|---|---|---|---|---|---|
| Estate of Farrell Lynch | Lynch, Eileen | Spouse/PR | $12,500,000.00 | $2,000,000.00 | $18,289,614.00 | $32,789,614.00 |
| | Lynch, Anne | Child | $8,500,000.00 | | | $8,500,000.00 |
| | Lynch, Kathleen | Child | $8,500,000.00 | | | $8,500,000.00 |
| | Lynch, Meaghan | Child | $8,500,000.00 | | | $8,500,000.00 |
| Total Judgment to Personal Representative for Entry of Partial Final Judgment Against Iran | | | | | | $58,289,614.00 |