```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC #:_____
                                                    DATE FILED:_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks of September 11, 2001 | **CERTIFICATE OF MAILING**<br><br>Case No(s).: 03-MDL-1570 (GBD) (SN)<br>02-cv-6977 (GBD) (SN)<br>02-cv-7230 (GBD) (SN)<br>17-cv-2003 (GBD) (SN)<br>18-cv-11417 (GBD) (SN) |

I hereby certify under the penalties of perjury that on the 24th day of February 2020, I served defendant:

Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic
Republic of Iran Iman Khomeini Avenue
Tehran, Iran
Attn: H.E Mohammad Javid Zarif

By dispatching via Federal Express, Tracking No. 8138 7350 5910, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

- Notice of Default Judgment
- Two Certified Copies of Order of Supplemental, Partial Final Judgment, dated January 7, 2020
- A Copy of U.S.C. 1330, 28 U.S.C 1391, 28 U.S.C. 1441, and Foreign Sovereign Immunities Act (28 U.S.C. 1602, et seq.); and
- Certification of Accuracy of Farsi translations by translator

Dated: New York, New York
February 24, 2020

                                               RUBY J. KRAJICK
                                               CLERK OF COURT

                                               /s/ Shanee Mcleod
                                               Shanee Mcleod
                                               DEPUTY CLERK

**FedEx Express US Airbill**

fedex.com 1.800.GoFedEx 1.800.463.3339

FedEx Tracking Number: 8138 7350 5910

**1 From** *Please print and press hard.*

Date: 
Sender's Name: CLERK OF THE COURT, RUBY J. KRAJICK
Sender's FedEx Account Number: 8510-5792-1
Phone: 
Company: OFFICE OF THE CLERK
U.S. District Court Southern District of New York
Address: 500 PEARL STREET
City: NEW YORK   State: NY   ZIP: 10007

**2 Your Internal Billing Reference** OPTIONAL

**3 To**

Recipient's Name: Secretary of State
Attn: Director of Consular Services
Phone: 202-736-9110
Company: OFFICE OF POLICE REVIEW and Inter-Agency Liaison
Address: U.S. Department of State
SA-29, 4 Floor
Address: 2201 C. Street NW
City: Washington   State: DC   ZIP: 20520

**4 Express Package Service**  Form ID No. 0200

**5 Packaging**

**6 Special Handling and Delivery Signature Options**

**7 Payment** Bill to: Sender
FedEx Acct No: 8510-5792-1

Total Packages ___ Total Weight ___ Total Declared Value $ ___ .00

644

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.