

# Baumeister & Samuels, P.C.
## A PROFESSIONAL CORPORATION

140 Broadway, 46th Floor
New York, NY 10005

DOROTHEA M. CAPONE
tcapone@baumeisterlaw.com

212-363-1200
866-363-1200
212-363-1346 Fax
www.baumeisterlaw.com

April 27, 2020

**VIA ELECTRONIC CASE FILING**

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *Ashton v. Kingdom of Saudi Arabia*, Civil Action No. 17-cv-2003 (GBD)(SN)

Dear Hon. Magistrate Netburn:

    I am writing to advise the Court that there have been several changes to the status of certain Plaintiffs named in the above referenced action, and respectfully request that the Court allow the docket to be revised to reflect same.

    Several of our Plaintiffs were minors at the time *Ashton v. Kingdom of Saudi Arabia*, Civil Action No. 17-cv-2003 (GBD)(SN) was filed, and were identified by their initials pursuant to Fed. R. Civ. P. 5.2(a)(3). The following minors have now reached the age of majority, and may pursue their individual claim on their own behalf:

Syndie Keller, identified in the complaint as "Rose Keller D'Alessandro, as Mother and Natural Guardian of S.K., a minor, as surviving child of Joseph J. Keller, Deceased";

Emerson Glick, identified in the complaint as "Lyzbeth Glick Best, as Mother and Natural Guardian of E.G., a minor, as surviving child of Jeremy Glick, Deceased";

William Cunningham, identified in the complaint as "Teresa Cunningham, as Mother and Natural Guardian of W.C., a minor, as surviving child of Michael J. Cunningham, Deceased";

Jason J. Tarantino, identified in the complaint as "Jennifer Tarantino, as Mother and Natural Guardian of J.J.T., a minor, as surviving child of Kenneth Joseph Tarantino, Deceased";



Morgan K. Beamer, identified in the complaint as "Lisa Beamer, as Mother and Natural Guardian of M.K.B., a minor, as surviving child of Todd M. Beamer, Deceased";

Grace A. Danahy, identified in the complaint as "Mary Danahy, as Mother and Natural Guardian of G.A.D., a minor, as surviving child of Patrick W. Danahy, Deceased";

Jack Bowman Henry, identified in the complaint as "Jennifer Henry, as Mother and Natural Guardian of J.S.B.H., a minor, as surviving child of Shawn E. Bowman, Jr., Deceased";

Accordingly, it is respectfully requested that her Honor order that the docket for *Ashton v. Kingdom of Saudi Arabia*, Civil Action No. 17-cv-2003 (GBD)(SN), be updated to reflect the following changes:

Sydnie Keller, as surviving child of Joseph J. Keller, Deceased;

Emerson Glick, as surviving child of Jeremy Glick, Deceased;

William Cunningham, as surviving child of Michael J. Cunningham, Deceased;

Jason J. Tarantino, as surviving child of Kenneth Joseph Tarantino, Deceased;

Morgan K. Beamer, as surviving child of Todd M. Beamer, Deceased;

Grace A. Danahy, as surviving child of Patrick W. Danahy, Deceased;

Jack Bowman Henry, as surviving child of Shawn E. Bowman, Jr., Deceased.

Of course, should the Court have any questions or concerns, please do not hesitate to contact my office.

Respectfully submitted,

Dorothea M. Capone
Counsel for Plaintiffs

cc: All counsel of record via ECF