

**Baumeister & Samuels, P.C.**
A PROFESSIONAL CORPORATION

140 Broadway, 46th Floor  
New York, NY 10005

DOROTHEA M. CAPONE  
tcapone@baumeisterlaw.com

212-363-1200  
866-363-1200  
212-363-1346 Fax  
www.baumeisterlaw.com

June 11, 2020

**VIA ELECTRONIC CASE FILING**

The Honorable Sarah Netburn  
United States Magistrate Judge  
Thurgood Marshall U.S. Courthouse  
40 Foley Square  
New York, NY 10007

    Re:    *Ashton v. The Kingdom of Saudi Arabia*, Civil Action No. 17-cv-2003 (GBD)(SN)

Dear Hon. Magistrate Netburn:

    I am writing to advise the Court that Plaintiff Robert Orsini has passed away. His wife, Pauline Orsini, has been appointed to serve as the Executrix of his estate, and will continue to pursue the individual claim on behalf of her late husband's estate.

    We respectfully request that the Court issue an order updating the above referenced docket to reflect this change. Should the Court have any questions or concerns, please do not hesitate to contact my office.

Respectfully submitted,

Dorothea M. Capone  
Counsel for Plaintiffs

cc: All counsel of record via ECF