

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/16/20

140 Broadway, 46th Floor
New York, NY 10005

DOROTHEA M. CAPONE
tcapone@baumeisterlaw.com

212-363-1200
866-363-1200
212-363-1346 Fax
www.baumeisterlaw.com

June 11, 2020

**VIA ELECTRONIC CASE FILING**

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: <u>Ashton v. The Kingdom of Saudi Arabia</u>, Civil Action No. 17-cv-2003 (GBD)(SN)

Dear Hon. Magistrate Netburn:

I am writing to advise the Court that Plaintiff Robert Orsini has passed away. His wife, Pauline Orsini, has been appointed to serve as the Executrix of his estate, and will continue to pursue the individual claim on behalf of her late husband's estate.

We respectfully request that the Court issue an order updating the above referenced docket to reflect this change. Should the Court have any questions or concerns, please do not hesitate to contact my office.

Respectfully submitted,

Dorothea M. Capone
Counsel for Plaintiffs

---

Plaintiffs' request is GRANTED. The Clerk of Court is directed to update the docket to reflect that Pauline Orsini has been appointed to serve as the Executrix of Plaintiff Robert Orsini's Estate. The Court sends its condolences to Ms. Orsini and her family.

**SO ORDERED**.

June 16, 2020
New York, New York

SARAH NETBURN
United States Magistrate Judge