UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
| | ECF Case |

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case *Burlingame v. Bin Laden, et al.*, 02-cv-7230*)*
*Ashton, et al. v. Kingdom of Saudi Arabia,* 17-cv-02003 (GBD)(SN)

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Notice is hereby given that, subject to approval by the Court, Zabel Voskerijian, Individually as surviving parent of Garo Voskerijian, Deceased, substitutes Alahverdian Van Leuvan PC, as counsel of record in place of Speiser Krause, PC.

Contact information for new counsel is as follows:

> Alahverdian Van Leuvan PC
> 295 Broadway, 1st Fl.
> Bethpage, NY 11714
> Tel: (516) 490-3559
> Fax: (516) 453-3558

I consent to the above substitution.

Date:

_____ as POA
Zabel Voskerijian, Individually as surviving parent of Garo Voskerijian, Deceased

I consent to being substituted.

Date:

_____
Jeanne M. O'Grady (JO3362)
Frank H. Granito, III (FG9760)
Speiser Krause, PC
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
Tel: (914) 220-5333
Fax: (914) 220-5334

1

I consent to the above substitution.

Date:

_____
Alahverdian Van Leuvan PC
295 Broadway, 1st Fl.
Bethpage, NY 11714
Tel: (516) 490-3559
Fax: (516) 453-3558

I consent to the above substitution.

Date:

_____
James P. Kreindler, Esq,
Kreindler & Kreindler, LLP
485 Lexington Avenue, 28th Floor
New York, NY 10017
Tel: 212-687-8181
Fax 212-972-9432
*Liaison Counsel to the consolidated Ashton plaintiffs*

The substitution of attorney is hereby approved and so ORDERED.

Date:

_____
Judge

2