```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

In re:

      **TERRORIST ATTACKS ON**
      **SEPTEMBER 11, 2001**

```
-----------------------------------------------------------------X
```

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/2022

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

      All cases
      Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al., 04-cv-1076

      The plaintiffs in Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al., 04-cv-1076 (the "O'Neill Plaintiffs") request a partial default judgment on behalf of certain plaintiffs. ECF No. 7652. That motion requests economic damages based on an expert report provided at ECF No. 7655-4. That expert report, however, references certain additional materials filed under seal. Id. at 43. The Court has not received these expert materials. The O'Neill Plaintiffs shall file that component of the expert report at their earliest convenience. This document shall be filed on ECF with access restricted to the Court.

      Going forward, all expert reports submitted in support of a default judgment shall be filed on ECF. These materials may be sealed, with access restricted to the Court and any applicable parties.

**SO ORDERED.**

Dated: May 5, 2022
       New York, New York

                                              SARAH NETBURN
                                              United States Magistrate Judge