UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) ECF Case |

**This document relates to:**

*Ashton et al v. Kingdom of Saudi Arabia*, **1:17-cv-02003-(GBD)-(SN) (and member case *Giambrone et al v. Kingdom of Saudi Arabia*, 1:18-cv-11525-(GBD)-(SN))**

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Daniel T. Higgins hereby voluntarily dismisses without prejudice his claims against the Defendant the Kingdom of Saudi Arabia in the above-captioned *Giambrone et al v. Kingdom of Saudi Arabia*, 1:18-cv-11525-(GBD)-(SN)).

This Notice of Voluntary Dismissal is limited only to dismissing Plaintiff Daniel T. Higgins hereby from this action. All other Plaintiffs maintain and continue to prosecute their claims against the Defendant.

Dated: October 8, 2021
New York, New York

SO ORDERED:

*/s/ George B. Daniels/*
George B. Daniels, U.S.D.J.
Dated: SEP 2 6 2022

Respectfully submitted,

KREINDLER & KREINDLER LLP

BY: __/s/ James P. Kreindler__
James P. Kreindler, Esq.
Andrew J. Maloney III, Esq.
750 Third Avenue, 32nd Floor
New York, New York 10017
Tel: (212) 687-8181
COUNSEL FOR PLAINTIFFS