

140 Broadway, 46th Floor  
New York, NY 10005

DOROTHEA M. CAPONE  
tcapone@baumeisterlaw.com

212-363-1200  
866-363-1200  
212-363-1346 Fax  
www.baumeisterlaw.com

November 17, 2022

### *VIA ELECTRONIC CASE FILING*

Honorable Magistrate Judge Sarah Netburn  
United States District Court for the  
Southern District of New York  
Thurgood Marshall U.S. Courthouse  
40 Foley Square  
New York, NY 10007

Re: In Re: September 11, 2001 Terror Attacks, 03-mdl-1570 (GBD)(SN)  
*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)  
*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN)

Dear Judge Netburn:

We write in response to the letter filed today by Timothy Fleming (ECF 8650). We stand by our previous submission made to this Court on October 18, 2022 (ECF 8648) and the arguments made therein.

Respectfully submitted,

*/s/ Dorothea M. Capone*  
Dorothea M. Capone

DMC:cml