## *Maher, et al. v. Kingdom of Saudi Arabia, et al.*
### [new case to be created upon severance]

| PLAINTIFFS | RELATIONSHIP | PRIOR PENDING MDL CASES |
|---|---|---|
| **Estate of Daniel L. Maher**<br>(Personal Rep: Katherine Maher) | 9/11 Decedent | *Bauer v. al-Qaeda Islamic Army*, 1:02-cv-7236<br>*Ashton v. al-Qaeda Islamic Army*, 1:02-cv-6977<br>*Ashton v. Kingdom of Saudi Arabia*, 1:17-cv-2003 |
| Katherine Maher | Spouse | *Bauer v. al-Qaeda Islamic Army*, 1:02-cv-7236<br>*Ashton v. al-Qaeda Islamic Army*, 1:02-cv-6977<br>*Ashton v. Kingdom of Saudi Arabia*, 1:17-cv-2003 |
| Daniel R. Maher | Child | *Bauer v. al-Qaeda Islamic Army*, 1:02-cv-7236<br>*Ashton v. al-Qaeda Islamic Army*, 1:02-cv-6977<br>*Ashton v. Kingdom of Saudi Arabia*, 1:17-cv-2003 |
| Joseph F. Maher | Child | *Bauer v. al-Qaeda Islamic Army*, 1:02-cv-7236<br>*Ashton v. al-Qaeda Islamic Army*, 1:02-cv-6977<br>*Ashton v. Kingdom of Saudi Arabia*, 1:17-cv-2003 |

| DEFENDANTS | OPERATIVE COMPLAINTS NAMING DEFENDANT |
|---|---|

**SOVEREIGN DEFENDANT**

**Kingdom of Saudi Arabia**
*Ashton* KSA Consolidated Complaint at ECF 1; *Ashton* First Amended Consolidated Complaint at ECF 20.

### PLEADINGS AND ORDERS AND RELATED FILINGS TO BE TRANSFERRED

From *Ashton v. Kingdom of Saudi Arabia*, 1:17-cv-2003:

ECF 1: *Ashton* KSA Consolidated Complaint

ECF 20: *Ashton* First Amended Consolidated Complaint at ECF 20.

### *Maher, et al. v. Islamic Emirate of Afghanistan a/k/a the Taliban, et al.*
### [new case to be created by Clerk upon severance]

| PLAINTIFFS | RELATIONSHIP | PENDING MDL CASES |
|---|---|---|
| **Estate of Daniel L. Maher** (Personal Rep: Katherine Maher) | 9/11 Decedent | *Bauer v. al-Qaeda Islamic Army*, 1:02-cv-7236 *Ashton v. al-Qaeda Islamic Army*, 1:02-cv-6977 |
| Katherine Maher | Spouse | *Bauer v. al-Qaeda Islamic Army*, 1:02-cv-7236 *Ashton v. al-Qaeda Islamic Army*, 1:02-cv-6977 |
| Daniel R. Maher **Note:** This Plaintiff will have no claims in this case against the Taliban, al Qaeda, or the Estate of Osama bin Laden | Child | *Bauer v. al-Qaeda Islamic Army*, 1:02-cv-7236 *Ashton v. al-Qaeda Islamic Army*, 1:02-cv-6977 |
| Joseph F. Maher **Note:** This Plaintiff will have no claims in this case against the Taliban, al Qaeda, or the Estate of Osama bin Laden | Child | *Bauer v. al-Qaeda Islamic Army*, 1:02-cv-7236 *Ashton v. al-Qaeda Islamic Army*, 1:02-cv-6977 |

| DEFENDANTS | OPERATIVE COMPLAINTS NAMING DEFENDANT |
|---|---|

**DEFENDANTS IN DEFAULT**

**Islamic Emirate of Afghanistan, a/k/a the Taliban**
*Bauer* at ECF 1, Para. 65; *Ashton* Consolidated Master Complaint at ECF 11, Para. 10; *Ashton* First Amended Consolidated Master Complaint at ECF 32, Para. 10; *Ashton* Second Amended Consolidated Master Complaint at ECF 38, Para. 10; *Ashton* Third Amended Consolidated Master Complaint at ECF *Ashton* 111, Para. 10; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 10.

**al-Qaeda Islamic Army a/k/a al-Qaeda**
*Bauer* at ECF 1, Para. 60-61; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 5-6; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 5-6; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 5-6; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 5-6; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465, Para. 5-6.

**Estate of Osama bin Laden**
*Bauer* at ECF 1, Para. 62; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 7; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 7; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 7; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 7; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465, Para. 7.

**Egyptian Islamic Jihad**
*Bauer* Complaint at ECF 1, Para. 76; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 26; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 26; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 26; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 26; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 28.

**Muslim Brotherhood**
*Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 26; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 382.

**Mohamad Bayazid (al Qaeda)**
*Bauer* Complaint at ECF 1, Para. 232; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 8; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 8; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 8; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 8; *Ashton* Sixth Amended Consolidated Master Complaint at Ashton ECF 465 at Para. 8.

**Gulbuddin Hekmatyar**
*Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 195; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 198; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 198; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 199; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 78.

**Saif al Adel (al Qaeda)**
*Bauer* Complaint at ECF 1, Para. 63; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 8; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 8; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 8; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 8; *Ashton* Sixth Amended Consolidated Master Complaint at Ashton ECF 465 at Para. 8.

**Estate of Ayman al Zawahiri (al Qaeda)**
*Bauer* Complaint at ECF 1, Para. 63; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 8; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 8; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 8; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 8; *Ashton* Sixth Amended Consolidated Master Complaint at Ashton ECF 465 at Para. 8.

**Abd al Rahim al Nashiri a/k/a Bilal Bin Marwan a/k/a Mullah Bilal (al Qaeda)**
*Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 241; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 244; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 244; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 155; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 141.

**Abu Zubaydah (al Qaeda)**
*Bauer* Complaint at ECF 1, Para. 63; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 8; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 8; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 8; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 8; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 8.

**Khalid Sheikh Mohammed (al Qaeda)**
*Bauer* Complaint at ECF 1, Para. 63; *Ashton* Consolidated Master Complaint at ECF 11, Para. 8; *Ashton* First Amended Consolidated Master Complaint at ECF 32, Para. 8; *Ashton* Second Amended Consolidated Master Complaint at ECF 38, Para. 8; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 8; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 8.

**Mohamed Galeb Kalaje Zouaydi a/k/a Abu Talha (al Qaeda)**
*Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 276; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 253; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 253; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 258; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 178.

**Mounir El-Motassadeq (al Qaeda)**
*Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 217; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 220; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 220; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 221; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 159.

**Ramzi Mohamed Abdullah Binalshibh a/k/a Ramzi Mohamed (al Qaeda)**
*Bauer* Complaint at ECF 1, Para. 63; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 222; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 225; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 225; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 226; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 90.

**Estate of Abdelaziz al Omari (al Qaeda – Terrorist Hijacker)**
*Bauer* Complaint at ECF 1, Para. 64; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 9; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 9; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 9; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 9; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 9.

**Estate of Ahmed al Ghamdi (al Qaeda – Terrorist Hijacker)**
*Bauer* Complaint at ECF 1, Para. 64; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 9; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 9; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 9; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 9; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 9.

**Estate of Ahmed al Nami (al Qaeda – Terrorist Hijacker)**
*Bauer* Complaint at ECF 1, Para. 64; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 9; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 9; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 9; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 9; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 9.

**Estate of Ahmed Ibrahim A. al Haznawi (al Qaeda – Terrorist Hijacker)**
*Bauer* Complaint at ECF 1, Para. 64; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 9; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 9; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 9; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 9.

**Estate of Fayez Ahmed (al Qaeda – Terrorist Hijacker)**
*Bauer* Complaint at ECF 1, Para. 64; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 9; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 9; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 9; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 9; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 9.

**Estate of Hamza al Ghamdi (al Qaeda – Terrorist Hijacker)**
*Bauer* Complaint at ECF 1, Para. 64; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 9; *Ashton* First Amended Consolidated Master Complaint at ECF 32, Para. 9; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 9; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 9; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 9.

**Estate of Hani Hanjour (al Qaeda – Terrorist Hijacker)**
*Bauer* Complaint at ECF 1, Para. 64; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 9; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 9; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 9; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 9; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 9.

**Estate of Khalid al Midhar (al Qaeda – Terrorist Hijacker)**
*Bauer* Complaint at ECF 1, Para. 64; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 9; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 9; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 9; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 9; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 9.

**Estate of Majed Moqed (al Qaeda – Terrorist Hijacker)**
*Bauer* Complaint at ECF 1, Para. 64; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 9; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 9; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 9; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 9; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 9.

**Estate of Marwan al Shehhi (al Qaeda – Terrorist Hijacker)**
*Bauer* Complaint at ECF 1, Para. 64; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 9; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 9; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 9; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 9; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 9.

**Estate of Mohald al Shehri (al Qaeda – Terrorist Hijacker)**
*Bauer* Complaint at ECF 1, Para. 64; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 9; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 9; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 9; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 9; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 9.

**Estate of Mohamed Atta (al Qaeda – Terrorist Hijacker)**
*Bauer* Complaint at ECF 1, Para. 64; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 9; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 9; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 9; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 9; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 9.

**Estate of Nawaf al Hazmi (al Qaeda – Terrorist Hijacker)**
*Bauer* Complaint at ECF 1, Para. 64; *Ashton* Consolidated Master Complaint at ECF 11, Para. 9; *Ashton* First Amended Consolidated Master Complaint at ECF 32, Para. 9; *Ashton* Second Amended Consolidated Master Complaint at ECF 38, Para. 9; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 9; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 9.

**Estate of Saeed al Ghamdi (al Qaeda – Terrorist Hijacker)**
*Bauer* Complaint at ECF 1, Para. 64; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 9; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 9; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 9; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 9; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 9.

**Estate of Salem al Hazmi (al Qaeda – Terrorist Hijacker)**
*Bauer* Complaint at ECF 1, Para. 64; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 9; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 9; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 9; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 9; *Ashton* Sixth Amended Master at *Ashton* ECF 465 at Para. 9.

**Estate of Sata M.A. al Suqa (al Qaeda – Terrorist Hijacker)**
*Bauer* Complaint at ECF 1, Para. 64; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 9; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 9; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 9; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 9; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 9.

**Estate of Waleed M. al Shehri (al Qaeda – Terrorist Hijacker)**
*Bauer* Complaint at ECF 1, Para. 64; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 9; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 9; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 9; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 9; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 9.

**Estate of Ziad Samir Jarrah (al Qaeda – Terrorist Hijacker)**
*Bauer* Complaint at ECF 1, Para. 64; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 9; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 9; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 9; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 9; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 9.

**Zacarias Moussaoui (al Qaeda)**
*Bauer* Complaint at ECF 1, Para. 64; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 9; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 9; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 9; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 9; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 9.

## JURISDICTIONAL AND MERITS DEFENDANTS

**Dubai Islamic Bank**
*Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 68; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 70; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 69.

**World Assembly of Muslim Youth; World Assembly of Muslim Youth International**
*Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 264, 374; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 267, 377; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 267, 377; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 272, 578; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465, Para. 203, 264.

**International Islamic Relief Organization**
*Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 390; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 393; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 393; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 266; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465, Para. 198.

**Muslim World League**
*Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 356; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 359; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 359; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 298; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465, Para. 218.

**Abdullah bin Saleh al Obaid**
*Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 453; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 456; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 456; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 300; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465, Para. 220.

**Abdullah Mohsen al Turki**
*Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 284; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 287; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 287; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 244; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465, Para. 181.

**Adan Basha**
*Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 259; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 262; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 262; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 267; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465, Para. 199.

**Yassin Kadi**
*Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 329; *Ashton* Sixth Amended
Consolidated Master Complaint at *Ashton* ECF 465, Para. 241.

**Abdullah Omar Naseef**
*Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 551; *Ashton* First Amended Consolidated Master
Complaint at *Ashton* ECF 32, Para. 552; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF
38, Para. 552; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 527; *Ashton* Sixth
Amended Consolidated Master Complaint at *Ashton* ECF 465, Para. 379.


**OTHER APPEARING DEFENDANTS**

**Al Rajhi Bank**
*Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 355; *Ashton* First Amended Consolidated Master
Complaint at *Ashton* ECF 32, Para. 358; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF
38, Para. 358; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 559; *Ashton* Sixth
Amended Consolidated Master Complaint at *Ashton* ECF 465, Para. 413.

**Wa'el Jelaidan**
*Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 441.


**DEFENDANTS IN DEFAULT**

**SAAR Foundation**
*Bauer* Complaint at ECF 1, Para. 208; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 357; *Ashton*
First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 360; *Ashton* Second Amended Consolidated
Master Complaint at *Ashton* ECF 38, Para. 360; *Ashton* Third Amended Consolidated Master Complaint at *Ashton*
ECF 111, Para. 302; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 251.

**Success Foundation**
*Bauer* Complaint at ECF 1, Para. 218; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 440; *Ashton*
First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 443; *Ashton* Second Amended Consolidated
Master Complaint at *Ashton* ECF 38, Para. 443; *Ashton* Third Amended Consolidated Master Complaint at *Ashton*
ECF 111, Para. 311; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 233.

**Benevolence International Foundation, Inc.**
*Bauer* Complaint at ECF 1, Para. 225; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 50; *Ashton*
First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 52; *Ashton* Third Amended Consolidated
Master Complaint at *Ashton* ECF 111, Para. 51; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton*
ECF 465 at Para. 43.

**Taibah International Aid Association**
*Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 449; *Ashton* First Amended Consolidated Master
Complaint at *Ashton* ECF 32, Para. 452; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF
38, Para. 574; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 320; *Ashton* Sixth
Amended Consolidated Master Complaint at *Ashton* ECF 465, Para. 233.

**Global Relief Foundation, Inc.**
*Bauer* Complaint at ECF 1, Para. 278; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 279; *Ashton*
First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 282; *Ashton* Second Amended Consolidated
Master Complaint at *Ashton* ECF 38, Para. 282; *Ashton* Third Amended Consolidated Master Complaint at *Ashton*
ECF 111, Para. 242; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465, Para. 179.

**Muwaffaq Foundation a/k/a Blessed Relief Foundation**
*Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 329; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 241.

**Akida Bank Private Limited a/k/a Akida Islamic Bank**
*Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 473; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 473; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 337; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465, Para. 260.

**Bank al Taqwa**
*Bauer* Complaint at ECF 1, Para. 274; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 470; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 473; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 473; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 330; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465, Para. 243.

**Hassan Bahfzallah**
*Bauer* Complaint at ECF 1, Para. 218; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 456; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 459; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 459; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 324; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465, Para. 236.

**Adil Batterjee a/k/a Sheikh Adel Abdul Jalil Batterjee**
*Bauer* Complaint at ECF 1, Para. 226; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 50; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 52; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 52; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 51; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 43.

**Mansour al-Kadi (Al-Haramain Foundation)**
*Bauer* Complaint at ECF 1, Para. 291; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 493; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 496; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 496; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 469; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 347.

**Nada Management Organization SA**
 **a/k/a al Taqwa Management Organization a/k/a Nasco Nasreddin Holdings SA**
*Bauer* Complaint at ECF 1, Para. 276-7; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 544; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 541; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 541; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 538; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 385.

**Ali Ghaleb Himmat**
*Bauer* Complaint at ECF 1, Para. 276; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 542; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 543; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 543; *Ashton* Third Amended Consolidated Master Complaint at ECF *Ashton* 111, Para. 330; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 243.

**Piedmont Poultry**
*Bauer* Complaint at ECF 1, Para. 268; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 358; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 361; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 361; *Ashton* Third Amended Consolidated Master Complaint at ECF *Ashton* 111, Para. 385; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 269.

**Yousef M. Nada**
*Bauer* Complaint at ECF 1, Para. 276; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 470; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 473; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 473; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 330; *Ashton* Sixth Amended Consolidated Master Complaint at Ashton ECF 465 at Para. 243.

**Yousef M. Nada Establishment**
*Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 541; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 541; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 540.

**Mufti Mohammed Rashid**
*Bauer* Complaint at ECF 1, Para. 281; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 585; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 586; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 586; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 529; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 381.

**Sanabil al Khair**
*Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 452; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 455; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 455; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 323; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 235.

**Abdulrahman Alamoudi (Success Foundation)**
*Bauer* Complaint at ECF 1, Para. 218; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 442; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 445; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 445; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 313; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 246.

**Albert Freidrich Armand Huber a/k/a Ahmed Huber**
*Bauer* Complaint at ECF 1, Para. 276; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 524; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 541; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 541; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 534; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 385.

**Aqeel al Aqeel (Al-Haramain Foundation)**
*Bauer* Complaint at ECF 1, Para. 291; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 493; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 496; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 496; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 467; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 347.

**Dallah Avco Trans Arabia Co. Ltd.**
*Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 479; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 482; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 482; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 589; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 451.

**Global Diamond Resource**
*Bauer* Complaint at ECF 1, Para. 196; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 348; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 351; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 351; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 459; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 345.

**Gum Arabic Co. Ltd.**
*Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 51; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 38.

**Mamoun Darkazanli**
*Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 242; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 179.

**Mamoun Darkazanli Import-Export Company**
*Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 364; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 276.

**Miga - Malaysian Swiss Gulf and African Chamber**
*Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 541; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 541; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 540; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 391.

**Mohamed Bahareth (Saudi bin Laden Group)**
*Ashton* Consolidated Master Complaint at ECF 11, Para. 332; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 335; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 335; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 545; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 397.

**Mohamed Jamaal Khalifa (IIRO)**
*Bauer* Complaint at ECF 1, Para. 204; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 342; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 345; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 345; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 310; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 222.

**Mustafa Ahmed al Hisawi**
*Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 437.

**New Diamond Holdings**
*Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 459; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 345.

**Said Bahaji**
*Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 222; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 225; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 225; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 226; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 163.

**Sana-Bell Inc. a/k/a Sanabel al Kheer, Inc.**
*Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 452; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 455; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 455; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 323; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 235.

**Sheikh Yusuf al Qardawi**
*Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 531; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 385.

**Sherif Sedky (SAAR)**
*Bauer* Complaint at ECF 1, Para. 211; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 472; *Ashton* First Amended Consolidated Master Complaint at *Ashton* ECF 32, Para. 475; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 475; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 339; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 263.

**Sulaiman al Ali (IIRO)**
*Bauer* Complaint at ECF 1, Para. 218; *Ashton* Consolidated Master Complaint at *Ashton* ECF 11, Para. 453; *Ashton* Second Amended Consolidated Master Complaint at *Ashton* ECF 38, Para. 456; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 332; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465 at Para. 238.

## PLEADINGS AND ORDERS AND RELATED FILINGS TO BE TRANSFERRED

*Bauer* ECF 1 – Complaint filed on 9/10/02.

*Ashton* ECF [No Number] – Stipulation and Order dated 11/19/2002: "[T]he following cases no. 02 cv 6977; 02 cv 6978; 02 cv 7230; 02 cv 7236 [*Bauer*]; 02 cv 7209 and 02 cv 7214 are consolidated, for liability purposes, in one action before Judge Schwartz; The consolidated action shall hereinafter be referred to as Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al., 02 cv 6977 (AGS). Plaintiffs' counsel further stipulate and consent to the filing of a Master Complaint against identical defendants no later than 1/7/03, to be served on defendants purs. To the FRCP and/or by Court Order; Plaintiffs' counsel further stipulate and consent to the appointment of James P. Kreindler of the law firm of Kreindler to act as liaison counsel in the consolidated action; Copies mailed by Chambers to all counsel. (Orig. entry made in Lead Case No. 02 cv 6977, Doc. #5). (signed by Judge Alan G. Schwartz)

*Ashton* ECF 11 - *Ashton* Consolidated Master Complaint filed on 3/6/2003.

Ashton ECF 12 – Order on Plaintiffs' Request for Service by Mail to Last Known Readily Ascertainable Address and by Publication Pursuant to Fed. R. Civ. P. 4(f)(3) entered 3/18/03.

*Ashton* ECF 32 – *Ashton* First Amended Consolidated Master Complaint filed on 8/1/03.

*Ashton* ECF 38 – *Ashton* Second Amended Consolidated Master Complaint filed on 8/13/03.

*Ashton* ECF 111 – *Ashton* Third Amended Consolidated Master Complaint filed on 9/5/03.

MDL ECF 1 – Certified true copy of conditional MDL transfer in Order from the MDL Panel pursuant to 28 U.S.C. 1407 signed by MDL Panel on 12/9/03.

*Ashton* ECF 194 – Order as to alternative service on the above-named Defendants entered by Judge Casey and docketed on 9/16/04.

MDL ECF 447 – *Ashton* Fifth Amended Consolidated Master Complaint filed on 9/20/04.

*Ashton* ECF 247 – First Proof of Service by Publication on above-named Defendants in Default filed on 3/4/05.

*Ashton* ECF 253 – Second Proof of Service by Publication on above-named Defendants in Default filed on 3/16/05.

*Ashton* ECF 465 – *Ashton* Sixth Amended Consolidated Master Complaint filed on 9/30/05.

*Ashton* ECF 524 – Motion for Entry of Default and Judgment by Default as to the above-named Defendants in Default filed by the *Ashton* Plaintiffs with Affidavit of Andrew J. Maloney, III, with exhibits, in support of entry of Default Judgment, filed 4/28/06.

*Ashton* ECF 528 - Default Judgment as to the above-named Defendants in Default entered by Judge Casey on 5/12/06.

*Bauer* ECF 8 – Notice of Case Reassignment to Judge George B. Daniels. Judge Richard C. Casey is no longer assigned to the case.

*Bauer* ECF 10 – Order Designating Case as an ECF case.

*Bauer* ECF 132 – Motion for Entry of Default Judgment, filed 12/31/2021.

*Bauer* ECF 133 – Declaration of Dorothea M. Capone in Support of Motion for Entry of Default Judgment, filed 12/31/2021.

MDL ECF 7870 – Order setting certain requirements for filing motions for default judgment against the Taliban, entered 4/11/2022.

*Bauer* ECF 167 -- Motion for Entry of Default Judgment, filed 7/29/2022.

*Bauer* ECF 168 -- Declaration of Dorothea M. Capone in Support of Motion for Entry of Default Judgment, filed 7/29/2022.

*Bauer* ECF 169 – Form of Proposed Order, filed 7/29/2022.

MDL ECF 8275 – Affidavit of Andrew J. Maloney, III, with exhibits in support of entry of Default Judgment against the Taliban, filed 7/29/2022.

*Maher, et al. v. Republic of the Sudan*
**[new case to be created by Clerk upon severance]**

| PLAINTIFFS | RELATIONSHIP | PENDING MEMBER MDL CASES |
|---|---|---|
| **Estate of Daniel L. Maher**<br>(Personal Rep: Katherine Maher) | 9/11 Decedent | *Bauer v. al-Qaeda Islamic Army*, 1:02-cv-7236<br>*Ashton v. al-Qaeda Islamic Army*, 1:02-cv-6977 |
| Katherine Maher | Spouse | *Bauer v. al-Qaeda Islamic Army*, 1:02-cv-7236<br>*Ashton v. al-Qaeda Islamic Army*, 1:02-cv-6977 |
| Daniel R. Maher | Child | *Bauer v. al-Qaeda Islamic Army*, 1:02-cv-7236<br>*Ashton v. al-Qaeda Islamic Army*, 1:02-cv-6977 |
| Joseph F. Maher | Child | *Bauer v. al-Qaeda Islamic Army*, 1:02-cv-7236<br>*Ashton v. al-Qaeda Islamic Army*, 1:02-cv-6977 |

| DEFENDANT | OPERATIVE PLEADINGS NAMING DEFENDANT |
|---|---|

**Republic of the Sudan**
*Bauer* Complaint at ECF 1, Para. 72-73; *Ashton* Consolidated Master Complaint at ECF 11, Para. 5, 17; *Ashton* First Amended Consolidated Master Complaint at ECF 32, Para. 5, 17; *Ashton* Second Amended Consolidated Master Complaint at ECF 38, Para. 5, 17; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para. 4-5; 17-18; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465, Para. 4-5; 16-17; *Ashton* Amended Complaint as to Sudan Defendants at MDL ECF 6537.

### PLEADINGS AND ORDERS AND RELATED FILINGS TO BE TRANSFERRED

*Bauer* ECF 1 – Complaint filed 9/10/02.

*Ashton* ECF 11 - *Ashton* Consolidated Master Complaint filed 3/6/2003.

*Ashton* ECF 32 - *Ashton* First Amended Consolidated Master Complaint filed 8/1/03.

*Ashton* ECF 38 - *Ashton* Second Amended Consolidated Master Complaint filed 8/13/03.

*Ashton* ECF 111 – *Ashton* Third Amended Consolidated Master Complaint filed 9/5/03.

*Ashton* ECF 358 – Affidavit of Service of *Ashton* Consolidated Master Complaint upon Republic of the Sudan and Islamic Republic of Iran filed 9/16/05.

*Ashton* ECF 465 – *Ashton* Sixth Amended Consolidated Master Complaint filed on 9/30/05.

*Ashton* ECF 652 – Clerk's Certificate of Default entered 12/22/11.

MDL ECF 5824 – Sudan's Motion to Dismiss for Lack of Subject-Matter Jurisdiction and Personal Jurisdiction filed 02/03/2020.

MDL ECF 5825 – Sudan's Memorandum of Law in Support of Motion to Dismiss for Lack of Jurisdiction Sudan's Motion to Dismiss for Lack of Subject-Matter Jurisdiction and Personal Jurisdiction, filed 02/03/2020.

MDL ECF 6285 – PEC Letter re: Proposal for consolidated and coordinated proceedings as to the Republic of Sudan, with Exhibits 1-9, filed 06/18/2020.

MDL ECF 6286 – Kreindler Letter re: Proposal for consolidated proceedings against Sudan, filed 06/18/2020.

MDL ECF 6288 – Sudan letter re: Plaintiffs Executive Committees proposed 'consolidated and coordinated proceeding" with Exhibit, filed 06/21/2020.

MDL ECF 6291 – PEC Letter re: Sudan's June 21,2020 Letter (ECF No. 6288), filed 06/23/2020.

MDL ECF 6429 – Supplemental Complaint as to Sudan Defendants, filed 9/4/20.

MDL ECF 6328 – Order re: telephone conference set for Wednesday, August 5, 2020, at 3:00 p.m. to discuss the PECs' proposal for consolidated and coordinated proceedings as to Sudan and re: the submission and service of a consolidated amended complaint (CAC) and whether service of a CAC would vacate the prior default judgments, entered: 07/24/2020.

MDL ECF 6350 – Maher, *et al.*, Motion to File New Associated Case Under A Short Form Complaint and to Adopt Ashton for Claims Against Defendant Republic of the Sudan, with Exhibits 1-8, filed 08/03/2020.

MDL ECF 6351 – Maher, *et al.*, Memorandum of Law in Support of Motion To File New Associated Case Under A Short Form Complaint and to Adopt Ashton for Claims Against Defendant Republic of the Sudan, filed 08/03/2020.

MDL ECF 6374 – Order denying without prejudice ECF 6350 Motion. Pursuant to the Court's instructions to the parties at yesterday's telephone conference, Plaintiffs' motion is denied with leave to refile upon the Court's adoption of any procedures regarding notices to conform and short form complaints as to the Republic of Sudan, entered 08/06/2020.

MDL ECF 6397 – PEC Letter re: Sudan scheduling order, filed 08/19/2020.

MDL ECF 6399 – PEC letter re: Jointly proposed schedule for the filing of the pleadings, motions and briefs authorized by the 8/5/20 conference, filed 08/20/2020.

*Ashton* ECF 1322 – Letter to Court re: Sudan's Objection to Unauthorized "Supplemental" Pleadings, filed 9/18/20.

MDL ECF 6493 – PEC's letter re: Response to Sudan's Letter at ECF 6462 and the Court's related Order at ECF No. 6482, filed 10/9/20.

MDL ECF 6397 – Letter re: Sudan scheduling order, filed 08/19/2020.

MDL ECF 6399 – PEC Letter re: Jointly proposed schedule for the filing of the pleadings, motions and briefs authorized by the 8/5/20 conference, filed 08/20/2020.

MDL ECF 6401 – Memo Endorsement re: 6399 Letter, endorsing the Parties' proposed briefing schedule. Pursuant to this scheduling order, Plaintiffs' opposition to Sudan's motion to dismiss at ECF No. 5824 is stayed. Amended Pleadings due by 9/1/2020, Motions due by 10/16/2020, entered 08/21/2020.

MDL ECF 6427 – Notice of Plaintiffs' Consolidated Supplemental Complaint Against the Republic of the Sudan, filed 09/04/2020.

MDL ECF 6428 – PEC Letter re: Pleadings related to Plaintiffs' claims against Sudan, filed 09/04/2020.

MDL ECF 6429 – PEC's Notice of Ashton Plaintiffs' Supplemental Complaint against the Republic of the Sudan, filed 09/04/2020.

MDL ECF 6537 – *Ashton* Amended Complaint as to Sudan Defendants filed 11/19/20.

MDL ECF 6462 – Letter re: Sudan's Objection to Plaintiffs' Unauthorized Filing of "Supplemental Pleadings" against Sudan, filed 09/18/2020.

MDL ECF 6482 – Order, entered 10/01/2020.

MDL ECF 6492 – PEC Letter re: Status of short-form procedure referenced in the Courts Order at ECF No. 6482, filed 10/09/2020.

MDL ECF 6493 – PEC Letter re: Response to Sudan's Letter at ECF No. 6462 and the Court's related Order at ECF No. 6482, filed 10/09/2020.

MDL ECF 6496 – Sudan's Letter re: Sudan's Response to Plaintiffs' Letter at ECF No. 6493, filed 10/13/2020.

MDL ECF 6521 – Order re: Supplemental Complaints unauthorized; and ordering PECs to separately file a consolidated amended complaint to supersede all previous complaints against Sudan in the relevant member cases. By November 20, 2020, the PECs and the Ashton Plaintiffs are also directed to propose, either separately or jointly, procedures for other parties to join the consolidated amended complaints in a short form complaint. And setting schedule for motion to dismiss the consolidated complaints and the effects if any - of an amended complaint on the entries of default against Sudan, entered 11/04/2020.

MDL ECF 6537 – Amended Complaint against Republic of the Sudan, Omar Hassan Ahmad Al-Bashir, President of Sudan, National Islamic Front Party, Hassan Turabi, filed 11/19/2020.

MDL ECF 6539 – PEC's Notice of Plaintiffs' Consolidated Amended Complaint as to The Republic of The Sudan, entered: 11/20/2020.

MDL ECF 6540 – PEC's Letter re: Proposed procedures for other parties to join the consolidated amended complaints in a short form complaint, pursuant to the Court's order at ECF No. 6521, filed 11/20/2020.

MDL ECF 6547 – Order Aprroving Notices to Conform, Short Form Complaints, & Notices of Amendment as to Sudan, entered: 12/01/2020.

MDL ECF 6574 – Sudan's Consolidated Motion to Dismiss the Amended Complaints Due to Lack of Subject-Matter Jurisdiction, Lack of Personal Jurisdiction, and Failure to State a Claim filed by Republic of the Sudan, filed 1/8/21.

MDL ECF 6575 – Sudan's Memorandum of Law re: Motion to Dismiss, filed 1/8/21.

MDL ECF 6649 – PEC's Memorandum of Law in Opposition to Sudan's Motion to Dismiss, filed 3/8/21.

MDL ECF 6713 – Sudan's Reply Memorandum in Support of Motion to Dismiss, filed 4/7/21.

MDL ECF 7060 --- Clerk Certificate of Mailing of two copies of the Notice of Suit, Sudan Short Form Complaint deemed filed December 18, 2020, Summons, Civil Cover Sheet, Foreign Sovereign Immunities Act mailed to The Republic of Sudan, Minister of Foreign Affairs, Ministry of Foreign Affairs, Gamma Street, Khartoum, Sudan on 08/20/2021 by Federal Express tracking # 7745 7985 8922, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03-md-01570-GBD-SN, 1:02-cv-06977-GBD-SN(JKR) (Entered: 08/20/2021)

MDL 7136 – Order re: PECs' letter at ECF No. 7135 re: Court's proposal to terminate several caption entries for duplicative or dismissed defendants in this matter. See ECF Nos. 6909, 7012. Given the concerns raised by the PECs, the Court respectfully directs the Clerk of the Court to make the modifications to the MDL case caption identified in the Court's order at ECF No. 7012 with one exception. The following entries in List A should not be terminated from the caption: 1. Agencies and Instrumentalities of the Republic of the Sudan 2. Republic of Sudan Ministry of Defense 3. Sudanese Government of Northern State 4. Sudanese Intelligence Service. Entered, 09/24/2021.

MDL 7250 – Sudan's letter re: ECF 7135, filed 10/8/2021.

MDL 7266 – Memo Endorsement on Letter filed by Sudan.  The Republic of Sudan's request is DENIED. The presence on or termination from the MDL caption is a matter of administrative efficiency without legal significance. If a party does not feel the termination of particular entity is warranted, then, barring unusual circumstances, the Court does not expect to terminate that entity. So Ordered.  Entered 10/14/2021.

MDL ECF 7942 – Report & Recommendation to the Honorable George B. Daniels re Sudan Motion to Dismiss at MDL ECF 6574 docketed 5/3/22.

MDL ECF 8090 – PEC's Motion for Reconsideration re Report and Recommendations, ECF 7942, filed 6/10/2022.

MDL ECF 8143 – Sudan's Opposition to PEC's Motion for Reconsideration, filed 6/24/2022.

MDL ECF 8169 – PEC's Reply Memorandum in Support of Motion for Reconsideration, filed 6/30/2022

MDL ECF 8170 – Declaration of J. Scott Tarbutton in Support of Motion for Reconsideration, filed 6/30/2022

MDL ECF 8549 – Amended Report & Recommendation to the Honorable George B. Daniels re Sudan Motion to Dismiss at MDL ECF 6574 docketed 9/23/22.

MDL ECF 8570 – PEC Letter re: proposed agreed-upon schedule for briefing objections to Report and Recommendation, filed 9/28/2022.

MDL ECF 8707 – PEC's Objection to Report and Recommendation, filed 11/4/2022.

MDL ECF 8708 – Declaration of J. Scott Tarbutton, filed 11/4/2022.

MDL ECF 8717 – Sudan's Objection to Report and Recommendation, filed 11/4/2022.

MDL ECF 8791 - *Ashton*, *Betru*, *Parker* & *Nolan* Plaintiffs' Memorandum of Law in Opposition to the Republic of the Sudan's Rule 72(b) Objections to the Magistrate Judge's Report & Recommendation filed 12/6/22.

MDL ECF 8792 – PEC's Objection to Report and Recommendation, filed 12/6/2022

MDL ECF 8793 – Sudan's Memorandum of Law in Opposition to PEC's Objections to Report and Recommendation, filed 12/6/2022

MDL ECF 8834 – Order setting Oral Argument on Objections to Reports and Recommendations for April 19, 2023, entered 1/19/2023.

*Ryan, et al. v. Islamic Republic of Iran, et al.*
**[existing case to receive docketed filings upon severance]**

| PLAINTIFFS | RELATIONSHIP | PRIOR PENDING MDL CASES |
|---|---|---|
| **Estate of Daniel L. Maher**<br>(Personal Rep: Katherine Maher) | 9/11 Decedent | *Bauer v. al-Qaeda Islamic Army*, 1:02-cv-7236<br>*Ashton v. al-Qaeda Islamic Army*, 1:02-cv-6977 |
| Katherine Maher | Spouse | *Bauer v. al-Qaeda Islamic Army*, 1:02-cv-7236<br>*Ashton v. al-Qaeda Islamic Army*, 1:02-cv-6977 |
| Daniel R. Maher | Child | *Bauer v. al-Qaeda Islamic Army*, 1:02-cv-7236<br>*Ashton v. al-Qaeda Islamic Army*, 1:02-cv-6977 |
| Joseph F. Maher | Child | *Bauer v. al-Qaeda Islamic Army*, 1:02-cv-7236<br>*Ashton v. al-Qaeda Islamic Army*, 1:02-cv-6977 |

| DEFENDANT | OPERATIVE PLEADINGS NAMING DEFENDANT |
|---|---|

**Islamic Republic of Iran**
*Ashton* Consolidated Master Complaint at ECF 11, Para. 5, 19; *Ashton* First
Amended Consolidated Master Complaint at ECF 32, Para. 5, 19; *Ashton* Second Amended Consolidated Master
Complaint at ECF 38, Para. 5, 19; *Ashton* Third Amended Consolidated Master Complaint at *Ashton* ECF 111, Para.
5, 19; *Ashton* Sixth Amended Consolidated Master Complaint at *Ashton* ECF 465, Para. 5, 18.

**PLEADINGS AND ORDERS AND RELATED FILINGS TO BE TRANSFERRED**

*Ashton* ECF 11 - *Ashton* Consolidated Master Complaint filed on 3/6/2003.

*Ashton* ECF 32 - *Ashton* First Amended Consolidated Master Complaint filed on 8/1/03.

*Ashton* ECF 38 - *Ashton* Second Amended Consolidated Master Complaint filed on 8/13/03.

*Ashton* ECF 111 – *Ashton* Third Amended Consolidated Master Complaint filed on 9/5/03.

*Ashton* ECF 358 – Affidavit of Service of *Ashton* Consolidated Master Complaint upon Republic of the Sudan and
Islamic Republic of Iran filed 9/16/05.

*Ashton* ECF 465 – *Ashton* Sixth Amended Consolidated Master Complaint filed on 9/30/05.

*Ashton* ECF 758 – Order as to service of the *Ashton* Consolidated Amended Complaint upon the Islamic Republic
of Iran entered by Judge Daniels on 8/31/15.

*Ashton* ECF 759 – Order of Judgment as to liability in favor of the *Ashton* Plaintiffs and against the Islamic
Republic of Iran entered by Judge Daniels on 8/31/15.

*Bauer* ECF 11 – Final Motion for Judgment, filed 8/29/16.

*Bauer* ECF 12 – Declaration of Dorothea M. Capone, with Exhibits at ECF 12-1 through 12-3, filed 8/29/16..

*Bauer* ECF 13 – Order of Further Partial Judgment, entered 9/12/16.

*Bauer* ECF 14 – Final Motion for Judgment, filed 10/7/16.

*Bauer* ECF 15 – Declaration of Dorothea M. Capone, with Exhibits at ECF 15-1 through 15-3, filed 10/7/16.

*Bauer* ECF 16 – Order, entered 10/14/16.

*Bauer* ECF 17 – Declaration of Dorothea M. Capone, with Exhibits at ECF 17-1 through 17-3, filed 10/14/16.

*Bauer* ECF 18 – Order, entered 10/20/16.

*Bauer* ECF 19 – Declaration of Dorothea M. Capone in Support of Motion for Final Judgment, with Exhibits at ECF 19-1 through 19-3, filed 10/21/16.

*Bauer* ECF 20 – Order of Further Partial Judgment (with Exhibits A and B) as to damages in favor of the *Bauer* Plaintiffs and against the Islamic Republic of Iran signed by Judge Daniels 10/31/16., entered 11/1/16.

*Bauer* ECF 36 – Letter addressed to Ruby J. Krajick from Jared N. Hess dated 10/25/2017 re: the Court's request for transmittal of documents to the Islamic Republic of Iran, docketed 11/9/18.