IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001<br><br>This document relates to: *All Actions* | Case No. 1:03-md-01570-GBD-SN<br><br>Hon. George B. Daniels<br>Hon. Sarah Netburn |

### [PROPOSED] ORDER

Matthew S. Leddicotte's motion to withdraw as counsel for The Republic of the Sudan is GRANTED. The Clerk of the Court is respectfully directed to remove Matthew S. Leddicotte from the docket as counsel for The Republic of the Sudan.

SO ORDERED.

April __, 2023
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge