

140 Broadway, 46th Floor　　　　　　　　　　　　　　　　　　　212-363-1200
New York, NY 10005　　　　　　　　　　　　　　　　　　　　　866-363-1200
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　212-363-1346 Fax
DOROTHEA M. CAPONE　　　　　　　　　　　　　　　　　　　www.baumeisterlaw.com
tcapone@baumeisterlaw.com

July 6, 2023

**VIA ELECTRONIC CASE FILING**

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

　　　　Re:　　*Ashton v. Kingdom of Saudi Arabia*, Civil Action No. 17-cv-2003 (GBD)(SN)

Dear Hon. Magistrate Netburn:

　　I am writing to advise the Court that there have been several changes to the status of certain Plaintiffs named in the above referenced action, and to respectfully request that the Court allow the docket to be revised to reflect these updates.

　　Several of our Plaintiffs were minors at the time *Ashton v. Kingdom of Saudi Arabia*, Civil Action No. 17-cv-2003 (GBD)(SN) was filed, and as such, they were identified by their initials pursuant to Fed. R. Civ. P. 5.2(a)(3). The following minors have now reached the age of majority, and are pursuing their individual claims on their own behalf:

　　Kevin J. Hannaford Jr., identified in the complaint as "Eileen Hannaford, as Mother and Natural Guardian of K.J.H., a minor, as surviving Child of Kevin J. Hannaford";

　　Patrick J. Hannaford, identified in the complaint as "Eileen Hannaford, as Mother and Natural Guardian of P.H., a minor, as surviving Child of Kevin J. Hannaford";

　　Donald T. Jones, III, identified in the complaint as "Michele Jones Ferrell, as Mother and Natural Guardian of D.T.J., a minor, as surviving child of Donald T. Jones, II"; and

　　Aidan York, identified in the complaint as "Chiemi York, as Mother and Natural Guardian of A.Y., a minor, as surviving child of Kevin P. York".

Accordingly, it is respectfully requested that the Court order that the docket for *Ashton v. Kingdom of Saudi Arabia*, Civil Action No. 17-cv-2003 (GBD)(SN), be updated to reflect the following updates:

Kevin J. Hannaford, Jr., as surviving child of Kevin J. Hannaford, Deceased;

Patrick J. Hannaford, as surviving child of Kevin J. Hannaford, Deceased;

Donald T. Jones, III, as surviving child of Donald T. Jones, II, Deceased; and

Aidan York, as surviving child of Kevin P. York, Deceased.

Of course, should the Court have any questions or concerns, please do not hesitate to contact my office.

Respectfully submitted,

/s/ *Dorothea M. Capone*
Dorothea M. Capone, Esq.
Counsel for Plaintiffs

cc: All counsel of record via ECF