**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This document relates to:

_Ashton, et al. v. The Kingdom of Saudia Arabia,_ 17-cv-2003 (GBD)(SN)

### _BAUER_ PLAINTIFFS' NOTICE OF
### RULE 60(a) MOTION TO CORRECT

PLEASE TAKE NOTICE that the _Bauer_ Plaintiffs, a subset of plaintiffs in above

referenced action, by and through their Counsel and in accordance with Fed. R. Civ. P. 60(a),

respectfully request that this Court grant _Bauer_ Plaintiffs' Motion to Correct the names of certain

Plaintiffs whose names have changed since the filing of _Ashton v. Kingdom of Saudi Arabia_,

Civil Action No. 17-cv-2003 (GBD)(SN).  In support of this motion, _Bauer_ Plaintiffs submit the

Declaration of Dorothea M. Capone, Esq. with an exhibit identifying the requested corrections,

and a Proposed Order with exhibit identifying the corrections.  The request herein does not affect

any substantive claims, or any relief sought.  No new claims are asserted, and no additional

plaintiffs are being added.

WHEREFORE, Plaintiffs respectfully request that the Court grant the requested relief and

allow Plaintiffs' Counsel to correct Plaintiffs' names as filers in the ECF system.

Dated: New York, New York          Respectfully submitted,
      July 7, 2023

  /s/ _Dorothea M. Capone_
Dorothea M. Capone, Esq.
Baumeister & Samuels, P.C.
140 Broadway, 46th Floor
New York, New York 10005
Tel: (212) 363-1200
**_Attorneys for Bauer Plaintiffs_**