UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN)
*Bauer et al. v. al Qaeda Islamic Army, et al.,* 02-cv-7236 (GBD(SN)
*Ashton et al. v. The Kingdom of Saudi Arabia,* 17-cv-2003 (GBD)(SN)

**MOTION TO SUBSTITUTE PARTIES PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)**

Pursuant to Federal Rules of Civil Procedure 15(d), *Bauer* Plaintiffs herein move the Court to allow substitution of the parties as identified on the attached Exhibit in the above referenced actions. Each individual being substituted into the case is the Personal Representative of a deceased family member of an individual killed as a result of the terrorist attacks on September 11, 2001 (a "9/11 decedent").

The Exhibit identifies the individuals to be substituted in the pleading, the names of the substituting party, including the capacity in which they seek to be substituted, state of residency of the deceased family member, the name of 9/11 decedent to which the plaintiff is related to, their relationship to the 9/11 decedent, and the existing pleading that refers to the plaintiff.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, and to ease the burden on the Clerk of the Court's Office due to the size of this MDL, that Plaintiffs' Counsel be allowed to enter the substituted parties individually as Plaintiffs into the Court's ECF system.

<table>
<tr><td>Dated: July 7, 2023</td><td>/s/ Dorothea M. Capone, Esq.<br>Dorothea M. Capone<br>Baumeister & Samuels, P.C.<br>140 Broadway, 46th Floor<br>New York, NY 10005<br>Telephone (212) 363-1200<br>Email: tcapone@baumeisterlaw.com</td></tr>
</table>

2