# Exhibit B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |
| | ECF Case |

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.,* 02-cv-6977 (GBD)(SN) (and member case
*Burlingame v. Bin Laden, et al.,* 02-cv-7230 (GBD)(SN))
*Ashton, et al. v. Kingdom of Saudi Arabia*, 17-cv-02003 (GBD)(SN)
*Schneider, et al. v. al Qaeda Islamic,* 02-cv-7209 (GBD)(SN)

**[PROPOSED] ORDER AWARDING COMPENSATORY**
**ECONOMIC DAMAGES TO THE *DIMINO PLAINTIFFS* VIA AN AMENDED**
**PARTIAL DEFAULT JUDGMENT AGAINST THE ISLAMIC REPUBLIC OF IRAN**

Upon consideration of the evidence and arguments submitted by Nancy Dimino,

individually as spouse, and as Personal Representatives of the Estate of Stephen Dimino, deceased,

and Sabrina Dimino, individually as surviving child of Stephen Dimino (hereinafter referred to as

the "*Dimino* Plaintiffs") as against the Islamic Republic of Iran ("Iran"), together with the entire

record in this case, and in addition to the prior partial default judgment awards for compensatory

damages for the death of the decedent Stephen Dimino, issued by this Court, it is hereby:

**ORDERED** that the prior, partial default judgments entered on behalf of the *Dimino*

Plaintiffs: widow and child within the Estate of Stephen Dimino, and the Estate itself: Estate of

Stephen Dimino (*see* 02-cv-7209 ECF#54), are hereby supplemented to award economic loss

damages of $17.2 million as proven by a submitted expert economist report; and it is further

**ORDERED** that the *Ashton* Plaintiffs not appearing within the attached chart, who were

not previously awarded compensatory damages or punitive damages, may submit applications in

later stages, and they will be approved on the same basis as currently approved.

*Furthermore, the Court respectfully directs the Clerk of the Court to terminate the Motion at ECF*

*No. ####.*


Dated: New York, New York
         September 13, 2024

                                        SO ORDERED:


                                        _____
                                        GEORGE B. DANIELS
                                        UNITED STATES DISTRICT COURT JUDGE

## List of *Dimino* Plaintiffs (Compensatory Awards + Economic Loss Damages)

| *Ashton-Dickey* Plaintiff | Pain & Suffering (*Previously Awarded*) | Economic Loss Damages | Solatium (*Previously Awarded*) | Total Compensatory |
|---|---|---|---|---|
| Estate of Stephen Dimino | $2,000,000 | $17,200,000 | | $19,200,000 |
| Nancy Dimino | | | $12,500,000 | $12,500,000 |
| Sabrina Dimino | | | $8,500,000 | $8,500,000 |