```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON                                    03-MD-01570 (GBD)(SN)
    SEPTEMBER 11, 2001
                                                                  ORDER


-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

> Ashton et al. v. al Qaeda Islamic Army, et al., 02-cv-6977 (GBD)(SN) (and member case
> Burlingame v. Bin Laden, et al., 02-cv-7230 (GBD)(SN))
> Ashton et al. v. The Kingdom of Saudi Arabia, 17-cv-2003 (GBD)(SN)
> Schneider, et al. v. Islamic Republic of Iran, 02-cv-7209 (GBD)(SN)

The plaintiffs listed in Exhibit A move for partial final default judgments against the Islamic Republic of Iran. ECF No. 10352.[1] Their filing, however, suffers from formatting issues—e.g., it does not use a cover sheet or the proper standardized table—and violates the Court's previous instructions concerning default judgment motions. See ECF Nos. 9355, 9435. Accordingly, the Court DENIES the motion without prejudice.

Finalized versions of the default judgment motion cover sheet, standardized exhibits, and checklist can be accessed by emailing Netburn_NYSDchambers@nysd.uscourts.gov. Plaintiffs' counsel should use these forms in preparing all future default judgment motions and should send completed spreadsheets to chambers at the above email address.

The Clerk of the Court is respectfully directed to terminate the motions at:

- ECF No. 10352 in 03-md-01570;

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.

- ECF No. 2161 in 02-cv-6977;
- ECF No. 360 in 02-cv-7230;
- ECF No. 343 in 17-cv-2003; and
- ECF No. 158 in 02-cv-07209.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 16, 2024
New York, New York

# Exhibit A

**List of *Dimino* Plaintiffs (Compensatory Awards + Economic Loss Damages)**

| *Ashton-Dickey* Plaintiff | Pain & Suffering (*Previously Awarded*) | Economic Loss Damages | Solatium (*Previously Awarded*) | Total Compensatory |
|---|---|---|---|---|
| Estate of Stephen Dimino | $2,000,000 | $17,200,000 | | $19,200,000 |
| Nancy Dimino | | | $12,500,000 | $12,500,000 |
| Sabrina Dimino | | | $8,500,000 | $8,500,000 |