UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
IN RE:                              :          ORDER
                                    :
TERRORIST ATTACKS ON                :    03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001                  :
                                    :
                                    :
------------------------------------x

This document relates to:

>  *Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD) (SN)
>  *Schneider, et al. v. Islamic Republic of Iran*, 02-cv-7209 (GBD) (SN)
>  *Ashton, et al. v. The Kingdom of Saudi Arabia*, 17-cv-2003 (GBD) (SN)

## ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE PLAINTIFFS LISTED IN EXHIBIT A

GEORGE B. DANIELS, United States District Judge:

The Plaintiffs listed in Exhibit A move for entry of partial final default judgment against Defendant the Islamic Republic of Iran. (ECF No. 10311.[1]) Upon consideration of the evidence and arguments set forth in the Declaration of Jonathan C. Reiter, Esq. and the exhibits thereto (ECF Nos. 10312, 10314), and in light of the default judgment as to liability against the Islamic Republic of Iran entered on August 31, 2015 (ECF No. 3021), together with the entire record in this case, it is hereby

**ORDERED** that service of process in the above-captioned cases was properly effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a)(4) (*see* ECF No. 1238); and it is

---

[1] Unless otherwise stated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).

**ORDERED** that partial final default judgment is entered on behalf of the Plaintiffs identified in Exhibit A against the Islamic Republic of Iran[2]; and it is

**ORDERED** that the Plaintiffs identified in Exhibit A are awarded economic damages as set forth therein, and as supported by the expert reports and analyses proffered in conjunction with the Reiter Declaration (*see* ECF Nos. 10312, 10314)[3]; and it is

**ORDERED** that the Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date indicated in the "Date of Report" column therein, until the date of judgment; and it is

**ORDERED** that the Plaintiffs identified in Exhibit A may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is

**ORDERED** that Plaintiffs not appearing in Exhibit A may submit in later stages applications for damages awards to the extent they have not done so already.

---

[2] In their moving papers, Plaintiffs identified in Exhibit A appear to seek treble damages pursuant to the Anti-Terrorism Act ("ATA"), 18 U.S.C. § 2333. (ECF No. 10313-2, at 2.) As ATA claims cannot be brought against sovereign defendants, *see* 18 U.S.C. § 2337(2), these Plaintiffs' motions are DENIED as to their requests for treble damages.

[3] This Court was unable to find a motion to substitute naming Jonathan Connors as the personal representative of the Estate of Jonathan Connors in the citations provided by the Plaintiffs in their default judgment motion cover sheet. (ECF No. 10313-1.) Therefore, their motion is DENIED without prejudice as to Mr. Connors' request for partial final default judgment

2

The Clerk of Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibit A. The Clerk of Court is further directed to close the motions at:

- ECF No. 10311 in 03-md-1570; and

- ECF No. 148 in 02-cv-7209.

Dated: September 16, 2024
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

# Exhibit A

| Plaintiff, as Personal Representative of the Estate of 9/11 Decedent | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble |
| 1 | Cheryl | | Schneider | | Ian | | Schneider | | USA | 9/11/01 | NY | 02cv7209 | 1 at 2 | | | | | | 9/3/24 | | $ 52,860,510.00 | |
| 3 | Matilde | | Salcedo | | Esmerlin | | Salcedo | | USA | 9/11/01 | NY | 02cv7209 | 1 at 8 | | | | | | 8/30/24 | | $ 1,869,999.00 | |