USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |
|---|---|

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN)
*Ashton, et al. v. The Kingdom of Saudi Arabia*, 17-cv-2003 (GBD)(SN)

### *BAUER* PLAINTIFFS' NOTICE OF RULE 60(a) MOTION TO CORRECT

PLEASE TAKE NOTICE that the *Bauer* Plaintiff, a plaintiff in above referenced actions, by and through her Counsel and in accordance with Fed. R. Civ. P. 60(a), respectfully request that this Court grant *Bauer* Plaintiff's Motion to Correct the name of said Plaintiff whose name has changed since the filing of the above captioned matters. In support of this motion, the *Bauer* Plaintiff submits the Declaration of Dorothea M. Capone, Esq. with an exhibit identifying the requested correction, and a Proposed Order with exhibit identifying the correction. The request herein does not affect any substantive claims, or any relief sought. No new claims are asserted, and no additional plaintiffs are being added.

WHEREFORE, the Plaintiff respectfully requests that the Court grant the requested relief and allow Plaintiff's Counsel to correct her name as a filer in the ECF system.

Dated: New York, New York
October 15, 2024

Respectfully submitted,

/s/ *Dorothea M. Capone*
Dorothea M. Capone, Esq.
Baumeister & Samuels, P.C.
140 Broadway, 46th Floor

---

The motion to amend is GRANTED. Plaintiffs' counsel is directed to correct the *Bauer* plaintiff's name as reflected in ECF No. 10436-1.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: October 16, 2024
New York, New York