UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.,* 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.,* 02-cv-7236 (GBD)(SN)
*Ashton, et al. v. The Kingdom of Saudia Arabia,* 17-cv-2003 (GBD)(SN)

### DECLARATION OF DOROTHEA M. CAPONE, ESQ. IN SUPPORT OF CERTAIN *BAUER* PLAINTIFFS' MOTION TO CORRECT

I, DOROTHEA M. CAPONE, ESQ., pursuant to 28 U.S.C. § 1746, hereby state under penalty of perjury that:

1. I am the attorney representing certain Plaintiffs in the above captioned matters, referred to herein as the *Bauer* Plaintiffs in the above-referenced matter, and I submit this Declaration in support of the *Bauer* Plaintiffs' Rule 60(a) Motion to Correct Plaintiffs' names.

2. Several *Bauer* Plaintiffs have advised my firm of a change in their marital status, and as such they have legally changed their names. This change occurred after the filing the above captioned matters. The Plaintiffs are identified on the Exhibit to this Declaration.

3. The correction requested by the *Bauer* Plaintiffs is simply clerical in nature and will not in any way change the Court's disposition of this case. Fed. R. Civ. P. Rule 60(a) applies primarily to errors or omissions committed by an attorney or the court which are not apparent on the record. *See In re Merry Queen Transfer Corp.*, 266 F. Supp. 605 (E.D.N.Y. 1967).

4. For the foregoing reasons, the *Bauer* Plaintiffs respectfully request that the Court grant the within motion and allow Counsel for the *Bauer* Plaintiffs to enter their correct names

into the Court's ECF system so that said Plaintiffs may be properly identified during the electronic filing process of any documents in this MDL action and the related above captioned cases.

Dated: New York, New York
      February 27, 2026                                /s/ *Dorothea M. Capone*
                                                                              Dorothea M. Capone